**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

Case number *(if known)* _____   Chapter   11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | ShiftPixy, Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 47-4211438 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 4101 NW 25th Street<br>Miami, FL 33142<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Miami-Dade<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)   www.shiftpixy.com

6. Type of debtor
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor   ShiftPixy, Inc.                                             Case number (*if known*)
         Name

**7. Describe debtor's business**

A. *Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the above

B. *Check all that apply*

- [ ] Tax-exempt entity (as described in 26 U.S.C. §501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
     __1320__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11. *Check **all** that apply*:
  - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [x] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- [x] No.
- [ ] Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- [ ] No
- [x] Yes.

| Debtor | ShiftPixy, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1, attach a separate list

Debtor    See Attachment      Relationship _____
District _____    When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☒ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☒ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | ShiftPixy, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 28, 2024
                         MM / DD / YYYY

**X** /s/ Jonathan Feldman                                    Jonathan Feldman
Signature of authorized representative of debtor              Printed name

Title    Chief Restructuring Officer

**18. Signature of attorney**

**X** /s/ Isaac Marcushamer                                    Date  October 28, 2024
Signature of attorney for debtor                                        MM / DD / YYYY

Isaac Marcushamer
Printed name

DGIM Law PLLC
Firm name

2875 North East 191st Street Suite 705
Aventura, FL 33180
Number, Street, City, State & ZIP Code

Contact phone _____    Email address  isaac@dgimlaw.com

FL
Bar number and State

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 4

Debtor    ShiftPixy, Inc.
          Name                                                              Case number (*if known*)

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

Case number *(if known)* _____  Chapter   11

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | ReThink Human Capital Management, Inc. | | Relationship to you | | |
| District | Southern District of Florida | When 10/28/24 | Case number, if known | | |
| Debtor | Shiftpixy Staffing, Inc. | | Relationship to you | | |
| District | Southern District of Florida | When 10/28/24 | Case number, if known | | |

## **RESOLUTION OF THE CHIEF RESTRUCTURING OFFICER OF SHIFTPIXY INC.**

WHEREAS, the Board of Directors of ShiftPixy Inc., a Wyoming corporation (the "Company"), by resolution dated October 26, 2024, authorized the filing of a Chapter 11 bankruptcy petition and appointed Jonathan Feldman as the Chief Restructuring Officer ("CRO") to take all necessary actions to effectuate the filing; and

WHEREAS, Jonathan Feldman, in his capacity as the CRO of the Company, has determined that it is desirable and in the best interests of the Company, its creditors, and other parties in interest that the Company file a voluntary petition for relief (the "Chapter 11 Case") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court"); and

WHEREAS, the CRO has determined that it is desirable and in the best interests of the Company's wholly owned affiliates, ShiftPixy Staffing Inc. and ReThink Human Capital Management Inc., both Wyoming corporations (collectively, the "Affiliates"), their respective creditors, and other parties in interest that each of the Affiliates file a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court; and

WHEREAS, the CRO deems it advisable and in the best interests of the Company and the Affiliates to retain DGIM Law PLLC as debtors' counsel in connection with the Chapter 11 Cases, subject to Bankruptcy Court approval;

NOW, THEREFORE, BE IT RESOLVED, that the CRO, on behalf of the Company, hereby authorizes the following actions:

1. Filing of Chapter 11 Petitions

1.1. The CRO is authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that he deems necessary or proper to obtain relief under chapter 11 of the Bankruptcy Code, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business.

1.2. The CRO is authorized and empowered to cause each of the Affiliates to execute and file all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action necessary or proper to obtain relief under chapter 11 of the Bankruptcy Code for each of the Affiliates, including, without limitation, any action necessary to maintain the ordinary course operation of the Affiliates' respective businesses.

2. Retention of Professionals

2.1. The law firm of DGIM Law PLLC is hereby retained as debtors' counsel for the Company and the Affiliates in the Chapter 11 Cases, subject to Bankruptcy Court approval.

2.2. The CRO is authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of DGIM Law PLLC.

3. Further Actions

3.1. The CRO is authorized to execute and deliver all instruments, agreements, and documents, and take such actions as may be necessary or appropriate to effectuate the purposes and intent of these resolutions.

3.2. Any and all actions heretofore taken by the CRO or any director, officer, or authorized person of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

IN WITNESS WHEREOF, the undersigned has executed this Resolution as of the date set forth below.

Date: October 28,2024

_____
Jonathan Feldman
Chief Restructuring Officer
ShiftPixy Inc.



**APPROVED**
**Minutes of a**
**Special Meeting of the**
**Board of Directors**
**of**
**ShiftPixy, Inc.,**
**a Wyoming Corporation**

A Special Meeting of the Board of Directors (the "Board") of ShiftPixy, Inc. (the "Company"), was held on October 26, 2024, at 9:00 a.m. EDT.[1] The meeting was held via a Teams video call.[2]

The following directors were present at the meeting, waiving notice of the meeting through participation:[3] Scott W. Absher, Whitney White; Christopher Sebes; and Martin Scott. Also present by invitation was Timothy M. Papp, the Company's General Counsel and Jonathen Feldman. It was determined that the number of persons in attendance, as a "majority of the Directors currently holding office," constituted a quorum of the Board for purposes of voting at the meeting.[4]

Mr. Absher, presiding as Chair, called the meeting to order at 9:02 a.m. EDT.

**Approval of Minutes**

None

**Ratification of the Board Meeting and Actions of the Board taken on October 19th, 2024 and as amended on October 20th, 2024 and the recommendation and direction of the Board of Directors to file for bankruptcy.**

Discussion was had between and amongst the Board Members regarding the actions taken by the board on October 19th, 2024 and the decision to remove Mr. Absher from his

---

[1] Article III, Section 4 of the Bylaws; see also Section 17-16-820 of the Wyoming Business Corporation Act.
[2] Article III, Section 8 of the Bylaws; see also Section 17-16-820 of the Wyoming Business Corporation Act.
[3] Article III, Section 5 of the Bylaws; see also Section 17-16-823(b) of the Wyoming Business Corporation Act.
[4] Article III, Section 6 of the Bylaws; see also Section 17-16-824(a) of the Wyoming Business Corporation Act; note that per Section 17-16-824(c), "[i]f a quorum is present when a vote is taken, the affirmative vote of a majority of directors present is the act of the board of directors unless the articles of incorporation or bylaws require the vote of a greater number of directors;" see also Article III, Section 7 of the Bylaws.



positions in the Company for cause. Mr. Papp was asked to discuss the information provided the Board Members, the context of those discussions, as well as other matters and Mr. Feldman was asked to discuss a number of matters and issues facing the company as well as his assessment of the current financial condition of the company.

At the conclusion of this discussion, consensus emerged as follows:

**WHEREUPON**, on motions duly made and seconded, the Board (i) ratified and approved the Board Meeting and actions of the Board of Directors taken on October 19th, 2024 and as amended on October 20th, 2024 with Mr. Absher voting against the Resolution, and (ii) finding the company insolvent by every reasonably accepted metric and directing the Company's Chief Restructuring Officer to file for bankruptcy as soon as is reasonably practical with Mr. Absher voting against the Resolution.

**RESOLVED,** that the actions of the Board of Directors on October 19th, 2024 and as amended on October 20th, 2024 are hereby confirmed, ratified and adopted and as such were taken in the best interests of the Company, its creditors and other parties in interest.

**FURTHER RESOLVED**, that in the judgment of the Board of Directors (the "Board") of ShiftPixy, Inc. (the "Company"), based on, among other things, review of the relevant finances and projections of the Company, it determined that it was desirable and in the best interests of the Company, its creditors and other parties in interest, that the Company file, or cause to be filed, a voluntary petition for relief under the provisions of chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Florida (Fort Lauderdale Division), to commence a chapter 11 proceeding (the "Chapter 11 Proceeding"); and it is



**FURTHER RESOLVED**, that Jonathan Feldman, the Company's Chief Restructuring Officer, or any other officer as designated by the Board (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers, be, and they hereby are, authorized to execute and file on behalf of the Company all petitions, schedules, lists and other motions and papers, or documents, and to take any and all actions that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's and the Subsidiary's respective businesses.

B.   **Retention of Professionals**

**FURTHER RESOLVED**, that any Authorized Officer be, and each hereby is, authorized to employ special corporate counsel, to represent and assist the Company in any and all matters and provide advice and guidance in connection with, among other things, the operations, ongoing or hereafter arising litigation, and other non-bankruptcy matters of and related to the Company and during any bankruptcy case; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed an appropriate application for authority to retain special counsel to provide advice and guidance as to its government contracts, as necessary; and it is;

**FURTHER RESOLVED**, that any Authorized Officer be, and each hereby is, authorized to employ on or more financial advisors in the Authorized Officer's discretion to advise the Company in connection with the Chapter 11 Proceedings including any sale contemplated therein; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay



appropriate retainers and to cause to be filed an appropriate application for authority to retain the services of such financial advisor(s); and it is

**FURTHER RESOLVED**, that any Authorized Officer be, and each hereby is, authorized and directed to employ any other professionals to assist the Company in carrying out their duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

C.      **Further Actions and Prior Actions**

**RESOLVED** that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of them, acting alone, hereby is authorized, directed and empowered, in the name and on behalf of the Company to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such Authorized Officer's judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of these resolutions; and it is

**FURTHER RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of, and on behalf of, the Company and Subsidiary, which acts would have been approved by the forgoing resolutions except that such acts were taken before these resolutions were adopted, are hereby in all respects confirmed, approved and ratified in all respects; and it is



**FURTHER RESOLVED**, that Any Authorized Officer be, and each hereby is, authorized to obtain and negotiate debtor-in-possession financing ("DIP Financing") on terms as in such Authorized Officer's judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of these resolutions; and it is

### Other Business

None.

### Adjournment

There being no other business, the meeting was adjourned at 9:53 a.m. EDT.

Respectfully Submitted,

Timothy M. Papp

Attachments:
Board Meeting Minutes – 10-19-24

| Scott Absher | Present | Against | |
|---|---|---|---|
| Whitney White | Present | For | *signed* |
| Christopher Sebes | Present | For | *Christopher Sebes* |
| Martin Scott | Present | For | *Martin Scott* |

Fill in this information to identify the case:
Debtor name: ShiftPixy, Inc.
United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| BairesDev LLC<br>800 W El Camino<br>Mountain View, CA 94040 | | | | | | $1,235,131.46 |
| Call & Jensen<br>810 Newport Center Dr<br>Newport Beach, CA 92660 | | | | | | $113,446.99 |
| Chirstopher A Sebes<br>5730 Claridon Drive<br>Naples, FL 34113 | | | | | | $135,000.00 |
| CT Corporation<br>PO Box 4349<br>Carol Stream, IL 60197 | | | | | | $46,442.85 |
| Fisher Phillps LLP<br>2050 Main St<br>Irvine, CA 92614 | | | | | | $707,713.43 |
| IRS<br>Worland, WY 82401 | | | | | | $1,405,173.28 |
| KARLINSKY LLC<br>103 Mountain Rd<br>Cornwall On Hudson, NY 12520 | | | | | | $209,102.86 |
| Kenneth Weaver<br>901 Riverside Drive<br>Old Hickory, TN 37138 | | | | | | $97,500.00 |
| Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068 | | | | | | $101,718.50 |

Debtor  ShiftPixy, Inc.
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Media Network Consultants LLC 13245 Lower Harden Ave Orlando, FL 32827 | | | | | | $50,000.00 |
| MINTZ 666 Third Avenue New York, NY 10017 | | | | | | $307,627.75 |
| Osborn Maledon 2929 N Central Ave Phoenix, AZ 85012 | | | | | | $247,859.32 |
| Payne & Fears LLP 4 Park Plaza Irvine, CA 92614 | | | | | | $138,064.02 |
| Rose, Snyder & Jacobs LLP 15821 Ventura Blvd Encino, CA 91436 | | | | | | $107,000.00 |
| Roxborough Pomerance NYE & Adreani 5820 Canoga Ave Woodland Hills, CA 91367 | | | | | | $87,450.14 |
| Sports1ternship, LLC 23 Rancho Circle Lake Forest, CA 92630 | | | | | | $50,000.00 |
| Sunz Insurance 1301 6th Ave W Bradenton, FL 34205 | | | | | | $2,700,000.00 |
| White & Case SE Financial Ctr Ste 4900 Miami, FL 33131 | | | | | | $97,168.10 |
| Whitney White 100 Albert Way 08540 | | | | | | $155,000.00 |
| Balance Management, LLC, 10880 Wilshire Blvd. Los Angeles, CA, 90024. | | | Disputed and Unliquidated | | | Unknown |

# United States Bankruptcy Court
## Southern District of Florida, Miami Division

In re  ShiftPixy, Inc.    Case No. _____

Debtor(s)    Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   October 28, 2024        /s/  Jonathan Feldman
                                 Jonathan Feldman/Chief Restructuring Officer
                                 Signer/Title

```
BairesDev LLC
800 W El Camino
Mountain View, CA 94040


Balanced Management, LLC
10880 Wilshire Blvd. 19th Floor
Los Angeles, CA 90024


Call & Jensen
810 Newport Center Dr
Newport Beach, CA 92660


Chirstopher A Sebes
5730 Claridon Drive
Naples, FL 34113


CT Corporation
PO Box 4349
Carol Stream, IL 60197


Fisher Phillps LLP
2050 Main St
Irvine, CA 92614


Florida Department of Revenue
2450 Shumard Oak Blvd
Tallahassee, FL 32311


ICR LLC
761 Main Ave
Norwalk, CT 06851


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7317
Philadelphia, PA 19101


IPFS Corporation
3522 Thomasville Rd
Tallahassee, FL 32309


IRS
Worland, WY 82401


KARLINSKY LLC
103 Mountain Rd
Cornwall On Hudson, NY 12520


Kenneth Weaver
901 Riverside Drive
Old Hickory, TN 37138


Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
```

```
Marcum & Kliegman LLP
750 Third Ave
New York, NY 10017


Media Network Consultants LLC
13245 Lower Harden Ave
Orlando, FL 32827


MINTZ
666 Third Avenue
New York, NY 10017


Osborn Maledon
2929 N Central Ave
Phoenix, AZ 85012


Payne & Fears LLP
4 Park Plaza
Irvine, CA 92614


Rose, Snyder & Jacobs LLP
15821 Ventura Blvd
Encino, CA 91436


Roxborough Pomerance NYE & Adreani
5820 Canoga Ave
Woodland Hills, CA 91367


Sports1ternship, LLC
23 Rancho Circle
Lake Forest, CA 92630


Sunz Insurance
1301 6th Ave W
Bradenton, FL 34205


White & Case
SE Financial Ctr Ste 4900
Miami, FL 33131


Whitney White
100 Albert Way
08540


WORKIVA
2900 University Blvd
Ames, IA 50010
```