

**ORDERED in the Southern District of Florida on October 29, 2024.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court
_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| SHIFTPIXY, INC. | |
| Debtor. _____/ | Case No. 24-21209-LMI |
| In re: | Chapter 11 |
| SHIFTPIXY STAFFING, INC. | |
| Debtor. _____/ | Case No. 24-21212-CLC |
| In re: | Chapter 11 |
| RETHINK HUMAN CAPITAL MANAGEMENT, INC. | |
| Debtor. _____/ | Case No. 24-21214-CLC |

## ORDER (I) DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' RELATED CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF

Upon the motion (the "Motion") [ECF No. 5] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (a) directing joint administration of the Debtors' related chapter 11 cases, and (b) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED:**

1. The Motion is **GRANTED**, as set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 24-21209-LMI.

3. The caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

www.flsb.uscourts.gov

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| SHIFTPIXY, INC., *et al.*[1] | ) |
| | ) Case No. 24-21209-LMI |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. An entry shall be made on the docket of each case that is substantially similar to the following:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of the chapter 11 cases of: Shiftpixy, Inc., Case No. 24-21209-LMI; Shiftpixy Staffing, Inc., Case No. 24-21212-CLC; and ReThink Human Capital Management, Inc., Case No. 24-24-21214-CLC. **All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 24-21209-LMI.**

6. One consolidated docket, one file, and one consolidated service list shall be maintained by the Debtors and kept by the Clerk of the Bankruptcy Court with the assistance of the notice and claims agent retained by the Debtors in these chapter 11 cases, if applicable.

7. Nothing contained in the Motion or this Order shall be deemed or construed

as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

9. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

###

**Submitted by:**
Isaac Marcushamer, Esq.
*Proposed Counsel for the Debtors and Debtors-in-Possession*
DGIM Law, PLLC
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Tel: 305.763.8708
Email: Isaac@dgimlaw.com


[Attorney Marcushamer, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF within 3 days of entry of this Order and file a certificate of service with the Court.]