

**ORDERED in the Southern District of Florida on November 5, 2024.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | CASE NO. 24-21209-LMI |
| SHIFTPIXY, INC., | Chapter 11 |
| Debtor. | |
| _____/ | |

**AGREED ORDER LIFTING THE AUTOMATIC STAY TO ALLOW ADJUDICATION OF MOTION FOR PARTIAL SUMMARY JUDGMENT FILED AGAINST SHIFTPIXY, INC. IN ADVERSARY PROCEEDING NUMBER 23-1257-LMI**

THIS CAUSE was raised by the Court *sua sponte* in connection with the *Motion for Partial Summary Judgment Against Defendant ShiftPixy, Inc. to Avoid and Recover Preferential Transfers* (the "Motion for Partial Summary Judgment") filed against the Debtor, ShiftPixy, Inc. ("ShiftPixy"), and currently pending before this Court in the adversary proceeding styled *Robert Angueira, as Chapter 7 Trustee of the Bankruptcy Estate of Industrial Human Capital, Inc. v.*

*ShiftPixy, Inc., et al.*, Adversary Proceeding Number 23-1257-LMI (the "Adversary Proceeding"). The Court, having reviewed the record in this Chapter 11 case and in the Adversary Proceeding, being advised of the agreement for stay relief between ShiftPixy and Robert Angueira, in his capacity as Chapter 7 Trustee of Industrial Human Capital, Inc. (the "Trustee"), and having found that good and sufficient cause exists to lift the automatic stay as provided for herein, it is

**ORDERED** that:

1. The automatic stay imposed by § 362 of Title 11 of the United States Code is lifted, effective immediately, to allow this Court to adjudicate the Trustee's Motion for Partial Summary Judgment currently pending against ShiftPixy in the Adversary Proceeding.

2. This Order is effective immediately and shall not be subject to any stay by operation of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

####

**Submitted by:**
Isaac M. Marcushamer, Esq.
DGIM Law, PLLC
*Proposed Counsel for the Debtor*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708\
Email:  isaac@dgimlaw.com

*[Isaac M. Marcushamer, Esq. is directed to provide a copy of this signed Order to all parties of record and to file a Certificate of Service conforming with Local Rule 2002-1(F), within 3 days of entry of this Order]*