

ORDERED in the Southern District of Florida on November 13, 2024.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                  Case No. 24-21209-LMI

SHIFTPIXY, INC. *et al.*[1]                             Chapter 11

    Debtor.
_____/

### ORDER GRANTING DEBTORS' MOTION FOR AN ORDER PURSUANT TO BANKRUPTCY RULE 1007(c) GRANTING AN EXTENSION OF TIME TO FILE STATEMENT OF FINANCIAL AFFAIRS AND <u>SCHEDULES OF ASSETS AND LIABILITIES</u>

**THIS MATTER** came before the Court on the *Debtors' Motion for an Order Pursuant to Bankruptcy Rule 1007(c) Granting an Extension of Time to File Statement of Financial Affairs and Schedules of Assets and Liabilities* (the "Motion") [ECF No. 51]. The Court, having

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

reviewed the Motion, and pleadings in this case and being fully advised on the premises, it is hereby,

    **ORDERED,** as follows:

    1.    The Motion is **GRANTED.**

    2.    The deadline for the Debtors to file its Schedules and Statements is extended to **November 19, 2024.**

    3.    This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###

**Submitted by:**
Isaac M. Marcushamer, Esq.
DGIM Law, PLLC
*Proposed Counsel for the Debtor*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708\
Email:  isaac@dgimlaw.com

*[Isaac M. Marcushamer, Esq. is directed to provide a copy of this signed Order to all parties of record and to file a Certificate of Service conforming with Local Rule 2002-1(F), within 3 days of entry of this Order]*