Form CGFCRD3C  (01/14/23)

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov

Case Number: 24−21209−LMI

Chapter: 11

**In re:**
ShiftPixy, Inc.
4101 NW 25 Street
Miami, FL 33142
EIN: 47−4211438

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Laurel M Isicoff to consider the following:

**Expedited Motion for (I) Entry of an Order (A) Approving Certain Bidding Procedures and Form and Manner of Notice Thereof (B) Scheduling an Auction and a Hearing on the Approval of the Sale of or All or Substantially All of the Debtors' Remaining Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Scheduling a Hearing to Approve Assumption and Assignment of the Assumed Contract (II) Entry of an Order (A) Authorizing the Debtors' Entry Into an Asset Purchase Agreement; and (B) Authorizing the Sale of All of Substantially All of the Debtors' Assets Frees and Clear of All Encumbrances; (C) Entry of an Order Approving the Assumptions and Assignment of the Assumed Contracts and (IV) Related Relief Filed by Debtor ShiftPixy, Inc. (Marcushamer, Isaac) (60)**

1. This matter has been set on the Court's motion calendar for a non−evidentiary hearing. The allotted time for this matter is a morning. The hearing will be held:

   **Date:** November 21, 2024
   **Time:** 09:30 AM
   **Location:** C. Clyde Atkins U.S. Courthouse, 301 N Miami Avenue, Courtroom 8, Miami, FL 33128

2. The movant, or movant's counsel if represented by an attorney, must:

   (a) serve a copy of this notice of hearing and, unless previously served, the above−described document(s) on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

   (b) file a certificate of service as required under Local Rules 2002−1(F) and 9073−1(B).

   Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be heard thereon.

3. PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

4. PLEASE NOTE: Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape−recorders, etc., are not permitted in the courtroom, chambers or other environs of this Court. These restrictions (except for cameras not integrated into a cell phone device) do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshals Service. See Local Rule

5072–2.

**Dated: 11/18/24**                                   **CLERK OF COURT**
                                                                            By: Noemi Sanabria
                                                                            Courtroom Deputy