**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| SHIFTPIXY, INC. *et, al.*[1] | Case No. 24-21209-LMI |
| Debtors. | (Jointly Administered) |
| _____/ | |

**NOTICE OF FILING UPDATED BUDGET AND BUDGET TO ACTUAL**

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), by and through undersigned counsel, hereby file Debtors Updated Budget and Budget to Actual Pursuant to *Interim Order Authorizing Debtors' Motion for Authorization to Use Collateral* [ECF No. 15] *And Setting Hearing*" [ECF No. 41] attached as **Composite Exhibit A.**

Dated November 19, 2024.

Respectfully submitted:

**DGIM Law, PLLC**
*Proposed Counsel for the Debtors*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708

/s/ Isaac Marcushamer
Isaac Marcushamer, Esq.
Florida Bar No. 0060373
Email:  isaac@dgimlaw.com
Daniel Y. Gielchinsky, Esq.
Florida Bar No. 97646
Email: dan@dgimlaw.com

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

**SERVICE LIST**

**Via U.S. Mail to all parties on the attached Mailing List**

# COMPOSITE EXHIBIT A

**ShiftPixy, Inc**
*Cash Projection*
*Week Ending 11-22-2024 through 12-20-2024*

|  | Week Ending 11/22/2024 | Week Ending 11/29/2024 | Week Ending 12/6/2024 | Week Ending 12/13/2024 | Week Ending 12/20/2024 | TOTAL as of 12/20/2024 |
|---|---:|---:|---:|---:|---:|---:|
| **Opening Cash Balance - EOD 10-28-2024** | 196,888.72 | 334,278.84 | 146,106.78 | 246,751.15 | 19,120.21 | 196,888.72 |
| **Projected Revenue** | | | | | | |
| Cash Collections | 492,444.38 | 179,272.80 | 445,463.41 | 190,610.06 | 446,568.16 | 1,754,358.81 |
| **Cost of Goods** | | | | | | |
| Client Payroll Expenses | (152,248.40) | (348,954.58) | (242,880.86) | (348,954.58) | (242,880.86) | (1,335,919.28) |
| Client Benefits and Other Expenses | - | - | - | - | - | - |
| Payroll & Tax Processing Systems | (4,242.57) | (800.00) | (12,000.00) | (5,042.57) | - | (22,085.14) |
| **General & Admin** | | | | | | |
| Corporate Payroll | (74,135.18) | (680.48) | (69,938.18) | (680.48) | (69,938.18) | (215,372.50) |
| Payroll Taxes | (20,000.00) | - | (20,000.00) | - | (20,000.00) | (60,000.00) |
| Employee Benefits | (24,082.89) | (5,886.57) | - | (48,357.25) | - | (78,326.71) |
| Insurance | (35,139.10) | (11,123.23) | - | - | (44,589.04) | (90,851.37) |
| Current Rent | - | - | - | - | - | - |
| Utilities | (2,764.67) | - | - | (2,764.67) | - | (5,529.34) |
| Internet | (3,763.36) | - | - | (3,763.36) | - | (7,526.72) |
| Phone | (8,678.09) | - | - | (8,678.09) | - | (17,356.18) |
| Software Licenses | (15,000.00) | - | - | - | (15,000.00) | (30,000.00) |
| Other | - | - | - | - | - | - |
| Filing Expenses | - | - | - | - | - | - |
| * CRO Fees | (15,000.00) | - | - | - | (15,000.00) | (30,000.00) |
| * Professional Fee - Counsel | - | - | - | - | (20,000.00) | (20,000.00) |
| US Trustee Fee | - | - | - | - | (25,000.00) | (25,000.00) |
| **Total Expenses** | (355,054.26) | (367,444.86) | (344,819.04) | (418,241.00) | (452,408.08) | (1,937,967.24) |
| **WEEKLY CASH FLOW** | 137,390.12 | (188,172.06) | 100,644.37 | (227,630.94) | (5,839.92) | (183,608.43) |
| **NET ACTIVITY** | 334,278.84 | 146,106.78 | 246,751.15 | 19,120.21 | 13,280.29 | 13,280.29 |

*    *Reserves only and subject to application before the Court before payments are made*

**ShiftPixy, Inc**
*Cash Actual vs Projection*
*Weeks Ending 11-01-2024 through 11-15-2024*

| | ACTUAL | | | PROJECTION | | | VARIANCE FAV (UNFAV) | | |
|---|---|---|---|---|---|---|---|---|---|
| | Week Ending 11/1/2024 | Week Ending 11/8/2024 | Week Ending 11/15/2024 | Week Ending 11/1/2024 | Week Ending 11/8/2024 | Week Ending 11/15/2024 | Week Ending 11/1/2024 | Week Ending 11/8/2024 | Week Ending 11/15/2024 |
| **Opening Cash Balance - EOD 10-28-2024** | 306,757.20 | 94,611.75 | 198,861.52 | 225,255.45 | 186.64 | 40,946.79 | 81,501.75 | 94,425.11 | 157,914.73 |
| **Projected Revenue** | | | | | | | | | |
| Cash Collections | 214,505.43 | 522,579.99 | 444,192.80 | 203,125.09 | 509,554.64 | 337,582.88 | 11,380.34 | 13,025.35 | 106,609.92 |
| **Cost of Goods** | | | | | | | | | |
| Client Payroll Expenses | (312,328.17) | (299,838.08) | (379,443.48) | (366,601.41) | (269,214.59) | (354,782.22) | 54,273.24 | (30,623.49) | (24,661.26) |
| Client Benefits and Other Expenses | - | - | (11,729.38) | (12,132.91) | - | - | 12,132.91 | - | (11,729.38) |
| Payroll & Tax Processing Systems | (4,322.71) | (123.30) | (241.98) | (4,242.57) | (21,929.12) | - | (80.14) | 21,805.82 | (241.98) |
| **General & Admin** | | | | | | | | | |
| Corporate Payroll | - | (91,077.09) | (689.63) | - | (104,617.86) | - | - | 13,540.77 | (689.63) |
| Payroll Taxes | - | - | - | - | (33,221.60) | - | - | 33,221.60 | - |
| Employee Benefits | - | (27,291.75) | (28,295.90) | (42,053.78) | (20,000.00) | (494.74) | 42,053.78 | (7,291.75) | (27,801.16) |
| Insurance | - | - | (22,823.12) | - | (11,133.23) | - | - | 11,133.23 | (22,823.12) |
| Current Rent | - | - | - | - | - | (37,101.79) | - | - | 37,101.79 |
| Utilities | - | - | - | - | - | (2,764.67) | - | - | 2,764.67 |
| Internet | - | - | - | (3,163.23) | - | (3,198.90) | 3,163.23 | - | 3,198.90 |
| Phone | - | - | - | - | (8,678.09) | - | - | 8,678.09 | - |
| Software Licenses | - | - | - | - | - | - | - | - | - |
| Other | - | - | (2,942.11) | - | - | - | - | - | (2,942.11) |
| Filing Expenses | (110,000.00) | - | - | - | - | - | (110,000.00) | - | - |
| CRO Fees | - | - | - | - | - | - | - | - | - |
| Professional Fee - Counsel | - | - | - | - | - | - | - | - | - |
| US Trustee Fee | - | - | - | - | - | - | - | - | - |
| **Total Expenses** | (426,650.88) | (418,330.22) | (446,165.60) | (428,193.90) | (468,794.49) | (398,342.32) | 1,543.02 | 50,464.27 | (47,823.28) |
| **WEEKLY CASH FLOW** | 94,611.75 | 104,249.77 | (1,972.80) | 186.64 | 40,760.15 | (60,759.44) | 94,425.11 | 63,489.62 | 58,786.64 |
| **NET ACTIVITY** | 94,611.75 | 198,861.52 | 196,888.72 | 186.64 | 40,946.79 | (19,812.65) | 94,425.11 | 157,914.73 | 216,701.37 |