UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| SHIFTPIXY, INC. *et, al.*[1] | Case No. 24-21209-LMI |
| Debtors. _____/ | (Jointly Administered) |

**DEBTORS SECOND MOTION FOR AN ORDER PURSUANT TO BANKRUPTCY RULE 1007(c) GRANTING AN EXTENSION OF TIME TO FILE STATEMENT OF FINANCIAL AFFAIRS AND SCHEDULES OF ASSETS AND LIABILITIES**

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") by and through their undersigned counsel, hereby move (the "Motion") this Court for entry of an order pursuant to Bankruptcy Rule 1007(c) Granting an Extension of Time to File Statement of Financial Affairs and Schedules of Assets and Liabilities. In support of this Motion, the Debtors respectfully represent as follows:

**BACKGROUND**

1. On October 28, 2024 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases").

2. The Debtors are authorized to continue to operate their businesses and manage their properties as debtors-in-possession under sections 1107(a) and 1108 of the Bankruptcy Code.

3. As of the date of this Application, no trustee, examiner or statutory committee has been appointed in these Chapter 11 Cases.

4. For a detailed description of the Debtors the circumstances leading to the commencement of these Chapter 11 Cases and information regarding the Debtors' businesses and

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc.  The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

capital structure, the Debtors respectfully refer the Court and parties-in-interest to the *Declaration of Jonathan Feldman in Support of Chapter 11 Petitions and First Day Pleadings*. [ECF No. 16].

5. The Chief Restructuring Officer is working diligently to prepare schedules and statements. However, the short extension is required to complete the schedules and statements in a proper and correct manner.

6. On November 11, 2024 the Debtors filed the *Motion for an Order Pursuant to Bankruptcy Rule 1007(c) Granting an Extension of Time to File Statement of Financial Affairs and Schedules of Assets and Liabilities* [ECF No. 51].

7. On November 14, 2024, the Court entered the *Order Granting Debtors' Motion for an Order Pursuant to Bankruptcy Rule 1007(c) Granting an Extension of Time to File Statement of Financial Affairs and Schedules of Assets and Liabilities* [ECF No. 52], extending the deadline to file the Debtors' schedules and statements to November 19, 2024.

## RELIEF REQUESTED

8. Under Bankruptcy Rule 1007(c), the Debtors request that the Court extend the fourteen-day period within which the Debtors must file their Statements of Financial Affairs ("Statements") and Schedules of Assets and Liabilities ("**Schedules**") for an additional three (3) days, or until November 22, 2024.

## BASIS FOR RELIEF

9. Under Bankruptcy Rule 1007(c), the Debtors are required to file their Statements and Schedules within fourteen days after the Petition Date. To prepare the Statements and Schedules, the Debtors must gather information from books, records, and documents relating to thousands of transactions. The collection of the information necessary to complete the

2

Statements and Schedules will require an expenditure of substantial time and effort on the part of the Debtors' employees.

10. In the days and weeks leading up to the filing of these Chapter 11 Cases, the Debtors' replaced their management with a Chief Restructuring Officer. Since the filing the CRO has been entirely occupied in pursuing strategic alternatives, negotiating agreements to assist in the Debtors' case and preparing information and documents necessary to prepare the Debtors' chapter 11 filings. In the early days of these cases, the CRO and key management and other employees had many competing demands assisting in efforts to implement the Debtors' efforts while also addressing myriad employee, customer, and vendor issues. Under these circumstances, it is unlikely that the Debtors will be able to complete their Statements and Schedules properly and accurately by the ordinary fourteen-day deadline. The relief requested is appropriate under the circumstances. See generally In re ITG Vegas, Inc., No. 06-16350, (ECF No 90) (Bankr. S.D. Fla. Dec. 19, 2006); In re Falcon Air Express, Inc., No. 06- 11877, (ECF No. 30) (Bankr. S.D. Fla. May 11, 2006); In re Mercedes Homes Inc., et al., Case Nos. 09-11191 through 09-09-11211 (AJC) (Bankr. S.D. Fla. January 26, 2009) (ECF No. 7); In re All American Semiconductor, Inc., Case Nos. 07-12965 through 07-13002 (LMI) (Bankr. S.D. Fla. April 25, 2007) (ECF No. 12).

11. Accordingly, the Debtors request that the Court extend the period under Bankruptcy Rule 1007(c) for an additional three (3) days, thereby setting the deadline to file the Statement and Schedules to 28 days after the Petition Date, or until November 22, 2024.

**WHEREFORE**, the Debtors respectfully request that the Court enter an Order: (a) granting the Debtors an additional three (3) days to file the Statement and Schedules to November 22, 2024; and (b) granting such further relief as may be just and proper.

Dated November 19, 2024.           **DGIM Law, PLLC**
                                   *Proposed Counsel for the Debtors*
                                   2875 NE 191st Street, Suite 705
                                   Aventura, FL 33180
                                   Phone: (305) 763-8708

                                   */s/ Isaac Marcushamer*
                                   Isaac Marcushamer, Esq.
                                   Florida Bar No. 0060373
                                   Email:  isaac@dgimlaw.com
                                   Monique D. Hayes, Esq.
                                   Florida Bar No. 0843571
                                   Email: monique@dgimlaw.com