**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**
www.flsb.uscourts.gov

In re:                                                              Chapter 11

SHIFTPIXY, INC.,                                        Case No. 24-21209-LMI

      Debtor.

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF ALL NOTICES AND PAPERS**

      Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, Eyal Berger, Esq.

of Akerman LLP, hereby gives notice of his entry of appearance as counsel on behalf of creditor,

**SUNZ INSURANCE SOLUTIONS, LLC ("SUNZ")**, and requests all notices, pleadings,

motions, applications, and other documents filed and/or served in this bankruptcy proceeding be

sent to the following address:

> Eyal Berger, Esq.
> AKERMAN LLP
> 201 E. Las Olas Blvd., Suite 1800
> Fort Lauderdale, Florida 33301
> Telephone (954) 463-2700
> Facsimile (954) 463-2224
> Email: eyal.berger@akerman.com

      Nothing in this *Notice* is intended to or shall be construed as a waiver by SUNZ of any

objections to the Court's exercise of personal or subject matter jurisdiction herein or in any related

matters or proceedings.  Nor shall this appearance be deemed as a consent to the Court exercising

jurisdiction over SUNZ or any real or personal or other property owned or controlled by SUNZ.

      Furthermore, neither this *Notice* nor any subsequent appearance, pleading, claim, or suit is

intended to waive: *(i)* SUNZ's right to have final orders in non-core matters entered only after *de*

*novo* review by a district judge; *(ii)* SUNZ's right to trial by jury in any proceedings so triable

herein or in any case, controversy, or proceeding related hereto; *(iii)* SUNZ's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or *(iv)* any other rights claims, actions, defenses, setoffs, or recoupments to which SUNZ is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments SUNZ expressly reserves.

Dated: November 20, 2024                Respectfully submitted,

By: /s/ *Eyal Berger*
Eyal Berger, Esq.
Florida Bar No: 011069
eyal.berger@akerman.com
**AKERMAN LLP**
201 E. Las Olas Blvd., Suite 1800
Fort Lauderdale, Florida  33301
Tel: (954) 463-2700
Fax: (954) 463-2224
*Counsel for Sunz Insurance Solutions, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 20, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

/s/ *Eyal Berger*
Eyal Berger, Esq.