UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                  CASE NO.: 24-21209-LMI

SHIFTPIXY, INC.                         CHAPTER 11

     Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that undersigned counsel hereby enters her appearance in the above-captioned case for the United States of America, on behalf of the Internal Revenue Service, pursuant to Rule 9010(b) the Bankruptcy Rules of Procedure.

The Clerk of this Court is requested to add the name and address of the undersigned to the matrix of creditors prepared in connection with this case.

                                                              Respectfully submitted,

                                                              **MARKENZY LAPOINTE**
                                                              **UNITED STATES ATTORNEY**

By:     /s/*Raychelle A. Tasher*
               RAYCHELLE A. TASHER
               Assistant United States Attorney
               Florida Bar No. 109291
               Raychelle.Tasher@usdoj.gov
               99 N.E. 4th Street, Suite 300
               Miami, Florida 33132
               Telephone: (786) 439-3185
               Facsimile:  (305) 530 -7139

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case or via U.S. mail as listed in the below Service List.

/s/*Raychelle A. Tasher*
RAYCHELLE A. TASHER

## Service List

**VIA CM/ECF Notice:**

**24-21209-LMI Notice will be electronically mailed to:**

Eyal Berger    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Samuel J Capuano    scapuano@bergersingerman.com, FSellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com

Leyza Barbara Florin    lflorin@sequorlaw.com, jdiaz@sequorlaw.com

Daniel Gielchinsky    dan@dgimlaw.com, colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com

Samuel W Hess    shess@slp.law, dwoodall@slp.law;pmouton@slp.law;shess@ecf.courtdrive.com

Erin M Hoskins    ehoskins@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com

Isaac M Marcushamer    isaac@dgimlaw.com, colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

Charles J McHale    cmchale@mgl.law

Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

Michael S Provenzale    michael.provenzale@lowndes-law.com, anne.fisher@lowndes-law.com;litcontrol@lowndes-law.com

Bradley S Shraiberg    bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Paul Steven Singerman    singerman@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com

Raychelle A. Tasher on behalf of Creditor United States of America, Department of Treasury/Internal Revenue Service
Raychelle.Tasher@usdoj.gov, Shannon.Patterson@usdoj.gov, Bridgett.Moore@usdoj.gov

**VIA U.S. MAIL:**

Jonathan Feldman
2 South Biscayne Boulevard, Suite 1600
Miami, FL 33131

/s/*Raychelle A. Tasher*
RAYCHELLE A. TASHER

3