UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                             Chapter 11

SHIFTPIXY, INC. *et, al.*[1]                                       Case No. 24-21209-LMI

    Debtors.                                             (Jointly Administered)
_____/

## DEBTORS' LIST OF EQUITY SECURTY HOLDERS

    Debtor, SHIFTPIXY STAFFING, INC., hereby submits its list of equity security holders pursuant to Fed. R. Bankr. P. 1007(a)(3). **NONE**

Dated November 22, 2024.

    Respectfully submitted:

**DGIM Law, PLLC**
*Proposed Counsel for the Debtors*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708

*/s/ Isaac Marcushamer*
Isaac Marcushamer, Esq.
Florida Bar No. 0060373
Email:  isaac@dgimlaw.com
Monique D. Hayes, Esq.
Florida Bar No. 0843571
Email: monique@dgimlaw.com

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.