UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                 Chapter 11

SHIFTPIXY, INC. *et, al.*[1]                                           Case No. 24-21209-LMI

    Debtors.                                           (Jointly Administered)
_____/

## DEBTORS' LIST OF EQUITY SECURTY HOLDERS

    Debtor, RETHINK HUMAN CAPITAL MANAGEMENT, INC., hereby submits its list of equity security holders pursuant to Fed. R. Bankr. P. 1007(a)(3). **NONE**

    Dated November 22, 2024.

                                          Respectfully submitted:

                                          **DGIM Law, PLLC**
                                          *Proposed Counsel for the Debtors*
                                          2875 NE 191st Street, Suite 705
                                          Aventura, FL 33180
                                          Phone: (305) 763-8708

                                          */s/ Isaac Marcushamer*
                                          Isaac Marcushamer, Esq.
                                          Florida Bar No. 0060373
                                          Email:  isaac@dgimlaw.com
                                          Monique D. Hayes, Esq.
                                          Florida Bar No. 0843571
                                          Email: monique@dgimlaw.com

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.