UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                            Chapter 11

SHIFTPIXY, INC. *et, al.*[1]                      Case No. 24-21209-LMI

    Debtors.                                          (Jointly Administered)

_____/

### DEBTORS' LIST OF EQUITY SECURTY HOLDERS

Debtor, SHIFTPIXY, INC., hereby submits its list of equity security holders[2] pursuant to Fed. R. Bankr. P. 1007(a)(3).

| Holder of Security | Number | Nature of Interest |
|---|---|---|
| See Attached Exhibit A | 100% | Common Stock |

Dated November 22, 2024.

Respectfully submitted:

**DGIM Law, PLLC**
*Proposed Counsel for the Debtors*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708

*/s/ Isaac Marcushamer*
Isaac Marcushamer, Esq.
Florida Bar No. 0060373
Email:  isaac@dgimlaw.com
Monique D. Hayes, Esq.
Florida Bar No. 0843571
Email: monique@dgimlaw.com

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc.  The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

[2] The Debtor is a publicly traded company. As such, the Debtor's equity security holders are constantly changing and new information is not immediately available.

**EXHIBIT A**

| SHIFTPIXY, INC. | EMPLOYMENT DEVELOPMENT DEPARTMENT (CA) | 722 CAPITOL MALL, SACRAMENTO, CA 95814 |
|---|---|---|
| SHIFTPIXY, INC. | ALPHA CAPITAL ANSTALT; | C/O LH FINANCIAL, 510 MADISON AVE., 14TH FL. NEW YORK, NY 10022 |
| SHIFTPIXY, INC. | CVI INVESTMENTS, INC.; | 101 CALIFORNIA STREET, SUITE 3250 SAN FRANCISCO, CA 94111 |
| SHIFTPIXY, INC. | DOMINION CAPITAL LLC | 341 WEST 38TH STREET, SUITE 800 NEW YORK, NY 10018 |
| SHIFTPIXY, INC. | MEF I, LP | 40 WALL STREET NEW YORK, NY 10005 |
| SHIFTPIXY, INC. | OSHER CAPITAL PARTNERS LLC | C/O LH FINANCIAL, 510 MADISON AVE., 14TH FL. NEW YORK, NY 10022 |
| SHIFTPIXY, INC. | DREXEL HAMILTON, LLC | 77 WATER ST NEW YORK, NY 10005 |
| SHIFTPIXY, INC. | STIFEL FINANCIAL | 501 N. BROADWAY SAINT LOUIS, MO 63108 |