## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND STATEMENTS

The Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFA" and together with the Schedules, the "Bankruptcy Schedules") of Shift Pixy, Inc. (the "Debtor"), have been prepared pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure by the Debtor under the direction of its Chief Restructuring Officer, Jonathan Feldman (the "CRO") and are unaudited. These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtor's Schedules and Statements (the "Global Notes") comprise an integral part of the Bankruptcy Schedules and should be referred to and considered in connection with any review of them.

The information provided herein, except as otherwise noted, is as of the close of business on October 27, 2024, the last date prior to October 28, 2024, the date of filing of the Debtor's bankruptcy case (the "Petition Date") on which financial information was available. Although the Debtor has made reasonable efforts to ensure that the Bankruptcy Schedules are as complete and accurate as possible in light of the circumstances, there can be no assurance that these Bankruptcy Schedules are, in fact, complete or accurate.

None of the Debtor, the CRO, nor the attorneys for the Debtor guarantees or warrants the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.

### Specific Disclosures with Respect to the Debtor's Schedules Schedule

**SCHEDULE E/F** Part 1. The Debtor has used reasonable best effort to report all priority employee wage claims against the Debtor on Schedule E/F Part 1 based on the Debtor's existing books and records as of the Petition Date. The employee wage claims include amounts reported due for both deferred compensation and PTO. In certain instances, the Debtor's records have not been updated and reconciled to confirm the actual amounts due, primarily as it relates to deferred compensation. Although reasonable efforts have been made to reconcile the employee wage claim amounts, determining the exact amounts due prior to filing the schedules would be unduly burdensome and cost prohibitive and, therefore, the Debtor has listed the amounts reflected in readily available records as disputed and reserved the right to amend or correct its schedules once reconciliations can be made.

E/F Part 2. The Debtor has used reasonable best efforts to report all general unsecured Claims against the Debtor on Schedule E/F Part 2 based upon the Debtor's existing books and records as of the Petition Date. The Claims listed on Schedule E/F Part 2 arose or were incurred on various

dates. In certain instances, the date on which a Claim arose is an open issue of fact. Although reasonable efforts have been made to identify the date of incurrence of each Claim, determining the date upon which each Claim on Schedule E/F Part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors may not have listed a date for each Claim listed on Schedule E/F Part 2. As a general matter, the date of incurrence of each Claim was listed as the most recent invoice date, if available. Schedule E/F Part 2 contains information regarding pending litigation involving the Debtor. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated and disputed in the Schedules and Statement. The Debtor expressly incorporates by reference into Schedule E/F Part 2 all parties to pending litigation listed in Statement 7 as contingent, unliquidated and disputed claims, to the extent not already listed on Schedule E/F Part 2.

**SCHEDULE G**. The listing of any contract on Schedule G does not constitute an admission by the Debtor as to the validity of any such contract or that such contract is an executory contract or unexpired lease. The Debtor reserves all of its rights to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtor hereby reserves all of its rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement Schedule G as necessary.

The Debtor reserves all rights to amend the Bankruptcy Schedules, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Bankruptcy Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." Any failure to designate a claim as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtor that such claim is not "contingent," "unliquidated," or "disputed."

### Specific Disclosures with Respect to the Debtor's Statements

**Statement 7**. Information provided in Statement 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial or other adjudicative forum. Additionally, any information contained in Statement 7 shall not be a binding representation of the Debtor's liabilities with respect to any of the suits and proceedings identified therein.

**Fill in this information to identify the case:**

Debtor name     ShiftPixy, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

Case number (if known)    24-21209-LMI

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:    Summary of Assets**

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $ _____ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................................    $ _____ 7,940,085.73

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................    $ _____ 7,940,085.73

---

**Part 2:    Summary of Liabilities**

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ _____ 0.00

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $ _____ 2,128,017.97

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$ _____ 17,829,379.66

4.  **Total liabilities** ..................................................................................................................................................
    Lines 2 + 3a + 3b

    $ _____ 19,957,397.63

**Fill in this information to identify the case:**

Debtor name ___ShiftPixy, Inc.___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION___

Case number (if known) ___24-21209-LMI___

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | SPX Wells Fargo Operating | Other financial account | 9208 | $9,365.02 |
| 3.2. | SPX Wells Fargo Payroll | Other financial account | 1447 | $0.00 |
| 3.3. | SPX Wells Fargo Taxes | Other financial account | 7324 | $18,925.93 |
| 3.4. | Wells Fargo | Checking | 4925 | $5,826.13 |
| 3.5. | Wells Fargo | Savings | 4856 | $35.57 |
| 3.6. | Wells Fargo Corp Op | Other financial account | 3709 | Unknown |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

| Debtor | ShiftPixy, Inc. | Case number *(If known)* | 24-21209-LMI |
|--------|-----------------|--------------------------|--------------|
| | Name | | |

| 3.7. | Wells Fargo SPX Corp | Other financial account | 3717 | Unknown |
|------|----------------------|-------------------------|------|---------|

**4.**      **Other cash equivalents** *(Identify all)*

**5.**      **Total of Part 1.**

       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $34,152.65

**Part 2:**   **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

**7.**      **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

| 7.1. | See Attachment 1 - Schedule for Retainers and Deposits | $842,888.84 |
|------|--------------------------------------------------------|-------------|

| 7.2. | See Attachment 2 - Schedules for Prepaid Expenses of Services, Security, Insurance, and Others | $697,713.00 |
|------|---------|-------------|

**8.**      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

**9.**      **Total of Part 2.**

       Add lines 7 through 8. Copy the total to line 81.     $1,540,601.84

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

**11.**      **Accounts receivable**

| 11a. 90 days old or less: | 784,582.00 | - | 123,558.00 | = .... | $661,024.00 |
|---------------------------|------------|---|------------|--------|-------------|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 1,279,974.00 | - | 639,987.00 | = .... | $639,987.00 |
|---------------------------|--------------|---|------------|--------|-------------|
| | face amount | | doubtful or uncollectible accounts | | |

**12.**      **Total of Part 3.**

       Current value on lines 11a + 11b = line 12.   Copy the total to line 82.     $1,301,011.00

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☐ No.   Go to Part 5.
☒ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    ShiftPixy, Inc.
_____
Name

Case number *(If known)*  24-21209-LMI

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                          % of ownership

| | Name of entity | % of ownership | | Current value |
|---|---|---|---|---|
| 15.1. | GlobexUS Holdings | 0,000002 % | | $100,000.00 |
| 15.2. | ShiftPixy Staffing, Inc | 100% % | | Unknown |
| 15.3. | ReThink Human Capital Management, Inc. | 100% % | | Unknown |

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.** **Total of Part 4.**
Add lines 14 through 16.   Copy the total to line 83.

| $100,000.00 |
|---|

**Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** See Attachment 4 - Schedule for Fixed Assets and Depreciation - Office Furniture & Fixtures | $0.00 | | $613,731.97 |
| 40. | **Office fixtures** See Attachment 4 - Schedule for Fixed Assets and Depreciation - Studio Equipment | $0.00 | | $252,338.91 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor    ShiftPixy, Inc. _____     Case number *(if known)*  24-21209-LMI
          Name

| | | |
|---|---|---|
| See Attachment 4 - Schedule for Fixed Assets and Depreciation - Leasehold Improvements | $0.00 | $668,747.05 |
| See Attachment 4 - Schedule Fixed Assets and Depreciation - Studio Leasehold Improvements | $0.00 | $24,488.10 |

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

| | | |
|---|---|---|
| Computers and electronic devices | $0.00 | $557,571.00 |
| See Attachment 4 - Schedule for Fixed Assets and Depreciation   - Equipment | $0.00 | $1,402,465.86 |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**
Add lines 39 through 42.    Copy the total to line 86.

| $3,519,342.89 |
|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   See Attachment 4 - Schedule Fixed Assets and Depreciation - Vehicles | $0.00 | | $339,800.00 |
| 47.2.   Food Truck | $0.00 | | $134,442.00 |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| See Attachment 4 - Schedule for Fixed Assets and Depreciation - Ghost Kitchen Equipment | $0.00 | | $970,735.35 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    ShiftPixy, Inc.
       Name

Case number (If known)  24-21209-LMI

---

**51.**    **Total of Part 8.**

Add lines 47 through 50.   Copy the total to line 87.

$1,444,977.35

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    LEASE 4101 NW 25th St, Miami, FL | | $0.00 | | $0.00 |

**56.**    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$0.00

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**    **Patents, copyrights, trademarks, and trade secrets** Trademarks Rights - See Attachment 5 - Schedule for Trademarks | $0.00 | | Unknown |
| US Patent No. US20180025309A1 - Shift Worker Platform - Abandoned | $0.00 | | Unknown |

---

Official Form 206A/B

Schedule A/B Assets - Real and Personal Property

page 5

Debtor    ShiftPixy, Inc.    Case number *(if known)*  24-21209-LMI
_____    _____
Name

61.    **Internet domain names and websites**
Social Media Accounts   - See Attachment 6 -
Schedule for Social Media Accounts    $0.00    Unknown

www.shiftpixy.com    $0.00    Unknown

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**
Customer List    $0.00    Unknown

64.    **Other intangibles, or intellectual property**
Source code for ShiftPixy?s proprietary software
platform and mobile application    $0.00    Unknown

65.    **Goodwill**

66.    **Total of Part 10.**    | $0.00 |
Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
☒ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No,   Go to Part 12.
☐ Yes Fill in the information below.

Debtor    ShiftPixy, Inc.
_____    Case number *(If known)*  24-21209-LMI
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $34,152.65 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,540,601.84 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,301,011.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $100,000.00 | |
| 84. **Inventory.**   *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,519,342.89 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,444,977.35 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $7,940,085.73 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,940,085.73 |

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Attachment 1

Schedule for Retainers and Deposits

**ShiftPixy, Inc.**
**Reconciliation - Deposits**
**Account 1805 and 1807**

| Description | Entity | Balance @ 8/31/24 |
|---|---|---|
| **Security Deposit:** | | |
| Courvoisier Center LLC - Miami, FL - Suite | SPX-100 | - |
| Runway 1 LLC - Miami, FL - Studio - Dec 2025 | SPX-100 | 59.939,35 |
| Olen Commercial Realty Corp - Suite 150 - June 27 | SPX-100 | - |
| Olen Commercial Realty Corp - Suite 220 | SPX-100 | (0,00) |
| Olen Commercial Realty Corp - Suite 250 | SPX-100 | - |
| AmWINS Policy Deposit | SPX-100 | 93.000,00 |
| Verifone Inc. - Brickell Rent Ste. 205 | SPX-100 | - |
| Sawgrass LLC - Sunrise, FL - Suite 650 - Dec 2028 | SPX-100 | - |
| **Total Security Deposits:** | | **152.939,35** |
| | | 152.939,35 |
| | | - |
| | | |
| **Retainers:** | | |
| Olen Commercial Realty Corp - Suite 150 - June 27 | | 15.952,30 |
| Sawgrass LLC - Sunrise, FL - Suite 650 - Dec 2028 | | 23.330,71 |
| Huggins Actuarial Services Inc | SPX-100 | - |
| JAMS: Mediation -- Everset | SPX-100 | - |
| Kadima - Ankura | SPX-100 | - |
| Kadima - Osborn Maledon | SPX-100 | - |
| Klein, O'Neill & Singh - Shiftwork Platform aka KOS IP | SPX-100 | - |
| Klein & Wilson: GOLDEN WEST WINGS | SPX-100 | - |
| Lanza & Smith - Radaro Litigation | SPX-100 | - |
| Marcum - Auditors | SPX-100 | - |
| Mintz - General Corporate Matters | SPX-100 | - |
| CK Administrative Services LLC | | 13.706,25 |
| Argent Institutional Trust Co - Human Bees escrow | | 100.000,00 |
| Bast Amron LLP | | - |
| Bentley Goodrich Kison - SUNZ | | - |
| BCC Advisors - Human Bees | | - |
| BCC Advisors - Nexeo | | - |
| Bogin Munns & Munns | | - |
| Call & Jensen | SPX-100 | 75.000,00 |
| Donohoe Advisory Assoc | | 780,00 |
| Dunham Capital Corporation | | - |
| FREEMAN & MILLS: Fisher Phillips expert for Certified | SPX-100 | 10.000,00 |
| FROST LAW: IRS | SPX-100 | 4.042,50 |
| ICR LLC - Investor/Public Relations | SPX-100 | - |
| ipCapital Group-Invention Development | | - |
| IRTH Communication - Investor/Public Relations | SPX-100 | 10.000,00 |
| J David Tax Law LLC - WA State tax issue | | 21.000,00 |
| KARLINSKY LLC: LORI HOWARD | | 25.000,00 |
| Lanza & Smith: trial deposit | SPX-100 | - |
| Larry J Lichtenegger | | 620,00 |
| Levinson Arshonsky Kurtz & Komsky LLP | | 9.747,51 |
| Lydecker LLP | | 10.000,00 |
| Maleki & Associates - BairesDev | | - |
| Maleki & Associates - Corral America | | 11.705,05 |
| Maleki & Associates - Waba Grill | | - |
| Marquis Aurbach Chtd | SPX-100 | - |
| Martin Silver P.S. | | - |
| McCarter & English, LLP | | 25.000,00 |
| MDR Development Corp - $375m Financing | | 204.500,00 |
| Meadows Collier - IRS Trust Fund | | 15.000,00 |
| Morris, Nichols, Arsht & Tunnell LLP | SPX-100 | - |
| Navarro Hernandez PL: Brickell Office issue | | - |
| Navarro Hernandez PL: Sawgrass Office issue | | - |
| Now CFO Newport Beach | SPX-100 | - |
| Payne & Fears LLP: Engagement CAPO CATERING | | 1.678,60 |
| Payne & Fears LLP: Engagement Golden West Wings | | - |
| Payne & Fears LLP: Engt Rosas/Arias/Marin | | 12.643,00 |
| Premier Workspaces - temp office CA | | 820,00 |
| Rose, Snyder & Jacobs LLP - Human Bees | | - |
| Shulman Bastian Fredman & Bui LLP | SPX-100 | 14.423,57 |
| Shraiberg Page PA | | 15.000,00 |
| Trenan Law - IHC | | 20.000,00 |
| Wilson Sonsini Goodrich & Rosati | | 25.000,00 |
| Pillsbury Winthrop Shaw Pittman LLP | | 25.000,00 |
| Slavic 401K | SPX-100 | - |
| ST/LT RECLASS | SPX-100 | - |
| **Total Retainers:** | | **689.949,49** |
| | | 689.949,49 |
| | | - |

Attachment 2

Schedule for Prepaid Expenses of Services, Security, Insurance, and Others

| Prepaid Expenses 30/09/2024 | Debit | Credit | |
|---|---|---|---|
| **1300 - Prepaid Expenses** | | | |
| Opening Balance 9-1-2024 | | | 181.687,26 |
| Net Activity Q1 2025 - 11-30-2024 | 77.376,68 | 46.844,22 | 212.219,72 |
| Net Activity Q2 2025 - 2-28-2025 | - | - | 212.219,72 |
| Net Activity Q3 2025 - 5-31-2025 | - | - | 212.219,72 |
| Net Activity Q4 2025 - 8-31-2025 | - | - | 212.219,72 |
| **1300-Prepaid Expense  -  FYE Ending Balance 8-31-2025** | 77.376,68 | 46.844,22 | 212.219,72 |
| Variance to TB | - | - | - |

**Summary Account Details**

| | | | |
|---|---|---|---|
| | | - | |
| | | - | |
| **1300-Prepaid Expense  -  FYE Ending Balance 8-31-2025** | | | - |
| Variance to TB | | | - |

| 1302 - Prepaid Insurance | | | |
|---|---|---|---|
| **1302 - Prepaid Insurance** | | | |
| Opening Balance 9-1-2024 | | | 515.256,39 |
| Net Activity Q1 2025 - 11-30-2024 | - | 50.107,64 | 465.148,75 |
| Net Activity Q2 2025 - 2-28-2025 | - | - | 465.148,75 |
| Net Activity Q3 2025 - 5-31-2025 | - | - | 465.148,75 |
| Net Activity Q4 2025 - 8-31-2025 | - | - | 465.148,75 |
| **1302-Prepaid Insurance  -  FYE Ending Balance 8-31-2025** | - | 50.107,64 | 465.148,75 |
| Variance to TB | - | - | - |

**Summary Account Details**

| | | | |
|---|---|---|---|
| | | - | |
| | | - | |
| **1302-Prepaid Insurance  -  FYE Ending Balance 8-31-2025** | | | - |
| Variance to TB | | | - |

Attachment 3

Schedule for Accounts Receivable

**Company name:**  ShiftPixy, Inc.
**Report name:**  Customer aging report
**As of date:**  31/10/2024
**Created on:**  18/11/2024

| Customer name | Days aged | -0 | 1-30 | 31-60 | 61-90 | 91-120 | 121- | Total |
|---|---|---|---|---|---|---|---|---|
| SHIFTPIXY STAFFING, INC. | 545 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 296,78 | **296,78** |
| | 538 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 362,75 | **362,75** |
| | 531 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 301,41 | **301,41** |
| | 457 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 347,24 | **347,24** |
| | | **0,00** | **0,00** | **0,00** | **0,00** | **0,00** | **1.308,18** | **1.308,18** |
| VENSLEYDONSHULA | 524 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 419,74 | **419,74** |
| | 517 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 375,13 | **375,13** |
| | 510 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 272,77 | **272,77** |
| | 503 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 288,66 | **288,66** |
| | 496 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 238,59 | **238,59** |
| | 489 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 227,34 | **227,34** |
| | | **0,00** | **0,00** | **0,00** | **0,00** | **0,00** | **1.822,23** | **1.822,23** |
| NILFISK | 13 | 0,00 | 3.200,05 | 0,00 | 0,00 | 0,00 | 0,00 | **3.200,05** |
| | 6 | 0,00 | 2.924,22 | 0,00 | 0,00 | 0,00 | 0,00 | **2.924,22** |
| | | **0,00** | **6.124,27** | **0,00** | **0,00** | **0,00** | **0,00** | **6.124,27** |
| AIMRECYCLE | 83 | 0,00 | 0,00 | 0,00 | 70,95 | 0,00 | 0,00 | **70,95** |
| | | **0,00** | **0,00** | **0,00** | **70,95** | **0,00** | **0,00** | **70,95** |
| POOLCORP | 34 | 0,00 | 0,00 | 856,35 | 0,00 | 0,00 | 0,00 | **856,35** |
| | 34 | 0,00 | 0,00 | 1.349,82 | 0,00 | 0,00 | 0,00 | **1.349,82** |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  | 27 | 0,00 | 827,98 | 0,00 | 0,00 | 0,00 | 0,00 | **827,98** |
|  | 27 | 0,00 | 474,63 | 0,00 | 0,00 | 0,00 | 0,00 | **474,63** |
|  | 20 | 0,00 | 856,03 | 0,00 | 0,00 | 0,00 | 0,00 | **856,03** |
|  | 13 | 0,00 | 836,24 | 0,00 | 0,00 | 0,00 | 0,00 | **836,24** |
|  | 6 | 0,00 | 858,20 | 0,00 | 0,00 | 0,00 | 0,00 | **858,20** |
|  |  | **0,00** | **3.853,08** | **2.206,17** | **0,00** | **0,00** | **0,00** | **6.059,25** |
| LIONSFLOOR | 41 | 0,00 | 0,00 | 598,90 | 0,00 | 0,00 | 0,00 | **598,90** |
|  | 27 | 0,00 | 2.913,45 | 0,00 | 0,00 | 0,00 | 0,00 | **2.913,45** |
|  | 27 | 0,00 | 963,59 | 0,00 | 0,00 | 0,00 | 0,00 | **963,59** |
|  | 20 | 0,00 | 3.384,24 | 0,00 | 0,00 | 0,00 | 0,00 | **3.384,24** |
|  | 20 | 0,00 | 1.002,70 | 0,00 | 0,00 | 0,00 | 0,00 | **1.002,70** |
|  | 20 | 0,00 | 976,03 | 0,00 | 0,00 | 0,00 | 0,00 | **976,03** |
|  | 13 | 0,00 | 3.345,52 | 0,00 | 0,00 | 0,00 | 0,00 | **3.345,52** |
|  | 13 | 0,00 | 4.439,32 | 0,00 | 0,00 | 0,00 | 0,00 | **4.439,32** |
|  | 13 | 0,00 | 952,25 | 0,00 | 0,00 | 0,00 | 0,00 | **952,25** |
|  | 6 | 0,00 | 3.519,57 | 0,00 | 0,00 | 0,00 | 0,00 | **3.519,57** |
|  | 6 | 0,00 | 3.863,59 | 0,00 | 0,00 | 0,00 | 0,00 | **3.863,59** |
|  | 6 | 0,00 | 928,86 | 0,00 | 0,00 | 0,00 | 0,00 | **928,86** |
|  |  | **0,00** | **26.289,12** | **598,90** | **0,00** | **0,00** | **0,00** | **26.888,02** |
| SEEDMIAMI | 20 | 0,00 | 1.365,49 | 0,00 | 0,00 | 0,00 | 0,00 | **1.365,49** |
|  | 13 | 0,00 | 858,28 | 0,00 | 0,00 | 0,00 | 0,00 | **858,28** |
|  | 6 | 0,00 | 2.407,05 | 0,00 | 0,00 | 0,00 | 0,00 | **2.407,05** |
|  |  | **0,00** | **4.630,82** | **0,00** | **0,00** | **0,00** | **0,00** | **4.630,82** |
| PACTIV | 76 | 0,00 | 0,00 | 0,00 | 804,10 | 0,00 | 0,00 | **804,10** |
|  | 76 | 0,00 | 0,00 | 0,00 | 1.463,35 | 0,00 | 0,00 | **1.463,35** |
|  | 34 | 0,00 | 0,00 | 56,59 | 0,00 | 0,00 | 0,00 | **56,59** |
|  | 34 | 0,00 | 0,00 | 280,95 | 0,00 | 0,00 | 0,00 | **280,95** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 27 | 0,00 | 17.767,37 | 0,00 | 0,00 | 0,00 | 0,00 | **17.767,37** |
| | 27 | 0,00 | 5.424,84 | 0,00 | 0,00 | 0,00 | 0,00 | **5.424,84** |
| | 27 | 0,00 | 4.216,07 | 0,00 | 0,00 | 0,00 | 0,00 | **4.216,07** |
| | 20 | 0,00 | 15.110,68 | 0,00 | 0,00 | 0,00 | 0,00 | **15.110,68** |
| | 20 | 0,00 | 6.540,43 | 0,00 | 0,00 | 0,00 | 0,00 | **6.540,43** |
| | 20 | 0,00 | 4.444,06 | 0,00 | 0,00 | 0,00 | 0,00 | **4.444,06** |
| | 20 | 0,00 | 77,06 | 0,00 | 0,00 | 0,00 | 0,00 | **77,06** |
| | 13 | 0,00 | 23.175,99 | 0,00 | 0,00 | 0,00 | 0,00 | **23.175,99** |
| | 13 | 0,00 | 4.966,00 | 0,00 | 0,00 | 0,00 | 0,00 | **4.966,00** |
| | 13 | 0,00 | 4.819,07 | 0,00 | 0,00 | 0,00 | 0,00 | **4.819,07** |
| | 6 | 0,00 | 24.704,04 | 0,00 | 0,00 | 0,00 | 0,00 | **24.704,04** |
| | 6 | 0,00 | 6.952,09 | 0,00 | 0,00 | 0,00 | 0,00 | **6.952,09** |
| | 6 | 0,00 | 4.557,50 | 0,00 | 0,00 | 0,00 | 0,00 | **4.557,50** |
| | | **0,00** | **122.755,20** | **337,54** | **2.267,45** | **0,00** | **0,00** | **125.360,19** |
| KOSE CORPORATION | 34 | 0,00 | 0,00 | 1.900,30 | 0,00 | 0,00 | 0,00 | **1.900,30** |
| | 20 | 0,00 | 2.142,30 | 0,00 | 0,00 | 0,00 | 0,00 | **2.142,30** |
| | 20 | 0,00 | 2.463,75 | 0,00 | 0,00 | 0,00 | 0,00 | **2.463,75** |
| | 13 | 0,00 | 3.840,68 | 0,00 | 0,00 | 0,00 | 0,00 | **3.840,68** |
| | 6 | 0,00 | 6.798,62 | 0,00 | 0,00 | 0,00 | 0,00 | **6.798,62** |
| | | **0,00** | **15.245,35** | **1.900,30** | **0,00** | **0,00** | **0,00** | **17.145,65** |
| GL STRATEGIC STAFFING, INC | 55 | 0,00 | 0,00 | 566,83 | 0,00 | 0,00 | 0,00 | **566,83** |
| | 48 | 0,00 | 0,00 | 705,20 | 0,00 | 0,00 | 0,00 | **705,20** |
| | 41 | 0,00 | 0,00 | 1.054,22 | 0,00 | 0,00 | 0,00 | **1.054,22** |
| | 34 | 0,00 | 0,00 | 1.129,35 | 0,00 | 0,00 | 0,00 | **1.129,35** |
| | 27 | 0,00 | 403,20 | 0,00 | 0,00 | 0,00 | 0,00 | **403,20** |
| | | **0,00** | **403,20** | **3.455,60** | **0,00** | **0,00** | **0,00** | **3.858,80** |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Bond No. 9 | 13 | 0,00 | 112.984,91 | 0,00 | 0,00 | 0,00 | 0,00 | **112.984,91** |
| | 13 | 0,00 | 114.153,48 | 0,00 | 0,00 | 0,00 | 0,00 | **114.153,48** |
| | 13 | 0,00 | 18.865,57 | 0,00 | 0,00 | 0,00 | 0,00 | **18.865,57** |
| | 13 | 0,00 | 629,26 | 0,00 | 0,00 | 0,00 | 0,00 | **629,26** |
| | 13 | 0,00 | 424,23 | 0,00 | 0,00 | 0,00 | 0,00 | **424,23** |
| | 6 | 0,00 | 30.403,89 | 0,00 | 0,00 | 0,00 | 0,00 | **30.403,89** |
| | 6 | 0,00 | 59.697,10 | 0,00 | 0,00 | 0,00 | 0,00 | **59.697,10** |
| | 6 | 0,00 | 9.137,50 | 0,00 | 0,00 | 0,00 | 0,00 | **9.137,50** |
| | 6 | 0,00 | 911,50 | 0,00 | 0,00 | 0,00 | 0,00 | **911,50** |
| | | **0,00** | **347.207,44** | **0,00** | **0,00** | **0,00** | **0,00** | **347.207,44** |
| Century Trade Show Services, LLC | 6 | 0,00 | 120,85 | 0,00 | 0,00 | 0,00 | 0,00 | **120,85** |
| | | **0,00** | **120,85** | **0,00** | **0,00** | **0,00** | **0,00** | **120,85** |
| Quelliv, Inc. | 1168 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 1.743,89 | **1.743,89** |
| | 1163 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 732,35 | **732,35** |
| | 1161 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 1.737,97 | **1.737,97** |
| | 1154 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 1.833,48 | **1.833,48** |
| | 1147 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 2.176,81 | **2.176,81** |
| | 1140 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 1.946,43 | **1.946,43** |
| | 1133 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 2.243,77 | **2.243,77** |
| | 1126 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 2.159,06 | **2.159,06** |
| | 1121 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 3.529,62 | **3.529,62** |
| | 1121 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 4.455,09 | **4.455,09** |
| | 1121 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 5.005,48 | **5.005,48** |
| | 1121 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 5.787,66 | **5.787,66** |
| | 1121 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 9.253,83 | **9.253,83** |
| | 1121 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 9.835,95 | **9.835,95** |
| | 1121 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 4.467,28 | **4.467,28** |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1119 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 2.139,53 | **2.139,53** |
| 1112 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 2.166,73 | **2.166,73** |
| 1105 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 2.599,37 | **2.599,37** |
| 1098 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 2.379,34 | **2.379,34** |
| 1091 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 2.508,17 | **2.508,17** |
| 1084 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 935,98 | **935,98** |
| 1079 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 1.615,00 | **1.615,00** |
| 363 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 4.611,50 | **4.611,50** |
| 349 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 4.315,32 | **4.315,32** |
| 342 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 3.311,03 | **3.311,03** |
| 335 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 2.302,99 | **2.302,99** |
| 328 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 3.905,11 | **3.905,11** |
| 321 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 3.817,85 | **3.817,85** |
| 314 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 4.205,33 | **4.205,33** |
| 307 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 4.430,82 | **4.430,82** |
| 300 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 3.169,37 | **3.169,37** |
| 293 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 2.649,89 | **2.649,89** |
| 286 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 3.944,65 | **3.944,65** |
| 279 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 4.135,91 | **4.135,91** |
| 272 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 4.112,66 | **4.112,66** |
| 265 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 3.616,16 | **3.616,16** |
| 258 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 4.241,49 | **4.241,49** |
| 251 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 2.888,70 | **2.888,70** |
| 244 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 4.313,16 | **4.313,16** |
| 237 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 3.846,27 | **3.846,27** |
| 230 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 4.276,06 | **4.276,06** |
| 223 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 4.314,88 | **4.314,88** |
| 216 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 4.284,74 | **4.284,74** |
| 209 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 3.599,93 | **3.599,93** |
| 202 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 4.256,89 | **4.256,89** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 195 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 4.214,84 | **4.214,84** |
| 188 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 4.242,97 | **4.242,97** |
| 181 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 4.830,28 | **4.830,28** |
| 174 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 4.225,55 | **4.225,55** |
| 167 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 4.806,16 | **4.806,16** |
| 160 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 4.563,02 | **4.563,02** |
| 153 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 4.247,27 | **4.247,27** |
| 146 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 3.140,29 | **3.140,29** |
| 139 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 3.795,48 | **3.795,48** |
| 132 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 3.038,73 | **3.038,73** |
| 125 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 3.087,77 | **3.087,77** |
| 118 | 0,00 | 0,00 | 0,00 | 0,00 | 3.166,92 | 0,00 | **3.166,92** |
| 111 | 0,00 | 0,00 | 0,00 | 0,00 | 2.927,61 | 0,00 | **2.927,61** |
| 104 | 0,00 | 0,00 | 0,00 | 0,00 | 3.976,29 | 0,00 | **3.976,29** |
| 90 | 0,00 | 0,00 | 0,00 | 3.869,21 | 0,00 | 0,00 | **3.869,21** |
| 83 | 0,00 | 0,00 | 0,00 | 3.924,31 | 0,00 | 0,00 | **3.924,31** |
| 76 | 0,00 | 0,00 | 0,00 | 3.736,88 | 0,00 | 0,00 | **3.736,88** |
| 69 | 0,00 | 0,00 | 0,00 | 3.866,32 | 0,00 | 0,00 | **3.866,32** |
| 62 | 0,00 | 0,00 | 0,00 | 3.778,36 | 0,00 | 0,00 | **3.778,36** |
| 55 | 0,00 | 0,00 | 3.885,46 | 0,00 | 0,00 | 0,00 | **3.885,46** |
| 48 | 0,00 | 0,00 | 2.520,75 | 0,00 | 0,00 | 0,00 | **2.520,75** |
| 41 | 0,00 | 0,00 | 2.239,30 | 0,00 | 0,00 | 0,00 | **2.239,30** |
| 34 | 0,00 | 0,00 | 3.147,83 | 0,00 | 0,00 | 0,00 | **3.147,83** |
| 27 | 0,00 | 2.678,04 | 0,00 | 0,00 | 0,00 | 0,00 | **2.678,04** |
| 20 | 0,00 | 3.150,14 | 0,00 | 0,00 | 0,00 | 0,00 | **3.150,14** |
| 13 | 0,00 | 2.056,51 | 0,00 | 0,00 | 0,00 | 0,00 | **2.056,51** |
| 6 | 0,00 | 3.389,84 | 0,00 | 0,00 | 0,00 | 0,00 | **3.389,84** |
| | **0,00** | **11.274,53** | **11.793,34** | **19.175,08** | **10.070,82** | **203.995,86** | **256.309,63** |
| Quelliv (RTK) | 1052 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 45.863,04 | **45.863,04** |

| | | | | | | |
|---|---|---|---|---|---|---|
| 514 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 43.898,69 | **43.898,69** |
| 499 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 22.610,65 | **22.610,65** |
| 363 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 22.215,49 | **22.215,49** |
| 346 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 22.948,80 | **22.948,80** |
| 331 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 21.947,02 | **21.947,02** |
| 316 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 19.651,52 | **19.651,52** |
| 300 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 19.723,71 | **19.723,71** |
| 286 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 19.952,55 | **19.952,55** |
| 279 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 3.451,91 | **3.451,91** |
| 269 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 20.394,01 | **20.394,01** |
| 254 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 23.608,34 | **23.608,34** |
| 239 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 19.631,50 | **19.631,50** |
| 225 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 14.769,85 | **14.769,85** |
| 209 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 12.474,55 | **12.474,55** |
| 195 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 12.426,50 | **12.426,50** |
| 195 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 3.324,90 | **3.324,90** |
| 181 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 23.008,47 | **23.008,47** |
| 148 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 12.796,58 | **12.796,58** |
| 133 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 12.487,09 | **12.487,09** |
| 118 | 0,00 | 0,00 | 0,00 | 0,00 | 12.629,75 | 0,00 | **12.629,75** |
| 104 | 0,00 | 0,00 | 0,00 | 0,00 | 12.975,34 | 0,00 | **12.975,34** |
| 90 | 0,00 | 0,00 | 0,00 | 625,25 | 0,00 | 0,00 | **625,25** |
| 87 | 0,00 | 0,00 | 0,00 | 12.995,51 | 0,00 | 0,00 | **12.995,51** |
| 83 | 0,00 | 0,00 | 0,00 | 646,11 | 0,00 | 0,00 | **646,11** |
| 76 | 0,00 | 0,00 | 0,00 | 583,58 | 0,00 | 0,00 | **583,58** |
| 72 | 0,00 | 0,00 | 0,00 | 10.776,72 | 0,00 | 0,00 | **10.776,72** |
| 69 | 0,00 | 0,00 | 0,00 | 646,11 | 0,00 | 0,00 | **646,11** |
| 62 | 0,00 | 0,00 | 0,00 | 583,57 | 0,00 | 0,00 | **583,57** |
| 56 | 0,00 | 0,00 | 11.483,45 | 0,00 | 0,00 | 0,00 | **11.483,45** |
| 55 | 0,00 | 0,00 | 738,86 | 0,00 | 0,00 | 0,00 | **738,86** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 48 | 0,00 | 0,00 | 708,62 | 0,00 | 0,00 | 0,00 | **708,62** |
| 41 | 0,00 | 0,00 | 12.397,28 | 0,00 | 0,00 | 0,00 | **12.397,28** |
| 41 | 0,00 | 0,00 | 631,51 | 0,00 | 0,00 | 0,00 | **631,51** |
| 34 | 0,00 | 0,00 | 646,11 | 0,00 | 0,00 | 0,00 | **646,11** |
| 27 | 0,00 | 12.488,05 | 0,00 | 0,00 | 0,00 | 0,00 | **12.488,05** |
| 27 | 0,00 | 646,12 | 0,00 | 0,00 | 0,00 | 0,00 | **646,12** |
| 20 | 0,00 | 646,12 | 0,00 | 0,00 | 0,00 | 0,00 | **646,12** |
| 13 | 0,00 | 12.852,36 | 0,00 | 0,00 | 0,00 | 0,00 | **12.852,36** |
| 13 | 0,00 | 616,84 | 0,00 | 0,00 | 0,00 | 0,00 | **616,84** |
| 6 | 0,00 | 603,03 | 0,00 | 0,00 | 0,00 | 0,00 | **603,03** |
| | **0,00** | **27.852,52** | **26.605,83** | **26.856,85** | **25.605,09** | **397.185,17** | **504.105,46** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Grand totals** | **0** | **565.756,38** | **46.897,68** | **48.370,33** | **35.675,91** | **604.311,44** | **1.301.011,74** |

Attachment 4

Schedule for Fixed Assets

and Depreciation

**ShiftPixy, Inc.**
**Reconciliation - Fixed Assets**
**Accounts 1500-1650**

| Description | Dept | Entity | Balance @ 31/08/2024 |
|---|---|---|---|
| *Cost:* | | | |
| 1500  Equipment | | SPX-100 | 1.402.465,86 |
| 1520  Furniture & Fixtures | | SPX-100 | 613.731,97 |
| 1530  Leasehold Improvements | | SPX-100 | 668.747,05 |
| 1540  Vehicles | | SPX-100 | 339.800,00 |
| 1550  Studio Equipment | | SPX-100 | 252.338,91 |
| 1555  Ghost Kitchen Equipment | | SPX-100 | 970.735,35 |
| 1560  Studio Leasehold Improvements | | SPX-100 | 84.360,04 |
| 1565  ROU- Finance lease | | SPX-100 | 0,00 |
| **Total Cost** | | | 4.332.179,18 |
| | | Per GL | |
| | | Difference | |
| | | | |
| *Accumulated Depreciation:* | | | |
| 1600  Equipment | | SPX-100 | -1.092.645,71 |
| 1620  Furniture & Fixtures | | SPX-100 | -469.590,26 |
| 1630  Leasehold Improvements | | SPX-100 | -534.229,37 |
| 1645  Vehicles | | SPX-100 | -197.450,04 |
| 1650  Studio Equipment | | SPX-100 | -173.442,74 |
| 1655  Ghost Kitchen Equipment | | SPX-100 | -745.735,47 |
| 1660  Studio Leasehold Improvements | | SPX-100 | -59.871,94 |
| 1665  ROU Asset | | SPX-100 | 0,00 |
| **Total Accumulated Depreciation** | | | -3.272.965,53 |
| | | Per GL | |
| | | Difference | |

| | | NBV | 1.059.213,65 |
|---|---|---|---|
| | | | - |

**ShiftPixy, Inc.**
**Fixed Asset Schedule**

| Date Acquired | Description | Cost |
|---|---|---|
| **EQUIPMENT - 1500** | | |
| 08/19/16 | Monitors for NM offices | 2.053,25 |
| 08/22/16 | Surface pro and accessories for NM office | 5.102,06 |
| 09/30/17 | Monitors (2), keyboards and mice | 1.418,40 |
| 01/15/18 | Surface pro and accessories for NM office | 3.151,23 |
| 11/05/18 | New phones | 1.702,43 |
| 02/20/19 | New phones | 1.346,86 |
| 06/03/19 | IPHONE XS Silver 256GB-USA | 1.126,00 |
| 06/03/19 | MacBook Pro, accessories and apple care | 4.415,62 |
| 08/29/19 | Microsoft Surface Pro | 2.680,52 |
| 11/20/15 | | 1.188,18 |
| 12/29/15 | BEST BUY 0000 PURCHASE 12/28 YORBA LINDA ( | 1.142,80 |
| 03/22/16 | 3.18.16 Microsoft mouse and leather cases for n | 647,68 |
| 03/22/16 | Remainder of Microsoft purchase of 7 Surface Pr | 3.174,13 |
| 04/15/16 | MICROSOFT PURCHASE 04/13 888-838-8660 WA | 6.405,77 |
| 04/18/16 | MICROSOFT - 7 COST PURCHASE 04/15 COSTA N | 3.039,52 |
| 04/19/16 | sound masking | 14.720,72 |
| 06/09/16 | Microsoft Surface Pro & Accessories, Dell monitc | 8.308,38 |
| 06/20/16 | Microsoft Surface Pro , Docking Station | 3.752,02 |
| 07/13/16 | AT&T Phones | 3.872,11 |
| 07/14/16 | AT&T Phones | 2.118,19 |
| 07/16/16 | Microsoft Surface Pro and accessories | 16.148,60 |
| 08/17/16 | Video camera | 1.211,61 |
| 08/22/16 | Microsoft surface pro, accessories and software | 11.000,00 |
| 09/19/17 | Microsoft surface pro, accessories and software | 25.986,27 |
| 02/08/18 | Conference room Equipment | 6.921,19 |
| 02/16/18 | Computer for Doug Moss | 3.096,27 |
| 05/18/18 | 1 Pro 512 GB | 5.047,87 |
| 05/18/18 | Giant iPhone | 17.591,80 |
| 05/01/18 | Cloud | 38.100,62 |
| 06/19/18 | Microsoft Surface Pro with equipment(2) | 5.299,84 |
| 07/02/18 | Microsoft Surface Pro with equipment(3) | 8.736,50 |
| 07/25/18 | Installation cloud | 840,00 |
| 07/26/18 | Giant iPhone | 16.841,80 |
| 09/12/18 | 3 Surface Pros & Accessories | 10.438,81 |
| 10/16/18 | E Studio 5506ACT Color Copier | 23.433,47 |
| 02/06/19 | Surface Pro | 2.672,63 |
| 03/11/19 | Microsoft surface pro, accessories and software | 9.415,88 |
| 03/13/19 | MacBook Pro, accessories and software | 6.331,76 |
| 03/14/19 | MacBook Pros, accessories and software | 12.991,49 |
| 04/10/19 | Phone purchase | 3.178,59 |
| 04/22/19 | 2 Mac Mini | 3.846,68 |
| 06/10/19 | MacBook Pro, accessories and apple care | 2.530,23 |
| 06/12/19 | MacBook Pro, MacMini, and accessories | 3.758,94 |
| 07/01/19 | MacBook Pro, MacMini, Iphone XR and accessor | 13.439,41 |
| 07/09/19 | Microsoft Surface Pro, accessorie | 3.078,78 |
| 07/18/19 | MacBook Pro, accessories and software | 4.005,13 |
| 07/01/19 | Cisco Meraki Cloud Controller | 1.453,55 |
| 07/09/19 | Cisco Meraki Camera | 10.856,67 |
| 07/22/19 | Sound Masking Speaker | 3.877,20 |
| 08/19/19 | Smart TV | 1.220,20 |
| 08/19/19 | Smart TV | 711,12 |
| 09/05/19 | Dome Camera | 1.639,99 |
| 09/16/19 | Microsoft surface pro, accessories and software | 8.957,71 |
| 09/26/19 | IPAD | 808,98 |
| 10/03/19 | 10 IPADs | 5.256,80 |
| 01/01/20 | 6 HP Color Laser Printers & Monochrome Printer | 4.459,38 |
| 01/31/20 | Pressure sealer | 6.734,38 |
| 02/11/20 | Konica Color Copier - Sold 9-13-2023 | 41.293,28 |
| 02/13/20 | 30 Yearlink Phones & Accessories | 5.136,04 |
| 02/19/20 | MacBook | 3.164,94 |
| 05/29/20 | Apple MacBook | 3.812,13 |
| 06/17/20 | Printer Monochrome Laser - Troy MICR M609DN | 3.198,89 |
| 06/17/20 | Monitor DELL 49" IPS | 1.573,74 |
| 06/30/20 | Microsfot Surface Hub 2s-touch surface - Core I5 | 10.988,14 |
| 06/30/20 | Microsfot Surface Hub 2s-touch surface - Core I5 | 10.988,14 |
| 07/14/20 | Surface Pro and Equipment | 40.227,19 |
| 07/28/20 | 5 Surface Pros & Accessories | 11.912,41 |
| 08/01/20 | Service Agreement on Mft Part #:WJ3-00018/CD | 1.219,60 |
| 08/11/20 | Microsoft surface pro, accessories and software | 13.774,40 |
| 08/12/20 | Cisco Systems Meraki MX250 Cloud Appliance, L | 33.409,77 |
| 08/12/20 | Cisco Systems Meraki MS210-48LP Cloud, Licens | 7.629,77 |
| 08/12/20 | Cisco Systems Meraki MR55 Cloud Indoor AP & L | 7.704,78 |
| 08/12/20 | Cisco Systmes Meraki MV22 Indoor Varifocal Car | 5.743,78 |
| 08/18/20 | Poly Elara Spakerphone & Teams Edition | 508,80 |
| 09/01/20 | Cisco Meraki MV22 Indoor Verifocal Camera (qty | 5.130,69 |
| 09/11/20 | IT Equipment for FL | 60.156,13 |
| 09/14/20 | FL Order | 15.998,81 |
| 09/12/20 | FL - Surace Pros for New Hires | 19.505,14 |
| 09/15/20 | Irvine Surface Pros | 17.951,80 |
| 09/15/20 | Irvine Equipment | 7.288,44 |
| 10/06/20 | Monitor for Bob (Attorney) | 591,10 |
| 10/08/20 | Folder/Sealer 5K for FL Office | 6.200,00 |
| 10/13/20 | New Apple Macbook and Accessories for Bob (A' | 7.751,58 |

**ShiftPixy, Inc.**
**Fixed Asset Schedule**

| Date Acquired | Description | Cost |
|---|---|---|
| 10/13/20 | Dell Ultrasharp 49" Monitor for DJ (CFO) | 1.305,40 |
| 10/15/30 | FL Office - 11 Monitors & Accessories | 6.607,25 |
| 11/02/20 | Cisco Meraki with Cloude, MV, and Enterprise Li | 95.618,00 |
| 11/11/20 | Speakers, installation per speaker, power amplif | 10.229,20 |
| 11/13/20 | HDMI Display port and LED Blacklit LCD Monitor | 1.372,65 |
| 11/05/20 | CDW: FL OFFICES - PHONE COVERS, MOUSE, KEY | 440,84 |
| 11/05/20 | CDW: IRVINE - PHONE COVERS, KEYBOARDS, MC | 1.246,94 |
| 11/05/20 | CDW DIRECT - INV 1C3FGNX | 1.245,54 |
| 11/05/20 | CDW DIRECT - INV 1C3FGR8 | 353,67 |
| 12/07/20 | Virus Laser 1580 Watt/4 Wavelength (qty. 4) | 100.000,00 |
| 12/17/20 | 3 Apple Macbooks & accessories | 7.965,00 |
| 01/08/21 | 2 Phone Booths - HQ | 47.780,31 |
| 01/08/21 | 2 Phone Booths - Studio | 47.780,31 |
| 01/19/21 | 2 Monitors - Miami | 864,48 |
| 01/19/21 | 4 Surface Pros - Miami | 6.087,56 |
| 01/19/21 | OWL - Miami | 1.297,69 |
| 01/19/21 | 4 Surface Pros - Irvine | 6.087,56 |
| 01/19/21 | OWL - Irvine | 1.297,69 |
| 01/19/21 | 4 Monitors - Irvine | 1.728,96 |
| 01/22/21 | Roger - New Macbook | 3.472,74 |
| 02/15/21 | 5 Surface Pro 6, Apple Macbooks 3, & Re-stock E | 5.315,20 |
| 02/15/21 | Apple Macbooks 3 | 2.274,44 |
| 02/26/21 | 2 Large Monitors - Finance | 2.659,14 |
| 03/01/21 | 5 SURFACE PRO 7 | 2.048,31 |
| 03/10/21 | GAB MONITOR | 1.328,55 |
| 04/20/21 | 2 MACBOOKS | 5.671,68 |
| 05/20/21 | 5 Surface Pros - Miami | 9.205,50 |
| 05/20/21 | 1 Macbook - Miami | 3.691,77 |
| 05/20/21 | 2 Macbooks - Irvine | 7.383,54 |
| 05/20/21 | 4 Surface Pros - Irvine | 7.364,40 |
| 05/25/21 | Marketing Equipment | 2.577,19 |
| 05/31/21 | Display for Marlon | 3.530,95 |
| 06/15/21 | AM WANG NEW COMPUTER | 3.057,62 |
| 06/15/21 | MANNY MONITOR - ACCTING | 1.304,97 |
| 06/15/21 | SUITE 205 SET UP | 15.813,70 |
| 07/01/21 | Audio Set Up - Ste 205 | 8.351,35 |
| 07/01/21 | Sonos Zone Set Up - Ste 205 | 160,50 |
| 07/01/21 | Audio Set Up - Ste 205 | 2.803,40 |
| 07/01/21 | Doug ipad & Accessories | 1.905,56 |
| 07/07/21 | 3 Leagl Monitors | 3.703,02 |
| 07/07/21 | Doug ipad & Accessories | 1.864,50 |
| 07/14/21 | Computer- Scott's Home Office | 3.015,21 |
| 07/19/21 | Moving IT TV to Ste 150 Irvine | 4.142,67 |
| 08/04/21 | War Room TVs | 17.280,50 |
| 08/07/21 | 20 Surface Pro, SRFC Docks, Mouse & Keyboards | 64.182,15 |
| 08/19/21 | iPad - Doug | 1.738,17 |
| 09/01/21 | 10 SURFACE - SPACS | 24.941,27 |
| 09/14/21 | EQUIPMENT FOR OUR DESIGNERS | 5.495,00 |
| 09/15/21 | MARKETING TOOLS | 1.219,80 |
| 09/16/21 | MARKETING TOOLS | 1.151,28 |
| 09/23/21 | MAC PRODUCTS FOR PRODUCTION TEAM HIRIN | 34.357,19 |
| 09/24/21 | 2 GO PROS - PRODUCTION | 894,48 |
| 09/30/21 | GAMING DESKTOP - DESIGN TEAM | 3.957,93 |
| 10/05/21 | Hard Drive | 1.540,71 |
| 10/05/21 | Monitors | 2.439,58 |
| 10/05/21 | Marketing Design Tools | 2.927,42 |
| 10/05/21 | Marketing Monitors | 2.642,88 |
| 10/05/21 | Kitchen Audio | 6.200,65 |
| 10/07/21 | Surface Pro 7+ | 22.715,73 |
| 10/31/21 | MARKETING | 1.189,28 |
| 11/04/21 | Financial Team Comptuers - upgrade | 8.965,43 |
| 11/09/21 | Prototype team Computers | 10.895,00 |
| 11/10/21 | Prototype team Computers | 1.033,23 |
| 11/11/21 | Surface Pro | 3.346,31 |
| 11/12/21 | Prepping for growth | 21.631,90 |
| 11/23/21 | Docking Stations | 762,34 |
| 11/29/21 | Green Screens | 1.250,00 |
| 12/01/21 | Meeting Owl Pro | 2.082,08 |
| 12/17/21 | MICROSOFT STEELCASE MOBILE STAND FOR LAB | 1.547,49 |
| 01/01/22 | | 20.695,65 |
| 01/31/22 | 30 Surface Docs | 6.676,55 |
| 01/06/22 | equiptment for finace | 820,28 |
| 04/27/22 | Convention Oven | 1.233,07 |
| 07/01/22 | Multiple invoices | (35.826,64) |
| 09/23/22 | Bill - FOOD CARTS USA: FOOD TRUCK #1 | 298.800,00 |
| 10/07/22 | ADDITIONAL OVEN FOR IN LAB USE - Shop instal | 16.000,00 |
| 10/17/22 | Labs - Walk in cooler | 9.520,00 |
| 11/02/202 | ELECTRICAL WORK - LABS walk-in cooler and fre | 3.100,00 |
| 11/11/22 | WALK IN COOLER REPAIRS | 2.200,00 |
| 11/15/22 | FOOD TRUCK ADD ON | 41.000,00 |
| 11/16/22 | CAMERA LENS - LABS | 1.134,19 |
| 04/14/23 | TV, SPEAKER, AMPLIFIER WIRING AND INSTALLA | 4.542,15 |
| 05/01/23 | PURCHASE 3 TVS AND AUDIO INSTALLATION | 4.925,21 |
| 08/31/23 | Bill - FOOD CARTS USA: FOOD TRUCK #1 - Move | (298.800,00) |
| 08/31/23 | FOOD TRUCK ADD ON - Move to Vehicle account | (41.000,00) |
| 09/13/23 | Konica Color Copier - Sold 9-13-2023 | (41.293,28) |
| 06/01/24 | Microsoft Surface Studio 2-14.4"-64 GB RAM-2 T | 4.250,41 |

**ShiftPixy, Inc.**
**Fixed Asset Schedule**

| Date Acquired | Description | Cost |
|---|---|---|

| | GL 1500 - Total Equipment | 1.402.465,86 |
|---|---|---|

**FURNITURE & FIXTURES - 1520**

| Date Acquired | Description | Cost |
|---|---|---|
| 12/01/15 | | 355,32 |
| 12/04/15 | | 1.492,02 |
| 12/08/15 | | 1.569,21 |
| 03/30/16 | furniture for 1 Venture, Irvine, CA 92618 | 91.450,76 |
| 04/04/16 | Surface Pros and accessories - limit on debit card | 14.500,00 |
| 04/04/16 | AT&T cell phones and accessories part 1 of 5 | 2.181,54 |
| 04/04/16 | AT&T cell phones and accessories part 2 of 5 | 1.817,95 |
| 04/04/16 | AT&T cell phones and accessories part 3 of 5 | 1.817,95 |
| 04/04/16 | AT&T cell phones and accessories part 4 of 5 | 1.814,35 |
| 04/04/16 | AT&T cell phones and accessories part 5 of 5 | 2.886,47 |
| 04/29/16 | Dell color laser printer | 1.799,98 |
| 04/29/16 | ULINE *SHIP SUPPL PURCHASE 04/29 800-295-5. | 1.933,82 |
| 05/02/16 | Surface dock, Monitor and accessories for Annet | 679,11 |
| 05/02/16 | Samsung - Showcase 28.7 cu. ft. Side-by-side ref | 2.394,99 |
| 05/02/16 | Samsung-Chef Collection 2.1 cu. ft. Over the Ran | 499,99 |
| 05/02/16 | Surface Dock, Monitor and accessories for - Kare | 672,80 |
| 05/09/16 | replacement microwave that fits spot in kitchen | 189,99 |
| 05/09/16 | BEST BUY 0000 PURCHASE RETURN 05/08 TUSTII | (524,80) |
| 05/10/16 | added furniture for new building | 13.362,93 |
| 05/24/16 | Storage cabinet, Handtruck, platform deck for ha | 994,51 |
| 05/26/16 | additional blinds for executive suite | 1.990,00 |
| 05/26/16 | blinds for the executive suite | 2.638,20 |
| 08/03/16 | Desks and benches | 5.994,52 |
| 08/05/16 | Tables, desks and furnitures | 15.641,48 |
| 08/31/16 | AJE-11 | 6.782,00 |
| 08/31/16 | AJE-11 | 1.455,00 |
| 04/19/16 | security system for new location 1 Venture, Suite | 23.624,22 |
| 09/19/16 | Misc. office furniture | 2.780,42 |
| 10/06/16 | Misc. office furniture | 1.881,22 |
| 11/02/17 | Office Furniture for Suite 220 | 24.740,40 |
| 11/17/17 | Office Furniture for Suite 220 | 7.335,12 |
| 12/04/17 | Media room Build Out | 3.899,42 |
| 02/01/18 | Office Director Operations | 5.993,42 |
| 02/01/18 | Office Chief Technology Officer | 3.291,82 |
| 06/18/18 | Office Desk and Installation | 5.669,98 |
| 07/26/18 | Wall Murals | 9.491,25 |
| 10/31/18 | Office Furniture | 2.013,66 |
| 04/15/19 | chairs | 3.280,93 |
| 06/01/19 | Platinum & white desks. Box/Files with green cu | 6.488,64 |
| 06/14/19 | IT Room: Platinum & white desks. Box/Files, and | 28.886,10 |
| 06/17/19 | Posture fit Stools and task chairs. | 4.129,21 |
| 06/19/19 | Frameless glass door | 10.199,00 |
| 06/19/16 | Frameless glass door (x2) | 22.665,00 |
| 06/03/19 | Electririfed Locking Hardware and Idemia Biome | 3.348,23 |
| 08/01/19 | Office Furniture | 1.705,90 |
| 08/25/20 | Furniture for Miami FL | 138.476,93 |
| 10/15/20 | FL Office - Miami Office Sign | 1.517,26 |
| 12/01/20 | FL Office - L Desks, Credenzas & devlivery | 5.885,92 |
| 01/05/21 | Studio Furniture (Production) | 69.950,37 |
| 03/24/21 | STUDIO FURNITURE | 35.313,66 |
| 09/21/21 | 2 CABINETS FOR THE LABS | 809,80 |
| 01/01/22 | Container Wraps | 13.964,00 |

| | GL 1520 - Total Furniture and Fixtures | 613.731,97 |
|---|---|---|
| | | **1/** |

**LEASEHOLD IMPROVEMENTS - 1530**

| Date Acquired | Description | Cost |
|---|---|---|
| 05/31/16 | Anderson Security - intrusion access control syst | 2.139,47 |
| 06/01/16 | Frost Film Doors | 360,00 |
| 06/02/16 | CMD Dummy Cylinder | 81,04 |
| 06/09/16 | Samsung LED LCD TV and other equipment | 9.217,08 |
| 06/13/16 | Anderson Security - intrusion access control syst | 825,00 |
| 05/31/16 | Lighting and installation | 8.593,09 |
| 06/22/16 | Painting - Spectrum General Contractors | 2.850,00 |
| 07/12/16 | Anderson Security - intrusion access control syst | 320,00 |
| 03/01/18 | Cabling-AV installation-Wifi | 12.211,09 |
| 08/08/18 | Wall surfaces | 4.763,50 |
| 09/09/20 | FL Office Installation of Security System Equipme | 5.400,00 |
| 09/15/20 | FL Office Install Cable/Camera | 10.782,45 |
| 10/15/20 | FL Office DGA Security | 3.105,68 |
| 10/15/20 | FL Office - Additional Installation | 1.325,82 |
| 11/13/20 | Demo Room Logo | 1.379,23 |
| 11/16/20 | Runway Painting for Studio Floors FL Office | 68.953,58 |
| 12/08/20 | FL Office - Break concrete floor, stall 2 floor drai | 2.500,00 |
| 01/28/21 | 2 Bathrooms, brick wall and coffee bar build | 29.650,00 |
| 02/17/21 | Installation of Door Stops | 2.156,25 |
| 02/18/21 | Suite 203 - Cloud Controller & Enterpirse Licence | 4.521,00 |
| 02/11/21 | Brickell Suite 203 | 1.010,00 |

**ShiftPixy, Inc.**
**Fixed Asset Schedule**

| Date Acquired | Description | Cost |
|---|---|---|
| 02/16/21 | Black Single circuit track | 2.616,15 |
| 02/17/21 | 2 additional drops for SPX Labs | 2.278,25 |
| 02/21/21 | New large door | 26.400,00 |
| 02/22/21 | Muralas A & B Walls Deposit | 17.000,00 |
| 02/22/21 | Murals C Wall | 13.000,00 |
| 02/23/21 | Exterior Logo Painting | 1.700,00 |
| 03/05/21 | EXTRA WORK | 5.915,00 |
| 03/06/21 | DOCK DOOR WORK | 2.691,05 |
| 03/08/21 | STUDIO DOOR WORK | 4.450,00 |
| 03/08/21 | MAGLOCK | 1.215,50 |
| 03/08/21 | RACKS AND CABLING | 374,50 |
| 03/16/21 | CABLING AND RACKS TV MOUNT | 600,42 |
| 04/01/21 | HQ Doors work - security key cards | 2.523,33 |
| 05/14/21 | Coffee Bar | 9.526,18 |
| 05/17/21 | Cabling & Racks - Studio Fiber Project | 20.015,80 |
| 05/20/21 | New Cameras & New Space | 11.841,82 |
| 06/02/21 | CHANGE ORDER #5 - Gate Mortor & Extras | 10.815,95 |
| 06/10/21 | FINAL PAYMENT - STUDIO FLOORS | 20.880,50 |
| 06/16/21 | HQ WHITE BOARD WALL PAINTING | 1.100,00 |
| 06/17/21 | HARDWARE - CAMERAS - SUITE 205 BRICKLL - M | 8.082,00 |
| 06/17/21 | SPX SIGN FOR STE 205 - BRICKELL | 1.517,26 |
| 06/17/21 | STUDIO WORK | 4.800,00 |
| 06/21/21 | REPAIR WORK | 1.500,00 |
| 06/22/21 | WORK IN IRVINE | 1.155,00 |
| 06/24/21 | SUITE 205 PHASE 1 | 8.456,63 |
| 06/25/21 | STUDIO PURPLE ROOM BUILD OUT | 40.327,00 |
| 07/07/21 | EXTRA WORK | 670,00 |
| 07/13/21 | STUDIO WORK | 670,00 |
| 07/14/21 | Studio Gate Replacement | 11.670,75 |
| 07/14/21 |  | 2.010,00 |
| 07/15/21 | Studio Change order Additional Work | 1.856,20 |
| 07/17/21 | Electric Work Ste 205 | 1.395,00 |
| 07/19/21 | Painting - HQ Ste 201 | 4.045,00 |
| 07/19/21 | Painting - HQ Ste 201 | 966,00 |
| 07/27/21 | Studio | 5.242,00 |
| 07/28/21 | Proposal - Studio Additional Work | 1.340,00 |
| 07/29/21 | APC UPS Battery Back Up - Studio | 855,45 |
| 07/30/21 | Gate Security - SPX Labs | 19.432,00 |
| 08/06/21 | Suite 205 HQ | 5.524,80 |
| 08/20/21 | Install of 20 Outlets | 7.800,00 |
| 08/20/21 | Electrical Work | 4.400,00 |
| 09/01/21 | ADDITINAL WORK FOR BRICKELL SUITE 205 | 589,00 |
| 09/16/21 | Studio gate work | 9.704,12 |
| 09/20/21 | Fire Protection | 1.074,49 |
| 09/20/21 | Awning 50% | 2.300,00 |
| 09/30/21 | Fire Protection | 2.010,00 |
| 10/01/21 | Track Lighting | 2.293,50 |
| 10/31/21 | Taxes for awning (not prev included) | 161,00 |
| 10/31/21 | 5% increase from 3/18/21 invoice. Supply chain i | 1.090,70 |
| 12/01/21 | Change Order #2 | 2.218,00 |
| 12/31/21 | TI Allowance Overage | 68.038,88 |
| 01/21/22 | Irvine Door Sensors | 553,80 |
| 02/18/22 | Tinting Windows | 4.300,93 |
| 02/21/22 | Studio cabling | 3.821,90 |
| 04/01/22 | Suite 605 Ntework Set-Up | 37.181,45 |
| 07/01/22 | Studio | (5.242,00) |
| 08/01/22 |  MILLWORK STE 650 | 34.637,43 |
| 10/01/22 | Sunrise install 50% | 1.819,00 |
| 10/20/22 | 3 SINKS FOR GHST KITCHENS | 2.003,25 |
| 10/25/22 | ELECTRICAL WORK LABS - installation of wiring fc | 6.900,00 |
| 11/23/22 | GAS SET UP #1 - KITCHENS | 18.224,74 |
| 03/07/23 | Electrical work for Labs - set up double fryer | 750,00 |
| 04/01/23 | ELECTRICAL FOR GHOST KITCHEN FRYERS | 511,46 |
| 04/01/23 | TI ALLOWANCE OVERAGE | 12.242,01 |
| 05/22/23 | GASKETS AND STRIP CURTAIN FOR LOADING DO | 759,57 |
| | **GL 1530 - Total Leasehold Improvements** | **668.747,05** |

| | **VEHICLES - 1540** | |
|---|---|---|
| 09/23/22 | Bill - FOOD CARTS USA: FOOD TRUCK #1 - 8-31-2 | 298.800,00 |
| 11/15/22 | FOOD TRUCK ADD ON - 8-31-2023 Adj | 41.000,00 |
| | **GL 1540 - Vehicles** | **339.800,00** |

| | **STUDIO EQUIPMENT - 1550** | |
|---|---|---|
| 10/28/20 | Studio Equipment | 74.748,15 |
| 11/02/20 | Studio Equipment | 4.505,00 |
| 11/23/20 | Neon Sing for Labs | 2.621,50 |
| 12/21/20 | Design Agreement | 37.500,00 |
| 12/22/20 | CANON 2 Lenses, 2 cards, and lighting kit | 4.580,98 |
| 12/29/20 | Lens support & control system | 2.609,08 |
| 01/04/21 | Studio Equipment | 1.045,03 |
| 01/12/21 | Studio Equipment | 3.236,00 |

**ShiftPixy, Inc.**
**Fixed Asset Schedule**

| Date Acquired | Description | Cost |
|---|---|---|
| 01/19/21 | Studio - Editing System | 5.826,29 |
| 02/02/21 | Tai Audio | 6.287,17 |
| 02/03/21 | B&H Photo Video | 1.666,00 |
| 02/04/21 | Tai Audio | 513,49 |
| 02/01/21 | Docks Doors SPX Labs | 2.771,78 |
| 02/01/21 | Studio Equipment | 4.519,85 |
| 02/01/21 | B&H Photo Video | 1.748,15 |
| 02/01/21 | | 2.081,26 |
| 03/02/21 | Camera Equipment | 2.040,25 |
| 03/18/21 | Outfitting Work Station | 16.375,00 |
| 03/24/21 | SET UP TV AND HUB | 14.866,57 |
| 03/27/21 | Microwave | 349,83 |
| 03/27/21 | Refrig & Microwave | 1.547,52 |
| 04/05/21 | LIGHTING - Titan tubes 8 w/ charging case | 7.847,39 |
| 04/08/21 | Sweeper/ Scrubber | - |
| 04/27/21 | Design Agreement - Reversed | (37.500,00) |
| 05/11/21 | SINEWAVE TOWER - STUDIO | 559,06 |
| 06/03/21 | Hardware for 4 Lab Kitchens | 4.699,44 |
| 06/04/21 | Pre-owned - 32" TENNANT RIDE-ON SCRUBBER | 9.924,25 |
| 06/11/21 | B&H Photo Video | 299,00 |
| 06/19/21 | Studio - Set up TV and Hub | 25,75 |
| 06/20/21 | Studio Media Storage | 19.200,00 |
| 07/09/21 | LED Softlight w Manual Yoke | 17.294,41 |
| 07/19/21 | Office Equipment for Expansion | 8.735,52 |
| 08/03/21 | MICROSOFT MOBILE STAND | 0,00 |
| 08/04/21 | 1925 -ESTIMATE - Container wraps | 25.680,00 |
| 02/01/22 | 1925 -ESTIMATE - Container wraps | (12.680,00) |
| 04/01/23 | Dry Storage Locked Gate - Ghost Kitchens | 4.900,00 |
| 04/04/23 | Walk-in shelving for Ghost Kitchen Storage | 11.915,19 |
| | **GL 1550 - Total Studio Equipment** | **252.338,91** |

| **GHOST KITCHEN EQUIPMENT - 1555** | | |
|---|---|---|
| 03/19/21 | Ghost Kitchen Modular Set Up | 288.447,18 |
| 04/23/21 | Ghost Kitchen Modular Set Up | 288.452,58 |
| 08/18/21 | Ghost Kitchen Modular Set Up | 288.452,58 |
| 08/09/21 | ZINE PORECIAIN STOVETOP 48" | 1.760,14 |
| 08/11/21 | GHST KITCHEN CONVENTION WALL OVEN | 2.551,94 |
| 08/11/21 | walk-in refrigeration - Ghost Kitchen | 25.460,00 |
| 09/30/21 | Extra charges to complete kitchens | 171.501,90 |
| 01/31/23 | AP adjust - BOXMAN STUDIOS LLC: SETTI | -101.501,90 |
| 03/03/23 | BREX-Amazon - Commercial Fryer - Labs | 385,19 |
| 03/08/23 | Dishwasher Table | 704,95 |
| 03/09/23 | BREX-Amazon - Ghost Kitchen - 2 Blenders - Labs | 511,70 |
| 03/11/23 | BREX-Amazon - Ghost Kitchen - Vevor Mobile Fr | 1.209,09 |
| 06/13/23 | Bird Cage - Shelve 60" length - total 60' | 2.800,00 |
| | **GL 1555 - Ghost Kitchen Equipment** | **970.735,35** |

| **STUDIO LEASEHOLD IMPROVEMENTS - 1560** | | |
|---|---|---|
| 02/01/21 | Studio Setup Fees | 7.250,00 |
| 02/01/21 | Signs for SPX Labs | 12.044,00 |
| 02/01/21 | 10 Ceiling Surface Mount kits & 10 Add'l Parts | 1.649,97 |
| 02/10/21 | Electrical Work - SPX Labs | 13.135,00 |
| 02/21/21 | Additional Work | 1.690,00 |
| 03/08/21 | Studio Electric Work | 1.275,00 |
| 03/17/21 | Thunderbolts for 3 Doors | 269,32 |
| 03/25/21 | STUDIO EXTRA WORK | 319,55 |
| 03/31/21 | Concrete Work- Studio | 7.095,00 |
| 04/01/21 | Work on double Doors | 250,00 |
| 05/13/21 | Floor work & polishing at SPX Labs | 20.880,50 |
| 05/13/21 | Work on gate & key card entry | 9.866,25 |
| 05/13/21 | Studio Card Reader | 3.420,00 |
| 05/14/21 | STUDIO EXTRA WORK - Reversed | (319,55) |
| 05/20/21 | Studio Security | 6.892,00 |
| 05/20/21 | Studio Security | 10.687,00 |
| 05/21/21 | Signs for SPX Labs - Reversed | (12.044,00) |
| | **GL 1560 - Total Studio Leasehold Improvement** | **84.360,04** |

| **ROU- FINANCE LEASE - 1565** | | |
|---|---|---|
| | **GL 1565 - Total ROU- Finance Lease** | **-** |

| | **Total Fixed Assets:** | **4.332.179,18** |
|---|---|---|

Attachment 5

Schedule for Trademarks

**Trademarks**

**UNITED STATES – REGISTERED TRADEMARKS**

| Mark | Image | Serial Number | Registration Date | Status |
|---|---|---|---|---|
|  |  | 88479540 | 2020-01-14 | Live |
| SHIFTPIXY LABS | SHIFTPIXY LABS | 90159815 | 2022-12-27 | Live |
|  |  | 88437998 | 2019-12-31 | Live |
| ZIPIXY | ZIPIXY | 88533774 | 2020-02-11 | Live |
| SHIFTPIXY | SHIFTPIXY | 86777367 | 2016-12-27 | Live |
| SHIFTPIXY | ShiftPixy | 86786929 | 2016-12-27 | Live |
| SHIFTPIXY LABS | ShiftPixy Labs | 88437998 |  | Dead |

Attachment 6

Schedule for Social Media Accounts

**Social Media Accounts**

| Platform | Username | Reach |
|---|---|---|
| Facebook | ShiftPixy | 6,700 Followers |
| Instagram | ShiftPixy | 560 Followers |
| LinkedIn | ShiftPixy | 2,000 Followers |
| Twitter | ShiftPixy | 17,800 Followers |
| YouTube | ShiftPixy | 796 Subscribers |
| TikTok | ShiftPixy | 34 Followers |

**Fill in this information to identify the case:**

Debtor name __ShiftPixy, Inc.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION__

Case number (if known) __24-21209-LMI__

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A: Amount of claim. Do not deduct the value of collateral. | Column B: Value of collateral that supports this claim |
|---|---|---|

**2.1 ALPHA CAPITAL ANSTALT**
Creditor's Name

C/O LH FINANCIAL, 510
MADISON AVE., 14TH FL.
New York, NY 10022
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

Column A: Unknown      Column B: $0.00

**2.2 Balanced Management, LLC**
Creditor's Name

10880 Wilshire Blvd.
19th Floor
Los Angeles, CA 90024
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

Column A: Unknown      Column B: $0.00

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

| Debtor | ShiftPixy, Inc. | | Case number (if known) | 24-21209-LMI |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | CVI INVESTMENTS, INC | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

101 CALIFORNIA STREET,
SUITE 3250
San Francisco, CA 94111

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☐ No
☒ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.4 | DOMINION CAPITAL LLC | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

341 WEST 38TH STREET,
SUITE 800
New York, NY 10018

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☐ No
☒ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.5 | Employment Development Department | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

722 CAPITOL MAL
Sacramento, CA 95814

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 7

Debtor    ShiftPixy, Inc.
      Name                            Case number (if known)    24-21209-LMI

including this creditor and its relative priority.

☐ Unliquidated
☒ Disputed

---

| 2.6 | Florida Department of Revenue | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

50 West Tennessee Street
Tallahassee, FL 32399

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | Internal Revenue Service | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

Centralized Insolvency Operation
PO Box 7317
Philadelphia, PA 19101

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | MEF I, LP | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

40 WALL STREET
New York, NY 10005

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 3 of 7

Debtor   ShiftPixy, Inc.
_____
Name

Case number (if known)   24-21209-LMI

---

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.9 | OSHER CAPITAL PARTNERS LLC | | | |
|---|---|---|---|---|

Creditor's Name

C/O LH FINANCIAL, 510 MADISON
AVE., 14TH FL.
New York, NY 10022

Creditor's mailing address

**Describe debtor's property that is subject to a lien**     Unknown     $0.00

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.10 | Pennsylvanie Bureau of Compliance | | | |
|---|---|---|---|---|

Creditor's Name

PO BOX 280947
Harrisburg, PA 17128

Creditor's mailing address

**Describe debtor's property that is subject to a lien**     Unknown     $0.00

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.11 | State of Arkansas | | | |
|---|---|---|---|---|

Creditor's Name

4485 Northland Ridge Blvd.
Columbus, OH 43229

Creditor's mailing address

**Describe debtor's property that is subject to a lien**     Unknown     $0.00

**Describe the lien**

---

Debtor  **ShiftPixy, Inc.**
_____
Name

Case number (if known)    **24-21209-LMI**

---

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | State of Kentucky | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's Name

501 High Street?
Frankfort, KY 40601
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | State of New Jersey | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's Name

3 John Fitch Way, 5th Floor
PO Box 245
Trenton, NJ 08695
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | State of New York | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's Name

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 7

Debtor  ShiftPixy, Inc.
_____
Name

Case number (if known)   24-21209-LMI
_____

90 COHOES AVE
Troy, NY 12183
_____
Creditor's mailing address

Describe the lien
_____

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | State of Ohio | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's Name

4485 Northland Ridge Blvd
Columbus, OH 43229
_____
Creditor's mailing address

Describe the lien
_____

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | State of Washington | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's Name

2101 4th Ave, Suite 1400
Seattle, WA 98121
_____
Creditor's mailing address

Describe the lien
_____

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

| Debtor | ShiftPixy, Inc. | Case number (if known) | 24-21209-LMI |
|---|---|---|---|
| | Name | | |

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $0.00 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | ShiftPixy, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION |
| Case number (if known) | 24-21209-LMI |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on **Schedule A/B: Assets - Real and
Personal Property** (Official Form 206A/B) and on **Schedule G: Executory Contracts and Unexpired Leases** (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Amanda Murphy<br>15216 Lafayette Way<br>Tustin, CA 92782 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $350,717.45 | $15,150.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>Amanda Murphy<br>15216 Lafayette Way<br>Tustin, CA 92782 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $107,461.48 | $15,150.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.3** | Priority creditor's name and mailing address<br>Andrew Absher<br>33 N Main St Apt 1<br>Manteno, IL 60950 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $240.13 | $240.13 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor    ShiftPixy, Inc.

Name

Case number (if known)    24-21209-LMI

---

**2.4**

Priority creditor's name and mailing address
Belinda Gibson
2713 S PARCO AVE
91761

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$0.00    $0.00

---

**2.5**

Priority creditor's name and mailing address
Benjamin Parran
22871 Via Santiago
Mission Viejo, CA 92691

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$3,269.11    $0.00

---

**2.6**

Priority creditor's name and mailing address
California Employment Development
Depart
720 9TH ST
Sacramento, CA 95814

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

Unknown    $0.00

---

**2.7**

Priority creditor's name and mailing address
Colby Benbow
80 Mission CT
Foothill Ranch, CA 92610

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$10,384.21    $0.00

---

**2.8**

Priority creditor's name and mailing address
Connie Absher
18841 SW 74th Ct
Miami, FL 33157

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$86,250.00    $15,150.00

---

Debtor   ShiftPixy, Inc.
_____
Name                                              Case number (if known)   24-21209-LMI

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33,137.34 | $15,150.00 |

David May
15441 SW 173rd Ln
Miami, FL 33187

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,939.91 | $2,939.91 |

David May
15441 SW 173rd Ln
Miami, FL 33187

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,384.41 | $0.00 |

David Vasquez
1511 S Pomona Ave Unit A9
Fullerton, CA 92832

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,805.12 | $0.00 |

Denis Monskiy
1817 S OCEAN DR APT PH28
33009

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $163,520.62 | $15,150.00 |

Douglas Moss
15421 TOULOUSE CIR
Irvine, CA 92604

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | ShiftPixy, Inc. | | Case number (if known) | 24-21209-LMI |
|---|---|---|---|---|
| | Name | | | |

---

**2.14** Priority creditor's name and mailing address
Douglas Moss
15421 TOULOUSE CIR
Irvine, CA 92604

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$15,238.98    $15,150.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.15** Priority creditor's name and mailing address
Eduardo Dominguez
5778Devonshire Blvd
Miami, FL 33155

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$31,629.58    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.16** Priority creditor's name and mailing address
Eduardo Dominguez
5778 Devonshire Blvd
Miami, FL 33155

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,026.33    $3,026.33

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.17** Priority creditor's name and mailing address
Elizabeth Eastbold
9740 SW 218th St
Miami, FL 33190

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,025.30    $8,025.30

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.18** Priority creditor's name and mailing address
Elizabeth Eastvold
9740 SW 218th St
Miami, FL 33190

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,843.75    $2,843.75

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | ShiftPixy, Inc. | Case number (if known) | 24-21209-LMI |
|---|---|---|---|
| | Name | | |

---

**2.19** | Priority creditor's name and mailing address
Evan Blummer
55 SW 9th ST
Miami, FL 33130

As of the petition filing date, the claim is:    $20,000.00    $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.20** | Priority creditor's name and mailing address
Evan Blummer
55 SW 9th ST
Miami, FL 33130

As of the petition filing date, the claim is:    $6,922.81    $6,922.81
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.21** | Priority creditor's name and mailing address
Fernando Galarza
912 NE 8th Pl
Cape Coral, FL 33909

As of the petition filing date, the claim is:    $983.98    $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.22** | Priority creditor's name and mailing address
Hannah Woods
13551 NW 6th St Apt 101
Pembroke Pines, FL 33028

As of the petition filing date, the claim is:    $14,166.68    $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.23** | Priority creditor's name and mailing address
Hannah Woods
13551 NW 6th St Apt 101
Pembroke Pines, FL 33028

As of the petition filing date, the claim is:    $4,903.67    $4,903.67
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | ShiftPixy, Inc. | Case number (if known) | 24-21209-LMI |
|---|---|---|---|
| | Name | | |

**2.24**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,632.92 | $0.00 |
|---|---|---|---|
| Holly Dominguez | Check all that apply. | | |
| 5578 Devonshire Blvd | ☐ Contingent | | |
| Miami, FL 33155 | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes |

**2.25**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,266.18 | $0.00 |
|---|---|---|---|
| Ivan Suarez | Check all that apply. | | |
| 25 NE 124th Ter | ☐ Contingent | | |
| 33161 | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes |

**2.26**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $832.47 | $0.00 |
|---|---|---|---|
| Jamie Smith | Check all that apply. | | |
| 9358 Golden Pond Ln N | ☐ Contingent | | |
| 55362 | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes |

**2.27**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,269.11 | $0.00 |
|---|---|---|---|
| Jeffrey Ott | Check all that apply. | | |
| 200 SW 85th Ave Apt 3-109 | ☐ Contingent | | |
| 33025 | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes |

**2.28**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|
| Julieta Medina | Check all that apply. | | |
| 7225 ASHLEY DR | ☐ Contingent | | |
| 27616 | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes |

Debtor    ShiftPixy, Inc.
_____    Case number (if known)    24-21209-LMI
Name

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,647.98 | $0.00 |
|---|---|---|---|---|

**2.29**

Priority creditor's name and mailing address
Kelly Salazar-Coronado
1359 PYRITE WAY
Beaumont, CA 92223

As of the petition filing date, the claim is:    $2,647.98    $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:

Last 4 digits of account number    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

---

**2.30**

Priority creditor's name and mailing address
Manuel Rivera
10361 NW 64TH TER
Miami, FL 33178

As of the petition filing date, the claim is:    $5,000.00    $5,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:

Last 4 digits of account number    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

---

**2.31**

Priority creditor's name and mailing address
Manuel Rivera
10361 NW 64TH TER
Miami, FL 33178

As of the petition filing date, the claim is:    $1,114.00    $1,114.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:

Last 4 digits of account number    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

---

**2.32**

Priority creditor's name and mailing address
Patrice Launay
12100 Montecito Rd Unit 97
Los Alamitos, CA 90720

As of the petition filing date, the claim is:    $43,749.99    $15,150.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:

Last 4 digits of account number    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

---

**2.33**

Priority creditor's name and mailing address
Patrice Launay
12100 Montecito Rd Unit 97
Los Alamitos, CA 90720

As of the petition filing date, the claim is:    $5,603.15    $5,603.15
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:

Last 4 digits of account number    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

---

| Debtor | ShiftPixy, Inc. | Case number (if known) | 24-21209-LMI |
|---|---|---|---|
| | Name | | |

---

**2.34**

Priority creditor's name and mailing address
Phil Eastbold
9740 SW 218th St
Miami, FL 33190

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$42,028.56     $15,150.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.35**

Priority creditor's name and mailing address
Philip Eastvold
9740 SW 218th ST
Miami, FL 33190

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $8,620.91

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.36**

Priority creditor's name and mailing address
Richard Pinder
5555 Collins Ave APT 4
Miami Beach, FL 33140

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,230.33     $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.37**

Priority creditor's name and mailing address
Roger Urich
13305 Roughstock Way
Buda, TX 78610

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.38**

Priority creditor's name and mailing address
Sara Bogh
15770 SW 74th St
Miami, FL 33193

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$902.81     $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | ShiftPixy, Inc. | Case number (if known) | 24-21209-LMI |
|---|---|---|---|
| | Name | | |

---

**2.39**

Priority creditor's name and mailing address
Scott Absher
18841 SW 74th Ct
Miami, FL 33157

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$43,746.45    $4.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.40**

Priority creditor's name and mailing address
Scott Asher
18841 SW 74th Ct
Miami, FL 33157

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$853,474.56    $853.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.41**

Priority creditor's name and mailing address
Steven Swanson
23442 VIA JACINTO
92656

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,085.60    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.42**

Priority creditor's name and mailing address
Timothy Papp
3311 W Morrison Ave
Tampa, FL 33629

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$41,666.68    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.43**

Priority creditor's name and mailing address
Timothy Papp
3311 W Morrison Ave
Tampa, FL 33629

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,604.28    $7,604.28

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | ShiftPixy, Inc. | Case number (if known) | 24-21209-LMI |
|---|---|---|---|
| | Name | | |

**2.44** Priority creditor's name and mailing address
Travis Mcmilan
40 Palatine Apt 126
Irvine, CA 92612

As of the petition filing date, the claim is: $2,001.12   $2,001.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.45** Priority creditor's name and mailing address
XIAO QIAN WANG
921 CRESTVIEW CIR
Fort Lauderdale, FL 33327

As of the petition filing date, the claim is: $187,310.92   $15,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
4te Inc
PO Box 4048
Mission Viejo, CA 92690

As of the petition filing date, the claim is: *Check all that apply.*          $7,728.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
A & A Ornamental, Inc
18731 SW 87th Ave,
Miami, FL 33157

As of the petition filing date, the claim is: *Check all that apply.*          $2,450.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
ADP/MASTER TAX
1 ADP Blvd
Roseland, NJ 07068

As of the petition filing date, the claim is: *Check all that apply.*          $4,242.57
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
AGP/ALLIANCE GLOBAL PARTNERS
590 MADISON AVE
New York, NY 10022

As of the petition filing date, the claim is: *Check all that apply.*          $25,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Debtor  ShiftPixy, Inc.

Name

Case number *(if known)*  24-21209-LMI

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,000.00 |
|---|---|---|---|
| | Alexandra Gonzalez Zabala | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120,000.00 |
|---|---|---|---|
| | ALLIED SPORTS LLC<br>PO BOX 845785,<br>Boston, MA 02284 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,500.00 |
|---|---|---|---|
| | American Recruiting & Consulting Group<br>2200 N Commerce Pkwy, Suite 200<br>Fort Lauderdale, FL 33326 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,613.61 |
|---|---|---|---|
| | AMWINS GROUP BENEFITS<br>PO BOX 71051<br>Charlotte, NC 28272 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,554.38 |
|---|---|---|---|
| | ANKURA<br>201 E WASHINGTON ST, SUITE 1700,<br>Phoenix, AZ 85004 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|
| | AppsFlyer<br>100 1 ST St, 25th FL<br>San Francisco, CA 94105 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|
| | Arondight Advisors | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,801.80 |
|---|---|---|---|
| | ARRAY<br>624 S AUSTIN AVE, SUITE 230,<br>Georgetown, TX 78626 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Debtor    ShiftPixy, Inc.
_____
Name

Case number (if known)    24-21209-LMI

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.13**

**Nonpriority creditor's name and mailing address**
ARTHUR J GALLAGHER RK MGMT SRV
PO BOX 532143,
Atlanta, GA 30353

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

**3.14**

**Nonpriority creditor's name and mailing address**
Asurint
File 2418, 1801 W Olympic Blvd
Pasadena, CA 91199

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$2,004.15

---

**3.15**

**Nonpriority creditor's name and mailing address**
Audio Video Cameras Serv Corp
3900 Buffalo Road
Rochester, NY 14624

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$1,459.51

---

**3.16**

**Nonpriority creditor's name and mailing address**
BairesDev LLC
800 W El Camino
Mountain View, CA 94040

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$1,235,131.46

---

**3.17**

**Nonpriority creditor's name and mailing address**
BAKER TILLY US, LLP
PO Box 511563,
Los Angeles, CA 90051

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$36,906.00

---

**3.18**

**Nonpriority creditor's name and mailing address**
Berkowitz Pollack Brant Advisors CPA
PO Box 735244
Dallas, TX 75373

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$9,000.00

---

**3.19**

**Nonpriority creditor's name and mailing address**
BEST OFFICE COFFEE SERVICES
13130 SW 130 TERRACE
Miami, FL 33186

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$805.33

---

**3.20**

**Nonpriority creditor's name and mailing address**
BestWay Sandwiches

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

Unknown

---

| Debtor | ShiftPixy, Inc. | Case number (if known) | 24-21209-LMI |
|---|---|---|---|
| | Name | | |

---

**3.21**
**Nonpriority creditor's name and mailing address**
BREX CC
650 S 500 W #209
Salt Lake City, UT 84118

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$35,827.52

---

**3.22**
**Nonpriority creditor's name and mailing address**
BREX GHOST KITCHEN
405 Howard St Fl 2
San Francisco, CA 94105

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$6,831.37

---

**3.23**
**Nonpriority creditor's name and mailing address**
Bright Labs Services LLC
485 Lexington Ave 10th FL
New York, NY 10017

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$17,834.98

---

**3.24**
**Nonpriority creditor's name and mailing address**
BTERREL GROUP
4324 Mapleshade Ln, Suite 103
Plano, TX 75093

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$2,420.00

---

**3.25**
**Nonpriority creditor's name and mailing address**
BUSINESS WIRE
DEPT 34182, PO BOX 39000,
San Francisco, CA 94139

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$4,420.00

---

**3.26**
**Nonpriority creditor's name and mailing address**
Calabrese Consulting LLC
24 North King Street
Malverne, NY 11565

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$12,114.06

---

**3.27**
**Nonpriority creditor's name and mailing address**
Call & Jensen
810 Newport Center Dr
Newport Beach, CA 92660

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$113,446.99

---

**3.28**
**Nonpriority creditor's name and mailing address**
Capistrano Catering, Inc.

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$482,754.00

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    ShiftPixy, Inc.
Name

Case number (if known)    24-21209-LMI

---

**3.29**

**Nonpriority creditor's name and mailing address**
CDW DIRECT
200 N. MILWAUKEE AVE,
Vernon Hills, IL 60061

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$27.02

---

**3.30**

**Nonpriority creditor's name and mailing address**
Certified Tire & Service Center, Inc.
1875 Iowa Ave
Riverside, CA 92507

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.31**

**Nonpriority creditor's name and mailing address**
Chirstopher A Sebes
5730 Claridon Drive
Naples, FL 34113

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$135,000.00

---

**3.32**

**Nonpriority creditor's name and mailing address**
Christopher A Sebes
5730 Claridon Drive,
Naples, FL 34113

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$135,000.00

---

**3.33**

**Nonpriority creditor's name and mailing address**
CINTAS
PO BOX 631025
Cincinnati, OH 45263

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$400.33

---

**3.34**

**Nonpriority creditor's name and mailing address**
CK Administrative Services LLC
777 S Figueroa Street, Suite 4100
Los Angeles, CA 90017

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$6,417.19

---

**3.35**

**Nonpriority creditor's name and mailing address**
Corey Splond

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.36**

**Nonpriority creditor's name and mailing address**
CT Corporation
PO Box 4349
Carol Stream, IL 60197

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$46,442.85

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor    ShiftPixy, Inc.                                          Case number (if known)    24-21209-LMI
_____
Name

| 3.37 | **Nonpriority creditor's name and mailing address**<br>DGA SECURITY<br>429 WST 53RD STREE,<br>New York, NY 10019 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,435.65 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address**<br>Diana Marin | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address**<br>eFax Corporate<br>C/O J2 Cloud Services LLC, PO BOX 51873,<br>Los Angeles, CA 90051 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,199.40 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address**<br>EL TORO LLC<br>552 E MARKET STREET,<br>Louisville, KY 40202 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,449.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address**<br>ELITE AUDIO VIDEO OF SO FL<br>12241 SW 185TH ST,<br>Miami, FL 33177 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,925.21 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address**<br>Email Outreach Company<br>651 N Broad St, Suite 206<br>Middletown, DE 19709 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,500.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address**<br>Empire Marketing Ventures LLC<br>383 Madison Ave,<br>New York, NY 10017 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address**<br>ENCORE<br>EVENT TECHNOL CEASARS PALACE, 8850<br>W SUNSET RD, 3RD FL,<br>Las Vegas, NV 89148 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $203.30 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

Debtor  ShiftPixy, Inc.
_____
Name

Case number *(if known)*  24-21209-LMI
_____

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $93.50 |
|---|---|---|---|

Enlyte
PO Box 88026
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No    ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,596.00 |
|---|---|---|---|

EQUISOLVE
3500 SW Corporate Parkway. Suite 206
Palm City, FL 34990

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No    ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Everest National Insurance Co
725 W Town And Country Rd Ste 400
Orange, CA 92868

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No    ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $707,713.43 |
|---|---|---|---|

Fisher Phillps LLP
2050 Main St
Irvine, CA 92614

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No    ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,112.37 |
|---|---|---|---|

FL POWER HOUSE
2310 NW 102ND PLACE
Miami, FL 33172

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No    ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,776.25 |
|---|---|---|---|

FLORIDA POWER AND LIGHT
1253 12th Ave E,
Palmetto, FL 34221

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No    ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100,000.00 |
|---|---|---|---|

Foundry ASVRF Sawgrass, LLC
420 S. Orange Ave., Suite 400
Orlando, FL 32801

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No    ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,500.00 |
|---|---|---|---|

FRANCHIMP LTD
Beggars Bush, Buckhurst Lane, Wadhurst,
England, TN5 6JU

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No    ☐ Yes

---

Debtor    ShiftPixy, Inc.

Case number (if known)    24-21209-LMI

Name

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,416.09
Gentry Partnership Inc
11523 Palmbrush Trail, Suite 193
Bradenton, FL 34202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,658.76
GITLAB INC
PO BOX 8244,
Pasadena, CA 91109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,300,000.00
Golden West Wings LLC
700 EAST BIRCH STREET, UNIT 9847
Brea, CA 92822

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $35,000.00
Grasso Global Inc
16192 COASTAL HWY
Lewes, DE 19958

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20,000.00
GUMMICUBE, INC
50 E ST JOHN ST
San Jose, CA 95112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,442.00
GUROCK - TestRail
Gurock Software GmbH
Bonner Stra?e 12
Leverkusen, Germany,    51379

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,463.00
HEISE SUAREZ MELVILLE, P.A.
2990 Ponce de Leon Blvd, Suite 300,
Miami, FL 33134

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15,000.00
Huggins Actuarial Services Inc
111 Veterans Square, Third Floor
Media, PA 19063

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Debtor    ShiftPixy, Inc.

Name

Case number (if known)    24-21209-LMI

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105,000.00 |
|---|---|---|---|
| | Hybrid Financial Ltd.<br>222 Bay St. - Suite 2600<br>Toronto, Ontario | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,000.00 |
|---|---|---|---|
| | ICR LLC<br>761 Main Ave<br>Norwalk, CT 06851 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,008.66 |
|---|---|---|---|
| | INTRADO DIGITAL MEDIA, LLC<br>C/O INTRADO CORPORATION, PO BOX 74007143,<br>Chicago, IL 60674 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,750.00 |
|---|---|---|---|
| | ipCapital Group Inc<br>426 Industrial Ave, Suite 150<br>Williston, VT 05495 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,277.33 |
|---|---|---|---|
| | IPFS Corporation<br>3522 Thomasville Rd<br>Tallahassee, FL 32309 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,405,173.28 |
|---|---|---|---|
| | IRS<br>Worland, WY 82401 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,000.00 |
|---|---|---|---|
| | J David Tax Law LLC<br>7077 Bonneval Road, Suite 200,<br>Jacksonville, FL 32216 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,844.14 |
|---|---|---|---|
| | JOBOT, LLC<br>18575 JAMBOREE RD, SUITE 600<br>Irvine, CA 92612 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☒ No  ☐ Yes | |

Debtor    ShiftPixy, Inc.
_____
Name

Case number (if known)    24-21209-LMI

---

**3.69**

**Nonpriority creditor's name and mailing address**
John Stephen Holmes
20 Fox Hole Road
Ladera Ranch, CA 92694

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.70**

**Nonpriority creditor's name and mailing address**
Judith Simpson
1839 Festival Court
Joliet, IL 60435

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$15.40

---

**3.71**

**Nonpriority creditor's name and mailing address**
KARLINSKY LLC
103 Mountain Rd
Cornwall On Hudson, NY 12520

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$209,102.86

---

**3.72**

**Nonpriority creditor's name and mailing address**
Kenneth Weaver
901 Riverside Drive
Old Hickory, TN 37138

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$97,500.00

---

**3.73**

**Nonpriority creditor's name and mailing address**
Klein & Wilson
4770 Von Karman
Newport Beach, CA 92660

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$4,130.62

---

**3.74**

**Nonpriority creditor's name and mailing address**
Kristine M Rogalewski-Mayo
18531 N Steet
Scottsdale, AZ 85255

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$9,884.55

---

**3.75**

**Nonpriority creditor's name and mailing address**
Lamb McErlane PC
24 E. Market St, PO Box 565,
West Chester, PA 19381

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$7,589.28

---

**3.76**

**Nonpriority creditor's name and mailing address**
LANIER PARKING
647 BRICKELL KEY DR, SUITE 1,
Miami, FL 33131

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$126.00

---

Debtor    ShiftPixy, Inc.
Name

Case number (if known)    24-21209-LMI

| 3.77 | **Nonpriority creditor's name and mailing address**<br>Launay Patrice, PEJ CONSULTING<br>1560 Sawgrass Corporate Pkwy, 4th FL Suite<br>423-C,<br>Fort Lauderdale, FL 33323 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No    ☐ Yes | |

| 3.78 | **Nonpriority creditor's name and mailing address**<br>LEAPROS WORKFORCE SOLUTIONS<br>PO BOX 432,<br>Huntington Beach, CA 92648 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $18,500.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No    ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address**<br>Lemke Mediation<br>515 S Flower St, Suite 1800,<br>Los Angeles, CA 90071 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No    ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address**<br>Levinson Arshonsky Kurtz & Komsky LLP<br>15303 Ventura Blvd, Suite 1650,<br>Sherman Oaks, CA 91403 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,930.33 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No    ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address**<br>LOEB & LOEB LLP<br>345 PARK AVE<br>New York, NY 10154 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $87,925.50 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No    ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address**<br>Lori Howard<br>2500 WESTCHESTER AVENUE<br>SUITE 109<br>Purchase, NY 10577 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $1,000,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No    ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address**<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $101,718.50 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No    ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address**<br>Lowenstein Sandler LLP<br>2200 Pennsylvania Ave NW,<br>Washington, DC 20037 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $101,718.50 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No    ☐ Yes | |

Debtor  ShiftPixy, Inc.
_____
Name

Case number (if known)   24-21209-LMI

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,045.00 |

**3.85** Nonpriority creditor's name and mailing address
Lydecker LLP
1221 Brickell Ave, 19th FL,
Miami, FL 33132

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$11,045.00

---

**3.86** Nonpriority creditor's name and mailing address
Marcum & Kliegman LLP
750 Third Ave
New York, NY 10017

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$41,964.00

---

**3.87** Nonpriority creditor's name and mailing address
Marlins Baseball
501 Marlins Way
Miami, FL 33125

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$21,710.00

---

**3.88** Nonpriority creditor's name and mailing address
Marquis Aurbach Chtd
10001 Park Run Drive
Las Vegas, NV 89145

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$1,099.38

---

**3.89** Nonpriority creditor's name and mailing address
Martin Scott
19180 Skyridge Circle
Boca Raton, FL 33498

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$7,500.00

---

**3.90** Nonpriority creditor's name and mailing address
Meadows Collier Attorney At Law
901 Main Street, Suite 3700
Dallas, TX 75202

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$2,849.50

---

**3.91** Nonpriority creditor's name and mailing address
Media Network Consultants LLC
13245 Lower Harden Ave
Orlando, FL 32827

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$50,000.00

---

**3.92** Nonpriority creditor's name and mailing address
Media Network Consultants LLC
13245 Lower Harden Ave,
Orlando, FL 32827

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$50,000.00

---

Debtor  ShiftPixy, Inc.

Name

Case number (if known)  24-21209-LMI

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,166.66 |
|---|---|---|---|

**3.93** Nonpriority creditor's name and mailing address
MELTWATER NEWS US
Dept LA 23721
Pasadena, CA 91185

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$19,166.66

---

**3.94** Nonpriority creditor's name and mailing address
MILNER - USAGE
PO BOX 923197
Norcross, GA 30010

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$624.73

---

**3.95** Nonpriority creditor's name and mailing address
MILNER INC
PO BOX 105743,
Atlanta, GA 30348

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$1,517.71

---

**3.96** Nonpriority creditor's name and mailing address
MILNER INC - BRICKELL
PO BOX 41602
Philadelphia, PA 19101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$3,074.36

---

**3.97** Nonpriority creditor's name and mailing address
MINERAL INC
6701 Koll Center Parkway, Suite 430
Pleasanton, CA 94566

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$900.00

---

**3.98** Nonpriority creditor's name and mailing address
MINTZ
666 Third Avenue
New York, NY 10017

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$307,627.75

---

**3.99** Nonpriority creditor's name and mailing address
MINTZ
Chrysler Center, 666 Third Avenue,
New York, NY 10017

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$307,627.75

---

**3.100** Nonpriority creditor's name and mailing address
Monique Hildwein

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

Unknown

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor  ShiftPixy, Inc.
      Name

Case number (if known)    24-21209-LMI

---

**3.101**

**Nonpriority creditor's name and mailing address**
Morris, Nichols, Arsht & Tunnell LLP
1201 N Market St, 16th FL, PO Box 1347,
Wilmington, DE 19899

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$10,696.40

---

**3.102**

**Nonpriority creditor's name and mailing address**
Navarro Hernandez PL
66 W Flagler St 6th FL
Miami, FL 33130

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$9,040.00

---

**3.103**

**Nonpriority creditor's name and mailing address**
New Benefits
14240 Proton Rd
Dallas, TX 75244

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No  ☐ Yes

$494.74

---

**3.104**

**Nonpriority creditor's name and mailing address**
nFusion Capital Finance LLC
6444 Burnet Rd Ste 100
Austin, TX 78757

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$7,500.00

---

**3.105**

**Nonpriority creditor's name and mailing address**
Norman S Gerstein PA
5966 S. Dixie Highway, Suite 300
Miami, FL 33143

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$1,487.50

---

**3.106**

**Nonpriority creditor's name and mailing address**
OKTA INC
100 FIRST STREET, SUITE 600
San Francisco, CA 94105

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$35,655.75

---

**3.107**

**Nonpriority creditor's name and mailing address**
Olen Commercial Realty Corp.
7 Corporate Plaza Dr,
Newport Beach, CA 92660

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$1,200,000.00

---

**3.108**

**Nonpriority creditor's name and mailing address**
Orkin Pest Control
12399 SW 131st Ave
Miami, FL 33186

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$231.12

---

Debtor    **ShiftPixy, Inc.**
_____
　　　　　Name

Case number (if known)　　**24-21209-LMI**

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $247,859.32 |
|---|---|---|---|

Osborn Maledon
2929 N Central Ave
Phoenix, AZ 85012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $138,064.02 |
|---|---|---|---|

Payne & Fears LLP
4 Park Plaza
Irvine, CA 92614

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $138,064.02 |
|---|---|---|---|

Payne & Fears LLP
4 Park Plaza, Suite 1100
Irvine, CA 92614

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $45,358.85 |
|---|---|---|---|

PETTIT KOHN
11622 EL CAMINO REAL, SUITE 300,
San Diego, CA 92130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $6,421.45 |
|---|---|---|---|

Philadelphia Ins Co
PO BOX 70251
Philadelphia, PA 19176

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $502.90 |
|---|---|---|---|

Plant Care
PO Box 50115,
Pompano Beach, FL 33074

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $23.90 |
|---|---|---|---|

Premier Produce
2672 SW 36th St
Fort Lauderdale, FL 33312

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $15,000.00 |
|---|---|---|---|

Prequin Limited
1st Floor, Verde, 10 Bressenden Place,
London, United Kingdom, SW1E 5DH, United

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  ShiftPixy, Inc.

Case number (if known)  24-21209-LMI

Name

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,100.93 |
|---|---|---|---|

Professional Window Tinters
7385 Bird Rd (40th St),
Miami, FL 33155

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,400.00 |
|---|---|---|---|

QB Animation Inc
320 Lighthouse Drive
Palm Beach Gardens, FL 33410

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $960.59 |
|---|---|---|---|

RB INTERNATIONAL SUPPLY CORP
7265 NW 44TH ST
Miami, FL 33166

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,366.67 |
|---|---|---|---|

Richard DeBeikes
23241 Ventura Blvd Ste 224C,
Woodland Hills, CA 91364

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,800,000.00 |
|---|---|---|---|

Robert Angueira
1450 Brickell Avenue, Suite 1900
Miami, FL 33131

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $107,000.00 |
|---|---|---|---|

Rose, Snyder & Jacobs LLP
15821 Ventura Blvd
Encino, CA 91436

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $107,000.00 |
|---|---|---|---|

Rose, Snyder & Jacobs LLP
15821 Ventura Blvd, Suite 490
Encino, CA 91436

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $87,450.14 |
|---|---|---|---|

Roxborough Pomerance NYE & Adreani
5820 Canoga Ave
Woodland Hills, CA 91367

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | ShiftPixy, Inc. | Case number (if known) | 24-21209-LMI |
|---|---|---|---|
| | Name | | |

---

**3.125** | **Nonpriority creditor's name and mailing address**
Roxborough Pomerance NYE & Adreani
5820 Canoga Ave, Suite 250,
Woodland Hills, CA 91367

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

$87,450.14

---

**3.126** | **Nonpriority creditor's name and mailing address**
RUNWAY 1 LLC
250 Greenpoint Ave,
Brooklyn, NY 11222

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

$18,101.79

---

**3.127** | **Nonpriority creditor's name and mailing address**
SICHENZIA ROSS FERENCE LLP
1185 AVE OF THE AMERICAS, 31ST FLOOR
New York, NY 10036

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No   ☐ Yes

$35,000.00

---

**3.128** | **Nonpriority creditor's name and mailing address**
SolutionCore Inc
9742 Hibiscus Drive
Garden Grove, CA 92841

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

$34,000.00

---

**3.129** | **Nonpriority creditor's name and mailing address**
Specialty Marketing Consulting Inc
c/o Kimberly Peters, PO Box 6700,
Pine Mountain Club, CA 93222

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

$16,790.67

---

**3.130** | **Nonpriority creditor's name and mailing address**
Sperling & Slater PC
55 West Monroe Street, Suite 3200
Chicago, IL 60603

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

$13,090.10

---

**3.131** | **Nonpriority creditor's name and mailing address**
Sports1ternship, LLC
23 Rancho Circle
Lake Forest, CA 92630

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

$50,000.00

---

**3.132** | **Nonpriority creditor's name and mailing address**
Sports1ternship, LLC
23 Rancho Circle,
Lake Forest, CA 92630

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

$50,000.00

---

| Debtor | ShiftPixy, Inc. | | Case number *(if known)* | 24-21209-LMI |
|---|---|---|---|---|
| | Name | | | |

---

**3.133** | **Nonpriority creditor's name and mailing address**
STERICYCLE
28883 NETWORK PLACE,
Chicago, IL 60673

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$313.96

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address**
Sunz Insurance
1301 6th Ave W
Bradenton, FL 34205

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,700,000.00

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address**
Sunz Insurance Solutions, LLC
22 Sarasota Center Blvd
Sarasota, FL 34240

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Unknown

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.136** | **Nonpriority creditor's name and mailing address**
Sunz Insurance Solutions, LLC
22 Sarasota Center Blvd
Sarasota, FL 34240

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Unknown

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.137** | **Nonpriority creditor's name and mailing address**
TENNESSE DEPT OF REVENUE
500 DEADERICK ST, ANDREW JACKSON ST
OFFICE BLD,
Nashville, TN 37242

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$363.31

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address**
TMF SERVICES HONDURAS
Local 502, Torre Alianza, Boulevard Juan Pablo
II, 1 5to piso
Tegucigalpa, Honduras 11101

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,510.82

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address**
Toppan Merrill LLC
PO BOX 74007295,
Chicago, IL 60674

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$29,379.00

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address**
Traliant Operating LLC
PO Box 844090
Boston, MA 02284

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$13,650.00

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Debtor    ShiftPixy, Inc.
_____
Name

Case number (if known)    24-21209-LMI

---

**3.141**  **Nonpriority creditor's name and mailing address**
Trenan Law
PO Box 1102
Tampa, FL 33601

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$35,715.81

---

**3.142**  **Nonpriority creditor's name and mailing address**
TRUSAIC
3530 WILSIRE BLVD, SUITE 1460,
Los Angeles, CA 90010

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$2,128.00

---

**3.143**  **Nonpriority creditor's name and mailing address**
UNITED HEALTHCARE
PO BOX 111111
New Town, MO 93195

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$28,295.90

---

**3.144**  **Nonpriority creditor's name and mailing address**
US FOODS
PO BOX 281838
Atlanta, GA 30384

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$520.34

---

**3.145**  **Nonpriority creditor's name and mailing address**
Venancio

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$88,247.76

---

**3.146**  **Nonpriority creditor's name and mailing address**
VERIFONE INC
c/o Colliers Int'l Lease Admin, 301 University
Ave, Ste 100
Sacramento, CA 95825

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$44,609.63

---

**3.147**  **Nonpriority creditor's name and mailing address**
VERITEXT,    LLC
PO BOX 71303
Chicago, IL 60694

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$3,320.70

---

**3.148**  **Nonpriority creditor's name and mailing address**
VIA Design Studio
103 Westward Drive
Miami, FL 33142

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$11,620.00

---

Debtor    ShiftPixy, Inc.

Case number (if known)    24-21209-LMI

Name

| 3.149 | **Nonpriority creditor's name and mailing address**<br>WASTE MANAGEMENT INC FL<br>8801 NW 91ST STREET,<br>Miami, FL 33178 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $605.52 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.150 | **Nonpriority creditor's name and mailing address**<br>WG1, LLC and WG3, LLC | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $151,707.86 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.151 | **Nonpriority creditor's name and mailing address**<br>White & Case<br>SE Financial Ctr Ste 4900<br>Miami, FL 33131 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $97,168.10 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.152 | **Nonpriority creditor's name and mailing address**<br>WHITE & CASE<br>SE FININACIAL CTR STE 4900, 200 S<br>BISCAYNE BLVD,<br>Miami, FL 33131 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $97,168.10 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.153 | **Nonpriority creditor's name and mailing address**<br>Whitney White<br>100 Albert Way<br>08540 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $155,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☐ No   ☐ Yes | |

| 3.154 | **Nonpriority creditor's name and mailing address**<br>Widgets & Web LLC<br>19500 194th Trl,<br>North Miami Beach, FL 33160 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $600.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.155 | **Nonpriority creditor's name and mailing address**<br>WORKIVA<br>2900 University Blvd<br>Ames, IA 50010 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $67,662.49 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.156 | **Nonpriority creditor's name and mailing address**<br>WORKIVA<br>2900 UNIVERSITY BLVD<br>Ames, IA 50010 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $67,662.49 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

Debtor  ShiftPixy, Inc.
_____
Name                                                    Case number (if known)  24-21209-LMI

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Yanira Rosas

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 2,128,017.97 |
| **5b. Total claims from Part 2** | 5b. + | $ 17,829,379.66 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 19,957,397.63 |

**Fill in this information to identify the case:**

Debtor name    ShiftPixy, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

Case number (if known)    24-21209-LMI

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | LEASE of Building in 4101 NW 25 Street, Miami, FL, 33142 | |
| State the term remaining | | |
| List the contract number of any government contract | | Runway 1 LLC 250 Greenpoint Avenue, Brooklyn, NY 11222 |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
| State the term remaining | | |
| List the contract number of any government contract | | Acorn East |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
| State the term remaining | | |
| List the contract number of any government contract | | AIM Recycling |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
| State the term remaining | | |
| List the contract number of any government contract | | Alpha Gamma Seafood |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor 1 | ShiftPixy, Inc. | | | Case number *(if known)* | 24-21209-LMI |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | B&J Pets & Aquariums   (Monster Pets) |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Belfor |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Bennett Landscape |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Burger King (Consolidated Burger) |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Century Trade Show Services, LLC<br>6421 Pinecastle Blvd. Ste. 1<br>Orlando, FL 32809 |

| Debtor 1 | ShiftPixy, Inc. | | | Case number *(if known)* | 24-21209-LMI |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | CIF Group International |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Coastal Handyman Pros |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Crane Companies |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | D&W Fine Pack<br>1900 Pratt Blvd.<br>Elk Grove Village, IL 60007 |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Del Taco (Diamondback DTNM) |

Debtor 1  ShiftPixy, Inc.

First Name          Middle Name          Last Name

Case number *(if known)*  24-21209-LMI

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.15.** State what the contract or lease is for and the nature of the debtor's interest — Client Service Agreement

State the term remaining

List the contract number of any government contract — DocGo

**2.16.** State what the contract or lease is for and the nature of the debtor's interest — Client Service Agreement

State the term remaining

List the contract number of any government contract — Evolution Logistics

**2.17.** State what the contract or lease is for and the nature of the debtor's interest — Client Service Agreement

State the term remaining

List the contract number of any government contract — FastSigns

**2.18.** State what the contract or lease is for and the nature of the debtor's interest — Client Service Agreement

State the term remaining

List the contract number of any government contract — Florida Smoked Fish

**2.19.** State what the contract or lease is for and the nature of the debtor's interest — Client Service Agreement

State the term remaining

List the contract number of any government contract — GCC

| Debtor 1 | ShiftPixy, Inc. | | | Case number *(if known)* | 24-21209-LMI |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | GL Strategic Staffing |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Hyatt Die Cast |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Jani-King of Cleveland |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Kingspan |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Kitsuko |

Debtor 1  ShiftPixy, Inc.
_____
First Name        Middle Name        Last Name

Case number (*if known*)  24-21209-LMI

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Kose (Decorte) 110 Greene Street, Ste. 407 New York, NY 10012 |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | KW Property Management & Consulting, Co. 8200 NW 33rd Street Miami, FL 33122 |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Laurice El Badry Rahme, Ltd. (Bond No. 9 9 Bond Street New York, NY 10012 |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Lions Floor 9435 Sorenson Ave. Santa Fe, CA 90670 |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Little Cesar Enterprises, Inc. 2125 Woodward Ave. Detroit, MI 48201 |

| Debtor 1 | ShiftPixy, Inc. | | | Case number *(if known)* | 24-21209-LMI |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.30.** State what the contract or lease is for and the nature of the debtor's interest — Client Service Agreement

State the term remaining

List the contract number of any government contract — Little Sister

**2.31.** State what the contract or lease is for and the nature of the debtor's interest — Client Service Agreement

State the term remaining

List the contract number of any government contract — Miami Paint Centre

**2.32.** State what the contract or lease is for and the nature of the debtor's interest — Payroll Processor Agreement

State the term remaining

List the contract number of any government contract — National Payment Corporation
3415 West Cypress
Tampa, FL 33607

**2.33.** State what the contract or lease is for and the nature of the debtor's interest — Client Service Agreement

State the term remaining

List the contract number of any government contract — National Wire and Cable

**2.34.** State what the contract or lease is for and the nature of the debtor's interest — Client Service Agreement

State the term remaining

List the contract number of any government contract — Nextant   Aerospace

| Debtor 1 | ShiftPixy, Inc. | | | Case number (*if known*) | 24-21209-LMI |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Nilifisk, Inc.<br>9435 Winnetka Ave., North<br>Brooklyn Park, MN 55448 |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Pactiv Evergreen Group Holdings, Inc.<br>1900 West Field Court<br>Lake Forest, IL 60045 |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Palmas Restaurant Group (Frontera Grill) |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Pasadena Baking Company |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Pool Corp<br>109 Northpark Blvd.<br>Covington, LA 70433 |

Debtor 1  ShiftPixy, Inc.
         First Name      Middle Name      Last Name

Case number (*if known*)  24-21209-LMI

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.40.** State what the contract or lease is for and the nature of the debtor's interest — Client Service Agreement

State the term remaining

List the contract number of any government contract — Precision Concepts (C&G Packaging)

---

**2.41.** State what the contract or lease is for and the nature of the debtor's interest — LEASE over 27201 Puerta Real, Suite 300, Mission Viejo, CA 92691

State the term remaining

List the contract number of any government contract — Premier Workspaces
2102 Business Center Dr.
Irvine, CA 92612

---

**2.42.** State what the contract or lease is for and the nature of the debtor's interest — Client Service Agreement

State the term remaining

List the contract number of any government contract — Primo Water

---

**2.43.** State what the contract or lease is for and the nature of the debtor's interest — Client Service Agreement

State the term remaining

List the contract number of any government contract — Quala

---

**2.44.** State what the contract or lease is for and the nature of the debtor's interest — Client Service Agreement

State the term remaining

List the contract number of any government contract — Quality Custom Dist. (Golden State Foods

---

| Debtor 1 | ShiftPixy, Inc. | | | Case number *(if known)* | 24-21209-LMI |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Quality Importers |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Rinker Materials |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Seed School Miami<br>8004 NW 154th Street<br>Miami Lakes, FL 33016 |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Service Master DSI |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Superior Tank |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | ShiftPixy, Inc. | | | Case number *(if known)* | 24-21209-LMI |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | The Fulfillment Lab |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | ULS Cargo |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Urbanko |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | US Wellness |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | USA Up Star |

| Debtor 1 | ShiftPixy, Inc. | | | Case number *(if known)* | 24-21209-LMI |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | Contracts with Vendors for Software Platform - See Attachment 7 - Schedule for Contracts with Vendors for Software Platform | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Vendors Software |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Verisk |

Attachment 7

Schedule for Contracts with Vendors for Software Platform

**Contracts with Vendors for Software Platform**

Sendgrid
Twillio
MongoDB
AWS
GitLab
GitHub
HelloSign (Dropbox)
IBM Watson
OpenAI ChatGPT
Humanity
Microsoft - 365, AppCenter, Azure
Okta
Google Play Store
Apple Play Store
Egnyte
DreamHost
Wordpress
EasyDNS
Intacct (Accouting)
Prism
LastPass
Turn and/or Asurint

**Fill in this information to identify the case:**

Debtor name ___ShiftPixy, Inc.___

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

Case number (if known) ___24-21209-LMI___

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 _____ | Street _____ _____ City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ | Street _____ _____ City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ | Street _____ _____ City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | Street _____ _____ City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name    ShiftPixy, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

Case number (if known)    24-21209-LMI

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 09/01/2024 to Filing Date | ☒ Operating a business<br><br>☐ Other _____ | $1,081,503.00 |
| For prior year:<br>From 09/01/2023 to 08/31/2024 | ☒ Operating a business<br><br>☐ Other _____ | $14,854,188.00 |
| For year before that:<br>From 09/01/2022 to 08/31/2023 | ☒ Operating a business<br><br>☐ Other _____ | $17,148,876.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 09/01/2024 to Filing Date | Interest Income | $2,530.00 |
| For prior year:<br>From 09/01/2023 to 08/31/2024 | Legal Settlement (2,500,000.00) and Lease Debt Ext (3,462,872.00) | $5,962,872.00 |
| For year before that:<br>From 09/01/2022 to 08/31/2023 | SPAC IHC Elim (101,832.00) and Interest Income (1,314.00) | $103,146.00 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

| Debtor | ShiftPixy, Inc. | Case number *(if known)* | 24-21209-LMI |
|---|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. See Attachment 8 See Attachment 8 - Schedule for Payment to Creditors | | $0.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. See Attachment 9 - Schedule for Payments | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Lori Howard v. ShiftPixy 20-17631 | Civil | Superior Court of the State of New Jersey, Law Division - Passaic County | ☒ Pending ☐ On appeal ☐ Concluded |

| Debtor | ShiftPixy, Inc. | | Case number *(if known)* | 24-21209-LMI |
|---|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | Marin v. J?s Maintenance Service, Inc., et al<br>22STCV09121 | Civil | Superior Court of California, Los Angeles County | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Padilla v. Mr. Taco, et al | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Rosas v. Kids Empire Anaheim, LLC, et al<br>21STCV24645 | Civil | Superior Court of California, Los Angeles County | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Corey Spling, et al. v. Food With a Purpose LLC d/b/a Sharky?s Woodfired Mexican Grill, et al.<br>A-19-791709-C | Class Action | Eighth Judicial District Court for the State of Nevada, Clark County | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Venancio v. Construction Development and Management (?CDM?), et al.<br>WC-CM-869863 | Civil | California Dept. of Industrial Relations, Div. of Labor Standards Enforcement | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | America Corral v. ShiftPixy<br>23STCV20239 | Civil | Superior Court of California, Los Angeles County | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.8. | BestWay Sandwiches v. ShiftPixy (Jimenez v. BestWay Sandwiches)<br>20STCV49723 | Contract | Superior Court of California, County of Los Angeles | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | Capistrano Catering, Inc. v. ShiftPixy<br>30-2022-01264583 | Contract | Superior Court of the State of California, Orange County | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | Certified Tire & Service Center, Inc. v. ShiftPixy<br>30-2020-01144260-CU-BC-CJC | Contract | Superior Court of the State of California, Orange County | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | Courvoisier Centre v. ShiftPixy, Inc.<br>2022-014497-CA-01 | Contract | Eleventh Judicial Circuit Court, Miami-Dade County, Florida | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | Employee Retention Tax Credit Claims | | | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | Foundry ASVRF Sawgrass, LLC v. ShiftPixy, Inc<br>COWE-23-003124 | Contract | County Court of the 17th Judicial Circuit in and for Broward County, Florida | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | Golden West Wings LLC v. ShiftPixy, Inc.<br>822CV1834ADS | Contract | U.S. District Court, Southern District of California (San Diego), | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | Hybrid Financial Ltd. v. ShiftPixy<br>652034/2022 | Civil | Supreme Court of the State of New York, New York County | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | ShiftPixy, Inc. | | Case number *(if known)* | 24-21209-LMI |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.16. | Olen Commercial Realty Corp.<br>v. ShiftPixy | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | WG1, LLC and WG3, LLC v.<br>ShiftPixy, Inc. & Scott Absher,<br>et al<br>30-2023-01338891-CU-BC-NJC | Contract | the Superior Court of the<br>State of California, County of<br>Orange | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. | Robert Angueira, as US<br>Chapter 7 Trustee v. Shiftpixy,<br>Inc, Shiftpixy Investments, Inc<br>23-01257-LMI | Contract | United States Bankruptcy<br>Court   Southern District of<br>Florida | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | Monique Hildwein, EEOC<br>Charge No. 440-2024-02487<br>and Charge No.<br>440-2023-10268<br>440-2024-02487 and No.<br>440-2023-10268 | | | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. | BairesDev LLC v. ShiftPixy<br>30-2023-01340309-CU-BC-NJC | Civil | Superior Court of California,<br>County of Orange | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21. | Creditors Adjustment Bureau<br>(JOBOT) v. ShiftPixy | | Superior Court of Orange<br>County, California | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22. | Everest National Insurance Co.<br>v. ShiftPixy<br>8:20-cv-2362 | Civil | United States District Court<br>for the Central District of<br>California | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.23. | In re John Stephen Holmes<br>8:2020-bk-10174 | Collection | the U.S. Bankruptcy Court for<br>the Central District of<br>California | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.24. | Sunz Insurance Solutions, LLC<br>v. ShiftPixy<br>21 CA 000968 | | Circuit Court for the 12th<br>Judicial Circuit, Manatee<br>County, Florida | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.25. | Internal Revenue Service<br>Notice | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.26. | Washington Dept of Rev v.<br>ShiftPixy Staffing, Inc. | | | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.27. | Advanced Interiors/Rhino Shield | Contract | | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.28. | Ajcalon v. East Coast Foods,<br>Inc., et al | | Superior Court of California,<br>Los Angeles County | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.29. | AmTrust Collections | | | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor    ShiftPixy, Inc.

Case number *(if known)*    24-21209-LMI

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.30. Arias v. Progressive Produce, LLC, et al | | | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.31. Boxman Studios v. ShiftPixy Ghost Kitchens, Inc.: | | General Court of Justice, County of Mecklenburg, North Carolina | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.32. Dawson v. ShiftPixy | | Superior Court of the State of California, Orange County | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.33. De Lage Landen Financial Services, Inc. v. ShiftPixy | | Court of Common Pleas of Chester County, Pennsylvania | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.34. Haggard v. ShiftPixy | | Superior Court of the State of California, Orange County | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.35. Hernandez v. ShiftPixy, Inc., et al.<br>30-2022-01276537-CU-OE-CXC | | | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.36. Javier v. Bestway Sandwiches & ShiftPixy, Inc | | | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.37. Lopez v. A&R Management and ShiftPixy | | | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.38. Kadima Ventures, LLC v. ShiftPixy | | | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.39. Mayville v. ShiftPixy | | | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.40. Meneses v. Fresh Grill | | Superior Court of California, Orange County | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.41. Nasdaq Listing Notifications from 2022 and 2023 | | | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.42. North & Grontsanova v. Layers, LLC; Elite Restaurant (Patxi?s Ltd.) & ShiftPixy | | Superior Court of California, San Francisco City and County | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.43. Ortega v. J?s Maintenance Service, Inc | | Superior Court of the State of California, Los Angeles County, | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

Debtor    ShiftPixy, Inc.                                              Case number *(if known)*    24-21209-LMI

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.44. | People of the State of California ex rel. Garcia v. ShiftPixy, et al.: | | Superior Court of California, Riverside County | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.45. | Pereira v Fresh Grill | | | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.46. | Radaro Inc. v. ShiftPixy | | United States District Court for the Central District of California | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.47. | x.Smith v. WingStop (Golden West Wing) | | | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.48. | Washington Restaurant Association v. ShiftPixy | Contract | | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.49. | XccelerateHR, LLC | Contract | | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    ShiftPixy, Inc.                                    Case number (if known)   24-21209-LMI

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | DGIM LAW, PLLC 2875 NE 191st Street, Ste. 705 Miami, FL 33180 | | | $100,000.00 |

**Email or website address**
www.dgimlaw.com

**Who made the payment, if not debtor?**

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

---

| Debtor | ShiftPixy, Inc. | Case number *(if known)* | 24-21209-LMI |
|---|---|---|---|

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Shiftpixy Inc Retirement Savings Plan | EIN: 47-4211438 |

Has the plan been terminated?
☒ No
☐ Yes

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Six Storage Units Located in California. Extra Space Storage in California | ShiftPixy Inc. | All the assets in the Storage Units are listed in Attachment 4 - Schedule for Fixed Assets. | ☐ No<br>☒ Yes |

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | ShiftPixy, Inc. | Case number *(if known)* | 24-21209-LMI |
|---|---|---|---|

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    Rose, Snyder & Jacobs LLP 15821 Ventura Blvd, Suite 490 Encino, CA 91436 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Debtor    ShiftPixy, Inc.    Case number *(if known)*   24-21209-LMI

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
| --- |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| ALPHA CAPITAL ANSTALT | C/O LH FINANCIAL, 510 MADISON AVE., 14TH FL. New York, NY 10022 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| CVI INVESTMENTS, INC. | 101 CALIFORNIA STREET, SUITE 3250 San Francisco, CA 94111 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| DOMINION CAPITAL, LLC | 341 WEST 38TH STREET, SUITE 800 New York, NY 10018 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| DREXEL HAMILTON, LLC | 77 Water St New York, NY 10005 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| MEF I, L.P. | 40 WALL STREET New York, NY 10005 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| OSHER CAPITAL PARTNERS | C/O LH FINANCIAL, 510 MADISON AVE., 14TH FL. New York, NY 10022 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| STIFEL FINANCIAL | 501 N. Broadway Saint Louis, MO 63108 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| SCOTT ABSHER | 18841 SW 74TH COURT Miami, FL 33157 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| DOUGLAS J ACTON | 2090 SUNDANCE PKWY APT 6325 New Braunfels, TX 78130 | Shareholder | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor   ShiftPixy, Inc.

Case number (if known)   24-21209-LMI

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| KYLE ADAMSKI & JOCELYN LEWIS | 376 THOMPSON ST<br>North Tonawanda, NY 14120 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| KYLE ADAMSKI | 376 THOMPSON ST<br>North Tonawanda, NY 14120 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| LINDA A AGUILAR | 12115 POTTER CIR<br>San Antonio, TX 78253 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| MANUEL ALVAREZ JR & LINDA A AGUILAR JT | 12115 POTTER CIR<br>San Antonio, TX 78253 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| MANUEL ALVAREZ JR | 12115 POTTER CIR<br>San Antonio, TX 78253 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| RICHARD S & ANNE-MARIE ARROW | 927 ANVIL CIRCLE<br>Rocklin, CA 95765 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| BEAU BARRETT | 206 E ESPARADA DR<br>Georgetown, TX 78628 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| CHANTEL BARRETT | 206 E ESPARADA DR<br>Georgetown, TX 78628 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| NINA L. BERTSCH | 3408 B GOSHEN RD<br>Newtown Square, PA 19073 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| NINOUS BETDASHTOO | 17243 HALSTED ST<br>Orbisonia, PA 17243 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| HOWARD BLOODGOOD | 6341 HOLABIRD<br>San Diego, CA 92120 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| BRIAN CAMERON | 915 BUENA VISTA<br>San Clemente, CA 92672 | Shareholder | |

Debtor    ShiftPixy, Inc.

Case number *(if known)*    24-21209-LMI

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------|------------------|
| JOSH A CARPENTER | 2702 SUN MOUNTAIN DR<br>Leander, TX 78641 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------|------------------|
| NATALIE L CARPENTER | 2702 SUN MOUNTAIN DR<br>Leander, TX 78641 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------|------------------|
| BRYCE SANCHEZ CASLER | 6802 COLONY MILL LN<br>Indianapolis, IN 46254 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------|------------------|
| IAN F SANCHEZ CASLER | 6082 COLONY MILL LN<br>Indianapolis, IN 46254 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------|------------------|
| SPENCER G SANCHEZ CASLER | 6082 COLONY MILL LN<br>Indianapolis, IN 46254 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------|------------------|
| CEDE & CO | PO BOX 20<br>BOWLING GREEN STATION<br>New York, NY 10004 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------|------------------|
| TRENTON S CHRISTIANSEN & EMILY NELSON | 434 OWENS ST<br>Layton, UT 84041 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------|------------------|
| NANCY YEE CUST DAREIOS Y CRUZ | 4728 CAVANAUGH CMN<br>Fremont, CA 94539 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------|------------------|
| SHANE DAILY | 9136 TECUMSEH<br>Redford, MI 48239 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------|------------------|
| BRANDON DERKSEN | 1258 ORION WAY<br>Saint Peters, MO 63376 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------|------------------|
| DMITRY OREHOV CUST ANASTASIA X AREKHAU | 38 MERRIMAC AVE<br>Springfield, MA 01104 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------|------------------|
| ELIZABETH GILLIS CUST LUCA CRICENTI | 3979 CLOVER LN<br>Dallas, TX 75220 | Shareholder | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

| Debtor | ShiftPixy, Inc. | | Case number *(if known)*  24-21209-LMI |
|---|---|---|---|

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| EST VERLAN L ERICKSON BETTY M MILLARD EX | 7113 SEEAIRE ST Black Hawk, SD 57718 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| CAMDEN GALEN | 9676 SE BIRCH ST South Beach, OR 97366 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| ERIK GREENE CUST ELIJAH L GREENE | 50 BROOK RD Enfield, CT 06082 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| BENJAMIN GRIMALDI | 1117 N DEARBORN ST APT 508 Chicago, IL 60610 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| HADASSAH | 40 WALL STREET New York, NY 10005 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Adam Harari | 39 CEDAR AVE Long Branch, NJ 07740 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| RICHARD R. HERMAN | 20790 GUM CIRCLE Yorba Linda, CA 92886 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| SEAN CHRISTOPHER HIGGINS | 42 OAKRIDGE CRES GUELPH ON N1L 1J3 CANADA | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| JOHN STEPHEN HOLMES | 116 E LINS PLACE Chandler, AZ 85249 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| INTERNATIONAL JUSTICE MISSION | PO BOX 96961 Washington, DC 20090 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| JACKSON PURCELL & SHAY PURCELL | 3013 COCHISE CT College Station, TX 77845 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| ALEX R JACKSON | 6939 PREMIERE DR Fort Wayne, IN 46819 | Shareholder | |

Debtor ___ShiftPixy, Inc._____    Case number *(if known)* ___24-21209-LMI___

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| JOHN R. BERTSCH TRUST | 644 CASCADE HILLS HOLLOW<br>Grand Rapids, MI 49546 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| BENJAMIN A. JOSLIN | 8186 KING ROAD<br>Loomis, CA 95650 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| LEYLA KORKMAZ | 87 MORNING WATCH RD<br>Wayne, NJ 07470 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| VEDAT KORKMAZ | 87 MORNING WATCH RD<br>Wayne, NJ 07470 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| ELIZABETH LAU | 52326 OAKLAND AVE<br>South Bend, IN 46637 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| GARRETT LAU | 52326 OAKLAND AVE<br>South Bend, IN 46637 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| KEVIN LIN | 3949 SWEET SHADOW AVE<br>Columbus, OH 43230 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| CHRISTOPHER LIN | 2728 SPRINGHURST ST<br>Yorktown Heights, NY 10598 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| SELMA MAHMOUD | 11900 DEERING PL<br>Austin, TX 78726 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| SIMON J MANT | 14115 SW EAGLES VIEW LN<br>Portland, OR 97224 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| MEDICAL TEAMS INTERNATIONAL | PO BOX 4288<br>Portland, OR 97208 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| FRANK M MERCKER | 814 WARREN AVE N<br>Seattle, WA 98109 | Shareholder | |

Debtor   ShiftPixy, Inc.

Case number (if known)   24-21209-LMI

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| KAREN SUE NAYLOR, CHAPTER 7 TRUSTEE C/O | 4910 BIRCH STREET, SUITE 120<br>Newport Beach, CA 92660 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| TYLER NGUYEN | 18417 SW SUGARLOAF LN<br>Beaverton, OR 97007 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| DMITRY OREHOV | 39 MERRIMAC AVE<br>Springfield, MA 01104 | | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| THANIA G ORTIZ | 327 W COLLEGE ST APT 108<br>Nacogdoches, TX 75965 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| JONATHAN OSBORNE | 439 W WASHINGTON AVE APT 313<br>Escondido, CA 92025 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| JOSIAH STOLTZFUS CUST ELOWEN STOLTZFUS | 120 MINERAL SPRINGS RD<br>Coatesville, PA 19320 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| DIPAK PATEL | 22 PURPLE MARTIN LN<br>Savannah, GA 31419 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| SONAL PATEL | 22 PURPLE MARTIN LN<br>Savannah, GA 31419 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| MATTHEW M PURCELL CUST ADELAIDE G PURCEL | 3013 COCHISE CT<br>College Station, TX 77845 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| SHAY L PURCELL CUST ADELAIDE G PURCELL | 3013 COCHISE CT<br>College Station, TX 77845 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| SHAY L PURCELL CUST JACKSON PURCELL | 3013 COCHISE CT<br>College Station, TX 77845 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| JACKSON C PURCELL | 3013 COCHISE CT<br>College Station, TX 77845 | Shareholder | |

Debtor   ShiftPixy, Inc.

Case number *(if known)*   24-21209-LMI

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| MATTHEW M PURCELL | 3013 COCHISE CT<br>College Station, TX 77845 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| SHAY L PURCELL | 3013 COCHISE CT<br>College Station, TX 77845 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| TYLER N QUILLIAN | 639 NW KIMO LN<br>Seal Rock, OR 97376 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| ELIAS RABAYEV | 28 SAVIN CT<br>Staten Island, NY 10304 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| ARTHUR W ROBERTS | 256 PREMIER PARK LOOP<br>Dripping Springs, TX 78620 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| EMILY L ROBERTS | 256 PREMIER PARK LOOP<br>Dripping Springs, TX 78620 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| MR ALEXANDER L ROLLER | OREGON STATE UNIVERSITY<br>3031 WEST COMPLEX<br>Corvallis, OR 97331 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| ALEXANDER L ROLLER | 3810 NE MEGGINSON ST<br>Newport, OR 97365 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| ELYSE ROSENZWEIG | 4255 SUFFIELD CT<br>Skokie, IL 60076 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| JAMES L. RYCKEBOSCH | 18002 ALTA DRIVE<br>Villa Park, CA 92861 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| KRISTY NGOC SACKINGER | 500 E JOSEPH WAY<br>Gilbert, AZ 85295 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| DARYL F. SCHERER | 16182 GOTHARD ST.<br>Huntington Beach, CA 92647 | Shareholder | |

Debtor    ShiftPixy, Inc.

Case number (*if known*)    24-21209-LMI

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| SCHOLARSHIP AMERICA | 7900 INTERNATIONAL DRIVE SUITE 500<br>Minneapolis, MN 55425 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| MELEAH SHEPARD-STOLTZFUS CUST ELOWEN S. | 120 MINERAL SPRINGS RD<br>Coatesville, PA 19320 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| GURPRET SINGH | 17621 DEVONSHIRE ST<br>Northridge, CA 91325 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| HARPEET SINGH | 17621 DEVONSHIRE ST<br>Northridge, CA 91325 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| SUVINDER SINGH | 17621 DEVONSHIRE ST<br>Northridge, CA 91325 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| LOGAN SMITH | 1204 E BURLESON ST B<br>Marshall, TX 75670 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| JOSIAH STOLTZFUS & MELEAH STOLTZFUS JT | 120 MINERAL SPRINGS RD<br>Coatesville, PA 19320 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| SHEBRIT SULEJMANI | 59 NEW YORK AVE<br>Wayne, NJ 07470 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| THE SALVATION ARMY | 1424 NORTHEAST EXPY NE<br>Atlanta, GA 30329 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| BRIAN TONG | 5S711 STEEPLE RUN DR<br>Naperville, IL 60540 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| CHUANKAI TONG | 5S711 STEEPLE RUN DR<br>Naperville, IL 60540 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| JOSHUA TONG | 5S11 STEEPLE RUN DR<br>Naperville, IL 60540 | Shareholder | |

Debtor    ShiftPixy, Inc.                    Case number *(if known)*   24-21209-LMI

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| ZEWEI TONG | 5S711 STEEPLE RUN DR<br>Naperville, IL 60540 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| NICKY A VERMEERSCH | 2910 NEWBURYPORT AVE<br>Garland, TX 75044 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| WESTERN INTERNATIONAL SECURITIES FBO JAM | 70 S LAKE AVENUE<br>SUITE 700<br>Pasadena, CA 91101 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| WHITNEY JAMES WHITE | 1991 BROADWAY<br>#26/27C<br>New York, NY 10023 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| RUSSELL S WILLIAMS IV | 1722 EMBER GLOW CIR<br>Las Vegas, NV 89119 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| NANCY YEE | 47248 CAVANAUGH CMN<br>Fremont, CA 94539 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| PETER ZANDE | 22091 FOREST RIM CIRCLE<br>Lake Forest, CA 92630 | Shareholder | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No<br>
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| PLACEHOLDER | | | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No<br>
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No<br>
☐ Yes. Identify below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    ShiftPixy, Inc.                                              Case number *(if known)*    24-21209-LMI

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November 22, 2024

/s/   Jonathan Feldman                                Jonathan Feldman
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    Chief Restructuring Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Attachment 8

Schedule for Payment to Creditors

ShiftPixy, Inc.

20/11/2024

| Date | Vendor | Amount |
|------|--------|--------|
| 11/10/2024 | V-2449--4te Inc | 2.562,00 |
| 18/09/2024 | V-2449--4te Inc | 2.688,00 |
| 30/08/2024 | V-2449--4te Inc | 2.688,00 |
| 23/08/2024 | V-2449--4te Inc | 1.344,00 |
| 9/08/2024 | V-2449--4te Inc | 3.696,00 |
| 2/08/2024 | V-2449--4te Inc | 2.688,00 |
| 31/08/2024 | V-2458--A & A Ornamenta | -2.450,00 |
| 28/08/2024 | V-2548--AIM Recycling | 1.570,62 |
| 18/09/2024 | V-2568--American Arbitrat | 2.800,00 |
| 27/08/2024 | V-2255--AMWINS GROUP | 8.759,74 |
| 1/10/2024 | V-1464--AmWINS Specialt | 20.000,00 |
| 23/09/2024 | V-1464--AmWINS Specialt | 12.530,15 |
| 28/08/2024 | V-1464--AmWINS Specialt | 5.273,93 |
| 27/08/2024 | V-1464--AmWINS Specialt | 43.682,42 |
| 27/08/2024 | V-1464--AmWINS Specialt | -48.956,35 |
| 27/08/2024 | V-1464--AmWINS Specialt | 48.956,35 |
| 8/10/2024 | V-2523--Asurint | 841,80 |
| 24/09/2024 | V-2523--Asurint | 744,90 |
| 9/09/2024 | V-2523--Asurint | 1.661,00 |
| 23/08/2024 | V-2523--Asurint | 628,40 |
| 7/08/2024 | V-2523--Asurint | 1.048,70 |
| 11/09/2024 | V-1007--At&T | 3.154,83 |
| 27/08/2024 | V-1007--At&T | 17.346,10 |
| 20/08/2024 | V-1007--At&T | 8.635,51 |
| 13/08/2024 | V-1007--At&T | 3.106,54 |
| 23/08/2024 | V-1989--BAILEY STOCK H/ | 5.000,00 |
| 16/09/2024 | V-1916--BairesDev LLC | 75.000,00 |
| 27/08/2024 | V-1916--BairesDev LLC | 75.000,00 |
| 1/10/2024 | V-2155--BAKER TILLY US, | -11.000,00 |
| 1/10/2024 | V-2155--BAKER TILLY US, | 11.000,00 |
| 1/10/2024 | V-2155--BAKER TILLY US, | 11.000,00 |
| 27/08/2024 | V-2155--BAKER TILLY US, | 40.202,75 |
| 27/08/2024 | V-2503--Bentley Goodrich | 530,56 |
| 3/09/2024 | V-2572--Bogin Munns & M | 10.000,00 |
| 15/10/2024 | V-1986--BREX CC | 35.000,00 |
| 19/09/2024 | V-1986--BREX CC | 52.176,62 |
| 14/08/2024 | V-1986--BREX CC | 44.905,14 |

| | | |
|---|---|---|
| 19/09/2024 | V-2285--BREX GHOST KIT | 3.419,48 |
| 14/08/2024 | V-2285--BREX GHOST KIT | 3.574,25 |
| 1/10/2024 | V-2576--Brickell Key Centr | 25.000,00 |
| 4/09/2024 | V-2576--Brickell Key Centr | 25.000,00 |
| 5/08/2024 | V-2576--Brickell Key Centr | 25.000,00 |
| 27/08/2024 | V-1543--Broadridge ICS | 11.232,21 |
| 28/08/2024 | V-2573--BTERREL GROUP | 1.210,00 |
| 15/10/2024 | V-2460--Business Credit R | 5,00 |
| 28/08/2024 | V-2460--Business Credit R | 64,75 |
| 23/08/2024 | V-2460--Business Credit R | -64,46 |
| 23/08/2024 | V-2460--Business Credit R | 64,46 |
| 28/08/2024 | V-1529--CA Dept of Tax ar | 1.845,46 |
| 29/08/2024 | V-2424--Call & Jensen | 60.000,00 |
| 28/08/2024 | V-2581--Carmencita Interp | 250,00 |
| 30/08/2024 | V-1985--Christopher A Set | 33.000,00 |
| 23/09/2024 | V-1282--Colorado Departn | 74,19 |
| 16/10/2024 | V-2071--COMCAST BUSINI | 564,46 |
| 28/08/2024 | V-2047--DGA SECURITY | 1.020,30 |
| 4/09/2024 | V-2553--Donohoe Advisory | 20.000,00 |
| 29/08/2024 | V-2553--Donohoe Advisory | 2.800,00 |
| 17/09/2024 | V-2545--Doug Greene | 13,20 |
| 21/08/2024 | V-2545--Doug Greene | 2,06 |
| 7/08/2024 | V-2532--Empire Marketing | 10.000,00 |
| 12/09/2024 | V-2439--Enlyte | 187,00 |
| 1/10/2024 | V-1410--Everest National l | 20.000,00 |
| 3/09/2024 | V-1410--Everest National l | 20.000,00 |
| 27/08/2024 | V-1410--Everest National l | 20.000,00 |
| 21/08/2024 | V-1148--FINRA | 750,00 |
| 10/10/2024 | V-2123--FLORIDA POWER | 2.964,27 |
| 28/08/2024 | V-2123--FLORIDA POWER | 3.153,80 |
| 14/08/2024 | V-2123--FLORIDA POWER | 2.142,00 |
| 6/08/2024 | V-2123--FLORIDA POWER | 2.749,22 |
| 8/10/2024 | V-2574--Forstmann & Co | 16.465,00 |
| 30/08/2024 | V-2479--GitHub | 665,00 |
| 27/08/2024 | V-2381--GUMMICUBE, INC | 8.000,00 |
| 27/08/2024 | V-2283--HYBRID FINANCI/ | 30.000,00 |
| 12/09/2024 | V-1056--Intacct | 5.000,00 |
| 27/08/2024 | V-1056--Intacct | 18.500,00 |
| 27/09/2024 | V-2266--JOBOT, LLC | 2.922,07 |
| 28/08/2024 | V-2266--JOBOT, LLC | 2.922,07 |
| 17/09/2024 | V-2519--Judith Simpson | 62,56 |
| 21/08/2024 | V-2519--Judith Simpson | 51,38 |

| 30/08/2024 | V-1836--KARLINSKY LLC | 30.000,00 |
| 31/08/2024 | V-2022--Lanza & Smith | -11.945,39 |
| 8/10/2024 | V-1101--LexisNexis | 1.785,00 |
| 18/09/2024 | V-1275--Lighthouse Servic | 618,13 |
| 19/08/2024 | V-1471--Marcum & Kliegm | 20.000,00 |
| 17/09/2024 | V-2528--Marcy Herrera | 217,50 |
| 21/08/2024 | V-2528--Marcy Herrera | 39,75 |
| 5/09/2024 | V-2450--Marlins Baseball | -1.170,00 |
| 5/09/2024 | V-2450--Marlins Baseball | 1.170,00 |
| 30/08/2024 | V-2539--Martin Scott | 37.500,00 |
| 30/08/2024 | V-2547--Meadows Collier / | 17.243,81 |
| 10/10/2024 | V-1221--MetLife Group Ber | 3.384,06 |
| 27/08/2024 | V-1221--MetLife Group Ber | 7.059,46 |
| 16/08/2024 | V-1221--MetLife Group Ber | 6.654,60 |
| 31/08/2024 | V-2301--Miami-Dade Tax ( | -60,75 |
| 29/08/2024 | V-2301--Miami-Dade Tax ( | 187,50 |
| 31/08/2024 | V-2206--MILNER - USAGE | -105,07 |
| 11/09/2024 | V-2091--MILNER INC | 1.333,92 |
| 29/08/2024 | V-2270--MILNER INC - BR: | 4.012,48 |
| 29/08/2024 | V-2270--MILNER INC - BR: | 2.176,76 |
| 3/09/2024 | V-1408--Nasdaq Corporate | 20.000,00 |
| 27/08/2024 | V-1408--Nasdaq Corporate | 20.665,75 |
| 11/10/2024 | V-1930--NATPAY | 119,08 |
| 4/10/2024 | V-1930--NATPAY | 66,22 |
| 20/09/2024 | V-1930--NATPAY | 101,67 |
| 20/09/2024 | V-1930--NATPAY | 27,54 |
| 13/09/2024 | V-1930--NATPAY | 98,67 |
| 6/09/2024 | V-1930--NATPAY | 48,07 |
| 30/08/2024 | V-1930--NATPAY | 56,99 |
| 23/08/2024 | V-1930--NATPAY | 71,67 |
| 16/08/2024 | V-1930--NATPAY | 49,15 |
| 9/08/2024 | V-1930--NATPAY | 96,91 |
| 2/08/2024 | V-1930--NATPAY | 47,84 |
| 6/09/2024 | V-2566--Nelson Mullins Ril | 21.547,00 |
| 25/09/2024 | V-2516--New Benefits | 494,74 |
| 23/08/2024 | V-2516--New Benefits | 494,74 |
| 29/08/2024 | V-2536--NYS Unemployme | 419,17 |
| 29/08/2024 | V-2451--Payne & Fears LLI | 34.241,70 |
| 30/08/2024 | V-2379--Philadelphia Ins ( | 10.740,07 |
| 29/08/2024 | V-2584--Pillsbury Winthrop | 25.000,00 |
| 27/09/2024 | V-1167--Pitney Bowes | 200,00 |
| 25/09/2024 | V-1167--Pitney Bowes | 500,00 |

| | | |
|---|---|---:|
| 11/09/2024 | V-1167--Pitney Bowes | 160,71 |
| 3/09/2024 | V-1167--Pitney Bowes | 239,41 |
| 1/08/2024 | V-1167--Pitney Bowes | 481,74 |
| 2/10/2024 | V-2170--PREMIER WORKS | 820,00 |
| 3/09/2024 | V-2170--PREMIER WORKS | 820,00 |
| 2/08/2024 | V-2170--PREMIER WORKS | 820,00 |
| 12/09/2024 | V-1242--PrismHR | 248,36 |
| 27/08/2024 | V-1242--PrismHR | 43.682,42 |
| 6/08/2024 | V-1242--PrismHR | 21.903,30 |
| 28/08/2024 | V-2582--QB Animation Inc | 5.200,00 |
| 15/10/2024 | V-2535--Rose, Snyder & Ja | 20.000,00 |
| 26/09/2024 | V-2535--Rose, Snyder & Ja | 35.000,00 |
| 9/09/2024 | V-2535--Rose, Snyder & Ja | 15.000,00 |
| 27/08/2024 | V-2535--Rose, Snyder & Ja | 60.000,00 |
| 15/10/2024 | V-2070--RUNWAY 1 LLC | 19.000,00 |
| 23/09/2024 | V-2070--RUNWAY 1 LLC | 18.101,79 |
| 12/09/2024 | V-2070--RUNWAY 1 LLC | 19.000,00 |
| 27/08/2024 | V-2070--RUNWAY 1 LLC | 18.101,79 |
| 16/08/2024 | V-2070--RUNWAY 1 LLC | 19.000,00 |
| 29/07/2024 | V-2070--RUNWAY 1 LLC | 18.501,79 |
| 31/08/2024 | V-2191--SAY COMMUNICA | -18,75 |
| 19/08/2024 | V-1539--Securities and Exc | 800,00 |
| 5/09/2024 | V-2274--SICHENZIA ROSS | 15.000,00 |
| 29/08/2024 | V-2274--SICHENZIA ROSS | 8.500,00 |
| 19/09/2024 | V-1214--Slavic 401K | 2.124,81 |
| 4/09/2024 | V-1214--Slavic 401K | 1.475,95 |
| 26/08/2024 | V-1214--Slavic 401K | 2.122,43 |
| 6/08/2024 | V-1214--Slavic 401K | 1.918,44 |
| 26/08/2024 | V-1412--Staff Benefits Mar | 5.914,76 |
| 26/08/2024 | V-1412--Staff Benefits Mar | 6.193,84 |
| 26/08/2024 | V-1412--Staff Benefits Mar | 5.388,84 |
| 5/09/2024 | V-2292--STERICYCLE | 159,30 |
| 5/09/2024 | V-2292--STERICYCLE | 269,51 |
| 5/09/2024 | V-2292--STERICYCLE | 156,65 |
| 5/09/2024 | V-2292--STERICYCLE | 148,88 |
| 31/08/2024 | V-1753--SullivanCurtisMon | -2.878,32 |
| 31/08/2024 | V-1753--SullivanCurtisMon | -1.776,44 |
| 31/08/2024 | V-1753--SullivanCurtisMon | -5.435,36 |
| 3/09/2024 | V-1596--SUNZ INSURANCI | 75.000,00 |
| 28/08/2024 | V-1596--SUNZ INSURANCI | 75.000,00 |
| 14/08/2024 | V-2583--Traliant Operating | 45,00 |
| 5/09/2024 | V-2524--Trenan Law | 25.000,00 |

| Date | Vendor | Amount |
|------|--------|-------:|
| 31/08/2024 | V-2149--TRUSAIC | -1.500,00 |
| 31/08/2024 | V-1946--TURN TECHNOLO | -1.099,30 |
| 27/09/2024 | V-2254--UNITED HEALTHC | 36.135,56 |
| 28/08/2024 | V-2254--UNITED HEALTHC | 39.677,97 |
| 15/08/2024 | V-2254--UNITED HEALTHC | 35.470,45 |
| 28/08/2024 | V-2395--USI Insurance Se | 21.798,64 |
| 27/08/2024 | V-2395--USI Insurance Se | 146.464,32 |
| 2/10/2024 | V-1351--VStock Transfer, | 3.982,00 |
| 23/08/2024 | V-1351--VStock Transfer, | 374,00 |
| 30/08/2024 | V-1439--Whitney White | 38.750,00 |
| | | **1.980.858,67** |

Attachment 9

Schedule for Payments to Insiders

| Employee Name - ID | Pay Date | Net Pay |
|---|---|---|
| ABSHER ANDREW  - P45231 | 09/05/2024 | 341,86 |
| ABSHER ANDREW  - P45231 | 09/20/2024 | 1659,24 |
| ABSHER ANDREW  - P45231 | 10/04/2024 | 1659,22 |
| ABSHER ANDREW  - P45231 | 10/18/2024 | 1659,23 |
| ABSHER CONNIE L - K21611 | 11/03/2023 | 1730,5 |
| ABSHER CONNIE L - K21611 | 11/20/2023 | 1730,57 |
| ABSHER CONNIE L - K21611 | 12/05/2023 | 3462,13 |
| ABSHER CONNIE L - K21611 | 12/20/2023 | 1729,84 |
| ABSHER CONNIE L - K21611 | 01/05/2024 | 1730,92 |
| ABSHER CONNIE L - K21611 | 01/19/2024 | 1729,65 |
| ABSHER CONNIE L - K21611 | 02/05/2024 | 1729,52 |
| ABSHER CONNIE L - K21611 | 02/20/2024 | 0 |
| ABSHER CONNIE L - K21611 | 03/05/2024 | 0 |
| ABSHER CONNIE L - K21611 | 03/20/2024 | 3457,51 |
| ABSHER CONNIE L - K21611 | 04/05/2024 | 3461,07 |
| ABSHER CONNIE L - K21611 | 04/19/2024 | 3461,21 |
| ABSHER CONNIE L - K21611 | 05/03/2024 | 3461,21 |
| ABSHER CONNIE L - K21611 | 05/20/2024 | 0 |
| ABSHER CONNIE L - K21611 | 05/22/2024 | 1731,56 |
| ABSHER CONNIE L - K21611 | 06/05/2024 | 1727,6 |
| ABSHER CONNIE L - K21611 | 06/20/2024 | 0 |
| ABSHER CONNIE L - K21611 | 07/05/2024 | 0 |
| ABSHER CONNIE L - K21611 | 07/19/2024 | 0 |
| ABSHER CONNIE L - K21611 | 08/05/2024 | 0 |
| ABSHER CONNIE L - K21611 | 08/20/2024 | 0 |
| ABSHER CONNIE L - K21611 | 08/28/2024 | 3463,13 |
| ABSHER CONNIE L - K21611 | 09/05/2024 | 3451,37 |
| ABSHER CONNIE L - K21611 | 09/20/2024 | 0 |
| ABSHER CONNIE L - K21611 | 10/04/2024 | 0 |
| ABSHER CONNIE L - K21611 | 10/18/2024 | 0 |
| ABSHER JASON M - M35101 | 11/03/2023 | 3824,68 |
| ABSHER JASON M - M35101 | 11/20/2023 | 3824,72 |
| ABSHER JASON M - M35101 | 11/20/2023 | 8,1 |
| ABSHER JASON M - M35101 | 12/05/2023 | 3824,72 |
| ABSHER JASON M - M35101 | 12/20/2023 | 3824,09 |
| ABSHER JASON M - M35101 | 12/20/2023 | 44,08 |
| ABSHER JASON M - M35101 | 01/05/2024 | 3847,7 |
| ABSHER JASON M - M35101 | 01/19/2024 | 3847,13 |
| ABSHER JASON M - M35101 | 01/19/2024 | 23,17 |
| ABSHER JASON M - M35101 | 02/05/2024 | 3847,06 |
| ABSHER JASON M - M35101 | 02/20/2024 | 3847,12 |
| ABSHER JASON M - M35101 | 02/20/2024 | 190,41 |
| ABSHER JASON M - M35101 | 03/05/2024 | 3847,17 |
| ABSHER JASON M - M35101 | 03/20/2024 | 3847,12 |
| ABSHER JASON M - M35101 | 03/20/2024 | 58,25 |
| ABSHER JASON M - M35101 | 04/05/2024 | 3847,07 |

| | | |
|---|---|---|
| ABSHER JASON M - M35101 | 04/19/2024 | 3847,13 |
| ABSHER JASON M - M35101 | 04/19/2024 | 81,98 |
| ABSHER JASON M - M35101 | 05/03/2024 | 3847,12 |
| ABSHER JASON M - M35101 | 05/20/2024 | 3847,13 |
| ABSHER JASON M - M35101 | 05/20/2024 | 133,57 |
| ABSHER JASON M - M35101 | 06/05/2024 | 3847,07 |
| ABSHER JASON M - M35101 | 06/20/2024 | 3847,12 |
| ABSHER JASON M - M35101 | 06/20/2024 | 71,65 |
| ABSHER JASON M - M35101 | 07/05/2024 | 3355 |
| ABSHER JASON M - M35101 | 07/19/2024 | 3852,52 |
| ABSHER JASON M - M35101 | 08/05/2024 | 3852,47 |
| ABSHER JASON M - M35101 | 08/20/2024 | 3852,52 |
| ABSHER JASON M - M35101 | 09/05/2024 | 3852,47 |
| ABSHER JASON M - M35101 | 09/20/2024 | 3852,52 |
| ABSHER JASON M - M35101 | 09/20/2024 | 93,16 |
| ABSHER JASON M - M35101 | 10/04/2024 | 3852,52 |
| ABSHER JASON M - M35101 | 10/18/2024 | 3852,52 |
| ABSHER JASON M - M35101 | 10/18/2024 | 195,18 |
| ABSHER SCOTT W - M00973 | 11/03/2023 | 14934,4 |
| ABSHER SCOTT W - M00973 | 11/20/2023 | 15240,72 |
| ABSHER SCOTT W - M00973 | 12/05/2023 | 30490,81 |
| ABSHER SCOTT W - M00973 | 12/20/2023 | 14933,64 |
| ABSHER SCOTT W - M00973 | 01/05/2024 | 14123,76 |
| ABSHER SCOTT W - M00973 | 01/19/2024 | 14121,25 |
| ABSHER SCOTT W - M00973 | 02/05/2024 | 14121 |
| ABSHER SCOTT W - M00973 | 02/20/2024 | 0 |
| ABSHER SCOTT W - M00973 | 03/05/2024 | 0 |
| ABSHER SCOTT W - M00973 | 03/20/2024 | 27652,02 |
| ABSHER SCOTT W - M00973 | 04/05/2024 | 28833 |
| ABSHER SCOTT W - M00973 | 04/19/2024 | 28833,25 |
| ABSHER SCOTT W - M00973 | 05/03/2024 | 28915,52 |
| ABSHER SCOTT W - M00973 | 05/20/2024 | 0 |
| ABSHER SCOTT W - M00973 | 05/22/2024 | 15073,28 |
| ABSHER SCOTT W - M00973 | 06/05/2024 | 15066,26 |
| ABSHER SCOTT W - M00973 | 06/20/2024 | 0 |
| ABSHER SCOTT W - M00973 | 07/05/2024 | 0 |
| ABSHER SCOTT W - M00973 | 07/19/2024 | 0 |
| ABSHER SCOTT W - M00973 | 08/05/2024 | 0 |
| ABSHER SCOTT W - M00973 | 08/20/2024 | 0 |
| ABSHER SCOTT W - M00973 | 08/28/2024 | 27837,42 |
| ABSHER SCOTT W - M00973 | 09/05/2024 | 30441,97 |
| ABSHER SCOTT W - M00973 | 09/20/2024 | 0 |
| ABSHER SCOTT W - M00973 | 10/04/2024 | 0 |
| ABSHER SCOTT W - M00973 | 10/18/2024 | 0 |
| BECK DOUGLAS J - W42549 | 11/03/2023 | 6145,5 |
| BECK DOUGLAS J - W42549 | 11/20/2023 | 6517,68 |
| BECK DOUGLAS J - W42549 | 12/05/2023 | 6146,53 |

| | | |
|---|---|---|
| BECK DOUGLAS J - W42549 | 12/20/2023 | 6365,08 |
| BECK DOUGLAS J - W42549 | 01/05/2024 | 6530,14 |
| BECK DOUGLAS J - W42549 | 01/19/2024 | 6518,24 |
| BECK DOUGLAS J - W42549 | 02/05/2024 | 6517,07 |
| BECK DOUGLAS J - W42549 | 02/20/2024 | 6518,24 |
| BECK DOUGLAS J - W42549 | 03/05/2024 | 6550,23 |
| BECK DOUGLAS J - W42549 | 03/07/2024 | 2242,46 |
| BECK DOUGLAS J - W42549 | 04/19/2024 | 6727,73 |
| EASTVOLD ELIZABETH  - V21620 | 11/03/2023 | 1765,45 |
| EASTVOLD ELIZABETH  - V21620 | 11/20/2023 | 1554,78 |
| EASTVOLD ELIZABETH  - V21620 | 12/05/2023 | 1763,51 |
| EASTVOLD ELIZABETH  - V21620 | 12/20/2023 | 1629,59 |
| EASTVOLD ELIZABETH  - V21620 | 01/05/2024 | 1800,38 |
| EASTVOLD ELIZABETH  - V21620 | 01/19/2024 | 1887,27 |
| EASTVOLD ELIZABETH  - V21620 | 02/05/2024 | 1887,25 |
| EASTVOLD ELIZABETH  - V21620 | 02/20/2024 | 1554,94 |
| EASTVOLD ELIZABETH  - V21620 | 03/05/2024 | 0 |
| EASTVOLD ELIZABETH  - V21620 | 03/20/2024 | 1528,29 |
| EASTVOLD ELIZABETH  - V21620 | 04/05/2024 | 1595,33 |
| EASTVOLD ELIZABETH  - V21620 | 04/05/2024 | 1437,33 |
| EASTVOLD ELIZABETH  - V21620 | 04/05/2024 | 1856,26 |
| EASTVOLD ELIZABETH  - V21620 | 04/19/2024 | 1591,44 |
| EASTVOLD ELIZABETH  - V21620 | 05/03/2024 | 1741,3 |
| EASTVOLD ELIZABETH  - V21620 | 05/20/2024 | 1607,49 |
| EASTVOLD ELIZABETH  - V21620 | 06/05/2024 | 1723,04 |
| EASTVOLD ELIZABETH  - V21620 | 06/20/2024 | 0 |
| EASTVOLD ELIZABETH  - V21620 | 07/05/2024 | 0 |
| EASTVOLD ELIZABETH  - V21620 | 07/19/2024 | 1737,14 |
| EASTVOLD ELIZABETH  - V21620 | 08/05/2024 | 0 |
| EASTVOLD ELIZABETH  - V21620 | 08/20/2024 | 0 |
| EASTVOLD ELIZABETH  - V21620 | 08/28/2024 | 1522,49 |
| EASTVOLD ELIZABETH  - V21620 | 09/05/2024 | 1591,13 |
| EASTVOLD ELIZABETH  - V21620 | 09/20/2024 | 1650,07 |
| EASTVOLD ELIZABETH  - V21620 | 10/04/2024 | 0 |
| EASTVOLD ELIZABETH  - V21620 | 10/18/2024 | 1686,41 |
| EASTVOLD PHILIP A - J33130 | 11/03/2023 | 6758,83 |
| EASTVOLD PHILIP A - J33130 | 11/20/2023 | 7374,94 |
| EASTVOLD PHILIP A - J33130 | 12/05/2023 | 6959,8 |
| EASTVOLD PHILIP A - J33130 | 12/20/2023 | 6958,51 |
| EASTVOLD PHILIP A - J33130 | 01/05/2024 | 6484,16 |
| EASTVOLD PHILIP A - J33130 | 01/19/2024 | 6482,7 |
| EASTVOLD PHILIP A - J33130 | 02/05/2024 | 6482,55 |
| EASTVOLD PHILIP A - J33130 | 02/20/2024 | 6482,69 |
| EASTVOLD PHILIP A - J33130 | 03/05/2024 | 0 |
| EASTVOLD PHILIP A - J33130 | 03/20/2024 | 5715,16 |
| EASTVOLD PHILIP A - J33130 | 04/05/2024 | 6482,56 |
| EASTVOLD PHILIP A - J33130 | 04/05/2024 | 7250,38 |

| | | |
|---|---|---|
| EASTVOLD PHILIP A - J33130 | 04/05/2024 | 7250,38 |
| EASTVOLD PHILIP A - J33130 | 04/19/2024 | 4663,25 |
| EASTVOLD PHILIP A - J33130 | 05/03/2024 | 6482,71 |
| EASTVOLD PHILIP A - J33130 | 05/20/2024 | 6482,69 |
| EASTVOLD PHILIP A - J33130 | 06/05/2024 | 6482,55 |
| EASTVOLD PHILIP A - J33130 | 06/20/2024 | 0 |
| EASTVOLD PHILIP A - J33130 | 07/05/2024 | 0 |
| EASTVOLD PHILIP A - J33130 | 07/19/2024 | 1175,47 |
| EASTVOLD PHILIP A - J33130 | 08/05/2024 | 0 |
| EASTVOLD PHILIP A - J33130 | 08/20/2024 | 0 |
| EASTVOLD PHILIP A - J33130 | 08/28/2024 | 6643,91 |
| EASTVOLD PHILIP A - J33130 | 09/05/2024 | 6435,43 |
| EASTVOLD PHILIP A - J33130 | 09/20/2024 | 5227,16 |
| EASTVOLD PHILIP A - J33130 | 10/04/2024 | 0 |
| EASTVOLD PHILIP A - J33130 | 10/18/2024 | 6437,92 |
| LAUNAY PATRICE  - Y44735 | 03/20/2024 | 6018,69 |
| LAUNAY PATRICE  - Y44735 | 04/05/2024 | 8963,11 |
| LAUNAY PATRICE  - Y44735 | 04/19/2024 | 8959,92 |
| LAUNAY PATRICE  - Y44735 | 05/03/2024 | 8959,93 |
| LAUNAY PATRICE  - Y44735 | 05/20/2024 | 8959,92 |
| LAUNAY PATRICE  - Y44735 | 06/05/2024 | 8959,61 |
| LAUNAY PATRICE  - Y44735 | 06/20/2024 | 8959,93 |
| LAUNAY PATRICE  - Y44735 | 07/05/2024 | 0 |
| LAUNAY PATRICE  - Y44735 | 07/19/2024 | 0 |
| LAUNAY PATRICE  - Y44735 | 08/05/2024 | 0 |
| LAUNAY PATRICE  - Y44735 | 08/20/2024 | 0 |
| LAUNAY PATRICE  - Y44735 | 08/28/2024 | 8964,69 |
| LAUNAY PATRICE  - Y44735 | 09/05/2024 | 8940,22 |
| LAUNAY PATRICE  - Y44735 | 09/20/2024 | 8959,93 |
| LAUNAY PATRICE  - Y44735 | 10/04/2024 | 8959,93 |
| LAUNAY PATRICE  - Y44735 | 10/18/2024 | 9046,07 |
| MAY DAVID G - G00799 | 11/03/2023 | 4290,85 |
| MAY DAVID G - G00799 | 11/20/2023 | 4672,51 |
| MAY DAVID G - G00799 | 11/20/2023 | 151,83 |
| MAY DAVID G - G00799 | 12/05/2023 | 4290,98 |
| MAY DAVID G - G00799 | 12/20/2023 | 4289,38 |
| MAY DAVID G - G00799 | 12/20/2023 | 147,94 |
| MAY DAVID G - G00799 | 01/05/2024 | 4325,73 |
| MAY DAVID G - G00799 | 01/19/2024 | 4324,77 |
| MAY DAVID G - G00799 | 01/19/2024 | 197,87 |
| MAY DAVID G - G00799 | 02/05/2024 | 4324,66 |
| MAY DAVID G - G00799 | 02/20/2024 | 4324,76 |
| MAY DAVID G - G00799 | 02/20/2024 | 147,24 |
| MAY DAVID G - G00799 | 03/05/2024 | 4324,85 |
| MAY DAVID G - G00799 | 03/20/2024 | 4324,75 |
| MAY DAVID G - G00799 | 03/20/2024 | 150,85 |
| MAY DAVID G - G00799 | 04/05/2024 | 4324,67 |

| | | |
|---|---|---|
| MAY DAVID G - G00799 | 04/19/2024 | 4324,75 |
| MAY DAVID G - G00799 | 04/19/2024 | 83,67 |
| MAY DAVID G - G00799 | 04/19/2024 | 5218,61 |
| MAY DAVID G - G00799 | 04/19/2024 | 5218,6 |
| MAY DAVID G - G00799 | 05/03/2024 | 4324,75 |
| MAY DAVID G - G00799 | 05/20/2024 | 4324,77 |
| MAY DAVID G - G00799 | 05/20/2024 | 3542,37 |
| MAY DAVID G - G00799 | 06/05/2024 | 4324,68 |
| MAY DAVID G - G00799 | 06/20/2024 | 0 |
| MAY DAVID G - G00799 | 07/05/2024 | 0 |
| MAY DAVID G - G00799 | 07/19/2024 | 0 |
| MAY DAVID G - G00799 | 08/05/2024 | 0 |
| MAY DAVID G - G00799 | 08/20/2024 | 0 |
| MAY DAVID G - G00799 | 08/28/2024 | 4326,21 |
| MAY DAVID G - G00799 | 08/28/2024 | 21,58 |
| MAY DAVID G - G00799 | 09/05/2024 | 4268,65 |
| MAY DAVID G - G00799 | 09/20/2024 | 4276,13 |
| MAY DAVID G - G00799 | 09/20/2024 | 23,28 |
| MAY DAVID G - G00799 | 10/04/2024 | 0 |
| MAY DAVID G - G00799 | 10/18/2024 | 4274,66 |
| MAY DAVID G - G00799 | 10/18/2024 | 51,18 |
| MURPHY AMANDA T - L00972 | 11/03/2023 | 7462,17 |
| MURPHY AMANDA T - L00972 | 11/20/2023 | 7798,67 |
| MURPHY AMANDA T - L00972 | 12/05/2023 | 7458,91 |
| MURPHY AMANDA T - L00972 | 12/20/2023 | 7457,09 |
| MURPHY AMANDA T - L00972 | 01/05/2024 | 6200,07 |
| MURPHY AMANDA T - L00972 | 01/19/2024 | 6197,56 |
| MURPHY AMANDA T - L00972 | 02/05/2024 | 6197,3 |
| MURPHY AMANDA T - L00972 | 02/20/2024 | 6197,56 |
| MURPHY AMANDA T - L00972 | 03/05/2024 | 19601,71 |
| MURPHY AMANDA T - L00972 | 03/05/2024 | 6197,8 |
| MURPHY AMANDA T - L00972 | 03/05/2024 | -19601,71 |
| MURPHY AMANDA T - L00972 | 03/07/2024 | 2255,09 |
| WOODS HANNAH  - L21612 | 11/03/2023 | 2639,62 |
| WOODS HANNAH  - L21612 | 11/20/2023 | 2639,66 |
| WOODS HANNAH  - L21612 | 12/05/2023 | 2639,66 |
| WOODS HANNAH  - L21612 | 12/20/2023 | 2639,35 |
| WOODS HANNAH  - L21612 | 01/05/2024 | 2657,4 |
| WOODS HANNAH  - L21612 | 01/19/2024 | 2657,13 |
| WOODS HANNAH  - L21612 | 02/05/2024 | 2657,11 |
| WOODS HANNAH  - L21612 | 02/20/2024 | 2657,13 |
| WOODS HANNAH  - L21612 | 03/05/2024 | 2657,16 |
| WOODS HANNAH  - L21612 | 03/20/2024 | 2657,13 |
| WOODS HANNAH  - L21612 | 04/05/2024 | 2657,1 |
| WOODS HANNAH  - L21612 | 04/19/2024 | 2657,14 |
| WOODS HANNAH  - L21612 | 04/19/2024 | 2665,77 |
| WOODS HANNAH  - L21612 | 04/19/2024 | 2665,77 |

| | | |
|---|---|---|
| WOODS HANNAH  - L21612 | 05/03/2024 | 2687,73 |
| WOODS HANNAH  - L21612 | 05/20/2024 | 2657,14 |
| WOODS HANNAH  - L21612 | 06/05/2024 | 2657,1 |
| WOODS HANNAH  - L21612 | 06/20/2024 | 0 |
| WOODS HANNAH  - L21612 | 07/05/2024 | 0 |
| WOODS HANNAH  - L21612 | 07/19/2024 | 0 |
| WOODS HANNAH  - L21612 | 08/05/2024 | 0 |
| WOODS HANNAH  - L21612 | 08/20/2024 | 0 |
| WOODS HANNAH  - L21612 | 08/28/2024 | 2657,54 |
| WOODS HANNAH  - L21612 | 09/05/2024 | 2642,24 |
| WOODS HANNAH  - L21612 | 09/20/2024 | 2644,36 |
| WOODS HANNAH  - L21612 | 10/04/2024 | 2644,35 |
| WOODS HANNAH  - L21612 | 10/18/2024 | 2644,35 |

**Shiftpixy Inc**
*Insider Payments - Directors*
*Oct 29, 2023 through Oct 28, 2024*

| | |
|---|---|
| Martin Scott | 52.500,00 |
| Christopher Sebes | 51.000,00 |
| Whitney White | 54.250,00 |
| Kenneth Weaver | - |
| **TOTAL** | **157.750,00** |

| | | | | |
|---|---|---|---|---|
| **Company name:** | ShiftPixy, Inc. | | | |
| **Report name:** | Check register | | | |
| **Created on:** | 20/11/2024 | | | |

| Bank | Date | Vendor | Document no. | Amount |
|---|---|---|---|---|
| **SPX Operating 9208 - Wells Fargo** | **Account no: 1139789208** | | | |
| | 30/08/2024 | V-2539--Martin Scott | | 37.500,00 |
| | 5/04/2024 | V-2539--Martin Scott | | 15.000,00 |
| **Total for SPX Operating 9208** | | | | **52.500,00** |

| | | | | |
|---|---|---|---|---|
| **Company name:** | ShiftPixy, Inc. | | | |
| **Report name:** | Check register | | | |
| **Created on:** | 20/11/2024 | | | |

| Bank | Date | Vendor | Document no. | Amount |
|---|---|---|---|---|
| **SPX Operating 9208 - Wells Fargo** | **Account no: 1139789208** | | | |
| | 30/08/2024 | V-1985--Christopher A Sebes | | 33.000,00 |
| | 5/04/2024 | V-1985--Christopher A Sebes | | 18.000,00 |
| **Total for SPX Operating 9208** | | | | **51.000,00** |

| | | | | |
|---|---|---|---|---|
| **Company name:** | ShiftPixy, Inc. | | | |
| **Report name:** | Check register | | | |
| **Created on:** | 20/11/2024 | | | |

| Bank | Date | Vendor | Document no. | Amount |
|---|---|---|---|---|
| **SPX Operating 9208 - Wells Fargo** | **Account no: 1139789208** | | | |
| | 30/08/2024 | V-1439--Whitney White | | 38.750,00 |
| | 5/04/2024 | V-1439--Whitney White | | 15.500,00 |
| **Total for SPX Operating 9208** | | | | **54.250,00** |

| | |
|---|---|
| **Company name:** | ShiftPixy, Inc. |
| **Report name:** | Check register |
| **Created on:** | 20/11/2024 |

| Bank | Date | Vendor | Document no. | Amount |
|------|------|--------|--------------|--------|
| No data found | | | | |