# United States Bankruptcy Court
## Southern District of Florida, Fort Lauderdale Division

In re    ShiftPixy, Inc.                                                    Case No.    24-21209-LMI
                                        Debtor(s)         Chapter      11

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    November 22, 2024                /s/  Jonathan Feldman
                                          Jonathan Feldman/Chief Restructuring Officer
                                          Signer/Title

4te Inc
PO Box 4048
Mission Viejo, CA 92690


A & A Ornamental, Inc
18731 SW 87th Ave,
Miami, FL 33157


ABQ Manufacturing
PO Box 25404,
Albuquerque, NM 87125


Acorn East


ADP/MASTER TAX
1 ADP Blvd
Roseland, NJ 07068


Affordable Business
4215 E Broadway, Suite 100,
Phoenix, AZ 85040


Aflac
Attn: Remittance Processing Services, 19
Columbus, GA 31999


AGP/ALLIANCE GLOBAL PARTNERS
590 MADISON AVE
New York, NY 10022


AIM Recycling


AIS,LLC
6300 JEFFERSON ST. NE,
Albuquerque, NM 87109


Alexandra Gonzalez Zabala


ALH Locksmith Inc
5319 University Dr #25,
Irvine, CA 92612


ALLIED SPORTS LLC
PO BOX 845785,
Boston, MA 02284


ALPHA CAPITAL ANSTALT
C/O LH FINANCIAL, 510 MADISON AVE., 14TH
New York, NY 10022


Alpha Gamma Seafood

Amanda Murphy
15216 Lafayette Way
Tustin, CA 92782


American Recruiting & Consulting Group
2200 N Commerce Pkwy, Suite 200
Fort Lauderdale, FL 33326


Amtrust North America, Inc
PO Box 6939
Cleveland, OH 44101


AMWINS GROUP BENEFITS
PO BOX 71051
Charlotte, NC 28272


Andrew Absher
33 N Main St Apt 1
Manteno, IL 60950


ANKURA
201 E WASHINGTON ST, SUITE 1700,
Phoenix, AZ 85004


Anthem Blue Cross
PO Box 511300,
Los Angeles, CA 90051


AppsFlyer
100 1 ST St, 25th FL
San Francisco, CA 94105


AR Dept of Finance & Administration
PO Box 9941
72203


Arizona Department of Revenue
PO Box 29085
Phoenix, AZ 85038


Arizona Dept of Economic Security
PO Box 52027,
Phoenix, AZ 85072


Arondight Advisors


ARRAY
624 S AUSTIN AVE, SUITE 230,
Georgetown, TX 78626


ARTHUR J GALLAGHER RK MGMT SRV
PO BOX 532143,
Atlanta, GA 30353

Arthur J. Gallagher Insurance
21820 Burbank Blvd, Suite 175,
Woodland Hills, CA 91367


Asurint
File 2418, 1801 W Olympic Blvd
Pasadena, CA 91199


Audio Video Cameras Serv Corp
3900 Buffalo Road
Rochester, NY 14624


Audio Visual Innovations, Inc
PO Box 844612,
Boston, MA 02284


Avacom Computer Services, Inc
420 Goddard,
Irvine, CA 92618


B&J Pets & Aquariums (Monster Pets)


BairesDev LLC
800 W El Camino
Mountain View, CA 94040


BAKER TILLY US, LLP
PO Box 511563,
Los Angeles, CA 90051


Balanced Management, LLC
10880 Wilshire Blvd.
19th Floor
Los Angeles, CA 90024


Belfor


Belinda Gibson
2713 S PARCO AVE
91761


Benjamin Parran
22871 Via Santiago
Mission Viejo, CA 92691


Bennett Landscape


Berkowitz Pollack Brant Advisors CPA
PO Box 735244
Dallas, TX 75373


Best Buy
PO Box 78009
85062

BEST OFFICE COFFEE SERVICES
13130 SW 130 TERRACE
Miami, FL 33186


BestWay Sandwiches


BG Tax Forms
PO BOX 3109,
Rohnert Park, CA 94927


Board of Equalization
Special Taxes and Fees, PO Box 942879,
Sacramento, CA 94279


BREX CC
650 S 500 W #209
Salt Lake City, UT 84118


BREX GHOST KITCHEN
405 Howard St Fl 2
San Francisco, CA 94105


Bright Labs Services LLC
485 Lexington Ave 10th FL
New York, NY 10017


BTERREL GROUP
4324 Mapleshade Ln, Suite 103
Plano, TX 75093


Burger King (Consolidated Burger)


Business Plans
432 East Pearl St,
Miamisburg, OH 45342


BUSINESS WIRE
DEPT 34182, PO BOX 39000,
San Francisco, CA 94139


Calabrese Consulting LLC
24 North King Street
Malverne, NY 11565


California Choice
Benefit Administrators, PO Box 7088,
Orange, CA 92863


California Disbursement Unit
PO BOX 989067
West Sacramento, CA 95798

California Employment Development Depart
720 9TH ST
Sacramento, CA 95814


California Secretary of State
1500 11TH STREET,
Sacramento, CA 95814


Call & Jensen
810 Newport Center Dr
Newport Beach, CA 92660


Capistrano Catering, Inc.


CDW DIRECT
200 N. MILWAUKEE AVE,
Vernon Hills, IL 60061


Century Trade Show Services, LLC
6421 Pinecastle Blvd. Ste. 1
Orlando, FL 32809


Certified Tire & Service Center, Inc.
1875 Iowa Ave
Riverside, CA 92507


Chirstopher A Sebes
5730 Claridon Drive
Naples, FL 34113


Christopher A Sebes
5730 Claridon Drive,
Naples, FL 34113


CIF Group International


CINTAS
PO BOX 631025
Cincinnati, OH 45263


CK Administrative Services LLC
777 S Figueroa Street, Suite 4100
Los Angeles, CA 90017


CO Dept of Revenue
Bus Tax Accounting Room 208, PO Box 1708
Denver, CO 80217


Coastal Handyman Pros


Colby Benbow
80 Mission CT
Foothill Ranch, CA 92610

Colonial Life
Processing Center, PO Box 1365,
19202


Colorado Department of Revenue
1375 Sherman Street,
Denver, CO 80261


Colorado Dept of Labor And Employment
Unemployment Ins Employer Services, PO B
Denver, CO 80201


Colorado State Treasurer
PO Box 8789,
Denver, CO 80201


Commonwealth of Massachusetts
19 Staniford Street,
Boston, MA 02114


Commonwealth of Pennsylvania
501 North 3rd Street
508 Main Capitol Building
Harrisburg, PA 17120


Compline LLC
PO Box 2069,
Granite Bay, CA 95746


Comptroller of MD - WH Tax Revenue Admin
PO Box 17132
Baltimore, MD 21297


Comptroller of Public Accounts
PO Box 149348,
Austin, TX 78714


Connie Absher
18841 SW 74th Ct
Miami, FL 33157


Corey Splond


Cox Cable
PO Box 53280
Phoenix, AZ 85072


Crane Companies


CT Corporation
PO Box 4349
Carol Stream, IL 60197

CVI INVESTMENTS, INC
101 CALIFORNIA STREET, SUITE 3250
San Francisco, CA 94111


D&W Fine Pack
1900 Pratt Blvd.
Elk Grove Village, IL 60007


Daniel Skolnick
500 Brickell Ave Apt 1407
Miami, FL 33131


David May
15441 SW 173rd Ln
Miami, FL 33187


David Vasquez
1511 S Pomona Ave Unit A9
Fullerton, CA 92832


Del Taco (Diamondback DTNM)


Delaware Divison of Revenue
Dept 200, PO Box 9703
Providence, RI 02940


Dell Inc
One Dell Way, Mail Stop 8129,
Round Rock, TX 78682


Denis Monskiy
1817 S OCEAN DR APT PH28
33009


Department of State
2010 Abidjan Pl
Washington, DC 20521


Department of State NY
One Commerce Plaza, 99 Washington Ave,
Albany, NY 12231


DGA SECURITY
429 WST 53RD STREE,
New York, NY 10019


Diana Marin


DocGo


DOMINION CAPITAL LLC
341 WEST 38TH STREET, SUITE 800
New York, NY 10018

Douglas Beck
46 Schenck Ave Apt 1A
Great Neck, NY 11021


Douglas Moss
15421 TOULOUSE CIR
Irvine, CA 92604


DTCC
PO BOX 27590,
New York, NY 10087


Due Upon Receipt
California EDD PO Box 826276
Sacramento, CA 94230


Due Upon Receipt
Virgina Department of Taxation, PO Box 2
Richmond, VA 23261


Due Upon Receipt
PO Box 930931
Milwaukee, WI 53293


Due Upon Receipt
Illinois Dept of Revenue, PO Box 19447
62794


Eduardo Dominguez
5778Devonshire Blvd
Miami, FL 33155


Eduardo Dominguez
5778 Devonshire Blvd
Miami, FL 33155


eFax Corporate
C/O J2 Cloud Services LLC, PO BOX 51873,
Los Angeles, CA 90051


EL TORO LLC
552 E MARKET STREET,
Louisville, KY 40202


ELITE AUDIO VIDEO OF SO FL
12241 SW 185TH ST,
Miami, FL 33177


Elizabeth Eastbold
9740 SW 218th St
Miami, FL 33190


Elizabeth Eastvold
9740 SW 218th St
Miami, FL 33190

```
Email Outreach Company
651 N Broad St, Suite 206
Middletown, DE 19709


Empire Marketing Ventures LLC
383 Madison Ave,
New York, NY 10017


Employment Development Department
722 CAPITOL MAL
Sacramento, CA 95814


Employment Security Division
500 E. Third Street,
Carson City, NV 89713


ENCORE
EVENT TECHNOL CEASARS PALACE, 8850 W SUN
Las Vegas, NV 89148


Enlyte
PO Box 88026
Chicago, IL 60680


EQUISOLVE
3500 SW Corporate Parkway. Suite 206
Palm City, FL 34990


Evan Blummer
55 SW 9th ST
Miami, FL 33130


Everest National Insurance Co
725 W Town And Country Rd Ste 400
Orange, CA 92868


EverythingBenefits
1253 Springfield Ave, Suite 350,
New Providence, NJ 07974


Evolution Logistics


FastSigns


Fed-Ex
PO BOX 7221,
Pasadena, CA 91109


Fernando Galarza
912 NE 8th Pl
Cape Coral, FL 33909
```

```
FINRA
1735 K Street,
Washington, DC 20006


Fisher Phillps LLP
2050 Main St
Irvine, CA 92614


Fitzgerald Yap Kreditor LLP
2 Park Plaza, Suite 950,
Irvine, CA 92614


FL POWER HOUSE
2310 NW 102ND PLACE
Miami, FL 33172


Florida Department of Revenue
50 West Tennessee Street
Tallahassee, FL 32399


Florida Dept of State
The Centre of Tallahassee
2415 N. Monroe Street, Suite 810
Tallahassee, FL 32303


FLORIDA POWER AND LIGHT
1253 12th Ave E,
Palmetto, FL 34221


Florida Smoked Fish


FN Media Group LLC
4613 N University Drive #374,
Marietta, GA 30067


FN Press Wire
408 N Park Ln, Alpharetta
Alpharetta, GA 30004


Foundry ASVRF Sawgrass, LLC
420 S. Orange Ave., Suite 400
Orlando, FL 32801


FRANCHIMP LTD
Beggars Bush, Buckhurst Lane, Wadhurst,


Franchise Tax Board
PO BOX 942857,
Sacramento, CA 94257


Franchise Times
2808 Anthony Lane S,
Minneapolis, MN 55418
```

Franchise Update Inc
PO Box 20547,
San Jose, CA 95160


Freida Swedelson
16530 Venture Blvd, Suite 401,
91436


GCC


Gentry Partnership Inc
11523 Palmbrush Trail, Suite 193
Bradenton, FL 34202


GITLAB INC
PO BOX 8244,
Pasadena, CA 91109


GL Strategic Staffing


Golden West Wings LLC
700 EAST BIRCH STREET, UNIT 9847
Brea, CA 92822


Grasso Global Inc
16192 COASTAL HWY
Lewes, DE 19958


Green Room Consulting
14252 Cluver Dr, #A553,
Irvine, CA 92604


Guardian
PO Box 677458,
Dallas, TX 75267


GUMMICUBE, INC
50 E ST JOHN ST
San Jose, CA 95112


GUROCK - TestRail
Gurock Software GmbH
Bonner Straße 12
Leverkusen, Germany,    51379


Hamilton & Associates Law Group, P.A.
101 Plaza Real S, Suite 200N,
Boca Raton, FL 33432


Hannah Woods
13551 NW 6th St Apt 101
Pembroke Pines, FL 33028

Harland Clarke
15955 La Cantera Parkway,
San Antonio, TX 78256


Hawaii Department of Commerce and Consum
Business Registration division, PO Box 4
Honolulu, HI 96810


HEISE SUAREZ MELVILLE, P.A.
2990 Ponce de Leon Blvd, Suite 300,
Miami, FL 33134


Holly Dominguez
5578 Devonshire Blvd
Miami, FL 33155


Home Depot
2455 Paces Ferry Rd NW
Atlanta, GA 30339


HUB International Insurance Services Inc
16030 Venture Blvd, Suite 500,
Encino, CA 91436


Huggins Actuarial Services Inc
111 Veterans Square, Third Floor
Media, PA 19063


Hyatt Die Cast


Hybrid Financial Ltd.
222 Bay St. – Suite 2600
Toronto, Ontario


ICR LLC
761 Main Ave
Norwalk, CT 06851


ID Watchdog, Inc
PO Box 297,
Denver, CO 80201


Idaho Department of Labor
Accounting Bureau, 317 W Main St,
Boise, ID 83735


Idaho State Tax Commission
PO Box 76,
Boise, ID 83707


IL Secretary of State
Dept of Business Services, 501 S. Second
Springfield, IL 62756

Illinois Department of Insurance
320 W. Washington Street,
92767


Indiana Dept of Insurance
Attn Co Admission Coordinator, 311 W Was
Indianapolis, IN 46204


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7317
Philadelphia, PA 19101


INTRADO DIGITAL MEDIA, LLC
C/O INTRADO CORPORATION, PO BOX 74007143
Chicago, IL 60674


ipCapital Group Inc
426 Industrial Ave, Suite 150
Williston, VT 05495


IPFS Corporation
3522 Thomasville Rd
Tallahassee, FL 32309


IRS
Worland, WY 82401


Ivan Suarez
25 NE 124th Ter
33161


J David Tax Law LLC
7077 Bonneval Road, Suite 200,
Jacksonville, FL 32216


J. Stephen Holmes, J. Stephen Holmes
116 E LYNX PLACE,
Chandler, AZ 85249


Jamie Smith
9358 Golden Pond Ln N
55362


Jani-King of Cleveland


Jeffrey Ott
200 SW 85th Ave Apt 3-109
33025


JOBOT, LLC
18575 JAMBOREE RD, SUITE 600
Irvine, CA 92612

John Stephen Holmes
20 Fox Hole Road
Ladera Ranch, CA 92694


Judith Simpson
1839 Festival Court
Joliet, IL 60435


Julieta Medina
7225 ASHLEY DR
27616


JW Surety Bonds
6023A Kellers Church Road,
Pipersville, PA 18947


Kadima Ventures
2702 E Zion Way
Chandler, AZ 85249


Kaiser Permanente
Foundation Health Plan, File 5915,
Los Angeles, CA 90074


KARLINSKY LLC
103 Mountain Rd
Cornwall On Hudson, NY 12520


KCMO City Treasurer
City of Kansas Cit, Missouri, Revenue Di
Kansas City, MO 64184


Kelly Salazar-Coronado
1359 PYRITE WAY
Beaumont, CA 92223


Kenneth Weaver
901 Riverside Drive
Old Hickory, TN 37138


Kentucky Dept of Revenue
Kentucky Dept of Revenue
40620


Kingspan


Kitsuko


Klein & Wilson
4770 Von Karman
Newport Beach, CA 92660

Kose (Decorte)
110 Greene Street, Ste. 407
New York, NY 10012


Kristine M Rogalewski-Mayo
18531 N Steet
Scottsdale, AZ 85255


KW Property Management & Consulting, Co.
8200 NW 33rd Street
Miami, FL 33122


Lamb McErlane PC
24 E. Market St, PO Box 565,
West Chester, PA 19381


LANIER PARKING
647 BRICKELL KEY DR, SUITE 1,
Miami, FL 33131


Launay Patrice, PEJ CONSULTING
1560 Sawgrass Corporate Pkwy, 4th FL Sui
Fort Lauderdale, FL 33323


Laurice El Badry Rahme, Ltd. (Bond No. 9
9 Bond Street
New York, NY 10012


LD Micro, Inc.
11040 Bollinger Canyon Rd, Ste E-405,
San Ramon, CA 94582


LEAPROS WORKFORCE SOLUTIONS
PO BOX 432,
Huntington Beach, CA 92648


Lemke Mediation
515 S Flower St, Suite 1800,
Los Angeles, CA 90071


Levinson Arshonsky Kurtz & Komsky LLP
15303 Ventura Blvd, Suite 1650,
Sherman Oaks, CA 91403


Lighthouse Services, Inc
1710 Walton Rd, Suite 204,
Blue Bell, PA 19422


Lions Floor
9435 Sorenson Ave.
Santa Fe, CA 90670


Little Cesar Enterprises, Inc.
2125 Woodward Ave.
Detroit, MI 48201

Little Sister


LOEB & LOEB LLP
345 PARK AVE
New York, NY 10154


Lori Howard
2500 WESTCHESTER AVENUE
SUITE 109
Purchase, NY 10577


Louisiana Dept of Revenue Withholding
PO Box 61031
New Orleans, LA 70161


Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068


Lowenstein Sandler LLP
2200 Pennsylvania Ave NW,
Washington, DC 20037


Luxe Travel
16450 Bake Parkway, Suite 100,
Irvine, CA 92618


Lydecker LLP
1221 Brickell Ave, 19th FL,
Miami, FL 33132


Manuel Rivera
10361 NW 64TH TER
Miami, FL 33178


Marcelina Herrera
218 W Mountain View Ave Unit B
La Habra, CA 90631


Marcum & Kliegman LLP
750 Third Ave
New York, NY 10017


Marlins Baseball
501 Marlins Way
Miami, FL 33125


Marquis Aurbach Chtd
10001 Park Run Drive
Las Vegas, NV 89145


Martin Scott
19180 Skyridge Circle
Boca Raton, FL 33498

Maryland Securitires Divison
200 Saint Paul Place,
Baltimore, MD 21202


Maryland Unemployment Insurance Fund
Office of Unemployment Insurance, PO Box
Baltimore, MD 21297


Massachusetts Securities Division
McCormack Building, One Ashburton Place
Boston, MA 02108


Meadows Collier Attorney At Law
901 Main Street, Suite 3700
Dallas, TX 75202


Media Group LLC
4613 N University Drive, #374,
Pompano Beach, FL 33067


Media Network Consultants LLC
13245 Lower Harden Ave
Orlando, FL 32827


Media Network Consultants LLC
13245 Lower Harden Ave,
Orlando, FL 32827


MEF I, LP
40 WALL STREET
New York, NY 10005


MELTWATER NEWS US
Dept LA 23721
Pasadena, CA 91185


Metlife - Group Benefits
PO Box 804466,
Kansas City, MO 64180


Miami Paint Centre


Michael Cribbin
4922 Kona Dr Apt B
Huntington Beach, CA 92649


MicroCap Conference
110 Wall Street,
New York, NY 10005


Microsoft
PO BOX 840304,
Dallas, TX 75284

MILNER - USAGE
PO BOX 923197
Norcross, GA 30010


MILNER INC
PO BOX 105743,
Atlanta, GA 30348


MILNER INC - BRICKELL
PO BOX 41602
Philadelphia, PA 19101


MINERAL INC
6701 Koll Center Parkway, Suite 430
Pleasanton, CA 94566


Minnesota Dept of Commerce
85th 7th Place East, Suite 280,
Saint Paul, MN 55101


MINTZ
666 Third Avenue
New York, NY 10017


MINTZ
Chrysler Center, 666 Third Avenue,
New York, NY 10017


Mississippi Dept of Revenue
PO Box 23075
Jackson, MS 39225


Missouri Dept of Revenue Taxation Divisi
PO Box 999,
Jefferson City, MO 65108


Missouri Div of Employment Security
Divison of Employment Security, PO Box 8
Jefferson City, MO 65102


Monique Hildwein


Morris, Nichols, Arsht & Tunnell LLP
1201 N Market St, 16th FL, PO Box 1347,
Wilmington, DE 19899


NASDAQ
LBX 90200, 401 MARKET STREET,
Philadelphia, PA 19106


National Payment Corporation
3415 West Cypress
Tampa, FL 33607

National Wire and Cable


Navarro Hernandez PL
66 W Flagler St 6th FL
Miami, FL 33130


NC DEPARTMENT OF REVENUE
PO BOX 25000,
Raleigh, NC 27640


NCCI Holdings, Inc
12218 Collection Center Drive
Chicago, IL 60693


Net10 First Choice Services
2909 Croddy Way,
Santa Ana, CA 92704


Net15 UPS
PO Box 894820,
Los Angeles, CA 90189


Nevada Department of Taxation
PO Box 7165,
San Francisco, CA 94120


Nevada Dept of Bus and Industry
Div of Industrial Relations, 400 West Ki
Carson City, NV 89703


Nevada Employment Security Division
Contributions Section, 500 East Third St
Carson City, NV 89713


New Benefits
14240 Proton Rd
Dallas, TX 75244


New Mexico Health Connections
PO Box 912637,
Denver, CO 80291


New York Division of Corporation
One Commerce Plaza, 99 Washington Ave,
Albany, NY 12231


New York State Department of Law
The Capitol Albany
Albany, NY 12224


Nextant Aerospace

nFusion Capital Finance LLC
6444 Burnet Rd Ste 100
Austin, TX 78757


Nilifisk, Inc.
9435 Winnetka Ave., North
Brooklyn Park, MN 55448


NM Secretary of State
Corporation Bureau, 325 Don Gaspar, Suit
Santa Fe, NM 87501


Norman S Gerstein PA
5966 S. Dixie Highway, Suite 300
Miami, FL 33143


North Carolina Secretary of State
Business Registration Div, 2 South Salis
Raleigh, NC 27601


NOW CFO NEWPORT BEACH
5251 S Green Street, Suite 350,
Salt Lake City, UT 84123


NYS Employment
Contributions And Taxes, PO Box 4119,
Binghamton, NY 13902


NYS Income Tax
Processing Unit, PO Box 4111,
Binghamton, NY 13902


Office of the County Clerk-Recorder
12 Civic Center Plaza, Room 106, PO Box
Santa Ana, CA 92702


Oklahoma Dept of Securities
204 N Robinson Ave Suite 400,
Oklahoma City, OK 73102


Oklahoma Tax Commissions
PO Box 26860,
Oklahoma City, OK 73126


OKTA INC
100 FIRST STREET, SUITE 600
San Francisco, CA 94105


Olen Commercial Realty Corp.
7 Corporate Plaza Dr,
Newport Beach, CA 92660


On Tap Water Systems
23785 El Toro Road #439,
Lake Forest, CA 92630

OnePayHR, LLC
6300 Jefferson St NE,
Albuquerque, NM 87109


OR Dept Of Cosumer and Bus Serv
Worker's Compensation Division, 320 Wint
Salem, OR 97309


Orange County Clerk - Recorder Fictitiou
12 Civic Center Plaza Rm 106,
Santa Ana, CA


Orange County Treasurer-Tax Collector
PO Box 1438,
92702


Oregon Department of Revenue
PO Box 14800
Salem, OR 97309


Orkin Pest Control
12399 SW 131st Ave
Miami, FL 33186


Osborn Maledon
2929 N Central Ave
Phoenix, AZ 85012


OSHER CAPITAL PARTNERS LLC
C/O LH FINANCIAL, 510 MADISON
AVE., 14TH FL.
New York, NY 10022


Pactiv Evergreen Group Holdings, Inc.
1900 West Field Court
Lake Forest, IL 60045


Palmas Restaurant Group (Frontera Grill)


Pasadena Baking Company


Patrice Launay
12100 Montecito Rd Unit 97
Los Alamitos, CA 90720


Payne & Fears LLP
4 Park Plaza
Irvine, CA 92614


Payne & Fears LLP
4 Park Plaza, Suite 1100
Irvine, CA 92614

Pennsylvania Dept of Revenue
PO Box 280414
Harrisburg, PA 17128


Pennsylvanie Bureau of Compliance
PO BOX 280947
Harrisburg, PA 17128


PETTIT KOHN
11622 EL CAMINO REAL, SUITE 300,
San Diego, CA 92130


Phil Eastbold
9740 SW 218th St
Miami, FL 33190


Philadelphia Ins Co
PO BOX 70251
Philadelphia, PA 19176


Philip Eastvold
9740 SW 218th ST
Miami, FL 33190


Pinnacle CPA
1438 N Highway 89 Suite 130,
Farmington, UT 84025


Plant Care
PO Box 50115,
Pompano Beach, FL 33074


Pool Corp
109 Northpark Blvd.
Covington, LA 70433


Precision Concepts (C&G Packaging)


Premier Produce
2672 SW 36th St
Fort Lauderdale, FL 33312


Premier Workspaces
2102 Business Center Dr.
Irvine, CA 92612


Prequin Limited
1st Floor, Verde, 10 Bressenden Place,
London, United Kingdom, SW1E 5DH, United


Primo Water

Principal Financial Group
PO Box 10372,
Des Moines, IA 50306


Professional Window Tinters
7385 Bird Rd (40th St),
Miami, FL 33155


QB Animation Inc
320 Lighthouse Drive
Palm Beach Gardens, FL 33410


Quala


Quality Custom Dist. (Golden State Foods


Quality Importers


Quickbooks Online Intuit Inc
2700 Coast Ave, Mountain View,
Mountain View, CA 94043


RB INTERNATIONAL SUPPLY CORP
7265 NW 44TH ST
Miami, FL 33166


Richard DeBeikes
23241 Ventura Blvd Ste 224C,
Woodland Hills, CA 91364


Richard Pinder
5555 Collins Ave APT 4
Miami Beach, FL 33140


Rimon P.C.
One Embarcadero Center, Suite 400,
San Francisco, CA 94111


Rinker Materials


Robert Angueira
1450 Brickell Avenue, Suite 1900
Miami, FL 33131


Roger Urich
13305 Roughstock Way
Buda, TX 78610


Ron Pino State Farm Insurance
4250 Coors Blvd. SW, Suite A,
Albuquerque, NM 87121

Rose, Snyder & Jacobs LLP
15821 Ventura Blvd
Encino, CA 91436


Rose, Snyder & Jacobs LLP
15821 Ventura Blvd, Suite 490
Encino, CA 91436


Roxborough Pomerance NYE & Adreani
5820 Canoga Ave
Woodland Hills, CA 91367


Roxborough Pomerance NYE & Adreani
5820 Canoga Ave, Suite 250,
Woodland Hills, CA 91367


Runway 1 LLC
250 Greenpoint Avenue,
Brooklyn, NY 11222


RUNWAY 1 LLC
250 Greenpoint Ave,
Brooklyn, NY 11222


Sara Bogh
15770 SW 74th St
Miami, FL 33193


SC DEPARTMENT OF REVENUE
COLUMBIA
Columbia, SC 29214


Scott Absher
18841 SW 74th Ct
Miami, FL 33157


Scott Asher
18841 SW 74th Ct
Miami, FL 33157


Scott Cooper Insurance Agency
30423 Canwood St, Suite 239,
South Pasadena, CA 91031


Seed School Miami
8004 NW 154th Street
Miami Lakes, FL 33016


Service Master DSI


Shred-It
28883 Network Place,
Chicago, IL 60673

SICHENZIA ROSS FERENCE LLP
1185 AVE OF THE AMERICAS, 31ST FLOOR
New York, NY 10036


Sidoti & Company
122 East 42nd St, 4th Floor,
New York, NY 10168


SolutionCore Inc
9742 Hibiscus Drive
Garden Grove, CA 92841


Specialty Marketing Consulting Inc
c/o Kimberly Peters, PO Box 6700,
Pine Mountain Club, CA 93222


Spectrum General Contractors
21071 Ashley Lane,
Lake Forest, CA 92630


Spectrum OPC, LLC
PO Box 516573,
Los Angeles, CA 90051


Sperling & Slater PC
55 West Monroe Street, Suite 3200
Chicago, IL 60603


Sports1ternship, LLC
23 Rancho Circle
Lake Forest, CA 92630


Sports1ternship, LLC
23 Rancho Circle,
Lake Forest, CA 92630


St of OR Dept of Consumer and Bus Serv
Div of Finance and Corp Securities, 350
Salem, OR 97301


Staples, Inc.
500 Staples Dr
Framingham, MA 01702


State Collections & Disbursement
PO Box 98950,
Las Vegas, NV 89193


State Farm
Insurance Support Center, PO Box 680001,
Dallas, TX 75368


State of Arkansas
4485 Northland Ridge Blvd.
Columbus, OH 43229

State of Kentucky
501 High Street?
Frankfort, KY 40601


State of New Jersey
3 John Fitch Way, 5th Floor
PO Box 245
Trenton, NJ 08695


State of New York
90 COHOES AVE
Troy, NY 12183


State of Ohio
4485 Northland Ridge Blvd
Columbus, OH 43229


State of Washington
2101 4th Ave, Suite 1400
Seattle, WA 98121


State of Washington
Business Licensing Service, PO Box 9034,
Olympia, WA 98507


STERICYCLE
28883 NETWORK PLACE,
Chicago, IL 60673


Steven Swanson
23442 VIA JACINTO
92656


Sunz Insurance
1301 6th Ave W
Bradenton, FL 34205


Sunz Insurance Solutions, LLC
22 Sarasota Center Blvd
Sarasota, FL 34240


Superior Tank


TENNESSE DEPT OF REVENUE
500 DEADERICK ST, ANDREW JACKSON ST OFFI
Nashville, TN 37242


Tennessee Dept of Commerce and Ins
Securities Devison - Registration Sectio
Nashville, TN 37243


Texas Dept of Licensing & Regulations
PO Box 12157,
Austin, TX 78711

Texas State Disbursement Unit
PO Box 659791
San Antonio, TX 78265


The Fulfillment Lab


The Hartford
PO Box 660916,
Dallas, TX 75266


The Standard - Dental
PO Box 82588,
Lincoln, NE 68501


The Standard Ins Co - Life
PO Box 5676,
Portland, OR 97228


Timothy Papp
3311 W Morrison Ave
Tampa, FL 33629


TMF SERVICES HONDURAS
Local 502, Torre Alianza, Boulevard Juan
Tegucigalpa, Honduras 11101


Toppan Merrill LLC
PO BOX 74007295,
Chicago, IL 60674


Traliant Operating LLC
PO Box 844090
Boston, MA 02284


Transamerica Life Ins Company
PO Box 742504,
Cincinnati, OH 45274


Travis Mcmilan
40 Palatine Apt 126
Irvine, CA 92612


Treasurer of Virgina
Div of Securities & Retail Franchising,
Richmond, VA 23218


Trenan Law
PO Box 1102
Tampa, FL 33601


TRUSAIC
3530 WILSIRE BLVD, SUITE 1460,
Los Angeles, CA 90010

```
Uline
PO Box 88741,
Chicago, IL 60680


ULS Cargo


UNITED HEALTHCARE
PO BOX 111111
New Town, MO 93195


Urbanko


US FOODS
PO BOX 281838
Atlanta, GA 30384


US Wellness


USA Up Star


Utah Insurance Dept
Company Licensing, State Office Building
Salt Lake City, UT 84114


Venancio


Vendors Software


VERIFONE INC
c/o Colliers Int'l Lease Admin, 301 Univ
Sacramento, CA 95825


Verisk


VERITEXT, LLC
PO BOX 71303
Chicago, IL 60694


Veronica Herrera
8939 Gallatin Rd Unit 56
Pico Rivera, CA 90660


VIA Design Studio
103 Westward Drive
Miami, FL 33142


VStock Transfer, LLC
18 Lafayette Place,
Woodmere, NY 11598
```

WageWorks
PO Box 8363,
Pasadena, CA 91109


Waltter Teruel
12021 SW 97th Ter
Miami, FL 33186


Washington State Treasurer
PO BOX 84249,
Seattle, WA 98124


WASTE MANAGEMENT INC FL
8801 NW 91ST STREET,
Miami, FL 33178


WG1, LLC and WG3, LLC


White & Case
SE Financial Ctr Ste 4900
Miami, FL 33131


WHITE & CASE
SE FINANICAL CTR STE 4900, 200 S BISCAYN
Miami, FL 33131


Whitney White
100 Albert Way
08540


Widgets & Web LLC
19500 194th Trl,
North Miami Beach, FL 33160


WORKIVA
2900 University Blvd
Ames, IA 50010


WORKIVA
2900 UNIVERSITY BLVD
Ames, IA 50010


WY Registered Agent
1621 Central Ave
Cheyenne, WY 82001


Wyoming Secretary of State
2020 Carey Avenue, Suite 700,
Cheyenne, WY 82002


XIAO QIAN WANG
921 CRESTVIEW CIR
Fort Lauderdale, FL 33327

Yanira Rosas

Zacks Investment Research, Inc
Billing Manager, 10 S Riverside Plaza #1
Chicago, IL 60606

Zendesk
1019 Market St,
San Francisco, CA 94103