

ORDERED in the Southern District of Florida on November 26, 2024.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                  Chapter 11

SHIFTPIXY, INC. *et, al.*[1]                            Case No. 24-21209-LMI

    Debtorss.                                         (Jointly Administered)
_____/

**ORDER GRANTING DEBTORS' EXPEDITED OMNIBUS MOTION SEEKING
ENTRY OF AN ORDER (A) AUTHORIZING THE REJECTION OF CERTAIN
UNEXPIRED LEASES AND (B) ABANDONMENT OF CERTAIN PERSONAL
PROPERTY EFFECTIVE *NUNC PRO TUNC*
TO THE SURRENDER DATE [ECF NO. 62]**

**THIS MATTER** came before the Court on November 21, 2024 at 9:30 a.m. on the

hearing for the *Debtors' Expedited Omnibus Motion Seeking Entry of an Order (A) Authorizing*

---

[1] The Debtorss are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtorss is 1401 NW 25th Street, Miami, FL 33142.

*the Rejection of Certain Unexpired Leases and (B) Abandonment of Certain Personal Property Effective Nunc Pro Tunc to the Surrender Date* (the "Motion") [ECF No. 62].  The Court, having reviewed the Motion, and pleadings in this case, having heard arguments of counsel and being fully advised on the premises, it is hereby,

    **ORDERED,** as follows:

    1.    The Motion is hereby **GRANTED.**

    2.    The Contracts as referenced in the Motion are **REJECTED** retroactive to the Surrender Date.

    3.    This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###

**Submitted by:**
Isaac M. Marcushamer, Esq.
DGIM Law, PLLC
*Counsel for the Debtors*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708
Email:  isaac@dgimlaw.com

*[Isaac M. Marcushamer, Esq. is directed to provide a copy of this signed Order to all parties of record and to file a Certificate of Service conforming with Local Rule 2002-1(F), within 3 days of entry of this Order]*