

**ORDERED in the Southern District of Florida on November 26, 2024.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
### www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| SHIFTPIXY, INC. *et, al.*[1] | Case No. 24-21209-LMI |
| Debtors. | (Jointly Administered) |
| _____/ | |

**ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO FILE A FORM 15 WITH THE SECURITIES AND EXCHANGE COMMISSION TO DEREGISTER SECURITIES [ECF NO. 73]**

**THIS MATTER** came before the Court on November 21, 2024 at 9:30 a.m. on the hearing for the *Debtors' Motion for Entry of an Order Authorizing the Debtors to File a Form 15 with the Securities and Exchange Commission to Deregister Securities* (the "Motion") [ECF No.

---

[1] The Debtorss are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtorss is 1401 NW 25th Street, Miami, FL 33142.

73]. The Court, having reviewed the Motion, and pleadings in this case, having heard arguments of counsel and being fully advised on the premises, it is hereby,

**ORDERED,** as follows:

1. The Motion is hereby **GRANTED.**

2. The Debtors and CRO are authorized to file a Form 15 with the SEC and to take any and all other steps necessary to delist ShiftPixy, Inc. stock from the public markets.

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###

**Submitted by:**
Isaac M. Marcushamer, Esq.
DGIM Law, PLLC
*Counsel for the Debtors*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708
Email:  isaac@dgimlaw.com

*[Isaac M. Marcushamer, Esq. is directed to provide a copy of this signed Order to all parties of record and to file a Certificate of Service conforming with Local Rule 2002-1(F), within 3 days of entry of this Order]*