

**ORDERED in the Southern District of Florida on November 26, 2024.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| SHIFTPIXY, INC. *et, al.*[1] | Case No. 24-21209-LMI |
| Debtors._____/ | (Jointly Administered) |

**ORDER GRANTING DEBTORS-IN-POSSESSION'S APPLICATION TO EMPLOY ISAAC M. MARCUSHAMER AND THE LAW FIRM OF DGIM LAW, PLLC, AS COUNSEL RETROACTIVE TO OCTOBER 28, 2024 [ECF NO. 11]**

THIS MATTER came before the Court before the Court for hearing on November 21, 2024, at 9:30 a.m. upon the application by SHIFTPIXY, INC., SHIFTPIXY STAFFING, INC. and RETHINK HUMAN CAPITAL MANAGEMENT, INC. (the "Debtors"), seeking the entry of an order of the Court pursuant to 11 U.S.C. § 327 and Fed. R. Bankr. P. 2014 authorizing the

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

employment of the law firm of Isaac M. Marcushamer, Esq. ("Marcushamer") of the law firm DGIM Law, PLLC ("DGIM Law"), to represent the Debtors as its attorneys in this case, retroactive to October 28 2024, the related Declaration of Isaac M. Marcushamer (which along with the application are collectively referred to as the "Application") [ECF No. 11] the representations that Marcushamer and DGIM Law are duly qualified pursuant to Local Rule 2090-1(A) to practice in this Court and hold no interest adverse to the Debtors' estate in the matters upon which they are engaged, that they are disinterested persons as required by 11 U.S.C. § 327(a) and have disclosed any connections with any creditor or party in interest as set forth in Fed. R. Bankr. P. 2014, and that their employment is necessary and would be in the best interest of the Debtors' estate, and having represented that DGIM Law will not hold an evergreen retainer, but will instead apply the retainer funds it is holding first to any fee awards by this Court, and the Court being otherwise fully advised in the premises, and no objection having been made, it is

**ORDERED** as follows:

1. The Application is granted on a final basis.

2. The Debtors are authorized to retain Marcushamer and DGIM Law as counsel retroactive to October 28, 2024, pursuant to 11 U.S.C. §§ 327 and 330.

3. Marcushamer and DGIM Law shall apply for compensation and reimbursement of fees and costs, pursuant to 11 U.S.C. §§ 330 and 331, at their ordinary rates and charges, as they may be adjusted from time to time, for services rendered and costs incurred on behalf of the Debtors.

####

<u>Copies furnished to:</u>
Isaac Marcushamer, Esq.
DGIM Law, PLLC
*Counsel for the Debtors*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708
Email:  isaac@dgimlaw.com

[Attorney Marcushamer is hereby directed to serve a copy of this Order on all parties and file a certificate of service within 3 days of entry of order]