

**ORDERED in the Southern District of Florida on November 26, 2024.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
### www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| SHIFTPIXY, INC. *et, al.*[1] | Case No. 24-21209-LMI |
| Debtors. | (Jointly Administered) |
| _____/ | |

**ORDER GRANTING DEBTORS-IN-POSSESSION'S EMERGENCY APPLICATION FOR THE ENTRY OF AN ORDER AUTHORIZING THE RETENTION OF JONATHAN FELDMAN AS <u>CHIEF RESTRUCTURING OFFICER TO THE DEBTORS [ECF NO. 12]</u>**

THIS MATTER came before the Court before the Court for hearing on November 21, 2024, at 9:30 a.m. upon the application by SHIFTPIXY, INC., SHIFTPIXY STAFFING, INC. and RETHINK HUMAN CAPITAL MANAGEMENT, INC. (the "Debtors"), on the *Debtors'*

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

*Emergency Application for Entry of an Order Authorizing the Retention of Jonathan Feldman as Chief Restructuring Officer of the Debtors* [ECF No. 12] the representations that Feldman's employment is necessary and would be in the best interest of the Debtors' estate, and the Court being otherwise fully advised in the premises, and no objection having been made, it is

**ORDERED** as follows:

1. The Application is **GRANTED** on a final basis.

2. The Debtors are authorized to retain Feldman as Chief Restructuring Officer to the Debtors on the terms provided for in the Application which are **APPROVED**.

3. Feldman shall apply for compensation and reimbursement of fees and costs, pursuant to 11 U.S.C. §§ 330 and 331, at their ordinary rates and charges, as they may be adjusted from time to time, for services rendered and costs incurred on behalf of the Debtors.

####

Copies furnished to:
Isaac Marcushamer, Esq.
DGIM Law, PLLC
*Counsel for the Debtors*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708
Email: isaac@dgimlaw.com

Attorney Marcushamer is hereby directed to serve a copy of this Order on all parties and file a certificate of service within 3 days of entry of order