

**ORDERED in the Southern District of Florida on November 26, 2024.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| SHIFTPIXY, INC. *et, al.*[1] | Case No. 24-21209-LMI |
| Debtors. | (Jointly Administered) |
| _____/ | |

**ORDER GRANTING DEBTORS' *EMERGENCY* MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS' TO CONTINUE USING NATIONAL PAYMENT CORPORATION AS ITS DIRECT PAYMENT PROCESSOR [ECF NO. 83]**

**THIS MATTER** came before the Court on the *Debtors' Emergency Motion for Entry of an Order Authorizing the Debtors' to Continue Using National Payment Corporation as its*

---

[1] The Debtorss are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtorss is 1401 NW 25th Street, Miami, FL 33142.

*Direct Payment Processor* (the "Motion") [ECF No. 83]. The Court, having reviewed the Motion, and pleadings in this case, and being fully advised on the premises, it is hereby,

**ORDERED,** as follows:

1. The Motion is hereby **GRANTED.**

2. The Debtors, through ShiftPixy, Inc., are authorized, but not directed, to continue to use National Payment Corporation as its processor and its related services. National Payment Corporation shall not be liable to return any payment that is processed at the request of the Debtors.

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###

**Submitted by:**
Isaac M. Marcushamer, Esq.
DGIM Law, PLLC
*Counsel for the Debtors*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708
Email:  isaac@dgimlaw.com

*[Isaac M. Marcushamer, Esq. is directed to provide a copy of this signed Order to all parties of record and to file a Certificate of Service conforming with Local Rule 2002-1(F), within 3 days of entry of this Order]*