

**ORDERED in the Southern District of Florida on November 26, 2024.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| SHIFTPIXY, INC. *et, al.*[1] | Case No. 24-21209-LMI |
| Debtors. | (Jointly Administered) |
| _____/ | |

**ORDER GRANTING DEBTORS' EXPEDITED MOTION FOR THE ENTRY OF AN ORDER *NUNC PRO TUNC* (1) APPROVING EMPLOYMENT OF MOECKER AUCTIONS, INC. AS AUCTIONEER, (2) APPROVING COMPETITIVE BIDDING AND SALE PROCEDURES FOR THE SALE OF ASSETS OWNED BY THE DEBTORS' WHOLLY OWNED SUBSIDIARY, (3) SCHEDULING DATES TO CONDUCT SALE, (4) APPROVING THE FORM AND MANNER OF NOTICES, AND (5) GRANTING RELATED RELIEF [ECF NO. 58] AS AMENDED [ECF NO. 72]**

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

THIS MATTER came before the Court for hearing on November 21, 2024, at 9:30 a.m. upon the application by SHIFTPIXY, INC., SHIFTPIXY STAFFING, INC. and RETHINK HUMAN CAPITAL MANAGEMENT, INC. (the "Debtors"), on the *Debtors' Expedited Motion for the Entry of an Order Nunc Pro Tunc (1) Approving Employment of Moecker Auctions, Inc. as Auctioneer, (2) Approving Competitive Bidding and Sale Procedures for the Sale of Assets Owned by the Debtors' Wholly Owned Subsidiary, (3) Scheduling Dates to Conduct Sale, (4) Approving the Form and Manner of Notices, and (5) Granting Related Relief* [ECF No. 58](the "Application") and *Debtors' Amendment to Expedited Application to Employ Moecker Auctions, Inc. as Auctioneer, Motion for Sale of Property* [ECF No. 72] (the "Amendment") (collectively, the "Application"). Based upon the arguments presented in Court and the evidence before the Court, the Court finds that Moecker Auctions, Inc., employment is necessary and would be in the best interest of the Debtors' estate, and the Court being otherwise fully advised in the premises, and no objection having been made, it is

**ORDERED** as follows:

1. The Application is granted on a final basis.

2. The Debtors are authorized to retain Moecker Auctions, Inc. as Auctioneer.

3. The bidding and sale procedures for the sale of the Assets identified on ECF No. 72 is approved. The assets are assets of ShiftPixy Inc., and shall be sold free and clear of all claims and encumbrances, pursuant to 11 U.S.C. §363(f), with any liens attaching to the proceeds thereof.

4. The dates to conduct the inspection and auction are scheduled for December 3 and 4 (Inspection) and December 5 is the auction.

5. 100% of the net proceeds of the sale shall be placed in the ShiftPixy, Inc. debtor-in-possession account subject to further order of the Court.

6. This order is without prejudice to the right of any interested party to object to the ownership of the property being sold, in such instance the party shall bear the burden to prove that the property sold belonged to an entity other than one of the Debtors.

7. Moecker Auctions Inc., shall be permitted to be paid from the buyer's premium as provided for in the Application, which shall be reflected in the report of auction to be filed with the Court.

####

Copies furnished to:
Isaac Marcushamer, Esq.
DGIM Law, PLLC
*Counsel for the Debtors*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708
Email:  isaac@dgimlaw.com

[Attorney Marcushamer is hereby directed to serve a copy of this Order on all parties and file a certificate of service within 3 days of entry of order.]