## LIMITED LIABILITY COMPANY RESOLUTION

Baby K'tan, LLC (the "Company") does hereby consent to and adopt the following resolution:

**WHEREAS** the Company is currently indebted to its creditors and cannot pay its debts as they become due;

**WHEREAS,** the undersigned believes that it is in the best interest of the Company to file a Chapter 11 bankruptcy petition to reorganize the Company's financial affairs and ensure an orderly process to address the claims of creditors;

**WHEREAS,** the undersigned agrees to the retention of counsel of DGIM Law, PLLC to represent the Company as counsel;

and

**NOW THEREFORE,** it is

**RESOLVED** that the Company files a Chapter 11 Bankruptcy petition, and the Company is hereby authorized and directed to take such action and execute such documents as it may deem necessary desirable and advisable to effectuate the foregoing.

**RESOLVED** that the Company retains DGIM Law, PLLC as bankruptcy counsel.

**RESOLVED** that Isaac Wernick is appointed as the person authorized to sign all petitions and schedules and any other document necessary to effectuate the reorganization of the Company. This includes but is not limited to all plans, schedules, statements, and petitions necessary.

**RESOLVED** that all actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified are hereby in all respects ratified and approved.

IN WITNESS HEREOF, the undersigned has hereunto executed this Resolution dated as of this 2nd day of December, 2024

By: _____
Michal Chesal, Manager of Baby K'Tan, LLC

By: _____ 12/3/2024
Isaac Wernick, Member

By: _____ 12/2/2024
Michal Chesel, Member