

**ORDERED in the Southern District of Florida on December 3, 2024.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| SHIFTPIXY, INC. *et, al.*[1] | Case No. 24-21209-LMI |
| Debtors. | (Jointly Administered) |
| _____/ | |

### FINAL ORDER AUTHORIZING DEBTORS' MOTION FOR AUTHORIZATION TO USE CASH COLLATERAL [ECF NO. 15]

**THIS MATTER** came before the Court on November 21, 2024 at 9:30 a.m. on the continued hearing for the Debtors' *Motion for Authorization to Use Cash Collateral* (the

---

[1] The Debtorss are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtorss is 1401 NW 25th Street, Miami, FL 33142.

"Motion") [ECF No. 15]. Balanced Management LLC ("Creditors") may have a lien on the cash Debtors by virtue of various loan agreements and UCC-1 Financing Statements, which are attached as Exhibits to the Debtors' Motion for Authorization to Use Cash Collateral.

The Debtors assert that the current income and expenditures set forth in the budget presented by the Debtors are estimates and approximations based on past, present and projected data of the Debtors' operations, and found to be reasonable. The Court, having reviewed the Motion, and pleadings in this case, having heard arguments of counsel and being fully advised on the premises, it is hereby,

**ORDERED,** as follows:

1. The Motion is hereby **GRANTED** as set forth herein on a final basis.

2. During the pendency of this bankruptcy and until further Order of this Court, all pre-petition and post-petition income shall be turned over and paid to the Debtors for deposit into the Debtors in Possession bank account, or the accounts that are subject of the Amended Order Granting Debtors' Emergency Motion to Maintain Pre-Petition Bank Accounts. The use of the cash collateral is necessary for an effective reorganization and to avoid harm to the Debtors' bankruptcy estate. The Debtors need to be able to pay its regular business operating expenses and administrative expenses and other ordinary expenses as they become due.

3. Based upon the arguments made on the record at the hearing on this matter, the Debtor is authorized to use its cash collateral in the regular course of its business affairs pursuant to the budgets filed.

4. The Debtors' authorization to use cash collateral is limited to a variance not to exceed 10% of any particular line-item expense on the budgets attached hereto, unless otherwise agreed in writing between the parties or by order of this Court.

5. As adequate protection for and to the extent of Debtors' use of "cash collateral" pursuant to this Order, the Creditors are hereby granted, as of the Petition Date, replacement liens to the same extent as any pre-petition lien, pursuant to 11 U.S.C. § 361(2), on a final basis, without any prejudice to any rights of the Debtors to seek to void the lien as to the extent, validity, or priority of said liens.

6. As of the date of this Order, an unsecured creditor's committee has not been appointed. The foregoing findings are without prejudice to the right of any creditor, creditor's committee, any subsequently appointed trustee or any other party to object to the validity, priority and extent to each of the above creditor's secured claims.

7. The relief granted herein is effective through the hearing date scheduled below.

8. The Debtors' updated budget is attached hereto as **Exhibit A.**

9. It is the intent of the Court and this Order to preserve the rights of all parties and to preserve the status quo pending further proceedings. As a result, any right, objection, factual assertion, or legal argument not specifically addressed and ruled upon by the Court at the hearing or in this Order shall remain as it was prior to the entry of this Order.

10. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###

**Submitted by:**
Isaac M. Marcushamer, Esq.
DGIM Law, PLLC
*Counsel for the Debtors*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708
Email:  isaac@dgimlaw.com

*[Isaac M. Marcushamer, Esq. is directed to provide a copy of this signed Order to all parties of record and to file a Certificate of Service conforming with Local Rule 2002-1(F), within 3 days of entry of this Order]*

# EXHIBIT A

**ShiftPixy, Inc**
*Cash Projection*
*Week Ending 11-22-2024 through 12-20-2024*

|  | Week Ending 11/22/2024 | Week Ending 11/29/2024 | Week Ending 12/6/2024 | Week Ending 12/13/2024 | Week Ending 12/20/2024 | TOTAL as of 12/20/2024 |
|---|---:|---:|---:|---:|---:|---:|
| **Opening Cash Balance - EOD 10-28-2024** | 196,888.72 | 334,278.84 | 146,106.78 | 246,751.15 | 19,120.21 | 196,888.72 |
| **Projected Revenue** | | | | | | |
| Cash Collections | 492,444.38 | 179,272.80 | 445,463.41 | 190,610.06 | 446,568.16 | 1,754,358.81 |
| **Cost of Goods** | | | | | | |
| Client Payroll Expenses | (152,248.40) | (348,954.58) | (242,880.86) | (348,954.58) | (242,880.86) | (1,335,919.28) |
| Client Benefits and Other Expenses | - | - | - | - | - | - |
| Payroll & Tax Processing Systems | (4,242.57) | (800.00) | (12,000.00) | (5,042.57) | - | (22,085.14) |
| **General & Admin** | | | | | | |
| Corporate Payroll | (74,135.18) | (680.48) | (69,938.18) | (680.48) | (69,938.18) | (215,372.50) |
| Payroll Taxes | (20,000.00) | - | (20,000.00) | - | (20,000.00) | (60,000.00) |
| Employee Benefits | (24,082.89) | (5,886.57) | - | (48,357.25) | - | (78,326.71) |
| Insurance | (35,139.10) | (11,123.23) | - | - | (44,589.04) | (90,851.37) |
| Current Rent | - | - | - | - | - | - |
| Utilities | (2,764.67) | - | - | (2,764.67) | - | (5,529.34) |
| Internet | (3,763.36) | - | - | (3,763.36) | - | (7,526.72) |
| Phone | (8,678.09) | - | - | (8,678.09) | - | (17,356.18) |
| Software Licenses | (15,000.00) | - | - | - | (15,000.00) | (30,000.00) |
| Other | - | - | - | - | - | - |
| Filing Expenses | - | - | - | - | - | - |
| *  CRO Fees | (15,000.00) | - | - | - | (15,000.00) | (30,000.00) |
| *  Professional Fee - Counsel | - | - | - | - | (20,000.00) | (20,000.00) |
| US Trustee Fee | - | - | - | - | (25,000.00) | (25,000.00) |
| **Total Expenses** | (355,054.26) | (367,444.86) | (344,819.04) | (418,241.00) | (452,408.08) | (1,937,967.24) |
| **WEEKLY CASH FLOW** | 137,390.12 | (188,172.06) | 100,644.37 | (227,630.94) | (5,839.92) | (183,608.43) |
| **NET ACTIVITY** | **334,278.84** | **146,106.78** | **246,751.15** | **19,120.21** | **13,280.29** | **13,280.29** |

\*    *Reserves only and subject to application before the Court before payments are made*