

ORDERED in the Southern District of Florida on December 4, 2024.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Chapter 11

SHIFTPIXY, INC. *et, al.*[1]  Case No. 24-21209-LMI

    Debtors.  (Jointly Administered)
_____/

**ORDER GRANTING DEBTORS' MOTION SEEKING ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO PREPARE AND SUBMIT A SUPPLEMENT TO THE CREDITORS MATRIX IN DIFFERENT FORMAT AND GRANTING RELATED RELIEF [ECF NO. 84]**

**THIS MATTER** came before the Court on the hearing for the *Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to Prepare and Submit a Supplement to the*

---

[1] The Debtorss are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtorss is 1401 NW 25th Street, Miami, FL 33142.

*Creditors Matrix in Different Format and Granting Related Relief* (the "Motion") [ECF No. 84].

The Court, having reviewed the Motion, and pleadings in this case and being fully advised on the premises, it is hereby,

    **ORDERED,** as follows:

    1.    The Motion is hereby **GRANTED, in part.**

    2.    There will be a consolidated list of its creditors (the "Master Service List").

    3.    This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###

**Submitted by:**
Isaac M. Marcushamer, Esq.
DGIM Law, PLLC
*Counsel for the Debtors*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708
Email:  isaac@dgimlaw.com

*[Isaac M. Marcushamer, Esq. is directed to provide a copy of this signed Order to all parties of record and to file a Certificate of Service conforming with Local Rule 2002-1(F), within 3 days of entry of this Order]*