UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                          Chapter 11

SHIFTPIXY, INC. *et, al.*[1]                      Case No. 24-21209-LMI

    Debtors.                                          (Jointly Administered)

_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that copies of the following were served via CM/ECF Notification and/or U.S. Mail to all parties on the attached service list on the 5th day of December, 2024:

1. *Order Granting Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to Prepare and Submit a Supplement to the Creditors Matrix in Different Format and Granting Related Relief* [ECF No. 100]

Dated December 5, 2024.

                                          Respectfully submitted:

                                          **DGIM Law, PLLC**
                                          *Counsel for the Debtors*
                                          2875 NE 191st Street, Suite 705
                                          Aventura, FL 33180
                                          Phone: (305) 763-8708

                                          */s/ Isaac Marcushamer*
                                          Isaac Marcushamer, Esq.
                                          Florida Bar No. 0060373
                                          Email:  isaac@dgimlaw.com
                                          Daniel Y. Gielchinsky, Esq.
                                          Florida Bar No. 97646
                                          Email: dan@dgimlaw.com

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

## SERVICE LIST

**Via U.S. Mail to all parties on the attached Mailing List**

```
Label Matrix for local noticing          Balanced Management, LLC                 Century Tacos, Inc.
113C-1                                   1800 Second St.                          c/o Leyza B. Florin, Esq.
Case 24-21209-LMI                        Unit 603                                 Sequor Law
Southern District of Florida             Sarasota, fl 34236-5990                  1111 Brickell Avenue
Miami                                                                             Suite 1250
Mon Dec  2 14:16:19 EST 2024                                                      Miami, FL 33131-3133

Foundry ASVRF Sawgrass, LLC              Golden Taco, Inc.                        Los Angeles West Taco, Inc.
c/o Michael S. Provenzale                c/o Leyza B. Florin, Esq.                c/o Leyza B. Florin, Esq.
P.O. BOX 2809                            Sequor Law                               Sequor Law
ORLANDO, FL 32802-2809                   1111 Brickell Avenue                     1111 Brickell Avenue
                                         Suite 1250                               Suite 1250
                                         Miami, FL 33131-3133                     Miami, FL 33131-3133

Pacific Coast Taco, Inc.                 ReThink Human Capital Management, Inc    ShiftPixy Staffing, Inc
c/o Leyza B. Florin, Esq.                4101 NW 25th Street                      4101 NW 25th Street
Sequor Law                               Miami, FL 33142-6725                     Miami, FL 33142-6725
1111 Brickell Avenue
Suite 1250
Miami, FL 33131-3133

ShiftPixy, Inc.                          Tacos 2000, Inc.                         (p)INTERNAL REVENUE SERVICE
4101 NW 25 Street                        c/o Leyza B. Florin, Esq.                CENTRALIZED INSOLVENCY OPERATIONS
Miami, FL 33142-6725                     Sequor Law                               PO BOX 7346
                                         1111 Brickell Avenue                     PHILADELPHIA PA 19101-7346
                                         Suite 1250
                                         Miami, FL 33131-3133

4te Inc                                  A & A Ornamental, Inc                    ADP/MASTER TAX
PO Box 4048,                             18731 SW 87th Ave                        MasterTax, LLC
Mission Viejo, CA, 92690-4048            Cutler Bay, FL 33157-7224                111 W. Rio Salado Parkway,
                                                                                  Tempe, AZ 85281-2878

AGP/ALLIANCE GLOBAL PARTNERS             ALLIED SPORTS LLC                        AMWINS GROUP BENEFITS
590 MADISON AVE,                         PO BOX 845785                            PO BOX 71051,
NEW YORK, NY 10022-2524                  BOSTON, MA, 02284-5785                   CHARLOTTE, NC, 28272-1051

ANKURA                                   ARRAY                                    ARTHUR J GALLAGHER RK MGMT SRV
201 E WASHINGTON ST, SUITE 1700,         624 S AUSTIN AVE,                        PO BOX 532143,
PHOENIX, AZ 85004-2245                   SUITE 230,                               ATLANTA, GA 30353-2143
                                         GEORGETOWN, TX, 78626-5758

AT&T                                     Alpha Capital Anstalt                    AmWINS Specialty Casualty Solutions
PO Box 6463,                             c/o LH Financial                         10 S LaSalle St, Suite 1500,
Carol Stream, IL, 60197-6463             510 Madison Avenue                       Chicago, IL 60603-1077
                                         14th Floor
                                         New York, NY 10022-5730

American Recruiting & Consulting Group   AppsFlyer                                Arizona Department of Economic Security
2200 N Commerce Pkwy, Suite 200,         100 1 ST St, 25th FL,                    PO Box 6028, Mail Drop 5881,
Weston, FL 33326-3258                    San Francisco, CA 94105-3082             Phoenix, AZ 85005-6028

Arizona Department of Revenue            Arondight Advisors                       Asurint
PO Box 29085,                            120 Wall St,                             File 2418,
Phoenix, AZ 85038-9085                   New York, New York 10005-3904            1801 W Olympic Blvd,
                                                                                  Pasadena, CA 91199-0001
```

| | | |
|---|---|---|
| Audio Video Cameras Serv Corp<br>AUDIO VIDEO CAMERA & SERVICES CORP.<br>3600 W PALM CT, HIALEAH, FL 33012 | BAKER TILLY US, LLP<br>PO Box 511563,<br>Los Angeles, CA, 90051-8118 | BEST OFFICE COFFEE SERVICES<br>13130 SW 130 TERRACE,<br>MIAMI, FL 33186-5895 |
| BREX CC<br>Brex Payments LLC<br>650 S 500 W., Suite 300,<br>Salt Lake City, UT 84101-2891 | BREX GHOST KITCHEN<br>650 S 500 W Suite 300<br>Salt Lake City, UT 84101-2891 | BTERREL GROUP<br>4324 Mapleshade Ln, Suite 103,<br>Plano, TX 75093-0050 |
| BUSINESS WIRE DEPT 34182<br>PO BOX 39000,<br>SAN FRANCISCO, CA 94139-0001 | BairesDev LLC<br>800 W El Camino<br>Mountain View, CA 94040-2567 | BairesDev LLC<br>c/o Tyler R. Dowdall, Esq.,<br>Tarter Krinsky & Drogin, LLP,<br>1925 Century Park East, Suite 400N,<br>Los Angeles, California 90067-2701 |
| Balanced Management<br>Registered Agents Inc.<br>7533 S. Center View CT<br>Ste R<br>West Jordan, UT 84084-5526 | Balanced Management, LLC<br>10880 Wilshire Blvd. 19th Floor<br>Los Angeles, CA 90024-4101 | Balanced Management, LLC<br>1682 Pintail Way<br>Sarasota, FL 34231-9136 |
| Balanced Management, LLC<br>26 S. Rio Grande St. #2072<br>Salt Lake City Utah 84101-1179 | Balanced Management, LLC<br>3017 Bolling Way NE<br>Atlanta, GA 30305-2205 | Balanced Management, LLC<br>315 E 62 floor 3<br>New York, NY 10065-7767 |
| Balanced Management, LLC<br>441 Lexington Ave<br>18th Floor<br>New York, NY 10017-3924 | Berkowitz Pollack Brant Advisors CPA<br>PO Box 735244,<br>Dallas, TX, 75373-5244 | Bright Labs Services LLC<br>485 Lexington Ave 10th FL,<br>New York, NY, 10017-2619 |
| (p)BROADRIDGE FINANCIAL SOLUTIONS<br>1155 LONG ISLAND AVENUE<br>EDGEWOOD NY 11717-8309 | Broadridge ICS<br>PO BOX 416423,<br>BOSTON, MA, 02241-6423 | CDW DIRECT<br>200 N. MILWAUKEE AVE,<br>VERNON HILLS, IL 60061-1577 |
| CINTAS<br>PO BOX 631025<br>CINCINNATI, OH, 45263-1025 | CK Administrative Services LLC<br>777 S Figueroa Street,<br>Suite 4100<br>Los Angeles, CA 90017-5841 | CT Corporation<br>PO Box 4349<br>Carol Stream, IL 60197-4349 |
| CUSIP GLOBAL SERVICES<br>55 WATERS ST,<br>NEW YORK, NY 10041-0016 | Calabrese Consulting LLC<br>24 North King Street,<br>Malverne, NY 11565-1002 | California Employment Development Department<br>3321 Power Inn Road,<br>Suite 140, #759<br>Sacramento, CA 95826-3893 |
| California Employment Development Department<br>PO Box 989061,<br>West Sacramento, CA 95798-9061 | California Employment Development Department<br>PO Box 997418 Sacramento, CA 95899 | Call & Jensen<br>810 Newport Center Dr<br>Newport Beach, CA 92660 |

| | | |
|---|---|---|
| Call & Jensen<br>810 Newport Center Dr, Suite 700,<br>Newport Beach, CA, 92660 | Chirstopher A Sebes<br>5730 Claridon Drive<br>Naples, FL 34113-8385 | Christopher A Sebes<br>5730 Claridon Drive,<br>Naples, FL 34113-8385 |
| Cloudflare, Inc<br>Mail Code: 5267,<br>PO Box 660367,<br>Dallas, TX, 75266-0367 | DC Office of Tax and Revenue- Compliance Adm<br>1101 4th Street SW,<br>Washington, DC 20024-4457 | DGA SECURITY<br>429 WST 53RD STREET<br>NEW YORK, NY 10019-5791 |
| Discount Edgar<br>125 Wolf Road, Suite 315,<br>Albany, NY 12205-1221 | Dominion Capital, LLC<br>341 West 38th Street<br>Suite 800<br>New York, NY 10018-9686 | Doug Greene<br>6805 Ingalls Court,<br>Galena, OH, 43021<br>ipCapital Group Inc<br>426 Industrial Ave, Suite 150,<br>Willston, VT, 05495-4459 |
| Drexel Hamilton, LLC<br>77 Water ST<br>New York, NY 10005-4420 | EL TORO LLC<br>552 E MARKET STREET,<br>LOUISVILLE, KY 40202-7111 | ELITE AUDIO VIDEO OF SO FL<br>12241 SW 185TH ST,<br>MIAMI, FL 33177-3181 |
| ELITE BUSINESS VENTURES<br>PO BOX 6510,<br>PASADENA, CA 91109-6500 | ENCORE<br>EVENT TECHNOL CEASARS PALACE,<br>8850 W SUNSET RD, 3RD FL,<br>LAS VEGAS, NV 89148-4897 | EQUISOLVE<br>3500 SW Corporate Pkwy,<br>Palm City, FL 34990-8185 |
| Eduardo J. Dominguez<br>5778 Devonshire Blvd.<br>Miami, FL 33155-4062 | Email Outreach Company<br>651 N Broad St, Suite 206,<br>Middletown, Delaware 19709-6402 | Empire Marketing Ventures LLC<br>383 Madison Ave,<br>New York, NY 10017-3217 |
| Employment Development Department<br>722 Capitol Mall<br>Sacramento, CA 95814-4703 | Enlyte<br>PO Box 88026,<br>Chicago, IL 60680-1026 | FL POWER HOUSE<br>2310 NW 102ND PLACE<br>DORAL, FL 33172-2517 |
| FLORIDA POWER AND LIGHT<br>21400 Powerline Road<br>Boca Raton, FL 33433-2312 | FLORIDA POWER AND LIGHT FPL<br>General Mail Facility<br>Miami, FL 33188-0001 | FRANCHIMP LTD<br>Kristine M Rogalewski-Mayo<br>18531 N Steet,<br>Scottsdale, AZ, 85255 |
| First Impulse<br>18 Goodyear, Suite 125,<br>Irvine, CA 92618-3750 | Fisher Phillps LLP<br>2050 Main St<br>Irvine, CA 92614-8255 | Fisher Phillps LLP<br>2050 Main St, Suite 1000,<br>Irvine, CA 92614-8240 |
| Florida Department of Revenue<br>2450 Shumard Oak Blvd<br>Tallahassee, FL 32399-7022 | Florida Department of Revenue<br>5050 West Tennessee Street,<br>Tallahassee, FL 32399-0100 | Florida Department of Revenue<br>Miami Service Center<br>3750 NW 87th Avenue, Suite 300,<br>Doral, FL 33178-2430 |

| | | |
|---|---|---|
| GITLAB INC<br>PO BOX 8244,<br>PASADENA, CA, 91109-8244 | GUMMICUBE, INC<br>50 E ST JOHN ST,<br>SAN JOSE, CA 95112-5596 | GUROCK<br>0801 N Mopac Expressway,<br>Building 1, Suite 100,<br>Austin, TX, 78759 |
| Gallagher Bassett<br>Services, Inc<br>15763 Collections<br>Center Drive,<br>Chicago, IL 60693-0001 | Gentry Partnership In<br>11523 Palmbrush Trail, Suite 193,<br>Lakewood Ranch, FL 34202-2917 | Gentry Partnership, Inc<br>11523 Palmbrush Trail<br>Bradenton, FL 34202-2917 |
| Gordon Rees Scully Mansukhani, LLP<br>275 Battery Street, 20th Fl,<br>San Francisco, CA 94111-3367 | Grasso Global Inc<br>Levinson Arshonsky Kurtz & Komsky LLP<br>15303 Ventura Blvd, Suite 1650,<br>Sherman Oaks, CA 91403-6620 | HEISE SUAREZ MELVILLE, P.A.<br>2990 Ponce de Leon Blvd, Suite 300,<br>Coral Gables, FL 33134-6803 |
| HUB International Insurance Services Inc<br>16030 Venture Blvd,<br>Suite 500,<br>Encino, CA 91436-2766 | Huggins Actuarial Services Inc<br>111 Veterans Square, Third Floor,<br>Media, PA 19063-3292 | ICR LLC<br>761 Main Ave<br>Norwalk, CT 06851-1080 |
| INTRADO DIGITAL MEDIA, LLC<br>C/O INTRADO CORPORATION,<br>PO BOX 74007143,<br>CHICAGO, IL, 60674-7143 | IOWA Workforce Development Unemployment Insu<br>1000 E Grand Avenue,<br>Des Moines, IA 50319-0220 | IPFS Corporation<br>3522 Thomasville Rd<br>Tallahassee, FL 32309-3488 |
| IPFS Corporation<br>3522 Thomasville Rd,<br>Suite 400,<br>Tallahassee, FL 32309-3488 | IPFS Corporation 3522<br>Thomasville Rd<br>Tallahassee, FL 32309 | IRS<br>Worland, WY 82401 |
| Idaho Department of Labor- Collection Enforc<br>Unit 317 W Main Street,<br>Boise, ID 83735-0001 | Idaho State Tax Commission<br>11321 W Chinden Blvd,<br>Boise ID 83714-1021 | Idaho State Tax Commission<br>PO Box 36,<br>Boise, ID 83722-0036 |
| Illinois Department of Employment Security<br>Revenue Collection Enforcement Unit<br>33 S State Street, 10th Floor,<br>Chicago, IL 60603-2808 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | Innovative Coverage Concepts LLC<br>c/o Arthur J Gallagher & Co,<br>200 Jefferson Park,<br>Ste 110 - 200,<br>Whippany, NJ 07981-1076 |
| IntacctDept 3237,<br>PO Box 123237,<br>Dallas, TX, 75312-3237 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | Internal Revenue Service Centralized Insolve<br>PO Box 7317<br>Philadelphia, PA 19101-7317 |
| J David Tax Law LLC<br>7077 Bonneval Road, Suite 200,<br>Jacksonville, FL 32216-6073 | JOBOT, LLC<br>18575 JAMBOREE RD, SUITE 600,<br>IRVINE, CA 92612-2554 | Judith Simpson<br>1939 Festival Court<br>Joliet, IL 60435 |

| | | |
|---|---|---|
| KARLINSKY LLC<br>103 Mountain Rd<br>Cornwall On Hudson, NY 12520-1802 | KPA SERVICES LL<br>PO Box 83301,<br>Woburn, MA, 01813-3301 | Kansas Department of Revenue<br>Division of Taxation<br>12 SE 10th Avenue,<br>Topeka KS 66625-0001 |
| Kansas Department of RevenueDivision of Taxa<br>PO Box 3506, Avenue,<br>Topeka, KS 66601-3506 | Kenneth Weaver<br>901 Riverside Drive<br>Old Hickory, TN 37138-3150 | Klein & Wilson<br>4770 Von Karman,<br>Newport Beach, CA 92660-2123 |
| LANIER PARKING<br>647 BRICKELL KEY DR, SUITE 1,<br>MIAMI, FL 33131-2622 | LEAPROS WORKFORCE SOLUTIONS<br>PO BOX 432,<br>HUNTINGTON BEACH, CA 92648-0432 | LOEB & LOEB LLP<br>345 PARK AVE,<br>NEW YORK, NY 10154-1895 |
| Lamb McErlane PC<br>24 E. Market St, PO Box 565,<br>West Chester, PA 19381-0565 | Launay Patrice, PEJ CONSULTING<br>1560 Sawgrass Corporate Pkwy,<br>4th FL Suite 423-C,<br>Sunrise, FL 33323-2858 | Lemke Mediation<br>515 S Flower St, Suite 1800,<br>Los Angeles, CA 90071-2231 |
| LexisNexis<br>28544 Network Place,<br>Chicago, IL, 60673-1285 | Lowenstein Sandler LLP<br>Attn: William B. Farrell<br>One Lowenstein Drive<br>Roseland, NJ 07068-1791 | Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068-1791 |
| Lowenstein Sandler LLP<br>One Lowenstein Drive,<br>Roseland, New Jersey 07068-1791 | Lydecker LLP<br>1221 Brickell Ave, 19th FL,<br>Miami, FL 33131-3240 | MEF I, LP<br>40 Wall Street<br>New York, NY 10005-1304 |
| MELTWATER NEWS U<br>Dept LA 23721,<br>Pasadena, CA, 91185-3721 | MILNER - USAGE<br>PO BOX 923197,<br>NORCROSS, GA, 30010-3197 | MILNER INC<br>PO BOX 105743<br>ATANTA, GA, 30348-5743 |
| MILNER INC - BRICKELL<br>PO BOX 41602,<br>PHILADELPHIA, PA, 19101-1602 | MINERAL INC<br>6701 Koll Center Parkway, Suite 430,<br>PLEASANTON, CA 94566-8065 | MINTZ<br>666 Third Avenue<br>New York, NY 10017-4011 |
| MINTZ<br>Chrysler Center,<br>666 Third Avenue,<br>New York, NY 10017-4011 | Marcum & Kliegman LLP<br>750 Third Ave<br>New York, NY 10017-2703 | Marcum & Kliegman LLP<br>750 Third Ave 11th FL,<br>New York 10017-2716 |
| Mark , Your Extended Office<br>No. 128 SRP Koil Street South,<br>Jawahar Nagar, Chennai, 600 082, India | Marlins Baseball<br>501 Marlins Way,<br>Miami, FL 33125-1121 | Marquis Aurbach Chtd<br>10001 Park Run Drive,<br>Las Vegas, NV 89145-8857 |

| | | |
|---|---|---|
| Martin Scott<br>19180 Skyridge Circle,<br>Boca Raton, FL 33498-6212 | Massachusetts Department of Revenue<br>100 Cambridge Street,<br>Boston, MA 02204-0001 | Meadows Collier Attorney At Law<br>901 Main Street, Suite 3700,<br>Dallas, TX 75202-3742 |
| Media Network Consultants LLC<br>13245 Lower Harden Ave<br>Orlando, FL 32827-7221 | (p)MEDIANT COMMUNICATIONS  INC<br>ATTN ATTN JOSEPH SIMONOWICH<br>400 REGENCY FOREST DRIVE<br>SUITE 200<br>CARY NC 27518-7703 | MetLife Group Benefits<br>PO Box 804466,<br>Kansas City, MO,<br>64180-4466 |
| Miami-Dade Office of the Tax Collector<br>Tangible Personal Property<br>200 NW 2nd Avenue, Miami, FL 33128 | Michigan Department of Treasury<br>City Tax Administration<br>P.O. Box 30756<br>Lansing, MI 48909-8256 | Michigan Department of Treasury<br>PO Box 30756,<br>Lansing, MI 48909-8256 |
| Minesota Deptment of Revenue<br>Collection Division<br>PO Box 64651,<br>Saint Paul, MN 55164-0651 | Missouri Department of Revenue<br>Taxation Division<br>PO Box 3375,<br>Jefferson City, MO 65102-3375 | Morris, Nichols, Arsht & Tunnell LLP<br>1201 N Market St, 16th FL, PO Box 1347,<br>Wilmington, DE, 19899-1347 |
| NASDAQ<br>51 West 42nd Street, Floors 26, 27, 28,<br>New York, NY 10036 | NATPAY<br>3415 W Cypress St,<br>Tampa, FL 33607-5007 | NOW CFO NEWPORT BEACH<br>5251 S Green Street,<br>Suite 350,<br>Murray, UT, 84123 |
| Nasdaq Corporate<br>Solutions, LLC<br>PO Box 780700,<br>Philadelphia, PA,<br>19178-0700 | National Payment Corporation<br>3415 W Cypress Street<br>Tampa, FL 33607-5007 | Navarro Hernandez P<br>66 W Flagler St 6th FL,<br>Miami, FL 33130-1884 |
| New Benefits<br>Alexandra Gonzalez Zabala<br>Judith Simpson<br>1839 Festival Court,<br>Joliet, IL 60435-3785 | New Jersey Department of Labor and Workforce<br>Delinquency Unit<br>PO Box 932,<br>Trenton, NJ 08625-0932 | New Jersey Department of Labor and Workforce<br>Division of Employer Accounts<br>PO Box 059,<br>Trenton, NJ 08646-0001 |
| New Jersey Department of the Treasury<br>Division of Taxation<br>PO Box 1009,<br>Moorsetown, NJ 08057-0909 | New Mexico Department of Workforce Solutions<br>PO Box 1928,<br>Albuquerque, NM 87103-1928 | New Mexico Taxation & Revenue<br>PO Box 25128,<br>Santa Fe, NM 87504-5128 |
| New York Department of Labor- Unemployment I<br>Enforcement Unit<br>PO Box 4305<br>Binghamton, NY 13902-4305 | New York Department of Labor- Unemployment I<br>PO Box 15012<br>Albany, NY 12212-5012 | New York Department of Labor- Unemployment I<br>PO Box 4301<br>Brimingham, NY 13902-4301 |
| New York Department of Taxation and Finance<br>Civil Enforecement Division - Offset Uni<br>Albany NY 12227-0001 | New York Employment Contributions and Taxes<br>PO Box 4119<br>Binghamton, NY 13902-4119 | New York State Department of Taxation & Fina<br>Bankruptcy Section<br>P O Box 5300<br>Albany, NY 12205-0300 |

Norman S Gerstein PA
5966 S. Dixie Highway, Suite 300,
Miami, FL 33143-5177

(p)OKTA INC
100 FIRST STREET
SUITE 600
SAN FRANCISCO CA 94105-3513

OSBORN MALEDO
2929 N CENTRAL AVE, 21 FLOOR,
PHOENIX, AZ 85012-2782

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Okin Pest Control
2170 Piedmont Rd NE
Atlanta, GA, 30324-4135

Oklahoma Tax Commission
Oklahoma City, OK 73194-0001

Oppenheim Insurance Broker Inc.
23742 Lyons Ave,
PO Box 220957,
Newhall, CA 91322-0957

Osborn Maledon
2929 N Central Ave
Phoenix, AZ 85012-2793

Osher Capital Partners, LLC
c/o LH Financial
510 Madison Ave
14th Floor
New York, NY 10022-5730

PETTIT KOHN
11622 EL CAMINO REAL, SUITE 300,
SAN DIEGO, CA 92130-2051

Payne & Fears LLP
4 Park Plaza
Irvine, CA 92614-8550

Payne & Fears LLP
4 Park Plaza, Suite 1100,
Irvine, CA 92614-8550

Pennsylvania Department of Labor & Industry
Office of Unemployment Compensation Tax
651 Boas Street, Room 915,
Harrisburg, PA 17121-0751

Philadelphia Ins Co
PO BOX 70251,
PHILADELPHIA, PA, 19176-0251

Pitney Bowes
PO Box 371874,
Pittsburgh, PA, 15250-7874

Plant Care
PO Box 50115,
Lighthouse Point, FL 33074-0115

Premier Produce
2672 SW 36th St
Dania Beach, FL 33312-5005

Prequin Limited
1st Floor, Verde, 10 Bressenden Place,
London, United Kingdom,
SW1E 5DH, United Kingdom

PrismHR
PO BOX 844768,
Boston, MA 02284-4759

Professional Window Tinters
7385 Bird Rd (40th St)
Miami, FL, 33155

QB Animation Inc
320 Lighthouse Drive,
Palm Beach Gardens, FL 33410-4835

RB INTERNATIONAL
SUPPLY CORP
7265 NW 44TH ST
MIAMI, FL 33166-6418

RUNWAY 1 LLC
250 Greenpoint Ave,
Brooklyn, NY 11222-2493

Restaurant Finance Monitor
2808 Anthony Lane South,
Minneapolis, MN 55418-3234

Richard DeBeikes
23241 Ventura Blvd Ste 224C,
Woodland Hills, CA 91364-1042

Rose, Snyder & Jacobs LLP
15821 Ventura Blvd
Encino, CA 91436-4778

Rose, Snyder & Jacobs LLP
15821 Ventura Blvd, Suite 490,
Encino, CA 91436-4778

Roxborough Pomerance NYE & Adreani
5820 Canoga Ave
Woodland Hills, CA 91367-6549

Roxborough Pomerance NYE & Adreani
5820 Canoga Ave, Suite 250,
Woodland Hills, CA 91367-6549

SICHENZIA ROSS FERENCE LLP
1185 AVE OF THE AMERICAS,
31ST FLOOR,
NEW YORK, NY 10036-2612

| | | |
|---|---|---|
| STERICYCLE<br>28883 NETWORK PLACE,<br>CHICAGO, IL, 60673-1288 | SUNZ INSURANCE<br>1301 6th Ave W,<br>Bradenton, FL 34205-7410 | Say Technologies LLC<br>85 Willow Road<br>Menlo Park, CA 94025-3656 |
| SearchGeeks<br>701 Palomar Airport Rd. #170,<br>Carlsbad CA 92011-1045 | Securities and Exchange Commission<br>100 F Street, NE,<br>Washington, DC 20549-2001 | Securities and Exchange Commission<br>801 Brickell Avenue<br>Suite 1950<br>Miami, FL 33131-4901 |
| Slavic 401K<br>1075 Broken Sound Pkwy NW, Suite 100,<br>Boca Raton, FL, 33487-3540 | Slavic Integrated Administration<br>1075 NW Brkn Snd Pkway, Ste 100,<br>Boca Raton, FL,<br>33487-3540 | SolutionCore Inc<br>9742 Hibiscus Drive,<br>Garden Grove, CA 92841-1717 |
| Specialty Marketing Consulting Inc<br>c/o Kimberly Peters,<br>PO Box 6700,<br>Pine Mountain Club, CA 93222-6700 | Sperling & Slater PC<br>55 West Monroe Street, Suite 3200,<br>Chicago, IL 60603-5035 | Sports1ternship, LLC<br>23 Rancho Circle,<br>Lake Forest, CA 92630-8324 |
| Sportslternship, LLC<br>23 Rancho Circle<br>Lake Forest, CA 92630-8324 | Staff Benefits<br>Management, Inc<br>2307 FENTON PARKWAY #107-126,<br>San Diego, CA 92108-4746 | Stifel Financial<br>510 N. Broadway<br>Saint Louis, MO 63102 |
| SullivanCurtisMonroe Ins Serv LLC<br>1920 Main St, Suite 600,<br>Irvine, CA 92614-7226 | TEKWORKS<br>13000 Gregg Street,<br>Poway, CA 92064-7151 | TENNESSE DEPT OF REVENUE<br>500 DEADERICK ST, ANDREW JACKSON ST OFFI<br>NASHVILLE, TN 37242-0001 |
| TMF SERVICES HONDURAS<br>Colonia Lomas del Guijarro Sur,<br>Domicilio Alquilado, Contiguoa Plaza Fic<br>5to Nivel. Tegucigalpa M.D.C. Honduras | TRUSAIC<br>3530 WILSIRE BLVD, SUITE 1460,<br>LOS ANGELES, CA 90010-2334 | Tennessee Department of Labor & Workforce De<br>Employment Security Division,<br>Employer Accounts Audit<br>220 French Landing Drive,<br>Nashville, TN 37243-1002 |
| Toppan Merrill LLC<br>PO BOX 74007295,<br>CHICAGO, IL 60674-7295 | Traliant Operating LLC<br>PO Box 844090,<br>Boston, MA 02284-4090 | Trenan Law<br>PO Box 1102,<br>Tampa, FL, 33601-1102 |
| UNITED HEALTHCARE<br>PO BOX 111111,<br>NEW TOWN, MO, 93195-9782 | US FOODS<br>PO BOX 281838<br>BOCA RATON, FL, 30384-1838 | VERIFONE INC<br>c/o Colliers Int'l Lease Admin,<br>301 University Ave, Ste 100,<br>Sacramento, CA 95825-5537 |
| VERITEXT, LLC<br>PO BOX 71303,<br>CHICAGO, IL, 60694-1303 | VIA Design Studio<br>103 Westward Drive<br>Miami, FL 33166-5257 | Virginia Department of Taxation<br>PO Box 1115.<br>Richmond, VA 23218-1115 |

| | | |
|---|---|---|
| Virginia Department of Taxation<br>PO Box 1777,<br>Richmond, VA 23218-1777 | WASTE MANAGEMENT INC FL<br>8801 NW 91ST STREET,<br>MEDLEY, FL 33178-1815 | WHITE & CASE<br>SE FINANICAL CTR STE 4900,<br>200 S BISCAYNE BLVD,<br>MIAMI, FL, 33131-2352 |
| WORKIVA<br>2900 UNIVERSITY BLVD,<br>AMES, IA 50010-8665 | White & Case<br>SE Financial Ctr Ste<br>4900 Miami, FL 33131 | Whitney White<br>100 Albert Way 08540-3202 |
| Whitney White<br>100 Albert Way, Apt 1417,<br>Princeton, NJ 08540-3215 | Widgets & Web LLC<br>19500 194th Trl,<br>Golden Beach, FL, 33160 | eFax Corporate<br>C/O J2 Cloud Services LLC,<br>PO BOX 51873,<br>LOS ANGELES, CA, 90051-6173 |
| nFusion Capital Finance LLC<br>6444 Burnet Rd Unit 100,<br>Austin, TX 78757-3252 | Daniel Gielchinsky<br>2875 NE 191st Street<br>Suite 705<br>Aventura, FL 33180-2803 | Eric Rubin<br>Moecker Auctions Inc<br>1885 Marina Mile Blvd #103<br>Ft. Lauderdale, FL 33315-2243 |
| Isaac M Marcushamer Esq.<br>DGIM Law, PLLC<br>2875 NE 191st Street<br>Suite 705<br>Aventura, FL 33180-2803 | Jonathan Feldman<br>2 South Biscayne Boulevard, Suite 1600<br>Miami, FL 33131-1824 | Manny Rivera<br>c/o Shraiberg Page P.A.<br>2385 NW Executive Center Dr., #300<br>Boca Raton, FL 33431-8530 |
| Mark Absher<br>c/o Shraiberg Page P.A.<br>2385 NW Executive Center Dr., #300<br>Boca Raton, FL 33431-8530 | Robert Angueira<br>c/o Paul Steven Singerman<br>Berger Singerman LLP<br>1450 Brickell Avenue<br>Suite 1900<br>Miami, FL 33131-5319 | Scott Absher<br>c/o Shraiberg Page P.A.<br>2385 NW Executive Center Dr., #300<br>Boca Raton, FL 33431-8530 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| United States of America Internal Revenue Se<br>c/o Raychelle A. Tasher<br>99 NE 4 St. # 300<br>Miami, FL 33132 | Broadridge Financial Solutions<br>1155 long Island Avanue<br>Edgewood, NY 11717 | (d)IRS - Department of the Treasury<br>Ogen, UT 84201 |
| Illinois Department of Revenue<br>PO Box 19006,<br>Springfield, IL 62794 | Mediant<br>Communications Inc.<br>PO BOX 29976,<br>NEW YORK, NY, 10087-9976 | (d)Mediant Communications Inc.<br>400 Regency Forest Drive<br>Suite 200<br>Cary, NC 27518 |
| OKTA INC<br>100 FIRST STREET, SUITE 600,<br>SAN FRANCISCO, CA, 94105 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Sunz Insurance Solutions, LLC

(u)Miami

(d)A & A Ornamental, Inc
18731 SW 87th Ave,
Cutler Bay, FL 33157-7224

(d)ALLIED SPORTS LLC
PO BOX 845785,
BOSTON, MA, 02284-5785

(d)CINTAS
PO BOX 631025,
CINCINNATI, OH, 45263-1025

(d)CK Administrative Services LLC
777 S Figueroa Street, Suite 4100,
Los Angeles, CA 90017-5841

(d)CT Corporation
PO Box 4349,
Carol Stream, IL,
60197-4349

(d)DGA SECURITY
429 WST 53RD STREET,
NEW YORK, NY 10019-5791

(d)FL POWER HOUSE
2310 NW 102ND PLACE,
DORAL, FL 33172-2517

(d)ICR LLC
761 Main Ave,
Norwalk, CT 06851-1080

(d)KARLINSKY LLC
103 Mountain Road,
Cornwall-On-Hudson, NY 12520-1802

(d)Kenneth Weaver
901 Riverside Drive,
Old Hickory, TN 37138-3150

(d)MILNER INC
PO BOX 105743,
ATANTA, GA, 30348-5743

(d)MILNER INC BRICKELL
PO BOX 41602
PHILADELPHIA, PA, 19101-1602

(d)MILNER USAGE
PO BOX 923197
NORCROSS, GA, 30010-3197

(d)Media Network Consultants LLC
13245 Lower Harden Ave,
Orlando, FL 32827-7221

(d)Premier Produce
2672 SW 36th St,
Dania Beach, FL 33312-5005

(d)Professional Window Tinters
7385 Bird Rd (40th St),
Miami, FL, 33155

(d)RB INTERNATIONAL SUPPLY CORP
7265 NW 44TH ST,
MIAMI, FL 33166-6418

(d)Securities and Exchange Commission
100 F. Street NE
Washington, DC 20549-2001

(d)Sunz Insurance
1301 6th Ave W
Bradenton, FL 34205-7410

(d)US FOODS
PO BOX 281838,
BOCA RATON, FL, 30384-1838

(d)VIA Design Studio
103 Westward Drive,
Miami, FL 33166-5257

(d)WORKIVA
2900 University Blvd
Ames, IA 50010-8665

(d)White & Case
SE Financial Ctr Ste 4900
Miami, FL 33131

(d)Whitney White
100 Albert Way 08540

(u)Richelle Kalnit
Hillco IP Services LLC

```
End of Label Matrix
Mailable recipients   257
Bypassed recipients    27
Total                 284
```