# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida

In re:

ShiftPixy, Inc.

*Debtor(s)*       /

Case No. 24-21209-LMI
Chapter 11

# REQUEST FOR SERVICE

Creditor, Miami-Dade Office of the Tax Collector, through the Miami Dade County Legal Services Division, files this request to be added to the mailing matrix maintained by the clerk of the Bankruptcy Court, and further requests that copies of all notices, pleadings, and other documents filed in this case be sent to the Miami-Dade Office of the Tax Collector in care of the Miami-Dade County Legal Services Division.

## CERTIFICATE OF SERVICE

**I HEREBY** certify that a true and correct copy of the foregoing has been provided by U.S. Mail and/or Email to:

Office of the Trustee: Unknown Trustee, ,

Attorney for the Debtor**:** Isaac M. Marcushamer, 1450 Brickell Avenue, Suite 1900, Miami, FL   33131,

Office of the Tax Collector

Miami-Dade County, FL
This 6th day of December, 2024
By:  /s/ Jennifer Lopez
Paralegal Collection Specialist
Miami-Dade Bankruptcy Unit
200 NW 2ND Avenue, #430
Miami, FL 33128
FAX **(305) 375-1134**
E-Mail:  Jennifer.Lopez@miamidade.gov
MDTCBKC@miamidade.gov