

December 5th, 2024

FILED-USBC, FLS-MIA
'24 DEC 6 PM3:55

**To:**

Clerk of the Bankruptcy Court

United States Bankruptcy Court, Southern District of Florida

Miami Division

**Re:** Objection to Cure Amounts in the Case of ShiftPixy, Inc. (Case No. 24-21209-LMI)

Dear Honorable Judge,

We, **SBPM Partners LLC** submit this formal objection to the cure amounts proposed in the **Notice of Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and Cure Amounts** (Doc 95).

**Specific Objections**

1. **Inaccurate Cure Amounts:**

   - All Contract Counter-Party parties named in Exhibit A

   - We are not privy to the content of the contracts ShiftPixy, Inc entered into with each and any of these parties. It is also not clear what these amounts are for and may potentially act as a pre-cursor for more unknown cost beyond our control in the future.

2. **Request for Supplier Engagement:**
   We respectfully request the opportunity to engage directly with the identified suppliers to confirm or renegotiate cure amounts before the assumption of these contracts.

**Relief Sought**

We ask the court to:

1. Permit Buyer to negotiate cure costs directly with suppliers to ensure operational continuity and accurate resolution of cure obligations.

2. Postpone the assumption of the disputed contracts until the cure amounts are verified and resolved.

Thank you for your consideration.

Sincerely,

**Joris Verbeek**
President
jverbeek@sbpmpartners.com

(346) 204 9366

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                          Chapter 11

SHIFTPIXY, INC. *et, al.*[1]                     Case No. 24-21209-LMI

      Debtors.                                 (Jointly Administered)

_____/

**NOTICE OF (I) POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY
CONTRACTS AND UNEXPIRED LEASES AND (II) CURE AMOUNTS**

**You are receiving this notice because you may be a counterparty to a contract or lease with
ShiftPixy Inc. Please read this notice carefully as your rights may be affected by the
transactions described herein.**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

    1.    On October 28, 2024, the above-captioned debtors and debtor-in-possession (the
"Debtors") filed a motion seeking approval of the bidding procedures for the sale of certain of the
Debtors' assets (the "Assets") and approval of the sale such Assets (the "Bidding Procedures and
Sale Motion") to the highest or best qualified bidder (the "Successful Bidder"). The Debtors have
sought the Court's approval at a hearing held on November 21, 2024 of the proposed bidding
procedures and the form of this notice. The Debtors have further requested a hearing to approve
the sale of the Assets (the "Sale Hearing") for December 16, 2024, at 9:30 a.m. (prevailing Eastern
Time) in the United States Bankruptcy Court for the Southern District of Florida in Miami, Florida
(the "Bankruptcy Court") and a hearing to authorize and approve assumption and assignment of
the Debtors' executory contracts and unexpired leases, including payment of cure (if any) to be
held if necessary at a date and time to be determined (the "Assumption/Assignment Hearing").

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc.
The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

2.    Pursuant to the Bidding Procedures and Sale Motion, the Debtors may potentially assume and assign to the Successful Bidder one or more of those executory contracts and unexpired leases listed on Schedule A annexed hereto (collectively, the "Potentially Assigned Agreements" and each, a "Potentially Assigned Agreement"), pursuant to section 365 of the Bankruptcy Code.

3.    The Debtors have indicated on **Schedule A** annexed hereto the cure amounts, if any, that the Debtors believe must be paid to cure any prepetition defaults and pay all amounts accrued under the Potentially Assigned Agreements (in each instance, the "Cure Amount").

4.    Any party seeking to object to the validity of the Cure Amount as determined by the Debtors or otherwise assert that any other amounts, defaults, conditions or pecuniary losses must be cured or satisfied under any of the Potentially Assigned Agreements in order for such contract or lease to be assumed and assigned, must file an objection (the "Assumption/Assignment Objection") that (a) is in writing, (b) sets forth the specific monetary amount the objector asserts to be due, and the specific types of the alleged defaults, pecuniary losses, accrued amounts and conditions to assignment and the support therefor, (c) is filed with the Clerk of the Bankruptcy Court by no **later than 4:30 p.m. (prevailing Eastern Time) on December 6, 2024**, (the "Assumption/Assignment Objection Deadline").

5.    The Debtors shall file a notice identifying the Successful Bidder with the Bankruptcy Court and serve such notice upon parties in interest not later than twenty-four (24) hours after the conclusion of the Auction. The deadline for objecting to the assignment of the Potentially Assigned Agreements to such Successful Bidder on the basis of adequate assurance of future performance ("Adequate Assurance Objections") shall be December 12, 2024, at 4:00 p.m. (ET) (the "Adequate Assurance Objection Deadline").

6.    Unless an Assumption/Assignment Objection is timely and properly filed and served before the Assumption/Assignment Objection Deadline or an Adequate Assurance Objection is timely raised before the Adequate Assurance Objection Deadline, the non-debtor party to a Potentially Assigned Agreement shall (a) be forever barred from objecting to the Cure Amount and from asserting any additional cure or other amounts with respect to such Potentially Assigned Agreement, and the Debtors and the Successful Bidder(s) shall be entitled to rely solely upon the Cure Amount; (b) be deemed to have consented to any assumption and assignment of such Potentially Assigned Agreement; and (c) be forever barred and estopped from asserting or claiming against the Debtors or the Successful Bidder(s) that any additional amounts are due or other defaults exist, that conditions to assignment must be satisfied under such Potentially Assigned

Agreement or that there is any objection or defense to the assumption and assignment of such Potentially Assigned Agreement.

7.    Where a non-debtor counterparty to a Potentially Assigned Agreement timely and properly files an objection asserting a cure amount higher or different than the proposed Cure Amount, (the "Disputed Cure Amount"), then (a) the cure amount shall be as agreed between the parties or (b) to the extent the parties are unable to consensually resolve the dispute, then the amount to be paid under section 365 of the Bankruptcy Code with respect to such Disputed Cure Amount will be determined at the Assumption/Assignment Hearing, or at such other date and time as may be fixed by the Bankruptcy Court. All other objections to the proposed assumption and assignment of a Potentially Assigned Agreement will likewise be heard at the Sale Hearing, unless adjourned by agreement of the parties.

8.    An Assumption/Assignment Objection shall not constitute an objection to the relief generally requested in the Bidding Procedures and Sale Motion. Parties wishing to otherwise object to the relief requested in the Sale Motion must file and serve a separate objection, stating with particularity such party's grounds for objection, no later than December 6, 2024, at 4:00 p.m. (prevailing Eastern Time).

9.    If you agree with the Cure Amount indicated on Schedule A, and otherwise do not object to the Debtors' assignment of your lease or contract, you need not take any further action.

10.    The Debtors' decision to assume and assign the Potentially Assigned Agreements is subject to Bankruptcy Court approval and consummation of the sale of the Assets. Unless otherwise provided in the Successful Bidder(s)' asset purchase agreement, at any time, but in no event later than three (3) calendar days prior to the date of closing of the Sale, the Debtors may remove a contract or lease from the schedule of contracts and unexpired leases to be assumed or assigned pursuant to the Sale, or (b) modify the previously-stated Cure Costs associated with any contract or lease.

**Inclusion of any document on the list of Potentially Assigned Agreements shall not constitute or be deemed to be a determination or admission by the Debtors or the Successful Bidder(s) that such document is, in fact, an executory contract or unexpired lease within the meaning of the Bankruptcy Code, and all rights with respect thereto are being expressly reserved**

Dated December 3, 2024.

**DGIM Law, PLLC**
*Counsel for the Debtors*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708

*/s/ Isaac Marcushamer*
Isaac Marcushamer, Esq.
Florida Bar No. 0060373
Email: isaac@dgimlaw.com
Daniel Y. Gielchinsky, Esq.
Florida Bar No. 097646
Email: dan@dgimlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the Notice was served via CM/ECF Notification and/or U.S. Mail to all parties on the attached service list on this 3rd day of December, 2024.

*/s/ Isaac Marcushamer*
Isaac Marcushamer, Esq.
Florida Bar No. 0060373

4

# EXHIBIT A

5

| Contract Counter-Party | Cure Amount |
|---|---|
| Sendgrid | $336.00 |
| Twillio | $28.89 |
| MongoDB | $1,160.75 |
| AWS | $8,445.59 |
| GitLab | $0.00 |
| GitHub | $0.00 |
| HelloSign (Dropbox) | $0.00 |
| IBM Watson | $140.00 |
| OpenAI ChatGPT | $900.00 |
| Humanity | $2,148.09 |
| Microsoft - 365, AppCenter, Azure | $3,133.42 |
| Okta / Auth0 | $8,913.94 |
| Google Play Store | $0.00 |
| Apple App Store | $0.00 |
| Egnyte | $0.00 |
| DreamHost | $0.00 |
| Wordpress | $1,500.00 |
| EasyDNS | $0.00 |
| Sage Intacct | $0.00 |
| Prism | $0.00 |
| ADP MasterTax | $4,242.57 |
| LastPass | $0.00 |
| Turn | $199.90 |
| Asurint | $1,305.00 |
| HubSpot | $6,956.80 |
| JobTarget | $160.00 |
| HeyMarket | $70.00 |
| Divi | $0.00 |
| Vercel | $2,879.28 |
| Figma | $0.00 |
| Traliant (Kantola) | $6,825.00 |
| AppsFlyer | $0.00 |
| US Wellness | $0.00 |
| Kose (Decorte) | $0.00 |
| Lions Floor | $0.00 |
| Seed School | $0.00 |

| | |
|---|---|
| Nilfisk | $0.00 |
| PoolCorp | $0.00 |
| D&W Fine Pack | $0.00 |
| Pactiv Evergreen | $0.00 |
| Little Caesars (Blue Line Distribution) | $0.00 |
| KW Property Management Co. | $0.00 |
| Bond No. 9 | $0.00 |
| Century Trade Show Services, LLC. | $0.00 |
| Unbrako | $0.00 |
| Little Sister | $0.00 |
| Pasadena Baking Company | $0.00 |
| AIM Recycling | $0.00 |
| GL Strategic Staffing | $0.00 |
| Bennett Landscape | $0.00 |
| Burger King (Consolidated Burger) | $0.00 |
| CIF Group International | $0.00 |
| The Fullfillment Lab | $0.00 |
| Jani-King of Cleveland | $0.00 |
| Kingspan | $0.00 |
| National Wire & Cable | $0.00 |
| Nextant Aerospace | $0.00 |
| Primo Water | $0.00 |
| Del Taco (Diamondback DTNM ) | $0.00 |
| Verisk | $0.00 |
| B&J Pets & Aquariums (Monster Pets) | $0.00 |
| Florida Smoked Fish | $0.00 |
| Belfor | $0.00 |
| Miami Paint Centre | $0.00 |
| ServiceMaster DSI | $0.00 |
| Alpha Gamma Seafood | $0.00 |
| Quala | $0.00 |
| Acorn East | $0.00 |
| Rinker Materials | $0.00 |
| Superior Tank | $0.00 |
| Quality Importers | $0.00 |
| Crane Companies | $0.00 |
| ULS Cargo | $0.00 |
| Coastal Handyman Pros | $0.00 |
| Quality Custom Dist. (Golden State Foods) | $0.00 |
| USA Up Star | $0.00 |
| Hyatt Die Cast | $0.00 |
| Evolution Logistics | $0.00 |
| GCC | $0.00 |
| DocGo (Vertex Global Solutions) | $0.00 |
| FastSigns | $0.00 |

| | |
|---|---|
| Precision Concepts (C&G Packaging) | $0.00 |
| Palmas Restaurant Group (Frontera Grill) | $0.00 |
| Kitsuko | $0.00 |
| Total Cost: | $49,345.23 |