).UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| SHIFTPIXY, INC. *et, al.*[1] | Case No. 24-21209-LMI |
| Debtors. _____/ | (Jointly Administered) |

**NOTICE OF SUCCESSFUL BIDDER AND BACK-UP
BIDDER AT AUCTION AND NOTICE OF SALE HEARING**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On December 4, 2024, the United States Bankruptcy Court for the Southern District of Florida (the "**Court**") entered the *Order Pursuant to Sections 105 and 363 of the Bankruptcy Code Approving Auction and Bid Procedures for the Sale of Certain Intellectual Property* [ECF No97] (the "**Bidding Procedures Order**"),[2] authorizing the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") to conduct an auction (the "**Auction**") for the sale (the") of all, substantially all, or any combination of the Debtors' various assets (the "**Assets**").

2. On December 10, 2024, the Debtors held the Auction in accordance with the Bidding Procedures Order.

3. At the conclusion of the Auction, the Debtors through the Chief Restructuring Officer, Jonathan Feldman, in consultation with the Debtors Professionals from Hilco Streambank and DGIM Law, PLLC, determined that the $1,850,000.00 from G3 Business Services LLC is the successful bid

___
[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

for the Assets, and that the bid of $1,825,000.00 from Strategic Application Solutions, Inc., is the back-up bid.

4. Prior to the Sale Hearing, the Debtors intend to file the asset purchase agreement (the "APA" and the transactions contemplated thereby, the "**Sale Transaction**") between the Debtors and the Successful Bidder memorializing the terms of the Successful Bid.

5. The Debtors will seek entry of an order (the "**Sale Order**") approving the Sale Transaction at the sale hearing scheduled for December 16, 2024, at 9:30 a.m. (Eastern Time) (the "**Sale Hearing**"). The terms of the Sale Transaction will be governed by the Sale Order and APA. The proposed Sale Order will be filed with the Court prior to the Sale Hearing.

**THE FAILURE OF ANY PERSON OR ENTITY TO FILE AND SERVE ANY OBJECTION IN ACCORDANCE WITH THE BIDDING PROCEDURES ORDER BY THE APPLICABLE SALE OBJECTION DEADLINE SHALL FOREVER BAR SUCH PERSON OR ENTITY FROM ASSERTING ANY OBJECTION TO THE SALE OR THE DEBTORS' CONSUMMATION OF THE SALE TRANSACTION**

Dated December 10, 2024.

**DGIM Law, PLLC**
*Counsel for the Debtors*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708

*/s/ Isaac Marcushamer*
Isaac Marcushamer, Esq.
Florida Bar No. 0060373
Email:  isaac@dgimlaw.com
[pls insert monique here]

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the Notice was served via CM/ECF Notification and/or U.S. Mail to all parties on the attached service list on this 10th day of December, 2024.

*/s/ Isaac Marcushamer*
Isaac Marcushamer, Esq.
Florida Bar No. 0060373

```
Label Matrix for local noticing        Balanced Management, LLC              Century Tacos, Inc.
113C-1                                 1800 Second St.                       c/o Leyza B. Florin, Esq.
Case 24-21209-LMI                      Unit 603                              Sequor Law
Southern District of Florida           Sarasota, fl 34236-5990               1111 Brickell Avenue
Miami                                                                        Suite 1250
Mon Dec  2 14:16:19 EST 2024                                                 Miami, FL 33131-3133

Foundry ASVRF Sawgrass, LLC            Golden Taco, Inc.                     Los Angeles West Taco, Inc.
c/o Michael S. Provenzale              c/o Leyza B. Florin, Esq.             c/o Leyza B. Florin, Esq.
P.O. BOX 2809                          Sequor Law                            Sequor Law
ORLANDO, FL 32802-2809                 1111 Brickell Avenue                  1111 Brickell Avenue
                                       Suite 1250                            Suite 1250
                                       Miami, FL 33131-3133                  Miami, FL 33131-3133

Pacific Coast Taco, Inc.               ReThink Human Capital Management, Inc ShiftPixy Staffing, Inc
c/o Leyza B. Florin, Esq.              4101 NW 25th Street                   4101 NW 25th Street
Sequor Law                             Miami, FL 33142-6725                  Miami, FL 33142-6725
1111 Brickell Avenue
Suite 1250
Miami, FL 33131-3133

ShiftPixy, Inc.                        Tacos 2000, Inc.                      (p)INTERNAL REVENUE SERVICE
4101 NW 25 Street                      c/o Leyza B. Florin, Esq.             CENTRALIZED INSOLVENCY OPERATIONS
Miami, FL 33142-6725                   Sequor Law                            PO BOX 7346
                                       1111 Brickell Avenue                  PHILADELPHIA PA 19101-7346
                                       Suite 1250
                                       Miami, FL 33131-3133

4te Inc                                A & A Ornamental, Inc                 ADP/MASTER TAX
PO Box 4048,                           18731 SW 87th Ave                     MasterTax, LLC
Mission Viejo, CA, 92690-4048          Cutler Bay, FL 33157-7224             111 W. Rio Salado Parkway,
                                                                             Tempe, AZ 85281-2878

AGP/ALLIANCE GLOBAL PARTNERS           ALLIED SPORTS LLC                     AMWINS GROUP BENEFITS
590 MADISON AVE,                       PO BOX 845785                         PO BOX 71051,
NEW YORK, NY 10022-2524                BOSTON, MA, 02284-5785                CHARLOTTE, NC, 28272-1051

ANKURA                                 ARRAY                                 ARTHUR J GALLAGHER RK MGMT SRV
201 E WASHINGTON ST, SUITE 1700,       624 S AUSTIN AVE,                     PO BOX 532143,
PHOENIX, AZ 85004-2245                 SUITE 230,                            ATLANTA, GA 30353-2143
                                       GEORGETOWN, TX, 78626-5758

AT&T                                   Alpha Capital Anstalt                 AmWINS Specialty Casualty Solutions
PO Box 6463,                           c/o LH Financial                      10 S LaSalle St, Suite 1500,
Carol Stream, IL, 60197-6463           510 Madison Avenue                    Chicago, IL 60603-1077
                                       14th Floor
                                       New York, NY 10022-5730

American Recruiting & Consulting Group AppsFlyer                             Arizona Department of Economic Security
2200 N Commerce Pkwy, Suite 200,       100 1 ST St, 25th FL,                 PO Box 6028, Mail Drop 5881,
Weston, FL 33326-3258                  San Francisco, CA 94105-3082          Phoenix, AZ 85005-6028

Arizona Department of Revenue          Arondight Advisors                    Asurint
PO Box 29085,                          120 Wall St,                          File 2418,
Phoenix, AZ 85038-9085                 New York, New York 10005-3904         1801 W Olympic Blvd,
                                                                             Pasadena, CA 91199-0001
```

| | | |
|---|---|---|
| Audio Video Cameras Serv Corp<br>AUDIO VIDEO CAMERA & SERVICES CORP.<br>3600 W PALM CT, HIALEAH, FL 33012 | BAKER TILLY US, LLP<br>PO Box 511563,<br>Los Angeles, CA, 90051-8118 | BEST OFFICE COFFEE SERVICES<br>13130 SW 130 TERRACE,<br>MIAMI, FL 33186-5895 |
| BREX CC<br>Brex Payments LLC<br>650 S 500 W., Suite 300,<br>Salt Lake City, UT 84101-2891 | BREX GHOST KITCHEN<br>650 S 500 W Suite 300<br>Salt Lake City, UT 84101-2891 | BTERREL GROUP<br>4324 Mapleshade Ln, Suite 103,<br>Plano, TX 75093-0050 |
| BUSINESS WIRE DEPT 34182<br>PO BOX 39000,<br>SAN FRANCISCO, CA 94139-0001 | BairesDev LLC<br>800 W El Camino<br>Mountain View, CA 94040-2567 | BairesDev LLC<br>c/o Tyler R. Dowdall, Esq.,<br>Tarter Krinsky & Drogin, LLP,<br>1925 Century Park East, Suite 400N,<br>Los Angeles, California 90067-2701 |
| Balanced Management<br>Registered Agents Inc.<br>7533 S. Center View CT<br>Ste R<br>West Jordan, UT 84084-5526 | Balanced Management, LLC<br>10880 Wilshire Blvd. 19th Floor<br>Los Angeles, CA 90024-4101 | Balanced Management, LLC<br>1682 Pintail Way<br>Sarasota, FL 34231-9136 |
| Balanced Management, LLC<br>26 S. Rio Grande St. #2072<br>Salt Lake City Utah 84101-1179 | Balanced Management, LLC<br>3017 Bolling Way NE<br>Atlanta, GA 30305-2205 | Balanced Management, LLC<br>315 E 62 floor 3<br>New York, NY 10065-7767 |
| Balanced Management, LLC<br>441 Lexington Ave<br>18th Floor<br>New York, NY 10017-3924 | Berkowitz Pollack Brant Advisors CPA<br>PO Box 735244,<br>Dallas, TX, 75373-5244 | Bright Labs Services LLC<br>485 Lexington Ave 10th FL,<br>New York, NY, 10017-2619 |
| (p)BROADRIDGE FINANCIAL SOLUTIONS<br>1155 LONG ISLAND AVENUE<br>EDGEWOOD NY 11717-8309 | Broadridge ICS<br>PO BOX 416423,<br>BOSTON, MA, 02241-6423 | CDW DIRECT<br>200 N. MILWAUKEE AVE,<br>VERNON HILLS, IL 60061-1577 |
| CINTAS<br>PO BOX 631025<br>CINCINNATI, OH, 45263-1025 | CK Administrative Services LLC<br>777 S Figueroa Street,<br>Suite 4100<br>Los Angeles, CA 90017-5841 | CT Corporation<br>PO Box 4349<br>Carol Stream, IL 60197-4349 |
| CUSIP GLOBAL SERVICES<br>55 WATERS ST,<br>NEW YORK, NY 10041-0016 | Calabrese Consulting LLC<br>24 North King Street,<br>Malverne, NY 11565-1002 | California Employment Development Department<br>3321 Power Inn Road,<br>Suite 140, #759<br>Sacramento, CA 95826-3893 |
| California Employment Development Department<br>PO Box 989061,<br>West Sacramento, CA 95798-9061 | California Employment Development Department<br>PO Box 997418 Sacramento, CA 95899 | Call & Jensen<br>810 Newport Center Dr<br>Newport Beach, CA 92660 |

| | | |
|---|---|---|
| Call & Jensen<br>810 Newport Center Dr, Suite 700,<br>Newport Beach, CA, 92660 | Chirstopher A Sebes<br>5730 Claridon Drive<br>Naples, FL 34113-8385 | Christopher A Sebes<br>5730 Claridon Drive,<br>Naples, FL 34113-8385 |
| Cloudflare, Inc<br>Mail Code: 5267,<br>PO Box 660367,<br>Dallas, TX, 75266-0367 | DC Office of Tax and Revenue- Compliance Adm<br>1101 4th Street SW,<br>Washington, DC 20024-4457 | DGA SECURITY<br>429 WST 53RD STREET<br>NEW YORK, NY 10019-5791 |
| Discount Edgar<br>125 Wolf Road, Suite 315,<br>Albany, NY 12205-1221 | Dominion Capital, LLC<br>341 West 38th Street<br>Suite 800<br>New York, NY 10018-9686 | Doug Greene<br>6805 Ingalls Court,<br>Galena, OH, 43021<br>ipCapital Group Inc<br>426 Industrial Ave, Suite 150,<br>Willston, VT, 05495-4459 |
| Drexel Hamilton, LLC<br>77 Water ST<br>New York, NY 10005-4420 | EL TORO LLC<br>552 E MARKET STREET,<br>LOUISVILLE, KY 40202-7111 | ELITE AUDIO VIDEO OF SO FL<br>12241 SW 185TH ST,<br>MIAMI, FL 33177-3181 |
| ELITE BUSINESS VENTURES<br>PO BOX 6510,<br>PASADENA, CA 91109-6500 | ENCORE<br>EVENT TECHNOL CEASARS PALACE,<br>8850 W SUNSET RD, 3RD FL,<br>LAS VEGAS, NV 89148-4897 | EQUISOLVE<br>3500 SW Corporate Pkwy,<br>Palm City, FL 34990-8185 |
| Eduardo J. Dominguez<br>5778 Devonshire Blvd.<br>Miami, FL 33155-4062 | Email Outreach Company<br>651 N Broad St, Suite 206,<br>Middletown, Delaware 19709-6402 | Empire Marketing Ventures LLC<br>383 Madison Ave,<br>New York, NY 10017-3217 |
| Employment Development Department<br>722 Capitol Mall<br>Sacramento, CA 95814-4703 | Enlyte<br>PO Box 88026,<br>Chicago, IL 60680-1026 | FL POWER HOUSE<br>2310 NW 102ND PLACE<br>DORAL, FL 33172-2517 |
| FLORIDA POWER AND LIGHT<br>21400 Powerline Road<br>Boca Raton, FL 33433-2312 | FLORIDA POWER AND LIGHT FPL<br>General Mail Facility<br>Miami, FL 33188-0001 | FRANCHIMP LTD<br>Kristine M Rogalewski-Mayo<br>18531 N Steet,<br>Scottsdale, AZ, 85255 |
| First Impulse<br>18 Goodyear, Suite 125,<br>Irvine, CA 92618-3750 | Fisher Phillps LLP<br>2050 Main St<br>Irvine, CA 92614-8255 | Fisher Phillps LLP<br>2050 Main St, Suite 1000,<br>Irvine, CA 92614-8240 |
| Florida Department of Revenue<br>2450 Shumard Oak Blvd<br>Tallahassee, FL 32399-7022 | Florida Department of Revenue<br>5050 West Tennessee Street,<br>Tallahassee, FL 32399-0100 | Florida Department of Revenue<br>Miami Service Center<br>3750 NW 87th Avenue, Suite 300,<br>Doral, FL 33178-2430 |

| | | |
|---|---|---|
| GITLAB INC<br>PO BOX 8244,<br>PASADENA, CA, 91109-8244 | GUMMICUBE, INC<br>50 E ST JOHN ST,<br>SAN JOSE, CA 95112-5596 | GUROCK<br>0801 N Mopac Expressway,<br>Building 1, Suite 100,<br>Austin, TX, 78759 |
| Gallagher Bassett<br>Services, Inc<br>15763 Collections<br>Center Drive,<br>Chicago, IL 60693-0001 | Gentry Partnership In<br>11523 Palmbrush Trail, Suite 193,<br>Lakewood Ranch, FL 34202-2917 | Gentry Partnership, Inc<br>11523 Palmbrush Trail<br>Bradenton, FL 34202-2917 |
| Gordon Rees Scully Mansukhani, LLP<br>275 Battery Street, 20th Fl,<br>San Francisco, CA 94111-3367 | Grasso Global Inc<br>Levinson Arshonsky Kurtz & Komsky LLP<br>15303 Ventura Blvd, Suite 1650,<br>Sherman Oaks, CA 91403-6620 | HEISE SUAREZ MELVILLE, P.A.<br>2990 Ponce de Leon Blvd, Suite 300,<br>Coral Gables, FL 33134-6803 |
| HUB International Insurance Services Inc<br>16030 Venture Blvd,<br>Suite 500,<br>Encino, CA 91436-2766 | Huggins Actuarial Services Inc<br>111 Veterans Square, Third Floor,<br>Media, PA 19063-3292 | ICR LLC<br>761 Main Ave<br>Norwalk, CT 06851-1080 |
| INTRADO DIGITAL MEDIA, LLC<br>C/O INTRADO CORPORATION,<br>PO BOX 74007143,<br>CHICAGO, IL, 60674-7143 | IOWA Workforce Development Unemployment Insu<br>1000 E Grand Avenue,<br>Des Moines, IA 50319-0220 | IPFS Corporation<br>3522 Thomasville Rd<br>Tallahassee, FL 32309-3488 |
| IPFS Corporation<br>3522 Thomasville Rd,<br>Suite 400,<br>Tallahassee, FL 32309-3488 | IPFS Corporation 3522<br>Thomasville Rd<br>Tallahassee, FL 32309 | IRS<br>Worland, WY 82401 |
| Idaho Department of Labor- Collection Enforc<br>Unit 317 W Main Street,<br>Boise, ID 83735-0001 | Idaho State Tax Commission<br>11321 W Chinden Blvd,<br>Boise ID 83714-1021 | Idaho State Tax Commission<br>PO Box 36,<br>Boise, ID 83722-0036 |
| Illinois Department of Employment Security<br>Revenue Collection Enforcement Unit<br>33 S State Street, 10th Floor,<br>Chicago, IL 60603-2808 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | Innovative Coverage Concepts LLC<br>c/o Arthur J Gallagher & Co,<br>200 Jefferson Park,<br>Ste 110 - 200,<br>Whippany, NJ 07981-1076 |
| IntacctDept 3237,<br>PO Box 123237,<br>Dallas, TX, 75312-3237 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | Internal Revenue Service Centralized Insolve<br>PO Box 7317<br>Philadelphia, PA 19101-7317 |
| J David Tax Law LLC<br>7077 Bonneval Road, Suite 200,<br>Jacksonville, FL 32216-6073 | JOBOT, LLC<br>18575 JAMBOREE RD, SUITE 600,<br>IRVINE, CA 92612-2554 | Judith Simpson<br>1939 Festival Court<br>Joliet, IL 60435 |

| | | |
|---|---|---|
| KARLINSKY LLC<br>103 Mountain Rd<br>Cornwall On Hudson, NY 12520-1802 | KPA SERVICES LL<br>PO Box 83301,<br>Woburn, MA, 01813-3301 | Kansas Department of Revenue<br>Division of Taxation<br>12 SE 10th Avenue,<br>Topeka KS 66625-0001 |
| Kansas Department of RevenueDivision of Taxa<br>PO Box 3506, Avenue,<br>Topeka, KS 66601-3506 | Kenneth Weaver<br>901 Riverside Drive<br>Old Hickory, TN 37138-3150 | Klein & Wilson<br>4770 Von Karman,<br>Newport Beach, CA 92660-2123 |
| LANIER PARKING<br>647 BRICKELL KEY DR, SUITE 1,<br>MIAMI, FL 33131-2622 | LEAPROS WORKFORCE SOLUTIONS<br>PO BOX 432,<br>HUNTINGTON BEACH, CA 92648-0432 | LOEB & LOEB LLP<br>345 PARK AVE,<br>NEW YORK, NY 10154-1895 |
| Lamb McErlane PC<br>24 E. Market St, PO Box 565,<br>West Chester, PA 19381-0565 | Launay Patrice, PEJ CONSULTING<br>1560 Sawgrass Corporate Pkwy,<br>4th FL Suite 423-C,<br>Sunrise, FL 33323-2858 | Lemke Mediation<br>515 S Flower St, Suite 1800,<br>Los Angeles, CA 90071-2231 |
| LexisNexis<br>28544 Network Place,<br>Chicago, IL, 60673-1285 | Lowenstein Sandler LLP<br>Attn: William B. Farrell<br>One Lowenstein Drive<br>Roseland, NJ 07068-1791 | Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068-1791 |
| Lowenstein Sandler LLP<br>One Lowenstein Drive,<br>Roseland, New Jersey 07068-1791 | Lydecker LLP<br>1221 Brickell Ave, 19th FL,<br>Miami, FL 33131-3240 | MEF I, LP<br>40 Wall Street<br>New York, NY 10005-1304 |
| MELTWATER NEWS U<br>Dept LA 23721,<br>Pasadena, CA, 91185-3721 | MILNER - USAGE<br>PO BOX 923197,<br>NORCROSS, GA, 30010-3197 | MILNER INC<br>PO BOX 105743<br>ATANTA, GA, 30348-5743 |
| MILNER INC - BRICKELL<br>PO BOX 41602,<br>PHILADELPHIA, PA, 19101-1602 | MINERAL INC<br>6701 Koll Center Parkway, Suite 430,<br>PLEASANTON, CA 94566-8065 | MINTZ<br>666 Third Avenue<br>New York, NY 10017-4011 |
| MINTZ<br>Chrysler Center,<br>666 Third Avenue,<br>New York, NY 10017-4011 | Marcum & Kliegman LLP<br>750 Third Ave<br>New York, NY 10017-2703 | Marcum & Kliegman LLP<br>750 Third Ave 11th FL,<br>New York 10017-2716 |
| Mark , Your Extended Office<br>No. 128 SRP Koil Street South,<br>Jawahar Nagar, Chennai, 600 082, India | Marlins Baseball<br>501 Marlins Way,<br>Miami, FL 33125-1121 | Marquis Aurbach Chtd<br>10001 Park Run Drive,<br>Las Vegas, NV 89145-8857 |

| | | |
|---|---|---|
| Martin Scott<br>19180 Skyridge Circle,<br>Boca Raton, FL 33498-6212 | Massachusetts Department of Revenue<br>100 Cambridge Street,<br>Boston, MA 02204-0001 | Meadows Collier Attorney At Law<br>901 Main Street, Suite 3700,<br>Dallas, TX 75202-3742 |
| Media Network Consultants LLC<br>13245 Lower Harden Ave<br>Orlando, FL 32827-7221 | (p)MEDIANT COMMUNICATIONS INC<br>ATTN ATTN JOSEPH SIMONOWICH<br>400 REGENCY FOREST DRIVE<br>SUITE 200<br>CARY NC 27518-7703 | MetLife Group Benefits<br>PO Box 804466,<br>Kansas City, MO,<br>64180-4466 |
| Miami-Dade Office of the Tax Collector<br>Tangible Personal Property<br>200 NW 2nd Avenue, Miami, FL 33128 | Michigan Department of Treasury<br>City Tax Administration<br>P.O. Box 30756<br>Lansing, MI 48909-8256 | Michigan Department of Treasury<br>PO Box 30756,<br>Lansing, MI 48909-8256 |
| Minesota Deptment of Revenue<br>Collection Division<br>PO Box 64651,<br>Saint Paul, MN 55164-0651 | Missouri Department of Revenue<br>Taxation Division<br>PO Box 3375,<br>Jefferson City, MO 65102-3375 | Morris, Nichols, Arsht & Tunnell LLP<br>1201 N Market St, 16th FL, PO Box 1347,<br>Wilmington, DE, 19899-1347 |
| NASDAQ<br>51 West 42nd Street, Floors 26, 27, 28,<br>New York, NY 10036 | NATPAY<br>3415 W Cypress St,<br>Tampa, FL 33607-5007 | NOW CFO NEWPORT BEACH<br>5251 S Green Street,<br>Suite 350,<br>Murray, UT, 84123 |
| Nasdaq Corporate<br>Solutions, LLC<br>PO Box 780700,<br>Philadelphia, PA,<br>19178-0700 | National Payment Corporation<br>3415 W Cypress Street<br>Tampa, FL 33607-5007 | Navarro Hernandez P<br>66 W Flagler St 6th FL,<br>Miami, FL 33130-1884 |
| New Benefits<br>Alexandra Gonzalez Zabala<br>Judith Simpson<br>1839 Festival Court,<br>Joliet, IL 60435-3785 | New Jersey Department of Labor and Workforce<br>Delinquency Unit<br>PO Box 932,<br>Trenton, NJ 08625-0932 | New Jersey Department of Labor and Workforce<br>Division of Employer Accounts<br>PO Box 059,<br>Trenton, NJ 08646-0001 |
| New Jersey Department of the Treasury<br>Division of Taxation<br>PO Box 1009,<br>Moorsetown, NJ 08057-0909 | New Mexico Department of Workforce Solutions<br>PO Box 1928,<br>Albuquerque, NM 87103-1928 | New Mexico Taxation & Revenue<br>PO Box 25128,<br>Santa Fe, NM 87504-5128 |
| New York Department of Labor- Unemployment I<br>Enforcement Unit<br>PO Box 4305<br>Binghamton, NY 13902-4305 | New York Department of Labor- Unemployment I<br>PO Box 15012<br>Albany, NY 12212-5012 | New York Department of Labor- Unemployment I<br>PO Box 4301<br>Brimingham, NY 13902-4301 |
| New York Department of Taxation and Finance<br>Civil Enforecement Division - Offset Uni<br>Albany NY 12227-0001 | New York Employment Contributions and Taxes<br>PO Box 4119<br>Binghamton, NY 13902-4119 | New York State Department of Taxation & Fina<br>Bankruptcy Section<br>P O Box 5300<br>Albany, NY 12205-0300 |

| | | |
|---|---|---|
| Norman S Gerstein PA<br>5966 S. Dixie Highway, Suite 300,<br>Miami, FL 33143-5177 | (p)OKTA INC<br>100 FIRST STREET<br>SUITE 600<br>SAN FRANCISCO CA 94105-3513 | OSBORN MALEDO<br>2929 N CENTRAL AVE, 21 FLOOR,<br>PHOENIX, AZ 85012-2782 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Okin Pest Control<br>2170 Piedmont Rd NE<br>Atlanta, GA, 30324-4135 | Oklahoma Tax Commission<br>Oklahoma City, OK 73194-0001 |
| Oppenheim Insurance Broker Inc.<br>23742 Lyons Ave,<br>PO Box 220957,<br>Newhall, CA 91322-0957 | Osborn Maledon<br>2929 N Central Ave<br>Phoenix, AZ 85012-2793 | Osher Capital Partners, LLC<br>c/o LH Financial<br>510 Madison Ave<br>14th Floor<br>New York, NY 10022-5730 |
| PETTIT KOHN<br>11622 EL CAMINO REAL, SUITE 300,<br>SAN DIEGO, CA 92130-2051 | Payne & Fears LLP<br>4 Park Plaza<br>Irvine, CA 92614-8550 | Payne & Fears LLP<br>4 Park Plaza, Suite 1100,<br>Irvine, CA 92614-8550 |
| Pennsylvania Department of Labor & Industry<br>Office of Unemployment Compensation Tax<br>651 Boas Street, Room 915,<br>Harrisburg, PA 17121-0751 | Philadelphia Ins Co<br>PO BOX 70251,<br>PHILADELPHIA, PA, 19176-0251 | Pitney Bowes<br>PO Box 371874,<br>Pittsburgh, PA, 15250-7874 |
| Plant Care<br>PO Box 50115,<br>Lighthouse Point, FL 33074-0115 | Premier Produce<br>2672 SW 36th St<br>Dania Beach, FL 33312-5005 | Prequin Limited<br>1st Floor, Verde, 10 Bressenden Place,<br>London, United Kingdom,<br>SW1E 5DH, United Kingdom |
| PrismHR<br>PO BOX 844768,<br>Boston, MA 02284-4759 | Professional Window Tinters<br>7385 Bird Rd (40th St)<br>Miami, FL, 33155 | QB Animation Inc<br>320 Lighthouse Drive,<br>Palm Beach Gardens, FL 33410-4835 |
| RB INTERNATIONAL<br>SUPPLY CORP<br>7265 NW 44TH ST<br>MIAMI, FL 33166-6418 | RUNWAY 1 LLC<br>250 Greenpoint Ave,<br>Brooklyn, NY 11222-2493 | Restaurant Finance Monitor<br>2808 Anthony Lane South,<br>Minneapolis, MN 55418-3234 |
| Richard DeBeikes<br>23241 Ventura Blvd Ste 224C,<br>Woodland Hills, CA 91364-1042 | Rose, Snyder & Jacobs LLP<br>15821 Ventura Blvd<br>Encino, CA 91436-4778 | Rose, Snyder & Jacobs LLP<br>15821 Ventura Blvd, Suite 490,<br>Encino, CA 91436-4778 |
| Roxborough Pomerance NYE & Adreani<br>5820 Canoga Ave<br>Woodland Hills, CA 91367-6549 | Roxborough Pomerance NYE & Adreani<br>5820 Canoga Ave, Suite 250,<br>Woodland Hills, CA 91367-6549 | SICHENZIA ROSS FERENCE LLP<br>1185 AVE OF THE AMERICAS,<br>31ST FLOOR,<br>NEW YORK, NY 10036-2612 |

| | | |
|---|---|---|
| STERICYCLE<br>28883 NETWORK PLACE,<br>CHICAGO, IL, 60673-1288 | SUNZ INSURANCE<br>1301 6th Ave W,<br>Bradenton, FL 34205-7410 | Say Technologies LLC<br>85 Willow Road<br>Menlo Park, CA 94025-3656 |
| SearchGeeks<br>701 Palomar Airport Rd. #170,<br>Carlsbad CA 92011-1045 | Securities and Exchange Commission<br>100 F Street, NE,<br>Washington, DC 20549-2001 | Securities and Exchange Commission<br>801 Brickell Avenue<br>Suite 1950<br>Miami, FL 33131-4901 |
| Slavic 401K<br>1075 Broken Sound Pkwy NW, Suite 100,<br>Boca Raton, FL, 33487-3540 | Slavic Integrated Administration<br>1075 NW Brkn Snd Pkway, Ste 100,<br>Boca Raton, FL,<br>33487-3540 | SolutionCore Inc<br>9742 Hibiscus Drive,<br>Garden Grove, CA 92841-1717 |
| Specialty Marketing Consulting Inc<br>c/o Kimberly Peters,<br>PO Box 6700,<br>Pine Mountain Club, CA 93222-6700 | Sperling & Slater PC<br>55 West Monroe Street, Suite 3200,<br>Chicago, IL 60603-5035 | Sports1ternship, LLC<br>23 Rancho Circle,<br>Lake Forest, CA 92630-8324 |
| Sportslternship, LLC<br>23 Rancho Circle<br>Lake Forest, CA 92630-8324 | Staff Benefits<br>Management, Inc<br>2307 FENTON PARKWAY #107-126,<br>San Diego, CA 92108-4746 | Stifel Financial<br>510 N. Broadway<br>Saint Louis, MO 63102 |
| SullivanCurtisMonroe Ins Serv LLC<br>1920 Main St, Suite 600,<br>Irvine, CA 92614-7226 | TEKWORKS<br>13000 Gregg Street,<br>Poway, CA 92064-7151 | TENNESSE DEPT OF REVENUE<br>500 DEADERICK ST, ANDREW JACKSON ST OFFI<br>NASHVILLE, TN 37242-0001 |
| TMF SERVICES HONDURAS<br>Colonia Lomas del Guijarro Sur,<br>Domicilio Alquilado, Contiguoa Plaza Fic<br>5to Nivel. Tegucigalpa M.D.C. Honduras | TRUSAIC<br>3530 WILSIRE BLVD, SUITE 1460,<br>LOS ANGELES, CA 90010-2334 | Tennessee Department of Labor & Workforce De<br>Employment Security Division,<br>Employer Accounts Audit<br>220 French Landing Drive,<br>Nashville, TN 37243-1002 |
| Toppan Merrill LLC<br>PO BOX 74007295,<br>CHICAGO, IL 60674-7295 | Traliant Operating LLC<br>PO Box 844090,<br>Boston, MA 02284-4090 | Trenan Law<br>PO Box 1102,<br>Tampa, FL, 33601-1102 |
| UNITED HEALTHCARE<br>PO BOX 111111,<br>NEW TOWN, MO, 93195-9782 | US FOODS<br>PO BOX 281838<br>BOCA RATON, FL, 30384-1838 | VERIFONE INC<br>c/o Colliers Int'l Lease Admin,<br>301 University Ave, Ste 100,<br>Sacramento, CA 95825-5537 |
| VERITEXT, LLC<br>PO BOX 71303,<br>CHICAGO, IL, 60694-1303 | VIA Design Studio<br>103 Westward Drive<br>Miami, FL 33166-5257 | Virginia Department of Taxation<br>PO Box 1115.<br>Richmond, VA 23218-1115 |

| | | |
|---|---|---|
| Virginia Department of Taxation<br>PO Box 1777,<br>Richmond, VA 23218-1777 | WASTE MANAGEMENT INC FL<br>8801 NW 91ST STREET,<br>MEDLEY, FL 33178-1815 | WHITE & CASE<br>SE FINANICAL CTR STE 4900,<br>200 S BISCAYNE BLVD,<br>MIAMI, FL, 33131-2352 |
| WORKIVA<br>2900 UNIVERSITY BLVD,<br>AMES, IA 50010-8665 | White & Case<br>SE Financial Ctr Ste<br>4900 Miami, FL 33131 | Whitney White<br>100 Albert Way 08540-3202 |
| Whitney White<br>100 Albert Way, Apt 1417,<br>Princeton, NJ 08540-3215 | Widgets & Web LLC<br>19500 194th Trl,<br>Golden Beach, FL, 33160 | eFax Corporate<br>C/O J2 Cloud Services LLC,<br>PO BOX 51873,<br>LOS ANGELES, CA, 90051-6173 |
| nFusion Capital Finance LLC<br>6444 Burnet Rd Unit 100,<br>Austin, TX 78757-3252 | Daniel Gielchinsky<br>2875 NE 191st Street<br>Suite 705<br>Aventura, FL 33180-2803 | Eric Rubin<br>Moecker Auctions Inc<br>1885 Marina Mile Blvd #103<br>Ft. Lauderdale, FL 33315-2243 |
| Isaac M Marcushamer Esq.<br>DGIM Law, PLLC<br>2875 NE 191st Street<br>Suite 705<br>Aventura, FL 33180-2803 | Jonathan Feldman<br>2 South Biscayne Boulevard, Suite 1600<br>Miami, FL 33131-1824 | Manny Rivera<br>c/o Shraiberg Page P.A.<br>2385 NW Executive Center Dr., #300<br>Boca Raton, FL 33431-8530 |
| Mark Absher<br>c/o Shraiberg Page P.A.<br>2385 NW Executive Center Dr., #300<br>Boca Raton, FL 33431-8530 | Robert Angueira<br>c/o Paul Steven Singerman<br>Berger Singerman LLP<br>1450 Brickell Avenue<br>Suite 1900<br>Miami, FL 33131-5319 | Scott Absher<br>c/o Shraiberg Page P.A.<br>2385 NW Executive Center Dr., #300<br>Boca Raton, FL 33431-8530 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| United States of America Internal Revenue Se<br>c/o Raychelle A. Tasher<br>99 NE 4 St. # 300<br>Miami, FL 33132 | Broadridge Financial Solutions<br>1155 long Island Avanue<br>Edgewood, NY 11717 | (d)IRS - Department of the Treasury<br>Ogen, UT 84201 |
| Illinois Department of Revenue<br>PO Box 19006,<br>Springfield, IL 62794 | Mediant<br>Communications Inc.<br>PO BOX 29976,<br>NEW YORK, NY, 10087-9976 | (d)Mediant Communications Inc.<br>400 Regency Forest Drive<br>Suite 200<br>Cary, NC 27518 |
| OKTA INC<br>100 FIRST STREET, SUITE 600,<br>SAN FRANCISCO, CA, 94105 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Sunz Insurance Solutions, LLC

(u)Miami

(d)A & A Ornamental, Inc
18731 SW 87th Ave,
Cutler Bay, FL 33157-7224

(d)ALLIED SPORTS LLC
PO BOX 845785,
BOSTON, MA, 02284-5785

(d)CINTAS
PO BOX 631025,
CINCINNATI, OH, 45263-1025

(d)CK Administrative Services LLC
777 S Figueroa Street, Suite 4100,
Los Angeles, CA 90017-5841

(d)CT Corporation
PO Box 4349,
Carol Stream, IL,
60197-4349

(d)DGA SECURITY
429 WST 53RD STREET,
NEW YORK, NY 10019-5791

(d)FL POWER HOUSE
2310 NW 102ND PLACE,
DORAL, FL 33172-2517

(d)ICR LLC
761 Main Ave,
Norwalk, CT 06851-1080

(d)KARLINSKY LLC
103 Mountain Road,
Cornwall-On-Hudson, NY 12520-1802

(d)Kenneth Weaver
901 Riverside Drive,
Old Hickory, TN 37138-3150

(d)MILNER INC
PO BOX 105743,
ATANTA, GA, 30348-5743

(d)MILNER INC BRICKELL
PO BOX 41602
PHILADELPHIA, PA, 19101-1602

(d)MILNER USAGE
PO BOX 923197
NORCROSS, GA, 30010-3197

(d)Media Network Consultants LLC
13245 Lower Harden Ave,
Orlando, FL 32827-7221

(d)Premier Produce
2672 SW 36th St,
Dania Beach, FL 33312-5005

(d)Professional Window Tinters
7385 Bird Rd (40th St),
Miami, FL, 33155

(d)RB INTERNATIONAL SUPPLY CORP
7265 NW 44TH ST,
MIAMI, FL 33166-6418

(d)Securities and Exchange Commission
100 F. Street NE
Washington, DC 20549-2001

(d)Sunz Insurance
1301 6th Ave W
Bradenton, FL 34205-7410

(d)US FOODS
PO BOX 281838,
BOCA RATON, FL, 30384-1838

(d)VIA Design Studio
103 Westward Drive,
Miami, FL 33166-5257

(d)WORKIVA
2900 University Blvd
Ames, IA 50010-8665

(d)White & Case
SE Financial Ctr Ste 4900
Miami, FL 33131

(d)Whitney White
100 Albert Way 08540

(u)Richelle Kalnit
Hillco IP Services LLC

```
End of Label Matrix
Mailable recipients    257
Bypassed recipients     27
Total                  284
```