**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:                                                    Chapter 11

SHIFTPIXY, INC. *et, al.*[1]                              Case No. 24-21209-LMI

      Debtors.                                   (Jointly Administered)

_____/

### *EXPEDITED* MOTION OF THE DEBTORS FOR THE ENTRY OF AN ORDER CONVERTING THE DEBTORS' CHAPTER 11 CASES TO CASES UNDER CHAPTER 7 OF THE BANKRUPTCY CODE UPON THE CLOSING OF THE SALE

**STATEMENT OF EXIGENT CIRCUMSTANCES: The Debtors respectfully request that the Court consider this motion on <u>December 16, 2024, at 9:30</u> a.m. At that time the Court will consider the approval of the sale of the Debtor's remaining business assets to the winner of the auction. As soon as that sale closes, the only remaining assets of the Debtors will be potential litigation claims. It is more efficient and appropriate for those claims to be reviewed and pursued by a chapter 7 trustee. Accordingly, the Debtors request that the Court consider this matter on an expedited basis to avoid the unnecessary administrative expense of remaining in Chapter 11. The office of the United States Trustee does not oppose the relief requested, however, it is still reviewing the proposed order and the carve-out. The Department of Justice on behalf of the Internal Revenue Service, is still considering the requested relief herein.**

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), by and through their proposed undersigned counsel, file this application (the "Application"), seeking a) the entry of an order, substantially in the form attached hereto as **<u>Exhibit A</u>** (the "Conversion

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

Order"), converting the Debtors' chapter 11 cases to cases under chapter 7 of the Bankruptcy Code once the Sale (defined below) closes, and respectfully state as follows:

<p style="text-align:center;"><u>**JURISDICTION AND VENUE**</u></p>

1.      The United States Bankruptcy Court for the Southern District of Florida (the "<u>Court</u>") has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.      Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory predicates for the relief requested herein are § 1112(a) of chapter 11 of title 11 of the United States Code (as amended, the "Bankruptcy Code") and Rules 1017(f)(2) and 9013 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules").

<p style="text-align:center;"><u>**BACKGROUND**</u></p>

4.      On October 28, 2024, (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). The Chapter 11 Cases are being jointly administered under the above caption for procedural purposes only.

5.      No Committee has been appointed in these cases.

6.      For a detailed description of the Debtors, the circumstances leading to the commencement of these Chapter 11 Cases and information regarding the Debtors' businesses and capital structure, the Debtors respectfully refer the Court and parties in interest to the Declaration of Jonathan Feldman in Support of Chapter 11 Petitions and First Day Pleadings Filed by Debtor ShiftPixy, Inc.'s [ECF No. 16] (the "First Day Declaration") which is incorporated herein by reference.

7.      On November 6, 2024, the Debtors sought to retain Hilco IP Services, LLC as the intangible asset disposition agent [ECF No. 45] (the "Hilco Application"). The Court approved the

<p style="text-align:center;">2</p>

Hilco Retention Application on November 27, 2024 [ECF No. 91].

8.      On November 18, 2024, the Debtors filed a motion seeking approval of bidding procedures for the sale of all or substantially all of the Debtors' assets [ECF No. 60] (the "Bidding Procedures Motion") and on December 4, 2024, the Court entered an order approving the Bidding Procedures Motion [ECF No. 97] (the "Bidding Procedures Order"), which, among other things, set December 6, 2024, as the Final Bid Deadline.

9.      On December 10, 2024, the Debtors, led by Hilco IP Services, LLC, conducted an auction for the assets of the Debtors, to be sold pursuant to the Bidding Procedures Order.

10.     G3 Business Services LLC ('Winning Bidder") was selected by the Chief Restructuring Officer as providing the highest and best bid of $1,850,000.00 [ECF No.106] (the "Auction Notice").

11.     The Debtors are seeking approval of the sale to the Winning Bidder at the Sale Hearing on December 16, 2024, at 9:30 a.m (the "Sale").

12.     The Sale is expected to close on or before December 19, 2024.

13.     Separately, on November 27, 2024 the Court entered its *Order Granting Debtor's Expedited Application to Employ Eric Rubin and Moecker Auctions, Inc. as Auctioneer; Approving Competitive Bidding and Sale Procedures for the Sale of Assets Owned by the Debtors Wholly Owned Subsidiary; Scheduling Dates to Conduct Sale; Approving the Form and Manner of Notices, and Granting Related Relief* [ECF No. 90] ("Moecker Auction Order").

14.     On December 5, 2024, the Debtors held the auction as required by the Moecker Auction Order.

15.     As noted in the Preliminary Status from Moecker Auction [ECF No. 107], Moecker has so far collected $521,050.60 of the $541,570.60 that was bid at the auction it conducted.

## RELIEF REQUESTED

16.     By this Motion, the Debtors seek the entry of the Conversion Order upon the filing of the Closing Date Notice, and pursuant to section 1112(a) of the Bankruptcy Code and Bankruptcy Rule 1017(f)(2), converting these Chapter 11 Cases to cases under chapter 7 of the Bankruptcy Code.

## THE REQUESTED RELIEF SHOULD BE GRANTED

17.     Conversion of a chapter 11 case is covered by section 1112(a) of the Bankruptcy Code which states, in full, as follows:

> The debtor may convert a case under this chapter to a case under chapter 7 of this title unless –

> (1). the debtor is not a debtor in possession;

> (2). the case originally was commenced as an involuntary case under this chapter; or

> (3). the case was converted to a case under this chapter other than on the debtor's request.

11 U.S.C. § 1112(a).

18.     Section 1112(a) gives a debtor the absolute right to convert a chapter 11 case to a case under chapter 7, provided that the three limitations set forth above in § 1112(a)(1)-(3) do not apply. *See, e.g., In re Texas Extrusion Corp*., 844 F.2d 1142, 1161 (5th Cir. 1988) ("[a] debtor has the absolute right to convert his or her Chapter 11 case to a Chapter 7 case…"); *In re Garcia*, 606 B.R. 98, 108 (Bankr. D. N.M. 2019) (stating rule and granting debtor's motion to convert chapter 11 case to a case under chapter 7 where a favorable sale involving the debtor's assets no longer appeared likely) (quoting 7 COLLIER ON BANKRUPTCY ¶ 1112.02 (16th ed.)); *In re Schuler*, 119 B.R. 191, 192 (Bankr. W.D. Mo. 1990) (stating rule and legislative history); *In re Marill Alarm*

4

*Systems, Inc.*, 100 B.R. 606, 607 (Bankr. S.D. Fla. 1989) (stating rule); *In re Dieckhaus Stationers of King of Prussia, Inc.*, 73 B.R. 969, 971 (Bankr. E.D. Pa. 1987) (same).

19.     As a threshold matter, none of the three limitations on a debtor's right to convert that are set forth in § 1112(a)(1)-(3) are present in the Debtors' cases because (i) the Debtors are debtors-in-possession, (ii) each of the Chapter 11 Cases was commenced by the filing of a voluntary petition for relief, and (iii) there have been no prior conversions of the Chapter 11 Cases. Accordingly, the Debtors respectfully submit that they have satisfied the statutory standard for conversion of the Chapter 11 Cases from chapter 11 to cases under chapter 7 of the Bankruptcy Code and the Court should grant the relief requested in this Motion.

20.     Additionally, as the Court and parties-in-interest are aware, the Debtors filed these Chapter 11 Cases to preserve their business as a going-concern operation through pursuing a sale or sales of some or all the Debtors' assets pursuant to section 363 of the Bankruptcy Code.

21.     Through the efforts, led by the Chief Restructuring Officer, and supported by Hilco IP Services LLC, Moecker Auctions, and Debtor's Counsel, the Debtors sold their assets. The proceeds from both Moecker Auction and the Sale are expected to be \$2,391,570.60.[2]

22.     The Debtors no longer have an operating business to rehabilitate, and the Debtors believe that a chapter 7 trustee could oversee the collection and monetization of the Debtors' remaining assets (principally potential litigation claims), all of which are subject to the lien of the Internal Revenue Service and to make distributions to creditors pursuant to the statutory priority scheme of the Bankruptcy Code.  However, the Debtors request that the CRO be authorized to pay

---

[2] This is the gross sale amount. Hilco IP Services is entitled to fee under ECF No. 91 for its fee (15% of the sale price) and reimbursement of expenses.

of the CRO and DGIM Law, PLLC's fees and expenses.[3] For these reasons, the Debtors believe that conversion of the Chapter 11 cases from chapter 11 to chapter 7 will inure to the benefit of the Debtors' creditors and all other parties in interest in these bankruptcy cases.

23.    The Debtors proceed with this Motion seeking the entry of the Conversion Order upon the filing of the Closing Date Notice, substantially in the form attached hereto as **Exhibit A**, converting the Chapter 11 Cases to cases under chapter 7 of the Bankruptcy Code.

**WHEREFORE**, for the reasons set forth herein, the Debtors respectfully request the Court (i) to grant this Motion, (ii) to enter the Order upon the filing of the Closing Date Notice, in substantially the same form attached hereto as Exhibit A, converting these Chapter 11 Cases to cases under chapter 7 of the Bankruptcy Code, and (iii) to grant any such other relief as may be appropriate under the circumstances.

Dated December 11, 2024.

<div style="margin-left:40%">

**DGIM Law, PLLC**
*Counsel for the Debtors*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708

*/s/ Isaac Marcushamer*
Isaac Marcushamer, Esq.
Florida Bar No. 0060373
Email:  isaac@dgimlaw.com
Monique D. Hayes, Esq.
Florida Bar No. 843571
Email: monique@dgimlaw.com

</div>

---

[3] The CRO and DGIM Law, PLLC are working with the Department of Justice regarding an acceptable carve-out for the chapter 11 administrative expenses. The sum requested by the CRO for fees is $260,000.00 combined for DGIM Law, PLLC ($215,000) and the CRO ($45,000), which will include all time approved in final fee applications to be filed separately. This would include future time to ensure an orderly transition to a Chapter 7 Trustee. Expenses would be in addition to the $260,000.00 and would also be subject to the Court's approval.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the Motion was served via CM/ECF Notification and/or U.S. Mail to all parties on the attached service list on this 11th day of December, 2024.

> /s/ Isaac Marcushamer
> Isaac Marcushamer, Esq.
> Florida Bar No. 0060373

Label Matrix for local noticing
113C-1
Case 24-21209-LMI
Southern District of Florida
Miami
Mon Dec  2 14:16:19 EST 2024

Balanced Management, LLC
1800 Second St.
Unit 603
Sarasota, fl 34236-5990

Century Tacos, Inc.
c/o Leyza B. Florin, Esq.
Sequor Law
1111 Brickell Avenue
Suite 1250
Miami, FL 33131-3133

Foundry ASVRF Sawgrass, LLC
c/o Michael S. Provenzale
P.O. BOX 2809
ORLANDO, FL 32802-2809

Golden Taco, Inc.
c/o Leyza B. Florin, Esq.
Sequor Law
1111 Brickell Avenue
Suite 1250
Miami, FL 33131-3133

Los Angeles West Taco, Inc.
c/o Leyza B. Florin, Esq.
Sequor Law
1111 Brickell Avenue
Suite 1250
Miami, FL 33131-3133

Pacific Coast Taco, Inc.
c/o Leyza B. Florin, Esq.
Sequor Law
1111 Brickell Avenue
Suite 1250
Miami, FL 33131-3133

ReThink Human Capital Management, Inc
4101 NW 25th Street
Miami, FL 33142-6725

ShiftPixy Staffing, Inc
4101 NW 25th Street
Miami, FL 33142-6725

ShiftPixy, Inc.
4101 NW 25 Street
Miami, FL 33142-6725

Tacos 2000, Inc.
c/o Leyza B. Florin, Esq.
Sequor Law
1111 Brickell Avenue
Suite 1250
Miami, FL 33131-3133

(p) INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

4te Inc
PO Box 4048,
Mission Viejo, CA, 92690-4048

A & A Ornamental, Inc
18731 SW 87th Ave
Cutler Bay, FL 33157-7224

ADP/MASTER TAX
MasterTax, LLC
111 W. Rio Salado Parkway,
Tempe, AZ 85281-2878

AGP/ALLIANCE GLOBAL PARTNERS
590 MADISON AVE,
NEW YORK, NY 10022-2524

ALLIED SPORTS LLC
PO BOX 845785
BOSTON, MA, 02284-5785

AMWINS GROUP BENEFITS
PO BOX 71051,
CHARLOTTE, NC, 28272-1051

ANKURA
201 E WASHINGTON ST, SUITE 1700,
PHOENIX, AZ 85004-2245

ARRAY
624 S AUSTIN AVE,
SUITE 230,
GEORGETOWN, TX, 78626-5758

ARTHUR J GALLAGHER RK MGMT SRV
PO BOX 532143,
ATLANTA, GA 30353-2143

AT&T
PO Box 6463,
Carol Stream, IL, 60197-6463

Alpha Capital Anstalt
c/o LH Financial
510 Madison Avenue
14th Floor
New York, NY 10022-5730

AmWINS Specialty Casualty Solutions
10 S LaSalle St, Suite 1500,
Chicago, IL 60603-1077

American Recruiting & Consulting Group
2200 N Commerce Pkwy, Suite 200,
Weston, FL 33326-3258

AppsFlyer
100 1 ST St, 25th FL,
San Francisco, CA 94105-3082

Arizona Department of Economic Security
PO Box 6028, Mail Drop 5881,
Phoenix, AZ 85005-6028

Arizona Department of Revenue
PO Box 29085,
Phoenix, AZ 85038-9085

Arondight Advisors
120 Wall St,
New York, New York 10005-3904

Asurint
File 2418,
1801 W Olympic Blvd,
Pasadena, CA 91199-0001

Audio Video Cameras Serv Corp
AUDIO VIDEO CAMERA & SERVICES CORP.
3600 W PALM CT, HIALEAH, FL 33012

BAKER TILLY US, LLP
PO Box 511563,
Los Angeles, CA, 90051-8118

BEST OFFICE COFFEE SERVICES
13130 SW 130 TERRACE,
MIAMI, FL 33186-5895

BREX CC
Brex Payments LLC
650 S 500 W., Suite 300,
Salt Lake City, UT 84101-2891

BREX GHOST KITCHEN
650 S 500 W Suite 300
Salt Lake City, UT 84101-2891

BTERREL GROUP
4324 Mapleshade Ln, Suite 103,
Plano, TX 75093-0050

BUSINESS WIRE DEPT 34182
PO BOX 39000,
SAN FRANCISCO, CA 94139-0001

BairesDev LLC
800 W El Camino
Mountain View, CA 94040-2567

BairesDev LLC
c/o Tyler R. Dowdall, Esq.,
Tarter Krinsky & Drogin, LLP,
1925 Century Park East, Suite 400N,
Los Angeles, California 90067-2701

Balanced Management
Registered Agents Inc.
7533 S. Center View CT
Ste R
West Jordan, UT 84084-5526

Balanced Management, LLC
10880 Wilshire Blvd. 19th Floor
Los Angeles, CA 90024-4101

Balanced Management, LLC
1682 Pintail Way
Sarasota, FL 34231-9136

Balanced Management, LLC
26 S. Rio Grande St. #2072
Salt Lake City Utah 84101-1179

Balanced Management, LLC
3017 Bolling Way NE
Atlanta, GA 30305-2205

Balanced Management, LLC
315 E 62 floor 3
New York, NY 10065-7767

Balanced Management, LLC
441 Lexington Ave
18th Floor
New York, NY 10017-3924

Berkowitz Pollack Brant Advisors CPA
PO Box 735244,
Dallas, TX, 75373-5244

Bright Labs Services LLC
485 Lexington Ave 10th FL,
New York, NY, 10017-2619

(p)BROADRIDGE FINANCIAL SOLUTIONS
1155 LONG ISLAND AVENUE
EDGEWOOD NY 11717-8309

Broadridge ICS
PO BOX 416423,
BOSTON, MA, 02241-6423

CDW DIRECT
200 N. MILWAUKEE AVE,
VERNON HILLS, IL 60061-1577

CINTAS
PO BOX 631025
CINCINNATI, OH, 45263-1025

CK Administrative Services LLC
777 S Figueroa Street,
Suite 4100
Los Angeles, CA 90017-5841

CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349

CUSIP GLOBAL SERVICES
55 WATERS ST,
NEW YORK, NY 10041-0016

Calabrese Consulting LLC
24 North King Street,
Malverne, NY 11565-1002

California Employment Development Department
3321 Power Inn Road,
Suite 140, #759
Sacramento, CA 95826-3893

California Employment Development Department
PO Box 989061,
West Sacramento, CA 95798-9061

California Employment Development Department
PO Box 997418 Sacramento, CA 95899

Call & Jensen
810 Newport Center Dr
Newport Beach, CA 92660

Call & Jensen
810 Newport Center Dr, Suite 700,
Newport Beach, CA, 92660

Chirstopher A Sebes
5730 Claridon Drive
Naples, FL 34113-8385

Christopher A Sebes
5730 Claridon Drive,
Naples, FL 34113-8385

Cloudflare, Inc
Mail Code: 5267,
PO Box 660367,
Dallas, TX, 75266-0367

DC Office of Tax and Revenue- Compliance Adm
1101 4th Street SW,
Washington, DC 20024-4457

DGA SECURITY
429 WST 53RD STREET
NEW YORK, NY 10019-5791

Discount Edgar
125 Wolf Road, Suite 315,
Albany, NY 12205-1221

Dominion Capital, LLC
341 West 38th Street
Suite 800
New York, NY 10018-9686

Doug Greene
6805 Ingalls Court,
Galena, OH, 43021
ipCapital Group Inc
426 Industrial Ave, Suite 150,
Willston, VT, 05495-4459

Drexel Hamilton, LLC
77 Water ST
New York, NY 10005-4420

EL TORO LLC
552 E MARKET STREET,
LOUISVILLE, KY 40202-7111

ELITE AUDIO VIDEO OF SO FL
12241 SW 185TH ST,
MIAMI, FL 33177-3181

ELITE BUSINESS VENTURES
PO BOX 6510,
PASADENA, CA 91109-6500

ENCORE
EVENT TECHNOL CEASARS PALACE,
8850 W SUNSET RD, 3RD FL,
LAS VEGAS, NV 89148-4897

EQUISOLVE
3500 SW Corporate Pkwy,
Palm City, FL 34990-8185

Eduardo J. Dominguez
5778 Devonshire Blvd.
Miami, FL 33155-4062

Email Outreach Company
651 N Broad St, Suite 206,
Middletown, Delaware 19709-6402

Empire Marketing Ventures LLC
383 Madison Ave,
New York, NY 10017-3217

Employment Development Department
722 Capitol Mall
Sacramento, CA 95814-4703

Enlyte
PO Box 88026,
Chicago, IL 60680-1026

FL POWER HOUSE
2310 NW 102ND PLACE
DORAL, FL 33172-2517

FLORIDA POWER AND LIGHT
21400 Powerline Road
Boca Raton, FL 33433-2312

FLORIDA POWER AND LIGHT FPL
General Mail Facility
Miami, FL 33188-0001

FRANCHIMP LTD
Kristine M Rogalewski-Mayo
18531 N Steet,
Scottsdale, AZ, 85255

First Impulse
18 Goodyear, Suite 125,
Irvine, CA 92618-3750

Fisher Phillps LLP
2050 Main St
Irvine, CA 92614-8255

Fisher Phillps LLP
2050 Main St, Suite 1000,
Irvine, CA 92614-8240

Florida Department of Revenue
2450 Shumard Oak Blvd
Tallahassee, FL 32399-7022

Florida Department of Revenue
5050 West Tennessee Street,
Tallahassee, FL 32399-0100

Florida Department of Revenue
Miami Service Center
3750 NW 87th Avenue, Suite 300,
Doral, FL 33178-2430

GITLAB INC
PO BOX 8244,
PASADENA, CA, 91109-8244

GUMMICUBE, INC
50 E ST JOHN ST,
SAN JOSE, CA 95112-5596

GUROCK
0801 N Mopac Expressway,
Building 1, Suite 100,
Austin, TX, 78759

Gallagher Bassett
Services, Inc
15763 Collections
Center Drive,
Chicago, IL 60693-0001

Gentry Partnership In
11523 Palmbrush Trail, Suite 193,
Lakewood Ranch, FL 34202-2917

Gentry Partnership, Inc
11523 Palmbrush Trail
Bradenton, FL 34202-2917

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, 20th Fl,
San Francisco, CA 94111-3367

Grasso Global Inc
Levinson Arshonsky Kurtz & Komsky LLP
15303 Ventura Blvd, Suite 1650,
Sherman Oaks, CA 91403-6620

HEISE SUAREZ MELVILLE, P.A.
2990 Ponce de Leon Blvd, Suite 300,
Coral Gables, FL 33134-6803

HUB International Insurance Services Inc
16030 Venture Blvd,
Suite 500,
Encino, CA 91436-2766

Huggins Actuarial Services Inc
111 Veterans Square, Third Floor,
Media, PA 19063-3292

ICR LLC
761 Main Ave
Norwalk, CT 06851-1080

INTRADO DIGITAL MEDIA, LLC
C/O INTRADO CORPORATION,
PO BOX 74007143,
CHICAGO, IL, 60674-7143

IOWA Workforce Development Unemployment Insu
1000 E Grand Avenue,
Des Moines, IA 50319-0220

IPFS Corporation
3522 Thomasville Rd
Tallahassee, FL 32309-3488

IPFS Corporation
3522 Thomasville Rd,
Suite 400,
Tallahassee, FL 32309-3488

IPFS Corporation 3522
Thomasville Rd
Tallahassee, FL 32309

IRS
Worland, WY 82401

Idaho Department of Labor- Collection Enforc
Unit 317 W Main Street,
Boise, ID 83735-0001

Idaho State Tax Commission
11321 W Chinden Blvd,
Boise ID 83714-1021

Idaho State Tax Commission
PO Box 36,
Boise, ID 83722-0036

Illinois Department of Employment Security
Revenue Collection Enforcement Unit
33 S State Street, 10th Floor,
Chicago, IL 60603-2808

(p)ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

Innovative Coverage Concepts LLC
c/o Arthur J Gallagher & Co,
200 Jefferson Park,
Ste 110 - 200,
Whippany, NJ 07981-1076

IntacctDept 3237,
PO Box 123237,
Dallas, TX, 75312-3237

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7317
Philadelphia, PA 19101-7317

Internal Revenue Service Centralized Insolve
PO Box 7317
Philadelphia, PA 19101-7317

J David Tax Law LLC
7077 Bonneval Road, Suite 200,
Jacksonville, FL 32216-6073

JOBOT, LLC
18575 JAMBOREE RD, SUITE 600,
IRVINE, CA 92612-2554

Judith Simpson
1939 Festival Court
Joliet, IL 60435

KARLINSKY LLC
103 Mountain Rd
Cornwall On Hudson, NY 12520-1802

KPA SERVICES LL
PO Box 83301,
Woburn, MA, 01813-3301

Kansas Department of Revenue
Division of Taxation
12 SE 10th Avenue,
Topeka KS 66625-0001

Kansas Department of RevenueDivision of Taxa
PO Box 3506, Avenue,
Topeka, KS 66601-3506

Kenneth Weaver
901 Riverside Drive
Old Hickory, TN 37138-3150

Klein & Wilson
4770 Von Karman,
Newport Beach, CA 92660-2123

LANIER PARKING
647 BRICKELL KEY DR, SUITE 1,
MIAMI, FL 33131-2622

LEAPROS WORKFORCE SOLUTIONS
PO BOX 432,
HUNTINGTON BEACH, CA 92648-0432

LOEB & LOEB LLP
345 PARK AVE,
NEW YORK, NY 10154-1895

Lamb McErlane PC
24 E. Market St, PO Box 565,
West Chester, PA 19381-0565

Launay Patrice, PEJ CONSULTING
1560 Sawgrass Corporate Pkwy,
4th FL Suite 423-C,
Sunrise, FL 33323-2858

Lemke Mediation
515 S Flower St, Suite 1800,
Los Angeles, CA 90071-2231

LexisNexis
28544 Network Place,
Chicago, IL, 60673-1285

Lowenstein Sandler LLP
Attn: William B. Farrell
One Lowenstein Drive
Roseland, NJ 07068-1791

Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068-1791

Lowenstein Sandler LLP
One Lowenstein Drive,
Roseland, New Jersey 07068-1791

Lydecker LLP
1221 Brickell Ave, 19th FL,
Miami, FL 33131-3240

MEF I, LP
40 Wall Street
New York, NY 10005-1304

MELTWATER NEWS U
Dept LA 23721,
Pasadena, CA, 91185-3721

MILNER - USAGE
PO BOX 923197,
NORCROSS, GA, 30010-3197

MILNER INC
PO BOX 105743
ATANTA, GA, 30348-5743

MILNER INC - BRICKELL
PO BOX 41602,
PHILADELPHIA, PA, 19101-1602

MINERAL INC
6701 Koll Center Parkway, Suite 430,
PLEASANTON, CA 94566-8065

MINTZ
666 Third Avenue
New York, NY 10017-4011

MINTZ
Chrysler Center,
666 Third Avenue,
New York, NY 10017-4011

Marcum & Kliegman LLP
750 Third Ave
New York, NY 10017-2703

Marcum & Kliegman LLP
750 Third Ave 11th FL,
New York 10017-2716

Mark , Your Extended Office
No. 128 SRP Koil Street South,
Jawahar Nagar, Chennai, 600 082, India

Marlins Baseball
501 Marlins Way,
Miami, FL 33125-1121

Marquis Aurbach Chtd
10001 Park Run Drive,
Las Vegas, NV 89145-8857

Martin Scott
19180 Skyridge Circle,
Boca Raton, FL 33498-6212

Massachusetts Department of Revenue
100 Cambridge Street,
Boston, MA 02204-0001

Meadows Collier Attorney At Law
901 Main Street, Suite 3700,
Dallas, TX 75202-3742

Media Network Consultants LLC
13245 Lower Harden Ave
Orlando, FL 32827-7221

(p)MEDIANT COMMUNICATIONS  INC
ATTN ATTN JOSEPH SIMONOWICH
400 REGENCY FOREST DRIVE
SUITE 200
CARY NC 27518-7703

MetLife Group Benefits
PO Box 804466,
Kansas City, MO,
64180-4466

Miami-Dade Office of the Tax Collector
Tangible Personal Property
200 NW 2nd Avenue, Miami, FL 33128

Michigan Department of Treasury
City Tax Administration
P.O. Box 30756
Lansing, MI 48909-8256

Michigan Department of Treasury
PO Box 30756,
Lansing, MI 48909-8256

Minesota Deptment of Revenue
Collection Division
PO Box 64651,
Saint Paul, MN 55164-0651

Missouri Department of Revenue
Taxation Division
PO Box 3375,
Jefferson City, MO 65102-3375

Morris, Nichols, Arsht & Tunnell LLP
1201 N Market St, 16th FL, PO Box 1347,
Wilmington, DE, 19899-1347

NASDAQ
51 West 42nd Street, Floors 26, 27, 28,
New York, NY 10036

NATPAY
3415 W Cypress St,
Tampa, FL 33607-5007

NOW CFO NEWPORT BEACH
5251 S Green Street,
Suite 350,
Murray, UT, 84123

Nasdaq Corporate
Solutions, LLC
PO Box 780700,
Philadelphia, PA,
19178-0700

National Payment Corporation
3415 W Cypress Street
Tampa, FL 33607-5007

Navarro Hernandez P
66 W Flagler St 6th FL,
Miami, FL 33130-1884

New Benefits
Alexandra Gonzalez Zabala
Judith Simpson
1839 Festival Court,
Joliet, IL 60435-3785

New Jersey Department of Labor and Workforce
Delinquency Unit
PO Box 932,
Trenton, NJ 08625-0932

New Jersey Department of Labor and Workforce
Division of Employer Accounts
PO Box 059,
Trenton, NJ 08646-0001

New Jersey Department of the Treasury
Division of Taxation
PO Box 1009,
Moorsetown, NJ 08057-0909

New Mexico Department of Workforce Solutions
PO Box 1928,
Albuquerque, NM 87103-1928

New Mexico Taxation & Revenue
PO Box 25128,
Santa Fe, NM 87504-5128

New York Department of Labor- Unemployment I
Enforcement Unit
PO Box 4305
Binghamton, NY 13902-4305

New York Department of Labor- Unemployment I
PO Box 15012
Albany, NY 12212-5012

New York Department of Labor- Unemployment I
PO Box 4301
Brimingham, NY 13902-4301

New York Department of Taxation and Finance
Civil Enforcement Division - Offset Uni
Albany NY 12227-0001

New York Employment Contributions and Taxes
PO Box 4119
Binghamton, NY 13902-4119

New York State Department of Taxation & Fina
Bankruptcy Section
P O Box 5300
Albany, NY 12205-0300

Norman S Gerstein PA
5966 S. Dixie Highway, Suite 300,
Miami, FL 33143-5177

(p)OKTA INC
100 FIRST STREET
SUITE 600
SAN FRANCISCO CA 94105-3513

OSBORN MALEDO
2929 N CENTRAL AVE, 21 FLOOR,
PHOENIX, AZ 85012-2782


Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Okin Pest Control
2170 Piedmont Rd NE
Atlanta, GA, 30324-4135

Oklahoma Tax Commission
Oklahoma City, OK 73194-0001


Oppenheim Insurance Broker Inc.
23742 Lyons Ave,
PO Box 220957,
Newhall, CA 91322-0957

Osborn Maledon
2929 N Central Ave
Phoenix, AZ 85012-2793

Osher Capital Partners, LLC
c/o LH Financial
510 Madison Ave
14th Floor
New York, NY 10022-5730


PETTIT KOHN
11622 EL CAMINO REAL, SUITE 300,
SAN DIEGO, CA 92130-2051

Payne & Fears LLP
4 Park Plaza
Irvine, CA 92614-8550

Payne & Fears LLP
4 Park Plaza, Suite 1100,
Irvine, CA 92614-8550


Pennsylvania Department of Labor & Industry
Office of Unemployment Compensation Tax
651 Boas Street, Room 915,
Harrisburg, PA 17121-0751

Philadelphia Ins Co
PO BOX 70251,
PHILADELPHIA, PA, 19176-0251

Pitney Bowes
PO Box 371874,
Pittsburgh, PA, 15250-7874


Plant Care
PO Box 50115,
Lighthouse Point, FL 33074-0115

Premier Produce
2672 SW 36th St
Dania Beach, FL 33312-5005

Prequin Limited
1st Floor, Verde, 10 Bressenden Place,
London, United Kingdom,
SW1E 5DH, United Kingdom


PrismHR
PO BOX 844768,
Boston, MA 02284-4759

Professional Window Tinters
7385 Bird Rd (40th St)
Miami, FL, 33155

QB Animation Inc
320 Lighthouse Drive,
Palm Beach Gardens, FL 33410-4835


RB INTERNATIONAL
SUPPLY CORP
7265 NW 44TH ST
MIAMI, FL 33166-6418

RUNWAY 1 LLC
250 Greenpoint Ave,
Brooklyn, NY 11222-2493

Restaurant Finance Monitor
2808 Anthony Lane South,
Minneapolis, MN 55418-3234


Richard DeBeikes
23241 Ventura Blvd Ste 224C,
Woodland Hills, CA 91364-1042

Rose, Snyder & Jacobs LLP
15821 Ventura Blvd
Encino, CA 91436-4778

Rose, Snyder & Jacobs LLP
15821 Ventura Blvd, Suite 490,
Encino, CA 91436-4778


Roxborough Pomerance NYE & Adreani
5820 Canoga Ave
Woodland Hills, CA 91367-6549

Roxborough Pomerance NYE & Adreani
5820 Canoga Ave, Suite 250,
Woodland Hills, CA 91367-6549

SICHENZIA ROSS FERENCE LLP
1185 AVE OF THE AMERICAS,
31ST FLOOR,
NEW YORK, NY 10036-2612

STERICYCLE
28883 NETWORK PLACE,
CHICAGO, IL, 60673-1288

SUNZ INSURANCE
1301 6th Ave W,
Bradenton, FL 34205-7410

Say Technologies LLC
85 Willow Road
Menlo Park, CA 94025-3656

SearchGeeks
701 Palomar Airport Rd. #170,
Carlsbad CA 92011-1045

Securities and Exchange Commission
100 F Street, NE,
Washington, DC 20549-2001

Securities and Exchange Commission
801 Brickell Avenue
Suite 1950
Miami, FL 33131-4901

Slavic 401K
1075 Broken Sound Pkwy NW, Suite 100,
Boca Raton, FL, 33487-3540

Slavic Integrated Administration
1075 NW Brkn Snd Pkway, Ste 100,
Boca Raton, FL,
33487-3540

SolutionCore Inc
9742 Hibiscus Drive,
Garden Grove, CA 92841-1717

Specialty Marketing Consulting Inc
c/o Kimberly Peters,
PO Box 6700,
Pine Mountain Club, CA 93222-6700

Sperling & Slater PC
55 West Monroe Street, Suite 3200,
Chicago, IL 60603-5035

Sportslternship, LLC
23 Rancho Circle,
Lake Forest, CA 92630-8324

Sportslternship, LLC
23 Rancho Circle
Lake Forest, CA 92630-8324

Staff Benefits
Management, Inc
2307 FENTON PARKWAY #107-126,
San Diego, CA 92108-4746

Stifel Financial
510 N. Broadway
Saint Louis, MO 63102

SullivanCurtisMonroe Ins Serv LLC
1920 Main St, Suite 600,
Irvine, CA 92614-7226

TEKWORKS
13000 Gregg Street,
Poway, CA 92064-7151

TENNESSE DEPT OF REVENUE
500 DEADERICK ST, ANDREW JACKSON ST OFFI
NASHVILLE, TN 37242-0001

TMF SERVICES HONDURAS
Colonia Lomas del Guijarro Sur,
Domicilio Alquilado, Contiguoa Plaza Fic
5to Nivel. Tegucigalpa M.D.C. Honduras

TRUSAIC
3530 WILSIRE BLVD, SUITE 1460,
LOS ANGELES, CA 90010-2334

Tennessee Department of Labor & Workforce De
Employment Security Division,
Employer Accounts Audit
220 French Landing Drive,
Nashville, TN 37243-1002

Toppan Merrill LLC
PO BOX 74007295,
CHICAGO, IL 60674-7295

Traliant Operating LLC
PO Box 844090,
Boston, MA 02284-4090

Trenan Law
PO Box 1102,
Tampa, FL, 33601-1102

UNITED HEALTHCARE
PO BOX 111111,
NEW TOWN, MO, 93195-9782

US FOODS
PO BOX 281838
BOCA RATON, FL, 30384-1838

VERIFONE INC
c/o Colliers Int'l Lease Admin,
301 University Ave, Ste 100,
Sacramento, CA 95825-5537

VERITEXT, LLC
PO BOX 71303,
CHICAGO, IL, 60694-1303

VIA Design Studio
103 Westward Drive
Miami, FL 33166-5257

Virginia Department of Taxation
PO Box 1115.
Richmond, VA 23218-1115

Virginia Department of Taxation
PO Box 1777,
Richmond, VA 23218-1777

WASTE MANAGEMENT INC FL
8801 NW 91ST STREET,
MEDLEY, FL 33178-1815

WHITE & CASE
SE FINANICAL CTR STE 4900,
200 S BISCAYNE BLVD,
MIAMI, FL, 33131-2352


WORKIVA
2900 UNIVERSITY BLVD,
AMES, IA 50010-8665

White & Case
SE Financial Ctr Ste
4900 Miami, FL 33131

Whitney White
100 Albert Way 08540-3202


Whitney White
100 Albert Way, Apt 1417,
Princeton, NJ 08540-3215

Widgets & Web LLC
19500 194th Trl,
Golden Beach, FL, 33160

eFax Corporate
C/O J2 Cloud Services LLC,
PO BOX 51873,
LOS ANGELES, CA, 90051-6173


nFusion Capital Finance LLC
6444 Burnet Rd Unit 100,
Austin, TX 78757-3252

Daniel Gielchinsky
2875 NE 191st Street
Suite 705
Aventura, FL 33180-2803

Eric Rubin
Moecker Auctions Inc
1885 Marina Mile Blvd #103
Ft. Lauderdale, FL 33315-2243


Isaac M Marcushamer Esq.
DGIM Law, PLLC
2875 NE 191st Street
Suite 705
Aventura, FL 33180-2803

Jonathan Feldman
2 South Biscayne Boulevard, Suite 1600
Miami, FL 33131-1824

Manny Rivera
c/o Shraiberg Page P.A.
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530


Mark Absher
c/o Shraiberg Page P.A.
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Robert Angueira
c/o Paul Steven Singerman
Berger Singerman LLP
1450 Brickell Avenue
Suite 1900
Miami, FL 33131-5319

Scott Absher
c/o Shraiberg Page P.A.
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


United States of America Internal Revenue Se
c/o Raychelle A. Tasher
99 NE 4 St. # 300
Miami, FL 33132

Broadridge Financial Solutions
1155 long Island Avanue
Edgewood, NY 11717

(d)IRS - Department of the Treasury
Ogen, UT 84201


Illinois Department of Revenue
PO Box 19006,
Springfield, IL 62794

Mediant
Communications Inc.
PO BOX 29976,
NEW YORK, NY, 10087-9976

(d)Mediant Communications Inc.
400 Regency Forest Drive
Suite 200
Cary, NC 27518


OKTA INC
100 FIRST STREET, SUITE 600,
SAN FRANCISCO, CA, 94105

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Sunz Insurance Solutions, LLC

(u)Miami

(d)A & A Ornamental, Inc
18731 SW 87th Ave,
Cutler Bay, FL 33157-7224

(d)ALLIED SPORTS LLC
PO BOX 845785,
BOSTON, MA, 02284-5785

(d)CINTAS
PO BOX 631025,
CINCINNATI, OH, 45263-1025

(d)CK Administrative Services LLC
777 S Figueroa Street, Suite 4100,
Los Angeles, CA 90017-5841

(d)CT Corporation
PO Box 4349,
Carol Stream, IL,
60197-4349

(d)DGA SECURITY
429 WST 53RD STREET,
NEW YORK, NY 10019-5791

(d)FL POWER HOUSE
2310 NW 102ND PLACE,
DORAL, FL 33172-2517

(d)ICR LLC
761 Main Ave,
Norwalk, CT 06851-1080

(d)KARLINSKY LLC
103 Mountain Road,
Cornwall-On-Hudson, NY 12520-1802

(d)Kenneth Weaver
901 Riverside Drive,
Old Hickory, TN 37138-3150

(d)MILNER INC
PO BOX 105743,
ATANTA, GA, 30348-5743

(d)MILNER INC BRICKELL
PO BOX 41602
PHILADELPHIA, PA, 19101-1602

(d)MILNER USAGE
PO BOX 923197
NORCROSS, GA, 30010-3197

(d)Media Network Consultants LLC
13245 Lower Harden Ave,
Orlando, FL 32827-7221

(d)Premier Produce
2672 SW 36th St,
Dania Beach, FL 33312-5005

(d)Professional Window Tinters
7385 Bird Rd (40th St),
Miami, FL, 33155

(d)RB INTERNATIONAL SUPPLY CORP
7265 NW 44TH ST,
MIAMI, FL 33166-6418

(d)Securities and Exchange Commission
100 F. Street NE
Washington, DC 20549-2001

(d)Sunz Insurance
1301 6th Ave W
Bradenton, FL 34205-7410

(d)US FOODS
PO BOX 281838,
BOCA RATON, FL, 30384-1838

(d)VIA Design Studio
103 Westward Drive,
Miami, FL 33166-5257

(d)WORKIVA
2900 University Blvd
Ames, IA 50010-8665

(d)White & Case
SE Financial Ctr Ste 4900
Miami, FL 33131

(d)Whitney White
100 Albert Way 08540

(u)Richelle Kalnit
Hillco IP Services LLC

```
End of Label Matrix
Mailable recipients    257
Bypassed recipients     27
Total                  284
```

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

In re:                                                              Chapter 11

SHIFTPIXY, INC. *et, al.*[4]                          Case No. 24-21209-LMI

       Debtors.                                              (Jointly Administered)
_____/

**ORDER GRANTING *EXPEDITED* MOTION OF THE DEBTORS FOR THE ENTRY OF
AN ORDER CONVERTING THE DEBTORS' CHAPTER 11
CASES TO CASES UNDER CHAPTER 7 OF THE BANKRUPTCY CODE**

THIS MATTER came before the Court, on December 16, 2024 at 9:30 a.m. for hearing

upon the Expedited Motion of the Debtors for the Entry of an Order Converting the Debtors'

Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code [ECF No.   ] (the "Motion").

In the Motion, the Debtors request the entry of an order converting the Debtors' Chapter 11 Cases

---

[4] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

to cases under chapter 7 of the Bankruptcy Code. The Court finds that: (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); (iii) it may enter a final order consistent with Article III of the Constitution of the United States; (iv) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (v) notice of the Motion and the Hearing were proper and sufficient under the circumstances and no other or further notice is necessary; (vi) the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; (vii) since the Chapter 11 Cases were not commenced as involuntary cases under chapter 11, nor have the Chapter 11 Cases been converted to cases under chapter 11, the Court finds that the Debtor are entitled to be debtors under chapter 7; and (viii) upon review of the record before the Court, including the legal and factual bases set forth in the Motion and the First Day Declaration, all of which are incorporated herein, the Court determines that good and sufficient cause exists to grant the relief requested in the Motion. Accordingly, it is

**ORDERED** that:

1.      The Motion is GRANTED.

2.      The Debtors' Chapter 11 Cases are converted to cases under chapter 7 of the Bankruptcy Code.

3.      The conversion is effective as of the date of the entry of this Order (the "Conversion Date").

4.      If applicable, each of the Debtors shall immediately remit to the clerk of court the $15.00 trustee surcharge fee prescribed by the Judicial Conference of the United States (if not previously paid by the Debtors). Failure to pay this fee will result in dismissal of the Chapter 11 Cases.

9

5.      The U.S. Trustee is directed to appoint a chapter 7 trustee following the Conversion Date.

6.      The Debtors shall:

a.      After the appointment of the chapter 7 trustee, forthwith turn over to the chapter 7 trustee all records and property of the estate under the Debtors' custody and control as required by Bankruptcy Rule 1019(4);

b.      Within 30 days of the Conversion Date, file a schedule of all receipts and distributions made. A copy of this report must be served on the U.S. Trustee;

c.      File, within 14 days of the Conversion Date, a schedule of unpaid debts incurred after the commencement of the Chapter 11 Cases as required by Bankruptcy Rule 1019(5) and a supplemental matrix and certification in the format required by Local Rule 1019-1(B). The Debtors or Debtors' attorney is required to provide notice to those creditors pursuant to Local Rule 1019-1(B). Failure to comply may also result in sanctions being imposed by the Court. Debts not listed or noticed timely will not be discharged. A copy of this schedule shall be served on the chapter 7 trustee; and

d.      File, within 14 days of the date of the Conversion Date, the statements and schedules required by Bankruptcy Rule 1019(1)(A) and Bankruptcy Rule 1007(c) and in accordance with Local Rule 1019-1(B).

7.      Pursuant to Local Rule 2016-1(C)(2), the Debtors' attorney, counsel to the Committee and any other professional person employed under 11 U.S.C. §327 or §1103 shall, file within 90 days after the date of the post-conversion meeting, an application for compensation for outstanding fees and expenses incurred during the chapter 11 administration including an application justifying retention of any retainer received which has not been approved by a prior award. Any retainers received which are not approved will be subject to turnover to the chapter 7 trustee. The attorney for the Debtors in possession shall notify all such professionals of this deadline by serving them with a copy of this order.

8.      The Debtors shall provide notice to affected parties of the deadline set pursuant to Local Rule 1019-1(J)(1) for filing by a nongovernmental unit a request for payment of an administrative expense.

10

9.      Failure of the Debtors to comply with the provisions of this Order may result in dismissal of the chapter 7 cases without further hearing or notice.

10.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

11.      The Chief Restructuring Officer is authorized to pay any final fee applications to the extent they are approved by the Court for DGIM Law, PLLC and the Chief Restructuring Officer. In an amount not to exceed $215,000.00 in fees for DGIM Law, PLLC and $45,000.00 in fees for the Chief Restructuring Officer. The approved expenses shall be paid in addition to the foregoing sums.

<p align="center">###</p>

**<u>Submitted by:</u>**
Isaac M. Marcushamer, Esq.
DGIM Law, PLLC
*Counsel for the Debtors*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708
Email:  isaac@dgimlaw.com

*[Isaac M. Marcushamer, Esq. is directed to provide a copy of this signed Order to all parties of record and to file a Certificate of Service conforming with Local Rule 2002-1(F), within 3 days of entry of this Order]*

<p align="center">11</p>