**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

|  |  |
|---|---|
| In re: | Chapter 11 |
| SHIFTPIXY, INC. *et, al.*[1] | Case No. 24-21209-LMI |
| Debtors. | (Jointly Administered) |
| _____/ | |

***EXPEDITED* MOTION OF THE DEBTORS TO AUTHORIZE DGIM LAW, PLLC AND THE CHIEF RESTRUCTURING OFFICER TO FILE FIRST AND FINAL FEE APPLCIATIONS AND SHORTEN THE TIME FOR THEIR CONSIDERATION**

**STATEMENT OF EXIGENT CIRCUMSTANCES:** **The Debtors respectfully request that the Court consider this motion on December 16, 2024, at 9:30 a.m. At that time the Court will consider the approval of the sale of the Debtor's remaining business assets to the winner of the auction. As soon as that sale closes, the only remaining assets of the Debtors will be potential litigation claims. It is more efficient and appropriate for those claims to be reviewed and pursued by a chapter 7 trustee. Accordingly, the Debtors request that the Court consider this matter on an expedited basis to facilitate a smooth transition to Chapter 7. The office of the United States Trustee and the Department of Justice on behalf of the Internal Revenue Service are still reviewing the requested relief herein**.

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), by and through their proposed undersigned counsel, file this application (the "Application"), seeking a) the entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Order Shortening Time"), permitting the DGM Law, PLLC and the Chief Restructuring Officer to file their first and final fee applications, and respectfully state as follows:

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

1. The United States Bankruptcy Court for the Southern District of Florida (the "Court") has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicates for the relief requested are §327, 328, 330, 331 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), and Fed. R. Bankr. P. 2002, and 2016, and Local Rules 2016-1.

4. On October 28, 2024, (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). The Chapter 11 Cases are being jointly administered under the above caption for procedural purposes only.

5. No Committee has been appointed in these cases.

6. For a detailed description of the Debtors, the circumstances leading to the commencement of these Chapter 11 Cases and information regarding the Debtors' businesses and capital structure, the Debtors respectfully refer the Court and parties in interest to the Declaration of Jonathan Feldman in Support of Chapter 11 Petitions and First Day Pleadings Filed by Debtor ShiftPixy, Inc.'s [ECF No. 16] (the "First Day Declaration") which is incorporated herein by reference.

7. On November 27, 2024, the Court entered its Order [ECF No. 87] approving the Debtor-in-Possession's Application to Employ DGIM Law, PLLC as Counsel Retroactive to October 28, 2024 [ECF No. 11]

8. On November 27, 2024, the Court entered its Order [ECF No. 88] granting the

Application to Employ Jonathan Feldman as Chief Restructuring Officers [ECF No. 12].

9. The Debtors have filed a Motion to Convert these cases to cases under Chapter 7 [ECF No 109].

10. To facilitate the conversion of this case to Chapter 7, the Debtors seek an order from this Court authorizing DGIM Law, PLLC and the Chief Restructuring Officer to file their first and final fee applications for the Court to consider on December 16, 2024, hearing date. The Debtors further request that the Court shorten the required time periods for consideration of the respective fee applications.

11. Granting the relief requested herein would help the estate avoid additional administrative expense and would expedite the transition to a chapter 7 bankruptcy case.

**WHEREFORE** the Debtors respectfully request that the Court enter an order authorizing DGIM Law, PLLC and the Chief Restructuring Officer to file their first and final fee applications for the Court to consider on December 16, 2024 hearing date and shortening all relevant associated therewith, and granting such other relief as the Court deems just and appropriate. Dated December 11, 2024.

**DGIM Law, PLLC**
*Counsel for the Debtors*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708

*/s/ Isaac Marcushamer*
Isaac Marcushamer, Esq.
Florida Bar No. 0060373
Email: isaac@dgimlaw.com
Monique D. Hayes, Esq.
Florida Bar No. 843571
Email: monique@dgimlaw.com

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the Motion was served via CM/ECF Notification and/or U.S. Mail to all parties on the attached service list on this 11th day of December, 2024.

*/s/ Isaac Marcushamer*
Isaac Marcushamer, Esq.
Florida Bar No. 0060373

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| SHIFTPIXY, INC. *et, al.*[2] | Case No. 24-21209-LMI |
| Debtors.<br>_____/ | (Jointly Administered) |

**ORDER GRANTING EXPEDITED MOTION OF THE DEBTORS TO AUTHORIZE DGIM LAW, PLLC AND THE CHIEF RESTRUCTURING OFFICER TO FILE FIRST AND FINAL FEE APPLCIATIONS AND SHORTEN THE TIME FOR THEIR CONSIDERATION**

THIS MATTER came before the Court for hearing on December 16, 2024 at 9:30 am, upon the *Expedited Motion of the Debtors to Authorize DGIM Law, PLLC and the Chief Restructuring*

---

[2] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

5

*Officer to File First and Final Fee Applications and Shorten the Time for their Consideration* [ECF No. ___] (the "Motion"). The Court has reviewed the Motion, accordingly it is,

**ORDERED** that:

The Motion is **GRANTED.** DGIM Law, PLLC and the Chief Restructuring Officer are authorized to file their first and final fee applications for consideration at the December 16, 2024, hearing.

###

Submitted by:
Isaac M. Marcushamer, Esq.
DGIM Law, PLLC
Counsel for the Debtors
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708
Email:  isaac@dgimlaw.com


[Isaac M. Marcushamer, Esq. is directed to provide a copy of this signed Order to all parties of record and to file a Certificate of Service conforming with Local Rule 2002-1(F), within 3 days of entry of this Order]