**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| SHIFTPIXY, INC. *et, al.*[1] | Case No. 24-21209-LMI |
| Debtors. | (Jointly Administered) |
| _____/ | |

**DEBTORS' *EX-PARTE* MOTION TO SHORTEN TIME FOR THE HEARING ON THE *EXPEDITED* MOTION OF THE DEBTORS FOR THE ENTRY OF AN ORDER CONVERTING THE DEBTORS' CHAPTER 11 CASES TO CASES UNDER CHAPTER 7 OF THE BANKRUPTCY CODE UPON THE CLOSING OF THE SALE [ECF NO. 109] AND SCHEDULING HEARING FOR DECEMBER 16, 2024 AT 9:30 A.M.**

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), by and through their undersigned counsel, file the *Ex-Parte Motion to Shorten Time for the Hearing on the Expedited Motion of the Debtors for the Entry of an Order Converting the Debtors' Chapter 11 Cases Under Chapter 7 of the Bankruptcy Code Upon the Closing of the Sale [ECF No. 109] and Scheduling Hearing for December 16, 2024 at 9:30 a.m.* (the "Motion") , and respectfully state as follows:

1. The United States Bankruptcy Court for the Southern District of Florida (the "Court") has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicates for the relief requested are §327, 328, 330, 331 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), and Fed. R. Bankr. P. 2002, and

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

2016, and Local Rules 2016-1.

4. On October 28, 2024, (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). The Chapter 11 Cases are being jointly administered under the above caption for procedural purposes only.

5. No Committee has been appointed in these cases.

6. For a detailed description of the Debtors, the circumstances leading to the commencement of these Chapter 11 Cases and information regarding the Debtors' businesses and capital structure, the Debtors respectfully refer the Court and parties in interest to the Declaration of Jonathan Feldman in Support of Chapter 11 Petitions and First Day Pleadings Filed by Debtor ShiftPixy, Inc.'s [ECF No. 16] (the "First Day Declaration") which is incorporated herein by reference.

7. On December 11, 2024, the Debtors filed a Motion to Convert these cases to cases under Chapter 7 (the "Motion to Convert") [ECF No 109].

8. To facilitate the conversion of this case to Chapter 7, the Debtors request that the Court enter an order to consider the Motion to Convert on the December 16, 2024, hearing date. The Debtors further request that the Court shorten the required time periods for consideration of the Motion to Convert.

9. Granting the relief requested herein would help the estate avoid additional administrative expense and would expedite the transition to a chapter 7 bankruptcy case.

**WHEREFORE** the Debtors respectfully request that the Court enter an order, attached hereto as **Exhibit A**, to shorten time for the Motion to Convert and that the motion is set for hearing on December 16, 2024 at 9:30 a.m. and shortening all relevant associated therewith, and

2

granting such other relief as the Court deems just and appropriate.

Dated December 12, 2024.

                                      **DGIM Law, PLLC**
                                      *Counsel for the Debtors*
                                      2875 NE 191st Street, Suite 705
                                      Aventura, FL 33180
                                      Phone: (305) 763-8708

                                      */s/ Isaac Marcushamer*
                                      Isaac Marcushamer, Esq.
                                      Florida Bar No. 0060373
                                      Email: isaac@dgimlaw.com
                                      Monique D. Hayes, Esq.
                                      Florida Bar No. 843571
                                      Email: monique@dgimlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the Motion was served via CM/ECF Notification and/or U.S. Mail to all parties on the attached service list on this 12th day of December, 2024.

                                      */s/ Isaac Marcushamer*
                                      Isaac Marcushamer, Esq.
                                      Florida Bar No. 0060373

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| SHIFTPIXY, INC. *et, al.*[2] | Case No. 24-21209-LMI |
| Debtors. _____/ | (Jointly Administered) |

**ORDER GRANTING DEBTORS'** ***EX-PARTE*** **MOTION TO SHORTEN TIME FOR THE HEARING ON THE** ***EXPEDITED*** **MOTION OF THE DEBTORS FOR THE ENTRY OF AN ORDER CONVERTING THE DEBTORS' CHAPTER 11 CASES TO CASES UNDER CHAPTER 7 OF THE BANKRUPTCY CODE UPON THE CLOSING OF THE SALE [ECF NO. 109] AND SCHEDULING HEARING FOR DECEMBER 16, 2024 AT 9:30 A.M.**

THIS MATTER came before the Court on the *Ex-Parte Motion to Shorten Time for the Hearing on Expedited Motion of the Debtors for the Entry of an Order Converting the Debtors'*

---

[2] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

4

*Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code Upon the Closing of the Sale [ECF No. 109] and Scheduling Hearing for December 16, 2024 at 9:30 a.m.* [ECF No. \_\_\_\_] (the "Motion").  The Court has reviewed the Motion and pleadings in this case, accordingly it is,

    **ORDERED** that:

    1.    The Motion is **GRANTED.**

    2.    The hearing on the *Expedited Motion of the Debtors for the Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code Upon the Closing of the Sale* [ECF No. 109] is scheduled for hearing on **December 16, 2024 at 9:30 a.m. at the United States Bankruptcy Court, C. Clyde Atkins U.S. Courthouse, 301 N. Miami Avenue, Courtroom 8, Miami, FL 33128.**

###

**Submitted by:**
Isaac M. Marcushamer, Esq.
DGIM Law, PLLC
Counsel for the Debtors
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708
Email:  isaac@dgimlaw.com


[Isaac M. Marcushamer, Esq. is directed to provide a copy of this signed Order to all parties of record and to file a Certificate of Service conforming with Local Rule 2002-1(F), within 3 days of entry of this Order]