

**ORDERED in the Southern District of Florida on December 12, 2024.**

**Laurel M. Isicoff, Judge
United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| SHIFTPIXY, INC. *et, al.*[1] | Case No. 24-21209-LMI |
| Debtors. | (Jointly Administered) |
| _____ / | |

**ORDER GRANTING DEBTORS' *EX-PARTE* MOTION TO SHORTEN TIME FOR THE HEARING ON THE *EXPEDITED* MOTION OF THE DEBTORS FOR THE ENTRY OF AN ORDER CONVERTING THE DEBTORS' CHAPTER 11 CASES TO CASES UNDER CHAPTER 7 OF THE BANKRUPTCY CODE UPON THE CLOSING OF THE SALE [ECF NO. 109] AND SCHEDULING HEARING FOR DECEMBER 16, 2024 AT 9:30 A.M.**

THIS MATTER came before the Court on the *Ex-Parte Motion to Shorten Time for the Hearing on Expedited Motion of the Debtors for the Entry of an Order Converting the Debtors'*

___

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

*Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code Upon the Closing of the Sale [ECF No. 109] and Scheduling Hearing for December 16, 2024 at 9:30 a.m.* [ECF No. 112] (the "Motion"). The Court has reviewed the Motion and pleadings in this case, accordingly it is,

**ORDERED** that:

1. The Motion is **GRANTED.**

2. The hearing on the *Expedited Motion of the Debtors for the Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code Upon the Closing of the Sale* [ECF No. 109] is scheduled for hearing on **December 16, 2024 at 9:30 a.m. at the United States Bankruptcy Court, C. Clyde Atkins U.S. Courthouse, 301 N. Miami Avenue, Courtroom 8, Miami, FL 33128.**

###

**Submitted by:**
Isaac M. Marcushamer, Esq.
DGIM Law, PLLC
Counsel for the Debtors
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708
Email:  isaac@dgimlaw.com

[Isaac M. Marcushamer, Esq. is directed to provide a copy of this signed Order to all parties of record and to file a Certificate of Service conforming with Local Rule 2002-1(F), within 3 days of entry of this Order]