**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:                                                    Chapter 11

SHIFTPIXY, INC. *et, al.*[1]                              Case No. 24-21209-LMI

　　　　Debtors.                                         (Jointly Administered)

_____/

**SUMMARY OF FIRST AND FINAL FEE APPLICATION FOR ALLOWANCE AND**
**PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE LAW FIRM OF DGIM LAW, PLLC AS COUNSEL FOR THE**
**CHAPTER 11 DEBTORS**

1. Name of Applicant:                         DGIM Law, PLLC

2. Role of Applicant:                         Counsel for Chapter 11 Debtor

3. Name of Certifying Professional:           Isaac M. Marcushamer, Esq.

4. Date Case(s) Filed:                        October 28, 2024

5. Date of Retention Order:                   November 27, 2024 [ECF No. 87]

6. Period for this Application:               October 28, 2024-December 11, 2024[2]

7. Amount of Compensation Sought:             $170,820.50

8. Amount of Expense Reimbursement:           $11,667.85

9. Holdbacks from prior free applications     N/A

10. Total Amount of Compensation Sought
    During Case                               N/A

11. Total Amount of Expense Reimbursement
    Sought During Case                        N/A

---

1 The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

2 The Applicant will file a supplement and estimate in advance of the hearing on this Application.

12. Total Amount of Fees Awarded
    During Case:                                N/A

13. Total Amount of Expenses Awarded
    During Case:                                N/A

14. Amount of Original Retainer:      $100,000.00[3]

15. Current Balance of Retainer Remaining:    $0.00

16. Last monthly operating report filed:    Debtors will file their report on December 20, 2024 for the period of October 28, 2024-November 30, 2024.

17. If case is Chapter 11, Current funds in
    Chapter 11 estate:                    The ending balance on December 10, 2024, in the Debtor's DIP account (and other accounts permitted to be used) was $239,661.00[4]

18. If case is Chapter 7, current funds held
    by Chapter 7 trustee:                 N/A.

---

3 The Applicant used $15,373.50 prepetition, as detailed in ECF No. 11 at page 7-8 of 19. Applicant is currently holding $84,626.50 of the retainer.
4 Cash from the DIP account continues to be used as permitted by the Cash Collateral Order [ECF No. 96].

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| SHIFTPIXY, INC. *et, al.*[5] | Case No. 24-21209-LMI |
| Debtors. | (Jointly Administered) |
| _____/ | |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE LAW FIRM OF**
**DGIM LAW, PLLC AS COUNSEL FOR THE CHAPTER 11 DEBTOR**

**DGIM LAW, PLLC** ("Applicant" or "DGIM"), as counsel for Shiftpixy, Inc., Shiftpixy

Staffing, Inc., and ReThink Human Capital Management, Inc. (collectively, the "Debtors") hereby

applies for final compensation and seeks approval and allowance of its fees and costs incurred

during the period from October 28, 2024, through December 11, 2024 (the "Application Period").

This application is filed pursuant to 11 U.S.C. §§ 330 and 331, Bankruptcy Rule 2016, and Local

Rule 2016-1 (B)(3) and meets all the requirements set forth In the Guidelines for Fee Applications

for Professionals in the Southern District of Florida in Bankruptcy Cases ("Fee Guidelines")

incorporated in Local Rule 2016-1(B)(3)(a).

## INTRODUCTION

This case was filed on October 28, 2024. On October 30, 2024, DGIM filed the *Application*

*to Employ Isaac M. Marcushamer and the Law Firm of DGIM Law, PLLC, as Counsel Retroactive*

*to October 28, 2024* [ECF No. 11] and on November 27, 2024 the Court entered the *Order*

---

5 The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc.
The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

3

*Granting Debtor-in-Possession's Application to Employ Isaac M. Marcushamer and the Law Firm of DGIM Lw, PLLC as Counsel Retroactive to October 28, 2024* [ECF No. 87].

The Debtors' core business is a human capital management platform that provides a full suite of personnel staffing services to its clients.   For a more detailed description of the Debtor's business see *Declaration of Jonathan Feldman in Support of Chapter 11 Petitions and First Day Pleadings* [ECF No. 16] (the "Declaration").

The reasons for filing for Chapter 11 bankruptcy relief are discussed in the Declaration. However, the Chief Restructuring Officer, intended to sell the ongoing business assets as soon as practicable. Those auctions have occurred and are, as of the time of filing this Application, in the process of being approved or completed. Filing of the bankruptcy also preserved the right of the estate to challenge the security interest of a Balanced Management LLC that was filed during the preference period. Additionally, the Debtors were subject to approximately 30 prepetition lawsuits and could not continue to fund a defense to them. Finally, the Debtors (or their estates) will be able to investigate and prosecute any litigation claims that they may have and the filing of these cases preserved those assets as well.

The exhibits attached to this Application, pursuant to the Guidelines, are:

Exhibits "1" -Fee Application Summary Chart

Exhibit "2-A" and "2-B"- Summary of Professional and Paraprofessional Time.

Exhibit "3"- Summary of Requested Reimbursements of Expenses.

Exhibit "4" - Applicant's complete time records, in chronological order, by activity code category, for the period covered by this Application. The requested fees are itemized to the tenth of an hour.

## I.     RETENTION OF APPLICANT, DISCLOSURE OF COMPENSATION AND REQUESTED AWARD

4

By Final Order entered on November 27, 2024 [ECF No. 87], the Court authorized the retention of Applicant as general bankruptcy counsel.  Applicant's compensation is conditioned on approval by this Court.

Applicant respectfully submits this Application for a final award of professional fees and expenses incurred during the Application Period.  Applicant seeks a final award of $170,820.50 in fees, plus reimbursement of expenses in the amount of $11,667.85 for a total final award of **$182,488.00.**    The Application will supplement this Application prior to any hearing on this Application.[6]

Applicant submits that the requested fee in the amount of $170,820.50 for 385.30 hours worked is reasonable considering the nature, extent, and the value of such services, taking into account all relevant factors enumerated in *Johnson v. Georgia Highway Express, Inc.,* 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by *In re First Colonial Corp. of America,* 554 F.2d 1291 (5th Circuit 1977).  *First Colonial* remains applicable in the Eleventh Circuit to the determination of reasonableness of fees to be awarded under the Bankruptcy Code. *Grant v. George Schuman Tire & Battery Company*, 908 F.2d 874 (11th Cir. 1990); 2 *Collier on Bankruptcy ¶ 330.05[2][a] at 330-33 through 330-37 (L. King 15th ed. 1991); See also Bonner v. City of Prichard, 661 F.2d 1206, 1209 (11th Cir. 1981).  First Colonial, 544 F.2d at 1298-99.* The relevant factors enumerated in *Johnson* are as follows:

A.    <u>**Time and Labor Required:**</u>

Exhibits 2-4 illustrate the time and labor required for this engagement for a total of 360.00 hours.   The average hourly rate for the Applicant during the period covered by this Application is

---

6 The Applicant will not seek any fees in excess of $215,000.00 even with the expected supplement and estimate to transition this case to a chapter 7 trustee.

approximately $443.34. The time expended by the Applicant for professional services furnished to the Debtor as appears on Exhibit 2-A does not reflect and cannot reflect all the time expended by the Applicant. Many telephone calls, routine correspondence, requests by parties in interest regarding the status of the case and their individual claims cannot be reduced to time recordation and would increase the amount of time expended by the Applicant in this case.  The foregoing summary, together with the exhibits, details the time, nature, and extent of the professional services the Applicant rendered for the benefit of the Debtor during the period covered by this Application.

        **B.**        <u>**Novelty and Difficulty of Questions Presented**</u>:

This case presented novel and difficult issues that require substantive legal knowledge in the fields of corporate law, bankruptcy, and bankruptcy litigation.   One of the Debtor's was a publicly traded company. The largest creditors are government agencies, including the Internal Revenue Service. Liquidating the assets on an expedited timeline while maintaining a business has presented difficult questions that the Applicant addressed along with the CRO.

        **C.**        <u>**Skill Requisite to Perform Services Properly**</u>.

In rendering services to the Debtor, the Applicant demonstrated substantial skills and expertise in corporate and bankruptcy law.

        **D.**        <u>**Preclusion from Other Employment Due to Acceptance of Case**</u>.

The Applicant is aware of no other specific employment which was precluded because of it accepting these cases; however, a significant part of the Applicant's firm was utilized during the relevant period.

        **E.**        <u>**Customary Fee**</u>.

Applicant's hourly rates as set forth in the attached exhibits reflect the hourly rates the Applicant bills to its clients in other similar bankruptcy cases.  This Court has approved these rates,

as have other courts within this district, in other bankruptcy matters in which the Applicant and other counsel of like reputation and experience have been involved.

### F.    **Whether Fee is Fixed or Contingent.**

The Applicant's compensation in this matter is subject to approval of the Court and therefore contingent.  The Court should consider this factor, which militates in favor of a fee award in the amount requested.  The amount requested is based on a fixed hourly rate that is consistent with what the Applicant charges its clients in other non-contingent, bankruptcy and commercial cases.  The rates charged by the Applicant as set forth in Exhibit "2-A" are well within the range charged by attorneys in the Southern District of Florida of similar skill and reputation in the areas of bankruptcy and commercial law.

### G.    **Time Limitations Imposed by Client or Other Circumstances.**

The Applicant is not aware of any specific extraordinary time limitations imposed by the Debtor in this case.  This case, however, has required the Applicant to spend significant time in representing the Debtor, resolving complex issues and directing a successful sales effort.

### H.    **Experience, Reputation and Ability of Attorneys.**

The lawyers and non-lawyer members of the firm have substantial experience in bankruptcy, commercial law and litigation and are all known in this Court. The co-lead counsels in this matter, Isaac M. Marcushamer and Monique D. Hayes, both have over fifteen (15) years of experience handling sophisticated bankruptcy matters and have been recognized by their peers for performance and client success. Ms. Hayes has earned an American Board Certification in business bankruptcy.

### I.    **The Undesirability of the Case.**

This case was not undesirable.  The Applicant is privileged to have the opportunity to

represent the Debtor and appear before the Court in this case.

**J.   Awards in Similar Cases.**

The amount requested by the Applicant is reasonable in comparison with awards in cases of similar magnitude and complexity.  The compensation which the Applicant requests comports with the mandate of the Bankruptcy Code, which directs those services be evaluated considering comparable services performed in non-bankruptcy cases in the community.

## II.    DESCRIPTION AND SUMMARY OF SERVICES PERFORMED

As set forth in the Exhibits to this Application, the Applicant has organized its time records, by activity codes in accordance with the Guidelines.  During the Application Period, the Applicant performed a multitude of legal services which were necessary to effectively represent the Debtor in this case, and which provided benefit to the estate.  The specific services rendered by Applicant during the Application Period are detailed in the firm's billing records attached as Exhibit "4" and generally described below.

## III.   CASE BACKGROUND

1.      On October 28, 2024 (the "Petition Date"), the Debtors commenced these Cases by filing petitions for relief under chapter 11 of the Bankruptcy Code.

2.      The Debtors continue to manage and operate their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      To date, no request has been made for the appointment of a trustee or examiner, or committee.

4.      A detailed description of the Debtors, including their business operations, their corporate and capital structure, the events leading to the commencement of these Cases, and the facts and circumstances supporting this Application are set forth in greater detail in the *Declaration*

*of Jonathan Feldman in Support of the Chapter 11 Petitions and First Day Motions* [ECF No. 16] (the "First Day Declaration"), which is incorporated by reference herein.

## RELEVANT BACKGROUND AND PROPOSED SALE PROCESS

5.     As more fully explained in the First Day Declaration, the Debtors commenced these Cases to effectuate an orderly sale of the Debtors' operations and to liquidate their assets in a value-maximizing manner for the benefit of their creditors.  The Debtors and their stakeholders hope to swiftly move through these Cases in an effort to minimize administrative expenses and maximize recoveries for stakeholders.

### Filing of the Debtor's Chapter 11 Case

6.     On October 28, 2024, the Debtors filed a voluntary petition for relief under the Bankruptcy Code. The Chapter 11 cases are pending in the Bankruptcy Court in Southern District of Florida, Miami Division.

### Significant Events During the Bankruptcy Case

The following significant events have occurred during the Bankruptcy Case:

- On October 29, 2024, the Debtors filed the *Exparte Motion to Jointly Administer Cases* [ECF No. 5], approved by the Court on October 30, 2024 [ECF No. 10].

- On October 30, 2024, the Debtors filed the *Application to Employ Isaac Marcushamer, Esq. and DGIM Law, PLLC as Counsel for the Debtors* [ECF No. 11], approved by the Court on November 27, 2024 [ECF No. 87]

- On October 30, 2024 the Debtors filed the *Application to Employ Jonathan Feldman as Chief Restructuring Officer of the Debtors* [ECF No. 12] approved by the Court on November 27, 2024 [ECF No. 88].

- On October 30, 2024 the Debtors filed the *Emergency Application to Use Cash Collateral* [ECF No. 15] approved by the Court for Final Order on December 4, 2024 [ECF No. 96].

- On October 30, 2024 the Debtors filed the *Declaration of Jonathan Feldman in Support of Chapter 11 Petitions and First Day Pleadings* [ECF No. 16].

- On October 30, 2024, the Debtors filed the *Emergency Motion to Maintain Pre-Petition Bank Accounts* [ECF No. 17] approved by the Court on October 31, 2024 [ECF No. 27], as Amended on November 1, 2024 [ECF No. 34].

- On October 30, 2024, the Debtors filed the *Expedited Motion for the Entry of an Order Authorizing the Payment of Pre-Petition Wages, Salaries and Benefits* [ECF No. 20] approved by the Court on November 5, 2024 [ECF No. 39].

- On October 31, 2024 the Debtors filed the Chapter 11 Case Management Summaries [ECF No. 28, 29 and 30].

- On November 5, 2024 the Debtors filed the Corporate Ownership Statement [ECF No. 42].

- On November 6, 2024, the Debtors filed the *Expedited Application for Entry of an Order Under 11 U.S.C. Sections 327(a) and 328(a) Authorizing the Employment and Retention of Hilco IP Services, LLC d/b/a Hilco Streambank as Intangible Assets Disposition Agent to the Debtors Effective as of the Petition Date* [ECF No. 45] approved by the Court on November 27, 2024 [ECF No. 91]

- On November 7, 2024 the Debtors filed the *Emergency Motion for Agreed Order Regarding Bond No. 9 Relationship* [ECF No. 47] approved by the Court on November 7, 2024 [ECF No. 49]

- On November 8, 2024, the Debtors filed the *Motion to Extend Time to File Schedules and Statement of Financial Affairs* [ECF No. 51] approved by the Court on November 14, 2024 [ECF No. 52]

- On November 14, 2024, Creditors Scott Absher, Mark Absher and Manny Rivera field the *Motion to Determine Stay Does Not Apply or, in the Alternative, for Relief from Stay for the Payment of Defense Costs Under Debtor's Insurance Policy* [ECF No. 54] the hearing has been continued to December 16, 2024 at 9:30 a.m.

- On November 15, 2024, the Debtors filed the *Expedited Motion for the Entry of an Order Nunc Pro Tunc (1) Approving Employment of Moecker Auctions, Inc. as Auctioneer, (2) Approving Competitive Bidding and Sale Procedures for the Sale of Assets Owned by the Debtors' Wholly Owned Subsidiary, (3) Scheduling Dates to Conduct Sale, (4) Approving the Form and Manner of Notices and (5) Granting Related Relief* [ECF No. 58] as Amended on November 20, 2024 [ECF No. 72] approved by the Court on November 27, 2024 [ECF No. 90].

- On November 18, 2024 the Debtors filed the *Expedited Motion of Debtors for (I) Entry of an Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Remaining Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner*

*of Notice Thereof, and (D) Scheduling a Hearing to Approve Assumption and the Assignment of the Assumed Contracts; (II) Entry of an Order (A) Authorizing the Debtors' Entry Into an Asset Purchase Agreement; and (B) Authorizing the Sale of All or Substantially all of the Debtors' Assets Free and Clear of All Encumbrances; (III) Entry of an Order Approving the Assumption and Assignment of the Assumed Contracts; and (IV) Related Relief* [ECF No. 60], approved by the Court on December 4, 2024 [ECF No. 97].  The sale hearing is currently scheduled for December 16, 2024 at 9:30 a.m.

• On November 18, 2024, the Debtors filed the *Expedited Omnibus Motion Seeking Entry of an Order (A) Authorizing the Rejection of Certain Unexpired Leases and (B) Abandonment of Certain Personal Property Effective Nunc Pro Tunc to the Surrender Date* [ECF No. 62], approved by the Court on November 27, 2024 [ECF No. 85].

• On November 19, 2024 the Debtors filed the *Updated Budget* [ECF No. 66].

• On November 19, 2024, the Debtors filed the *Second Ex-Parte Motion to Extend Time to File Schedules* [ECF No. 68], approved by the Court on November 20, 2024 [ECF No. 69].

• On November 20, 2024 the Debtors filed the *Motion for Entry of an Order Authorizing the Debtors to File a Form 15 with the Securities Commission to Deregister Securities* [ECF No. 73], approved by the Court on November 27, 2024 [ECF No. 86].

• On November 22, 2024 the Debtors filed the *Equity Security Holders* [ECF Nos. 77-79] and the *Schedules and Statements* [ECF Nos. 80-82].

• On November 25, 2024 the Debtors filed the *Emergency Motion for Entry of an Order Authorizing the Debtors' to Continue Using National Payment Corporation as Its Direct Payment Processor* [ECF No. 83] approved by the Court on November 27, 2024 [ECF No. 87].

• On November 26, 2024, the Debtors filed the *Motion Seeking Entry of an Order (I) Authorizing the Debtors to Prepare and Submit a Supplement to the Creditors Matrix in Different Format and Granting Related Relief* [ECF No. 84] approved by the Court on December 5, 2024 [ECF No. 100].

• On December 3, 2024 the Debtors filed the *Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Sure Amounts* [ECF No. 94]

• The 341 Meeting of Creditors was held and concluded on December 3, 2024 [ECF No. 103]

- On December 10, 2024 the Debtors filed the *Notice of Successful Bidder and Back-Up Bidder at Auction and Notice of Sale Hearing* [ECF No. 105 and 106]

- On December 11, 2024 the Debtors filed the *Notice of Preliminary Status from Moecker Auctions* [ECF N. 107]

- On December 11, 2024 the Debtors filed the *Notice of Filing Asset Purchase Agreement* [ECF No. 108]

- On December 11, 2024, the Debtors filed the *Expedited Motion for the Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code* [ECF No. 109]

- On December 11, 2024 the Debtors filed the *Declaration Of Richelle Kalnit (A) In Support Of Debtors' Expedited Motion Of Debtors For (I) Entry Of An Order (A) Approving Certain Bidding Procedures And The Form And Manner Of Notice Thereof, (B) Scheduling An Auction And A Hearing On The Approval Of The Sale Of All Or Substantially All Of The Debtors' Remaining Assets, (C) Establishing Certain Assumption And Assignment Procedures And Approving Manner Of Notice Thereof, And (D) Scheduling A Hearing To Approve Assumption And Assignment Of The Assumed Contracts; (Ii) Entry Of An Order (A) Authorizing The Debtors' Entry Into An Asset Purchase Agreement; And (B) Authorizing The Sale Of All Or Substantially All Of The Debtors' Assets Free And Clear Of All Encumbrances; (Iii) Entry Of An Order Approving The Assumption And Assignment Of The Assumed Contracts; And (Iv) Related Relief, And (B) In Furtherance Of Order On Debtors' Expedited Application For Entry Of An Order Under 11 U.S.C. §§ 327(A) And 328(A) Authorizing The Employment And Retention Of Hilco IP Services, LLC D/B/A Hilco Streambank As Intangible Assets Disposition Advisor To The Debtors Effective As Of The Petition Date* [ECF No. 110]

- On December 11, 2024 the Debtors filed the *Expedited Motion of the Debtors to Authorize DGIM Law, PLLC and the Chief Restructuring Officer to File First and Final Fee Applications and Shorten the Time for Their Consideration* [ECF No. 111]

## IV.    <u>CONCLUSION</u>

As set forth above and in the attached exhibits in detail, the Applicant has provided substantial and valuable services to the Debtors during the Application Period. Based on the above and the standards set forth in section 330 of the Bankruptcy Code and *First Colonial*, the Applicant believes that the fees sought herein for such valuable services are reasonable. For this reason and the reasons set forth in this Application, Applicant seeks (i) a final award of $170,820.50 in fees for services rendered and $11,667.85 for reimbursement of expenses incurred during the

Application Period in the amount of $182,488.35. Applicant reserves the right to supplement this Final Application for time from December 12, 2024, though the date of the sale of property and to provide an estimate for transition to a Chapter 7 trustee.

**WHEREFORE,** the Applicant, DGIM Law, PLLC, respectfully requests the entry of an Order (i) granting the First and Final Fee Application on a final basis, (ii) a final award of its total fees of $170,820.50, plus reimbursement of expenses in the amount of $11,667.85 for a total amount of **$182,488.35** (iii) and granting such other and further relief as the Court deems appropriate.

Dated December 12, 2024.

**DGIM Law, PLLC**
*Counsel for the Debtors*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708

*/s/ Isaac M. Marcushamer*
Isaac Marcushamer, Esq.
Florida Bar No. 0060373
isaac@dgimlaw.com
Monique D. Hayes, Esq.
Florida Bar No. 0841573
monique@dgimlaw.com

## CERTIFICATION

1.      I, Isaac M. Marcushamer, have been designated by DGIM Law, PLLC (the "Applicant") as the professional with responsibility in this case for compliance with the "Guidelines for Fees Applications for Professionals in the Southern District of Florida Bankruptcy Cases (the "Guidelines").

2.      I have read the Applicant's application for compensation and reimbursement of expenses (the "Application"). The application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the application.

3.      The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4.      In seeking reimbursement for the expenditures described on Exhibit 3, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay.

5.      In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6.      The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance: None

Dated December 12, 2024.


/s/ Isaac M. Marcushamer
Isaac Marcushamer, Esq.
Florida Bar No. 0060373
isaac@dgimlaw.com

**EXHIBIT 1**

**<u>Fee Application Summary Chart</u>**

| Date Filed | ECF Nos. | Amount of Fees | Amount of Expenses | Fees Awarded | Expenses Awarded | Holdbacks | Payments Received |
|---|---|---|---|---|---|---|---|
| 12/12/24 | | $170,820.50 | $11,667.85 | $ | $ | N/A | |

**EXHIBIT 2-A**

**Summary of Professional and Paraprofessional Time**
**Total per Individual for this Period Only**

[If this is a final application, and does not cumulate fee details from prior interim applications, then a separate Exhibit 1-A showing cumulative time summary from all applications is attached as well]

| Name | Partner Associate or Paraprofessional | Year Licensed | Total Hours | Average Hourly Rate | Fee |
|------|------|------|------|------|------|
| Isaac Marcushamer | Partner | 2008 | 161.60 | $565.00 | $91,304.00 |
| Daniel Gielchinsky | Partner | 2012 | 40.90 | $565.00 | $23,108.50 |
| Monique Hayes | Partner | 2004 | 57.20 | $565.00 | $32,318.00 |
| Colleen Hopkins | Paralegal | N/A | 70.80 | $220.00 | $15,576.00 |
| Nicolas Pardo | Paralegal | N/A | 57.20 | $150.00 | $7,590.00 |
| Nikki Sanchez | Paralegal | N/A | 4.20 | $220.00 | $924.00 |
| **TOTAL** | | | **385.30** | | **$170,820.50** |

Blended Average Hourly Rate[7]:          $443.34

Total Fees          $170,820.50

---

[7] As of January 1, 2024, consistent with practice in the district, Applicant raised the hourly rates of professionals.

**EXHIBIT 2-1**
**Summary of Professional and Paraprofessional Time By Activity Code Category**

ACTIVITY CODE CATEGORY: Asset Analysis and Recovery

| NAME | RATE | HOURS | TOTAL FEES |
|------|------|-------|------------|
| Monique Hayes | $565.00 | 20.70 | $11,695.50 |
| Isaac Marcushamer | $565.00 | 5.00 | $157.50 |
| Daniel Gielchinsky | $565.00 | 10.70 | $6,045.50 |
| **Total** | | **36.40** | **$20,566.00** |

ACTIVITY CODE CATEGORY: Asset Disposition

| NAME | RATE | HOURS | TOTAL FEES |
|------|------|-------|------------|
| Isaac Marcushamer | $565.00 | 56.00 | $31,640.00 |
| Monique Hayes | $565.00 | 1.80 | $1,017.00 |
| Daniel Gielchinsky | $565.00 | 14.20 | $8,023.00 |
| **Total** | | **72.00** | **$40,680.00** |

ACTIVITY CODE CATEGORY: Business Operations

| NAME | RATE | HOURS | TOTAL FEES |
|------|------|-------|------------|
| Daniel Gielchinsky | $565.00 | 1.40 | $791.00 |
| Isaac Marcushamer | $565.00 | 35.50 | $20,057.50 |
| **Total** | | **36.90** | **$20,848.50** |

ACTIVITY CODE CATEGORY: Case Administration

| NAME | RATE | HOURS | TOTAL FEES |
|------|------|-------|------------|
| Isaac Marcushamer | $565.00 | 31.20 | $17,628.00 |
| Daniel Gielchinsky | $565.00 | 6.40 | $3,616.00 |

| | | | |
|---|---|---|---|
| Monique Hayes | $565.00 | 30.50 | $17,232.50 |
| Colleen Hopkins | $220.00 | 64.40 | $14,168.00 |
| Nicolas Pardo | $150.00 | 44.60 | $6,690.00 |
| Nikki Sanchez | $220.00 | 4.20 | $924.00 |
| **Total** | | **181.30** | **$60,258.50** |

ACTIVITY CODE CATEGORY: Claims Administration and Objections

| NAME | RATE | HOURS | TOTAL FEES |
|---|---|---|---|
| Monique Hayes | $565.00 | 1.30 | $734.50 |
| Isaac Marcushamer | $565.00 | 1.20 | $678.00 |
| **Total** | | **2.50** | **$1,412.50** |

ACTIVITY CODE CATEGORY: Fee Employment Application

| NAME | RATE | HOURS | TOTAL FEES |
|---|---|---|---|
| Colleen Hopkins | $220.00 | 6.40 | $1,408.00 |
| Isaac Marcushamer | $565.00 | 7.30 | $4,124.50 |
| Monique Hayes | $565.00 | 2.50 | $1,412.50 |
| **Total** | | **16.20** | **$6,945.00** |

ACTIVITY CODE CATEGORY: Fee Employment Objections

| NAME | RATE | HOURS | TOTAL FEES |
|---|---|---|---|
| Isaac Marcushamer | $565.00 | 1.20 | $678.00 |
| **Total** | | **1.20** | **$678.00** |

ACTIVITY CODE CATEGORY: Financing

| NAME | RATE | HOURS | TOTAL FEES |
|---|---|---|---|
| Isaac Marcushamer | $565.00 | 4.30 | $2,429.50 |
| **Total** | | **4.30** | **$2,429.50** |

ACTIVITY CODE CATEGORY: Litigation

| NAME | RATE | HOURS | TOTAL FEES |
|---|---|---|---|
| Daniel Gielchinsky | $565.00 | 8.20 | $4,633.00 |
| Isaac Marcushamer | $565.00 | 3.00 | $1,695.00 |
| Nicolas Pardo | $150.00 | 6.00 | $900.00 |
| **Total** | | **17.20** | **$7,228.00** |

ACTIVITY CODE CATEGORY: Meeting of Creditors

| NAME | RATE | HOURS | TOTAL FEES |
|---|---|---|---|
| Isaac Marcushamer | $565.00 | 3.30 | $1,864.50 |
| Monique Hayes | $565.00 | 0.40 | $226.00 |
| **Total** | | **3.70** | **$2,090.50** |

ACTIVITY CODE CATEGORY: Plan and Disclosure Statement

| NAME | RATE | HOURS | TOTAL FEES |
|---|---|---|---|
| Isaac Marcushamer | $565.00 | 13.60 | $7,684.00 |
| **Total** | | **13.60** | **$7,684.00** |

**EXHIBIT 3**
**Summary of Requested Reimbursement of Expenses for this Time Period Only**

[If this is a final application which does not cumulate prior interim applications, a separate summary showing cumulative expenses for all applications is attached as well]

| | | |
|---|---|---|
| 1. | Filing Fee | $316.00 |
| 2. | Process Service Fees | $0.00 |
| 3. | Witness Fees | $0.00 |
| 4. | Court Reporter Fees and Transcripts | $0.00 |
| 5. | Lien and Title Searches/UCC Search/Corporate | $0.00 |
| 6. | Photocopies | |
| (a) | In-house copies | $0.00 |
| (b) | Outside copies | $11,351.85 |
| 7. | Postage | $0.00 |
| 8. | Overnight Delivery Charges | $0.00 |
| 9. | Outside Courier/Messenger Services | $0.00 |
| 10. | Long Distance Telephone Charges (Court Call) | $0.00 |
| 11. | Long Distance Fax Transmissions (copies at $1/page) | $0.00 |
| 12. | Computerized Research - PACER | $0.00 |
| 13. | Out-of-Southern-District-of-Florida Travel | $0.00 |
| (a) | Transportation | $0.00 |
| (b) | Lodging | $0.00 |
| (c) | Meals | $0.00 |
| 14. | Other Permissible Expenses (must specify and justify) | $0.00 |
| (a) | Parking for Trial | $0.00 |
| (b) | Sharefile Data Room | $0.00 |

**Total Expense Reimbursement Requested**          **$11,667.85**

**EXHIBIT 4**

**<u>Time Records</u>**

The applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application. The requested fees are itemized to the tenth of an hour.



Turnberry Plaza
2875 N.E. 191 Street, Suite 705
Aventura, Florida 33180
P (305) 763-8708

Shiftpixy, Inc.                                                    December 11, 2024
c/o of Jonathan Feldman, CRO:                                              379-1
Jonathan S. Feldman, Esq.
One Biscayne Tower, Suite 1600
2 South Biscayne Boulevard
Miami, Florida 33131

Matter No. 379-1
Chapter 11 Filing
Bill No. 8126

| **Fees:** | | | Hours | Amount |
|---|---|---|---|---|
| 10/29/24 | IM | Review and revise Motion for Joint Administration work | 0.60 | 339.00 |
| 10/29/24 | DG | Review and analysis of equipment and inventory lists, research regarding the food truck ownership and liens, regarding the ghost kitchen and related issue, discussions with Mr. Feldman. | 1.40 | 791.00 |
| 10/29/24 | NS | Preparation of statement of exigent circumstances. | 0.20 | 44.00 |
| 10/29/24 | NS | Preparation of pleadings and formatting of Complaint for Extension of the Automatic Stay, Motion for Preliminary Injunction and Order. | 2.50 | 550.00 |
| 10/29/24 | DG | Review and analysis of complaint, motion for summary judgment, declarations and response in the litigation entitled Robert A. Angueira, as Chapter 7 Trustee of the Bankruptcy Estate of Industrial Human Capital Inc. vs the debtor, its affiliates and officers in order to become familiar with legal issues, begin to research and develop adversary complaint and motion for injunction of | 3.40 | 1,921.00 |

Matter No. 379-1                                           December 11, 2024
Chapter 11 Filing                                                    Page 2

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | this litigation. |  |  |
| 10/29/24 | CH | Preparation and formatting of application to employ DGIM, application to employ CRO, application to employ investment broker; filing of motion for joint administration; upload proposed orders; attention to client documents; download; meeting with counsel and staff; preparation and filing notice of appearance for D. Gielchinsky. | 6.00 | 1,320.00 |
| 10/29/24 | DG | Obtain employee payroll information from debtor's staff and records, sort through various reports to determine appropriate payroll and accrued PTO obligations, draft revise and send expedited motion for authority to pay pre-petition wages to Mr. Feldman. | 1.80 | 1,017.00 |
| 10/29/24 | IM | Reviewof retention application for DGIM | 0.50 | 282.50 |
| 10/29/24 | IM | Draft CRO retention application | 1.20 | 678.00 |
| 10/29/24 | IM | Call with HILCO re sale | 1.00 | 565.00 |
| 10/29/24 | IM | Draft sale motion | 1.00 | 565.00 |
| 10/29/24 | IM | draft sale motion | 2.10 | 1,186.50 |
| 10/29/24 | IM | Finalize motion for joint admin | 0.80 | 452.00 |
| 10/29/24 | NP | Work on the draft shell for the Motion to pay employees; sent to C. Hopkins and attys for review (2.) | 2.00 | 300.00 |
| 10/29/24 | DG | Discuss proposed engagement terms with Mr. Michael Shirinian at Moecker Auctions, secure agreement to extend pre-auction inspection period, discuss mechanics and procedures for successful bidders to remove the central kitchens from the space, discuss landlord related concerns. | 0.80 | 452.00 |
| 10/30/24 | DG | Participate in videoconference with Mr. Feldman, Isaac Marcushamer, Esq. and General Counsel Timothy Papp, Esq. to discuss status of certain litigations (.8), emails with outside | 1.60 | 904.00 |

| | | | | |
|---|---|---|---|---|
| | | counsel to obtain case status information and approve suggestions of bankruptcy filings (.8). | | |
| 10/30/24 | DG | Analysis of lists of inventory and assets in indication of discussion with potential liquidator and sale options. | 0.90 | 508.50 |
| 10/30/24 | DG | Gathering information and drafting complaint seeking injunctive relief over the ROBERT A. ANGUEIRA, as Chapter 7 Trustee of the Bankruptcy Estate of INDUSTRIAL HUMAN CAPITAL, INC. litigation. | 2.60 | 1,469.00 |
| 10/30/24 | CH | Attention to orders on motions to consolidate (.5); attention to 341 hearing notice and IDI meeting notice; meeting with N. Pardo regarding docketing (.8); final preparation and filing employment application for CRO and DGIM; attention to notice of hearing (.4); formatting of adversary pleadings (1.0); preparation of motion for cash collateral, maintain bank accounts, declaration in support of fist day pleadings (2.0); multiple meetings with I. Marcushamer (.5); final preparation and filing motion for maintenance of existing bank accounts and employee motion (1.0). | 6.20 | 1,364.00 |
| 10/30/24 | IM | Draft and research Cas collateral motion | 3.20 | 1,808.00 |
| 10/30/24 | IM | Call with company representatives regarding employee motion | 1.80 | 1,017.00 |
| 10/30/24 | IM | Draft and research motion regarding maintenance of bank accounts | 2.10 | 1,186.50 |
| 10/30/24 | IM | Finalize and file retention application for DGIM | 1.00 | 565.00 |
| 10/30/24 | IM | Finalize and file cro retention | 0.80 | 452.00 |
| 10/30/24 | IM | Review and comment on cro deceleration case admin | 1.80 | 1,017.00 |
| 10/30/24 | IM | Call with controller regarding budget | 0.90 | 508.50 |

Matter No. 379-1                                                                    December 11, 2024
Chapter 11 Filing                                                                              Page 4

| 10/30/24 | IM | Call regarding sec issues with cro | 1.00 | 565.00 |
|---|---|---|---|---|
| 10/30/24 | IM | Call with controller regarding budget; review of budget and form | 1.10 | 621.50 |
| 10/30/24 | IM | Email to Berger Singerman regarding case | 0.30 | 169.50 |
| 10/30/24 | IM | Draft email memo regarding case status and case plan; | 1.20 | 678.00 |
| 10/30/24 | IM | research regarding tax lien treatment in chapter 11 | 0.80 | 452.00 |
| 10/30/24 | NP | Receipt and review Notice of Incomplete Filings; saved into system; several deadlines calendared (.8) Receipt and review Ch 11 Guidelines; saved into system; deadline and date calendared (.5) Receipt and review Notice of Meeting of Creditors for Shift Pixie; downloaded into system; calendar updated (.5) Receipt and review Notice of Meeting of Creditors for Shift Pixie Staffing; downloaded into system; calendar updated (.5) Receipt and review Notice of Meeting of Creditors for ReThink; downloaded into system; calendar updated (.5) Receipt and review Notice of Hearing on App to Employ; downloaded into system; calendar updated (.3) | 3.10 | 465.00 |
| 10/30/24 | MH | Review and consider filings and related correspondence | 2.10 | 1,186.50 |
| 10/31/24 | CH | Attention to service of first day motions and notices of hearing; meeting with N. Pardo regarding docketing (1.0); begin preparation of IDI documents (.8); attention to re-notice of hearing on motion for maintenance of existing bank account; file certificate of service; meeting with N. Pardo regarding docketing; attention to deadline for case management summaries (.8); preparation of order on motion to maintain bank accounts (.5). | 3.10 | 682.00 |
| 10/31/24 | DG | Gather information and participate in videoconference with Mr. Feldman and Philip J. | 0.80 | 452.00 |

Matter No. 379-1                                                    December 11, 2024
Chapter 11 Filing                                                              Page 5

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | von Kahle of Moecker to discuss sale of kitchen equipment, central kitchen and food truck. |  |  |
| 10/31/24 | NP | Receipt and review RE-Notice of Hearing Motion for Maintenance; downloaded into system; date calendared (.3) Receipt and review Order granting Motion; talk w I. Marcushamer; final preparation and submitting Order to Courts system (.5) | 0.80 | 120.00 |
| 10/31/24 | MH | Prepare for and attend cash collateral motion hearing | 1.00 | 565.00 |
| 11/01/24 | CH | Receipt and review of case management summaries; attention to service of order on motion for maintenance of existing bank accounts (.5); preparation of equity security holders and corporate disclosure statement forms; meeting with I. Marcushamer (.8); attention to creditor list; email regarding amounts due (.3); receipt and review of amended order on motion to maintain prepetition bank accounts; service and file certificate of service (.4). | 2.00 | 440.00 |
| 11/01/24 | DG | Review and analysis of multiple emails regarding pre-petition litigations, phone calls and emails with outside counsels. | 0.80 | 452.00 |
| 11/01/24 | DG | Monitoring developments, emails exchanges regarding operational issues. | 1.10 | 621.50 |
| 11/01/24 | DG | Review and analysis of auction proposal, send my proposed revisions to terms to Mr. Feldman. | 0.40 | 226.00 |
| 11/01/24 | IM | call with CRO regarding issue with respect to wells fargo and cash management order (.3); call with controller regarding same (0.2); review emails from wells fargo counsel on this matter (0.6); draft and propose language (0.9) | 2.00 | 1,130.00 |
| 11/01/24 | IM | Review of names for creditor matrix | 0.50 | 282.50 |
| 11/01/24 | IM | Attention to notifying litigation claimants of bankruptcy proceedings | 0.60 | 339.00 |

Matter No. 379-1                                                    December 11, 2024
Chapter 11 Filing                                                             Page 6

| | | | | |
|---|---|---|---|---|
| 11/01/24 | IM | Review of IDI letter from UST | 0.20 | 113.00 |
| 11/01/24 | IM | Review issues related to Quelliv and make recommendation to CRO | 0.70 | 395.50 |
| 11/03/24 | DG | Review and analysis of status of Industrial Human Capital Inc., Case No.: 23-11014-LMI case, employment apps, most recent report of assets, employment applications and order approving settlement with certain stockholders, discuss same and proposed resolution of certain contested issues with Isaac Marcushamer, Esq. | 1.40 | 791.00 |
| 11/03/24 | IM | Call with Counsel to IHC Trustee regarding first day issues and general case status | 0.90 | 508.50 |
| 11/03/24 | IM | Update CRO with extensive debrief of call with IHC counsel | 0.50 | 282.50 |
| 11/03/24 | IM | Follow up email to IHC counsel trustee with open items regarding resolution of issues for first day hearings | 0.80 | 452.00 |
| 11/03/24 | IM | Review of claims pool in IHC estate and request information from IHC counsel | 1.20 | 678.00 |
| 11/03/24 | IM | Draft of application to employ Broker | 1.00 | 565.00 |
| 11/03/24 | IM | respond to emails regarding banking accounts | 0.30 | 169.50 |
| 11/03/24 | IM | Attend first day hearings | 1.90 | 1,073.50 |
| 11/04/24 | CH | Attention to corporate ownership statements send to client for edits; attention to proposed orders; receipt and review of re-notice of hearing on application to employ DGIM; attention to creditor list; meeting with I. Marcushamer. | 2.00 | 440.00 |
| 11/04/24 | DG | Review and analysis of list of vendors / creditors in ShiftPixy Labs, exchange emails, information and calls with client. | 0.70 | 395.50 |
| 11/04/24 | DG | Review and analysis of revised auction proposal per discussions with Moecker Auctions, calls | 0.80 | 452.00 |

Matter No. 379-1                                                December 11, 2024
Chapter 11 Filing                                                        Page 7

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | with auctioneer, begin to frame out motion for authority to sell assets of Labs, related issues. |  |  |
| 11/04/24 | DG | Calls and emails with landlord's counsel M. Bernstein, Esq. to negotiate exit, discuss assumption and rejection alternatives, | 0.70 | 395.50 |
| 11/04/24 | NP | Receipt and review the IDI List for Documents; preparation of the documents for signature; sent to C. Hopkins for review (.8) | 0.80 | 120.00 |
| 11/04/24 | NP | Receipt and review reNotice of Hearing; downloaded into system (.3) | 0.30 | 45.00 |
| 11/04/24 | IM | review and circulate orders from November 4 hearings | 1.20 | 678.00 |
| 11/04/24 | IM | Review of issues related to disposition of subsidary assets | 1.10 | 621.50 |
| 11/04/24 | IM | review of declaration from Hilco | 0.90 | 508.50 |
| 11/04/24 | IM | attention to DIP account issues | 0.40 | 226.00 |
| 11/04/24 | IM | Draft corporate ownership statements | 0.80 | 452.00 |
| 11/04/24 | MH | Prepare for and attend hearing on first day motions(1.8); review and finalize proposed orders (.3); confer with I. Marcushamer and J. Feldman regarding same (.3) | 2.40 | 1,356.00 |
| 11/05/24 | CH | Attention to application to employ auctioneer and formatting; meeting with D. Gielchinsy (1.0); attention to formatting IDI documents for signature; meeting with N. Pardo (.3); final preparation and upload orders on first day hearings and order lifting the automatic stay (.6); attention to formatting of Hilco Streambank Retention (.5); final preparation and filing corporate ownership statement for debtors (.5); attention to equity security holders chart; download (.2). | 3.10 | 682.00 |
| 11/05/24 | DG | Dozens of emails and several calls regarding | 1.20 | 678.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | operations, bank accounts, DIP financing, related issue for case administration. |  |  |
| 11/05/24 | DG | Calls and emails with client and landlord's counsel to verify security deposit and past due rent amount, negotiate orderly and expedited exit from leased premises (1.6), begin drafting motion for the entry of an order (1) approving the employment of Moecker Auctions, Inc. as auctioneer (the "Auctioneer"), (2) approving competitive bidding and sale procures for the sale of assets owned by the Debtors' wholly owned subsidiary, (3) scheduling dates to conduct sale, (4) approving the form and manner of notices, and (5) granting related relief, includes legal research for statutory basis of request to allow debtor to sell assets of w holly owned subsidiary (3.5). | 5.10 | 2,881.50 |
| 11/05/24 | IM | Call with CRO to review budget issues | 1.00 | 565.00 |
| 11/05/24 | IM | review of various options for case funding including potentially changing terms with certain customers | 1.10 | 621.50 |
| 11/05/24 | IM | emails (x4) and calls (x3) with counsel for Bond No. 9 regarding changes to their current contract payment terms | 1.20 | 678.00 |
| 11/05/24 | IM | Calls (x3) emails (x4) regarding Bond No. 9 payment terms | 1.20 | 678.00 |
| 11/05/24 | IM | finalize hilco declaration. | 1.80 | 1,017.00 |
| 11/05/24 | IM | review Moekcer auction proposal and related logistics | 0.90 | 508.50 |
| 11/05/24 | IM | respond to inquries from wells fargo finance | 0.30 | 169.50 |
| 11/05/24 | IM | review of NDA for hilco data room | 0.80 | 452.00 |
| 11/06/24 | CH | Attention to service of first day motions; meeting with I. Marcushamer; filing of certificate of service; final preparation and filing application to | 2.00 | 440.00 |

Matter No. 379-1                                                      December 11, 2024
Chapter 11 Filing                                                                  Page 9

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | employ Hilco IP Services, LLC; email to client regarding bankruptcy schedules. |  |  |
| 11/06/24 | NS | Print and FedEx DE 15, 38, 39, 40 and 41 to Balanced Management, LLC x6 | 1.50 | 330.00 |
| 11/06/24 | DG | Review and analysis of spreadsheets listing deposits and retainers, develop format of demand letter, send demand for return of retainer to California law firm. | 0.80 | 452.00 |
| 11/06/24 | DG | Continued exchange of information with client needed to develop auction procedures motion, continued drafting of motion to employ auctioneer. | 2.70 | 1,525.50 |
| 11/06/24 | IM | review of emails related to maintenance of insurance policies and respond to same | 0.90 | 508.50 |
| 11/06/24 | IM | Draft motion on Bond No. 9 resolution | 1.20 | 678.00 |
| 11/07/24 | CH | Email with client regarding schedules and best case information (.3); final preparation and filing bond motion; final preparation and upload order (.5); preparation of motion to extend time to file schedules; send draft to UST (.6); attention to rescheduling of IDI and call with client regarding documents to be provided (.6). | 2.00 | 440.00 |
| 11/07/24 | DG | Multiple emails with client group regarding business operations, assets in California, related issues, law firm deposits, phone call with client group, emails with auctioneer. | 1.40 | 791.00 |
| 11/07/24 | NP | Receipt and review Interim Order Authorizing Motion 40; downloaded into system; deadlines and dates calendared (.5) Receipt and review Interim Order Authorizing Motion 41; downloaded into system; deadlines and dates calendared (.4) Sending IDI Documents via docusign to client for signature; sending attachment B via Email for Client to complete and sign (.6) | 1.50 | 225.00 |

Matter No. 379-1                                                    December 11, 2024
Chapter 11 Filing                                                            Page 10

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 11/07/24 | IM | call with City National regarding DIP account issues | 0.50 | 282.50 |
| 11/07/24 | IM | finalize bond No. 9 motion | 0.40 | 226.00 |
| 11/07/24 | IM | Email to UST regarding Bond No. 9 issues. | 0.20 | 113.00 |
| 11/07/24 | IM | respond to UST inquiries on Bond No. 9 motion | 0.20 | 113.00 |
| 11/07/24 | IM | finalize motion to retain Moecker and approve related auction | 1.30 | 734.50 |
| 11/07/24 | NP | Receipt and review Notice of Hearing; saved into system; date calendared (.3) | 0.30 | 45.00 |
| 11/07/24 | MH | Review and consider document production request; examine related client records | 2.30 | 1,299.50 |
| 11/08/24 | CH | Attention to mail out; meeting with V. Barthelemy (.2); final preparation and filing motion to extend time to file schedules (.3); attention to insurance information; email to UST (.2). | 0.70 | 154.00 |
| 11/08/24 | IM | Call with contact regarding potential participation in sale process (1.0) emial follow up with hilco team (0.2) | 1.20 | 678.00 |
| 11/10/24 | CH | Attention to addresses for creditor list; meeting with D. Gielchinsky. | 0.50 | 110.00 |
| 11/11/24 | DG | Exchange correspondence with client and law firms regarding retainers, phone call wit Call & Jensen regarding their retainer, legal research regarding secured interest in retainer. | 1.20 | 678.00 |
| 11/11/24 | CH | Attention to engagement letter; preparation and upload order on motion to extend time to file schedules. | 0.80 | 176.00 |
| 11/11/24 | IM | Follow up with R. Pinder regarding insurance payment issues | 0.90 | 508.50 |
| 11/11/24 | IM | draft of bid procedures motion | 2.50 | 1,412.50 |

Matter No. 379-1                                                    December 11, 2024
Chapter 11 Filing                                                              Page 11

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 11/11/24 | IM | review of NDA changes from potential buyer | 0.30 | 169.50 |
| 11/12/24 | DG | Review and analysis of list of vendors with deposits on account, send demand letters to all associated vendors with provided contact information, emails with client regarding same, discuss potential settlement of demands. | 0.80 | 452.00 |
| 11/12/24 | IM | follow up on rejection of equipment leases with R. Pinder | 0.50 | 282.50 |
| 11/12/24 | IM | finalize Moecker Motion to sell | 1.30 | 734.50 |
| 11/13/24 | DG | Additional emails, review and reconciliation of account statements and debtor's records in respect of retainer deposits, send additional demands for return of deposits (.9), attention to auction related issue concerning exact inventory to be liquidated (.5). | 1.40 | 791.00 |
| 11/13/24 | IM | Follow up with R. Pinder regarding various budget and cash issues (1.1); review of budget to actual items and related cash flow issues (1.0) | 2.10 | 1,186.50 |
| 11/13/24 | IM | Internal meeting regarding preparing information to file schedules and statements | 0.90 | 508.50 |
| 11/13/24 | MH | Confer with AUSA Tasher regarding tax lien issue | 0.30 | 169.50 |
| 11/13/24 | MH | Review draft schedules and related records (3.3); confer with team and client reps regarding same and extension request (.2) | 3.50 | 1,977.50 |
| 11/14/24 | CH | Receipt and review of order on motion to extend time to file schedules; meeting with N. Pardo regarding docketing; file certificate of service and mail out; attention to motion to appear via zoom on hearing; meeting with N. Pardo. | 0.80 | 176.00 |
| 11/14/24 | DG | Several emails with outside law firms regarding demands for retainers, send legal analysis to California lawyer regarding retainers, participate in videoconference with client and Isaac | 2.20 | 1,243.00 |

Matter No. 379-1                                                      December 11, 2024
Chapter 11 Filing                                                              Page 12

|  |  | Marcushamer, Esq. and team members regarding assets that are subject to auction. |  |  |
|---|---|---|---|---|
| 11/14/24 | CH | Call with client and I. Marcushamer (.4); receipt and review of motion to determine stay does not apply (.2). | 0.60 | 132.00 |
| 11/14/24 | IM | attend IDI | 1.00 | 565.00 |
| 11/14/24 | IM | Status call with CRO | 0.90 | 508.50 |
| 11/14/24 | IM | Call with counsel for IPFS regarding payment of insurance premiums (0.4); call with internal team regarding same (0.3); follow up email (0.2) | 0.90 | 508.50 |
| 11/14/24 | IM | revise bid procedures of non-tangible assets (Hilco sale) | 1.90 | 1,073.50 |
| 11/14/24 | IM | review and respond to emails with city national regarding dip accounts | 0.40 | 226.00 |
| 11/14/24 | NP | Receipt and review Order Extending Deadlines; saved into system; calendar updated (.6) | 0.60 | 90.00 |
| 11/15/24 | CH | Receipt and review of notice of hearing on motion to determine stay does not apply; meeting with N. Pardo regarding docketing; call regarding case status; send declaration to auctioneer for signature (1.1); final preparation and filing application to employ auctioneer and for sale of property; attention to service (.9) | 2.00 | 440.00 |
| 11/15/24 | MH | Review and consider draft documents and schedules; confer with client reps regarding proposed filings and related issues | 2.80 | 1,582.00 |
| 11/15/24 | IM | Review updated UCC searches | 1.20 | 678.00 |
| 11/15/24 | IM | attention to creditor matrix and ensuring all notice parties are on schedules | 1.60 | 904.00 |
| 11/15/24 | IM | call with R. pinder regarding cash position and projections | 0.80 | 452.00 |

Matter No. 379-1                                                    December 11, 2024
Chapter 11 Filing                                                           Page 13

| 11/15/24 | IM | revise sale motion for non-tangible assets | 2.10 | 1,186.50 |
|---|---|---|---|---|
| 11/15/24 | IM | call with Moekcer team regarding auction | 0.70 | 395.50 |
| 11/15/24 | IM | follow up on cash collateral revised budget | 1.20 | 678.00 |
| 11/15/24 | IM | status call with CRO regarding business issues | 0.80 | 452.00 |
| 11/15/24 | MH | Phone call and e-mail client rep. regarding schedules and related issues | 0.60 | 339.00 |
| 11/15/24 | MH | Draft special service list and review relayed documents; confer with I. Marcushamer regarding same | 2.10 | 1,186.50 |
| 11/15/24 | NP | Receipt and review Notice of Hearing; saved into system; date calendared (.3) | 0.30 | 45.00 |
| 11/16/24 | CH | Attention to company investigator report; download; attention to communication with cos.com regarding mailout. | 0.30 | 66.00 |
| 11/16/24 | MH | Draft schedules and related filing addendums | 2.90 | 1,638.50 |
| 11/17/24 | IM | finalize and circulate latest version of sale motion | 2.60 | 1,469.00 |
| 11/17/24 | IM | finalize motion to reject with landlord and other equipment leases | 1.10 | 621.50 |
| 11/17/24 | IM | prepare for hearings on 11/21 | 1.00 | 565.00 |
| 11/18/24 | CH | Review of draft edits to schedules; receipt and review of notice of hearing on application to employ Moecker Auctions; meeting with N. Pardo regarding docketing; attention to finalization of Hilco sale motion and bid procedures order; final formatting and filing (1.5); formatting and finalization of rejection motion (.5); attention to service of bidding procedures motion; motion to reject and notices of hearing (.8). | 2.80 | 616.00 |
| 11/18/24 | IM | finalize and authorize filing of motion to reject | 0.90 | 508.50 |

Matter No. 379-1                                            December 11, 2024
Chapter 11 Filing                                                    Page 14

|          |    |                                                                                                                                                                                                            |      |          |
|----------|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|
|          |    | (0.5); final call with landlord to confirm understanding (.4)                                                                                                                                                               |      |          |
| 11/18/24 | IM | review of motion for stay relief from Shraiberg firm (0.4); research regarding potential effect on the estate (0.4); confer with CRO re same (0.3)                                                                          | 1.10 | 621.50   |
| 11/18/24 | IM | follow up and respond to inquiries from IHC trustee counsel                                                                                                                                                                 | 0.80 | 452.00   |
| 11/18/24 | MH | Review and consider client financial records; confer with team regarding schedule prep                                                                                                                                      | 2.40 | 1,356.00 |
| 11/18/24 | NP | Work on the draft of the schedules; meeting with attorney to talk about case; add information of the employees to best case to unsecured claims and notice of service; (5.3)                                                 | 5.30 | 795.00   |
| 11/19/24 | CH | Preparation and formatting of matrix (2.0); attention to service of multiple pleadings and supplemental service (.5); formatting of motion to delist from stock market (.5); receipt and review of notice of filing updated budget (.2). | 3.20 | 704.00   |
| 11/19/24 | CH | Preparation of motion to extend time to file schedules and order; meeting with M. Hayes.                                                                                                                                    | 0.50 | 110.00   |
| 11/19/24 | IM | Call with IHC trustee counsel                                                                                                                                                                                               | 0.70 | 395.50   |
| 11/19/24 | IM | meeting with team regarding status of schedules and statements                                                                                                                                                              | 0.80 | 452.00   |
| 11/19/24 | IM | follow up on revised breakdown of assets for moecker auction                                                                                                                                                                | 0.60 | 339.00   |
| 11/19/24 | IM | follow up and respond to insurance inquiry from counsel for IPFS                                                                                                                                                            | 0.70 | 395.50   |
| 11/19/24 | IM | Call with R. Pinder regarding cash management requirements                                                                                                                                                                  | 0.50 | 282.50   |
| 11/19/24 | IM | research and draft of motion to delist from Stock exchange                                                                                                                                                                  | 1.10 | 621.50   |

Matter No. 379-1                                           December 11, 2024
Chapter 11 Filing                                                    Page 15

| Date | | | | |
|---|---|---|---|---|
| 11/19/24 | IM | review and finalize revised cash collateral budget and related notice of filing | 1.30 | 734.50 |
| 11/19/24 | IM | review of revised catalog for Moecker auction | 0.60 | 339.00 |
| 11/19/24 | IM | follow up with hilco team regarding intangible assets for purposes of schedules | 0.30 | 169.50 |
| 11/19/24 | IM | call with R. pinder regarding moecker auction process | 0.60 | 339.00 |
| 11/19/24 | NP | REceipt and review Financial Information; Payments; meeting with client; meeting with attorney; worked on schedules; Information of assets, companies, balance sheet, and more; saved into system; Information added into system (6.0) | 6.00 | 900.00 |
| 11/20/24 | CH | Final preparation and filing motion to delist from stock market (.4); attention to re notice of hearing and order on motion to extend time to file schedules; attention to service (.6); calendar extended deadline to file schedules (.2). | 1.20 | 264.00 |
| 11/20/24 | MH | Review and consider draft schedules | 2.20 | 1,243.00 |
| 11/20/24 | IM | call with R. Pinder regarding D&O policy | 0.90 | 508.50 |
| 11/20/24 | IM | call with internal DGIM team regarding schedules and statements | 0.50 | 282.50 |
| 11/20/24 | IM | Call with R. pinder regarding ownership issues of Moecker auction motion items | 0.60 | 339.00 |
| 11/20/24 | IM | draft and file amendment to moecker motion | 0.70 | 395.50 |
| 11/20/24 | IM | review of IRS POC claim | 0.60 | 339.00 |
| 11/20/24 | IM | review and circulate propose stay relief order on shraiberg motion | 0.70 | 395.50 |
| 11/20/24 | IM | follow up email to Balanced Management attrney regarding cash collateral. | 0.20 | 113.00 |
| 11/20/24 | IM | follow up with R. Pinder on cash position | 0.30 | 169.50 |

Matter No. 379-1                                          December 11, 2024
Chapter 11 Filing                                                  Page 16

| 11/20/24 | IM | Draft direct examination proffer for CRO (0.7); draft direct proffer for Hilco representative (0.8); call with Hilco rep., regarding same (0.5); preapre for hearings (1.5) | 3.50 | 1,977.50 |
| 11/20/24 | MH | Phone call and e-mail correspondence with client regarding transaction history and related data and reports | 2.40 | 1,356.00 |
| 11/20/24 | MH | Meeting regarding outstanding schedule in preparation for tasks (.5); review and consider revised drafts (2.5) | 3.00 | 1,695.00 |
| 11/20/24 | NP | Added UCC +Lienholders; IP information; Prepare schedules for review; draft email to client with comments and information; look for other secured debts; input of vendors in best case for service (8.0) | 8.00 | 1,200.00 |
| 11/21/24 | CH | Attention to service of amendment to application to employ Moecker; motion to delist debtor from SEC and notice of hearing; file certificate of service (.4); attention to paying filing fee for sale motion (.1). | 0.50 | 110.00 |
| 11/21/24 | DG | Several calls and emails with client regarding auction process, review and confirm inventory and equipment lists (.5), follow up emails regarding deposits / retainers (.8). | 1.30 | 734.50 |
| 11/21/24 | CH | Attention to hearings on first day motions and preparation of proposed orders on employment for DGIM (.5); employment for CRO (.4); final order on cash collateral (.4); application to employ Hilco (.3); Application to employ auctioneer (.3); sale and bidding procedures order (.4), motion to reject contracts (.3); motion to delist from the SEC (.3). | 2.60 | 572.00 |
| 11/21/24 | MH | Review and revise draft schedules | 4.60 | 2,599.00 |
| 11/21/24 | MH | Prepare for and attend hearing on sale and related motions | 1.80 | 1,017.00 |

Matter No. 379-1                                                  December 11, 2024
Chapter 11 Filing                                                          Page 17

| 11/21/24 | MH | Review and revise draft schedules | 3.80 | 2,147.00 |
|----------|----|-----------------------------------|------|----------|
| 11/21/24 | MH | Review and consider financial records in preparation for filing schedules | 3.70 | 2,090.50 |
| 11/21/24 | IM | pre-meeting before hearing (.8) and attend hearings on various motions (1.5) | 2.30 | 1,299.50 |
| 11/21/24 | NP | Work on schedules; Receipt and review Shareholders list; talk with attorney; added to schedules; added the litigation parties to the SOFA and as unsecured disputed debts; prepare attachment of all information; meeting with attorney to review; update info re donations; storage information units added to system; talk with I. Marcushamer re clients; receipt info of email from I. Marcushamer; among other related documents reviewed and added to schedules (8.) | 8.00 | 1,200.00 |
| 11/22/24 | IM | Call with potential stalking horse bidder | 0.80 | 452.00 |
| 11/22/24 | CH | Preparation of motion to file consolidated matrix; meeting with I. Marcushamer; finalization of motion (1.2); send declarations to client for signature; receipt and review (.4); attention to filing of notice of equity security holders (.8) | 2.40 | 528.00 |
| 11/22/24 | DG | Several emails with vendors regarding refund of retainers and deposits. | 0.60 | 339.00 |
| 11/22/24 | IM | Call with Prism regarding post petition issues (0.6); reivew of prism materials (0.7) | 1.30 | 734.50 |
| 11/22/24 | MH | Revise draft schedules and related documents | 6.00 | 3,390.00 |
| 11/22/24 | MH | Review and revise draft matrix motion | 0.80 | 452.00 |
| 11/22/24 | IM | call with potential stalking horse | 0.80 | 452.00 |
| 11/22/24 | IM | Call with Natpay regarding end of service | 0.50 | 282.50 |
| 11/22/24 | IM | review and circulate orders from hearing on 11/22 | 0.90 | 508.50 |

Matter No. 379-1                                                    December 11, 2024
Chapter 11 Filing                                                          Page 18

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 11/22/24 | NP | Work on Schedules; attention to latest information provided; meeting with atty to finalize; Final preparation of attachments for Schedules; final preparation of schedules for ShiftPixy; ShiftPixy Staffing and Rethink; Receipt and review of Global Notes; amended for each case; added to schedules; Final preparation of all filing documents; Late filings saved into system and sent to client (12) | 12.00 | 1,800.00 |
| 11/23/24 | MH | Revise mailing list; review related records | 2.30 | 1,299.50 |
| 11/23/24 | MH | Continue preparation of fee application; edits to invoices and preparation of amounts and exhibits. | 2.50 | 1,412.50 |
| 11/24/24 | CH | Receipt and review of chapter 11 schedules; attention to motion to file consolidated matrix; follow up with counsel; attention to edits to proposed orders on first day motions. | 1.00 | 220.00 |
| 11/25/24 | CH | Preparation of master service list and formatting; meeting with M. Hayes (2.0); final preparation and filing of emergency motion to continue using Nat Pay as Direct Payment Processor; meeting with I. Marcushamer (.5) | 2.50 | 550.00 |
| 11/25/24 | IM | draft emergency motion to turn natpay service on | 1.10 | 621.50 |
| 11/25/24 | IM | review and follow up on request for information from Taco bell franchisee | 0.40 | 226.00 |
| 11/26/24 | CH | Attention to mailout of motion to continue using national payment corporation as its direct payment processor (.5); final preparation and upload orders on first day motions (1.0); final preparation and filing motion for consolidated matrix; preparation of proposed order (.6); preparation and upload of order on motion to continue using NatPay (.5). | 2.60 | 572.00 |
| 11/26/24 | IM | review of APA and related documents and provide comments | 2.20 | 1,243.00 |
| 11/26/24 | IM | call with potential stalking horse | 0.50 | 282.50 |

Matter No. 379-1                                                    December 11, 2024
Chapter 11 Filing                                                              Page 19

| 11/27/24 | CH | Receipt and review of entry of first day orders; attention to certificate of service and mailings; meeting with I. Marcushamer regarding finalization of cash collateral order. | 1.20 | 264.00 |
|---|---|---|---|---|
| 11/27/24 | IM | call regarding elite staffing issue (0.5); review of materials (1.0); research regarding options (0.6); emial to CRO regarding options (0.3) | 2.40 | 1,356.00 |
| 12/02/24 | CH | Receipt and review of proofs of claim filed. | 0.50 | 110.00 |
| 12/02/24 | CH | Attention to master service list; send copy to JA (.4); final preparation and upload order on bidding procedures; cash collateral and to file consolidated matrix; meeting with I. Marcushamer (.8); attention to local form 4 and upload new matrix; service of notice of commencement (1.0). | 2.20 | 484.00 |
| 12/02/24 | IM | Call with Hilco team regarding potential bids (1.0) | 1.00 | 565.00 |
| 12/02/24 | IM | Respond to claim inquiry from the Orange County California tax collector | 0.60 | 339.00 |
| 12/02/24 | IM | Call with J. Falzone regarding matrix issues (0.4) and resolution of related proposed order (0.4) | 0.80 | 452.00 |
| 12/02/24 | IM | final review of Bid Procedure order | 0.60 | 339.00 |
| 12/02/24 | IM | Review of cure analysis | 0.90 | 508.50 |
| 12/02/24 | IM | Call with CRO to prepare for Meeting of creditors | 1.00 | 565.00 |
| 12/02/24 | NP | Preparation of link to send to client; link to all pleadings sent to client (.2) | 0.20 | 30.00 |
| 12/03/24 | CH | Attention to uploading amended order on motion for consolidated matrix; meeting with I. Marcushamer; preparation of notice of filing cure amounts; receipt and review of proofs of claim (1.0); edits to and upload bidding procedures order and correct hearing times; receipt and | 2.00 | 440.00 |

Matter No. 379-1                                                                December 11, 2024
Chapter 11 Filing                                                                        Page 20

| | | | | |
|---|---|---|---|---|
| | | review of notice of filing assumption and assignment of executory contracts and corporate resolution (1.0) | | |
| 12/03/24 | IM | Attend Meeting of Creditors | 1.30 | 734.50 |
| 12/03/24 | IM | Call with Bond No. 9 counsel regarding change in payment process (0.4); follow up on email with Bond No. 9 counsel (0.3); call with CRO and company regarding cash needs (0.90) | 1.60 | 904.00 |
| 12/03/24 | IM | finalize cure notice | 1.80 | 1,017.00 |
| 12/03/24 | NP | Meeting with I. Marcushamer to talk about Cure Filing (.4) final preparation and filing of Cure Motion (.5) List of clients and vendors added to service list; sending filed Motion via Certificate of Service (.5) | 1.40 | 210.00 |
| 12/04/24 | DG | Exchange emails with client and Call & Jensen firm regarding demand to return $75k retainer. | 0.50 | 282.50 |
| 12/04/24 | CH | Receipt and review of final cash collateral order and order on bidding procedures; attention to service and file certificate of service; attention to docketing sale deadlines. | 1.00 | 220.00 |
| 12/04/24 | IM | Call with Bond No. 9 counsel regarding payment of invoice | 0.90 | 508.50 |
| 12/04/24 | IM | Extensive research and review of claims filed and viability of chapter 11 plan | 5.40 | 3,051.00 |
| 12/05/24 | CH | Attention to motion to determine stay does not apply and re-notice of hearing; calendar (.4); receipt and review of order on motion to consolidate matrix; attention to service and filing of certificate of service (.4); meeting with I. Marcushamer regarding open items for case (.3). | 1.10 | 242.00 |
| 12/05/24 | CH | Meeting regarding final fee application and preparation; attention to prebills. | 0.40 | 88.00 |
| 12/05/24 | IM | Cash position call with CRO | 1.00 | 565.00 |

Matter No. 379-1                                                    December 11, 2024
Chapter 11 Filing                                                            Page 21

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/05/24 | IM | Due Diligence call with potential bidder | 10.00 | 5,650.00 |
| 12/05/24 | IM | Review of Aerotech MTD to compare to confirmation possibilities | 2.10 | 1,186.50 |
| 12/05/24 | IM | Follow up on auction issues with Hilco team | 0.60 | 339.00 |
| 12/05/24 | IM | Follow up on Moecker hard asset auction and review of results | 1.30 | 734.50 |
| 12/05/24 | IM | review of bid matrix (.6); review of APA (.6); call with Hilco team to review opens after close of bid deadline (0.7) | 1.90 | 1,073.50 |
| 12/05/24 | IM | Email analysis to CRO on dismissal v. confirmation (.8); call with UST regarding same (0.5) | 1.20 | 678.00 |
| 12/06/24 | CH | Begin preparation of first and final fee application; attention to docket and case background; formatting of fee application (2.3); meeting with I. Marcushamer regarding MOR report; update report and send to client (.4); attention to request for notice by Miami Dade Tax Collector (.1); receipt and review of objection to notice of filing cure amounts (.2) | 3.00 | 660.00 |
| 12/06/24 | DG | Continued attention to law firm deposits, emails with client and with law firms holding retainers. | 1.40 | 791.00 |
| 12/06/24 | DG | Working on auction related issues (both auctions). | 1.10 | 621.50 |
| 12/09/24 | MH | Review and consider employee claim records; e-mail correspondence with client rep regarding same | 1.30 | 734.50 |
| 12/09/24 | MH | E-mail regarding claim priority issues | 0.40 | 226.00 |
| 12/09/24 | CH | Continue preparation of fee application; meeting with I. Marcushamer; attention to final edits to prebills and preparation of exhibits. | 2.50 | 550.00 |
| 12/09/24 | IM | Draft of motion to authorize fee application on | 0.80 | 452.00 |

Matter No. 379-1                                                                December 11, 2024
Chapter 11 Filing                                                                        Page 22

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | shortened notice. |  |  |
| 12/09/24 | IM | Draft of 9019 for Call & jensen refund of $40,000 | 0.70 | 395.50 |
| 12/10/24 | CH | Formatting of notice of successful bidder; meeting with I. Marcushamer; final preparation and filing; attention to service (.7); attention to formatting motion to dismiss and motion to shorten time on fee applications (.8). | 1.50 | 330.00 |
| 12/10/24 | IM | attend auction | 2.10 | 1,186.50 |
| 12/10/24 | IM | revise draft of motion to convert (1.8); call with DOJ regarding conversion vs plan confirmation (.6); call with UST re same (0.3) | 2.80 | 1,582.00 |
| 12/11/24 | CH | Correspondence regarding final invoice with I. Marcushamer for fee application (.2); attention to auction report and edits (.2); email with client regarding MOR report (.2); final preparation and filing notice of preliminary status from Moecker Auction; attention to service (.5); preparation of notice of filing APA (.5). | 1.60 | 352.00 |
| 12/11/24 | CH | Final preparation and filing of notice of filing APA, Motion to Convert and Motion to Shorten Notice to File Fee Applications; attention to service and meetings with I. Marcushamer(1.0); final preparation and filing declaration of Richelle Kalnit in support of motion for sale of property (.5); final preparation and filing motion to shorten time to file fee applications (.4). | 1.90 | 418.00 |
| 12/11/24 | IM | finalize APA (1.4); review Notice of filing of APA (0.3) | 1.70 | 960.50 |
| 12/11/24 | IM | Review of Motion to Convert (2.1) | 2.10 | 1,186.50 |
| 12/11/24 | IM | Finalize fee application | 1.50 | 847.50 |
| 12/11/24 | IM | review of declaration of R. Kalnit | 1.20 | 678.00 |
| 12/11/24 | IM | Review of moecker summary | 0.50 | 282.50 |

Matter No. 379-1                                                 December 11, 2024
Chapter 11 Filing                                                        Page 23

| 12/11/24 | IM | Review and draft Sale Order | 3.90 | 2,203.50 |
|---|---|---|---|---|
| 12/11/24 | CH | Meeting with I. Marcushamer regarding edits to fee application and additional time for estimated fees; review of prebill. | 0.50 | 110.00 |

|  |  | Hours: | 385.30 |  |
|---|---|---|---|---|
|  |  | Total fees: |  | $170,820.50 |

**Expenses:**

| 10/31/24 | VB | CertificateOfService.com - Mailout charges for filings | 735.32 |
|---|---|---|---|
| 10/31/24 | VB | CertificateOfService.com - Mailout charges for filings | 152.52 |
| 10/31/24 | VB | CertificateOfService.com - Mailout charges for filings | 28.80 |
| 11/01/24 | VB | CertificateOfService.com - Mailout charges for filings | 40.92 |
| 11/04/24 | VB | CertificateOfService.com - Mailout charges for filings | 45.12 |
| 11/06/24 | VB | CertificateOfService.com - Mailout charges for filings | 461.65 |
| 11/14/24 | VB | CertificateOfService.com - Mailout charges for filings | 50.29 |
| 11/18/24 | VB | CertificateOfService.com - Mailout charges for filings | 514.80 |
| 11/19/24 | VB | CertificateOfService.com - Mailout charges for filings | 348.40 |
| 11/19/24 | VB | CertificateOfService.com - Mailout charges for filings | 2,308.70 |
| 11/19/24 | VB | CertificateOfService.com - Mailout charges for filings | 1,550.88 |
| 11/20/24 | VB | CertificateOfService.com - Mailout charges for filings | 312.96 |
| 11/21/24 | VB | CertificateOfService.com - Mailout charges for filings | 863.91 |
| 11/21/24 | VB | BKC Court Filing Fee for Sale Motion | 199.00 |
| 11/22/24 | VB | UB BKC Court Schedules and Statement Filing Fees | 102.00 |
| 11/26/24 | VB | CertificateOfService.com - Mailout charges for filings | 366.54 |
| 11/27/24 | VB | CertificateOfService.com - Mailout charges for filings | 880.53 |

Matter No. 379-1                                              December 11, 2024
Chapter 11 Filing                                                       Page 24

| Date | Code | Description | Amount |
|---|---|---|---|
| 11/27/24 | VB | CertificateOfService.com - Mailout charges for filings | 705.09 |
| 12/03/24 | VB | CertificateOfService.com - Mailout charges for filings | 278.82 |
| 12/04/24 | IM | CertificateOfService.com - Mailout of Court filings | 541.98 |
| 12/05/24 | VB | CertificateOfService.com - Mailout of Court filings | 282.18 |
| 12/05/24 | VB | CertificateOfService.com - Mailout of Court filings | 591.70 |
| 12/11/24 | VB | CertificateOfService.com - Mailout of Court filings | 290.74 |
| 12/11/24 | VB | Filing for Motion to Convert Case | 15.00 |

Total expenses: $11,667.85

**Billing Summary**

| | |
|---|---|
| Previous balance | $1,580.00 |
| Payments & adjustments | 0.00 |
| Current fees & expenses | 182,488.35 |
| **Total now due** | **$184,068.35** |
| Retainer balance | $84,626.50 |

**Aged Balance**

| | Current | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|
| Fees | $170,820.50 | $1,580.00 | $0.00 | $0.00 | $172,400.50 |
| Expenses | $11,667.85 | $0.00 | $0.00 | $0.00 | $11,667.85 |
| Total | $182,488.35 | $1,580.00 | $0.00 | $0.00 | $184,068.35 |

FIRM TAX ID - 87-0941429

FOR PAYMENT OF INVOICE - WIRE TRANSFER INSTRUCTIONS

PAYEE: DGIM Law, PLLC - Firm Operating Account
BANK Name: City National Bank of Florida
BANK Address: 100 SE 2nd Street Miami, FL 33131
ACCOUNT No.:
ABA/ROUTING No.:
SWIFT Code: CNBFUS3M (International Wires only)