

ORDERED in the Southern District of Florida on December 12, 2024.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| SHIFTPIXY, INC. *et, al.*[1] | Case No. 24-21209-LMI |
| Debtors. | (Jointly Administered) |
| _____/ | |

**ORDER GRANTING EXPEDITED MOTION OF THE DEBTORS TO AUTHORIZE DGIM LAW, PLLC AND THE CHIEF RESTRUCTURING OFFICER TO FILE FIRST AND FINAL FEE APPLICATIONS AND SHORTEN THE TIME FOR THEIR CONSIDERATION**

THIS MATTER came before the Court upon the *Expedited Motion of the Debtors to Authorize DGIM Law, PLLC and the Chief Restructuring Officer to File First and Final Fee*

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

*Applications and Shorten the Time for their Consideration* [ECF No. 111] (the "Motion"). The Court has reviewed the Motion, accordingly it is,

    **ORDERED** that:

1. The Motion is **GRANTED.**

2. The hearings on the first and final fee applications for DGIM Law, PLLC and the Chief Restructuring Officer are scheduled for **December 16, 2024 at 9:30 a.m. at the United States Bankruptcy Court, C. Clyde Atkins U.S. Courthouse, 301 N. Miami Avenue, Courtroom 8, Miami, FL 33128.**

###

Submitted by:
Isaac M. Marcushamer, Esq.
DGIM Law, PLLC
Counsel for the Debtors
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708
Email:  isaac@dgimlaw.com

[Isaac M. Marcushamer, Esq. is directed to provide a copy of this signed Order to all parties of record and to file a Certificate of Service conforming with Local Rule 2002-1(F), within 3 days of entry of this Order]