UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| SHIFTPIXY, INC. *et, al.* [1] | Case No. 24-21209-LMI |
| Debtors. _____/ | (Jointly Administered) |

## MOTION TO AMEND ORDER GRANTING EMERGENCY MOTION FOR PREPETITION WAGES

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), file this Motion pursuant to 11 U.S.C. §105(a) and Fed. R. Bankr. P. 9024 to amend the *Order Granting Emergency Motion For Pre-Petition Wages Salaries and Employee Benefits* [ECF No. 39] to permit the Chief Restructuring Officer to reimburse Ivan Suarez the sum of $2,312.23 that Mr. Suarez incurred between October 23, 2023, and October 23, 2024. In support thereof the Debtors state as follows:

1. The United States Bankruptcy Court for the Southern District of Florida (the "Court") has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. On October 28, 2024, (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). The Chapter 11 Cases are being jointly administered under the above caption for procedural purposes only.

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

4. No Committee has been appointed in these cases.

5. Prior to the Petition Date, Jonathan Feldman was appointed as the Debtors Chief Restructuring Officer ("CRO").

6. For a detailed description of the Debtors, the circumstances leading to the commencement of these Chapter 11 Cases and information regarding the Debtors' businesses and capital structure, the Debtors respectfully refer the Court and parties in interest to the Declaration of Jonathan Feldman in Support of Chapter 11 Petitions and First Day Pleadings Filed by Debtor ShiftPixy, Inc.'s [ECF No. 16] (the "First Day Declaration") which is incorporated herein by reference.

7. On December 11, 2024, the Debtors filed a Motion to Convert these cases to cases under Chapter 7 (the "Motion to Convert") [ECF No 109]. The Court is set to consider the Motion to Convert on December 16, 2024 at 9:30 a.m.

8. On October 30, 2024, the Debtors filed their Motion to pay prepetition salaries and benefits to employees [ECF No. 20] (the "Employee Motion"). The Court granted the Motion [ECF No. 39]. At the time of filing the Employee Motion the CRO did not have the itemized schedule from Mr. Suarez regarding his expenses. The CRO has investigated these expenses and determined that they relate to the Debtor and should be reimbursed. All of the items where needed for maintenance, repairs or cleaning of the Debtors' location in Miami-Dade.

9. Accordingly, the Debtors request that the Court modify its Order [ECF No. 39] to permit the CRO to reimburse Mr. Suarez the sum of $2,312.23, for the purchases detailed here:

2

| OCT 2023 - OCT 2024 | | | |
|---|---|---|---|
| EXPENSE | DATE | AMOUNT | PURPOSE |
| HOME DEPOT | 10/23/2023 | $ 5.74 | DROP CLOTH FOR PAINTING |
| HOME DEPOT | 11/5/2023 | $ 37.50 | WALL ANCHORS FOR EQUIPTMENT |
| HOME DEPOT | 11/30/2023 | $ 37.49 | TOLIET REPAIR |
| HOME DEPOT | 12/1/2023 | $ 23.45 | CLEANING SUPPLIES |
| OFFICE DEPOT | 2/7/2024 | $ 23.53 | USB STORAGE FOR IMAGE DEPLOYMENT |
| HOME DEPOT | 4/1/2024 | $ 135.83 | PAINT + PAINTING SUPPLIES |
| HOME DEPOT | 4/2/2024 | $ 127.88 | PAINTING SUPPLIES |
| LOWES | 6/14/2024 | $ 73.00 | WALL TRIM FOR BASE BOARD |
| VILLAGE HARDWARE | 7/15/2024 | $ 9.19 | TOOL FOR CLEANING FLOOR |
| HOME DEPOT | 8/12/2024 | $ 21.49 | 2 KEYS FOR OFFICE |
| HOME DEPOT | 8/19/2024 | $ 23.86 | NEW DUST MOP |
| HOME DEPOT | 8/23/2024 | $ 51.91 | LOCKS AND TOOLS FOR CLEANING |
| HOME DEPOT | 9/12/2024 | $ 68.73 | CLEANING SUPPLIES |
| HOME DEPOT | 9/13/2024 | $ 47.78 | EXTERIOR CLEANING SUPPLIES |
| HOME DEPOT | 9/13/2024 | $ 48.13 | WATER HOSE |
| HOME DEPOT | 9/15/2024 | $ 48.10 | EXTERIOR CLEANING SUPPLIES |
| HOME DEPOT | 9/18/2024 | $ 15.84 | CLEANING SUPPLIES |
| HOME DEPOT | 9/25/2024 | $ 261.55 | PAINT + PAINTING SUPPLIES |
| HOME DEPOT | 9/26/2024 | $ 81.22 | CLEANING SUPPLIES + LIGHT BULBS |
| HOME DEPOT | 9/27/2024 | $ 46.17 | LIGHT BULBS |
| HOME DEPOT | 9/30/2024 | $ 44.48 | LIGHT BULBS |
| HOME DEPOT | 9/30/2024 | $ 42.35 | CLEANING SUPPLIES |
| HOME DEPOT | 10/3/2024 | $ 316.29 | PAINT + PAINTING SUPPLIES |
| HOME DEPOT | 10/8/2024 | $ 155.22 | SAND BAGS, ELECTRICAL SUPPLIES |
| HOME DEPOT | 10/10/2024 | $ 238.79 | PAINTING + CLEANING SUPPLIES |
| HOME DEPOT | 10/15/2024 | $ 41.22 | PAINTING + CLEANING SUPPLIES |
| HOME DEPOT | 10/16/2024 | $ 57.73 | PAINT + LANDSCAPE SUPPLIES |
| HOME DEPOT | 10/23/2024 | $ 227.76 | PAINTING + CLEANING SUPPLIES |
| **TOTAL REIMBURSEMENT** | | **$ 2,312.23** | |

WHEREFORE the Debtors respectfully request that the Court enter an order modifying its Order [ECF No. 39] to permit the CRO to reimburse Mr. Suarez the sum of $2,312.23 and for any other relief that the Court deems just and appropriate.

Dated December 12, 2024.

        **DGIM Law, PLLC**
        *Counsel for the Debtors*
        2875 NE 191st Street, Suite 705
        Aventura, FL 33180
        Phone: (305) 763-8708

*/s/ Isaac Marcushamer*
Isaac Marcushamer, Esq.
Florida Bar No. 0060373
Email: isaac@dgimlaw.com
Monique D. Hayes, Esq.
Florida Bar No. 843571
Email: monique@dgimlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the Motion was served via CM/ECF Notification and/or U.S. Mail to all parties on the attached service list on this 12th day of December, 2024.

*/s/ Isaac Marcushamer*
Isaac Marcushamer, Esq.
Florida Bar No. 0060373