UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                           Chapter 11

SHIFTPIXY, INC. *et, al.*[1]                                     Case No. 24-21209-LMI

　　　　Debtors.                                                 (Jointly Administered)

_____/

**CERTIFICATE OF SERVICE**

　**I HEREBY CERTIFY** that copies of the following were served via CM/ECF Notification and/or U.S. Mail to all parties on the attached service list on the 12th day of December, 2024:

1. *Notice of Preliminary Status from Moecker Auction* [ECF No. 107]
2. *Notice of Filing Asset Purchase Agreement* [ECF No. 108]
3. *Expedited Motion of the Debtors for the Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code Upon the Closing of the Sale* [ECF No. 109]
4. *Declaration Of Richelle Kalnit (A) In Support Of Debtors' Expedited Motion Of Debtors For (I) Entry Of An Order (A) Approving Certain Bidding Procedures And The Form And Manner Of Notice Thereof, (B) Scheduling An Auction And A Hearing On The Approval Of The Sale Of All Or Substantially All Of The Debtors' Remaining Assets, (C) Establishing Certain Assumption And Assignment Procedures And Approving Manner Of Notice Thereof, And (D) Scheduling A Hearing To Approve Assumption And Assignment Of The Assumed Contracts; (II) Entry Of An Order (A) Authorizing The Debtors' Entry Into An Asset Purchase Agreement; And (B) Authorizing The Sale Of All Or Substantially All Of The Debtors' Assets Free And Clear Of All Encumbrances; (Iii) Entry Of An Order Approving The Assumption And Assignment Of The Assumed Contracts; And (IV) Related Relief, And (B) In Furtherance Of Order On Debtors' Expedited Application For Entry Of An Order Under 11 U.S.C. §§ 327(A) And 328(A) Authorizing The Employment And Retention Of Hilco Ip Services, LLC D/B/A Hilco Streambank As Intangible Assets Disposition Advisor To The Debtors Effective As Of The Petition Date* [ECF No. 110]
5. *Expedited Motion of the Debtors to Authorize DGIM Law, PLLC and the Chief Restructuring Officer to File First and Final Fee Applications and Shorten the Time for Their Consideration* [ECF No. 111]
6. *Debtors' Ex-Parte Motion to Shorten Time for the Hearing on the Expedited Motion of the Debtors for Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code Upon the Closing of the Sale [ECF No. 109] and Scheduling Hearing for December 16, 2024 at 9:30 a.m.* [ECF No. 112]
7. *Order Granting Debtors' Ex-Parte Motion to Shorten Time for the Hearing on the Expedited Motion of the Debtors for Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code Upon the Closing of the Sale [ECF No. 109]*

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc.  The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

*and Scheduling Hearing for December 16, 2024 at 9:30 a.m.* [ECF No. 113]

8. *First and Final Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses for the Law Firm of DGIM Law, PLLC as Counsel for the Chapter 11 Debtors* [ECF No. 114]
9. *Order Granting Expedited Motion of the Debtors to Authorize DGIM Law, PLLC and the Chief Restructuring Officer to File First and Final Fee Applications and Shorten the Time for Their Consideration* [ECF No. 115]
10. *Notice of Hearing* [DE 116]
11. *Motion to Amend Order Granting Emergency Motion for Prepetition Wages* [ECF No. 117]

Dated December 12, 2024.

Respectfully submitted:

**DGIM Law, PLLC**
*Counsel for the Debtors*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708

*/s/ Isaac Marcushamer*
Isaac Marcushamer, Esq.
Florida Bar No. 0060373
Email:  isaac@dgimlaw.com
Daniel Y. Gielchinsky, Esq.
Florida Bar No. 97646
Email: dan@dgimlaw.com

**SERVICE LIST**

**Via U.S. Mail to all parties on the attached Mailing List**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 24-21209-LMI<br>Southern District of Florida<br>Miami<br>Mon Dec  2 14:16:19 EST 2024 | Balanced Management, LLC<br>1800 Second St.<br>Unit 603<br>Sarasota, fl 34236-5990 | Century Tacos, Inc.<br>c/o Leyza B. Florin, Esq.<br>Sequor Law<br>1111 Brickell Avenue<br>Suite 1250<br>Miami, FL 33131-3133 |
| Foundry ASVRF Sawgrass, LLC<br>c/o Michael S. Provenzale<br>P.O. BOX 2809<br>ORLANDO, FL 32802-2809 | Golden Taco, Inc.<br>c/o Leyza B. Florin, Esq.<br>Sequor Law<br>1111 Brickell Avenue<br>Suite 1250<br>Miami, FL 33131-3133 | Los Angeles West Taco, Inc.<br>c/o Leyza B. Florin, Esq.<br>Sequor Law<br>1111 Brickell Avenue<br>Suite 1250<br>Miami, FL 33131-3133 |
| Pacific Coast Taco, Inc.<br>c/o Leyza B. Florin, Esq.<br>Sequor Law<br>1111 Brickell Avenue<br>Suite 1250<br>Miami, FL 33131-3133 | ReThink Human Capital Management, Inc<br>4101 NW 25th Street<br>Miami, FL 33142-6725 | ShiftPixy Staffing, Inc<br>4101 NW 25th Street<br>Miami, FL 33142-6725 |
| ShiftPixy, Inc.<br>4101 NW 25 Street<br>Miami, FL 33142-6725 | Tacos 2000, Inc.<br>c/o Leyza B. Florin, Esq.<br>Sequor Law<br>1111 Brickell Avenue<br>Suite 1250<br>Miami, FL 33131-3133 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| 4te Inc<br>PO Box 4048,<br>Mission Viejo, CA, 92690-4048 | A & A Ornamental, Inc<br>18731 SW 87th Ave<br>Cutler Bay, FL 33157-7224 | ADP/MASTER TAX<br>MasterTax, LLC<br>111 W. Rio Salado Parkway,<br>Tempe, AZ 85281-2878 |
| AGP/ALLIANCE GLOBAL PARTNERS<br>590 MADISON AVE,<br>NEW YORK, NY 10022-2524 | ALLIED SPORTS LLC<br>PO BOX 845785<br>BOSTON, MA, 02284-5785 | AMWINS GROUP BENEFITS<br>PO BOX 71051,<br>CHARLOTTE, NC, 28272-1051 |
| ANKURA<br>201 E WASHINGTON ST, SUITE 1700,<br>PHOENIX, AZ 85004-2245 | ARRAY<br>624 S AUSTIN AVE,<br>SUITE 230,<br>GEORGETOWN, TX, 78626-5758 | ARTHUR J GALLAGHER RK MGMT SRV<br>PO BOX 532143,<br>ATLANTA, GA 30353-2143 |
| AT&T<br>PO Box 6463,<br>Carol Stream, IL, 60197-6463 | Alpha Capital Anstalt<br>c/o LH Financial<br>510 Madison Avenue<br>14th Floor<br>New York, NY 10022-5730 | AmWINS Specialty Casualty Solutions<br>10 S LaSalle St, Suite 1500,<br>Chicago, IL 60603-1077 |
| American Recruiting & Consulting Group<br>2200 N Commerce Pkwy, Suite 200,<br>Weston, FL 33326-3258 | AppsFlyer<br>100 1 ST St, 25th FL,<br>San Francisco, CA 94105-3082 | Arizona Department of Economic Security<br>PO Box 6028, Mail Drop 5881,<br>Phoenix, AZ 85005-6028 |
| Arizona Department of Revenue<br>PO Box 29085,<br>Phoenix, AZ 85038-9085 | Arondight Advisors<br>120 Wall St,<br>New York, New York 10005-3904 | Asurint<br>File 2418,<br>1801 W Olympic Blvd,<br>Pasadena, CA 91199-0001 |

| | | |
|---|---|---|
| Audio Video Cameras Serv Corp<br>AUDIO VIDEO CAMERA & SERVICES CORP.<br>3600 W PALM CT, HIALEAH, FL 33012 | BAKER TILLY US, LLP<br>PO Box 511563,<br>Los Angeles, CA, 90051-8118 | BEST OFFICE COFFEE SERVICES<br>13130 SW 130 TERRACE,<br>MIAMI, FL 33186-5895 |
| BREX CC<br>Brex Payments LLC<br>650 S 500 W., Suite 300,<br>Salt Lake City, UT 84101-2891 | BREX GHOST KITCHEN<br>650 S 500 W Suite 300<br>Salt Lake City, UT 84101-2891 | BTERREL GROUP<br>4324 Mapleshade Ln, Suite 103,<br>Plano, TX 75093-0050 |
| BUSINESS WIRE DEPT 34182<br>PO BOX 39000,<br>SAN FRANCISCO, CA 94139-0001 | BairesDev LLC<br>800 W El Camino<br>Mountain View, CA 94040-2567 | BairesDev LLC<br>c/o Tyler R. Dowdall, Esq.,<br>Tarter Krinsky & Drogin, LLP,<br>1925 Century Park East, Suite 400N,<br>Los Angeles, California 90067-2701 |
| Balanced Management<br>Registered Agents Inc.<br>7533 S. Center View CT<br>Ste R<br>West Jordan, UT 84084-5526 | Balanced Management, LLC<br>10880 Wilshire Blvd. 19th Floor<br>Los Angeles, CA 90024-4101 | Balanced Management, LLC<br>1682 Pintail Way<br>Sarasota, FL 34231-9136 |
| Balanced Management, LLC<br>26 S. Rio Grande St. #2072<br>Salt Lake City Utah 84101-1179 | Balanced Management, LLC<br>3017 Bolling Way NE<br>Atlanta, GA 30305-2205 | Balanced Management, LLC<br>315 E 62 floor 3<br>New York, NY 10065-7767 |
| Balanced Management, LLC<br>441 Lexington Ave<br>18th Floor<br>New York, NY 10017-3924 | Berkowitz Pollack Brant Advisors CPA<br>PO Box 735244,<br>Dallas, TX, 75373-5244 | Bright Labs Services LLC<br>485 Lexington Ave 10th FL,<br>New York, NY, 10017-2619 |
| (p)BROADRIDGE FINANCIAL SOLUTIONS<br>1155 LONG ISLAND AVENUE<br>EDGEWOOD NY 11717-8309 | Broadridge ICS<br>PO BOX 416423,<br>BOSTON, MA, 02241-6423 | CDW DIRECT<br>200 N. MILWAUKEE AVE,<br>VERNON HILLS, IL 60061-1577 |
| CINTAS<br>PO BOX 631025<br>CINCINNATI, OH, 45263-1025 | CK Administrative Services LLC<br>777 S Figueroa Street,<br>Suite 4100<br>Los Angeles, CA 90017-5841 | CT Corporation<br>PO Box 4349<br>Carol Stream, IL 60197-4349 |
| CUSIP GLOBAL SERVICES<br>55 WATERS ST,<br>NEW YORK, NY 10041-0016 | Calabrese Consulting LLC<br>24 North King Street,<br>Malverne, NY 11565-1002 | California Employment Development Department<br>3321 Power Inn Road,<br>Suite 140, #759<br>Sacramento, CA 95826-3893 |
| California Employment Development Department<br>PO Box 989061,<br>West Sacramento, CA 95798-9061 | California Employment Development Department<br>PO Box 997418 Sacramento, CA 95899 | Call & Jensen<br>810 Newport Center Dr<br>Newport Beach, CA 92660 |

Call & Jensen
810 Newport Center Dr, Suite 700,
Newport Beach, CA, 92660

Chirstopher A Sebes
5730 Claridon Drive
Naples, FL 34113-8385

Christopher A Sebes
5730 Claridon Drive,
Naples, FL 34113-8385

Cloudflare, Inc
Mail Code: 5267,
PO Box 660367,
Dallas, TX, 75266-0367

DC Office of Tax and Revenue- Compliance Adm
1101 4th Street SW,
Washington, DC 20024-4457

DGA SECURITY
429 WST 53RD STREET
NEW YORK, NY 10019-5791

Discount Edgar
125 Wolf Road, Suite 315,
Albany, NY 12205-1221

Dominion Capital, LLC
341 West 38th Street
Suite 800
New York, NY 10018-9686

Doug Greene
6805 Ingalls Court,
Galena, OH, 43021
ipCapital Group Inc
426 Industrial Ave, Suite 150,
Willston, VT, 05495-4459

Drexel Hamilton, LLC
77 Water ST
New York, NY 10005-4420

EL TORO LLC
552 E MARKET STREET,
LOUISVILLE, KY 40202-7111

ELITE AUDIO VIDEO OF SO FL
12241 SW 185TH ST,
MIAMI, FL 33177-3181

ELITE BUSINESS VENTURES
PO BOX 6510,
PASADENA, CA 91109-6500

ENCORE
EVENT TECHNOL CEASARS PALACE,
8850 W SUNSET RD, 3RD FL,
LAS VEGAS, NV 89148-4897

EQUISOLVE
3500 SW Corporate Pkwy,
Palm City, FL 34990-8185

Eduardo J. Dominguez
5778 Devonshire Blvd.
Miami, FL 33155-4062

Email Outreach Company
651 N Broad St, Suite 206,
Middletown, Delaware 19709-6402

Empire Marketing Ventures LLC
383 Madison Ave,
New York, NY 10017-3217

Employment Development Department
722 Capitol Mall
Sacramento, CA 95814-4703

Enlyte
PO Box 88026,
Chicago, IL 60680-1026

FL POWER HOUSE
2310 NW 102ND PLACE
DORAL, FL 33172-2517

FLORIDA POWER AND LIGHT
21400 Powerline Road
Boca Raton, FL 33433-2312

FLORIDA POWER AND LIGHT FPL
General Mail Facility
Miami, FL 33188-0001

FRANCHIMP LTD
Kristine M Rogalewski-Mayo
18531 N Steet,
Scottsdale, AZ, 85255

First Impulse
18 Goodyear, Suite 125,
Irvine, CA 92618-3750

Fisher Phillps LLP
2050 Main St
Irvine, CA 92614-8255

Fisher Phillps LLP
2050 Main St, Suite 1000,
Irvine, CA 92614-8240

Florida Department of Revenue
2450 Shumard Oak Blvd
Tallahassee, FL 32399-7022

Florida Department of Revenue
5050 West Tennessee Street,
Tallahassee, FL 32399-0100

Florida Department of Revenue
Miami Service Center
3750 NW 87th Avenue, Suite 300,
Doral, FL 33178-2430

| | | |
|---|---|---|
| GITLAB INC<br>PO BOX 8244,<br>PASADENA, CA, 91109-8244 | GUMMICUBE, INC<br>50 E ST JOHN ST,<br>SAN JOSE, CA 95112-5596 | GUROCK<br>0801 N Mopac Expressway,<br>Building 1, Suite 100,<br>Austin, TX, 78759 |
| Gallagher Bassett<br>Services, Inc<br>15763 Collections<br>Center Drive,<br>Chicago, IL 60693-0001 | Gentry Partnership In<br>11523 Palmbrush Trail, Suite 193,<br>Lakewood Ranch, FL 34202-2917 | Gentry Partnership, Inc<br>11523 Palmbrush Trail<br>Bradenton, FL 34202-2917 |
| Gordon Rees Scully Mansukhani, LLP<br>275 Battery Street, 20th Fl,<br>San Francisco, CA 94111-3367 | Grasso Global Inc<br>Levinson Arshonsky Kurtz & Komsky LLP<br>15303 Ventura Blvd, Suite 1650,<br>Sherman Oaks, CA 91403-6620 | HEISE SUAREZ MELVILLE, P.A.<br>2990 Ponce de Leon Blvd, Suite 300,<br>Coral Gables, FL 33134-6803 |
| HUB International Insurance Services Inc<br>16030 Venture Blvd,<br>Suite 500,<br>Encino, CA 91436-2766 | Huggins Actuarial Services Inc<br>111 Veterans Square, Third Floor,<br>Media, PA 19063-3292 | ICR LLC<br>761 Main Ave<br>Norwalk, CT 06851-1080 |
| INTRADO DIGITAL MEDIA, LLC<br>C/O INTRADO CORPORATION,<br>PO BOX 74007143,<br>CHICAGO, IL, 60674-7143 | IOWA Workforce Development Unemployment Insu<br>1000 E Grand Avenue,<br>Des Moines, IA 50319-0220 | IPFS Corporation<br>3522 Thomasville Rd<br>Tallahassee, FL 32309-3488 |
| IPFS Corporation<br>3522 Thomasville Rd,<br>Suite 400,<br>Tallahassee, FL 32309-3488 | IPFS Corporation 3522<br>Thomasville Rd<br>Tallahassee, FL 32309 | IRS<br>Worland, WY 82401 |
| Idaho Department of Labor- Collection Enforc<br>Unit 317 W Main Street,<br>Boise, ID 83735-0001 | Idaho State Tax Commission<br>11321 W Chinden Blvd,<br>Boise ID 83714-1021 | Idaho State Tax Commission<br>PO Box 36,<br>Boise, ID 83722-0036 |
| Illinois Department of Employment Security<br>Revenue Collection Enforcement Unit<br>33 S State Street, 10th Floor,<br>Chicago, IL 60603-2808 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | Innovative Coverage Concepts LLC<br>c/o Arthur J Gallagher & Co,<br>200 Jefferson Park,<br>Ste 110 - 200,<br>Whippany, NJ 07981-1076 |
| IntacctDept 3237,<br>PO Box 123237,<br>Dallas, TX, 75312-3237 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | Internal Revenue Service Centralized Insolve<br>PO Box 7317<br>Philadelphia, PA 19101-7317 |
| J David Tax Law LLC<br>7077 Bonneval Road, Suite 200,<br>Jacksonville, FL 32216-6073 | JOBOT, LLC<br>18575 JAMBOREE RD, SUITE 600,<br>IRVINE, CA 92612-2554 | Judith Simpson<br>1939 Festival Court<br>Joliet, IL 60435 |

| | | |
|---|---|---|
| KARLINSKY LLC<br>103 Mountain Rd<br>Cornwall On Hudson, NY 12520-1802 | KPA SERVICES LL<br>PO Box 83301,<br>Woburn, MA, 01813-3301 | Kansas Department of Revenue<br>Division of Taxation<br>12 SE 10th Avenue,<br>Topeka KS 66625-0001 |
| Kansas Department of RevenueDivision of Taxa<br>PO Box 3506, Avenue,<br>Topeka, KS 66601-3506 | Kenneth Weaver<br>901 Riverside Drive<br>Old Hickory, TN 37138-3150 | Klein & Wilson<br>4770 Von Karman,<br>Newport Beach, CA 92660-2123 |
| LANIER PARKING<br>647 BRICKELL KEY DR, SUITE 1,<br>MIAMI, FL 33131-2622 | LEAPROS WORKFORCE SOLUTIONS<br>PO BOX 432,<br>HUNTINGTON BEACH, CA 92648-0432 | LOEB & LOEB LLP<br>345 PARK AVE,<br>NEW YORK, NY 10154-1895 |
| Lamb McErlane PC<br>24 E. Market St, PO Box 565,<br>West Chester, PA 19381-0565 | Launay Patrice, PEJ CONSULTING<br>1560 Sawgrass Corporate Pkwy,<br>4th FL Suite 423-C,<br>Sunrise, FL 33323-2858 | Lemke Mediation<br>515 S Flower St, Suite 1800,<br>Los Angeles, CA 90071-2231 |
| LexisNexis<br>28544 Network Place,<br>Chicago, IL, 60673-1285 | Lowenstein Sandler LLP<br>Attn: William B. Farrell<br>One Lowenstein Drive<br>Roseland, NJ 07068-1791 | Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068-1791 |
| Lowenstein Sandler LLP<br>One Lowenstein Drive,<br>Roseland, New Jersey 07068-1791 | Lydecker LLP<br>1221 Brickell Ave, 19th FL,<br>Miami, FL 33131-3240 | MEF I, LP<br>40 Wall Street<br>New York, NY 10005-1304 |
| MELTWATER NEWS U<br>Dept LA 23721,<br>Pasadena, CA, 91185-3721 | MILNER - USAGE<br>PO BOX 923197,<br>NORCROSS, GA, 30010-3197 | MILNER INC<br>PO BOX 105743<br>ATANTA, GA, 30348-5743 |
| MILNER INC - BRICKELL<br>PO BOX 41602,<br>PHILADELPHIA, PA, 19101-1602 | MINERAL INC<br>6701 Koll Center Parkway, Suite 430,<br>PLEASANTON, CA 94566-8065 | MINTZ<br>666 Third Avenue<br>New York, NY 10017-4011 |
| MINTZ<br>Chrysler Center,<br>666 Third Avenue,<br>New York, NY 10017-4011 | Marcum & Kliegman LLP<br>750 Third Ave<br>New York, NY 10017-2703 | Marcum & Kliegman LLP<br>750 Third Ave 11th FL,<br>New York 10017-2716 |
| Mark , Your Extended Office<br>No. 128 SRP Koil Street South,<br>Jawahar Nagar, Chennai, 600 082, India | Marlins Baseball<br>501 Marlins Way,<br>Miami, FL 33125-1121 | Marquis Aurbach Chtd<br>10001 Park Run Drive,<br>Las Vegas, NV 89145-8857 |

| | | |
|---|---|---|
| Martin Scott<br>19180 Skyridge Circle,<br>Boca Raton, FL 33498-6212 | Massachusetts Department of Revenue<br>100 Cambridge Street,<br>Boston, MA 02204-0001 | Meadows Collier Attorney At Law<br>901 Main Street, Suite 3700,<br>Dallas, TX 75202-3742 |
| Media Network Consultants LLC<br>13245 Lower Harden Ave<br>Orlando, FL 32827-7221 | (p)MEDIANT COMMUNICATIONS INC<br>ATTN ATTN JOSEPH SIMONOWICH<br>400 REGENCY FOREST DRIVE<br>SUITE 200<br>CARY NC 27518-7703 | MetLife Group Benefits<br>PO Box 804466,<br>Kansas City, MO,<br>64180-4466 |
| Miami-Dade Office of the Tax Collector<br>Tangible Personal Property<br>200 NW 2nd Avenue, Miami, FL 33128 | Michigan Department of Treasury<br>City Tax Administration<br>P.O. Box 30756<br>Lansing, MI 48909-8256 | Michigan Department of Treasury<br>PO Box 30756,<br>Lansing, MI 48909-8256 |
| Minesota Deptment of Revenue<br>Collection Division<br>PO Box 64651,<br>Saint Paul, MN 55164-0651 | Missouri Department of Revenue<br>Taxation Division<br>PO Box 3375,<br>Jefferson City, MO 65102-3375 | Morris, Nichols, Arsht & Tunnell LLP<br>1201 N Market St, 16th FL, PO Box 1347,<br>Wilmington, DE, 19899-1347 |
| NASDAQ<br>51 West 42nd Street, Floors 26, 27, 28,<br>New York, NY 10036 | NATPAY<br>3415 W Cypress St,<br>Tampa, FL 33607-5007 | NOW CFO NEWPORT BEACH<br>5251 S Green Street,<br>Suite 350,<br>Murray, UT, 84123 |
| Nasdaq Corporate<br>Solutions, LLC<br>PO Box 780700,<br>Philadelphia, PA,<br>19178-0700 | National Payment Corporation<br>3415 W Cypress Street<br>Tampa, FL 33607-5007 | Navarro Hernandez P<br>66 W Flagler St 6th FL,<br>Miami, FL 33130-1884 |
| New Benefits<br>Alexandra Gonzalez Zabala<br>Judith Simpson<br>1839 Festival Court,<br>Joliet, IL 60435-3785 | New Jersey Department of Labor and Workforce<br>Delinquency Unit<br>PO Box 932,<br>Trenton, NJ 08625-0932 | New Jersey Department of Labor and Workforce<br>Division of Employer Accounts<br>PO Box 059,<br>Trenton, NJ 08646-0001 |
| New Jersey Department of the Treasury<br>Division of Taxation<br>PO Box 1009,<br>Moorsetown, NJ 08057-0909 | New Mexico Department of Workforce Solutions<br>PO Box 1928,<br>Albuquerque, NM 87103-1928 | New Mexico Taxation & Revenue<br>PO Box 25128,<br>Santa Fe, NM 87504-5128 |
| New York Department of Labor- Unemployment I<br>Enforcement Unit<br>PO Box 4305<br>Binghamton, NY 13902-4305 | New York Department of Labor- Unemployment I<br>PO Box 15012<br>Albany, NY 12212-5012 | New York Department of Labor- Unemployment I<br>PO Box 4301<br>Brimingham, NY 13902-4301 |
| New York Department of Taxation and Finance<br>Civil Enforecement Division - Offset Uni<br>Albany NY 12227-0001 | New York Employment Contributions and Taxes<br>PO Box 4119<br>Binghamton, NY 13902-4119 | New York State Department of Taxation & Fina<br>Bankruptcy Section<br>P O Box 5300<br>Albany, NY 12205-0300 |

Norman S Gerstein PA
5966 S. Dixie Highway, Suite 300,
Miami, FL 33143-5177

(p)OKTA INC
100 FIRST STREET
SUITE 600
SAN FRANCISCO CA 94105-3513

OSBORN MALEDO
2929 N CENTRAL AVE, 21 FLOOR,
PHOENIX, AZ 85012-2782


Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Okin Pest Control
2170 Piedmont Rd NE
Atlanta, GA, 30324-4135

Oklahoma Tax Commission
Oklahoma City, OK 73194-0001


Oppenheim Insurance Broker Inc.
23742 Lyons Ave,
PO Box 220957,
Newhall, CA 91322-0957

Osborn Maledon
2929 N Central Ave
Phoenix, AZ 85012-2793

Osher Capital Partners, LLC
c/o LH Financial
510 Madison Ave
14th Floor
New York, NY 10022-5730


PETTIT KOHN
11622 EL CAMINO REAL, SUITE 300,
SAN DIEGO, CA 92130-2051

Payne & Fears LLP
4 Park Plaza
Irvine, CA 92614-8550

Payne & Fears LLP
4 Park Plaza, Suite 1100,
Irvine, CA 92614-8550


Pennsylvania Department of Labor & Industry
Office of Unemployment Compensation Tax
651 Boas Street, Room 915,
Harrisburg, PA 17121-0751

Philadelphia Ins Co
PO BOX 70251,
PHILADELPHIA, PA, 19176-0251

Pitney Bowes
PO Box 371874,
Pittsburgh, PA, 15250-7874


Plant Care
PO Box 50115,
Lighthouse Point, FL 33074-0115

Premier Produce
2672 SW 36th St
Dania Beach, FL 33312-5005

Prequin Limited
1st Floor, Verde, 10 Bressenden Place,
London, United Kingdom,
SW1E 5DH, United Kingdom


PrismHR
PO BOX 844768,
Boston, MA 02284-4759

Professional Window Tinters
7385 Bird Rd (40th St)
Miami, FL, 33155

QB Animation Inc
320 Lighthouse Drive,
Palm Beach Gardens, FL 33410-4835


RB INTERNATIONAL
SUPPLY CORP
7265 NW 44TH ST
MIAMI, FL 33166-6418

RUNWAY 1 LLC
250 Greenpoint Ave,
Brooklyn, NY 11222-2493

Restaurant Finance Monitor
2808 Anthony Lane South,
Minneapolis, MN 55418-3234


Richard DeBeikes
23241 Ventura Blvd Ste 224C,
Woodland Hills, CA 91364-1042

Rose, Snyder & Jacobs LLP
15821 Ventura Blvd
Encino, CA 91436-4778

Rose, Snyder & Jacobs LLP
15821 Ventura Blvd, Suite 490,
Encino, CA 91436-4778


Roxborough Pomerance NYE & Adreani
5820 Canoga Ave
Woodland Hills, CA 91367-6549

Roxborough Pomerance NYE & Adreani
5820 Canoga Ave, Suite 250,
Woodland Hills, CA 91367-6549

SICHENZIA ROSS FERENCE LLP
1185 AVE OF THE AMERICAS,
31ST FLOOR,
NEW YORK, NY 10036-2612

| | | |
|---|---|---|
| STERICYCLE<br>28883 NETWORK PLACE,<br>CHICAGO, IL, 60673-1288 | SUNZ INSURANCE<br>1301 6th Ave W,<br>Bradenton, FL 34205-7410 | Say Technologies LLC<br>85 Willow Road<br>Menlo Park, CA 94025-3656 |
| SearchGeeks<br>701 Palomar Airport Rd. #170,<br>Carlsbad CA 92011-1045 | Securities and Exchange Commission<br>100 F Street, NE,<br>Washington, DC 20549-2001 | Securities and Exchange Commission<br>801 Brickell Avenue<br>Suite 1950<br>Miami, FL 33131-4901 |
| Slavic 401K<br>1075 Broken Sound Pkwy NW, Suite 100,<br>Boca Raton, FL, 33487-3540 | Slavic Integrated Administration<br>1075 NW Brkn Snd Pkway, Ste 100,<br>Boca Raton, FL,<br>33487-3540 | SolutionCore Inc<br>9742 Hibiscus Drive,<br>Garden Grove, CA 92841-1717 |
| Specialty Marketing Consulting Inc<br>c/o Kimberly Peters,<br>PO Box 6700,<br>Pine Mountain Club, CA 93222-6700 | Sperling & Slater PC<br>55 West Monroe Street, Suite 3200,<br>Chicago, IL 60603-5035 | Sports1ternship, LLC<br>23 Rancho Circle,<br>Lake Forest, CA 92630-8324 |
| Sportslternship, LLC<br>23 Rancho Circle<br>Lake Forest, CA 92630-8324 | Staff Benefits<br>Management, Inc<br>2307 FENTON PARKWAY #107-126,<br>San Diego, CA 92108-4746 | Stifel Financial<br>510 N. Broadway<br>Saint Louis, MO 63102 |
| SullivanCurtisMonroe Ins Serv LLC<br>1920 Main St, Suite 600,<br>Irvine, CA 92614-7226 | TEKWORKS<br>13000 Gregg Street,<br>Poway, CA 92064-7151 | TENNESSE DEPT OF REVENUE<br>500 DEADERICK ST, ANDREW JACKSON ST OFFI<br>NASHVILLE, TN 37242-0001 |
| TMF SERVICES HONDURAS<br>Colonia Lomas del Guijarro Sur,<br>Domicilio Alquilado, Contiguoa Plaza Fic<br>5to Nivel. Tegucigalpa M.D.C. Honduras | TRUSAIC<br>3530 WILSIRE BLVD, SUITE 1460,<br>LOS ANGELES, CA 90010-2334 | Tennessee Department of Labor & Workforce De<br>Employment Security Division,<br>Employer Accounts Audit<br>220 French Landing Drive,<br>Nashville, TN 37243-1002 |
| Toppan Merrill LLC<br>PO BOX 74007295,<br>CHICAGO, IL 60674-7295 | Traliant Operating LLC<br>PO Box 844090,<br>Boston, MA 02284-4090 | Trenan Law<br>PO Box 1102,<br>Tampa, FL, 33601-1102 |
| UNITED HEALTHCARE<br>PO BOX 111111,<br>NEW TOWN, MO, 93195-9782 | US FOODS<br>PO BOX 281838<br>BOCA RATON, FL, 30384-1838 | VERIFONE INC<br>c/o Colliers Int'l Lease Admin,<br>301 University Ave, Ste 100,<br>Sacramento, CA 95825-5537 |
| VERITEXT, LLC<br>PO BOX 71303,<br>CHICAGO, IL, 60694-1303 | VIA Design Studio<br>103 Westward Drive<br>Miami, FL 33166-5257 | Virginia Department of Taxation<br>PO Box 1115.<br>Richmond, VA 23218-1115 |

| | | |
|---|---|---|
| Virginia Department of Taxation<br>PO Box 1777,<br>Richmond, VA 23218-1777 | WASTE MANAGEMENT INC FL<br>8801 NW 91ST STREET,<br>MEDLEY, FL 33178-1815 | WHITE & CASE<br>SE FINANICAL CTR STE 4900,<br>200 S BISCAYNE BLVD,<br>MIAMI, FL, 33131-2352 |
| WORKIVA<br>2900 UNIVERSITY BLVD,<br>AMES, IA 50010-8665 | White & Case<br>SE Financial Ctr Ste<br>4900 Miami, FL 33131 | Whitney White<br>100 Albert Way 08540-3202 |
| Whitney White<br>100 Albert Way, Apt 1417,<br>Princeton, NJ 08540-3215 | Widgets & Web LLC<br>19500 194th Trl,<br>Golden Beach, FL, 33160 | eFax Corporate<br>C/O J2 Cloud Services LLC,<br>PO BOX 51873,<br>LOS ANGELES, CA, 90051-6173 |
| nFusion Capital Finance LLC<br>6444 Burnet Rd Unit 100,<br>Austin, TX 78757-3252 | Daniel Gielchinsky<br>2875 NE 191st Street<br>Suite 705<br>Aventura, FL 33180-2803 | Eric Rubin<br>Moecker Auctions Inc<br>1885 Marina Mile Blvd #103<br>Ft. Lauderdale, FL 33315-2243 |
| Isaac M Marcushamer Esq.<br>DGIM Law, PLLC<br>2875 NE 191st Street<br>Suite 705<br>Aventura, FL 33180-2803 | Jonathan Feldman<br>2 South Biscayne Boulevard, Suite 1600<br>Miami, FL 33131-1824 | Manny Rivera<br>c/o Shraiberg Page P.A.<br>2385 NW Executive Center Dr., #300<br>Boca Raton, FL 33431-8530 |
| Mark Absher<br>c/o Shraiberg Page P.A.<br>2385 NW Executive Center Dr., #300<br>Boca Raton, FL 33431-8530 | Robert Angueira<br>c/o Paul Steven Singerman<br>Berger Singerman LLP<br>1450 Brickell Avenue<br>Suite 1900<br>Miami, FL 33131-5319 | Scott Absher<br>c/o Shraiberg Page P.A.<br>2385 NW Executive Center Dr., #300<br>Boca Raton, FL 33431-8530 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| United States of America Internal Revenue Se<br>c/o Raychelle A. Tasher<br>99 NE 4 St. # 300<br>Miami, FL 33132 | Broadridge Financial Solutions<br>1155 long Island Avanue<br>Edgewood, NY 11717 | (d)IRS - Department of the Treasury<br>Ogen, UT 84201 |
| Illinois Department of Revenue<br>PO Box 19006,<br>Springfield, IL 62794 | Mediant<br>Communications Inc.<br>PO BOX 29976,<br>NEW YORK, NY, 10087-9976 | (d)Mediant Communications Inc.<br>400 Regency Forest Drive<br>Suite 200<br>Cary, NC 27518 |
| OKTA INC<br>100 FIRST STREET, SUITE 600,<br>SAN FRANCISCO, CA, 94105 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Sunz Insurance Solutions, LLC

(u)Miami

(d)A & A Ornamental, Inc
18731 SW 87th Ave,
Cutler Bay, FL 33157-7224

(d)ALLIED SPORTS LLC
PO BOX 845785,
BOSTON, MA, 02284-5785

(d)CINTAS
PO BOX 631025,
CINCINNATI, OH, 45263-1025

(d)CK Administrative Services LLC
777 S Figueroa Street, Suite 4100,
Los Angeles, CA 90017-5841

(d)CT Corporation
PO Box 4349,
Carol Stream, IL,
60197-4349

(d)DGA SECURITY
429 WST 53RD STREET,
NEW YORK, NY 10019-5791

(d)FL POWER HOUSE
2310 NW 102ND PLACE,
DORAL, FL 33172-2517

(d)ICR LLC
761 Main Ave,
Norwalk, CT 06851-1080

(d)KARLINSKY LLC
103 Mountain Road,
Cornwall-On-Hudson, NY 12520-1802

(d)Kenneth Weaver
901 Riverside Drive,
Old Hickory, TN 37138-3150

(d)MILNER INC
PO BOX 105743,
ATANTA, GA, 30348-5743

(d)MILNER INC BRICKELL
PO BOX 41602
PHILADELPHIA, PA, 19101-1602

(d)MILNER USAGE
PO BOX 923197
NORCROSS, GA, 30010-3197

(d)Media Network Consultants LLC
13245 Lower Harden Ave,
Orlando, FL 32827-7221

(d)Premier Produce
2672 SW 36th St,
Dania Beach, FL 33312-5005

(d)Professional Window Tinters
7385 Bird Rd (40th St),
Miami, FL, 33155

(d)RB INTERNATIONAL SUPPLY CORP
7265 NW 44TH ST,
MIAMI, FL 33166-6418

(d)Securities and Exchange Commission
100 F. Street NE
Washington, DC 20549-2001

(d)Sunz Insurance
1301 6th Ave W
Bradenton, FL 34205-7410

(d)US FOODS
PO BOX 281838,
BOCA RATON, FL, 30384-1838

(d)VIA Design Studio
103 Westward Drive,
Miami, FL 33166-5257

(d)WORKIVA
2900 University Blvd
Ames, IA 50010-8665

(d)White & Case
SE Financial Ctr Ste 4900
Miami, FL 33131

(d)Whitney White
100 Albert Way 08540

(u)Richelle Kalnit
Hillco IP Services LLC

**End of Label Matrix**

| | |
|---|---|
| Mailable recipients | 257 |
| Bypassed recipients | 27 |
| Total | 284 |