UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flmb.uscourts.gov

In re:

SHIFTPIXY, INC., *et al.*[1]

Debtor.

_____/

Case No. 24-21209-LMI
*(Jointly Administered)*

Chapter 11

### *EX PARTE* MOTION BY SEQUOR LAW FOR LEAVE TO ATTEND REMOTELY THE HEARING SCHEDULED FOR DECEMBER 16, 2024, AT 9:30 A.M.

Sequor Law ("Sequor Law"), counsel for Golden Taco, Inc., Century Tacos, Inc., Pacific Coast Taco, Inc., Tacos 2000, Inc. and Los Angeles West Taco, Inc., by and through its undersigned counsel, hereby moves the Court for leave to attend the hearing scheduled for December 16, 2024, at 9:30 a.m. (the "Hearing") remotely via Zoom Video Communications (the "Motion"), and in support thereof states as follows:

1.      On November 18, 2024, ShiftPixy, Inc. (the "Debtors") filed an Expedited Motion for (I) Entry of an Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All of Substantially All of the Debtors' Remaining Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Scheduling a Hearing to Approve Assumption and Assignment of the Assumed Contracts; (II) Entry of an Order (A) Authorizing the Debtors' Entry Into an Asset Purchase Agreement; and (B) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances; (III) Entry

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 4101 NW 25th Street, Miami, FL 33142.

of an Order Approving the Assumption and Assignment of the Assumed Contracts; and (IV) Related Relief (the "Sale Motion") [Docket Entry No. 60].

2.      On December 4, 2024, this Court entered an Order on the Sale Motion and scheduled a hearing on the sale and the assumption and assignment for December 16, 2024 at 9:30 a.m. [Docket Entry No. 97].

3.      On December 11, 2024, the Debtors filed an Expedited Motion for the Entry of an order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code Upon the Closing of the Sale (the "Motion to Convert") [Docket Entry No. 109] and an Expedited Motion to Authorize DGIM Law, PLLC and the Chief Restructuring Officer to File First and Final Fee Applications and Shorten Time for Their Consideration (the "Motion to Authorize") [Docket Entry No. 111].

4.      On December 12, 2024, this Court entered an order granting Debtor's *Ex-Parte* Motion to Shorten Time for the Hearing on the Motion to Convert [Docket Entry No. 113] and an Order Granting the Motion to Authorize [Docket Entry No. 115] (together, the "Orders").  The Orders scheduled hearings on the Motion to Convert and the Motion to Authorize for December 16, 2024 at 9:30 a.m. (the "Hearings").

5.      Under Section (d) of Your Honor's *Requirements and Procedures for Remote Attendance at Hearings*, an *ex parte* motion requesting leave to attend remotely for good cause shown may be filed in emergency or unforeseen circumstances, as soon as reasonably practicable in advance of the hearing.

6.      Participating counsel from Sequor Law was already scheduled to travel and be out of the jurisdiction when the expedited hearings were scheduled.  Accordingly, Sequor Law submits

that the circumstances constitute good cause to authorize their attendance at the Hearing remotely via Zoom Video Communications.

WHEREFORE, Sequor Law respectfully requests entry of an order, substantially in the form attached hereto as **Exhibit A**, granting it leave to attend the Hearing remotely via Zoom Video Communications.

I HEREBY CERTIFY that a true and correct copy of the foregoing has served upon all interested parties registered to receive notice via this Court's CM/ECF electronic notification system on December 12, 2024.

Date:   December 12, 2024

Respectfully submitted,
SEQUOR LAW
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
lflorin@sequorlaw.com
Telephone:    (305) 372-8282
Facsimile:    (305) 372-8202

By:    _/s/ Leyza B. Florin_
        Leyza B. Florin
        Florida Bar No.: 104639

**24-21209-LMI Notice will be electronically mailed to:**

Eyal Berger, Esq. on behalf of Creditor Sunz Insurance Solutions, LLC
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Samuel J Capuano on behalf of Creditor Robert Angueira
scapuano@bergersingerman.com,
FSellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com

Leyza Barbara Florin on behalf of Creditor Century Tacos, Inc.
lflorin@sequorlaw.com, jdiaz@sequorlaw.com

Leyza Barbara Florin on behalf of Creditor Golden Taco, Inc.
lflorin@sequorlaw.com, jdiaz@sequorlaw.com

Leyza Barbara Florin on behalf of Creditor Los Angeles West Taco, Inc.

lflorin@sequorlaw.com, jdiaz@sequorlaw.com

Leyza Barbara Florin on behalf of Creditor Pacific Coast Taco, Inc.
lflorin@sequorlaw.com, jdiaz@sequorlaw.com

Leyza Barbara Florin on behalf of Creditor Tacos 2000, Inc.
lflorin@sequorlaw.com, jdiaz@sequorlaw.com

Daniel Gielchinsky on behalf of Debtor ShiftPixy, Inc.
dan@dgimlaw.com,
colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com

Dan L Gold on behalf of U.S. Trustee Office of the US Trustee
Dan.L.Gold@usdoj.gov

Samuel W Hess on behalf of Creditor Manny Rivera
shess@slp.law, dwoodall@slp.law;pmouton@slp.law;shess@ecf.courtdrive.com

Samuel W Hess on behalf of Creditor Mark Absher
shess@slp.law, dwoodall@slp.law;pmouton@slp.law;shess@ecf.courtdrive.com

Samuel W Hess on behalf of Creditor Scott Absher
shess@slp.law, dwoodall@slp.law;pmouton@slp.law;shess@ecf.courtdrive.com

Erin M Hoskins on behalf of Creditor Robert Angueira
ehoskins@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com

Isaac M Marcushamer, Esq. on behalf of Debtor ReThink Human Capital Management, Inc
isaac@dgimlaw.com,
colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

Isaac M Marcushamer, Esq. on behalf of Debtor ShiftPixy Staffing, Inc
isaac@dgimlaw.com,
colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

Isaac M Marcushamer, Esq. on behalf of Debtor ShiftPixy, Inc.
isaac@dgimlaw.com,
colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

Isaac M Marcushamer, Esq. on behalf of Interested Party ReThink Human Capital Management,

4

Inc
isaac@dgimlaw.com,
colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

Isaac M Marcushamer, Esq. on behalf of Interested Party ShiftPixy Staffing, Inc
isaac@dgimlaw.com,
colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

Charles J McHale on behalf of Creditor Balanced Management, LLC
cmchale@mgl.law

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Michael S Provenzale on behalf of Creditor Foundry ASVRF Sawgrass, LLC
michael.provenzale@lowndes-law.com, anne.fisher@lowndes-law.com;litcontrol@lowndes-law.com

Bradley S Shraiberg on behalf of Creditor Manny Rivera
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg on behalf of Creditor Mark Absher
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg on behalf of Creditor Scott Absher
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Paul Steven Singerman, Esq on behalf of Creditor Robert Angueira
singerman@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com

Raychelle A Tasher on behalf of Creditor United States of America Internal Revenue Service
Raychelle.Tasher@usdoj.gov, bridgett.moore@usdoj.gov;Shannon.Patterson@usdoj.gov

*Exhibit A*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flmb.uscourts.gov

In re:                                                          Case No. 24-21209-LMI
                                                                *(Jointly Administered)*
SHIFTPIXY, INC., *et al.*[2]

                                                                Chapter 11

        Debtor.
_____/

**ORDER GRANTING *EX PARTE* MOTION BY SEQUOR LAW FOR
LEAVE TO ATTEND REMOTELY THE HEARING SCHEDULED
<u>FOR DECEMBER 16, 2024, AT 9:30 A.M.</u>**

        THIS MATTER came before the Court on the *Ex Parte Motion by Sequor Law for Leave

to Attend Remotely the Hearing Scheduled for December 16, 2024, at 9:30 a.m.* (the "<u>Motion</u>")

[Docket Entry No. __], filed by Sequor Law.  The Court, having considered the Motion, and having

found good cause for the relief set forth herein, hereby

        **ORDERS** that**:**

        1.        The Motion is **GRANTED.**

        2.        Sequor Law, counsel for Golden Taco, Inc., Century Tacos, Inc., Pacific Coast

Taco, Inc., Tacos 2000, Inc. and Los Angeles West Taco, Inc., is authorized to attend the hearing

scheduled for December 16, 2024, at 9:30 a.m. via Zoom Video Communications.

                                        # # #


Submitted by:
Leyza B. Florin, Esq.
SEQUOR LAW
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
lflorin@sequorlaw.com
_____

[2] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital
Management, Inc. The address of the Debtors is 4101 NW 25th Street, Miami, FL 33142.

Telephone:    (305) 372-8282
Facsimile:    (305) 372-8202

*(Attorney Florin shall serve a conformed copy of the foregoing upon all interested parties and file a Certificate of Service with this Court)*

2