**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| SHIFTPIXY, INC. *et, al.*[1] | Case No. 24-21209-LMI |
| Debtors. _____/ | (Jointly Administered) |

**DEBTOR'S *EX-PARTE* MOTION TO PERMIT SUCCESSFUL BIDDER AND BIDDER'S COUNSEL'S TO ATTEND HEARING VIA ZOOM**

The Debtor in the above captioned case, as an accommodation to Christopher C. Todd, Esq., counsel ("Counsel") for G3 Business Services LLC (the "Successful Bidder"), pursuant to Local Rule 9013-1, files this *Ex-Parte* Motion to permit Counsel and Successful to Attend Hearing Via Zoom ("Motion"). In support of the Motion, counsel states the following[2]:

1. On October 28, 2024, the Debtors filed a voluntary petition in this Court under Chapter 11 of the Bankruptcy Code.

2. On October 28, 2024, the above-captioned debtors and debtor-in-possession (the "Debtors") filed an expedited motion seeking approval of the bidding procedures for the sale of certain of the Debtors' assets (the "Assets") and approval of the sale such Assets (the "Bidding Procedures and Sale Motion") to the highest or best qualified bidder (the "Successful Bidder") [Dkt. 60].

3. The hearing on the approval of the sale of the Assets is currently set on December 16, 2024, at 9:30 a.m. (the "Sale Hearing").

4. Because of the expedited nature of the sale process, the timelines and schedule of

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

[2] This Motion is filed by the Debtor as an accommodation to facilitate the Sale. Undersigned Counsel, does not represent the Successful Bidder. Mr. Todd, Counsel to the Successful Bidder is an attorney admitted in Florida, but has not received his CM/ECF credentials in time to file this Motion.

events surrounding the sale have been compressed.

5. Successful Bidder and Counsel only recently participated in this Case via the auction, and have not had adequate time to rearrange their schedules to appear in person at the Sale Hearing.

6. Successful Bidder's Manager Gayathri Boyapalli is currently out of the country and will not be in the country at the time of the Sale Hearing; Successful Bidder's other manager representative Ram Ajjarapu is currently in Miami visiting the Debtors facilities, but has pre-paid reservations to depart Miami for Minnesota on another business matter for the remainder of this week, and will be in his home state of New Jersey at the time of the Sale Hearing.

7. Counsel, a Floria licenses attorney, for Successful Bidder lives in Memphis, TN and is scheduled to be in court in Nashville, TN involving a previously scheduled hearing in an unrelated matter.

8. Due to the travel challenges of the out of state representatives of Successful Bidder and its Counsel, and the short notice of the Sale Hearing, Successful Bidder and its Counsel request to appear remotely, via zoom, at the Sale Hearing.

9. This Motion is not filed for purposes of delay and will not result in prejudice to any party. Good cause exists, as noted above, for the relief sought by Successful Bidder and Counsel.

**WHEREFORE,** based on the foregoing, the Debtor on behalf of the Successful Bidder and Counsel for Successful Bidder request the entry of an Order in the form attached as **Exhibit A,** (i) granting this Motion, (ii) authorizing Counsel and representatives of Successful Bidder to appear at the Sale Hearing scheduled for December 16, 2024, at 9:30 a.m. remotely, via zoom (iii) and granting such other and further relief as the Court deems just and proper.

Dated December 13, 2024.    Respectfully submitted,

**DGIM Law, PLLC**
*Counsel for the Debtors*
2875 NE 191st Street, Suite 705

Aventura, FL 33180
Phone: (305) 763-8708
*/s/ Isaac Marcushamer*
Isaac Marcushamer, Esq.
Florida Bar No. 0060373
Email:  isaac@dgimlaw.com
Monique D. Hayes, Esq.
Florida Bar No. 843571
Email: monique@dgimlaw.com

on behalf of:

**Kaizen Law PC**
*Counsel for G3 Business Services LLC*
5865 Ridgeway Center Parkway, Ste 300
Memphis, TN 38120
Phone: (901) 902-5543

*/s/ Christopher C. Todd*
Christopher C. Todd, Esq.
Florida Bar No. 72911
Email: Chris@KaizenLawyer.com

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Motion was served via CM/ECF Notification to all parties registered to receive electronic notice on December 13, 2024.

*/s/ Isaac Marcushamer*
Isaac Marcushamer, Esq.
Florida Bar No. 0060373
Email: isaac@dgimlaw.com

4

**EXHIBIT "A"**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| SHIFTPIXY, INC. *et, al.*[3] | Case No. 24-21209-LMI |
| Debtors. | (Jointly Administered) |
| _____/ | |

**ORDER GRANTING SUCCESSFUL BIDDER'S AND COUNSEL'S
*EX-PARTE* MOTION TO ATTEND HEARING VIA ZOOM**

**THIS MATTER** came before the Court upon *Successful Bidder's and Counsel's Ex-Parte Motion to Attend Hearing Via Zoom* [ECF No. ___] (the "Motion"). The Court, having considered the Motion and record in this case and being otherwise duly advised in the premises,

---

[3] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc.  The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

it is hereby,

    **ORDERED,** as follows:

1.     The Motion is GRANTED.
2.     Representatives of Successful Bidder G3 Business Services LLC and Counsel for Successful Bidder Christopher Todd, esq., are authorized to appear remotely, via zoom at the Sale Hearing scheduled for December 16, 2024 at 9:30 a.m.

###

**Submitted by:**
Christopher Todd, Esq.
Kaizen Law PC
*Attorneys for G3 Business Services LLC*
5865 Ridgeway Center Parkway, Ste 300
Memphis, TN 38120
Email:  Chris@KaizenLawyer.com

*[Christopher Tood, Esq. is directed to provide a copy of this signed Order to all parties of record and to file a Certificate of Service conforming with Local Rule 2002-1(F), within 3 days of entry of this Order]*