# *Exhibit A*

 

## <span style="color:red">Attention:</span>

You may file Forms W-2 and W-3 electronically on the SSA's Employer W-2 Filing Instructions and Information web page, which is also accessible at www.socialsecurity.gov/employer.  You can create fill-in versions of Forms W-2 and W-3 for filing with SSA. You may also print out copies for filing with state or local governments, distribution to your employees, and for your records.

**Note:** Copy A of this form is provided for informational purposes only. Copy A appears in red, similar to the official IRS form. The official printed version of this IRS form is scannable, but the online version of it, printed from this website, is not. Do **not** print and file Copy A downloaded from this website with the SSA; a **penalty** may be imposed for filing forms that can't be scanned. See the penalties section in the current General Instructions for Forms W-2 and W-3, available at www.irs.gov/w2, for more information.

Please note that Copy B and other copies of this form, which appear in black, may be downloaded, filled in, and printed and used to satisfy the requirement to provide the information to the recipient.

To order official IRS information returns such as Forms W-2 and W-3, which include a scannable Copy A for filing, go to IRS' Online Ordering for Information Returns and Employer Returns page, or visit www.irs.gov/orderforms and click on Employer and Information returns. We'll mail you the scannable forms and any other products you order.

See IRS Publications 1141, 1167, and 1179 for more information about printing these tax forms.

**DO NOT CUT, FOLD, OR STAPLE THIS FORM**

| 44444 | **For Official Use Only**<br>**OMB No. 1545-0029** |
|---|---|

**a** Employer's name, address, and ZIP code

**c** Tax year/Form corrected

/ **W-2**

**d** Employee's correct SSN

**e** Corrected SSN and/or name. (Check this box and complete boxes f and/or g if incorrect on form previously filed.) ☐

Complete boxes f and/or g only if incorrect on form **previously filed**:

**f** Employee's **previously reported** SSN

**b** Employer identification number (EIN)

**g** Employee's **previously reported** name

**h** Employee's first name and initial | Last name | Suff.

**Note:** Only complete money fields that are being corrected. (Exception: for corrections involving MQGE, see the General Instructions for Forms W-2 and W-3, under *Specific Instructions for Form W-2c*, boxes 5 and 6.)

**i** Employee's address and ZIP code

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| **1** Wages, tips, other compensation | **1** Wages, tips, other compensation | **2** Federal income tax withheld | **2** Federal income tax withheld |
| **3** Social security wages | **3** Social security wages | **4** Social security tax withheld | **4** Social security tax withheld |
| **5** Medicare wages and tips | **5** Medicare wages and tips | **6** Medicare tax withheld | **6** Medicare tax withheld |
| **7** Social security tips | **7** Social security tips | **8** Allocated tips | **8** Allocated tips |
| **9** | **9** | **10** Dependent care benefits | **10** Dependent care benefits |
| **11** Nonqualified plans | **11** Nonqualified plans | **12a** See instructions for box 12<br>Code | **12a** See instructions for box 12<br>Code |
| **13** Statutory employee ☐   Retirement plan ☐   Third-party sick pay ☐ | **13** Statutory employee ☐   Retirement plan ☐   Third-party sick pay ☐ | **12b** Code | **12b** Code |
| **14** Other (see instructions) | **14** Other (see instructions) | **12c** Code | **12c** Code |
| | | **12d** Code | **12d** Code |

## State Correction Information

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| **15** State | **15** State | **15** State | **15** State |
| Employer's state ID number | Employer's state ID number | Employer's state ID number | Employer's state ID number |
| **16** State wages, tips, etc. | **16** State wages, tips, etc. | **16** State wages, tips, etc. | **16** State wages, tips, etc. |
| **17** State income tax | **17** State income tax | **17** State income tax | **17** State income tax |

## Locality Correction Information

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| **18** Local wages, tips, etc. | **18** Local wages, tips, etc. | **18** Local wages, tips, etc. | **18** Local wages, tips, etc. |
| **19** Local income tax | **19** Local income tax | **19** Local income tax | **19** Local income tax |
| **20** Locality name | **20** Locality name | **20** Locality name | **20** Locality name |

**For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.**

**Copy A—For Social Security Administration**

Form **W-2c** (Rev. 6-2024)

**Corrected Wage and Tax Statement**

Cat. No. 61437D

Department of the Treasury
Internal Revenue Service

| 44444 | **For Official Use Only**<br>OMB No. 1545-0029 |
|---|---|

**a** Employer's name, address, and ZIP code

**c** Tax year/Form corrected

/ **W-2**

**d** Employee's correct SSN

**e** Corrected SSN and/or name. (Check this box and complete boxes f and/or g if incorrect on form previously filed.) ☐

Complete boxes f and/or g only if incorrect on form **previously filed**:

**f** Employee's **previously reported** SSN

**b** Employer identification number (EIN)

**g** Employee's **previously reported** name

**h** Employee's first name and initial | Last name | Suff.

**Note:** Only complete money fields that are being corrected. (Exception: for corrections involving MQGE, see the General Instructions for Forms W-2 and W-3, under *Specific Instructions for Form W-2c*, boxes 5 and 6.)

**i** Employee's address and ZIP code

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| **1** Wages, tips, other compensation | **1** Wages, tips, other compensation | **2** Federal income tax withheld | **2** Federal income tax withheld |
| **3** Social security wages | **3** Social security wages | **4** Social security tax withheld | **4** Social security tax withheld |
| **5** Medicare wages and tips | **5** Medicare wages and tips | **6** Medicare tax withheld | **6** Medicare tax withheld |
| **7** Social security tips | **7** Social security tips | **8** Allocated tips | **8** Allocated tips |
| **9** | **9** | **10** Dependent care benefits | **10** Dependent care benefits |
| **11** Nonqualified plans | **11** Nonqualified plans | **12a** See instructions for box 12<br>C o d e | **12a** See instructions for box 12<br>C o d e |
| **13** Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ | **13** Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ | **12b**<br>C o d e | **12b**<br>C o d e |
| **14** Other (see instructions) | **14** Other (see instructions) | **12c**<br>C o d e | **12c**<br>C o d e |
| | | **12d**<br>C o d e | **12d**<br>C o d e |

## State Correction Information

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| **15** State | **15** State | **15** State | **15** State |
| Employer's state ID number | Employer's state ID number | Employer's state ID number | Employer's state ID number |
| **16** State wages, tips, etc. | **16** State wages, tips, etc. | **16** State wages, tips, etc. | **16** State wages, tips, etc. |
| **17** State income tax | **17** State income tax | **17** State income tax | **17** State income tax |

## Locality Correction Information

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| **18** Local wages, tips, etc. | **18** Local wages, tips, etc. | **18** Local wages, tips, etc. | **18** Local wages, tips, etc. |
| **19** Local income tax | **19** Local income tax | **19** Local income tax | **19** Local income tax |
| **20** Locality name | **20** Locality name | **20** Locality name | **20** Locality name |

**Copy 1—For State, City, or Local Tax Department**

Form **W-2c** (Rev. 6-2024)    **Corrected Wage and Tax Statement**    Department of the Treasury<br>Internal Revenue Service

| 44444 | For Official Use Only ▸ OMB No. 1545-0029 | | | Safe, accurate, FAST! Use | IRS e-file | Visit the IRS website at www.irs.gov/efile. |

| **a** Employer's name, address, and ZIP code | **c** Tax year/Form corrected<br><br>/ **W-2** | **d** Employee's correct SSN |
| | **e** Corrected SSN and/or name. (Check this box and complete boxes f and/or g if incorrect on form previously filed.) ☐ |
| | Complete boxes f and/or g only if incorrect on form **previously filed**: |
| | **f** Employee's **previously reported** SSN |
| **b** Employer identification number (EIN) | **g** Employee's **previously reported** name |
| | **h** Employee's first name and initial / Last name / Suff. |

**Note:** Only complete money fields that are being corrected. (Exception: for corrections involving MQGE, see the General Instructions for Forms W-2 and W-3, under *Specific Instructions for Form W-2c*, boxes 5 and 6.)

**i** Employee's address and ZIP code

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| **1** Wages, tips, other compensation | **1** Wages, tips, other compensation | **2** Federal income tax withheld | **2** Federal income tax withheld |
| **3** Social security wages | **3** Social security wages | **4** Social security tax withheld | **4** Social security tax withheld |
| **5** Medicare wages and tips | **5** Medicare wages and tips | **6** Medicare tax withheld | **6** Medicare tax withheld |
| **7** Social security tips | **7** Social security tips | **8** Allocated tips | **8** Allocated tips |
| **9** | **9** | **10** Dependent care benefits | **10** Dependent care benefits |
| **11** Nonqualified plans | **11** Nonqualified plans | **12a** See instructions for box 12 / Code | **12a** See instructions for box 12 / Code |
| **13** Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | **13** Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | **12b** Code | **12b** Code |
| **14** Other (see instructions) | **14** Other (see instructions) | **12c** Code | **12c** Code |
| | | **12d** Code | **12d** Code |

## State Correction Information

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| **15** State | **15** State | **15** State | **15** State |
| Employer's state ID number | Employer's state ID number | Employer's state ID number | Employer's state ID number |
| **16** State wages, tips, etc. | **16** State wages, tips, etc. | **16** State wages, tips, etc. | **16** State wages, tips, etc. |
| **17** State income tax | **17** State income tax | **17** State income tax | **17** State income tax |

## Locality Correction Information

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| **18** Local wages, tips, etc. | **18** Local wages, tips, etc. | **18** Local wages, tips, etc. | **18** Local wages, tips, etc. |
| **19** Local income tax | **19** Local income tax | **19** Local income tax | **19** Local income tax |
| **20** Locality name | **20** Locality name | **20** Locality name | **20** Locality name |

**Copy B—To Be Filed With Employee's FEDERAL Tax Return**

Form **W-2c** (Rev. 6-2024)    **Corrected Wage and Tax Statement**    Department of the Treasury / Internal Revenue Service

| 44444 | For Official Use Only ▶ OMB No. 1545-0029 | Safe, accurate, FAST! Use | IRS e~file | Visit the IRS website at www.irs.gov/efile. |

**a** Employer's name, address, and ZIP code

**c** Tax year/Form corrected

/ **W-2**

**d** Employee's correct SSN

**e** Corrected SSN and/or name. (Check this box and complete boxes f and/or g if incorrect on form previously filed.) ☐

Complete boxes f and/or g only if incorrect on form **previously filed**:

**f** Employee's **previously reported** SSN

**b** Employer identification number (EIN)

**g** Employee's **previously reported** name

**h** Employee's first name and initial | Last name | Suff.

**Note:** Only complete money fields that are being corrected. (Exception: for corrections involving MQGE, see the General Instructions for Forms W-2 and W-3, under *Specific Instructions for Form W-2c*, boxes 5 and 6.)

**i** Employee's address and ZIP code

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| **1** Wages, tips, other compensation | **1** Wages, tips, other compensation | **2** Federal income tax withheld | **2** Federal income tax withheld |
| **3** Social security wages | **3** Social security wages | **4** Social security tax withheld | **4** Social security tax withheld |
| **5** Medicare wages and tips | **5** Medicare wages and tips | **6** Medicare tax withheld | **6** Medicare tax withheld |
| **7** Social security tips | **7** Social security tips | **8** Allocated tips | **8** Allocated tips |
| **9** | **9** | **10** Dependent care benefits | **10** Dependent care benefits |
| **11** Nonqualified plans | **11** Nonqualified plans | **12a** See instructions for box 12 | **12a** See instructions for box 12 |
| **13** Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ | **13** Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ | **12b** | **12b** |
| **14** Other (see instructions) | **14** Other (see instructions) | **12c** | **12c** |
| | | **12d** | **12d** |

## State Correction Information

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| **15** State | **15** State | **15** State | **15** State |
| Employer's state ID number | Employer's state ID number | Employer's state ID number | Employer's state ID number |
| **16** State wages, tips, etc. | **16** State wages, tips, etc. | **16** State wages, tips, etc. | **16** State wages, tips, etc. |
| **17** State income tax | **17** State income tax | **17** State income tax | **17** State income tax |

## Locality Correction Information

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| **18** Local wages, tips, etc. | **18** Local wages, tips, etc. | **18** Local wages, tips, etc. | **18** Local wages, tips, etc. |
| **19** Local income tax | **19** Local income tax | **19** Local income tax | **19** Local income tax |
| **20** Locality name | **20** Locality name | **20** Locality name | **20** Locality name |

Copy C—For EMPLOYEE'S RECORDS

Form **W-2c** (Rev. 6-2024)    **Corrected Wage and Tax Statement**    Department of the Treasury Internal Revenue Service

# Notice to Employee

This is a corrected Form W-2 (or Form W-2AS, W-2CM, W-2GU, W-2VI, or W-2c) for the tax year shown in box c. If you have filed an income tax return for the year shown, you may have to file an amended return. Compare amounts on this form with those reported on your income tax return. If the corrected amounts change your U.S. income tax, file Form 1040-X with Copy B of this Form W-2c to amend the return you already filed.

If there is a correction in box 5, Medicare wages and tips, use the corrected amount to determine if you need to file or amend Form 8959. Attach an original or amended Form 8959 to Form 1040 or 1040-X, as applicable.

If you have not filed your return for the year shown in box c, attach Copy B of the original Form W-2 you received from your employer and Copy B of this Form W-2c to your return when you file it.

For more information, contact your nearest Internal Revenue Service office. Employees in American Samoa, the Commonwealth of the Northern Mariana Islands, Guam, or the U.S. Virgin Islands should contact their local taxing authority for more information.

**Future developments.** For the latest information about Form W-2c and its instructions, such as legislation enacted after we release them, go to *www.irs.gov/FormW2c*.

| 44444 | For Official Use Only<br>OMB No. 1545-0029 | | |
|---|---|---|---|

| **a** Employer's name, address, and ZIP code | **c** Tax year/Form corrected<br><br>/ **W-2** | **d** Employee's correct SSN |
|---|---|---|
| | **e** Corrected SSN and/or name. (Check this box and complete boxes f and/or g if incorrect on form previously filed.) ☐ | |
| | Complete boxes f and/or g only if incorrect on form **previously filed**: | |
| | **f** Employee's **previously reported** SSN | |
| **b** Employer identification number (EIN) | **g** Employee's **previously reported** name | |

| | **h** Employee's first name and initial | Last name | Suff. |
|---|---|---|---|

**Note:** Only complete money fields that are being corrected. (Exception: for corrections involving MQGE, see the General Instructions for Forms W-2 and W-3, under *Specific Instructions for Form W-2c*, boxes 5 and 6.)

**i** Employee's address and ZIP code

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| **1** Wages, tips, other compensation | **1** Wages, tips, other compensation | **2** Federal income tax withheld | **2** Federal income tax withheld |
| **3** Social security wages | **3** Social security wages | **4** Social security tax withheld | **4** Social security tax withheld |
| **5** Medicare wages and tips | **5** Medicare wages and tips | **6** Medicare tax withheld | **6** Medicare tax withheld |
| **7** Social security tips | **7** Social security tips | **8** Allocated tips | **8** Allocated tips |
| **9** | **9** | **10** Dependent care benefits | **10** Dependent care benefits |
| **11** Nonqualified plans | **11** Nonqualified plans | **12a** See instructions for box 12<br>Code | **12a** See instructions for box 12<br>Code |
| **13** Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | **13** Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | **12b**<br>Code | **12b**<br>Code |
| **14** Other (see instructions) | **14** Other (see instructions) | **12c**<br>Code | **12c**<br>Code |
| | | **12d**<br>Code | **12d**<br>Code |

## State Correction Information

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| **15** State | **15** State | **15** State | **15** State |
| Employer's state ID number | Employer's state ID number | Employer's state ID number | Employer's state ID number |
| **16** State wages, tips, etc. | **16** State wages, tips, etc. | **16** State wages, tips, etc. | **16** State wages, tips, etc. |
| **17** State income tax | **17** State income tax | **17** State income tax | **17** State income tax |

## Locality Correction Information

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| **18** Local wages, tips, etc. | **18** Local wages, tips, etc. | **18** Local wages, tips, etc. | **18** Local wages, tips, etc. |
| **19** Local income tax | **19** Local income tax | **19** Local income tax | **19** Local income tax |
| **20** Locality name | **20** Locality name | **20** Locality name | **20** Locality name |

**Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return**

Form **W-2c** (Rev. 6-2024)  **Corrected Wage and Tax Statement**

Department of the Treasury
Internal Revenue Service

| 44444 | **For Official Use Only** OMB No. 1545-0029 |
|---|---|

| **a** Employer's name, address, and ZIP code | **c** Tax year/Form corrected  / **W-2** | **d** Employee's correct SSN |
|---|---|---|

**e** Corrected SSN and/or name. (Check this box and complete boxes f and/or g if incorrect on form previously filed.) ☐

Complete boxes f and/or g only if incorrect on form **previously filed**:

**f** Employee's **previously reported** SSN

| **b** Employer identification number (EIN) | **g** Employee's **previously reported** name |
|---|---|

| **h** Employee's first name and initial | Last name | Suff. |
|---|---|---|

**Note:** Only complete money fields that are being corrected. (Exception: for corrections involving MQGE, see the General Instructions for Forms W-2 and W-3, under *Specific Instructions for Form W-2c*, boxes 5 and 6.)

**i** Employee's address and ZIP code

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| **1** Wages, tips, other compensation | **1** Wages, tips, other compensation | **2** Federal income tax withheld | **2** Federal income tax withheld |
| **3** Social security wages | **3** Social security wages | **4** Social security tax withheld | **4** Social security tax withheld |
| **5** Medicare wages and tips | **5** Medicare wages and tips | **6** Medicare tax withheld | **6** Medicare tax withheld |
| **7** Social security tips | **7** Social security tips | **8** Allocated tips | **8** Allocated tips |
| **9** | **9** | **10** Dependent care benefits | **10** Dependent care benefits |
| **11** Nonqualified plans | **11** Nonqualified plans | **12a** See instructions for box 12 | **12a** See instructions for box 12 |
| **13** Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ | **13** Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ | **12b** | **12b** |
| **14** Other (see instructions) | **14** Other (see instructions) | **12c** | **12c** |
| | | **12d** | **12d** |

## State Correction Information

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| **15** State | **15** State | **15** State | **15** State |
| Employer's state ID number | Employer's state ID number | Employer's state ID number | Employer's state ID number |
| **16** State wages, tips, etc. | **16** State wages, tips, etc. | **16** State wages, tips, etc. | **16** State wages, tips, etc. |
| **17** State income tax | **17** State income tax | **17** State income tax | **17** State income tax |

## Locality Correction Information

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| **18** Local wages, tips, etc. | **18** Local wages, tips, etc. | **18** Local wages, tips, etc. | **18** Local wages, tips, etc. |
| **19** Local income tax | **19** Local income tax | **19** Local income tax | **19** Local income tax |
| **20** Locality name | **20** Locality name | **20** Locality name | **20** Locality name |

**Copy D—For Employer**

Form **W-2c** (Rev. 6-2024)   **Corrected Wage and Tax Statement**   Department of the Treasury Internal Revenue Service

# Employers, Please Note:

Specific information needed to complete Form W-2c is available in a separate booklet titled the General Instructions for Forms W-2 and W-3, under *Specific Instructions for Form W-2c*. You can order these instructions and additional forms at *www.irs.gov/OrderForms*.

**Caution:** Do not send the SSA any Forms W-2c or W-3c that you have printed from IRS.gov. The SSA is unable to process these forms. Instead, you can create and submit them online. See *E-filing*, later.

**Need help?** If you have questions about reporting on Form W-2c, call the Technical Services Operation (TSO) toll free at 866-455-7438 or 304-263-8700 (not toll free). Deaf or hard-of-hearing customers may call any of our toll-free numbers using their choice of relay service.

**E-filing.** See the General Instructions for Forms W-2 and W-3 for information on when you're required to file Form(s) W-2c electronically. Employers may use the SSA's W-2c Online service to create, save, print, and electronically submit up to 25 Form(s) W-2c at a time. When you *e-file* with the SSA, no separate Form W-3c filing is required. An electronic Form W-3c will be created for you by the W-2c Online service. For information, visit the SSA's Employer W-2 Filing Instructions & Information website at *www.SSA.gov/employer*.

**Future developments.** For the latest information about Form W-2c and its instructions, such as legislation enacted after we release them, go to *www.irs.gov/FormW2c*.