**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| SHIFTPIXY, INC. *et, al.*[1] | Case No. 24-21209-LMI |
| Debtors. _____/ | (Jointly Administered) |

**NOTICE OF FILING**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. Attached hereto as **Exhibit A** is Exhibit 4- Time Records pursuant to the *Supplement to First and Final Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses for the Law Firm of DGIM Law, PLLC as Counsel for the Chapter 11 Debtors* [ECF No. 133]

Dated December 16, 2024.

                                                  **DGIM Law, PLLC**
*Counsel for the Debtors*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708

*/s/ Isaac Marcushamer*
Isaac Marcushamer, Esq.
Florida Bar No. 0060373
Email: isaac@dgimlaw.com
Monique D. Hayes, Esq.
Florida Bar No. 843571
Email: monique@dgimlaw.com

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the Notice was served via CM/ECF Notification and/or U.S. Mail to all parties on the attached service list on this 16th day of December, 2024.

*/s/ Isaac Marcushamer*
Isaac Marcushamer, Esq.
Florida Bar No. 0060373
isaac@dgimlaw.com

# EXHIBIT A



Turnberry Plaza
2875 N.E. 191 Street, Suite 705
Aventura, Florida 33180
P (305) 763-8708

Shiftpixy, Inc.  
c/o of Jonathan Feldman, CRO:  
Jonathan S. Feldman, Esq.  
One Biscayne Tower, Suite 1600  
2 South Biscayne Boulevard  
Miami, Florida 33131  

December 15, 2024
379-1

Matter No. 379-1  
Chapter 11 Filing  
Bill No. 8133  

**Fees:**  Hours  Amount

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/12/24 | CH | Preparation of motion to shorten time and order on motion to dismiss (.5); edits and update fee application; meeting with I. Marcushamer (.8); final preparation and filing fee application for DGIM (.4) | 1.70 | 374.00 |
| 12/12/24 | CH | Final preparation and filing motion to shorten time on motion to dismiss and upload order; preparation and upload order on motion to shorten time on fee applications; meeting with I. Marcushamer (.6); edits to motion to amend; final preparation and filing motion to amend order granting emergency motion for prepetition wages (.5) | 1.10 | 242.00 |
| 12/12/24 | CH | Preparation of supplement to fee application. | 0.80 | 176.00 |
| 12/12/24 | MH | Phone call and e-mail correspondence with I. Marcushamer and proposed buyer regarding sale issues | 0.50 | 282.50 |
| 12/12/24 | IM | Review and finalize comments to the Sale Order | 4.20 | 2,373.00 |

| | | | | |
|---|---|---|---|---|
| Matter No. 379-1 | | | | December 15, 2024 |
| Chapter 11 Filing | | | | Page 2 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/12/24 | IM | Prepare for hearing on sale motion | 3.50 | 1,977.50 |
| 12/13/24 | CH | Receipt and review of motion for leave to appear remotely by Century Tacos; receipt and review of notice of hearing on motion to amend motion for pre-petition wages; attention to order granting motion (.5); final preparation and filing motion to leave to appear remotely and upload proposed order; receipt and review of order granting motion (.5); attention to mailout of documents and filing of certificate of service (.4). | 1.40 | 308.00 |
| 12/13/24 | CH | Preparation of notice of filing sale order and email regarding draft sale order (.3); receipt and review of expedited motion for order authorizing and directing debtor to file corrected wage and tax statements; receipt and review of notice of hearing; meeting with N. Pardo regarding docketing (.4); final preparation and filing notice of sale order (.5); final edits to and filing motion for the rejection of APA with Tac Nexeo (.4). | 1.70 | 374.00 |
| 12/13/24 | IM | Call with CRO regarding open business items as part of transition | 0.80 | 452.00 |
| 12/13/24 | IM | Finalize agreement with IRS regarding sale and carve-out, and conversion | 0.50 | 282.50 |
| 12/13/24 | IM | Work on and resolve issues related to closing sale | 0.90 | 508.50 |
| 12/13/24 | IM | Prepare for hearing on 12.16 regarding sale | 2.40 | 1,356.00 |
| 12/15/24 | CH | Receipt and review of hearing on motion to reject executory contracts with Tac Nexeo Holdings, LLC; email to N. Pardo regarding docketing; attention to service (.3); final preparation and filing supplement to fee application for DGIM (1.5). | 1.80 | 396.00 |

Hours: 21.30

Total fees: $9,102.00

Matter No. 379-1                                                                            December 15, 2024
Chapter 11 Filing                                                                                   Page 3

**Expenses:**

| Date | | Description | Amount |
|---|---|---|---:|
| 12/13/24 | VB | CertificateOfService.com - Mailout of Court filings | 1,362.05 |
| 12/13/24 | VB | CertificateOfService.com - Mailout of Court filings | 1,150.71 |
| 12/13/24 | VB | CertificateOfService.com - Mailout of Court filings | 1,589.81 |
| | | Total expenses: | $4,102.57 |

**Billing Summary**

| | |
|---|---:|
| Previous balance | $184,068.35 |
| Payments & adjustments | 0.00 |
| Current fees & expenses | 13,204.57 |
| **Total now due** | **$197,272.92** |
| Retainer balance | $84,626.50 |

**Aged Balance**

| | Current | 31-60 | 61-90 | Over 90 | Total |
|---|---:|---:|---:|---:|---:|
| Fees | $179,922.50 | $1,580.00 | $0.00 | $0.00 | $181,502.50 |
| Expenses | $15,770.42 | $0.00 | $0.00 | $0.00 | $15,770.42 |
| Total | $195,692.92 | $1,580.00 | $0.00 | $0.00 | $197,272.92 |

FIRM TAX ID - 87-0941429

FOR PAYMENT OF INVOICE - WIRE TRANSFER INSTRUCTIONS

PAYEE: DGIM Law, PLLC - Firm Operating Account
BANK Name: City National Bank of Florida
BANK Address: 100 SE 2nd Street Miami, FL 33131
ACCOUNT No.:

SWIFT Code: