## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
### www.flsb.uscourts.gov

In re:                                              Chapter 11

SHIFTPIXY, INC. *et, al.*[1]                          Case No. 24-21209-LMI

    Debtors.                                    (Jointly Administered)

_____/

### DEBTORS' EXHIBIT REGISTER FOR THE DECEMBER 16, 2024 HEARINGS

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), by and through undersigned counsel, submits the following exhibits for the hearings held on December 16, 2024, at 9:30 a.m.:

| Exhibit Number | Description | Admitted | Refused | Not offered into evidence |
|---|---|---|---|---|
| 1 | Asset Purchase Agreement (Updated) [ECF No. 138] | X | | |
| 2 | Declaration Of Richelle Kalnit (A) In Support Of Debtors' Expedited Motion Of Debtors For (I) Entry Of An Order (A) Approving Certain Bidding Procedures And The Form And Manner Of Notice Thereof, (B) Scheduling An Auction And A Hearing On The Approval Of The Sale Of All Or Substantially All Of The Debtors' Remaining Assets, (C) Establishing Certain Assumption And Assignment Procedures And Approving Manner Of Notice Thereof, And (D) Scheduling A Hearing To Approve Assumption And Assignment Of The Assumed Contracts; (II) Entry Of An Order (A) Authorizing The Debtors' Entry Into An Asset Purchase Agreement; And (B) Authorizing The Sale Of All Or Substantially All Of The Debtors' Assets Free And Clear Of All Encumbrances; (III) | X | | |

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

| | | | | |
|---|---|---|---|---|
| | Entry Of An Order Approving The Assumption And Assignment Of The Assumed Contracts; And (IV) Related Relief, And (B) In Furtherance Of Order On Debtors' Expedited Application For Entry Of An Order Under 11 U.S.C. §§ 327(A) And 328(A) Authorizing The Employment And Retention Of Hilco Ip Services, Llc D/B/A Hilco Streambank As Intangible Assets Disposition Advisor To The Debtors Effective As Of The Petition Date [ECF No. 110] | | | |
| 3 | Notice of Filing of Sale Order [ECF No. 128] | X | | |
| 4 | Notice of Filing of Successful Bidder [ECF No. 106] | X | | |

Dated December 17, 2024.

**DGIM Law, PLLC**
*Counsel for the Debtors*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708

*/s/ Isaac Marcushamer*
Isaac Marcushamer, Esq.
Florida Bar No. 0060373
isaac@dgimlaw.com
Monique D. Hayes, Esq.
Florida Bar No. 0841573
monique@dgimlaw.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a copy of the foregoing was served via CM/ECF Notification to all interested parties via CM/ECF to all parties on the attached service list on this 17th day of December, 2024.

*/s/ Isaac Marcushamer*
Isaac Marcushamer, Esq.
isaac@dgimlaw.com
