# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION
### www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| SHIFTPIXY, INC. *et, al.*[1] | Case No. 24-21209-LMI |
| Debtors. _____/ | (Jointly Administered) |

### NOTICE OF FILING UPDATED ASSET PURCHASE AGREEMENT

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. Attached hereto as **Exhibit A** is a signed copy of the Updated Asset Purchase Agreement ("APA") of the Successful Bidder G3 Business Services, LLC.

Dated December 16, 2024.

                                                 **DGIM Law, PLLC**
                                                 *Counsel for the Debtors*
                                                 2875 NE 191st Street, Suite 705
                                                 Aventura, FL 33180
                                                 Phone: (305) 763-8708

                                                 */s/ Isaac Marcushamer*
                                                 Isaac Marcushamer, Esq.
                                                 Florida Bar No. 0060373
                                                 Email: isaac@dgimlaw.com
                                                 Monique D. Hayes, Esq.
                                                 Florida Bar No. 843571
                                                 Email: monique@dgimlaw.com

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

**EXHIBIT 1**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the Notice was served via CM/ECF Notification and/or U.S. Mail to all parties on the attached service list on this 16th day of December, 2024.

*/s/ Isaac Marcushamer*
Isaac Marcushamer, Esq.
Florida Bar No. 0060373

# EXHIBIT A

Case 24-21209-LMI Doc 381 Filed 12/16/24 Page 3 of 7

# FIRST AMENDMENT TO
# ASSET PURCHASE AGREEMENT

This FIRST AMENDMENT TO ASSET PURCHASE AGREEMENT (this "First Amendment") is made as of December 16, 2024 (the "Effective Date"), by and between G3 Business Services LLC, a New Jersey limited liability company ("Buyer"), and Shiftpixy, Inc., Shiftpixy Staffing, Inc. and ReThink Human Capital Management, Inc. (each a "Seller" and, collectively, "Sellers").

## RECITALS

WHEREAS, the parties entered into that certain Asset Purchase Agreement (the "Purchase Agreement") dated as of December 10, 2024 [ECF No. 108], whereby Buyer agreed to purchase from Seller, and Seller agreed to sell to Buyer, the Transferred Assets;

WHEREAS, Seller notified Buyer on December 13, 2024 that one of the clients set forth on Schedule 1.1 sub-Schedule G of the Purchase Agreement, Bond No. 9, had submitted notice of termination of the Master Services Agreement with Sellers and therefore Sellers would not be able to transfer title to the client contract to Buyer on the anticipated Closing Date;

WHEREAS, the parties entered into good faith negotiations to address the material change and Buyer expressed its interest in moving forward with the Transaction for the same total Purchase Price but on modified terms; and

WHEREAS, Buyer and Sellers enter into this First Amendment to amend the terms of the purchase price set forth in the Purchase Agreement and sub-Schedule G.

## AGREEMENT

NOW, THEREFORE, in consideration of the foregoing and the mutual covenants and agreements set forth in this Agreement and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereto agree as follows:

1. The Recitals above are true and correct and are incorporated herein by reference.

2. Terms used but not defined herein shall have the meaning ascribed to them in the Purchase Agreement.

3. Section 4.1 of the Purchase Agreement shall be amended and restated as follows:

"4.1    Consideration; Payment.

    (a)    The aggregate consideration (collectively, the "Consideration") to be paid by Buyer for the purchase of the Transferred Assets shall be:

1

    (i)  the assumption of Assumed Liabilities,

    (ii)  a cash payment equal to $850,000.00 (the "Cash Payment"),

    (iii)  the payment of Cure Costs, and

    (iv)  $1,000,000.00, payable in 12 quarterly installment payments (the "Installment Payments") of $83,333.33 with the first installment payment due on or before March 31, 2025, and the last payment due on or before December 31, 2027.

(b) At the Closing, Buyer shall deliver, or cause to be delivered to Sellers, the Cash Payment less the Deposit (the "Closing Date Payment"). The Closing Date Payment and any payment required to be made pursuant to any other provision hereof shall be made in cash by wire transfer of immediately available funds to such bank account as shall be designated in writing by the applicable Party to (or for the benefit of) whom such payment is to be made at least two (2) Business Days prior to the date such payment is to be made."

4. Notwithstanding the provision for the payment of the Installment Payments, if Bond No. 9 (i) rescinds its termination of the Master Service Agreement, or (ii) enters into a new staffing agreement with the Buyer after the Closing, then in either case any unpaid Installment Payments shall be paid by the Buyer within 30 days of the occurrence of such event.

5. Sub-Schedule G to Schedule 1.1 shall be deleted and replaced with Schedule G attached hereto.

6. No other terms and conditions of the Purchase Agreement shall be modified by this First Amendment.

[Signature Pages Follow]

**IN WITNESS WHEREOF**, the Parties have caused this First Amendment to Asset Purchase Agreement to be duly executed on the date first written above.

**G3 Business Services LLC**

By: _____
Name: Gayathri Boyapalli
Title: Manager

                                          **SHIFTPIXY, INC., SHIFTPIXY STAFFING, INC. AND RETHINK HUMAN CAPITALMANGEMENT, INC.**

By: _____
Name: Jonathan Feldman
Title: Chief Restructuring Officer

[First Amendment to Asset Purchase Agreement]

Schedule G

**Active Client List**

Kose (Decorte)

Lions Floor

Seed School

Nilfisk

PoolCorp

Pactiv Evergreen

Little Caesars (Blue Line Distribution)

KW Property Management Co.

Century Trade Show Services, LLC.

Unbrako

Little Sister

Pasadena Baking Company

[First Amendment to Asset Purchase Agreement]