

**ORDERED in the Southern District of Florida on December 17, 2024.**

                                                 **Laurel M. Isicoff, Judge**
                                             **United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

ShiftPixy, Inc.,                                       Case No. 24-21209-LMI

     Debtor.                                          Chapter 11
_____/

**ORDER GRANTING SCOTT ABSHER, MARK ABSHER, AND MANNY RIVERA'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

This matter came before the Court for hearing on December 16, 2024, on the *Motion to Determine Stay Does Not Apply or, in the alternative, for Relief from Stay for the Payment of Defense Costs under Debtor's Insurance Policy* [ECF No. 54] (the "Motion") filed by Scott Absher, Mark Absher, and Manny Rivera (together, "Movants").

For the reasons stated on the record, noting the agreement of the parties, and with the Court being fully advised in the premises, it is ORDERED and ADJUDGED:

1. The Motion [ECF No. 54] is GRANTED as provided herein.

{2495/000/00572083}                               1

2.      Nothing herein shall constitute a finding that the Policy proceeds are or are not property of the estate and subject to the stay. Assuming without deciding that the stay might apply, it is modified such that XL Specialty[1] is authorized (but not required) to advance defense costs, including attorneys' fees, on behalf of Movants.

3.      Nothing in this Order may be interpreted to modify the Policy in any respect nor constitute a finding as to any party's rights under or interests in the Policy or its proceeds.

4.      Nothing herein shall preclude a party-in-interest from contending in the future that the proceeds are subject to the stay and seek modification of this Order, which the Movants may oppose.

5.      All amounts paid by XL Specialty on account of any defense costs shall not be subject to disgorgement or avoidance by the Debtors' estate or any subsequently appointed chapter 11 or chapter 7 trustee, regardless of the date of any such payment. All payments by XL Specialty to Movants shall be applied consistent with the terms of the policy.

###

Submitted by:

Samuel W. Hess
SHRAIBERG PAGE P.A.
2385 NW Executive Center Dr., Suite 300
Boca Raton, FL 33431
Telephone: 561-443-0800
Fax: 561-998-0047
Email: shess@slp.law

*Samuel W. Hess is directed to serve a copy of this Order on all interested parties and file a certificate of service with the Court.*

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.