

ORDERED in the Southern District of Florida on December 17, 2024.

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| SHIFTPIXY, INC. *et, al.*[1] | Case No. 24-21209-LMI |
| Debtors. | (Jointly Administered) |
| _____/ | |

**ORDER APPROVING FIRST AND FINAL FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE LAW FIRM OF DGIM LAW, PLLC AS COUNSEL FOR THE CHAPTER 11 DEBTORS [ECF NO. 114] AND SUPPLEMENT TO FIRST AND FINAL FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE LAW FIRM OF DGIM LAW, PLLC AS COUNSEL FOR THE CHAPTER 11 DEBTORS [ECF NO. 133]**

THIS MATTER came before the Court on December 16, 2024 at 10:00 a.m. (the

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

"Hearing") on the *First and Final Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses for the Law Firm of DGIM, Law, PLLC* ("DGIM") *as Counsel for the Chapter 11 Debtors* [ECF No. 114] (the "Final Fee Application") and the *Supplement to First and Final Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses for the Law Firm of DGIM, Law, PLLC* ("DGIM") *as Counsel for the Chapter 11 Debtors* [ECF No. 133] (the "Supplement") for the Chapter 11 Debtors, Shiftpixy, Inc., Shiftpixy Staffing, Inc. and ReThink Human Capital Management, Inc. (collectively, the "Debtors").

In the Final Fee Application, DGIM seeks award of fees and reimbursement of expenses incurred from October 28, 2024 through December 11, 2024, in the amount of $170,820.50 for fees, $11,667.85 for expenses.

In the Supplement, DGIM seeks award of fees and reimbursement of expenses incurred from December 12, 2024 through December 15, 2024, in the amount of $9,102.00 for fees, $4,102.57 for expenses and estimated fees in the amount of $35,077.50.

The Court, having reviewed the Final Fee Application and Supplement, heard argument from counsel, taking into consideration 11 U.S.C. § 330 and each of the factors that govern the reasonableness of fees as set forth in *In re First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir. 1977) and *Johnson v. Georgia Highway Express*, 488 F.2d 714 (5th Cir. 1974), and based on the record, it is,

**ORDERED** as follows:

1.  The Final Fee Application and Supplement are **APPROVED,** on a final basis.

2.  DGIM is awarded on a final basis (i) 100% of fees sought in the Final Fee Application in the amount of $170,820.50, 100% reimbursement of expenses in the amount of $11,667.85 and (ii) 100% of fees sought in the Supplement in the amount of $9,102.00, 100%

reimbursement of expenses in the amount of $4,102.57 and estimated fees in the amount of $35,077.50 (the "Estimate") for a total award of **$237,770.42** (the "Final Fee Award"). DGIM shall file a supplement to the Fee Application with the required support to justify the estimate and if no party has objected to the estimate within 7 days, the Debtor or the Chapter 7 trustee as the case may be is authorized to pay the Estimate up to $35,077.50 plus expenses as detailed in any supplement. Pending the filing of the supplement and the objection period the additional $35,077.50 shall be held in the DGIM Trust account.

3. The Debtor is authorized to pay the amounts allowed herein, DGIM is authorized to immediately apply the prepetition retainer to the amounts set forth herein.

4. In making the foregoing award, the Court has evaluated the factors set forth in *In re: First Colonial Corp.*, 544 F.2d 1291 (5th Cir. 1977) and *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), and finds that the amounts awarded herein represent reasonable compensation for actual and necessary services rendered and expenses incurred by DGIM.

5. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

####

Submitted by:

Isaac M. Marcushamer, Esq.
DGIM Law, PLLC
*Counsel for he Debtors*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
P (305) 763-8708
F (321) 655-7374
isaac@dgimlaw.com

[Attorney Marcushamer is hereby directed to serve a copy of this Order on all parties and file a certificate of service with the Court within 3 days of entry of this Order.]