United States Bankruptcy Court
Southern District of Florida

In re:                                                                                                    Case No. 24-21209-LMI
ShiftPixy, Inc.                                                                                           Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-1                          User: admin                                  Page 1 of 2
Date Rcvd: Dec 16, 2024                       Form ID: CGFCRD3C                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2024:**

**Recip ID        Recipient Name and Address**
op           +    Jonathan Feldman, 2 South Biscayne Boulevard, Suite 1600, Miami, FL 33131-1824

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 18, 2024                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2024 at the address(es) listed below:

**Name**                        **Email Address**

Bradley S Shraiberg
                                on behalf of Creditor Scott Absher bss@slp.law  dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg
                                on behalf of Creditor Manny Rivera bss@slp.law  dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg
                                on behalf of Creditor Mark Absher bss@slp.law  dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Charles J McHale
                                on behalf of Creditor Balanced Management  LLC cmchale@mgl.law

Dan L Gold
                                on behalf of U.S. Trustee Office of the US Trustee Dan.L.Gold@usdoj.gov

Daniel Gielchinsky
                                on behalf of Debtor ShiftPixy  Inc. dan@dgimlaw.com,

| | | |
|---|---|---|
| District/off: 113C-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 16, 2024 | Form ID: CGFCRD3C | Total Noticed: 1 |

colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com

Erin M Hoskins
    on behalf of Creditor Robert Angueira ehoskins@bergersingerman.com  efile@bergersingerman.com;efile@ecf.courtdrive.com

Eyal Berger, Esq.
    on behalf of Creditor Sunz Insurance Solutions  LLC eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Isaac M Marcushamer, Esq.
    on behalf of Debtor ReThink Human Capital Management  Inc isaac@dgimlaw.com, colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

Isaac M Marcushamer, Esq.
    on behalf of Interested Party ShiftPixy Staffing  Inc isaac@dgimlaw.com, colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

Isaac M Marcushamer, Esq.
    on behalf of Debtor ShiftPixy  Inc. isaac@dgimlaw.com, colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

Isaac M Marcushamer, Esq.
    on behalf of Interested Party ReThink Human Capital Management  Inc isaac@dgimlaw.com, colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

Isaac M Marcushamer, Esq.
    on behalf of Debtor ShiftPixy Staffing  Inc isaac@dgimlaw.com, colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

Jonathan S. Feldman
    on behalf of Other Professional Jonathan Feldman feldman@katiephang.com  service@katiephang.com

Leyza Barbara Florin
    on behalf of Creditor Los Angeles West Taco  Inc. lflorin@sequorlaw.com, jdiaz@sequorlaw.com

Leyza Barbara Florin
    on behalf of Creditor Century Tacos  Inc. lflorin@sequorlaw.com, jdiaz@sequorlaw.com

Leyza Barbara Florin
    on behalf of Creditor Tacos 2000  Inc. lflorin@sequorlaw.com, jdiaz@sequorlaw.com

Leyza Barbara Florin
    on behalf of Creditor Pacific Coast Taco  Inc. lflorin@sequorlaw.com, jdiaz@sequorlaw.com

Leyza Barbara Florin
    on behalf of Creditor Golden Taco  Inc. lflorin@sequorlaw.com, jdiaz@sequorlaw.com

Michael S Provenzale
    on behalf of Creditor Foundry ASVRF Sawgrass  LLC michael.provenzale@lowndes-law.com, anne.fisher@lowndes-law.com;litcontrol@lowndes-law.com

Office of the US Trustee
    USTPRegion21.MM.ECF@usdoj.gov

Paul Steven Singerman, Esq
    on behalf of Creditor Robert Angueira singerman@bergersingerman.com  efile@bergersingerman.com;efile@ecf.courtdrive.com

Raychelle A Tasher
    on behalf of Creditor United States of America Internal Revenue Service Raychelle.Tasher@usdoj.gov bridgett.moore@usdoj.gov;Shannon.Patterson@usdoj.gov

Samuel Clemens
    on behalf of Creditor Amanda Murphy sam@gilleonlawfirm.com

Samuel J Capuano
    on behalf of Creditor Robert Angueira scapuano@bergersingerman.com FSellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com

Samuel W Hess
    on behalf of Creditor Manny Rivera shess@slp.law  dwoodall@slp.law;pmouton@slp.law;shess@ecf.courtdrive.com

Samuel W Hess
    on behalf of Creditor Mark Absher shess@slp.law  dwoodall@slp.law;pmouton@slp.law;shess@ecf.courtdrive.com

Samuel W Hess
    on behalf of Creditor Scott Absher shess@slp.law  dwoodall@slp.law;pmouton@slp.law;shess@ecf.courtdrive.com

TOTAL: 28

Form CGFCRD3C  (01/14/23)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 24–21209–LMI

Chapter: 11

**In re:**
ShiftPixy, Inc.
4101 NW 25 Street
Miami, FL 33142
EIN: 47–4211438

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Laurel M Isicoff to consider the following:

**Application for Compensation for Jonathan S. Feldman, Other Professional, Period: 10/28/2024 to 12/15/2024, Fee: $30000, Expenses: $0 Filed by Attorney Jonathan S. Feldman (Feldman, Jonathan) (134)**

1. This matter has been set on the Court's motion calendar for a non–evidentiary hearing. The allotted time for this matter is ten minutes. The hearing will be held:

   **Date:** December 16, 2024
   **Time:** 09:30 AM
   **Location:** C. Clyde Atkins U.S. Courthouse, 301 N Miami Avenue, Courtroom 8, Miami, FL 33128

2. The movant, or movant's counsel if represented by an attorney, must:

   (a) serve a copy of this notice of hearing and, unless previously served, the above–described document(s) on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

   (b) file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B).

   Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be heard thereon.

3. PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

4. PLEASE NOTE: Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., are not permitted in the courtroom, chambers or other environs of this Court. These restrictions (except for cameras not integrated into a cell phone device) do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshals Service. See Local Rule 5072–2.

**Dated:** 12/16/24

**CLERK OF COURT**
By: Noemi Sanabria
Courtroom Deputy