UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                             Chapter 11

SHIFTPIXY, INC. *et, al.*[1]                       Case No. 24-21209-LMI

    Debtors.                   (Jointly Administered)
_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that copies of the following were served via CM/ECF Notification and/or U.S. Mail to all parties on the attached service list on the 19th day of December, 2024:

1. *Order Approving First and Final Fee Application for Allowance and Payment of Compensation for Jonathan Feldman in His Capacity as Chief Restructuring Officer for the Chapter 11 Debtors* [ECF No. 142]
2. *Order Approving First and Final Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses for the Law Firm of DGIM Law, PLLC as Counsel for the Chapter 11 Debtors [ECF No. 114] and Supplement to First and Final Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses for the Law Firm of DGIM Law, PLLC as Counsel for the Chapter 11 Debtors* [ECF No. 143]
3. *Order Granting Debtors' Motion for Entry of an Order Authorizing the Rejection of Certain Executory Contracts with Tac Nexeo Holdings, LLC, Its Subsidiaries and Members, Effective as of October 29, 2024* [ECF No. 148]

Dated December 19, 2024.

                                   Respectfully submitted:

                                   **DGIM Law, PLLC**
                                   *Counsel for the Debtors*
                                   2875 NE 191st Street, Suite 705
                                   Aventura, FL 33180
                                   Phone: (305) 763-8708

                                   */s/ Isaac Marcushamer*
                                   Isaac Marcushamer, Esq.
                                   Florida Bar No. 0060373
                                   Email:  isaac@dgimlaw.com
                                   Daniel Y. Gielchinsky, Esq.
                                   Florida Bar No. 97646
                                   Email: dan@dgimlaw.com

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc.  The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

## SERVICE LIST

**Via U.S. Mail to all parties on the attached Mailing List**

```
Label Matrix for local noticing          Balanced Management, LLC                 Century Tacos, Inc.
113C-1                                   1800 Second St.                          c/o Leyza B. Florin, Esq.
Case 24-21209-LMI                        Unit 603                                 Sequor Law
Southern District of Florida             Sarasota, fl 34236-5990                  1111 Brickell Avenue
Miami                                                                             Suite 1250
Mon Dec  2 14:16:19 EST 2024                                                      Miami, FL 33131-3133

Foundry ASVRF Sawgrass, LLC              Golden Taco, Inc.                        Los Angeles West Taco, Inc.
c/o Michael S. Provenzale                c/o Leyza B. Florin, Esq.                c/o Leyza B. Florin, Esq.
P.O. BOX 2809                            Sequor Law                               Sequor Law
ORLANDO, FL 32802-2809                   1111 Brickell Avenue                     1111 Brickell Avenue
                                         Suite 1250                               Suite 1250
                                         Miami, FL 33131-3133                     Miami, FL 33131-3133

Pacific Coast Taco, Inc.                 ReThink Human Capital Management, Inc    ShiftPixy Staffing, Inc
c/o Leyza B. Florin, Esq.                4101 NW 25th Street                      4101 NW 25th Street
Sequor Law                               Miami, FL 33142-6725                     Miami, FL 33142-6725
1111 Brickell Avenue
Suite 1250
Miami, FL 33131-3133

ShiftPixy, Inc.                          Tacos 2000, Inc.                         (p)INTERNAL REVENUE SERVICE
4101 NW 25 Street                        c/o Leyza B. Florin, Esq.                CENTRALIZED INSOLVENCY OPERATIONS
Miami, FL 33142-6725                     Sequor Law                               PO BOX 7346
                                         1111 Brickell Avenue                     PHILADELPHIA PA 19101-7346
                                         Suite 1250
                                         Miami, FL 33131-3133

4te Inc                                  A & A Ornamental, Inc                    ADP/MASTER TAX
PO Box 4048,                             18731 SW 87th Ave                        MasterTax, LLC
Mission Viejo, CA, 92690-4048            Cutler Bay, FL 33157-7224                111 W. Rio Salado Parkway,
                                                                                  Tempe, AZ 85281-2878

AGP/ALLIANCE GLOBAL PARTNERS             ALLIED SPORTS LLC                        AMWINS GROUP BENEFITS
590 MADISON AVE,                         PO BOX 845785                            PO BOX 71051,
NEW YORK, NY 10022-2524                  BOSTON, MA, 02284-5785                   CHARLOTTE, NC, 28272-1051

ANKURA                                   ARRAY                                    ARTHUR J GALLAGHER RK MGMT SRV
201 E WASHINGTON ST, SUITE 1700,         624 S AUSTIN AVE,                        PO BOX 532143,
PHOENIX, AZ 85004-2245                   SUITE 230,                               ATLANTA, GA 30353-2143
                                         GEORGETOWN, TX, 78626-5758

AT&T                                     Alpha Capital Anstalt                    AmWINS Specialty Casualty Solutions
PO Box 6463,                             c/o LH Financial                         10 S LaSalle St, Suite 1500,
Carol Stream, IL, 60197-6463             510 Madison Avenue                       Chicago, IL 60603-1077
                                         14th Floor
                                         New York, NY 10022-5730

American Recruiting & Consulting Group   AppsFlyer                                Arizona Department of Economic Security
2200 N Commerce Pkwy, Suite 200,         100 1 ST St, 25th FL,                    PO Box 6028, Mail Drop 5881,
Weston, FL 33326-3258                    San Francisco, CA 94105-3082             Phoenix, AZ 85005-6028

Arizona Department of Revenue            Arondight Advisors                       Asurint
PO Box 29085,                            120 Wall St,                             File 2418,
Phoenix, AZ 85038-9085                   New York, New York 10005-3904            1801 W Olympic Blvd,
                                                                                  Pasadena, CA 91199-0001
```

Audio Video Cameras Serv Corp
AUDIO VIDEO CAMERA & SERVICES CORP.
3600 W PALM CT, HIALEAH, FL 33012

BAKER TILLY US, LLP
PO Box 511563,
Los Angeles, CA, 90051-8118

BEST OFFICE COFFEE SERVICES
13130 SW 130 TERRACE,
MIAMI, FL 33186-5895

BREX CC
Brex Payments LLC
650 S 500 W., Suite 300,
Salt Lake City, UT 84101-2891

BREX GHOST KITCHEN
650 S 500 W Suite 300
Salt Lake City, UT 84101-2891

BTERREL GROUP
4324 Mapleshade Ln, Suite 103,
Plano, TX 75093-0050

BUSINESS WIRE DEPT 34182
PO BOX 39000,
SAN FRANCISCO, CA 94139-0001

BairesDev LLC
800 W El Camino
Mountain View, CA 94040-2567

BairesDev LLC
c/o Tyler R. Dowdall, Esq.,
Tarter Krinsky & Drogin, LLP,
1925 Century Park East, Suite 400N,
Los Angeles, California 90067-2701

Balanced Management
Registered Agents Inc.
7533 S. Center View CT
Ste R
West Jordan, UT 84084-5526

Balanced Management, LLC
10880 Wilshire Blvd. 19th Floor
Los Angeles, CA 90024-4101

Balanced Management, LLC
1682 Pintail Way
Sarasota, FL 34231-9136

Balanced Management, LLC
26 S. Rio Grande St. #2072
Salt Lake City Utah 84101-1179

Balanced Management, LLC
3017 Bolling Way NE
Atlanta, GA 30305-2205

Balanced Management, LLC
315 E 62 floor 3
New York, NY 10065-7767

Balanced Management, LLC
441 Lexington Ave
18th Floor
New York, NY 10017-3924

Berkowitz Pollack Brant Advisors CPA
PO Box 735244,
Dallas, TX, 75373-5244

Bright Labs Services LLC
485 Lexington Ave 10th FL,
New York, NY, 10017-2619

(p)BROADRIDGE FINANCIAL SOLUTIONS
1155 LONG ISLAND AVENUE
EDGEWOOD NY 11717-8309

Broadridge ICS
PO BOX 416423,
BOSTON, MA, 02241-6423

CDW DIRECT
200 N. MILWAUKEE AVE,
VERNON HILLS, IL 60061-1577

CINTAS
PO BOX 631025
CINCINNATI, OH, 45263-1025

CK Administrative Services LLC
777 S Figueroa Street,
Suite 4100
Los Angeles, CA 90017-5841

CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349

CUSIP GLOBAL SERVICES
55 WATERS ST,
NEW YORK, NY 10041-0016

Calabrese Consulting LLC
24 North King Street,
Malverne, NY 11565-1002

California Employment Development Department
3321 Power Inn Road,
Suite 140, #759
Sacramento, CA 95826-3893

California Employment Development Department
PO Box 989061,
West Sacramento, CA 95798-9061

California Employment Development Department
PO Box 997418 Sacramento, CA 95899

Call & Jensen
810 Newport Center Dr
Newport Beach, CA 92660

Call & Jensen
810 Newport Center Dr, Suite 700,
Newport Beach, CA, 92660

Chirstopher A Sebes
5730 Claridon Drive
Naples, FL 34113-8385

Christopher A Sebes
5730 Claridon Drive,
Naples, FL 34113-8385

Cloudflare, Inc
Mail Code: 5267,
PO Box 660367,
Dallas, TX, 75266-0367

DC Office of Tax and Revenue- Compliance Adm
1101 4th Street SW,
Washington, DC 20024-4457

DGA SECURITY
429 WST 53RD STREET
NEW YORK, NY 10019-5791

Discount Edgar
125 Wolf Road, Suite 315,
Albany, NY 12205-1221

Dominion Capital, LLC
341 West 38th Street
Suite 800
New York, NY 10018-9686

Doug Greene
6805 Ingalls Court,
Galena, OH, 43021
ipCapital Group Inc
426 Industrial Ave, Suite 150,
Willston, VT, 05495-4459

Drexel Hamilton, LLC
77 Water ST
New York, NY 10005-4420

EL TORO LLC
552 E MARKET STREET,
LOUISVILLE, KY 40202-7111

ELITE AUDIO VIDEO OF SO FL
12241 SW 185TH ST,
MIAMI, FL 33177-3181

ELITE BUSINESS VENTURES
PO BOX 6510,
PASADENA, CA 91109-6500

ENCORE
EVENT TECHNOL CEASARS PALACE,
8850 W SUNSET RD, 3RD FL,
LAS VEGAS, NV 89148-4897

EQUISOLVE
3500 SW Corporate Pkwy,
Palm City, FL 34990-8185

Eduardo J. Dominguez
5778 Devonshire Blvd.
Miami, FL 33155-4062

Email Outreach Company
651 N Broad St, Suite 206,
Middletown, Delaware 19709-6402

Empire Marketing Ventures LLC
383 Madison Ave,
New York, NY 10017-3217

Employment Development Department
722 Capitol Mall
Sacramento, CA 95814-4703

Enlyte
PO Box 88026,
Chicago, IL 60680-1026

FL POWER HOUSE
2310 NW 102ND PLACE
DORAL, FL 33172-2517

FLORIDA POWER AND LIGHT
21400 Powerline Road
Boca Raton, FL 33433-2312

FLORIDA POWER AND LIGHT FPL
General Mail Facility
Miami, FL 33188-0001

FRANCHIMP LTD
Kristine M Rogalewski-Mayo
18531 N Steet,
Scottsdale, AZ, 85255

First Impulse
18 Goodyear, Suite 125,
Irvine, CA 92618-3750

Fisher Phillps LLP
2050 Main St
Irvine, CA 92614-8255

Fisher Phillps LLP
2050 Main St, Suite 1000,
Irvine, CA 92614-8240

Florida Department of Revenue
2450 Shumard Oak Blvd
Tallahassee, FL 32399-7022

Florida Department of Revenue
5050 West Tennessee Street,
Tallahassee, FL 32399-0100

Florida Department of Revenue
Miami Service Center
3750 NW 87th Avenue, Suite 300,
Doral, FL 33178-2430

| | | |
|---|---|---|
| GITLAB INC<br>PO BOX 8244,<br>PASADENA, CA, 91109-8244 | GUMMICUBE, INC<br>50 E ST JOHN ST,<br>SAN JOSE, CA 95112-5596 | GUROCK<br>0801 N Mopac Expressway,<br>Building 1, Suite 100,<br>Austin, TX, 78759 |
| Gallagher Bassett<br>Services, Inc<br>15763 Collections<br>Center Drive,<br>Chicago, IL 60693-0001 | Gentry Partnership In<br>11523 Palmbrush Trail, Suite 193,<br>Lakewood Ranch, FL 34202-2917 | Gentry Partnership, Inc<br>11523 Palmbrush Trail<br>Bradenton, FL 34202-2917 |
| Gordon Rees Scully Mansukhani, LLP<br>275 Battery Street, 20th Fl,<br>San Francisco, CA 94111-3367 | Grasso Global Inc<br>Levinson Arshonsky Kurtz & Komsky LLP<br>15303 Ventura Blvd, Suite 1650,<br>Sherman Oaks, CA 91403-6620 | HEISE SUAREZ MELVILLE, P.A.<br>2990 Ponce de Leon Blvd, Suite 300,<br>Coral Gables, FL 33134-6803 |
| HUB International Insurance Services Inc<br>16030 Venture Blvd,<br>Suite 500,<br>Encino, CA 91436-2766 | Huggins Actuarial Services Inc<br>111 Veterans Square, Third Floor,<br>Media, PA 19063-3292 | ICR LLC<br>761 Main Ave<br>Norwalk, CT 06851-1080 |
| INTRADO DIGITAL MEDIA, LLC<br>C/O INTRADO CORPORATION,<br>PO BOX 74007143,<br>CHICAGO, IL, 60674-7143 | IOWA Workforce Development Unemployment Insu<br>1000 E Grand Avenue,<br>Des Moines, IA 50319-0220 | IPFS Corporation<br>3522 Thomasville Rd<br>Tallahassee, FL 32309-3488 |
| IPFS Corporation<br>3522 Thomasville Rd,<br>Suite 400,<br>Tallahassee, FL 32309-3488 | IPFS Corporation 3522<br>Thomasville Rd<br>Tallahassee, FL 32309 | IRS<br>Worland, WY 82401 |
| Idaho Department of Labor- Collection Enforc<br>Unit 317 W Main Street,<br>Boise, ID 83735-0001 | Idaho State Tax Commission<br>11321 W Chinden Blvd,<br>Boise ID 83714-1021 | Idaho State Tax Commission<br>PO Box 36,<br>Boise, ID 83722-0036 |
| Illinois Department of Employment Security<br>Revenue Collection Enforcement Unit<br>33 S State Street, 10th Floor,<br>Chicago, IL 60603-2808 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | Innovative Coverage Concepts LLC<br>c/o Arthur J Gallagher & Co,<br>200 Jefferson Park,<br>Ste 110 - 200,<br>Whippany, NJ 07981-1076 |
| IntacctDept 3237,<br>PO Box 123237,<br>Dallas, TX, 75312-3237 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | Internal Revenue Service Centralized Insolve<br>PO Box 7317<br>Philadelphia, PA 19101-7317 |
| J David Tax Law LLC<br>7077 Bonneval Road, Suite 200,<br>Jacksonville, FL 32216-6073 | JOBOT, LLC<br>18575 JAMBOREE RD, SUITE 600,<br>IRVINE, CA 92612-2554 | Judith Simpson<br>1939 Festival Court<br>Joliet, IL 60435 |

| | | |
|---|---|---|
| KARLINSKY LLC<br>103 Mountain Rd<br>Cornwall On Hudson, NY 12520-1802 | KPA SERVICES LL<br>PO Box 83301,<br>Woburn, MA, 01813-3301 | Kansas Department of Revenue<br>Division of Taxation<br>12 SE 10th Avenue,<br>Topeka KS 66625-0001 |
| Kansas Department of RevenueDivision of Taxa<br>PO Box 3506, Avenue,<br>Topeka, KS 66601-3506 | Kenneth Weaver<br>901 Riverside Drive<br>Old Hickory, TN 37138-3150 | Klein & Wilson<br>4770 Von Karman,<br>Newport Beach, CA 92660-2123 |
| LANIER PARKING<br>647 BRICKELL KEY DR, SUITE 1,<br>MIAMI, FL 33131-2622 | LEAPROS WORKFORCE SOLUTIONS<br>PO BOX 432,<br>HUNTINGTON BEACH, CA 92648-0432 | LOEB & LOEB LLP<br>345 PARK AVE,<br>NEW YORK, NY 10154-1895 |
| Lamb McErlane PC<br>24 E. Market St, PO Box 565,<br>West Chester, PA 19381-0565 | Launay Patrice, PEJ CONSULTING<br>1560 Sawgrass Corporate Pkwy,<br>4th FL Suite 423-C,<br>Sunrise, FL 33323-2858 | Lemke Mediation<br>515 S Flower St, Suite 1800,<br>Los Angeles, CA 90071-2231 |
| LexisNexis<br>28544 Network Place,<br>Chicago, IL, 60673-1285 | Lowenstein Sandler LLP<br>Attn: William B. Farrell<br>One Lowenstein Drive<br>Roseland, NJ 07068-1791 | Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068-1791 |
| Lowenstein Sandler LLP<br>One Lowenstein Drive,<br>Roseland, New Jersey 07068-1791 | Lydecker LLP<br>1221 Brickell Ave, 19th FL,<br>Miami, FL 33131-3240 | MEF I, LP<br>40 Wall Street<br>New York, NY 10005-1304 |
| MELTWATER NEWS U<br>Dept LA 23721,<br>Pasadena, CA, 91185-3721 | MILNER - USAGE<br>PO BOX 923197,<br>NORCROSS, GA, 30010-3197 | MILNER INC<br>PO BOX 105743<br>ATANTA, GA, 30348-5743 |
| MILNER INC - BRICKELL<br>PO BOX 41602,<br>PHILADELPHIA, PA, 19101-1602 | MINERAL INC<br>6701 Koll Center Parkway, Suite 430,<br>PLEASANTON, CA 94566-8065 | MINTZ<br>666 Third Avenue<br>New York, NY 10017-4011 |
| MINTZ<br>Chrysler Center,<br>666 Third Avenue,<br>New York, NY 10017-4011 | Marcum & Kliegman LLP<br>750 Third Ave<br>New York, NY 10017-2703 | Marcum & Kliegman LLP<br>750 Third Ave 11th FL,<br>New York 10017-2716 |
| Mark , Your Extended Office<br>No. 128 SRP Koil Street South,<br>Jawahar Nagar, Chennai, 600 082, India | Marlins Baseball<br>501 Marlins Way,<br>Miami, FL 33125-1121 | Marquis Aurbach Chtd<br>10001 Park Run Drive,<br>Las Vegas, NV 89145-8857 |

| | | |
|---|---|---|
| Martin Scott<br>19180 Skyridge Circle,<br>Boca Raton, FL 33498-6212 | Massachusetts Department of Revenue<br>100 Cambridge Street,<br>Boston, MA 02204-0001 | Meadows Collier Attorney At Law<br>901 Main Street, Suite 3700,<br>Dallas, TX 75202-3742 |
| Media Network Consultants LLC<br>13245 Lower Harden Ave<br>Orlando, FL 32827-7221 | (p)MEDIANT COMMUNICATIONS INC<br>ATTN ATTN JOSEPH SIMONOWICH<br>400 REGENCY FOREST DRIVE<br>SUITE 200<br>CARY NC 27518-7703 | MetLife Group Benefits<br>PO Box 804466,<br>Kansas City, MO,<br>64180-4466 |
| Miami-Dade Office of the Tax Collector<br>Tangible Personal Property<br>200 NW 2nd Avenue, Miami, FL 33128 | Michigan Department of Treasury<br>City Tax Administration<br>P.O. Box 30756<br>Lansing, MI 48909-8256 | Michigan Department of Treasury<br>PO Box 30756,<br>Lansing, MI 48909-8256 |
| Minesota Deptment of Revenue<br>Collection Division<br>PO Box 64651,<br>Saint Paul, MN 55164-0651 | Missouri Department of Revenue<br>Taxation Division<br>PO Box 3375,<br>Jefferson City, MO 65102-3375 | Morris, Nichols, Arsht & Tunnell LLP<br>1201 N Market St, 16th FL, PO Box 1347,<br>Wilmington, DE, 19899-1347 |
| NASDAQ<br>51 West 42nd Street, Floors 26, 27, 28,<br>New York, NY 10036 | NATPAY<br>3415 W Cypress St,<br>Tampa, FL 33607-5007 | NOW CFO NEWPORT BEACH<br>5251 S Green Street,<br>Suite 350,<br>Murray, UT, 84123 |
| Nasdaq Corporate<br>Solutions, LLC<br>PO Box 780700,<br>Philadelphia, PA,<br>19178-0700 | National Payment Corporation<br>3415 W Cypress Street<br>Tampa, FL 33607-5007 | Navarro Hernandez P<br>66 W Flagler St 6th FL,<br>Miami, FL 33130-1884 |
| New Benefits<br>Alexandra Gonzalez Zabala<br>Judith Simpson<br>1839 Festival Court,<br>Joliet, IL 60435-3785 | New Jersey Department of Labor and Workforce<br>Delinquency Unit<br>PO Box 932,<br>Trenton, NJ 08625-0932 | New Jersey Department of Labor and Workforce<br>Division of Employer Accounts<br>PO Box 059,<br>Trenton, NJ 08646-0001 |
| New Jersey Department of the Treasury<br>Division of Taxation<br>PO Box 1009,<br>Moorsetown, NJ 08057-0909 | New Mexico Department of Workforce Solutions<br>PO Box 1928,<br>Albuquerque, NM 87103-1928 | New Mexico Taxation & Revenue<br>PO Box 25128,<br>Santa Fe, NM 87504-5128 |
| New York Department of Labor- Unemployment I<br>Enforcement Unit<br>PO Box 4305<br>Binghamton, NY 13902-4305 | New York Department of Labor- Unemployment I<br>PO Box 15012<br>Albany, NY 12212-5012 | New York Department of Labor- Unemployment I<br>PO Box 4301<br>Brimingham, NY 13902-4301 |
| New York Department of Taxation and Finance<br>Civil Enforecement Division - Offset Uni<br>Albany NY 12227-0001 | New York Employment Contributions and Taxes<br>PO Box 4119<br>Binghamton, NY 13902-4119 | New York State Department of Taxation & Fina<br>Bankruptcy Section<br>P O Box 5300<br>Albany, NY 12205-0300 |

| | | |
|---|---|---|
| Norman S Gerstein PA<br>5966 S. Dixie Highway, Suite 300,<br>Miami, FL 33143-5177 | (p)OKTA INC<br>100 FIRST STREET<br>SUITE 600<br>SAN FRANCISCO CA 94105-3513 | OSBORN MALEDO<br>2929 N CENTRAL AVE, 21 FLOOR,<br>PHOENIX, AZ 85012-2782 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Okin Pest Control<br>2170 Piedmont Rd NE<br>Atlanta, GA, 30324-4135 | Oklahoma Tax Commission<br>Oklahoma City, OK 73194-0001 |
| Oppenheim Insurance Broker Inc.<br>23742 Lyons Ave,<br>PO Box 220957,<br>Newhall, CA 91322-0957 | Osborn Maledon<br>2929 N Central Ave<br>Phoenix, AZ 85012-2793 | Osher Capital Partners, LLC<br>c/o LH Financial<br>510 Madison Ave<br>14th Floor<br>New York, NY 10022-5730 |
| PETTIT KOHN<br>11622 EL CAMINO REAL, SUITE 300,<br>SAN DIEGO, CA 92130-2051 | Payne & Fears LLP<br>4 Park Plaza<br>Irvine, CA 92614-8550 | Payne & Fears LLP<br>4 Park Plaza, Suite 1100,<br>Irvine, CA 92614-8550 |
| Pennsylvania Department of Labor & Industry<br>Office of Unemployment Compensation Tax<br>651 Boas Street, Room 915,<br>Harrisburg, PA 17121-0751 | Philadelphia Ins Co<br>PO BOX 70251,<br>PHILADELPHIA, PA, 19176-0251 | Pitney Bowes<br>PO Box 371874,<br>Pittsburgh, PA, 15250-7874 |
| Plant Care<br>PO Box 50115,<br>Lighthouse Point, FL 33074-0115 | Premier Produce<br>2672 SW 36th St<br>Dania Beach, FL 33312-5005 | Prequin Limited<br>1st Floor, Verde, 10 Bressenden Place,<br>London, United Kingdom,<br>SW1E 5DH, United Kingdom |
| PrismHR<br>PO BOX 844768,<br>Boston, MA 02284-4759 | Professional Window Tinters<br>7385 Bird Rd (40th St)<br>Miami, FL, 33155 | QB Animation Inc<br>320 Lighthouse Drive,<br>Palm Beach Gardens, FL 33410-4835 |
| RB INTERNATIONAL<br>SUPPLY CORP<br>7265 NW 44TH ST<br>MIAMI, FL 33166-6418 | RUNWAY 1 LLC<br>250 Greenpoint Ave,<br>Brooklyn, NY 11222-2493 | Restaurant Finance Monitor<br>2808 Anthony Lane South,<br>Minneapolis, MN 55418-3234 |
| Richard DeBeikes<br>23241 Ventura Blvd Ste 224C,<br>Woodland Hills, CA 91364-1042 | Rose, Snyder & Jacobs LLP<br>15821 Ventura Blvd<br>Encino, CA 91436-4778 | Rose, Snyder & Jacobs LLP<br>15821 Ventura Blvd, Suite 490,<br>Encino, CA 91436-4778 |
| Roxborough Pomerance NYE & Adreani<br>5820 Canoga Ave<br>Woodland Hills, CA 91367-6549 | Roxborough Pomerance NYE & Adreani<br>5820 Canoga Ave, Suite 250,<br>Woodland Hills, CA 91367-6549 | SICHENZIA ROSS FERENCE LLP<br>1185 AVE OF THE AMERICAS,<br>31ST FLOOR,<br>NEW YORK, NY 10036-2612 |

STERICYCLE
28883 NETWORK PLACE,
CHICAGO, IL, 60673-1288

SUNZ INSURANCE
1301 6th Ave W,
Bradenton, FL 34205-7410

Say Technologies LLC
85 Willow Road
Menlo Park, CA 94025-3656

SearchGeeks
701 Palomar Airport Rd. #170,
Carlsbad CA 92011-1045

Securities and Exchange Commission
100 F Street, NE,
Washington, DC 20549-2001

Securities and Exchange Commission
801 Brickell Avenue
Suite 1950
Miami, FL 33131-4901

Slavic 401K
1075 Broken Sound Pkwy NW, Suite 100,
Boca Raton, FL, 33487-3540

Slavic Integrated Administration
1075 NW Brkn Snd Pkway, Ste 100,
Boca Raton, FL,
33487-3540

SolutionCore Inc
9742 Hibiscus Drive,
Garden Grove, CA 92841-1717

Specialty Marketing Consulting Inc
c/o Kimberly Peters,
PO Box 6700,
Pine Mountain Club, CA 93222-6700

Sperling & Slater PC
55 West Monroe Street, Suite 3200,
Chicago, IL 60603-5035

Sports1ternship, LLC
23 Rancho Circle,
Lake Forest, CA 92630-8324

Sportslternship, LLC
23 Rancho Circle
Lake Forest, CA 92630-8324

Staff Benefits
Management, Inc
2307 FENTON PARKWAY #107-126,
San Diego, CA 92108-4746

Stifel Financial
510 N. Broadway
Saint Louis, MO 63102

SullivanCurtisMonroe Ins Serv LLC
1920 Main St, Suite 600,
Irvine, CA 92614-7226

TEKWORKS
13000 Gregg Street,
Poway, CA 92064-7151

TENNESSE DEPT OF REVENUE
500 DEADERICK ST, ANDREW JACKSON ST OFFI
NASHVILLE, TN 37242-0001

TMF SERVICES HONDURAS
Colonia Lomas del Guijarro Sur,
Domicilio Alquilado, Contiguoa Plaza Fic
5to Nivel. Tegucigalpa M.D.C. Honduras

TRUSAIC
3530 WILSIRE BLVD, SUITE 1460,
LOS ANGELES, CA 90010-2334

Tennessee Department of Labor & Workforce De
Employment Security Division,
Employer Accounts Audit
220 French Landing Drive,
Nashville, TN 37243-1002

Toppan Merrill LLC
PO BOX 74007295,
CHICAGO, IL 60674-7295

Traliant Operating LLC
PO Box 844090,
Boston, MA 02284-4090

Trenan Law
PO Box 1102,
Tampa, FL, 33601-1102

UNITED HEALTHCARE
PO BOX 111111,
NEW TOWN, MO, 93195-9782

US FOODS
PO BOX 281838
BOCA RATON, FL, 30384-1838

VERIFONE INC
c/o Colliers Int'l Lease Admin,
301 University Ave, Ste 100,
Sacramento, CA 95825-5537

VERITEXT, LLC
PO BOX 71303,
CHICAGO, IL, 60694-1303

VIA Design Studio
103 Westward Drive
Miami, FL 33166-5257

Virginia Department of Taxation
PO Box 1115.
Richmond, VA 23218-1115

| | | |
|---|---|---|
| Virginia Department of Taxation<br>PO Box 1777,<br>Richmond, VA 23218-1777 | WASTE MANAGEMENT INC FL<br>8801 NW 91ST STREET,<br>MEDLEY, FL 33178-1815 | WHITE & CASE<br>SE FINANICAL CTR STE 4900,<br>200 S BISCAYNE BLVD,<br>MIAMI, FL, 33131-2352 |
| WORKIVA<br>2900 UNIVERSITY BLVD,<br>AMES, IA 50010-8665 | White & Case<br>SE Financial Ctr Ste<br>4900 Miami, FL 33131 | Whitney White<br>100 Albert Way 08540-3202 |
| Whitney White<br>100 Albert Way, Apt 1417,<br>Princeton, NJ 08540-3215 | Widgets & Web LLC<br>19500 194th Trl,<br>Golden Beach, FL, 33160 | eFax Corporate<br>C/O J2 Cloud Services LLC,<br>PO BOX 51873,<br>LOS ANGELES, CA, 90051-6173 |
| nFusion Capital Finance LLC<br>6444 Burnet Rd Unit 100,<br>Austin, TX 78757-3252 | Daniel Gielchinsky<br>2875 NE 191st Street<br>Suite 705<br>Aventura, FL 33180-2803 | Eric Rubin<br>Moecker Auctions Inc<br>1885 Marina Mile Blvd #103<br>Ft. Lauderdale, FL 33315-2243 |
| Isaac M Marcushamer Esq.<br>DGIM Law, PLLC<br>2875 NE 191st Street<br>Suite 705<br>Aventura, FL 33180-2803 | Jonathan Feldman<br>2 South Biscayne Boulevard, Suite 1600<br>Miami, FL 33131-1824 | Manny Rivera<br>c/o Shraiberg Page P.A.<br>2385 NW Executive Center Dr., #300<br>Boca Raton, FL 33431-8530 |
| Mark Absher<br>c/o Shraiberg Page P.A.<br>2385 NW Executive Center Dr., #300<br>Boca Raton, FL 33431-8530 | Robert Angueira<br>c/o Paul Steven Singerman<br>Berger Singerman LLP<br>1450 Brickell Avenue<br>Suite 1900<br>Miami, FL 33131-5319 | Scott Absher<br>c/o Shraiberg Page P.A.<br>2385 NW Executive Center Dr., #300<br>Boca Raton, FL 33431-8530 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| United States of America Internal Revenue Se<br>c/o Raychelle A. Tasher<br>99 NE 4 St. # 300<br>Miami, FL 33132 | Broadridge Financial Solutions<br>1155 long Island Avanue<br>Edgewood, NY 11717 | (d)IRS - Department of the Treasury<br>Ogen, UT 84201 |
| Illinois Department of Revenue<br>PO Box 19006,<br>Springfield, IL 62794 | Mediant<br>Communications Inc.<br>PO BOX 29976,<br>NEW YORK, NY, 10087-9976 | (d)Mediant Communications Inc.<br>400 Regency Forest Drive<br>Suite 200<br>Cary, NC 27518 |
| OKTA INC<br>100 FIRST STREET, SUITE 600,<br>SAN FRANCISCO, CA, 94105 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Sunz Insurance Solutions, LLC

(u)Miami

(d)A & A Ornamental, Inc
18731 SW 87th Ave,
Cutler Bay, FL 33157-7224

(d)ALLIED SPORTS LLC
PO BOX 845785,
BOSTON, MA, 02284-5785

(d)CINTAS
PO BOX 631025,
CINCINNATI, OH, 45263-1025

(d)CK Administrative Services LLC
777 S Figueroa Street, Suite 4100,
Los Angeles, CA 90017-5841

(d)CT Corporation
PO Box 4349,
Carol Stream, IL,
60197-4349

(d)DGA SECURITY
429 WST 53RD STREET,
NEW YORK, NY 10019-5791

(d)FL POWER HOUSE
2310 NW 102ND PLACE,
DORAL, FL 33172-2517

(d)ICR LLC
761 Main Ave,
Norwalk, CT 06851-1080

(d)KARLINSKY LLC
103 Mountain Road,
Cornwall-On-Hudson, NY 12520-1802

(d)Kenneth Weaver
901 Riverside Drive,
Old Hickory, TN 37138-3150

(d)MILNER INC
PO BOX 105743,
ATANTA, GA, 30348-5743

(d)MILNER INC BRICKELL
PO BOX 41602
PHILADELPHIA, PA, 19101-1602

(d)MILNER USAGE
PO BOX 923197
NORCROSS, GA, 30010-3197

(d)Media Network Consultants LLC
13245 Lower Harden Ave,
Orlando, FL 32827-7221

(d)Premier Produce
2672 SW 36th St,
Dania Beach, FL 33312-5005

(d)Professional Window Tinters
7385 Bird Rd (40th St),
Miami, FL, 33155

(d)RB INTERNATIONAL SUPPLY CORP
7265 NW 44TH ST,
MIAMI, FL 33166-6418

(d)Securities and Exchange Commission
100 F. Street NE
Washington, DC 20549-2001

(d)Sunz Insurance
1301 6th Ave W
Bradenton, FL 34205-7410

(d)US FOODS
PO BOX 281838,
BOCA RATON, FL, 30384-1838

(d)VIA Design Studio
103 Westward Drive,
Miami, FL 33166-5257

(d)WORKIVA
2900 University Blvd
Ames, IA 50010-8665

(d)White & Case
SE Financial Ctr Ste 4900
Miami, FL 33131

(d)Whitney White
100 Albert Way 08540

(u)Richelle Kalnit
Hillco IP Services LLC

**End of Label Matrix**
Mailable recipients    257
Bypassed recipients     27
Total                  284