

**ORDERED in the Southern District of Florida on December 20, 2024.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| SHIFTPIXY, INC. *et, al.*[1] | Case No. 24-21209-LMI |
| Debtors. | (Jointly Administered) |
| _____/ | |

**AGREED ORDER GRANTING CREDITOR, TACOS 2000, INC.'S MOTION FOR ORDER AUTHORIZING AND DIRECTING TO FILE CORRECTED WAGE AND TAX <u>STATEMENTS (FORM W-2C) [DE 124]</u>**

**THIS MATTER** came before the Court on December 16, 2024 at 9:30 a.m. on the hearing for the Creditor, Tacos 2000, Inc.'s, ("Creditor") *Expedited Motion for Order Authorizing and Directing Debtor to File Corrected Wage and Tax Statements (Form W-2C)* (the "Motion") [ECF No. 124]. The Court, having reviewed the Motion, and pleadings in this case, having heard arguments from counsel and being fully advised on the premises, it is hereby,

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

**ORDERED,** as follows:

1. The Motion is hereby **GRANTED, as provided herein.**

2. The Debtor is authorized and directed to prepare and file corrected 2019 Wage and Tax Statements ("2019 Form W-2Cs") on behalf of Creditor to correct the duplicative filed Form W-2s filed in January, 2020 and again in February 2020 prior to the closing of the anticipated sale of the Debtor's assets and prior to the conversion of the instant proceeding to Chapter 7.

3. Upon preparation of two corrected sets of 2019 Form W-2C's, the Debtor shall provide Creditor, and/or its professionals, with copies of the corrected documents for review and approval prior to the filing of the 2019 Form W-2Cs with the Social Security Administration.

4. Upon approval by Creditor of the corrected 2019 Form W-2Cs, the Debtor shall file the 2019 Form W-2Cs with the Social Security Administration, in accordance with the instructions and in the order directed by Creditor and/or its professionals. The 2019 Form W-2Cs shall be filed with the Social Security Administration before the conversion of this case but in no event after December 24, 2024. The Debtor shall immediately provide pdf copies of filed 2019 Form W-2Cs to Creditor and/or its professionals.

5. Creditor agrees to indemnify Jonathan Feldman, CRO, and the bankruptcy estate for liability resulting from the filing of the corrected 2019 Form-W2Cs.  This indemnification is limited to the filing of corrected 2019 Form-W2Cs referenced in this Order and shall not in any way release or waive any of Creditor's claims against the Debtor or the bankruptcy estate nor shall it be interpreted to indemnify the CRO or the bankruptcy estate of any other liability.

6. The Court authorizes and approves the agreement between Debtor and Creditor memorializing their joint/common interest in the preparation of the Form-W2C's and sharing of information and professional advice relating thereto.

7. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###

**Submitted by:**
Leyza B. Florin
Sequor Law
*Counsel for the Creditor, Tacos 2000, Inc.*
1111 Brickell Ave, Suite 1250
Miami, FL 33131
Phone: (305) 372-8282
Email:  lflorin@sequorlaw.com

*[Leyza B. Florin, Esq. is directed to provide a copy of this signed Order to all parties of record and to file a Certificate of Service conforming with Local Rule 2002-1(F), within 3 days of entry of this Order]*