UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flmb.uscourts.gov

In re:                                                                     Case No. 24-21209-LMI
                                                                           *(Jointly Administered)*
SHIFTPIXY, INC., *et al.*[1]
                                                                           Chapter 11
        Debtor.
_____/

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the following:

**AGREED ORDER GRANTING CREDITOR, TACOS 2000, INC.'S MOTION FOR ORDER AUTHORIZING AND DIRECTING TO FILE CORRECTED WAGE AND TAX STATEMENTS (FORM W-2C) [DE 150]**, dated December 20, 2024

was served on December 20, 2024 upon all interested parties registered to receive notice via this Court's CM/ECF electronic notification system.

Date:   December 20, 2024                  Respectfully submitted,
                                           SEQUOR LAW
                                           1111 Brickell Avenue, Suite 1250
                                           Miami, FL 33131
                                           lflorin@sequorlaw.com
                                           Telephone:   (305) 372-8282
                                           Facsimile:   (305) 372-8202

                                           By:   */s/ Leyza B. Florin*
                                                 Leyza B. Florin
                                                 Florida Bar No.: 104639

**24-21209-LMI Notice will be electronically mailed to:**

Eyal Berger, Esq. on behalf of Creditor Sunz Insurance Solutions, LLC
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Samuel J Capuano on behalf of Creditor Robert Angueira
scapuano@bergersingerman.com,
FSellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 4101 NW 25th Street, Miami, FL 33142.

Leyza Barbara Florin on behalf of Creditor Century Tacos, Inc.
lflorin@sequorlaw.com, jdiaz@sequorlaw.com

Leyza Barbara Florin on behalf of Creditor Golden Taco, Inc.
lflorin@sequorlaw.com, jdiaz@sequorlaw.com

Leyza Barbara Florin on behalf of Creditor Los Angeles West Taco, Inc.
lflorin@sequorlaw.com, jdiaz@sequorlaw.com

Leyza Barbara Florin on behalf of Creditor Pacific Coast Taco, Inc.
lflorin@sequorlaw.com, jdiaz@sequorlaw.com

Leyza Barbara Florin on behalf of Creditor Tacos 2000, Inc.
lflorin@sequorlaw.com, jdiaz@sequorlaw.com

Daniel Gielchinsky on behalf of Debtor ShiftPixy, Inc.
dan@dgimlaw.com,
colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com

Dan L Gold on behalf of U.S. Trustee Office of the US Trustee
Dan.L.Gold@usdoj.gov

Samuel W Hess on behalf of Creditor Manny Rivera
shess@slp.law, dwoodall@slp.law;pmouton@slp.law;shess@ecf.courtdrive.com

Samuel W Hess on behalf of Creditor Mark Absher
shess@slp.law, dwoodall@slp.law;pmouton@slp.law;shess@ecf.courtdrive.com

Samuel W Hess on behalf of Creditor Scott Absher
shess@slp.law, dwoodall@slp.law;pmouton@slp.law;shess@ecf.courtdrive.com

Erin M Hoskins on behalf of Creditor Robert Angueira
ehoskins@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com

Isaac M Marcushamer, Esq. on behalf of Debtor ReThink Human Capital Management, Inc
isaac@dgimlaw.com,
colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

Isaac M Marcushamer, Esq. on behalf of Debtor ShiftPixy Staffing, Inc
isaac@dgimlaw.com,
colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

Isaac M Marcushamer, Esq. on behalf of Debtor ShiftPixy, Inc.

isaac@dgimlaw.com,
colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

Isaac M Marcushamer, Esq. on behalf of Interested Party ReThink Human Capital Management, Inc
isaac@dgimlaw.com,
colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

Isaac M Marcushamer, Esq. on behalf of Interested Party ShiftPixy Staffing, Inc
isaac@dgimlaw.com,
colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

Charles J McHale on behalf of Creditor Balanced Management, LLC
cmchale@mgl.law

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Michael S Provenzale on behalf of Creditor Foundry ASVRF Sawgrass, LLC
michael.provenzale@lowndes-law.com, anne.fisher@lowndes-law.com;litcontrol@lowndes-law.com

Bradley S Shraiberg on behalf of Creditor Manny Rivera
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg on behalf of Creditor Mark Absher
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg on behalf of Creditor Scott Absher
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Paul Steven Singerman, Esq on behalf of Creditor Robert Angueira
singerman@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com

Raychelle A Tasher on behalf of Creditor United States of America Internal Revenue Service
Raychelle.Tasher@usdoj.gov, bridgett.moore@usdoj.gov;Shannon.Patterson@usdoj.gov