

ORDERED in the Southern District of Florida on December 30, 2024.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
### www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| SHIFTPIXY, INC. *et, al.*[1] | Case No. 24-21209-LMI |
| Debtors. | (Jointly Administered) |
| _____/ | |

### ORDER APPROVING SECOND SUPPLEMENT TO FIRST AND FINAL FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE LAW FIRM OF DGIM LAW, PLLC AS COUNSEL FOR THE CHAPTER 11 DEBTORS [ECF NO. 153]

THIS MATTER came before the Court on the *Second Supplement to First and Final Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses for the*

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

*Law Firm of DGIM, Law, PLLC* ("DGIM") *as Counsel for the Chapter 11 Debtors* [ECF No. 153] (the "Second Supplement") for the Chapter 11 Debtors, Shiftpixy, Inc., Shiftpixy Staffing, Inc. and ReThink Human Capital Management, Inc. (collectively, the "Debtors").

In the Second Supplement, DGIM seeks award of fees and reimbursement of expenses incurred from December 16, 2024 through December 23, 2024, in the amount of $28,413.50 for fees, $3,421.78 for expenses.

The Court, having reviewed the Second Supplement and pleadings in this case, taking into consideration 11 U.S.C. § 330 and each of the factors that govern the reasonableness of fees as set forth in *In re First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir. 1977) and *Johnson v. Georgia Highway Express*, 488 F.2d 714 (5th Cir. 1974), and based on the record, it is,

**ORDERED** as follows:

1. The Second Supplement is **APPROVED,** on a final basis.

2. DGIM is awarded on a final basis (i) (ii) 100% of fees sought in the Second Supplement in the amount of $28,413.50, 100% reimbursement of expenses in the amount of $3,421.78 for a total award of **$31,835.28** (the "Second Supplemental Fee Award").

3. The Debtor is authorized to pay the amounts allowed herein, DGIM is authorized to immediately apply the prepetition retainer to the amounts set forth herein.

4. In making the foregoing award, the Court has evaluated the factors set forth in *In re: First Colonial Corp.*, 544 F.2d 1291 (5th Cir. 1977) and *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), and finds that the amounts awarded herein represent reasonable compensation for actual and necessary services rendered and expenses incurred by DGIM.

5. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

####

Submitted by:

Isaac M. Marcushamer, Esq.
DGIM Law, PLLC
*Counsel for the Debtors*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
P (305) 763-8708
F (321) 655-7374
isaac@dgimlaw.com

[Attorney Marcushamer is hereby directed to serve a copy of this Order on all parties and file a certificate of service with the Court within 3 days of entry of this Order.]