**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:                                                    Chapter 11

SHIFTPIXY, INC. *et, al.*[1]                              Case No. 24-21209-LMI

      Debtors.                                    (Jointly Administered)
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that copies of the following were served via CM/ECF Notification and/or U.S. Mail to all parties on the attached service list on the 31st day of December, 2024:

1. *Order Approving Second Supplement to First and Final Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses for the Law Firm of DGIM Law, PLLC as Counsel for the Chapter 11 Debtors* [ECF No. 155]

Dated December 31, 2024.

                       Respectfully submitted:

                       **DGIM Law, PLLC**
                       *Counsel for the Debtors*
                       2875 NE 191st Street, Suite 705
                       Aventura, FL 33180
                       Phone: (305) 763-8708

                       */s/ Isaac Marcushamer*
                       Isaac Marcushamer, Esq.
                       Florida Bar No. 0060373
                       Email:  isaac@dgimlaw.com
                       Daniel Y. Gielchinsky, Esq.
                       Florida Bar No. 97646
                       Email: dan@dgimlaw.com

## SERVICE LIST

## Via U.S. Mail to all parties on the attached Mailing List

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc.  The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

SendGrid, Inc
1801 California St
Suite 500
Denver, CO 80202

Twillio Inc
101 Spear Street
San Francisco, CA 94105

MongoDB
1633 Broadway 38th Floor
New York, NY 10019

Amazon Web Services, Inc
410 Terry Avenue North
Seattle, WA 98109-5210

GitLab Inc
268 Bush Street #350
San Francisco, CA 94104

GitHub, Inc.
88 Collin P Kelly Jr Street
San Francisco, CA 94107

HelloSign Inc
1800 Owens Street
Suite 200
San Francisco, CA 94158

IBM Corporation
PO Box 534151
Atlanta, GA 30353-4151

Open AI 3180
18th Street
San Francisco, CA 94110

Humantiy.com LLC
PO Box 201292
Dallas, TX 75320-1292

Microsoft
One Microsoft Way
Redmond, WA  98052

OKTA Inc
100 First Street  Suite 600
San Francisco, CA 94105

Google Play
1600 Amphitheatre Parkway
Mountain View, CA 94043

Apple Inc
One Apple Park Way
Cupertino, CA 95014

Egnyte, Inc
1350 West Middlefield Road
Mountain View, CA 94043

DreamHost
417 S Associated Rd
Brea, CA 92821

Wordpress.com
60 29th Street   #343
San Francisco, CA 94110

EasyDNS Technologies, Inc
4243C Dundas St W
Etobicoke, ON M8X 1Y3
Canada

Sage Intacct
Dept 3237
PO BOX 123237
Dallas, TX 75312-3237

PrismHR
Bank of America Lockbox Services
Box 11145
Chicago, IL 60661

ADP MasterTax
PO Box 830272
Philadelphia, PA 18182-0272

LastPass
125 High St
Suite 220
Boston, MA 02110-2737

Turn Technologies, Inc
515 N State Street
14th Floor
Chicago, IL 60654

ONE SOURCE TECHNOLOGY LLC
1801 W Olympic Blvd
File 2418
Pasadena, CA 91199-2418

HubSpot Inc
2 Canal Park
Cambridge, MA 02141

JobTarget LLC
600 Summer St 5th Floor
Stamford, CT 06901

HeyMarket
333 Bryant Street
Suite 310
San Francisco, CA 94107-1475

Elegant Themes, Inc
977 W Napa St #1002
Sonoma, CA 95476-4748

Vercel Inc
440 N Barranca Ave
PMB 4133
Covina, CA 91723-1722

Figma
760 Market Street
Floor 10
San Francisco, CA 94102

Traliant Operationg LLC
PO Box 844090
Boston, MA 02284-4090

AppsFlyer Inc
100 1st Street
25th Floor
San Francisco, CA 94105

Acorn East Packaging Products
16301 NW 15th Avenue
 Miami Gardens, FL 33169

B&J Pets & Aquariums, Inc.
601 Delran Parkway
Delran, NJ 08075

Belfor USA Group, Inc.
185 Oakland Ave
Suite 150
Birmingham, MI 48009

Bennett Enterprises, Inc.
25889 Belle Porte Avenue
Harbor City, CA 90710

Century Trade Show Services, Inc.
6421 Pinecastle Blvd.
Ste 1
Orlando, FL 32809

CIF Group International, Inc,
11013 NW 30th Street
Unit #115
Doral, FL 33172

Coastal Handyman Pros.
17632 Metzler Lane
Suite 103
Huntington, CA 92647

Consolidated Burger Holdings
4477 Legendary Drive
Suite 1
Destin, FL 32541

Crane Pumps & Systems
420 Third Street
Piqua, OH 45356

D&W Fine Pack
1900 Pratt Blvd. Elk
Grove Village, IL 60007

Diamondback DTNM
1525 Coors Blvd Nw.
Albuquerque, NM 87121

Ecology Recycling Services, LLC
16700 Valley View
Suite 340
La Mirada, CA 90638

Evolution Logistics
9800 NW 100TH RD
SUITE 1
Miami, FL 33175

FatSigns Orange
1108 E Katella Ave.
Orange, CA 92867

Florida Smoked Fish, LLC
550 NE 185th Street
Miami, FL 33179

Gamma Seafood Corporation
7850 N.W. South River Drive
Miami, Florida 33166

GL Strategic Staffing, Inc. (or Affiliates)
1709 Banks Rd.  Bldg A #5
Margate , FL 33063

Grupo Cementos de Chihuahua
600 S Cherry St.  Suite 1000
Glendale, CO 80246

Hyatt Die Cast Engineering
4656 Lincoln Ave
Cypress , CA 90630

Innovative Language Solutions, Inc.
PO Box 681
Oswego, IL 65403

Kingspan Light & Air, LLC
401 E Goetz Ave.
Santa Ana , CA 92707

Kitsuco LLC
2035 SW 31st Ave
Hallandale Beach, FL 33009

Kosé Corporation
110 Greene Street
Suite 407/8
New York, NY 10012

KW Property Management & Consulting, LLC
8200 NW 33rd Street
Miami, FL 33122

Laurice El Badry Rahme, Ltd.
9 Bond Street
New York, NY 10012

Lewie's Burgers & Brews L.L.C.
711 S. Main Street
Lead, SD 57754

Lions Floor & Affiliates
9435 Sorenson Ave.
Santa Fe Springs, CA 90670

Little Caesar Enterprises, Inc.
2125 Woodward Avenue
Detroit, MI 48201

LSDT, LLC
21300 Victory Blvd
Suite 250
Woodland Hills, CA 97367

Miami Paint Centre
4950 E. Tenth Avenue
Hialeah, FL 33013

National Wire & Cable Corporation
136 San Fernando Road
Los Angeles, CA 90031

Nextant Aerospace
18601 Cleveland Parkway
Cleveland, OH 44135

Nilfisk
9435 Winnetka Ave. N.
Brooklyn Park, MN 55445

Nothing to Something Commission, LLC
713 W. Canterbry Road
St. Louis , MO 63132

Pactiv Evergreen Group Holdings Inc.
1900 West Field Court
Lake Forest, Illinois 60045

Palmas Restaurant Group
PO Box 22136
Lake Buena Vista, FL 32830

Pasadena Banking Company
70 W. Palmetto Drive
Pasadena, CA 91105

PC International
7300 W 18 lane
Hialeah, FL 33014

Primo Water c/o Advantage xPO
201 East Fourth Street
Suite 800
Cincinnati, OH 45202

Qualawash Holdings, LLC
500 N Westshore Blvd Suite 435
Tampa , FL 33609

Quality Custom Distribution
14317 Lomitas Avenue
La Puente, CA 91746

Quality Importers Trading Company, Inc.
3350 Enterprise Avenue Suite 120.
Weston, FL 33331

Rinker Materials
391 B N. Beach Street
Ft. Worth, TX 76111

SCP Distributors LLC /
Superior Pool Products /
Horizon Distributors "SCP"
109 Northpark Blvd.
Covington, Louisiana 70433

ServiceMaster DSI
14350 NW 56th Court
Suite 111
Miami   FL 33054

Singh & Daughters Property Management LLC
108 Orion Road
Piscataway, NJ 08854

Staff America Health, Inc.
814 E Silver Springs Blvd
Ocala, FL 34470

Superior Tank Company, Inc.
9500 Lucas Ranch Road
Rancho Cucamonga, CA 91730

The Fulfillment Lab
5136 W. Clifton Street
Tampa, FL 33634

The SEED School of Miami
8004 NW 154th Street
Miami Lakes, FL 33016

Town Centre Technologies, LLC
9075 Town Centre Drive
Broadview Heights, OH  44147

Ullrich's Cleaning Services LLC
708 interstate Business Park
 Fredricksburg, VA 22405

ULS US LLC
3042 NW 73rd Street
 Miami, FL 33147

Unbrako USA LLC
102 S. 28th Street
Phoenix, AZ 85034

US Wellness, Inc.
20400 Observation Drive
Suite 100
Germantown, MD 20876

USA Up Star
1760 Industrial Drive
Greenwood, IN 46143

V-Ensley LLC | Welch & Edwards Group
7241 Parma Park Blvd.
Parma, OH 44130

Verisk c/o PRO Unlimited, Inc
1150 Iron Point Road
Suite 100
Folsom, CA 95630

Vertex Global Solutions
275 Madison Avenue
New York, NY 10016

Label Matrix for local noticing
113C-1
Case 24-21209-LMI
Southern District of Florida
Miami
Mon Dec  2 14:16:19 EST 2024

Balanced Management, LLC
1800 Second St.
Unit 603
Sarasota, fl 34236-5990

Century Tacos, Inc.
c/o Leyza B. Florin, Esq.
Sequor Law
1111 Brickell Avenue
Suite 1250
Miami, FL 33131-3133

Foundry ASVRF Sawgrass, LLC
c/o Michael S. Provenzale
P.O. BOX 2809
ORLANDO, FL 32802-2809

Golden Taco, Inc.
c/o Leyza B. Florin, Esq.
Sequor Law
1111 Brickell Avenue
Suite 1250
Miami, FL 33131-3133

Los Angeles West Taco, Inc.
c/o Leyza B. Florin, Esq.
Sequor Law
1111 Brickell Avenue
Suite 1250
Miami, FL 33131-3133

Pacific Coast Taco, Inc.
c/o Leyza B. Florin, Esq.
Sequor Law
1111 Brickell Avenue
Suite 1250
Miami, FL 33131-3133

ReThink Human Capital Management, Inc
4101 NW 25th Street
Miami, FL 33142-6725

ShiftPixy Staffing, Inc
4101 NW 25th Street
Miami, FL 33142-6725

ShiftPixy, Inc.
4101 NW 25 Street
Miami, FL 33142-6725

Tacos 2000, Inc.
c/o Leyza B. Florin, Esq.
Sequor Law
1111 Brickell Avenue
Suite 1250
Miami, FL 33131-3133

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

4te Inc
PO Box 4048,
Mission Viejo, CA, 92690-4048

A & A Ornamental, Inc
18731 SW 87th Ave
Cutler Bay, FL 33157-7224

ADP/MASTER TAX
MasterTax, LLC
111 W. Rio Salado Parkway,
Tempe, AZ 85281-2878

AGP/ALLIANCE GLOBAL PARTNERS
590 MADISON AVE,
NEW YORK, NY 10022-2524

ALLIED SPORTS LLC
PO BOX 845785
BOSTON, MA, 02284-5785

AMWINS GROUP BENEFITS
PO BOX 71051,
CHARLOTTE, NC, 28272-1051

ANKURA
201 E WASHINGTON ST, SUITE 1700,
PHOENIX, AZ 85004-2245

ARRAY
624 S AUSTIN AVE,
SUITE 230,
GEORGETOWN, TX, 78626-5758

ARTHUR J GALLAGHER RK MGMT SRV
PO BOX 532143,
ATLANTA, GA 30353-2143

AT&T
PO Box 6463,
Carol Stream, IL, 60197-6463

Alpha Capital Anstalt
c/o LH Financial
510 Madison Avenue
14th Floor
New York, NY 10022-5730

AmWINS Specialty Casualty Solutions
10 S LaSalle St, Suite 1500,
Chicago, IL 60603-1077

American Recruiting & Consulting Group
2200 N Commerce Pkwy, Suite 200,
Weston, FL 33326-3258

AppsFlyer
100 1 ST St, 25th FL,
San Francisco, CA 94105-3082

Arizona Department of Economic Security
PO Box 6028, Mail Drop 5881,
Phoenix, AZ 85005-6028

Arizona Department of Revenue
PO Box 29085,
Phoenix, AZ 85038-9085

Arondight Advisors
120 Wall St,
New York, New York 10005-3904

Asurint
File 2418,
1801 W Olympic Blvd,
Pasadena, CA 91199-0001

Audio Video Cameras Serv Corp
AUDIO VIDEO CAMERA & SERVICES CORP.
3600 W PALM CT, HIALEAH, FL 33012

BAKER TILLY US, LLP
PO Box 511563,
Los Angeles, CA, 90051-8118

BEST OFFICE COFFEE SERVICES
13130 SW 130 TERRACE,
MIAMI, FL 33186-5895

BREX CC
Brex Payments LLC
650 S 500 W., Suite 300,
Salt Lake City, UT 84101-2891

BREX GHOST KITCHEN
650 S 500 W Suite 300
Salt Lake City, UT 84101-2891

BTERREL GROUP
4324 Mapleshade Ln, Suite 103,
Plano, TX 75093-0050

BUSINESS WIRE DEPT 34182
PO BOX 39000,
SAN FRANCISCO, CA 94139-0001

BairesDev LLC
800 W El Camino
Mountain View, CA 94040-2567

BairesDev LLC
c/o Tyler R. Dowdall, Esq.,
Tarter Krinsky & Drogin, LLP,
1925 Century Park East, Suite 400N,
Los Angeles, California 90067-2701

Balanced Management
Registered Agents Inc.
7533 S. Center View CT
Ste R
West Jordan, UT 84084-5526

Balanced Management, LLC
10880 Wilshire Blvd. 19th Floor
Los Angeles, CA 90024-4101

Balanced Management, LLC
1682 Pintail Way
Sarasota, FL 34231-9136

Balanced Management, LLC
26 S. Rio Grande St. #2072
Salt Lake City Utah 84101-1179

Balanced Management, LLC
3017 Bolling Way NE
Atlanta, GA 30305-2205

Balanced Management, LLC
315 E 62 floor 3
New York, NY 10065-7767

Balanced Management, LLC
441 Lexington Ave
18th Floor
New York, NY 10017-3924

Berkowitz Pollack Brant Advisors CPA
PO Box 735244,
Dallas, TX, 75373-5244

Bright Labs Services LLC
485 Lexington Ave 10th FL,
New York, NY, 10017-2619

(p)BROADRIDGE FINANCIAL SOLUTIONS
1155 LONG ISLAND AVENUE
EDGEWOOD NY 11717-8309

Broadridge ICS
PO BOX 416423,
BOSTON, MA, 02241-6423

CDW DIRECT
200 N. MILWAUKEE AVE,
VERNON HILLS, IL 60061-1577

CINTAS
PO BOX 631025
CINCINNATI, OH, 45263-1025

CK Administrative Services LLC
777 S Figueroa Street,
Suite 4100
Los Angeles, CA 90017-5841

CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349

CUSIP GLOBAL SERVICES
55 WATERS ST,
NEW YORK, NY 10041-0016

Calabrese Consulting LLC
24 North King Street,
Malverne, NY 11565-1002

California Employment Development Department
3321 Power Inn Road,
Suite 140, #759
Sacramento, CA 95826-3893

California Employment Development Department
PO Box 989061,
West Sacramento, CA 95798-9061

California Employment Development Department
PO Box 997418 Sacramento, CA 95899

Call & Jensen
810 Newport Center Dr
Newport Beach, CA 92660

Call & Jensen
810 Newport Center Dr, Suite 700,
Newport Beach, CA, 92660

Chirstopher A Sebes
5730 Claridon Drive
Naples, FL 34113-8385

Christopher A Sebes
5730 Claridon Drive,
Naples, FL 34113-8385

Cloudflare, Inc
Mail Code: 5267,
PO Box 660367,
Dallas, TX, 75266-0367

DC Office of Tax and Revenue- Compliance Adm
1101 4th Street SW,
Washington, DC 20024-4457

DGA SECURITY
429 WST 53RD STREET
NEW YORK, NY 10019-5791

Discount Edgar
125 Wolf Road, Suite 315,
Albany, NY 12205-1221

Dominion Capital, LLC
341 West 38th Street
Suite 800
New York, NY 10018-9686

Doug Greene
6805 Ingalls Court,
Galena, OH, 43021
ipCapital Group Inc
426 Industrial Ave, Suite 150,
Willston, VT, 05495-4459

Drexel Hamilton, LLC
77 Water ST
New York, NY 10005-4420

EL TORO LLC
552 E MARKET STREET,
LOUISVILLE, KY 40202-7111

ELITE AUDIO VIDEO OF SO FL
12241 SW 185TH ST,
MIAMI, FL 33177-3181

ELITE BUSINESS VENTURES
PO BOX 6510,
PASADENA, CA 91109-6500

ENCORE
EVENT TECHNOL CEASARS PALACE,
8850 W SUNSET RD, 3RD FL,
LAS VEGAS, NV 89148-4897

EQUISOLVE
3500 SW Corporate Pkwy,
Palm City, FL 34990-8185

Eduardo J. Dominguez
5778 Devonshire Blvd.
Miami, FL 33155-4062

Email Outreach Company
651 N Broad St, Suite 206,
Middletown, Delaware 19709-6402

Empire Marketing Ventures LLC
383 Madison Ave,
New York, NY 10017-3217

Employment Development Department
722 Capitol Mall
Sacramento, CA 95814-4703

Enlyte
PO Box 88026,
Chicago, IL 60680-1026

FL POWER HOUSE
2310 NW 102ND PLACE
DORAL, FL 33172-2517

FLORIDA POWER AND LIGHT
21400 Powerline Road
Boca Raton, FL 33433-2312

FLORIDA POWER AND LIGHT FPL
General Mail Facility
Miami, FL 33188-0001

FRANCHIMP LTD
Kristine M Rogalewski-Mayo
18531 N Steet,
Scottsdale, AZ, 85255

First Impulse
18 Goodyear, Suite 125,
Irvine, CA 92618-3750

Fisher Phillps LLP
2050 Main St
Irvine, CA 92614-8255

Fisher Phillps LLP
2050 Main St, Suite 1000,
Irvine, CA 92614-8240

Florida Department of Revenue
2450 Shumard Oak Blvd
Tallahassee, FL 32399-7022

Florida Department of Revenue
5050 West Tennessee Street,
Tallahassee, FL 32399-0100

Florida Department of Revenue
Miami Service Center
3750 NW 87th Avenue, Suite 300,
Doral, FL 33178-2430

GITLAB INC
PO BOX 8244,
PASADENA, CA, 91109-8244

GUMMICUBE, INC
50 E ST JOHN ST,
SAN JOSE, CA 95112-5596

GUROCK
0801 N Mopac Expressway,
Building 1, Suite 100,
Austin, TX, 78759

Gallagher Bassett
Services, Inc
15763 Collections
Center Drive,
Chicago, IL 60693-0001

Gentry Partnership In
11523 Palmbrush Trail, Suite 193,
Lakewood Ranch, FL 34202-2917

Gentry Partnership, Inc
11523 Palmbrush Trail
Bradenton, FL 34202-2917

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, 20th Fl,
San Francisco, CA 94111-3367

Grasso Global Inc
Levinson Arshonsky Kurtz & Komsky LLP
15303 Ventura Blvd, Suite 1650,
Sherman Oaks, CA 91403-6620

HEISE SUAREZ MELVILLE, P.A.
2990 Ponce de Leon Blvd, Suite 300,
Coral Gables, FL 33134-6803

HUB International Insurance Services Inc
16030 Venture Blvd,
Suite 500,
Encino, CA 91436-2766

Huggins Actuarial Services Inc
111 Veterans Square, Third Floor,
Media, PA 19063-3292

ICR LLC
761 Main Ave
Norwalk, CT 06851-1080

INTRADO DIGITAL MEDIA, LLC
C/O INTRADO CORPORATION,
PO BOX 74007143,
CHICAGO, IL, 60674-7143

IOWA Workforce Development Unemployment Insu
1000 E Grand Avenue,
Des Moines, IA 50319-0220

IPFS Corporation
3522 Thomasville Rd
Tallahassee, FL 32309-3488

IPFS Corporation
3522 Thomasville Rd,
Suite 400,
Tallahassee, FL 32309-3488

IPFS Corporation 3522
Thomasville Rd
Tallahassee, FL 32309

IRS
Worland, WY 82401

Idaho Department of Labor- Collection Enforc
Unit 317 W Main Street,
Boise, ID 83735-0001

Idaho State Tax Commission
11321 W Chinden Blvd,
Boise ID 83714-1021

Idaho State Tax Commission
PO Box 36,
Boise, ID 83722-0036

Illinois Department of Employment Security
Revenue Collection Enforcement Unit
33 S State Street, 10th Floor,
Chicago, IL 60603-2808

(p)ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

Innovative Coverage Concepts LLC
c/o Arthur J Gallagher & Co,
200 Jefferson Park,
Ste 110 - 200,
Whippany, NJ 07981-1076

IntacctDept 3237,
PO Box 123237,
Dallas, TX, 75312-3237

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7317
Philadelphia, PA 19101-7317

Internal Revenue Service Centralized Insolve
PO Box 7317
Philadelphia, PA 19101-7317

J David Tax Law LLC
7077 Bonneval Road, Suite 200,
Jacksonville, FL 32216-6073

JOBOT, LLC
18575 JAMBOREE RD, SUITE 600,
IRVINE, CA 92612-2554

Judith Simpson
1939 Festival Court
Joliet, IL 60435

KARLINSKY LLC
103 Mountain Rd
Cornwall On Hudson, NY 12520-1802

KPA SERVICES LL
PO Box 83301,
Woburn, MA, 01813-3301

Kansas Department of Revenue
Division of Taxation
12 SE 10th Avenue,
Topeka KS 66625-0001

Kansas Department of RevenueDivision of Taxa
PO Box 3506, Avenue,
Topeka, KS 66601-3506

Kenneth Weaver
901 Riverside Drive
Old Hickory, TN 37138-3150

Klein & Wilson
4770 Von Karman,
Newport Beach, CA 92660-2123

LANIER PARKING
647 BRICKELL KEY DR, SUITE 1,
MIAMI, FL 33131-2622

LEAPROS WORKFORCE SOLUTIONS
PO BOX 432,
HUNTINGTON BEACH, CA 92648-0432

LOEB & LOEB LLP
345 PARK AVE,
NEW YORK, NY 10154-1895

Lamb McErlane PC
24 E. Market St, PO Box 565,
West Chester, PA 19381-0565

Launay Patrice, PEJ CONSULTING
1560 Sawgrass Corporate Pkwy,
4th FL Suite 423-C,
Sunrise, FL 33323-2858

Lemke Mediation
515 S Flower St, Suite 1800,
Los Angeles, CA 90071-2231

LexisNexis
28544 Network Place,
Chicago, IL, 60673-1285

Lowenstein Sandler LLP
Attn: William B. Farrell
One Lowenstein Drive
Roseland, NJ 07068-1791

Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068-1791

Lowenstein Sandler LLP
One Lowenstein Drive,
Roseland, New Jersey 07068-1791

Lydecker LLP
1221 Brickell Ave, 19th FL,
Miami, FL 33131-3240

MEF I, LP
40 Wall Street
New York, NY 10005-1304

MELTWATER NEWS U
Dept LA 23721,
Pasadena, CA, 91185-3721

MILNER - USAGE
PO BOX 923197,
NORCROSS, GA, 30010-3197

MILNER INC
PO BOX 105743
ATANTA, GA, 30348-5743

MILNER INC - BRICKELL
PO BOX 41602,
PHILADELPHIA, PA, 19101-1602

MINERAL INC
6701 Koll Center Parkway, Suite 430,
PLEASANTON, CA 94566-8065

MINTZ
666 Third Avenue
New York, NY 10017-4011

MINTZ
Chrysler Center,
666 Third Avenue,
New York, NY 10017-4011

Marcum & Kliegman LLP
750 Third Ave
New York, NY 10017-2703

Marcum & Kliegman LLP
750 Third Ave 11th FL,
New York 10017-2716

Mark , Your Extended Office
No. 128 SRP Koil Street South,
Jawahar Nagar, Chennai, 600 082, India

Marlins Baseball
501 Marlins Way,
Miami, FL 33125-1121

Marquis Aurbach Chtd
10001 Park Run Drive,
Las Vegas, NV 89145-8857

Martin Scott
19180 Skyridge Circle,
Boca Raton, FL 33498-6212

Massachusetts Department of Revenue
100 Cambridge Street,
Boston, MA 02204-0001

Meadows Collier Attorney At Law
901 Main Street, Suite 3700,
Dallas, TX 75202-3742


Media Network Consultants LLC
13245 Lower Harden Ave
Orlando, FL 32827-7221

(p)MEDIANT COMMUNICATIONS  INC
ATTN ATTN JOSEPH SIMONOWICH
400 REGENCY FOREST DRIVE
SUITE 200
CARY NC 27518-7703

MetLife Group Benefits
PO Box 804466,
Kansas City, MO,
64180-4466


Miami-Dade Office of the Tax Collector
Tangible Personal Property
200 NW 2nd Avenue, Miami, FL 33128

Michigan Department of Treasury
City Tax Administration
P.O. Box 30756
Lansing, MI 48909-8256

Michigan Department of Treasury
PO Box 30756,
Lansing, MI 48909-8256


Minesota Deptment of Revenue
Collection Division
PO Box 64651,
Saint Paul, MN 55164-0651

Missouri Department of Revenue
Taxation Division
PO Box 3375,
Jefferson City, MO 65102-3375

Morris, Nichols, Arsht & Tunnell LLP
1201 N Market St, 16th FL, PO Box 1347,
Wilmington, DE, 19899-1347


NASDAQ
51 West 42nd Street, Floors 26, 27, 28,
New York, NY 10036

NATPAY
3415 W Cypress St,
Tampa, FL 33607-5007

NOW CFO NEWPORT BEACH
5251 S Green Street,
Suite 350,
Murray, UT, 84123


Nasdaq Corporate
Solutions, LLC
PO Box 780700,
Philadelphia, PA,
19178-0700

National Payment Corporation
3415 W Cypress Street
Tampa, FL 33607-5007

Navarro Hernandez P
66 W Flagler St 6th FL,
Miami, FL 33130-1884


New Benefits
Alexandra Gonzalez Zabala
Judith Simpson
1839 Festival Court,
Joliet, IL 60435-3785

New Jersey Department of Labor and Workforce
Delinquency Unit
PO Box 932,
Trenton, NJ 08625-0932

New Jersey Department of Labor and Workforce
Division of Employer Accounts
PO Box 059,
Trenton, NJ 08646-0001


New Jersey Department of the Treasury
Division of Taxation
PO Box 1009,
Moorsetown, NJ 08057-0909

New Mexico Department of Workforce Solutions
PO Box 1928,
Albuquerque, NM 87103-1928

New Mexico Taxation & Revenue
PO Box 25128,
Santa Fe, NM 87504-5128


New York Department of Labor- Unemployment I
Enforcement Unit
PO Box 4305
Binghamton, NY 13902-4305

New York Department of Labor- Unemployment I
PO Box 15012
Albany, NY 12212-5012

New York Department of Labor- Unemployment I
PO Box 4301
Brimingham, NY 13902-4301


New York Department of Taxation and Finance
Civil Enforecement Division - Offset Uni
Albany NY 12227-0001

New York Employment Contributions and Taxes
PO Box 4119
Binghamton, NY 13902-4119

New York State Department of Taxation & Fina
Bankruptcy Section
P O Box 5300
Albany, NY 12205-0300

Norman S Gerstein PA
5966 S. Dixie Highway, Suite 300,
Miami, FL 33143-5177

(p)OKTA INC
100 FIRST STREET
SUITE 600
SAN FRANCISCO CA 94105-3513

OSBORN MALEDO
2929 N CENTRAL AVE, 21 FLOOR,
PHOENIX, AZ 85012-2782


Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Okin Pest Control
2170 Piedmont Rd NE
Atlanta, GA, 30324-4135

Oklahoma Tax Commission
Oklahoma City, OK 73194-0001


Oppenheim Insurance Broker Inc.
23742 Lyons Ave,
PO Box 220957,
Newhall, CA 91322-0957

Osborn Maledon
2929 N Central Ave
Phoenix, AZ 85012-2793

Osher Capital Partners, LLC
c/o LH Financial
510 Madison Ave
14th Floor
New York, NY 10022-5730


PETTIT KOHN
11622 EL CAMINO REAL, SUITE 300,
SAN DIEGO, CA 92130-2051

Payne & Fears LLP
4 Park Plaza
Irvine, CA 92614-8550

Payne & Fears LLP
4 Park Plaza, Suite 1100,
Irvine, CA 92614-8550


Pennsylvania Department of Labor & Industry
Office of Unemployment Compensation Tax
651 Boas Street, Room 915,
Harrisburg, PA 17121-0751

Philadelphia Ins Co
PO BOX 70251,
PHILADELPHIA, PA, 19176-0251

Pitney Bowes
PO Box 371874,
Pittsburgh, PA, 15250-7874


Plant Care
PO Box 50115,
Lighthouse Point, FL 33074-0115

Premier Produce
2672 SW 36th St
Dania Beach, FL 33312-5005

Prequin Limited
1st Floor, Verde, 10 Bressenden Place,
London, United Kingdom,
SW1E 5DH, United Kingdom


PrismHR
PO BOX 844768,
Boston, MA 02284-4759

Professional Window Tinters
7385 Bird Rd (40th St)
Miami, FL, 33155

QB Animation Inc
320 Lighthouse Drive,
Palm Beach Gardens, FL 33410-4835


RB INTERNATIONAL
SUPPLY CORP
7265 NW 44TH ST
MIAMI, FL 33166-6418

RUNWAY 1 LLC
250 Greenpoint Ave,
Brooklyn, NY 11222-2493

Restaurant Finance Monitor
2808 Anthony Lane South,
Minneapolis, MN 55418-3234


Richard DeBeikes
23241 Ventura Blvd Ste 224C,
Woodland Hills, CA 91364-1042

Rose, Snyder & Jacobs LLP
15821 Ventura Blvd
Encino, CA 91436-4778

Rose, Snyder & Jacobs LLP
15821 Ventura Blvd, Suite 490,
Encino, CA 91436-4778


Roxborough Pomerance NYE & Adreani
5820 Canoga Ave
Woodland Hills, CA 91367-6549

Roxborough Pomerance NYE & Adreani
5820 Canoga Ave, Suite 250,
Woodland Hills, CA 91367-6549

SICHENZIA ROSS FERENCE LLP
1185 AVE OF THE AMERICAS,
31ST FLOOR,
NEW YORK, NY 10036-2612

STERICYCLE
28883 NETWORK PLACE,
CHICAGO, IL, 60673-1288

SUNZ INSURANCE
1301 6th Ave W,
Bradenton, FL 34205-7410

Say Technologies LLC
85 Willow Road
Menlo Park, CA 94025-3656

SearchGeeks
701 Palomar Airport Rd. #170,
Carlsbad CA 92011-1045

Securities and Exchange Commission
100 F Street, NE,
Washington, DC 20549-2001

Securities and Exchange Commission
801 Brickell Avenue
Suite 1950
Miami, FL 33131-4901

Slavic 401K
1075 Broken Sound Pkwy NW, Suite 100,
Boca Raton, FL, 33487-3540

Slavic Integrated Administration
1075 NW Brkn Snd Pkway, Ste 100,
Boca Raton, FL,
33487-3540

SolutionCore Inc
9742 Hibiscus Drive,
Garden Grove, CA 92841-1717

Specialty Marketing Consulting Inc
c/o Kimberly Peters,
PO Box 6700,
Pine Mountain Club, CA 93222-6700

Sperling & Slater PC
55 West Monroe Street, Suite 3200,
Chicago, IL 60603-5035

Sportslternship, LLC
23 Rancho Circle,
Lake Forest, CA 92630-8324

Sportslternship, LLC
23 Rancho Circle
Lake Forest, CA 92630-8324

Staff Benefits
Management, Inc
2307 FENTON PARKWAY #107-126,
San Diego, CA 92108-4746

Stifel Financial
510 N. Broadway
Saint Louis, MO 63102

SullivanCurtisMonroe Ins Serv LLC
1920 Main St, Suite 600,
Irvine, CA 92614-7226

TEKWORKS
13000 Gregg Street,
Poway, CA 92064-7151

TENNESSE DEPT OF REVENUE
500 DEADERICK ST, ANDREW JACKSON ST OFFI
NASHVILLE, TN 37242-0001

TMF SERVICES HONDURAS
Colonia Lomas del Guijarro Sur,
Domicilio Alquilado, Contiguoa Plaza Fic
5to Nivel. Tegucigalpa M.D.C. Honduras

TRUSAIC
3530 WILSIRE BLVD, SUITE 1460,
LOS ANGELES, CA 90010-2334

Tennessee Department of Labor & Workforce De
Employment Security Division,
Employer Accounts Audit
220 French Landing Drive,
Nashville, TN 37243-1002

Toppan Merrill LLC
PO BOX 74007295,
CHICAGO, IL 60674-7295

Traliant Operating LLC
PO Box 844090,
Boston, MA 02284-4090

Trenan Law
PO Box 1102,
Tampa, FL, 33601-1102

UNITED HEALTHCARE
PO BOX 111111,
NEW TOWN, MO, 93195-9782

US FOODS
PO BOX 281838
BOCA RATON, FL, 30384-1838

VERIFONE INC
c/o Colliers Int'l Lease Admin,
301 University Ave, Ste 100,
Sacramento, CA 95825-5537

VERITEXT, LLC
PO BOX 71303,
CHICAGO, IL, 60694-1303

VIA Design Studio
103 Westward Drive
Miami, FL 33166-5257

Virginia Department of Taxation
PO Box 1115.
Richmond, VA 23218-1115

Virginia Department of Taxation
PO Box 1777,
Richmond, VA 23218-1777

WASTE MANAGEMENT INC FL
8801 NW 91ST STREET,
MEDLEY, FL 33178-1815

WHITE & CASE
SE FINANICAL CTR STE 4900,
200 S BISCAYNE BLVD,
MIAMI, FL, 33131-2352

WORKIVA
2900 UNIVERSITY BLVD,
AMES, IA 50010-8665

White & Case
SE Financial Ctr Ste
4900 Miami, FL 33131

Whitney White
100 Albert Way 08540-3202

Whitney White
100 Albert Way, Apt 1417,
Princeton, NJ 08540-3215

Widgets & Web LLC
19500 194th Trl,
Golden Beach, FL, 33160

eFax Corporate
C/O J2 Cloud Services LLC,
PO BOX 51873,
LOS ANGELES, CA, 90051-6173

nFusion Capital Finance LLC
6444 Burnet Rd Unit 100,
Austin, TX 78757-3252

Daniel Gielchinsky
2875 NE 191st Street
Suite 705
Aventura, FL 33180-2803

Eric Rubin
Moecker Auctions Inc
1885 Marina Mile Blvd #103
Ft. Lauderdale, FL 33315-2243

Isaac M Marcushamer Esq.
DGIM Law, PLLC
2875 NE 191st Street
Suite 705
Aventura, FL 33180-2803

Jonathan Feldman
2 South Biscayne Boulevard, Suite 1600
Miami, FL 33131-1824

Manny Rivera
c/o Shraiberg Page P.A.
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Mark Absher
c/o Shraiberg Page P.A.
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Robert Angueira
c/o Paul Steven Singerman
Berger Singerman LLP
1450 Brickell Avenue
Suite 1900
Miami, FL 33131-5319

Scott Absher
c/o Shraiberg Page P.A.
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

United States of America Internal Revenue Se
c/o Raychelle A. Tasher
99 NE 4 St. # 300
Miami, FL 33132

Broadridge Financial Solutions
1155 long Island Avanue
Edgewood, NY 11717

(d)IRS - Department of the Treasury
Ogen, UT 84201

Illinois Department of Revenue
PO Box 19006,
Springfield, IL 62794

Mediant
Communications Inc.
PO BOX 29976,
NEW YORK, NY, 10087-9976

(d)Mediant Communications Inc.
400 Regency Forest Drive
Suite 200
Cary, NC 27518

OKTA INC
100 FIRST STREET, SUITE 600,
SAN FRANCISCO, CA, 94105

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Sunz Insurance Solutions, LLC

(u)Miami

(d)A & A Ornamental, Inc
18731 SW 87th Ave,
Cutler Bay, FL 33157-7224

(d)ALLIED SPORTS LLC
PO BOX 845785,
BOSTON, MA, 02284-5785

(d)CINTAS
PO BOX 631025,
CINCINNATI, OH, 45263-1025

(d)CK Administrative Services LLC
777 S Figueroa Street, Suite 4100,
Los Angeles, CA 90017-5841

(d)CT Corporation
PO Box 4349,
Carol Stream, IL,
60197-4349

(d)DGA SECURITY
429 WST 53RD STREET,
NEW YORK, NY 10019-5791

(d)FL POWER HOUSE
2310 NW 102ND PLACE,
DORAL, FL 33172-2517

(d)ICR LLC
761 Main Ave,
Norwalk, CT 06851-1080

(d)KARLINSKY LLC
103 Mountain Road,
Cornwall-On-Hudson, NY 12520-1802

(d)Kenneth Weaver
901 Riverside Drive,
Old Hickory, TN 37138-3150

(d)MILNER INC
PO BOX 105743,
ATANTA, GA, 30348-5743

(d)MILNER INC BRICKELL
PO BOX 41602
PHILADELPHIA, PA, 19101-1602

(d)MILNER USAGE
PO BOX 923197
NORCROSS, GA, 30010-3197

(d)Media Network Consultants LLC
13245 Lower Harden Ave,
Orlando, FL 32827-7221

(d)Premier Produce
2672 SW 36th St,
Dania Beach, FL 33312-5005

(d)Professional Window Tinters
7385 Bird Rd (40th St),
Miami, FL, 33155

(d)RB INTERNATIONAL SUPPLY CORP
7265 NW 44TH ST,
MIAMI, FL 33166-6418

(d)Securities and Exchange Commission
100 F. Street NE
Washington, DC 20549-2001

(d)Sunz Insurance
1301 6th Ave W
Bradenton, FL 34205-7410

(d)US FOODS
PO BOX 281838,
BOCA RATON, FL, 30384-1838

(d)VIA Design Studio
103 Westward Drive,
Miami, FL 33166-5257

(d)WORKIVA
2900 University Blvd
Ames, IA 50010-8665

(d)White & Case
SE Financial Ctr Ste 4900
Miami, FL 33131

(d)Whitney White
100 Albert Way 08540

(u)Richelle Kalnit
Hillco IP Services LLC

End of Label Matrix
Mailable recipients     257
Bypassed recipients      27
Total                   284