**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

*In re:*

SHIFTPIXY, INC. *et al*,

        Debtor.                        /

Case No.: 24-21209-LMI

(Jointly Administered)

**NOTICE OF APPEARANCE**

Nicole Grimal Helmstetter, Esq., of the law firm of Buchanan Ingersoll & Rooney PC, files this Notice of Appearance as counsel for creditors, SMKD Dallas, Inc., Saroj & Manju Investments Pittsburgh, LLC., and S & R Pizza, Inc., and requests service of all pleadings, notices, motions and orders.

Date: January 6, 2025

Respectfully submitted,

By: */s/ Nicole Grimal Helmstetter*
Nicole Grimal Helmstetter
Florida Bar No: 86937
nicole.helmstetter@bipc.com
**BUCHANAN INGERSOLL & ROONEY PC**
2 South Biscayne Blvd., Suite 1500
Miami, Florida 33131
Tel: (305) 347-4080
Fax: (305) 347-4089

*Counsel for creditors, SMKD Dallas, Inc., Saroj & Manju Investments Pittsburgh, LLC., and S & R Pizza, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been electronically filed with the Clerk of Court using CM/ECF system on January 6, 2025, thereby serving all registered ECF users in the case.

By: */s/ Nicole Grimal Helmstetter*
Nicole Grimal Helmstetter