**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| SHIFTPIXY, INC. *et, al.*[1] | Case No. 24-21209-LMI |
| Debtors. _____/ | (Jointly Administered) |

# EXPEDITED APPLICATION TO EMPLOY SICHENZIA ROSS FERENCE CARMEL, LLP, AS SPECIAL COUNSEL RETROACTIVE TO OCTOBER 28, 2024

## BASIS FOR EXIGENCY

**The law firm Sichenzia Ross Ference Carmel, LLP provided post-petition services to the estate in connection with essential securities matters. The CRO has reviewed records of the services provided and found they benefited the estate, but is unable to authorize payment as the firm was not authorized to be employed by this Court. The Debtor anticipates conversion of this case within days. Accordingly, the Debtor seeks hearing on this Application prior to conversion of the case.**

Shiftpixy, Inc., as debtor and debtor-in-possession (collectively, the "Debtor"), hereby submits this application (this "Application"), pursuant sections 105(a) and 327 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 9014 of the Local Rules of the United States Bankruptcy Court for the Southern District of Florida (the "Local Rules") for entry of an emergency order authorizing, but not directing, the Debtor to employ Sichenzia Ross Ference Carmel, LLP ("Sichenzia") as the Debtor's special counsel retroactive to October 28, 2024. This Application is based upon the Affidavit of Gregory Sichenzia as Special Counsel*,* a copy of which is attached hereto as **Exhibit A** (the "Affidavit").

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

In support of this Application, the Debtor states as follows:

1. On October 28, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

2. The Court has jurisdiction over this matter pursuant to 28. U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The statutory predicates for the relief sought by the Debtor in this Application are 11 U.S.C. §§ 327 and 330 and Rule 2014 of the Fed. R. Bankr. Procedure.

3. The Debtor wishes to employ Sichenzia as Special Counsel to compensate the firm for its expedited efforts to facilitate compliance with certain securities laws and regulations necessitated by the initiation of this bankruptcy proceeding.

4. Pre-petition, Sichenzia provided legal services to the Debtor and as a result is owed fees for such services in the amount of $60,990.00. Sichenzia has agreed to waive its pre-petition claim against the Debtor's estate if this Application is approved.

5. Sichenzia has agreed to be compensated in accordance with the provisions set forth in 11 U.S.C. § 330 and subject to order of this Court.

6. the Debtor requests authorization to disburse payment of the Special Counsel fees without the necessity of further notice or hearing.

7. To the best of the Debtor's knowledge, Sichenzia has no connection with any of the creditors or any other parties in interest in this case.

8. Sichenzia has waived its pre-petition claim against the Debtor.

9. To the best of Debtor's knowledge, as disclosed in the Affidavit and this Application (i) Sichenzia is a "disinterested person" as that phrase is defined in 11 U.S.C. § 101(14), and (ii) Sichenzia has no interest adverse to the Debtor or to the estate of the Debtor on

the matters in which the firm is to be engaged.

10. The Debtor believes that the retention of Sichenzia is in the best interest of the Debtor's estate and its creditors. The Debtor required a Special Counsel who specializes in securities matters in order expedite the necessary filings.

11. For over 20 years, Sichenzia has been providing securities law services in New York Cirt. Sichenzia's experience includes listing companies on both the NASDAQ and New York Stock Exchange and provide guidance to Boards of Directors and corporate managers. Sichenzia is therefore well-qualified to act as Special Counsel to facilitate the securities filings and in fact has done so on the strength of its pre-petition relationship with the Debtor.

12. The Debtor requests that this Court approve the employment of Sichenzia, as Special Counsel for the estate. Further, the Debtor requests that this Court approve the compensation to Sichenzia as Special Counsel, and requests authorization to reimburse Sichenzia for approved costs associated with the securities filings.

13. No prior application has been made for the relief requested herein to this or any other Court.

WHEREFORE, the Debtor respectfully requests the Court to enter an order authorizing the Debtor to retain Sichenzia as its Special Counsel and granting such other and further relief as is just and proper.

Dated January 7, 2025.

**DGIM Law, PLLC**
*Counsel for Debtors*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708

*/s/ Monique D. Hayes*
Monique D. Hayes, Esq.
Florida Bar No. 087351
Email:  monique@dgimlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the Application was served via CM/ECF Notification to all parties registered to receive electronic notice on this 7th day of January, 2025.

/s/ *Monique D. Hayes*
Monique D. Hayes, Esq.

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| SHIFTPIXY, INC. *et, al.*[1] | Case No. 24-21209-LMI |
| Debtors. _____/ | (Jointly Administered) |

**DECLARATION IN SUPPORT OF DEBTOR'S EXPEDITED APPLICATION TO EMPLOY GREGORY SICHENZIA AS SPECIAL COUNSEL/CLOSING AGENT**

1. My name is Gregory Sichenzia and I am an attorney and closing agent duly licensed in the State of New York.

2. I am an agent of Sichenzia Ross Ference Carmel, LLP, a New York professional limited liability partnership, with offices located at 1185 Avenue of the Americas 31st Floor New York, NY 10036 ("Sichenzia") and am authorized to make this declaration on behalf of the company in accordance with Bankruptcy Rule 2014 and Local Rule 6004-1.

3. I have read the Application for Employment of Sichenzia Ross Ference Carmel, LLP and based upon my knowledge and experience of the securities industry and services provided, I believe that the compensation proposed to be paid does not exceed customary rates in the applicable geographic area and is reasonable for the type of employment proposed, and further agree to be bound by the terms and the conditions represented therein.

4. I am experienced and qualified to represent the Debtor in connection with the securities administration transactions referenced in the Application.

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

5.    Neither I, nor Sichenzia, its officers or directors hold or represent any interest adverse to the estate with respect to the matters for which we are to be employed. Both I and Sichenzia, its officers and directors are disinterested persons within the meaning of 11 U.S.C. § 101(14), as required by 11 U.S.C. §327(a).

6.    Pre-petition, Sichenzia provided legal services to the Debtor and as a result is owed fees for such services in the amount of $60,990.00. Sichenzia has agreed to waive its pre-petition claim against the Debtor's estate if this Application is approved.

7.    Neither I nor Sichenzia, have any connection to the Debtor, Debtor's estate, its creditors, or any other party in interest or their respective attorneys or accountants, the Chief Restructuring Officer, the United States Trustee, or any person employed in the office of the United States Trustee, as required by Rule 2014 of the Federal Rules of Bankruptcy Procedure.

8.    I further understand that the Court, in its discretion, may alter the terms, and conditions of employment and compensation as it deems appropriate.

By: *Gregory Sichenzia*
     Gregory Sichenzia