UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| SHIFTPIXY, INC. *et, al.* [1] | Case No. 24-21209-LMI |
| Debtors. | (Jointly Administered) |
| _____/ | |

**DEBTORS' EMERGENCY MOTION TO AMEND ORDER GRANTING DEBTORS' MOTION TO AUTHORIZE THE REJECTION OF CERTAIN UNEXPIRED LEASES**

*EXPEDITED HEARING REQUESTED PURSUANT TO
LOCAL RULE 9013-1(F) AND 9075-1*

**Debtors request an expedited hearing on this matter on January 8, 2025 at 2:30 p.m., as conversion of these cases is imminent and the Debtors want to avoid unnecessary administrative expenses and burden to the Trustee if this dispute is left unresolved.**

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), file this Motion pursuant to 11 U.S.C. §105(a) and Fed. R. Bankr. P. 9024 to amend the *Order (A) Authorizing the Rejection of Certain Unexpired Leases and (B) Abandonment of Certain Personal Property* [ECF No. 85] to allow landlord, Runway 1, LLC ("Runway") to retain and apply an additional $3,000.00 of its security deposit to certain alleged damages. In support thereof the Debtors state as follows:

1. The United States Bankruptcy Court for the Southern District of Florida (the "Court") has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

---
[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

3. On October 28, 2024, (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). The Chapter 11 Cases are being jointly administered under the above caption for procedural purposes only.

4. No Committee has been appointed in these cases.

5. Prior to the Petition Date, Jonathan Feldman was appointed as the Debtor's Chief Restructuring Officer ("CRO").

6. For a detailed description of the Debtors, the circumstances leading to the commencement of these Chapter 11 Cases and information regarding the Debtors' businesses and capital structure, the Debtors respectfully refer the Court and parties in interest to the Declaration of Jonathan Feldman in Support of Chapter 11 Petitions and First Day Pleadings Filed by Debtor ShiftPixy, Inc.'s [ECF No. 16] (the "First Day Declaration") which is incorporated herein by reference.

7. On December 11, 2024, the Debtors filed a Motion to Convert these cases to cases under Chapter 7 (the "Motion to Convert") [ECF No 109]. The Court has granted the Motion to Convert, but the submission of an order is pending completion of certain issues.

8. On November 18, 2024, the Debtors filed their Motion to reject certain unexpired leases, including a lease for real property located at 4101 NW 25th Street, Miami, FL 33142 [ECF No. 62] (the "Lease Rejection Motion").

9. The Court granted the Lease Rejection Motion [ECF No. 85]. The Order permitted the Landlord to apply $55,233.34 of prepetition security deposit monies to the Debtors' lease obligation, and to refund the remaining balance of the prepetition security deposit of $10,000.00 to the Debtors.

10. Subsequently, the Landlord raised certain claims in respect of the Debtors' obligations under the Lease Rejection Motion.

11. The parties have agreed to allow the Landlord to retain an additional $3,000 of the prepetition security deposit in satisfaction of claims relating to damages and removal to the security cameras upon vacating the premises and will refund the remaining $7,000.00 to the Debtors. Any other claims of Landlord are reserved and are not waived.

12. Accordingly, the Debtors request that the Court modify its Order [ECF No. 85] to permit the landlord to retain an additional $3,000.00 of the prepetition security deposit and require the Landlord to refund the remaining $7,000.00 to the Debtors.

13. The parties further request that the order be binding in any future bankruptcy filing that relates to this matter, whether under 11 U.S.C. §§ 348 or 349, or otherwise, including on any Chapter 11 or Chapter 7 trustees.

WHEREFORE the Debtors respectfully request that the Court enter an order modifying its Order [ECF No. 85] consistent with the foregoing and for any other relief that the Court deems just and appropriate.

Dated January 7, 2025.

**DGIM Law, PLLC**
*Counsel for the Debtors*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708

*/s/ Monique D. Hayes*
Monique D. Hayes, Esq.
Florida Bar No. 843571
Email: monique@dgimlaw.com
Daniel Y. Gielchinsky, Esq.
Florida Bar No. 0097646
E-mail: dan@dgimlaw.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the Motion was served via CM/ECF Notification and/or U.S. Mail to all parties on the attached service list on this 7th day of January, 2025.

                                                    */s/ Monique D. Hayes*
                                                  Monique D. Hayes, Esq.