UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flmb.uscourts.gov

In re:                                                    Case No. 24-21209-LMI
                                                          *(Jointly Administered)*
SHIFTPIXY, INC., *et al.*[1]

                                                          Chapter 11
                    Debtor.
_____/

### *EX PARTE* MOTION BY SEQUOR LAW FOR LEAVE TO ATTEND REMOTELY THE HEARING SCHEDULED FOR JANUARY 8, 2025, AT 2:30 P.M.

Sequor Law ("Sequor Law"), counsel for Golden Taco, Inc., Century Tacos, Inc., Pacific Coast Taco, Inc., Tacos 2000, Inc. and Los Angeles West Taco, Inc., by and through its undersigned counsel, hereby moves the Court for leave to attend the hearing scheduled for January 8, 2025, at 1:30 p.m. (the "Hearing") remotely via Zoom Video Communications (the "Motion"), and in support thereof states as follows:

1.      On January 6, 2025, the Debtor filed an Emergency Motion to Set Status Conference and Reconsider Agreed Order Granting Creditor, Tacos 2000, Inc.'s Motion for Order Authorizing and Directing to File Corrected Wage and Tax Statements (Form W-2C) (the "Emergency Motion") [Docket Entry No. 157].

2.      On January 6, 2025, this Court noticed the Emergency Motion for hearing on January 8, 2025 at 2:30 p.m. (the "Emergency Hearing") [Docket Entry No. 158].

3.      Under Section (d) of Your Honor's *Requirements and Procedures for Remote Attendance at Hearings*, an *ex parte* motion requesting leave to attend remotely for good cause

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 4101 NW 25th Street, Miami, FL 33142.

shown may be filed in emergency or unforeseen circumstances, as soon as reasonably practicable in advance of the hearing.

4.      Participating counsel from Sequor Law is outside of the jurisdiction and cannot return to attend in person prior to the scheduled emergency hearing due to weather delays. Accordingly, Sequor Law submits that the circumstances constitute good cause to authorize their attendance at the Hearing remotely via Zoom Video Communications.

WHEREFORE, Sequor Law respectfully requests entry of an order, substantially in the form attached hereto as **Exhibit A**, granting it leave to attend the Hearing remotely via Zoom Video Communications.

I HEREBY CERTIFY that a true and correct copy of the foregoing has served upon all interested parties registered to receive notice via this Court's CM/ECF electronic notification system on January 7, 2025.

Date:   January 7, 2025                    Respectfully submitted,
                                                            SEQUOR LAW
                                                            1111 Brickell Avenue, Suite 1250
                                                            Miami, FL 33131
                                                            lflorin@sequorlaw.com
                                                            Telephone:     (305) 372-8282
                                                            Facsimile:     (305) 372-8202

                                                            By:     */s/ Leyza B. Florin*
                                                                        Leyza B. Florin
                                                                        Florida Bar No.: 104639

**24-21209-LMI Notice will be electronically mailed to:**

Eyal Berger, Esq. on behalf of Creditor Sunz Insurance Solutions, LLC
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Samuel J Capuano on behalf of Creditor Robert Angueira
scapuano@bergersingerman.com,
FSellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com

Leyza Barbara Florin on behalf of Creditor Century Tacos, Inc.
lflorin@sequorlaw.com, jdiaz@sequorlaw.com

Leyza Barbara Florin on behalf of Creditor Golden Taco, Inc.
lflorin@sequorlaw.com, jdiaz@sequorlaw.com

Leyza Barbara Florin on behalf of Creditor Los Angeles West Taco, Inc.
lflorin@sequorlaw.com, jdiaz@sequorlaw.com

Leyza Barbara Florin on behalf of Creditor Pacific Coast Taco, Inc.
lflorin@sequorlaw.com, jdiaz@sequorlaw.com

Leyza Barbara Florin on behalf of Creditor Tacos 2000, Inc.
lflorin@sequorlaw.com, jdiaz@sequorlaw.com

Daniel Gielchinsky on behalf of Debtor ShiftPixy, Inc.
dan@dgimlaw.com,
colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com

Dan L Gold on behalf of U.S. Trustee Office of the US Trustee
Dan.L.Gold@usdoj.gov

Samuel W Hess on behalf of Creditor Manny Rivera
shess@slp.law, dwoodall@slp.law;pmouton@slp.law;shess@ecf.courtdrive.com

Samuel W Hess on behalf of Creditor Mark Absher
shess@slp.law, dwoodall@slp.law;pmouton@slp.law;shess@ecf.courtdrive.com

Samuel W Hess on behalf of Creditor Scott Absher
shess@slp.law, dwoodall@slp.law;pmouton@slp.law;shess@ecf.courtdrive.com

Erin M Hoskins on behalf of Creditor Robert Angueira
ehoskins@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com

Isaac M Marcushamer, Esq. on behalf of Debtor ReThink Human Capital Management, Inc
isaac@dgimlaw.com,
colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

Isaac M Marcushamer, Esq. on behalf of Debtor ShiftPixy Staffing, Inc
isaac@dgimlaw.com,
colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

Isaac M Marcushamer, Esq. on behalf of Debtor ShiftPixy, Inc.
isaac@dgimlaw.com,
colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

Isaac M Marcushamer, Esq. on behalf of Interested Party ReThink Human Capital Management, Inc
isaac@dgimlaw.com,
colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

Isaac M Marcushamer, Esq. on behalf of Interested Party ShiftPixy Staffing, Inc
isaac@dgimlaw.com,
colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

Charles J McHale on behalf of Creditor Balanced Management, LLC
cmchale@mgl.law

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Michael S Provenzale on behalf of Creditor Foundry ASVRF Sawgrass, LLC
michael.provenzale@lowndes-law.com, anne.fisher@lowndes-law.com;litcontrol@lowndes-law.com

Bradley S Shraiberg on behalf of Creditor Manny Rivera
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg on behalf of Creditor Mark Absher
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg on behalf of Creditor Scott Absher

bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Paul Steven Singerman, Esq on behalf of Creditor Robert Angueira
singerman@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com

Raychelle A Tasher on behalf of Creditor United States of America Internal Revenue Service
Raychelle.Tasher@usdoj.gov, bridgett.moore@usdoj.gov;Shannon.Patterson@usdoj.gov

*Exhibit A*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flmb.uscourts.gov

In re:                                                    Case No. 24-21209-LMI
                                                          *(Jointly Administered)*
SHIFTPIXY, INC., *et al.*[2]

                                                          Chapter 11

                    Debtor.
_____/

**ORDER GRANTING *EX PARTE* MOTION BY SEQUOR LAW FOR
LEAVE TO ATTEND REMOTELY THE HEARING SCHEDULED
<u>FOR JANUARY 8, 2025, AT 1:30 P.M.</u>**

THIS MATTER came before the Court on the *Ex Parte Motion by Sequor Law for Leave to Attend Remotely the Hearing Scheduled for January 8, 2025, at 1:30 p.m.* (the "<u>Motion</u>") [Docket Entry No. __], filed by Sequor Law.  The Court, having considered the Motion, and having found good cause for the relief set forth herein, hereby

**ORDERS** that**:**

1.      The Motion is **GRANTED.**

2.      Sequor Law, counsel for Golden Taco, Inc., Century Tacos, Inc., Pacific Coast Taco, Inc., Tacos 2000, Inc. and Los Angeles West Taco, Inc., is authorized to attend the hearing scheduled for January 8, 2025, at 1:30 p.m. via Zoom Video Communications.

# # #

Submitted by:
Leyza B. Florin, Esq.
SEQUOR LAW
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
lflorin@sequorlaw.com

_____
[2] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 4101 NW 25th Street, Miami, FL 33142.

Telephone:      (305) 372-8282
Facsimile:       (305) 372-8202

*(Attorney Florin shall serve a conformed copy of the foregoing upon all interested parties and file a Certificate of Service with this Court)*

2