UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                              Chapter 11

SHIFTPIXY, INC. *et, al.*[1]                                        Case No. 24-21209-LMI

    Debtors.                                       (Jointly Administered)
_____/

## NOTICE OF FILING

**PLEASE TAKE NOTICE THAT** the Debtors hereby file the Hourly Services Invoice for Sichenzia Ross Ference and Carmel, LLC attached hereto as **Exhibit A** and pursuant to the *Debtors' Expedited Application to Employ Sichenzia Ross Ference Carmel, LLP as Special Counsel Retroactive to October 28, 2024* [ECF No. 160].

Dated January 7, 2025.

                                              **DGIM Law, PLLC**
*Counsel for the Debtors*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708

*/s/ Monique D. Hayes*
Monique D. Hayes, Esq.
Florida Bar No. 843571
Email: monique@dgimlaw.com

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the Notice was served via CM/ECF Notification to all parties registered to receive notice on 7th day of January, 2025.

/s/ *Monique D. Hayes*
Monique D. Hayes, Esq.
Florida Bar No. 843571
Email: monique@dgimlaw.com

# EXHIBIT A



ShiftPixy, Inc.
502 Birckell Key Drive Suite 300
Miami,  FL   33309

ID: 4614-0013 - GS  Invoice   129363
Re: Hourly Services (Post-Bankruptcy)  November 18, 2024

For Services Rendered Through  October 31, 2024

    Current Fees  $ 6,340.00

    **Total Due**  **$ 6,340.00**

Payment may be made by wire transfer or ACH to the firm's bank account.

    Citi Private Bank
    153 East 53rd Street, 23rd Floor
    New York, NY 10019
    A/C of Sichenzia Ross Ference Carmel LLP
    A/C#:
    ABA#:
    SWIFT Code:

1185 Avenue of the Americas | 31st Floor | New York, NY | 10036
T (212) 930 9700 | F (212) 930 9725 | WWW.SRFC.LAW

**Sichenzia Ross Ference Carmel LLP**

ShiftPixy, Inc. November 18, 2024
I.D. 4614-0013 - GS Invoice   129363
Re: Hourly Services (Post-Bankruptcy) Page   2

**Fee Recap**

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Gregory Sichenzia | 4.60 | 1,000.00 | 4,600.00 |
| Jeff A. Cahlon | 2.90 | 600.00 | 1,740.00 |
| **Totals** | **7.50** | | **6,340.00** |

**Fees**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/28/24 | GS | Reviewed 8-K and telephone conference | 1.60 | 1,000.0 | 1,600.00 |
| 10/28/24 | JAC | Preparation of 8-K, phone calls and exchange e-mails regarding various matters. | 1.50 | 600.00 | 900.00 |
| 10/28/24 | GS | Bankruptcy petition | 1.30 | 1,000.0 | 1,300.00 |
| 10/29/24 | JAC | Research and exchange e-mails regarding 8-K requirements, preparation of 8-K. | 1.00 | 600.00 | 600.00 |
| 10/29/24 | GS | Various matters and telephone conference | 0.80 | 1,000.0 | 800.00 |
| 10/30/24 | JAC | Review Form 4, preparation of 8-K. | 0.40 | 600.00 | 240.00 |
| 10/30/24 | GS | Form 4 and 8-K matters | 0.90 | 1,000.0 | 900.00 |
| | | **Total Fees** | **7.50** | | **6,340.00** |