

**ORDERED in the Southern District of Florida on January 10, 2025.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| SHIFTPIXY, INC. *et, al.*[1] | Case No. 24-21209-LMI |
| Debtors. | (Jointly Administered) |
| _____/ | |

### ORDER APPROVING DEBTORS' EXPEDITED APPLICATION TO EMPLOY SICHENZIA ROSS FERENCE CARMEL, LLP, AS SPECIAL COUNSEL EFFECTIVE AS OF OCTOBER 28, 2024 AND GRANTING RELATED RELIEF

THIS MATTER came before the Court for hearing on January 8, 2025 at 2:30 p.m. upon the *Debtors' Expedited Application to Employ Sichenzia Ross Ference Carmel, LLP* ("Sichenzia") *as Special Counsel Retroactive to October 28, 2024* [ECF No. 160] (the "Application"), seeking the entry of an order authorizing the Debtors' employment of Sichanzia as special counsel effective

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

as of October 28, 2024 and modifying certain of the time-keeping requirements of Bankruptcy Rule 2016(a), the Trustee Guidelines, and any other guidelines regarding submission and approval of fee applications, all as more fully set forth in the Application. The Court finds that: (i) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); (iii) it may enter a final order consistent with Article III of the United States Constitution; (iv) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (v) notice of the Application and the Hearing were appropriate under the circumstances and no other notice need be provided; (vi) the relief requested in the Application is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; (vii) the Court having found that based on the representations made in the Sichenzia Declaration that Sichenzia does not hold or represent an interest adverse to the Debtors' estates; (viii) the terms and conditions of Sichenzia's employment set forth in the Application are reasonable as required by section 328(a) of the Bankruptcy Code; (ix) the Application and the Sichenzia Declaration are in full compliance with all applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules; and (x) upon review of the record before the Court, including the legal and factual bases set forth in the Application, the Sichenzia Declaration and the First Day Declaration, and the record of the Hearing, all of which are incorporated herein, the Court determines that good and sufficient cause exists to grant the relief requested in the Application. Accordingly, it is--

**ORDERED** as follows:

1. The Application is APPROVED, as set forth herein.

2. Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, the Debtors are authorized to retain Sichenzia as special counsel for the Debtors effective as of October 28, 2024.

3. The outstanding post-petition fees owed to the Sichenzia in the amount of $6,340.00 are approved.[2]

4. The Debtors are authorized to reimburse Sichenzia in the amount of $6,340.00.

5. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

6. The relief granted herein shall be binding upon any chapter 11 trustee appointed in these Chapter 11 Cases, or upon any chapter 7 trustee appointed in the event of a subsequent conversion of these Chapter 11 Cases to cases under chapter 7.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

####

Copies furnished to:
Monique D. Hayes, Esq.
DGIM Law, PLLC
*Counsel for the Debtors*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708
Email:  monique@dgimlaw.com

[Attorney Monique D. Hayes Esq. is hereby directed to serve a copy of this Order on all parties and file a certificate of service within 3 days of entry of order]

---

[2] In order to qualify as disinterested for purposes of the Application, Sichenzia waived its pre-petition fee claim against the bankruptcy estate.