

**ORDERED in the Southern District of Florida on January 13, 2025.**

*[signature]*

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| SHIFTPIXY, INC. *et, al.*[1] | Case No. 24-21209-LMI |
| Debtors. | (Jointly Administered) |
| _____/ | |

**ORDER GRANTING EMERGENCY MOTION TO SET STATUS CONFERENCE AND RECONSIDER AGREED ORDER GRANTING CREDITOR, TACOS 2000, INC.'S MOTION FOR ORDER AUTHORIZING AND DIRECTING TO FILE CORRECTED WAGE AND TAX STATEMENTS (FORM W-2C)**

THIS MATTER came before the Court on January 8, 2025 at 2:30 p.m. upon the

*Emergency Motion to Set Status Conference and Reconsider Agreed Order Granting Creditor,*

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

*Tacos 2000, Inc's Motion for Order Authorizing and Directing to File Corrected wage and Tax Statements (Form W-2C)* [ECF No. 157] (the "Motion"). The Court having reviewed the Motion and pleadings in this case, having heard arguments of counsel and being fully apprised on the premises, accordingly it is,

**ORDERED** that:

1. The Motion is GRANTED.

2. The issues raised in the Motion have been resolved at the January 9, 2025 hearing and the Debtors are authorized to submit the orders of conversion for the jointly administered chapter 11 proceedings.

3. The Court shall retain jurisdiction over this matter to enforce the terms of this Order.

###

Submitted by:
Monique D. Hayes, Esq.
DGIM Law, PLLC
Counsel for the Debtors
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708
Email:  monique@dgimlaw.com

[Monique D. Hayes, Esq. is directed to provide a copy of this signed Order to all parties of record and to file a Certificate of Service conforming with Local Rule 2002-1(F), within 3 days of entry of this Order]