

ORDERED in the Southern District of Florida on January 13, 2025.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| SHIFTPIXY, INC. *et, al.*[1] | Case No. 24-21209-LMI |
| Debtors._____/ | (Jointly Administered) |

**ORDER GRANTING DEBTORS' EMERGENCY MOTION TO AMEND ORDER GRANTING DEBTORS' MOTION TO AUTHORIZE THE REJECTION OF CERTAIN UNEXPIRED LEASES**

THIS MATTER came before the Court on January 8, 2025 at 2:30 p.m. upon the *Debtors' Emergency Motion to Amend Order Granting Debtors' Motion to Authorize the Rejection of Certain Unexpired Leases* [ECF No. 161] (the "Motion"). The Court having reviewed the Motion

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

and pleadings in this case, having heard arguments of counsel and being fully apprised on the premises, accordingly it is,

**ORDERED** that:

1. The Motion is GRANTED.

2. The *Order (A) Authorizing the Rejection of Certain Unexpired Leases and (B) Abandonment of Certain Personal Property* [ECF No. 85] is hereby modified to permit the landlord, Runway 1, LLC (the "Landlord") to retain an additional $3,000.00 of the prepetition security deposit and require the Landlord to refund the remaining $7,000.00 to the Debtors. Any other claims of the Landlord are reserved and are not waived.

3. The Court shall retain jurisdiction over this matter to enforce the terms of this Order.

###

Submitted by:
Monique D. Hayes, Esq.
DGIM Law, PLLC
Counsel for the Debtors
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708
Email:  monique@dgimlaw.com

[Monique D. Hayes, Esq. is directed to provide a copy of this signed Order to all parties of record and to file a Certificate of Service conforming with Local Rule 2002-1(F), within 3 days of entry of this Order]