UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| SHIFTPIXY, INC. *et, al.*[1] | Case No. 24-21209-LMI |
| Debtors. _____/ | (Jointly Administered) |

**FIRST SUPPLEMENT TO FIRST AND FINAL FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR JONATHAN FELDMAN IN HIS CAPACITY AS CHIEF RESTRUCTURING OFFICER FOR THE CHAPTER 11 DEBTORS**

1. Name of Applicant: Jonathan Feldman

2. Role of Applicant: Chief Restructuring Officer

3. Name of Certifying Professional: Jonathan Feldman

4. Date Case(s) Filed: October 28, 2024

5. Date of Retention Order: November 27, 2024 [ECF No. 88]

6. Period for this Application: December 16, 2024 to January 26, 2025

7. Amount of Compensation Sought: $12,000

8. Amount of Expense Reimbursement: $30,933.96

9. Holdbacks from prior free applications: -0-

10. Total Amount of Compensation Sought During Case: $30,000 (first application)
    $12,000 (second application)

11. Total Amount of Expense Reimbursement Sought During Case: $30,933.96

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

12. Total Amount of Fees Awarded
    During Case:                                    $30,000

13. Total Amount of Expenses Awarded
    During Case:                                    -0-

14. Amount of Original Retainer:                    -0-

15. Current Balance of Retainer Remaining:          N/A

16. Last monthly operating report filed:            December monthly operating report was
                                                    Filed on January 24, 2025

17. If case is Chapter 11, current funds in
    Chapter 11 estate:                              The ending balance on January 24, 2025, in
                                                    the Debtor's DIP account (and other accounts
                                                    permitted to be used) was $415,025.95

18. If case is Chapter 7, current funds held        N/A
    by Chapter 7 trustee:

2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| SHIFTPIXY, INC. *et, al.*[2] | Case No. 24-21209-LMI |
| Debtors._____/ | (Jointly Administered) |

**FIRST SUPPLEMENT TO FIRST AND FINAL FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR JONATHAN FELDMAN IN HIS CAPACITY AS CHIEF RESTRUCTURING OFFICER FOR THE CHAPTER 11 DEBTORS**

Jonathan Feldman, Chief Restructuring Officer for Shiftpixy, Inc., Shiftpixy Staffing, Inc., and ReThink Human Capital Management, Inc. (collectively, the "Debtors") files his first supplement to the First and Final Fee Application for Allowance and Payment of Compensation for Jonathan Feldman in his Capacity as Chief Restructuring Officer for the Chapter 11 Debtors and seeks approval and allowance for supplemental fees and costs incurred for the period of December 16, 2024 through January 26, 2024 (the "Application Period"). This application is filed pursuant this Court's Order Granting Application For Compensation [ECF No. 142] and 11 U.S.C. §§ 330 and 331, Bankruptcy Rule 2016, and Local Rule 2016-1 (B)(3) and meets all the requirements set forth In the Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases ("Fee Guidelines") incorporated in Local Rule 2016-1(B)(3)(a).

---

[2] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

3

**INTRODUCTION**

This case was filed on October 28, 2024. On October 30, 2024, my counsel filed the *Application to Employ Jonathan Feldman as Chief Restructuring Officer to October 28, 2024* and on November 27, 2024 the Court entered the *Order Granting Debtor-in-Possession's Application to Employ Isaac M. Marcushamer and the Law Firm of DGIM Lw, PLLC as Counsel Retroactive to October 28, 2024* [ECF No. 88] ("Retention Order").

The Debtors' core business is a human capital management platform that provides a full suite of personnel staffing services to its clients. For a more detailed description of the Debtor's business see *Declaration of Jonathan Feldman in Support of Chapter 11 Petitions and First Day Pleadings* [ECF No. 16] (the "Declaration").

The reasons for filing for Chapter 11 bankruptcy relief are discussed in my Declaration. My core goal was to sell the ongoing business assets of the Debtors as soon as practicable. Those auctions have occurred. With respect to the sale of the physical personal property, the auction process has been completed with all funds collected. With respect to the sale of the intellectual property, including intangible assets, that sale has closed and at this point, the parties are addressing various post-closing issues.

The exhibits attached to this supplement, pursuant to the Guidelines, are:

Exhibits 1 – Fee Application Summary Chart

Exhibit 2 – Summary of Professional Time

Exhibit 3 – Applicant's complete time records for the period covered by this Application. The requested fees are itemized to the tenth of an hour.

Exhibit 4 –Expense Reimbursement requested and applicable invoice

I.  **RETENTION OF APPLICANT, DISCLOSURE OF COMPENSATION AND REQUESTED AWARD**

Pursuant to the Retention Order, I was retained to act as chief restructuring officer for the Debtors. The Retention Order provides that my services in this matter will be billed at $500 per hour with a cap on my overall compensation of $15,000 a month.

As set forth in this Application, I am seeking a supplemental award of $12,000 in fees and $30,933.96 in reimbursable expenses incurred for the supplemental period. The supplemental period included several days in which any hourly time exceeded the $15,000 cap, thus, that time is not billable and I am not seeking payment for such time in this supplemental request.

The expenses that are the subject to this application are for Lawgical Insight, a third-party vendor that I retained to make copies of the Debtors' electronically stored information. I believe it is imperative that any chapter 7 trustee have access to such data to facilitate a complete review of the Debtors' pre-petition activities and determine whether certain litigation claims should be pursued. The cost of this exercise - $30,933.96 – is meaningful because the amount of data that needed to be reviewed and copied was substantial.

The amount of fees I am seeking in this Application is reasonable considering the nature, extent, and the value of the services I provided, taking into account all relevant factors enumerated in *Johnson v. Georgia Highway Express, Inc.,* 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by *In re First Colonial Corp. of America,* 554 F.2d 1291 (5th Circuit 1977). The relevant factors enumerated in *Johnson* are as follows:

A.  **Time and Labor Required:**

The attached exhibits illustrate the time and labor required for this period of 27.9 hours. Several hours of time are not billable to the estate because they are attributable to the $15,000 cap

5

I have agreed to for each thirty-day period. For the billable hours, my average hourly rate is $500 per hour. Nonetheless, the time expended by me for professional services furnished to the Debtors does not reflect and cannot reflect all the time expended. Many telephone calls, routine correspondence, requests by parties in interest regarding the status of the case and their individual claims cannot be reduced to time recordation and would increase the amount of time expended by me. The foregoing summary, together with the exhibits, details the time, nature, and extent of the professional services the Applicant rendered for the benefit of the Debtor during the period covered by this Application.

  **B.** **Novelty and Difficulty of Questions Presented:**

This case presented novel and difficult issues that require substantive legal knowledge in the fields of corporate law, bankruptcy, and bankruptcy litigation. There were significant operational difficulties that arose on a daily, if not sometimes, hourly, basis. In several instances, we had to give serious consideration to potential conversion to chapter 7 which would have material negative consequences for all creditors. Operating the business while simultaneously overseeing an auction process was particularly challenging. Ultimately, we were able to complete a successful auction of the Debtors' assets and there is now a potential pathway to make a meaningful distribution to creditors.

  **C.** **Skill Requisite to Perform Services Properly.**

In rendering services to the Debtor, I believe I demonstrated the skills and expertise expected of me by this Court and the various constituents in matters of this type.

D.     **Preclusion from Other Employment Due to Acceptance of Case**.

I operate a small law firm in which I am the only practicing attorney. In taking on this matter, it precluded me from handling other hourly matters in which I could have realized a higher billing rate.

E.     **Customary Fee**.

My effective hourly rate is lower that what I bill clients in other bankruptcy cases. This Court has approved these rates, as have other courts within this district, in other bankruptcy matters in which I, or other counsel of like reputation and experience have been involved.

F.     **Whether Fee is Fixed or Contingent**.

My compensation in this matter is subject to approval of the Court and therefore contingent. The Court should consider this factor, which militates in favor of a fee award in the amount requested. The amount requested is based on a fixed hourly rate is lower than what I charge other clients in non-contingent, bankruptcy or commercial cases. The effective rate charged by me is within the range charged by attorneys and other professional in the Southern District of Florida of similar skill and reputation in the areas of bankruptcy and commercial law.

G.     **Time Limitations Imposed by Client or Other Circumstances**.

This case has required me to spend significant time in representing the Debtor, resolving complex issues and directing a successful sales effort.

H.     **Experience, Reputation and Ability of Attorneys**.

I have meaningful experience in bankruptcy, commercial law and litigation.

I.     **The Undesirability of the Case**.

This case was not undesirable. It has been a point of personal pride to serve and preserve the value of the Debtors' assets and jobs.

7

J. **Awards in Similar Cases.**

The amount requested by me is reasonable in comparison with awards in cases of similar magnitude and complexity. The compensation I seek comports with the mandate of the Bankruptcy Code, which directs those services be evaluated considering comparable services performed in non-bankruptcy cases in the community.

II. **DESCRIPTION AND SUMMARY OF SERVICES PERFORMED**

The description of my services are set forth in the attached Exhibits.

III. **CASE BACKGROUND**

1. On October 28, 2024 (the "Petition Date"), the Debtors commenced these Cases by filing petitions for relief under chapter 11 of the Bankruptcy Code.

2. The Debtors continue to manage and operate their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. To date, no request has been made for the appointment of a trustee or examiner, or committee.

4. A detailed description of the Debtors, including their business operations, their corporate and capital structure, the events leading to the commencement of these Cases, and the facts and circumstances supporting this Application are set forth in greater detail in my Declaration

**RELEVANT BACKGROUND AND PROPOSED SALE PROCESS**

5. The Debtors commenced these Cases to effectuate an orderly sale of the Debtors' operations and to liquidate their assets in a value-maximizing manner for the benefit of their creditors. The Debtors and their stakeholders hope to swiftly move through these Cases in an effort to minimize administrative expenses and maximize recoveries for stakeholders.

### Filing of the Debtor's Chapter 11 Case

6. On October 28, 2024, the Debtors filed a voluntary petition for relief under the Bankruptcy Code. The Chapter 11 cases are pending in the Bankruptcy Court in Southern District of Florida, Miami Division.

### Significant Events During the Bankruptcy Case

For a detailed case background please refer to the First and Final Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses for the Law Firm of DGIM Law, PLLC as Counsel for the Chapter 11 Debtors [ECF No. 114].

### IV. CONCLUSION

As set forth above and in the attached exhibits in detail, I have provided substantial and valuable services to the Debtors during the Application Period. Based on the above and the standards set forth in section 330 of the Bankruptcy Code and *First Colonial*, I believe the fees sought herein for such valuable services are reasonable. For this reason and the reasons set forth in this Application, Applicant seeks (i) a final award of $12,000 in fees for services rendered during the Application Period.

**WHEREFORE,** I request entry of an Order (i) granting the First and Final Fee Application on a final basis, (ii) a final award of fees of $12,000 and expenses of $30,933.96 and (iii) granting such other and further relief as the Court deems appropriate.

Dated January 26, 2025.

/s/Jonathan S. Feldman
Jonathan S. Feldman
feldman@katiephang.com

9

## **CERTIFICATION**

1. I, Jonathan Feldman, have been designated with responsibility in this case for compliance with the "Guidelines for Fees Applications for Professionals in the Southern District of Florida Bankruptcy Cases (the "<u>Guidelines</u>").

2. I have read my application for compensation and reimbursement of expenses (the "Application"). The application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the application.

3. The fees and expenses sought are billed at rates and in accordance with practices customarily employed by me and generally accepted by my clients.

4. The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance: None

Dated January 26, 2025.

>	*/s/ Jonathan S. Feldman*
>	Jonathan S. Feldman
>	feldman@katiephang.com

# EXHIBIT 1

## Fee Application Summary Chart

| Date Filed | Amount of Fees | Amount of Expenses | Fees Awarded | Expenses Awarded | Holdbacks | Payments Received |
|---|---|---|---|---|---|---|
| 12/13/24 | $30,000 | $0.00 | $30,000 | N/A | N/A | $30,000 |

# EXHIBIT 2

## Summary of Professional and Paraprofessional Time
## Total per Individual for this Period Only

| Name | Year Licensed | Total Hours | Average Hourly Rate | Fee |
|---|---|---|---|---|
| Jonathan S. Feldman | 2005 | 27.9 | $500 | $12,000 |
| **TOTAL** | | **27.9** | | **$12,000** |

Blended Average Hourly Rate:        $500

**EXHIBIT 3**



# INVOICE

Invoice # 602
Date: 01/26/2025

2 South Biscayne Boulevard
Miami, Florida 33131

Shiftpixy

## Shiftpixy - CRO matter / 00001

## CRO matter

| Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 12/16/2024 | JF | Hearing and operational issues | 1.00 | $0.00 | $0.00 |
| 12/17/2024 | JF | Address remaining operational issues and issues for Del Taco | 1.20 | $0.00 | $0.00 |
| 12/23/2024 | JF | Address SSA issues | 1.70 | $0.00 | $0.00 |
| 12/30/2024 | JF | Address various operational issues | 1.00 | $500.00 | $500.00 |
| 12/31/2024 | JF | Address status items and call with counsel and tax employees | 1.50 | $500.00 | $750.00 |
| 01/01/2025 | JF | Address various status items | 2.50 | $500.00 | $1,250.00 |
| 01/02/2025 | JF | Address operational issues | 2.50 | $500.00 | $1,250.00 |
| 01/03/2025 | JF | Address operational issues | 1.00 | $500.00 | $500.00 |
| 01/06/2025 | JF | Resolve SSA/Del Taco items; review pending items for handover | 1.00 | $500.00 | $500.00 |
| 01/07/2025 | JF | Address operational issues and 401k | 2.00 | $500.00 | $1,000.00 |
| 01/08/2025 | JF | Prepare for and attend hearing | 2.00 | $500.00 | $1,000.00 |
| 01/09/2025 | JF | Approve payments and review closeout items | 1.10 | $500.00 | $550.00 |
| 01/10/2025 | JF | Address various closeout issues | 1.20 | $500.00 | $600.00 |
| 01/14/2025 | JF | Address various close out items | 1.00 | $500.00 | $500.00 |
| 01/16/2025 | JF | Address issues re 401k termination | 0.70 | $500.00 | $350.00 |
| 01/20/2025 | JF | Closeout issues for handover to ch. 7 trustee | 2.50 | $500.00 | $1,250.00 |
| 01/21/2025 | JF | Revise MOR | 1.50 | $500.00 | $750.00 |
| 01/23/2025 | JF | Address closeout issues | 1.00 | $500.00 | $500.00 |

| | | | | | |
|---|---|---|---|---|---|
| 01/24/2025 | JF | Revise MOR | 1.50 | $500.00 | $750.00 |
| | | | **Quantity Subtotal** | | **27.9** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Jonathan Feldman | 24.0 | $500.00 | $12,000.00 |
| Jonathan Feldman | 3.9 | $0.00 | $0.00 |
| | **Quantity Total** | | **27.9** |
| | | **Subtotal** | **$12,000.00** |
| | | **Total** | **$12,000.00** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 602 | 01/26/2025 | $12,000.00 | $0.00 | $12,000.00 |
| | | | **Outstanding Balance** | **$12,000.00** |
| | | | **Total Amount Outstanding** | **$12,000.00** |

Please make all amounts payable to: Phang & Feldman, P.A.

Should you wish to pay via credit card, please click on the link below: https://secure.lawpay.com/pages/katiesphangpa/operating

Payment is due upon receipt.

**EXHIBIT 4**

# Invoice

Invoice# INV-211109

**Balance Due**
**$30,933.96**



**Lawgical Insight, LLC**
2 South Biscayne Blvd
Suite 1600
Miami Florida 33131

| Invoice Date : | December 20, 2024 |
|---|---|
| Terms : | Net 30 |
| Due Date : | January 19, 2025 |
| Responsible Attorney : | Jonathan Feldman |

Bill To
**ShiftPixy, Inc.**
4101 NW 25th Street
Miami, Florida 33142

| # | Item & Description | Qty | Rate | Discount | Amount |
|---|---|---|---|---|---|
| 1 | Collection - Bulk Cloud Infrastructure | 1.00 Domain | 9,500.00 | 12.00% | 8,360.00 |
| 2 | Data Indexed/Active Storage<br>Temporary, short-term storage prior to transfer to Bankruptcy. | 85,000.00 GB | 1.00 | 75.00% | 21,250.00 |

| # | Task & Description | Hours | Rate | Discount | Amount |
|---|---|---|---|---|---|
| 3 | Consulting - Digital Forensics / Reports (Daniel Thompson, eDEx)<br>November 04, 2024 : Confer with IT manager, Suarez, to retrieve LastPass and domain host credentials. | 0.50 | 295.00 | 12.00% | 129.80 |
| 4 | Consulting - Digital Forensics / Reports (Daniel Thompson, eDEx)<br>November 05, 2024 : Confer with IT Manager, I. Suarez to identify DreamHost domain credentials and transfer of credentials to Lawgical Insight via LastPass. | 0.50 | 295.00 | 12.00% | 129.80 |
| 5 | Consulting - Digital Forensics / Reports (Daniel Thompson, eDEx)<br>December 10, 2024 : Assess O365 digital footprint for backup and preservation. | 1.00 | 295.00 | 12.00% | 259.60 |
| 6 | Consulting - Digital Forensics / Reports (Daniel Thompson, eDEx)<br>December 11, 2024 : Assess and confirm current ShiftPixy digital assets and data size. Provide cost estimates for storage. | 1.00 | 295.00 | 12.00% | 259.60 |

1

| # | Task & Description | Hours | Rate | Discount | Amount |
|---|---|---|---|---|---|
| 7 | Consulting - Digital Forensics / Reports (Daniel Thompson, eDEx) December 11, 2024 : Confer with IT manager, I. Suarez to facilitate administrative access to additional company accounts for ESI preservation. | 0.50 | 295.00 | 12.00% | 129.80 |
| 8 | Consulting - Digital Forensics / Reports (Daniel Thompson, eDEx) December 12, 2024 : Confer with IT manager, I. Suarez to facilitate elevated access to digital communication platforms. | 0.30 | 295.00 | 12.00% | 77.88 |
| 9 | Consulting - Digital Forensics / Reports (Daniel Thompson, eDEx) December 12, 2024 : Meet with IT manager, I. Suarez to inspect on-site server and assess data preservation options. | 1.30 | 295.00 | 12.00% | 337.48 |
| | | | | Sub Total | 30,933.96 |
| | | | | **Total** | **$30,933.96** |
| | | | | **Balance Due** | **$30,933.96** |

## Notes

*This invoice is an attempt to remain within the initial estimate for services. The data footprint significantly exceeds the originally anticipated 15TB of data. Currently, the footprint is approximately 85TB.

## Payment Options



WIRE INSTRUCTIONS
Receiving Bank Name: Chase Receiving Bank Address: 150 SE 2nd Ave Miami, FL 33131 Receiving Account Name: Lawgical Insight, LLC  SWIFT Code: CHASUS33
Wire Routing # (Domestic): 021000021
ACH Routing # 267084131
Receiving Bank Account #: 300559025

## Terms & Conditions

Please remit payment via Wire, Credit Card or Check.