Walter J. Mathews (Florida Bar No. 0174319)
wjm@mathewsllp.com
MATHEWS GIBERSON LLP
219 Davie Boulevard
Fort Lauderdale, FL 33315
Telephone: 954-463-1929
Facsimile: 954-653-2963

Nanette D. Sanders (State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
4910 Birch Street, Suite 120
Newport Beach, CA 92660
Telephone: 949-851-7450
Facsimile: 949-851-6926

Attorneys for Karen Sue Naylor,
Chapter 7 Trustee, John Stephen Holmes

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF FLORIDA (MIAMI)**

| | |
|---|---|
| In re | Case No. 24-21209-LMI |
| **SHIFTPIXY, INC.,** | Chapter 11 |
| Debtor. | **REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MASTER MAILING LIST** |
| | (No Hearing Required) |

TO THE CLERK OF THE COURT, THE UNITED STATES TRUSTEE, THE DEBTOR AND ITS COUNSEL OF RECORD, AND TO OTHER PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rule 9010(b), Karen Sue Naylor, Chapter 7 Trustee of the Estate of John Stephen Holmes, pending in the United States Bankruptcy Central District of California as Case No. 8:20-bk-10174 SC, hereby submits her request for notice in this bankruptcy case.

Pursuant to Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010(b), Karen Sue Naylor

hereby requests notice of all matters in the above-captioned case which require notice to creditors, to a creditors' committee, or to other parties in interest, including, without limitation, all notices and papers referred to in Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010(b), copies of all proposed plans and disclosure statements, notices of any orders, applications, complaints, proofs of claim, demands, hearings, motions, petitions, pleadings or requests (whether for relief from stay, adequate protection or otherwise), and other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise. Trustee Karen Sue Naylor requests that such notice be served as follows:

BY MAIL AND ELECTRONIC DELIVERY:

Walter J. Mathews
wjm@mathewsllp.com
MATHEWS GIBERSON LLP
219 Davie Boulevard
Fort Lauderdale, FL 33315

Dated: Jan. 27, 2025

Respectfully Submitted,

MATHEWS GIBERSON LLP

By: /s/ Walter J. Mathews
Walter J. Mathews
Attorneys for Karen Sue Naylor,
Chapter 7 Trustee for Estate of John Stephen Holmes

-2-



**WALTER J. MATHEWS**, P.A.

WALTER J. MATHEWS
Attorney at Law
954-463-1929
wjm@mathewsllp.com

January 22, 2025

<u>Via U.S. Mail</u>

Clerk of Court
C. Clyde Atkins U.S. Courthouse
301 N. Miami Avenue, Room 150
Miami, Florida 33128

   Re: *In re Shiftpixy, Inc.*,
      Case No. 24-21209-LMI, currently pending in the U.S. Bankruptcy Court
      Southern District of Florida,

Dear Clerk of Court,

  Please find enclosed the following document for filing in the above-referenced bankruptcy case: Request for Special Notice and Inclusion on Master Mailing List.

  I respectfully request that the document be filed and recorded in the court's records. Please let me know if there are any issues or additional requirements with this submission.

  Should you require further information, do not hesitate to contact me at the phone number or email address provided above. If a file-stamped copy of the filing is required, I have enclosed a self-addressed, stamped envelope for your convenience.

  Thank you for your attention to this matter.

                Very truly yours,

                Walter J. Mathews

219 Davie Boulevard | Fort Lauderdale, FL 33315
Tel. 954-463-1929 | www.mathewsllp.com