UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:

                                                  CASE NO.: 24-21209-LMI

SHIFTPIXY, INC.,                             CHAPTER 7

          Debtor.

_____/

NOTICE OF APPOINTMENT OF TRUSTEE

The United States Trustee for Region 21, Mary Ida Townson, through her undersigned counsel, pursuant to Title 11, United States Code, Section 701, has appointed:

ROBERT ANGUEIRA

as Trustee of the Estate of the above-styled Debtor(s). The Trustee's bond is fixed under the general blanket bond heretofore approved.

Dated:  January 31, 2025

MARY IDA TOWNSON
UNITED STATES TRUSTEE
REGION 21

By: /s/ Heidi A. Feinman
Heidi A. Feinman, Assistant United States Trustee
Office of the United States Trustee
51 SW First Avenue, Ste. 1204
Miami, Florida 33130
Tel: (305) 536-7285
Fax: (305) 536-7360
Email: Heida.A.Feinman@usdoj.gov