**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

IN RE:

SHIFTPIXY, INC.,                               CASE NO.: 24-21209-LMI
                                               CHAPTER 7

      Debtor.
_____/

## NOTICE OF APPOINTMENT OF SUCCESSOR CHAPTER 7 TRUSTEE

It appearing that Robert Angueira has resigned as Trustee in the above referenced case, the United States Trustee for Region 21, Mary Ida Townson, through her undersigned counsel, pursuant to Title 11, United States Code, Section 321, has appointed:

**JACQUELINE CALDERON**

as Trustee of the Estate of the above-styled Debtor(s). The Trustee's bond is fixed under the general blanket bond heretofore approved. The meeting of creditors will be held **by telephone** on **March 4, 2025, at 1:30p.m.** To appear by **Zoom**, **Meeting ID**. **493 614 6686**, **Passcode 8686999196, Phone (786) 730−4371.**

Dated:  January 31, 2025

                                            MARY IDA TOWNSON
                                            UNITED STATES TRUSTEE
                                            REGION 21

                                            By:  /s/ Heidi A. Feinman
                                            Heidi A. Feinman, Assistant United States Trustee
                                            Office of the United States Trustee
                                            51 SW First Avenue, Ste. 1204
                                            Miami, Florida 33130
                                            Tel: (305) 536-7285
                                            Fax: (305) 536-7360
                                            Email: Heidi.A.Feinman@usdoj.gov

cc:     Robert Angueira
         Jacqueline Calderin
         All creditors and parties in interest by United States Bankruptcy Court