**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| *In re:* | Case No.: 24-21209-LMI |
| SHIFTPIXY, INC.,[1] | Chapter 7 (Jointly Administered) |
|     Debtors.                         / | |

## NOTICE OF FILING

Jacqueline Calderin, not individually, but in her capacity as the Chapter 7 Trustee (the "Trustee"), of the bankruptcy estate of SHIFTPIXY, INC. and its jointly administered affiliates (collectively, the "Debtors"), files the attached list of expenses in connection to the *Trustee's Emergency Motion for Authority to Operate Business Under 11 U.S.C. § 721* [ECF# 185].

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on February 6, 2025.

                                    **AGENTIS PLLC**
                                  *Proposed Counsel for the Chapter 7 Trustee*
                                  45 Almeria Avenue
                                  Coral Gables, Florida 33134
                                  T. 305.722.2002
                                  www.agentislaw.com

                        By:    */s/ Jesse R. Cloyd*
                                  Jesse R. Cloyd
                                  Florida Bar No.: 58383
                                  jrc@agentislaw.com

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.



| **Expense** | **Amount** |
|---|---|
| Payroll (through 1/31/25) | $50,144.80 |
| D&O Insurance Premium Installment Payment | $35,139.10 |
| Cyper-EPL Insurance Premium Installment Payment | $11,689.89 |
| Tax Payments for Clients | $15,617.12. |
|  |  |