**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| SHIFTPIXY, INC., | Case No. 24-21209-LMI |
| Debtor. _____/ | |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Amanda Murphy (hereinafter, "Ms. Murphy"), by and through her undersigned counsel, files this motion for relief from the automatic stay (the "Motion") as to debtor ShiftPixy, Inc. (the "Debtor") solely to pursue recovery against the proceeds of the Debtor's insurance coverage, showing the Court as follows:

### PARTIES AND JURISDICTION

1. On October 28, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code ("Bankruptcy Code"). On January 31, 2025, the Debtor's case was converted from a case under chapter 11 of the Bankruptcy Code to a case under chapter 7 of the Bankruptcy Code.

2. Ms. Murphy is an individual residing in Aliso Viejo, California.

3. This is a core proceeding over which the Court has jurisdiction pursuant to 28 U.S.C. § 157(b)(2)(G) and 28 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4. The relief requested herein is based upon section 362 of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 4001, and Local Rule 4001-1.

## BACKGROUND FACTS

5. As of April 1, 2016 (the date of the Debtor's official launch), Ms. Murphy was Director of Operations of the Debtor. On January 1, 2022, Ms. Murphy was promoted to Chief Operating Officer of the Debtor. Ms. Murphy remained the Debtor's Chief Operating Officer until her termination on March 6, 2024.

6. At the time of Ms. Murphy's employment, Debtor was insured by Allied World Surplus Lines Insurance Company under insurance policy number 0313-9759 (the "Insurance Policy") with liability limits of $1,000,000 (the "Insurance Proceeds"). A true and correct copy of the Declaration Pages of the Insurance Policy is attached hereto as **Exhibit A**.

7. On June 6, 2024, Ms. Murphy filed a complaint against the Debtor alleging various claims for work place discrimination, unpaid wages, and wrongful termination related to her prior employment with the Debtor in the action styled *Amanda Murphy v. ShiftPixy, Inc. et al.,* case no. 30-2024-01404937-CU-OE-NJC, Superior Court of California, County of Orange (hereinafter, the "Employment Action"). A copy of the complaint filed in the Employment Action is attached hereto as **Exhibit B**. The case was later removed to federal court and is currently pending and stayed in the United States District Court for the Central District of California, Case Number 8:24-cv-01634-JWH-AGR.

8. The Debtor is a defendant in the Employment Action pursuant to its prior employment of Ms. Murphy.

## RELIEF REQUESTED

9. Ms. Murphy seeks relief from the automatic stay for the sole purpose of allowing her to continue to prosecute and liquidate her claims by either litigation, settlement, ADR, trial or

any other means against the Insurance Policy and/or the Debtor in the Employment Action to pursue recovery *solely* against the Insurance Proceeds available under the Insurance Policy.

10. Ms. Murphy further seeks relief from the automatic stay to prosecute or defend any resulting appeal(s), and enforce any judgment solely against the Insurance Proceeds.

11. Under the forgoing circumstances, "cause" exists to grant Ms. Murphy relief from the automatic stay pursuant to section 362(d)(1) of the Bankruptcy Code.

12. Court's routinely grant movants relief from the automatic stay for the express purpose of litigating their pre-petition claims against a debtor, provided that the movants pursue recovery solely from the debtor's insurer/insurance policies. *See In re: OES Environmental, Inc.*, 319 B.R. 266 (Bankr. M.D.Fla. 2004) (creditor granted stay relief to continue litigating its prepetition negligence claims against chapter 11 debtor solely for purpose of recovering against debtor's liability insurer); *In re Scott Wetzel Servs., Inc.*, 243 B.R. 802 (Bankr. M.D. Fla. 1999) (creditor granted stay relief to pursue lawsuit against chapter 7 debtor solely for purposes of establishing debtor's liability and recovering from debtor's liability insurers); *In re CHS Elecs., Inc.*, 261 B.R. 538 (Bankr. S.D. Fla. 2001) (plaintiff-shareholders asserting securities fraud claims against chapter 11 debtor granted relief from the automatic stay to pursue coverage under debtor's D&O insurance policy).

13. Accordingly, Ms. Murphy seeks relief from the automatic stay for the sole purpose of allowing her to prosecute and liquidate her claims, by either litigation, settlement, ADR, trial or any other means, against the Insurance Policy and/or the Debtor in the Employment Action to pursue recovery solely against the Insurance Proceeds available under the Insurance Policy.

14. Given that the indebtedness at issue has not been liquidated, Ms. Murphy respectfully requests excusal from the local rule requirement to file an Affidavit of Indebtedness and Indebtedness worksheet.

15. The requested relief will not adversely affect the Debtor or its creditors.

16. A proposed Order granting this Motion is attached hereto as **Exhibit C**.

**WHEREFORE**, creditor Amanda Murphy respectfully requests that the Court enter an Order: (i) granting the requested relief from the automatic stay; and (ii) granting such other and further relief as the Court deems just and proper

Dated: February 10, 2025                    Respectfully submitted,

                                          **SHUTTS & BOWEN LLP**

                                          /s/ *Harris J. Koroglu*
                                          Harris J. Koroglu, Esq.
                                          Florida Bar No. 32597
                                          200 South Biscayne Blvd.
                                          Suite 4100
                                          Miami, FL  33131
                                          hkoroglu@shutts.com
                                          Phone:  305-358-6300
                                          Email: hkoroglu@shutts.com
                                          *Attorneys for Amanda Murphy*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all parties listed below via ECF or first class U.S. Mail on February 10, 2025.

/s/ *Harris J. Koroglu*
Harris J. Koroglu
Florida Bar No. 32597

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Eyal Berger**     eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Jacqueline Calderin**     calderintrustee@gmail.com, jcalderin@ecf.axosfs.com;calderintrustee@ecf.inforuptcy.com;jc01@trustesolutions.net
- **Samuel J Capuano**     scapuano@bergersingerman.com, FSellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com
- **Samuel Clemens**     sam@gilleonlawfirm.com
- **Jesse R Cloyd**     jrc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **Jonathan S. Feldman**     feldman@katiephang.com, service@katiephang.com
- **Leyza Barbara Florin**     lflorin@sequorlaw.com, jdiaz@sequorlaw.com
- **Daniel Gielchinsky**     dan@dgimlaw.com, colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com
- **Dan L Gold**     Dan.L.Gold@usdoj.gov
- **Monique D Hayes**     monique@dgimlaw.com, moniquedhayes@gmail.com;colleen@dgimlaw.com;monique123@ecf.courtdrive.com;monique@dgimlaw.com
- **Nicole Grimal Helmstetter**     nicole.helmstetter@bipc.com, aracelys.noda@bipc.com;kimberly.ecker@bipc.com;eservice@bipc.com;dave.stein@goecfx.com
- **Samuel W Hess**     shess@slp.law, dwoodall@slp.law;pmouton@slp.law;shess@ecf.courtdrive.com
- **Erin M Hoskins**     ehoskins@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com
- **Isaac M Marcushamer**     isaac@marcushamer.com, colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com
- **Charles J McHale**     cmchale@mgl.law, dgolden@mgl.law,ecf@mgl.law,legalassistant@gapfirm.law
- **Office of the US Trustee**     USTPRegion21.MM.ECF@usdoj.gov

- **Michael S Provenzale**   michael.provenzale@lowndes-law.com, anne.fisher@lowndes-law.com;litcontrol@lowndes-law.com
- **Bradley S Shraiberg**   bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Paul Steven Singerman**   singerman@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com
- **Raychelle A Tasher**   Raychelle.Tasher@usdoj.gov, bridgett.moore@usdoj.gov;Shannon.Patterson@usdoj.gov;Francys.Marcenaros@usdoj.gov

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

**ShiftPixy, Inc.**
4101 NW 25 Street
Miami, FL 33142

**Miami-Dade Office of the Tax Collector**
200 NW 2nd Avenue
Legal Services Unit
Miami, Fl 33128

**Karen Naylor**
c/o Walter Mathews
219 Davie Boulevard
Fort Lauderdale, FL 33315

**Eric Rubin**
Moecker Auctions Inc
1885 Marina Mile Blvd #103
Ft. Lauderdale, FL 33315

**SBPM Partners LLC**
c/o Joris Verbeek, President
1334 Brittmoore Rd Ste 1000B
Houston, TX 77043

**Gregory Sichenzia**
Sichenzia Ross Ference Carmel, LLP
1185 Avenue of the Americas
31st Floor
New York, NY 10036

**Jacqueline Calderin**
1825 Ponce De Leon Blvd #358
Coral Gables, FL 3313

**Jesse R Cloyd**
45 Almeria Avenue
Coral Gables, FL 33134

**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130