

ORDERED in the Southern District of Florida on March 3, 2025.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| *In re:* | Case No.: 24-21209-LMI |
| SHIFTPIXY, INC.,[1] | Chapter 7 |
| | **(Jointly Administered)** |
| **Debtors.** / | |

### ORDER ESTABLISHING LIMITED
### NOTICE PURSUANT TO BANKRUPTCY RULE 2002(h)

THIS MATTER came before the Court on the *ex parte* motion by Jacqueline Calderin (the "Trustee") to establish limited notice pursuant to Bankruptcy Rule 2002(h) (the

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

"Motion") [ECF# 200]. The Court, having considered the Motion, and finding good cause therefor, does ORDER that:

1. The Motion is **GRANTED**.

2. Pursuant to Bankruptcy Rule 2002(h), matters in thess cases requiring notice pursuant to Bankruptcy Rule (2002)(a) shall be limited to:

   a. the debtor;

   b. the trustee;

   c. all indenture trustees;

   d. creditors that hold claims for which proofs of claim have been filed;

   e. creditors, if any, that are still permitted to file claims because an extension was granted under Rule 3002(c)(1) or (c)(2); and

   f. any Party who previously requested notice under Local Rule 2002.

3. Notwithstanding the foregoing, the Trustee shall continue to provide notice, where required to the United States and its agencies via CM /ECF or U.S. Mail as required by Bankruptcy Rule 2002(j) and this Court's local rules, in addition to those parties and attorneys who have formally requested notice by filing with the court a notice of appearance or request for service of notices and papers in this case.

# # #

**Submitted by:**
Jesse R. Cloyd
Florida Bar No.: 58388
jrc@agentislaw.com
Agentis PLLC
*Counsel for Chapter 7 Trustee*
45 Almeria Avenue
Coral Gables, Florida 33134
T. 305.722.2002

Copy to: Attorney Cloyd, who is directed to serve a conforming copy herein upon all interested parties entitled to notice in this case.