**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

*In re:*                                                                    Case No.: 24-21209-LMI

SHIFTPIXY, INC., *et. al.*[1]                                    Chapter 7

_____Debtors._____ /

### TRUSTEE'S VERIFIED NOTICE OF ABANDONMENT

> **Any parties objecting to said abandonment must file a written objection with the United States Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, FL 33128, with a copy to the undersigned Trustee in Bankruptcy. Pursuant to Bankruptcy Rule 6007, the proposed abandonment will be deemed approved without necessity of a hearing or order, if no objection is filed and served within 14 days after the date of service of this notice.**

**TO:    ALL INTERESTED PARTIES AND CREDITORS**

**NOTICE IS HEREBY GIVEN THAT:**

JACQUELINE CALDERIN, Trustee in Bankruptcy herein, pursuant to 11 U.S.C. § 554(a), hereby abandons all personal property located at Public Storage, Units C1143, C1144, C1145, C1146, C1148, C1149 and C1150 located at 6401 Oak Canyon, Irvine, California 92618. (collectively, the "Storage Units"), which includes office furniture, computer equipment and furnishings (collectively, the "Property").

The Trustee has determined that there is no benefit to the estate in retaining the Property, and as such, the Property is burdensome to the estate.  Upon expiration of the 14 day waiting period the Trustee will abandon, dispose and/or destroy the Business Property.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via transmission of Notices of Filing generated by CM/ECF to those parties registered to receive

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142

electronic notice of filing in this case on March 13, 2025.

By: */s/ Jacqueline Caldeirn*
**JACQUELINE CALDERIN**
*Chapter 7 Trustee*
936 SW 1st Avenue, #880
Miami, Florida 33130
T 786.369.8440
F 786.369.8523
calderintrustee@gmail.com

**Via CM/ECF**:
To all parties entitled to electronic notification via CM/ECF