UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

*In re:*                                                                  Case No.: 24-21209-LMI

SHIFTPIXY, INC., *et. al.*[1]                                              Chapter 7

      Debtors.                                                                           /

### TRUSTEE'S VERIFIED NOTICE OF ABANDONMENT

> Any parties objecting to said abandonment must file a written objection with the United States Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, FL 33128, with a copy to the undersigned Trustee in Bankruptcy. Pursuant to Bankruptcy Rule 6007, the proposed abandonment will be deemed approved without necessity of a hearing or order, if no objection is filed and served within 14 days after the date of service of this notice.

TO:   ALL INTERESTED PARTIES AND CREDITORS
NOTICE IS HEREBY GIVEN THAT:

      JACQUELINE CALDERIN, Trustee in Bankruptcy herein, pursuant to 11 U.S.C. § 554(a), hereby abandons all personal property located at Extra Space Storage, Unit L464 located at 15875 Laguna Canyon Rd., Irvine, California 92618. (the "Storage Unit"), which includes office furniture, computer equipment and furnishings (collectively, the "Property").

      The Trustee has determined that there is no benefit to the estate in retaining the Property, and as such, the Property is burdensome to the estate. Upon expiration of the 14 day waiting period the Trustee will abandon, dispose and/or destroy the Property.

      **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via transmission of Notices of Filing generated by CM/ECF to those parties registered to receive electronic notice of filing in this case and via U.S. Mail where indicated to the parties listed on the attached Service List on April __4__, 2025.

      By:   */s/Jacqueline Calderin*
      **JACQUELINE CALDERIN**
      *Chapter 7 Trustee*
      1825 Ponce de Leon Blvd, #358
      Coral Gables, Florida 33134
      T 786.369.8440
      calderintrustee@gmail.com

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142

ShiftPixy, Inc.

4101 NW 25 Street
Miami, FL 33142-6725

4te Inc
PO Box 4048
Mission Viejo, CA 92690-4048

A&R Management, LLC
700 East Birch Street, Unit 9847
Brea, CA 92822-2142

APIZZA, LLC
c/o Dunlap Bennett & Ludwig PLLC
211 Church Street SE
Leesburg, VA 20175-3034

Arizona Department of Economic Security
PO Box 6028, Mail Drop 5881,
Phoenix, AZ 85005-6028

Arizona Department of Revenue
PO Box 29085,
Phoenix, AZ 85038-9085

ARR Management, LLC
700 East Birch Street, Unit 9847
Brea, CA 92822-2142

AT&T Corp
%AT&T Services Inc.
Karen A. Cavagnaro Paralegal
One AT&T Way, Suite 3A104
Bedminster, NJ 07921

AT&T Mobility aka AT&T by AIS InfoSource LP as agent
AT&T Mobility aka AT&T by AIS InfoSource LP as agent
4515 N Santa Fe
Oklahoma City, OK 73118

AT&T Mobility II LLC
%AT&T Services Inc.
Karen A. Cavagnaro Paralegal
One AT&T Way, Suite 3A104
Bedminster, NJ 07921

BairesDev LLC
c/o Tarter Krinsky & Drogin LLP
Attn: Rocco A. Cavaliere, Esq.
1350 Broadway, 11th Floor
New York, NY 10018-0947

Balanced Management, LLC
26 S Rio Grande St. #2072
Salt Lake City, Utah 84101

Beri Development, LLC
700 East Birch Street, Unit 9847
Brea, CA 92822-2142

Beri Ventures, LLC
700 East Birch Street, Unit 9847
Brea, CA 92822-2142

Blake J. Delaney
Buchanan Ingersoll & Rooney PC
401 E Jackson St., Suite 2400
Tampa, FL 33602

Brea Diners Group, LLC
700 East Birch Street, Unit 9847
Brea, CA 92822-2142

Brea Juice Company, LLC
700 East Birch Street, Unit 9847
Brea, CA 92822-2142

Brex Inc
Ballard Spahr LLP
Attn: Joel Newell
1 E. Washington St., Suite 2300
Phoenix, AZ 85004-2555

Bright Labs Services LLC
485 Lexington Ave 10th FL,
New York, NY, 10017-2619

BROADRIDGE FINANCIAL SOLUTIONS
1155 LONG ISLAND AVENUE
EDGEWOOD NY 11717-8309

California Employment Development Department
PO Box 989061,
West Sacramento, CA 95798-9061

California Employment Development Department
3321 Power Inn Road,
Suite 140, #759
Sacramento, CA 95826-3893

California Employment Development Department
PO Box 997418
Sacramento, CA 95899

Chirstopher A Sebes
5730 Claridon Drive
Naples, FL 34113-8385

County of Orange Treasurer-Tax Collector
PO Box 4515
Santa Ana, CA 92702-4515

Creditors Adjustment Bureau
c/o Law Office of Kenneth J. Freed
4340 Fulton Ave., Third Floor
Sherman Oaks, CA 91423-3925

CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349

David Frederik Vasquez
1511 S Pomona Ave, Unit A9
Fullerton, CA 92832-3416

David May
15441 SW 173rd Ln
Miami, FL 33187

DC Office of Tax and Revenue- Compliance Adm
1101 4th Street SW,
Washington, DC 20024-4457

DE LAGE LANDEN FINANCIAL
ATTN LITIGATION & RECOVERY
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087-1453

Diamondback DTNM, LLC
3200 N. Central Avenue, Suite 1800
Phoenix, AZ 85012-2438

Donohoe Advisory Associates LLC
9801 Washingtonian Blvd
Suite 340
Gaithersburg, MD 20878-7391

Eduardo J. Dominguez
5778 Devonshire Blvd.
Miami, FL 33155-4062

El Toro.com, LLC
552 E Market Street
Suite 400
Louisville, KY 40202-7111

Evan Blumer
90 SW 3rd Street
APT 2502
Miami, FL 33130-4024

Florida Department of Revenue
2450 Shumard Oak Blvd
Tallahassee, FL 32399-7022

Florida Department of Revenue
5050 West Tennessee Street,
Tallahassee, FL 32399-0100

FOUNDRY ASVRF SAWGRASS LLC
C/O MICHAEL S. PROVENZALE
215 N. EOLA DRIVE
ORLANDO FL 32801-2028

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

Fresh Juice Development, LLC
700 East Birch Street, Unit 9847
Brea, CA 92822-2142

Golden West Smoothies, LLC
700 East Birch Street, Unit 9847
Brea, CA 92822-2142

Golden West Wings, LLC
700 East Birch Street, Unit 9847
Brea, CA 92822-2142

Google LLC
c/o White and Williams LLP
ATTN: Michael Ingrassia
600 North King Street, Suite 800
Wilmington, DE 19801-3778

Grab N Go Juice, LLC
700 East Birch Street, Unit 9847
Brea, CA 92822-2142

Idaho Department of Labor- Collection Enforc
Unit 317 W Main Street,
Boise, ID 83735-0001

Idaho State Tax Commission
PO Box 36,
Boise, ID 83722-0036

Idaho State Tax Commission
11321 W Chinden Blvd,
Boise ID 83714-1021

Illinois Department of Employment Security
Revenue Collection Enforcement Unit
33 S State Street, 10th Floor,
Chicago, IL 60603-2808

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7317
Philadelphia, PA 19101-7317

IOWA Workforce Development Unemployment Insu
1000 E Grand Avenue,
Des Moines, IA 50319-0220

IPFS Corporation 3522
30 Montgomery Street, Suite 501
Jersey City, NJ 07302

Juice To Go, LLC
700 East Birch Street, Unit 9847
Brea, CA 92822-2142

Kansas Department of Revenue
Division of Taxation
12 SE 10th Avenue,
Topeka KS 66625-0001

Kansas Department of RevenueDivision of Taxa
PO Box 3506, Avenue,
Topeka, KS 66601-3506

Karen Sue Naylor, Ch 7 Trustee, in Re John H
4910 Birch St. Suite 120
Newport Beach, CA 92660-2188

KPA Services LLC
11080 Circle Point Rd, Suite 200
Westminster, CO 80020-2778

LA Jamba, LLC
700 East Birch Street, Unit 9847
Brea, CA 92822-2142

| | | |
|---|---|---|
| LA Juice Company, LLC<br>700 East Birch Street, Unit 9847<br>Brea, CA 92822-2142 | Levinson Arshonsky Kurtz & Komsky LLP<br>15303 Ventura Boulevard<br>Suite 1650<br>Sherman Oaks, CA 91403-6620 | Little John's Gourmet, LLC<br>3200 N. Central Avenue, Suite 1800<br>Phoenix, AZ 85012-2438 |
| Lori Lynn Howard<br>749 Colfax Ave<br>Pompton Lakes, NJ 07442-1001 | Lowenstein Sandler LLP<br>Attn: William B. Farrell<br>One Lowenstein Drive<br>Roseland, NJ 07068-1791 | Manuel Rivera<br>10361 NW 64th Ter<br>Doral FL 33178-4022 |
| Mark Absher<br>109 Montana Del Lago Drive<br>Rancho Santa Margarita, CA 92688 | Massachusetts Department of Revenue<br>100 Cambridge Street,<br>Boston, MA 02204-0001 | Massachusetts Dept. of Revenue Bankruptcy Un<br>PO Box 7090<br>Boston, MA 02204-7090 |
| MEDIANT COMMUNICATIONS INC<br>ATTN ATTN JOSEPH SIMONOWICH<br>400 REGENCY FOREST DRIVE<br>SUITE 200<br>CARY NC 27518-7703 | Miami-Dade Office of the Tax Collector<br>Tangible Personal Property<br>200 NW 2nd Avenue, Miami, FL 33128 | Miami-Dade Office of the Tax Collector<br>Legal Services Unit<br>200 NW 2nd Ave, suite 430<br>Miami, Florida 33128- |
| MIchigan Department of Treasury<br>PO Box 30756<br>Lansing, MI 48909-8256 | Michigan Department of Treasury<br>City Tax Administration<br>PO Box 30756,<br>Lansing, MI 48909-8256 | Minesota Department of Revenue<br>Collections Division<br>PO Box 64651<br>Saint Paul, MN 55164-0651 |
| Missouri Department of Revenue<br>Taxation Division<br>PO Box 3375,<br>Jefferson City, MO 65102-3375 | Navarro Attorneys At Law<br>66 West Flagler Street, Sixth Floor<br>Miami, FL 33130-1807 | New Jersey Department of Labor and Workforce<br>Division of Employer Accounts<br>PO Box 059,<br>Trenton, NJ 08646-0001 |
| New Jersey Department of Labor and Workforce<br>Delinquency Unit<br>PO Box 932,<br>Trenton, NJ 08625-0932 | New Jersey Department of the Treasury<br>Division of Taxation<br>PO Box 1009,<br>Moorsetown, NJ 08057-0909 | New Mexico Department of Workforce Solutions<br>PO Box 1928,<br>Albuquerque, NM 87103-1928 |
| New Mexico Taxation & Revenue<br>PO Box 25128,<br>Santa Fe, NM 87504-5128 | New York Department of Labor- Unemployment I<br>PO Box 15012<br>Albany, NY 12212-5012 | New York Department of Labor- Unemployment I<br>Enforcement Unit<br>PO Box 4305<br>Binghamton, NY 13902-4305 |
| New York Department of Labor- Unemployment I<br>PO Box 4301<br>Brimingham, NY 13902-4301 | New York Department of Taxation and Finance<br>Civil Enforecement Division - Offset Uni<br>Albany NY 12227-0001 | New York Employment Contributions and Taxes<br>PO Box 4119<br>Binghamton, NY 13902-4119 |
| New York State Department of Taxation & Fina<br>Bankruptcy Section<br>P O Box 5300<br>Albany, NY 12205-0300 | Oklahoma Tax Commission<br>Oklahoma City, OK 73194-0001 | Osborn Maledon, PA<br>2929 N Central Ave Ste 2000<br>Phoenix, AZ 85012-2727 |

| | | |
|---|---|---|
| Pashman Stein Walder Hayden, P.C.<br>21 Main Street, Suite 200<br>Hackensack, NJ 07601-7086 | Payne & Fears LLP<br>4 Park Plaza, Suite 1100,<br>Irvine, CA 92614-8550 | PETTIT KOHN<br>11622 EL CAMINO REAL, SUITE 300,<br>SAN DIEGO, CA 92130-2051 |
| Pillsbury Winthrop Shaw & Pittman LLP<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA 94111-5998 | PrismHR, Inc.<br>35 Parkwood Drive<br>Hopkinton, MA 01748, MA 01748-1727 | Reliance Restaurants, LLC<br>700 East Birch Street, Unit 9847<br>Brea, CA 92822-2142 |
| Rethink Human Capital Management, Inc<br>4101 NW 25th Street<br>Miami, FL 33142-6725 | Say Technologies LLC<br>85 Willow Road<br>Menlo Park, CA 94025-3656 | ShiftPixy Staffing, Inc.<br>4101 NW 25 Street<br>Miami, FL 33142-6725 |
| Shulman Bastian Friedman & Bui LLP<br>Attn: Ryan D. O'Dea, Esq.<br>100 Spectrum Center Drive, Suite 600<br>Irvine, CA 92618-4969 | SoCal Jamba, LLC<br>700 East Birch Street, Unit 9847<br>Brea, CA 92822-2142 | Staff Benefits Management, Inc.<br>Mark Moedritzer<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Blvd.<br>Kansas City, MO 64108-2613 |
| SUNZ INSURANCE<br>1301 6th Ave W,<br>Bradenton, FL 34205-7410 | Team ABC, LLC<br>700 East Birch Street, Unit 9847<br>Brea, CA 92822-2142 | Tennessee Department of Labor & Workforce De<br>Employment Security Division,<br>Employer Accounts Audit<br>220 French Landing Drive,<br>Nashville, TN 37243-1002 |
| Tennessee Department of Revenue<br>c/o Attorney General<br>PO Box 20207<br>Nashville, TN 37202-4015 | Timothy M. Papp<br>3311 W Morrison Ave<br>Tampa, FL 33629-5231 | Trenan, Kemker, Scharf, Barkin, Frye, Oneill &<br>Mullis, P.A.<br>Lara Roeske Ferndnez, Trenan Law<br>101 E Kennedy Boulevard, Suite 2700<br>Tampa, FL 33602 |
| Virginia Department of Taxation<br>PO Box 1115.<br>Richmond, VA 23218-1115 | Virginia Department of Taxation<br>PO Box 1777,<br>Richmond, VA 23218-1777 | Wells Fargo Vendor Financial Services, LLC<br>801 Walnut Street MAC F0006-052<br>Des Moines, IA 50309-3606 |
| WG1, LLC<br>c/o Bryce M. Cullinane, Esq.<br>Keesal, Young & Logan<br>310 Golden Shore, Suite 400<br>Long Beach, CA 90802-4232 | WG3, LLC<br>c/o Bryce M. Cullinane, Esq.<br>Keesal, Young & Logan<br>310 Golden Shore, Suite 400<br>Long Beach, CA 90802-4232 | |