# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION
## www.flsb.uscourts.gov

In re:                                               Case No.: 24-21209-LMI

SHIFTPIXY, INC., *et. al.*1                          Chapter 7

_____Debtors._____/

## TRUSTEE'S EXPEDITED MOTION TO COMPEL MEDIATION

### Statement of Exigent Circumstances

> **While not an emergency, the Trustee is respectfully requesting an expedited hearing on no more than 7 days' notice. The Trustee submits an expedited hearing is necessary due to the wasting nature of the D&O Policy described in the Motion, and the multiple claims asserted by various parties against it, all of whom are seeking reimbursement from the policy. This policy "burn rate" should be paused so that the various claimants will have an opportunity to mediate their disputes.**

Jacqueline Calderin, Chapter 7 Trustee (the "Trustee"), of the jointly administered bankruptcy estates of ShiftPixy, Inc., ShiftPixy Staffing, Inc. and ReThink Human Capital Management, Inc. (collectively referred to as the "Debtors"), by and through her undersigned counsel, files this motion (the "Motion") to compel parties that have made a claim on the Insurance Policy (as defined below) to attend mediation. In support of the Motion, the Trustee states as follows:

### RELEVANT BACKGROUND

1. These cases were initiated by the Debtors, Shiftpixy, Inc., Shiftpixy Staffing, Inc. and ReThink Human Capital Management, Inc. (the "Debtors"), upon the filing of voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in this Court on October 28, 2024.

---

1 The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142



**45 Almeria Avenue · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com**

2. On October 30, 2024, the Court entered an *Order (i) Directing Joint Administration of the Debtors' Related Chapter 11 Cases and (ii) Granting Related Relief* [ECF # 10] directing joint administration of the Debtors' related chapter 11 cases.

3. On January 31, 2025, the Court entered the *Order Granting Expedited Motion of the Debtors for Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code Upon the Closing of the Same [ECF No. 109]* [ECF# 179] (the "Conversation Order").

4. Subsequently, Jacqueline Calderin was appointed the Chapter 7 Trustee (the "Trustee") in the above styled matter [ECF# 182].

5. Upon her appointment the Trustee became aware of a D&O policy (the "D&O Policy") owned by the Debtor, from XL Specialty Insurance Company ("XL Specialty") with policy number ELU190927-23 which includes coverage for the Debtors' directors and officers. The D&O Policy provides up to $5,000,000 in liability coverage solely to ShiftPixy's officers and directors.

6. The Trustee intends to assert a claim against the D&O Policy.

7. The Trustee has also become aware of a number of other claims made against the D&O Policy, and pursuant to which XL Insurance has reimbursed, or may reimburse, defense costs. More specifically, the Trustee has learned that the following cases (the "Insurance Cases") have been filed which may be covered by the D&O Policy:

   a. WG1, LLC ("WG1") and WG3, LLC ("WG3") filed the case styled *WG1, LLC, et al. v. Shiftpixy, Inc., et al.,* Case No. 30-2023-01338891 (Super. Court Orange Cty., CA);

b. Robert Angueira, as Chapter 7 Trustee of the bankruptcy estate of Industrial Human Capital, Inc. ("Angueira") filed the case styled as *Robert Angueira v. Shiftpixy, Inc., et al.*, Adv. Proc. No. 23-01257-LMI (Bankr. S.D. Fla.);

c. Apizza, LLC ("Apizza") filed the case styled as *Apizza, LLC v. Rethink Human Capital Management, Inc., d/b/a Shiftpixy, et al.*, Case No. 30-2024-01385218 (Super. Ct., Orange Cty., CA);

d. Diamondback DTNM, LLC ("Diamondback") and Little John's Gourmet, LLC ("Little John") *Diamondback DTNM, LLC et al. v. Shiftpixy, Inc. et al.*, Case No. 8:24-cv-01278 (C.D. Cal.); and

e. Golden West Wings, LLC ("Golden Wings"), A&R Management LLC ("AR Management"), ARR Management, LLC ("ARR Management"), Beri Development, LLC ("Beri Development"), Beri Ventures, LLC ("Beri Ventures"), Brea Diners Group, LLC ("Brea Diners"), Fresh Juice Development, LLC ("Fresh Juice"), Golden West Smoothies, LLC ("Golden Smoothies"), Grab N Go Juice, LLC ("GNG Juice"), Juice to Go, LLC ("Juice to Go"), LA Juice Company, LLC ("LA Juice"), LA Jamba LLC ("LA Jamba"), Reliance Restaurants, LLC ("Reliance Restaurants"), SoCal Jamba LLC ("SoCal Jamba"), Team ABC LLC ("Team ABC"), Brea Juice Company, LLC ("Brea Juice") filed the case styled *Golden West Wings LLC, et al. v. Shiftpixy, Inc. et al.*, Case No. 8:24-cv-01537 (C.D. Cal.). The foregoing parties in paragraphs 7(a)-(e) are the "Litigation Parties," and each case is an "Insurance Case(s)."

8. Each of the plaintiffs in the Insurance Cases have also filed claims in these bankruptcy cases:

45 Almeria Avenue · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com

a. WG1 filed Claim No. 61 on January 6, 2025.

b. WG3 filed claim No. 62 on January 6, 2025.

c. Angueira filed Claim No. 23 on December 13, 2024.

d. Apizza filed claim No. 28 on December 17, 2024.

e. DiamondBack filed claim No. 56 on January 3, 2025.

f. Little John filed claim No. 57 on January 3, 2025.

g. Golden Wings filed claim No. 48 on January 2, 2025.

h. AR Management filed claim No. 38 on January 2, 2025.

i. ARR Management filed claim No. 40 on January 2, 2025.

j. Beri Development filed claim No. 42 on January 2, 2025.

k. Brea Diners filed claim No. 41 on January 2, 2025.

l. Fresh Juice filed claim No. 45 on January 2, 2025.

m. Golden Smoothies filed claim No. 47 on January 2, 2025.

n. GNG Juice filed claim No. 46 on January 2, 2025.

o. Juice to Go filed claim No. 49 on January 2, 2025.

p. LA Juice filed claim No. 51 on January 2, 2025.

q. LA Jamba filed claim No. 50 on January 2, 2025.

r. Reliance Restaurants filed claim No. 52 on January 2, 2025.

s. SoCal Jamba filed claim No. 53 on January 2, 2025.

t. Team ABC filed claim No. 54 on January 2, 2025.

u. Brea Juice filed claim No. 43 on January 2, 2025.

agentis
45 Almeria Avenue · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com

**RELIEF REQUESTED**

9. By this Motion, the Trustee respectfully requests that the Court (i) order the Trustee and the Litigation Parties to attend a mediation conference no later than forty-five (45) days from the date of entry of an order on this Motion; and (ii) establish certain procedures to govern the mediation as set forth herein.

10. The D&O Policy is property of the estate. *See MacArthur Co. v. Johns-Manville Corp.*, 837 F.2d 89, 92 (2d Cir. 1988) ("Numerous courts have determined that a debtor's insurance policies are property of the estate, subject to the bankruptcy court's jurisdiction."), *cert. denied*, 488 U.S. 868 (1988); *see also First Fidelity Bank v. McAteer*, 985 F.2d 114, 116 (3d Cir. 1993); *Louisiana World Exposition, Inc. v. Federal Ins. Co.*, 832 F.2d 1391, 1399 (5th Cir. 1987); *Minoco Group of Cos. v. First State Underwriters Agency*, 799 F.2d 517, 519 (9th Cir. 1986); *A.H. Robins Co. v. Piccinin*, 788 F.2d 994, 1001 (4th Cir. 1986); *Beloit Liquidating Trust v. United Ins. Co.*, 287 B.R. 904, 905-06 (N.D. Ill. 2002); *In re Ames Dep't Stores Inc.*, 1995 WL 311764, at *3 (S.D.N.Y. 1995) (*citing In re Sudbury, Inc.*, 153 B.R. 776, 778-80 (Bankr. N.D. Ohio 1993); *In re Firearms Imp. and Exp. Corp.*, 131 B.R. 1009, 1013-14 (Bankr. S.D. Fla. 1991); *In re Federal Press Co.*, 104 B.R. 56 (Bankr. N.D. Ind. 1989).

11. Given the "wasting" nature of the D&O Policy, the Trustee is concerned that the multiple pending litigations, pursuant to which the Insurance Carrier is advancing defense costs, will result in a "burn rate" that will materially deplete the Insurance Policies' remaining limits of liability. Any diminution resulting from a judgment in the Insurance Cases or the reimbursement of defense costs necessarily impacts property of the estate and detrimentally impacts the creditor body.

45 Almeria Avenue · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com

12. Compelling mediation at this time and before the D&O Policy is further depleted, will provide the parties with an opportunity to achieve a consensual resolution of the claims against the D&O Policy, maximize returns to the Litigating Parties, conserve judicial resources and minimize attorneys' fees and costs.

13. Moreover, in order to promote an efficient mediation process, the Trustee further requests that the Court implement certain mediation procedures (the "Proposed Procedures") set forth below.

14. The Proposed Procedures will further the purpose behind the Bankruptcy Rules and Local Rules by establishing structured guidelines essential to the efficient and successful resolution of the Trustee's claims, including participating requirements and deadlines and procedures for the selection and payment of a mediator.

15. The Trustee submits that implementation of the Proposed Procedures will promote the cost-effective, efficient resolution of all claims, thereby benefitting the Debtor's creditors and all parties in interest. Moreover, the Proposed Procedures will serve to advance principles of judicial economy and the conservation of judicial resources.

### A. The Proposed Procedures

16. The parties shall mediate on or before forty-five (45) days after the entry of the order on this Motion (the "Order"), provided however, that the parties may seek leave of Court to extend such time period for good cause shown.

17. The parties will select a mutually acceptable mediator using the following procedures:

    a. Within five (5) days of entry of the Order, the Trustee shall propose in writing to the Litigation Parties the names of three (3) potential

45 Almeria Avenue · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com

          mediators and provide their respective *curriculum vitae*.

          b.    Within five (5) days thereafter, the Litigation Parties' respective counsel shall either agree to one of the Trustee's proposed mediators, or each disagreeing party shall provide Trustee's counsel with an alternative mediator, along with their respective *curriculum vitae*.

          c.    The Trustee will then have five (5) days within which to select one of the alternative mediators proposed by the Litigation Parties.

18.    One representative of each of the Litigation Parties, with full authority to negotiate and settle the claims, will be required to attend the mediation. Any participating party may be represented by legal counsel, but legal counsel is not required.

19.    The mediation shall be held remotely through the use of a video conferencing service/platform such as Zoom. The date and time of the mediation shall be set by the mediator, after consultation with the parties.

20.    The Trustee and the Litigation Parties shall each evenly share the costs of the mediator's fees and expenses including, without limitation, travel, deposit, and costs of technology required to hold the mediation remotely.

### B. The Bankruptcy Court is Authorized to Compel Mediation and Implement the Proposed Procedures

21.    "The court may order the assignment of a matter or proceeding to mediation at a pretrial conference or other hearing, upon the request of any party in interest or the U.S. Trustee, or upon the court's own motion." Local Rule 9019-2(B)(1).

22.    Additionally, section 105(a) of the Bankruptcy Code grants bankruptcy courts broad authority and discretion to take actions and implement procedures that are necessary to carry out the provisions of the Bankruptcy Code. This section provides that:

7



45 Almeria Avenue · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com

> The court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title. No provision of this title providing for the raising of an issue by a party in interest shall be construed to preclude the court from, *sua sponte*, taking any action or making any determination necessary or appropriate to enforce or implement court orders or rules, or to prevent an abuse of process.

11 U.S.C. § 105(a).

23. The Trustee submits that (i) ordering the Litigation Parties and the Trustee to attend a mediation conference and (ii) implementing the Proposed Procedures are both appropriate and necessary for the efficient administration and resolution of the claims against the D&O Policy. Section 105 will enable the Court to carry out fully the provisions of Title 11, including but not limited to Section 502.

24. The Proposed Procedures establish a structured, efficient process for the resolution of the various claims asserted against the D&O Policy, and the claims filed in this case by the Litigation Parties, and are integral to the ability of the parties to resolve the claims related to the D&O Policy in a cost-effective manner that will maximize value to the Litigation Parties, and these estates. In light of the foregoing, the Trustee submits that referring this matter to mediation conference and approving the Proposed Procedures are warranted and well within the authority of the Court.

WHEREFORE, the Trustee respectfully requests that this Court enter an order: (i) granting this Motion, (ii) requiring the Trustee and the Litigation Parties to attend a mediation conference; (iii) implementing the Proposed Procedures in connection with the mediation; and (iv) granting such other and further relief as the Court deems necessary and proper.

By:   */s/ Jesse R. Cloyd*
     Jesse R. Cloyd
     Florida Bar No: 58388
     jrc@agentislaw.com



**45 Almeria Avenue · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com**

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and via U.S. Mail to the parties on the attached service list on April 16, 2025.

>AGENTIS PLLC
>*Counsel for the Trustee*
>45 Almeria Avenue
>Coral Gables, FL  33134
>T. 305.722.2002
>www.agentislaw.com
>By:     */s/ Jesse R. Cloyd*
>           Jesse R. Cloyd
>           Florida Bar No: 58388
>           jrc@agentislaw.com

| | | |
|---|---|---|
| ShiftPixy, Inc.<br><br>4101 NW 25 Street<br>Miami, FL 33142-6725 | 4te Inc<br>PO Box 4048<br>Mission Viejo, CA 92690-4048 | A&R Management, LLC<br>700 East Birch Street, Unit 9847<br>Brea, CA 92822-2142 |
| APIZZA, LLC<br>c/o Dunlap Bennett & Ludwig PLLC<br>211 Church Street SE<br>Leesburg, VA 20175-3034 | Arizona Department of Economic Security<br>PO Box 6028, Mail Drop 5881,<br>Phoenix, AZ 85005-6028 | Arizona Department of Revenue<br>PO Box 29085,<br>Phoenix, AZ 85038-9085 |
| ARR Management, LLC<br>700 East Birch Street, Unit 9847<br>Brea, CA 92822-2142 | AT&T Corp<br>%AT&T Services Inc.<br>Karen A. Cavagnaro Paralegal<br>One AT&T Way, Suite 3A104<br>Bedminster, NJ 07921 | AT&T Mobility aka AT&T by AIS InfoSource LP as agent<br>AT&T Mobility aka AT&T by AIS InfoSource LP as agent<br>4515 N Santa Fe<br>Oklahoma City, OK 73118 |
| AT&T Mobility II LLC<br>%AT&T Services Inc.<br>Karen A. Cavagnaro Paralegal<br>One AT&T Way, Suite 3A104<br>Bedminster, NJ 07921 | BairesDev LLC<br>c/o Tarter Krinsky & Drogin LLP<br>Attn: Rocco A. Cavaliere, Esq.<br>1350 Broadway, 11th Floor<br>New York, NY 10018-0947 | Balanced Management, LLC<br>26 S Rio Grande St. #2072<br>Salt Lake City, Utah 84101 |
| Beri Development, LLC<br>700 East Birch Street, Unit 9847<br>Brea, CA 92822-2142 | Beri Ventures, LLC<br>700 East Birch Street, Unit 9847<br>Brea, CA 92822-2142 | Blake J. Delaney<br>Buchanan Ingersoll & Rooney PC<br>401 E Jackson St., Suite 2400<br>Tampa, FL 33602 |
| Brea Diners Group, LLC<br>700 East Birch Street, Unit 9847<br>Brea, CA 92822-2142 | Brea Juice Company, LLC<br>700 East Birch Street, Unit 9847<br>Brea, CA 92822-2142 | Brex Inc<br>Ballard Spahr LLP<br>Attn: Joel Newell<br>1 E. Washington St., Suite 2300<br>Phoenix, AZ 85004-2555 |
| Bright Labs Services LLC<br>485 Lexington Ave 10th FL,<br>New York, NY, 10017-2619 | BROADRIDGE FINANCIAL SOLUTIONS<br>1155 LONG ISLAND AVENUE<br>EDGEWOOD NY 11717-8309 | California Employment Development Department<br>PO Box 989061,<br>West Sacramento, CA 95798-9061 |
| California Employment Development Department<br>3321 Power Inn Road,<br>Suite 140, #759<br>Sacramento, CA 95826-3893 | California Employment Development Department<br>PO Box 997418<br>Sacramento, CA 95899 | Chirstopher A Sebes<br>5730 Claridon Drive<br>Naples, FL 34113-8385 |
| Connie L Absher<br>18841 SW 74th Ct<br>Cutler Bay, FL 33157 | County of Orange Treasurer-Tax Collector<br>PO Box 4515<br>Santa Ana, CA 92702-4515 | Creditors Adjustment Bureau<br>c/o Law Office of Kenneth J. Freed<br>4340 Fulton Ave., Third Floor<br>Sherman Oaks, CA 91423-3925 |
| CT Corporation<br>PO Box 4349<br>Carol Stream, IL 60197-4349 | David Frederik Vasquez<br>1511 S Pomona Ave, Unit A9<br>Fullerton, CA 92832-3416 | David May<br>15441 SW 173rd Ln<br>Miami, FL 33187 |

| | | |
|---|---|---|
| DC Office of Tax and Revenue- Compliance Adm<br>1101 4th Street SW,<br>Washington, DC 20024-4457 | DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | Diamondback DTNM, LLC<br>3200 N. Central Avenue, Suite 1800<br>Phoenix, AZ 85012-2438 |
| Donohoe Advisory Associates LLC<br>9801 Washingtonian Blvd<br>Suite 340<br>Gaithersburg, MD 20878-7391 | Eduardo J. Dominguez<br>5778 Devonshire Blvd.<br>Miami, FL 33155-4062 | El Toro.com, LLC<br>552 E Market Street<br>Suite 400<br>Louisville, KY 40202-7111 |
| Elizabeth Eastvold<br>9740 SW 218 St<br>Cutler Bay, FL 33190 | Evan Blumer<br>90 SW 3rd Street<br>APT 2502<br>Miami, FL 33130-4024 | Florida Department of Revenue<br>2450 Shumard Oak Blvd<br>Tallahassee, FL 32399-7022 |
| Florida Department of Revenue<br>5050 West Tennessee Street,<br>Tallahassee, FL 32399-0100 | FOUNDRY ASVRF SAWGRASS LLC<br>C/O MICHAEL S. PROVENZALE<br>215 N. EOLA DRIVE<br>ORLANDO FL 32801-2028 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 |
| Fresh Juice Development, LLC<br>700 East Birch Street, Unit 9847<br>Brea, CA 92822-2142 | Golden West Smoothies, LLC<br>700 East Birch Street, Unit 9847<br>Brea, CA 92822-2142 | Golden West Wings, LLC<br>700 East Birch Street, Unit 9847<br>Brea, CA 92822-2142 |
| Google LLC<br>c/o White and Williams LLP<br>ATTN: Michael Ingrassia<br>600 North King Street, Suite 800<br>Wilmington, DE 19801-3778 | Grab N Go Juice, LLC<br>700 East Birch Street, Unit 9847<br>Brea, CA 92822-2142 | Hannah Woods<br>13551 NW 6th St. Apt 101<br>Pembroke Pines, FL 33028 |
| Idaho Department of Labor- Collection Enforc<br>Unit 317 W Main Street,<br>Boise, ID 83735-0001 | Idaho State Tax Commission<br>PO Box 36,<br>Boise, ID 83722-0036 | Idaho State Tax Commission<br>11321 W Chinden Blvd,<br>Boise ID 83714-1021 |
| Illinois Department of Employment Security<br>Revenue Collection Enforcement Unit<br>33 S State Street, 10th Floor,<br>Chicago, IL 60603-2808 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | IOWA Workforce Development Unemployment Insu<br>1000 E Grand Avenue,<br>Des Moines, IA 50319-0220 | ipCapital Group, Inc.<br>426 Industrial Ave, Suite 150<br>Williston, VT 05495 |
| IPFS Corporation 3522<br>30 Montgomery Street, Suite 501<br>Jersey City, NJ 07302 | Jason Absher<br>1950 SE 14th Ct<br>Homestead, FL 33035 | Jeffrey R Ott<br>200 SW 85th Street #109<br>Pembroke Pines, FL 33025 |

| | | |
|---|---|---|
| Juice To Go, LLC<br>700 East Birch Street, Unit 9847<br>Brea, CA 92822-2142 | Kansas Department of Revenue<br>Division of Taxation<br>12 SE 10th Avenue,<br>Topeka KS 66625-0001 | Kansas Department of RevenueDivision of Taxa<br>PO Box 3506, Avenue,<br>Topeka, KS 66601-3506 |
| Karen Sue Naylor, Ch 7 Trustee, in Re John H<br>4910 Birch St. Suite 120<br>Newport Beach, CA 92660-2188 | KPA Services LLC<br>11080 Circle Point Rd, Suite 200<br>Westminster, CO 80020-2778 | LA Jamba, LLC<br>700 East Birch Street, Unit 9847<br>Brea, CA 92822-2142 |
| LA Juice Company, LLC<br>700 East Birch Street, Unit 9847<br>Brea, CA 92822-2142 | Levinson Arshonsky Kurtz & Komsky LLP<br>15303 Ventura Boulevard<br>Suite 1650<br>Sherman Oaks, CA 91403-6620 | Little John's Gourmet, LLC<br>3200 N. Central Avenue, Suite 1800<br>Phoenix, AZ 85012-2438 |
| Lori Lynn Howard<br>749 Colfax Ave<br>Pompton Lakes, NJ 07442-1001 | Lowenstein Sandler LLP<br>Attn: William B. Farrell<br>One Lowenstein Drive<br>Roseland, NJ 07068-1791 | Manuel Rivera<br>10361 NW 64th Ter<br>Doral FL 33178-4022 |
| Mark Absher<br>109 Montana Del Lago Drive<br>Rancho Santa Margarita, CA 92688 | Massachusetts Department of Revenue<br>100 Cambridge Street,<br>Boston, MA 02204-0001 | Massachusetts Dept. of Revenue Bankruptcy Un<br>PO Box 7090<br>Boston, MA 02204-7090 |
| MEDIANT COMMUNICATIONS INC<br>ATTN ATTN JOSEPH SIMONOWICH<br>400 REGENCY FOREST DRIVE<br>SUITE 200<br>CARY NC 27518-7703 | Miami-Dade Office of the Tax Collector<br>Tangible Personal Property<br>200 NW 2nd Avenue, Miami, FL 33128 | Miami-Dade Office of the Tax Collector<br>Legal Services Unit<br>200 NW 2nd Ave, suite 430<br>Miami, Florida 33128- |
| MIchigan Department of Treasury<br>PO Box 30756<br>Lansing, MI 48909-8256 | Michigan Department of Treasury<br>City Tax Administration<br>PO Box 30756,<br>Lansing, MI 48909-8256 | Minesota Department of Revenue<br>Collections Division<br>PO Box 64651<br>Saint Paul, MN 55164-0651 |
| Missouri Department of Revenue<br>Taxation Division<br>PO Box 3375,<br>Jefferson City, MO 65102-3375 | Navarro Attorneys At Law<br>66 West Flagler Street, Sixth Floor<br>Miami, FL 33130-1807 | New Jersey Department of Labor and Workforce<br>Division of Employer Accounts<br>PO Box 059,<br>Trenton, NJ 08646-0001 |
| New Jersey Department of Labor and Workforce<br>Delinquency Unit<br>PO Box 932,<br>Trenton, NJ 08625-0932 | New Jersey Department of the Treasury<br>Division of Taxation<br>PO Box 1009,<br>Moorsetown, NJ 08057-0909 | New Mexico Department of Workforce Solutions<br>PO Box 1928,<br>Albuquerque, NM 87103-1928 |
| New Mexico Taxation & Revenue<br>PO Box 25128,<br>Santa Fe, NM 87504-5128 | New York Department of Labor- Unemployment I<br>PO Box 15012<br>Albany, NY 12212-5012 | New York Department of Labor- Unemployment I<br>Enforcement Unit<br>PO Box 4305<br>Binghamton, NY 13902-4305 |

| | | |
|---|---|---|
| New York Department of Labor- Unemployment I<br>PO Box 4301<br>Brimingham, NY 13902-4301 | New York Department of Taxation and Finance<br>Civil Enforecement Division - Offset Uni<br>Albany NY 12227-0001 | New York Employment Contributions and Taxes<br>PO Box 4119<br>Binghamton, NY 13902-4119 |
| New York State Department of Taxation & Fina<br>Bankruptcy Section<br>P O Box 5300<br>Albany, NY 12205-0300 | NM Taxation & Revenue Department<br>PO Box 8575<br>Albuquerque, NM 87198-8575 | Oklahoma Tax Commission<br>Oklahoma City, OK 73194-0001 |
| Osborn Maledon, PA<br>2929 N Central Ave Ste 2000<br>Phoenix, AZ 85012-2727 | Pashman Stein Walder Hayden, P.C.<br>21 Main Street, Suite 200<br>Hackensack, NJ 07601-7086 | Payne & Fears LLP<br>4 Park Plaza, Suite 1100,<br>Irvine, CA 92614-8550 |
| PETTIT KOHN<br>11622 EL CAMINO REAL, SUITE 300,<br>SAN DIEGO, CA 92130-2051 | Phillip Eastvold<br>9740 SW 218th St<br>Cutler Bay, FL 33190 | Pillsbury Winthrop Shaw & Pittman LLP<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA 94111-5998 |
| PrismHR, Inc.<br>35 Parkwood Drive<br>Hopkinton, MA 01748, MA 01748-1727 | Reliance Restaurants, LLC<br>700 East Birch Street, Unit 9847<br>Brea, CA 92822-2142 | Rethink Human Capital Management, Inc<br>4101 NW 25th Street<br>Miami, FL 33142-6725 |
| Say Technologies LLC<br>85 Willow Road<br>Menlo Park, CA 94025-3656 | Scott William Absher<br>18841 SW 74th Ct<br>Cutler Bay, FL 33157 | ShiftPixy Staffing, Inc.<br>4101 NW 25 Street<br>Miami, FL 33142-6725 |
| Shulman Bastian Friedman & Bui LLP<br>Attn: Ryan D. O'Dea, Esq.<br>100 Spectrum Center Drive, Suite 600<br>Irvine, CA 92618-4969 | SoCal Jamba, LLC<br>700 East Birch Street, Unit 9847<br>Brea, CA 92822-2142 | Spectrum OPC, LLC<br>7 Corporate Plaza<br>Newport Beach, CA 92660 |
| Staff Benefits Management, Inc.<br>Mark Moedritzer<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Blvd.<br>Kansas City, MO 64108-2613 | SUNZ INSURANCE<br>1301 6th Ave W,<br>Bradenton, FL 34205-7410 | Team ABC, LLC<br>700 East Birch Street, Unit 9847<br>Brea, CA 92822-2142 |
| Tennessee Department of Labor & Workforce De<br>Employment Security Division,<br>Employer Accounts Audit<br>220 French Landing Drive,<br>Nashville, TN 37243-1002 | Tennessee Department of Revenue<br>c/o Attorney General<br>PO Box 20207<br>Nashville, TN 37202-4015 | Timothy M. Papp<br>3311 W Morrison Ave<br>Tampa, FL 33629-5231 |
| Trenan, Kemker, Scharf, Barkin, Frye, Oneill & Mullis, P.A.<br>Lara Roeske Ferndnez, Trenan Law<br>101 E Kennedy Boulevard, Suite 2700<br>Tampa, FL 33602 | Virginia Department of Taxation<br>PO Box 1115.<br>Richmond, VA 23218-1115 | Virginia Department of Taxation<br>PO Box 1777,<br>Richmond, VA 23218-1777 |

Wells Fargo Vendor Financial Services, LLC
801 Walnut Street MAC F0006-052
Des Moines, IA 50309-3606

WG1, LLC
c/o Bryce M. Cullinane, Esq.
Keesal, Young & Logan
310 Golden Shore, Suite 400
Long Beach, CA 90802-4232

WG3, LLC
c/o Bryce M. Cullinane, Esq.
Keesal, Young & Logan
310 Golden Shore, Suite 400
Long Beach, CA 90802-4232