**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

*In re:*                                                              Case No.: 24-21209-LMI

SHIFTPIXY, INC.,[1]                                         Chapter 7
                                                                      (Jointly Administered)
_____Debtors._____ /

**TRUSTEE'S EXPEDITED MOTION FOR AUTHORITY TO**
**EXTEND SERVICE AGREEMENT WITH EGNYTE, INC. FOR CLOUD BASED**
**SERVER ACCESS AND PAY ASSOCIATED COSTS**

*(Emergency Hearing Requested on or before July 3, 2025)*

**Statement of Exigent Circumstances**

> **The Trustee requests an expedited hearing on this matter. The current service agreement with Egnyte, Inc., which provides cloud based server access to the Debtor, expires on or about July 6, 2025. In order to preserve the ESI of the Debtor, the Trustee seeks an expedited hearing for authority to extend the service agreement, and pay associated costs, prior to the expiration of the current agreement.**

Jacqueline Calderin, as the Chapter 7 Trustee (the "Trustee"), of the jointly administered bankruptcy estates of ShiftPixy, Inc., ShiftPixy Staffing, Inc. and ReThink Human Capital Management, Inc. (collectively referred to as the "Debtors"), by and through undersigned counsel, moves for authority to extend the service agreement with Egnyte, Inc. ("Egnyte") for cloud based server access, and to pay associated costs, and states:

1. On October 28, 2024, the Debtors commenced these bankruptcy cases upon the filing of voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in this Court.

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.



**45 Almeria Avenue · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com**

2. On October 30, 2024, the Court entered an *Order (i) Directing Joint Administration of the Debtors' Related Chapter 11 Cases and (ii) Granting Related Relief* [ECF# 10].

3. On January 31, 2025, the Court entered its *Order Granting Expedited Motion of the Debtors for Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code Upon the Closing of the Same* [ECF# 179] (the "Conversion Order"), and the Trustee was appointed as Chapter 7 Trustee.

4. The Debtors, both pre- and post-petition date, utilized a cloud-based server platform, from Egnyte, on which the Debtors stored and backed up all of its electronic information and data ("ESI").

5. The volume of ESI currently stored on the Egnyte server is approximately 12 terabytes.

6. Since the entry of the Conversion Order, the Trustee's financial professionals, have worked to secure and analyze the Debtor's ESI.

7. However, the enormous amount of ESI on the Egnyte server, and the lack of organization and searchability of the ESI, has made those efforts difficult and time consuming.

8. The current service agreement with Egnyte expires on July 6, 2025.

9. In order to preserve the ESI, and to allow the Trustee's professionals sufficient time to analyze and duplicate the ESI necessary for this bankruptcy case, it is necessary to extend the service agreement with Egnyte.

agentis

45 Almeria Avenue · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com

10. Specifically, the Trustee seeks authority to extend the service contract with Egnyte through October 5, 2025, at a cost of $14,957.04. The cost to extend the service with Egnyte is broken down as follows:

   a. $9,983.04 for previously unpaid service from January 2025 through July 2025; and

   b. $4,974.00 for extension of service through October 5, 2025.

11. Accordingly, the Trustee requests authorization extend the service agreement with Egnyte through October 5, 2025, and authorization to pay Egnyte $14,957.04.

**WHEREFORE** the Trustee requests entry of an order (i) authorizing the Trustee to pay Egnyte for cloud server access in the amount of $14,957.04 and extend the service agreement with Egnyte through October 5, 2025; and (ii) providing for any additional relief that the Court deems just and proper.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on June 27, 2025.

>AGENTIS PLLC
>*Counsel for the Chapter 7 Trustee*
>45 Almeria Avenue
>Coral Gables, FL 33134
>T. 305.722.2002
>www.agentislaw.com
>
>By:   */s/ Jesse R. Cloyd*
>        Jesse R. Cloyd
>        Florida Bar No: 58388
>        jrc@agentislaw.com

3

