**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

*In re:*                                                       Case No.: 24-21209-LMI

SHIFTPIXY, INC.,*et al.*[1]                           Chapter 7

         Debtor.                                     /

**TRUSTEE'S FIRST OMNIBUS OBJECTION TO**
**CLAIMS OF: APIZZA [#28], DIAMONDBACK [#56],**
**LITTLE JOHN'S GOURMET [#57], WG1, LLC [#61], AND WG3, LLC [#62]**

> **IMPORTANT NOTICE TO CREDITORS:**
> **THIS IS AN OBJECTION TO YOUR CLAIM**
>
> **This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve (mail) a copy to the Trustee OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION. Any written response must contain the case name, case number, and must be filed with the Clerk of the United States Courthouse, C. Clyde Atkins, U.S. Courthouse, 301 N. Miami Avenue, Room 150, Miami Florida 33128.**

       Jacqueline Calderin, Chapter 7 Trustee (the "Trustee"), of the jointly administered bankruptcy estates of ShiftPixy, Inc., ShiftPixy Staffing, Inc. and ReThink Human Capital Management, Inc. (collectively referred to as the "Debtors"), by and through undersigned counsel, pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, objects to the following proof of claim(s), and states:

| Claim Number | Claimant | Amount Claimed | Basis for Objection and Recommended Disposition |
|---|---|---|---|

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.



**45 Almeria Avenue · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com**

| Claim Number | Claimant | Amount Claimed | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 28 | APIZZA, LLC<br>c/o Dunlap Bennett & Ludwig PLLC<br>211 Church Street SE<br>Leesburg, VA 20175 | $2,287,269.15 | This claim arises from a complaint for (i) breach of fiduciary duty; (ii) fraud; (iii) conversion; (iv) unjust enrichment; (v) breach of contract; (vi) Breach of implied covenant of good faith and fair dealing; (vii) unfair business practices; (viii) common count: account stated; (ix) declaratory relief. The trustee objects to this claim on the basis that claims for breach of fiduciary duty and fraud are exclusively claims of the bankruptcy estate of the bankruptcy estate. Accordingly, this claim should be allowed in the amount filed, but solely based upon conversion, unjust enrichment, breach of contract, which implied covenant of good faith and fair dealing, unfair business practices and account stated. The claim should be disallowed on all other theories. The Trustee reserves the right to supplement or amend this objection. |
| 56 | Diamondback DTNM, LLC<br>3200 N. Central Avenue, Suite 1800<br>Phoenix, AZ 85012 | $1,491,701.65 | This claim arises from a complaint for (i) breach of fiduciary duty; (ii) Indemnity (iii) conversion; (iv) unjust enrichment; (v) breach of contract; (vi) Money Had & Received; (vii) Negligence; (viii) Account Stated; (ix) Constructive Trust. The trustee objects to this claim on the basis that claims for breach of fiduciary duty are exclusively claims of the bankruptcy estate of the bankruptcy estate. Accordingly, this claim should be allowed in the amount filed, but solely based upon conversion, unjust enrichment, breach of contract, which implied covenant of good faith and fair dealing, unfair business practices and account stated. The claim should be disallowed on all other theories. The Trustee reserves the right to supplement or amend this objection. |

45 Almeria Avenue · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com

| Claim Number | Claimant | Amount Claimed | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 57 | Little John's Gourmet, LLC<br>3200 N. Central Avenue, Suite 1800<br>Phoenix, AZ 85012 | $45,370.95 | This claim arises from a complaint for (i) breach of fiduciary duty; (ii) Indemnity (iii) conversion; (iv) unjust enrichment; (v) breach of contract; (vi) Money Had & Received; (vii) Negligence; (viii) Account Stated; (ix) Constructive Trust. The trustee objects to this claim on the basis that claims for breach of fiduciary duty are exclusively claims of the bankruptcy estate of the bankruptcy estate. Accordingly, this claim should be allowed in the amount filed, but solely based upon conversion, unjust enrichment, breach of contract, which implied covenant of good faith and fair dealing, unfair business practices and account stated. The claim should be disallowed on all other theories. The Trustee reserves the right to supplement or amend this objection. |
| 61 | WG1, LLC<br>c/o Bryce M. Cullinane, Esq.<br>Keesal, Young & Logan<br>310 Golden Shore, Suite 400<br>Long Beach, CA 90802 | $253,328.00 | To the extent this claim arises from claims of breaches of fiduciary duty or fraud, the trustee objects to this claim on the basis that claims for breach of fiduciary duty or fraud are exclusively claims of the bankruptcy estate of the bankruptcy estate. Accordingly, this claim should be allowed in the amount filed, but solely based upon theories other than fraud or breach of fiduciary duty. The Trustee reserves the right to supplement or amend this objection. |
| 62 | WG3, LLC<br>c/o Bryce M. Cullinane, Esq.<br>Keesal, Young & Logan<br>310 Golden Shore, Suite 400<br>Long Beach, CA 90802 | $253,328.00 | To the extent this claim arises from claims of breaches of fiduciary duty or fraud, the trustee objects to this claim on the basis that claims for breach of fiduciary duty or fraud are exclusively claims of the bankruptcy estate of the bankruptcy estate. Accordingly, this claim should be allowed in the amount filed, but solely based upon theories other than fraud or breach of fiduciary duty. The Trustee reserves the right to supplement or amend this objection. |

45 Almeria Avenue · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com

Dated:  June 30, 2025

Respectfully submitted,
*Counsel for the Trustee*
**AGENTIS PLLC**
45 Almeria Avenue,
Coral Gables, FL 33134
T: 305.722.2002

*/s/ Robert P. Charbonneau*
Robert P. Charbonneau
Fla. Bar No. 968234
rpc@agentislaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case, and by First Class U.S. Mail and Electronic Mail to all parties listed on the attached service list on June 30, 2025.

*/s/ Robert P. Charbonneau*
Robert P. Charbonneau
Fla. Bar No. 968234
rpc@agentislaw.com

**Service List**

APIZZA, LLC
c/o Dunlap Bennett & Ludwig PLLC
211 Church Street SE
Leesburg, VA 20175
E: csmith@dbllawyers.com

Diamondback DTNM, LLC
3200 N. Central Avenue, Suite 1800
Phoenix, AZ 85012
E: mcurran@mmcec.com

Little John's Gourmet, LLC
3200 N. Central Avenue, Suite 1800
Phoenix, AZ 85012
E: mcurran@mmcec.com

WG1, LLC
c/o Bryce M. Cullinane, Esq.
Keesal, Young & Logan
310 Golden Shore, Suite 400
Long Beach, CA 90802
E: bryce.cullinane@kyl.com

WG3, LLC
c/o Bryce M. Cullinane, Esq.
Keesal, Young & Logan
310 Golden Shore, Suite 400
Long Beach, CA 90802
E: bryce.cullinane@kyl.com

4

