**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

*In re:*                                                              Case No.: 24-21209-LMI

SHIFTPIXY, INC.,*[1]*                                        Chapter 7
                                                                         (Jointly Administered)

      Debtors.                                       /

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that and correct copy of the *Re-Notice of Hearing on Motion to Compromise Controversy with Certain Former Officers and Directors and XL Specialty Insurance (Sealed Document) [ECF# 369]* [ECF# 373] currently scheduled for October 21, 2025 at 3:45 p.m., was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on October 18, 2025 and via U.S. Mail to the parties on the attached service list on October 20, 2025.

                                          AGENTIS PLLC
                                          *Counsel for the Chapter 7 Trustee*
                                          45 Almeria Avenue
                                          Coral Gables, Florida 33134
                                          T. 305.722.2002
                                          www.agentislaw.com

                          By:   */s/ Robert P. Charbonneau*
                                Robert P. Charbonneau
                                Florida Bar No: 968234
                                rpc@agentislaw.com

---

[1] The Debtors are: (i) Shiftpixy, Inc.; (ii) Shiftpixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.



**24-21209-LMI Notice will be electronically mailed to:**

Eyal Berger, Esq. on behalf of Creditor Sunz Insurance Solutions, LLC
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Jacqueline Calderin
calderintrustee@gmail.com,
jcalderin@ecf.axosfs.com;calderintrustee@ecf.inforuptcy.com;jc01@trustesolutions.net

Samuel J Capuano on behalf of Creditor Robert Angueira
scapuano@bergersingerman.com,
FSellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com

Luis R Casas on behalf of Interested Party XL Specialty Insurance Company
luis.casasmeyer@akerman.com, janet.salinas@akerman.com

Robert P. Charbonneau, Esq. on behalf of Debtor ShiftPixy, Inc.
rpc@agentislaw.com,
nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Robert P. Charbonneau, Esq. on behalf of Plaintiff Jacqueline Calderin
rpc@agentislaw.com,
nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Robert P. Charbonneau, Esq. on behalf of Trustee Jacqueline Calderin
rpc@agentislaw.com,
nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Samuel Clemens on behalf of Creditor Amanda Murphy
sam@gilleonlawfirm.com

Jesse R Cloyd on behalf of Plaintiff Jacqueline Calderin, Chapter 7 Trustee
jrc@agentislaw.com,
bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Jesse R Cloyd on behalf of Trustee Jacqueline Calderin
jrc@agentislaw.com,
bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Jonathan S. Feldman on behalf of Other Professional Jonathan Feldman
feldman@katiephang.com, service@katiephang.com

Leyza Barbara Florin on behalf of Creditor Century Tacos, Inc.
lflorin@sequorlaw.com, jdiaz@sequorlaw.com,9361209420@filings.docketbird.com

Leyza Barbara Florin on behalf of Creditor Golden Taco, Inc.
lflorin@sequorlaw.com, jdiaz@sequorlaw.com,9361209420@filings.docketbird.com

Leyza Barbara Florin on behalf of Creditor Los Angeles West Taco, Inc.
lflorin@sequorlaw.com, jdiaz@sequorlaw.com,9361209420@filings.docketbird.com



Leyza Barbara Florin on behalf of Creditor Pacific Coast Taco, Inc.
lflorin@sequorlaw.com, jdiaz@sequorlaw.com,9361209420@filings.docketbird.com

Leyza Barbara Florin on behalf of Creditor Tacos 2000, Inc.
lflorin@sequorlaw.com, jdiaz@sequorlaw.com,9361209420@filings.docketbird.com

Nicola A Gelormino on behalf of Creditor APIZZA, LLC
nicola@gelorminolawpa.com, admin@gelorminolawpa.com

Daniel Gielchinsky on behalf of Debtor ShiftPixy, Inc.
dan@dgimlaw.com, colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com

Dan L Gold on behalf of U.S. Trustee Office of the US Trustee
Dan.L.Gold@usdoj.gov

Monique D Hayes on behalf of Debtor ShiftPixy, Inc.
monique@dgimlaw.com,
moniquedhayes@gmail.com;colleen@dgimlaw.com;monique123@ecf.courtdrive.com;monique@dgimlaw.com

Nicole Grimal Helmstetter on behalf of Creditor S & R Pizza, Inc
nhelmstetter@joneswalker.com,
mburrow@joneswalker.com;mgreen@joneswalker.com;stobie@joneswalker.com;nicole-helmstetter-8102@ecf.pacerpro.com

Nicole Grimal Helmstetter on behalf of Creditor SMKD Dallas, Inc
nhelmstetter@joneswalker.com,
mburrow@joneswalker.com;mgreen@joneswalker.com;stobie@joneswalker.com;nicole-helmstetter-8102@ecf.pacerpro.com

Nicole Grimal Helmstetter on behalf of Creditor Saroj & Manju Investments Pittsburgh, LLC
nhelmstetter@joneswalker.com,
mburrow@joneswalker.com;mgreen@joneswalker.com;stobie@joneswalker.com;nicole-helmstetter-8102@ecf.pacerpro.com

Samuel W Hess on behalf of Creditor Manny Rivera
shess@slp.law, dwoodall@slp.law;pmouton@slp.law;shess@ecf.courtdrive.com;mortman@slp.law

Samuel W Hess on behalf of Creditor Mark Absher
shess@slp.law, dwoodall@slp.law;pmouton@slp.law;shess@ecf.courtdrive.com;mortman@slp.law

Samuel W Hess on behalf of Creditor Scott Absher
shess@slp.law, dwoodall@slp.law;pmouton@slp.law;shess@ecf.courtdrive.com;mortman@slp.law

Erin M Hoskins on behalf of Creditor Robert Angueira
ehoskins@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com

Harris J. Koroglu on behalf of Creditor Amanda Murphy
hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com;fsantelices@shutts.com



Isaac M Marcushamer, Esq. on behalf of Debtor ReThink Human Capital Management, Inc
isaac@marcushamer.com,
colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

Isaac M Marcushamer, Esq. on behalf of Debtor ShiftPixy Staffing, Inc
isaac@marcushamer.com,
colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

Isaac M Marcushamer, Esq. on behalf of Debtor ShiftPixy, Inc.
isaac@marcushamer.com,
colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

Isaac M Marcushamer, Esq. on behalf of Interested Party ReThink Human Capital Management, Inc
isaac@marcushamer.com,
colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

Isaac M Marcushamer, Esq. on behalf of Interested Party ShiftPixy Staffing, Inc
isaac@marcushamer.com,
colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

David B Marks on behalf of Interested Party IPFS Corporation
brett.marks@akerman.com, charlene.cerda@akerman.com

Paula A. Martinez on behalf of Trustee Jacqueline Calderin
pam@agentislaw.com, bankruptcy@agentislaw.com,nsocorro@agentislaw.com

Charles J McHale on behalf of Creditor Balanced Management, LLC
cmchale@mgl.law, dgolden@mgl.law,ecf@mgl.law,legalassistant@gapfirm.law

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Michael S Provenzale on behalf of Creditor Foundry ASVRF Sawgrass, LLC
michael.provenzale@lowndes-law.com, anne.fisher@lowndes-law.com;litcontrol@lowndes-law.com

Emilio Eduardo Rodriguez on behalf of Defendant Media Network Consultants LLC
eer@assoulineberlowe.com, sh@assoulineberlowe.com

Bradley S Shraiberg on behalf of Creditor Manny Rivera
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law;mortman@slp.law

Bradley S Shraiberg on behalf of Creditor Mark Absher
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law;mortman@slp.law



Bradley S Shraiberg on behalf of Creditor Scott Absher
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law;mortman@slp.law

Paul Steven Singerman, Esq on behalf of Creditor Robert Angueira
singerman@bergersingerman.com,
hmoreno@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com

Raychelle A Tasher on behalf of Creditor United States of America Internal Revenue Service
Raychelle.Tasher@usdoj.gov, bridgett.moore@usdoj.gov;Shannon.Patterson@usdoj.gov

Chris Todd on behalf of Interested Party ShiftPixy Holdings, Inc.
chris@kaizenlawyer.com

William M Uptegrove on behalf of Interested Party U.S. Securities and Exchange Commission
uptegrovew@sec.gov

Jedidiah D Vander Klok on behalf of Interested Party Allied World Surplus Lines Insurance Company
jedidiah.vanderklok@kennedyslaw.com

Stuart F Wilson-Patton on behalf of Creditor TN Dept of Revenue
stuart.wilson-patton@ag.tn.gov

45 Almeria Avenue · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com

| | | |
|---|---|---|
| APIZZA, LLC<br>c/o Dunlap Bennett & Ludwig PLLC<br>211 Church Street SE<br>Leesburg, VA 20175-3034 | ARIZONA DEPARTMENT OF REVENUE<br>Office of the Arizona Attorney General -<br>c/o Tax, Bankruptcy and Collection Sct<br>2005 N Central Ave, Suite 100<br>Phoenix, AZ 85004-1546 | Balanced Management, LLC<br>10880 Wilshire Blvd. 19th Floor<br>Los Angeles, CA 90024-4101 |
| Century Tacos, Inc.<br>c/o Leyza B. Florin, Esq.<br>Sequor Law<br>1111 Brickell Avenue, Suite 1250<br>Miami, FL 33131-3133 | Employment Development Department<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-0001 | Florida Department of Revenue<br>Frederick F. Rudzik, Esquire<br>Post Office Box 6668<br>Tallahassee, Florida 32314-6668 |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>Franchise Tax Board<br>PO BOX 2952<br>Sacramento, CA 95812-2952 | Gentry Partnership, Inc<br>11523 Palmbrush Trail<br>Bradenton, Fl 34202-2917 | Golden Taco, Inc.<br>c/o Leyza B. Florin, Esq.<br>Sequor Law<br>1111 Brickell Avenue, Suite 1250<br>Miami, FL 33131-3133 |
| Illinois Department of Employment Security<br>c/o Revenue Division, Bankruptcy Unit<br>115 S. S. LaSalle Street, Floor LL2<br>Chicago, IL 60603 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | IRS<br>PO Box 7346<br>Philadelphia, PA, 19101-7346 |
| Judith Simpson<br>1939 Festival Court<br>Joliet, Il 60435 | Los Angeles West Taco, Inc.<br>c/o Leyza B. Florin, Esq.<br>Sequor Law<br>1111 Brickell Avenue, Suite 1250<br>Miami, FL 33131-3133 | Massachusetts Dept. of Revenue Bankruptcy Un<br>PO Box 7090<br>Boston, MA 02204-7090 |
| Missouri Department of Revenue<br>PO Box 475<br>Jefferson City, MO 65105-0475 | New York State Department of Labor<br>1220 Washington Ave<br>Bldg 12 rm 256<br>Albany, NY 12226-1799 | New York State Department of Taxation & Fina<br>Bankruptcy Section<br>P O Box 5300<br>Albany, NY 12205-0300 |
| NJ DOL & WD<br>ATTN DIVISION OF EMPLOYER ACCOUNTS<br>PO BOX 379<br>TRENTON NJ 08625-0379 | Ohio Department of Taxation<br>ATTN: Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216-0530 | Oklahoma Tax Commission<br>Attn: Legal<br>PO Box 269056<br>Oklahoma City, OK 73126-9056 |
| Pacific Coast Taco, Inc.<br>c/o Leyza B. Florin, Esq.<br>Sequor Law<br>1111 Brickell Avenue, Suite 1250<br>Miami, FL 33131-3133 | ShiftPixy Staffing, Inc<br>4101 NW 25th Street<br>Miami, FL 33142-6725 | State of Minnesota, Department of Revenue<br>Minnesota Revenue<br>PO Box 64447-BKY<br>St Paul, MN 55164-0447 |
| Tacos 2000, Inc.<br>c/o Leyza B. Florin, Esq.<br>Sequor Law<br>1111 Brickell Avenue, Suite 1250<br>Miami, FL 33131-3133 | WA Department of Revenue<br>2101 4th Ave Suite 1400<br>Seattle, WA 98121-2300 | William Calvin Smith<br>Dunlap Bennett & Ludwig PLLC<br>211 Church Street SE<br>Leesburg, VA 20175-3034 |