## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| *In re:* | Chapter 7 |
| SHIFTPIXY, INC., *et al.*, | Case No. 24-21209-LMI |
|     Debtor. | (Jointly Administered) |
| _____/ | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 12, 2025, a true and correct copy of the *Re-Notice of Hearing on APIZZA's Motion to Amend or Make Additional Findings with Respect to Order on Stay Relief and Claim Objection* (ECF #396) and the *Re-Notice of Hearing on APIZZA's Motion to Amend or Make Additional Findings with Respect to Order Granting Motion to Compromise Controversy* (ECF #397) were served on all parties in this case receiving electronic notice by CM/ECF, and on November 13, 2025, the above-referenced Re-Notices of Hearing were sent via first-class U.S. Mail to all parties listed on the attached service list.

Dated: November 13, 2025

                        Respectfully submitted,

            By:    */s/ Nicola Gelormino*
                  Nicola Gelormino
                  Florida Bar No. 91432
                  nicola@gelorminolawpa.com
                  **GELORMINO LAW, P.A.**
                  9130 S. Dadeland Blvd., Ste. 1609
                  Miami, FL 33156
                  Tel: 305-423-1994
                  *Local Counsel for APIZZA, LLC*

| | | |
|---|---|---|
| 4te Inc<br>PO Box 4048<br>Mission Viejo, CA 92690-4048 | A&R Management, LLC<br>700 East Birch Street, Unit 9847<br>Brea, CA 92822-2142 | APIZZA, LLC<br>c/o Dunlap Bennett & Ludwig PLLC<br>211 Church Street SE<br>Leesburg, VA 20175-3034 |
| Arizona Department of Economic Security<br>PO Box 6028, Mail Drop 5881,<br>Phoenix, AZ 85005-6028 | Arizona Department of Revenue<br>PO Box 29085,<br>Phoenix, AZ 85038-9085 | ARR Management, LLC<br>700 East Birch Street, Unit 9847<br>Brea, CA 92822-2142 |
| AT&T Corp<br>%AT&T Services Inc.<br>Karen A. Cavagnaro Paralegal<br>One AT&T Way, Suite 3A104<br>Bedminster, NJ 07921 | AT&T Mobility aka AT&T by AIS InfoSource LP as agent<br>AT&T Mobility aka AT&T by AIS InfoSource LP as agent<br>4515 N Santa Fe<br>Oklahoma City, OK 73118 | AT&T Mobility II LLC<br>%AT&T Services Inc.<br>Karen A. Cavagnaro Paralegal<br>One AT&T Way, Suite 3A104<br>Bedminster, NJ 07921 |
| BairesDev LLC<br>c/o Tarter Krinsky & Drogin LLP<br>Attn: Rocco A. Cavaliere, Esq.<br>1350 Broadway, 11th Floor<br>New York, NY 10018-0947 | Balanced Management, LLC<br>26 S Rio Grande St. #2072<br>Salt Lake City, Utah 84101 | Beri Development, LLC<br>700 East Birch Street, Unit 9847<br>Brea, CA 92822-2142 |
| Beri Ventures, LLC<br>700 East Birch Street, Unit 9847<br>Brea, CA 92822-2142 | Blake J. Delaney<br>Buchanan Ingersoll & Rooney PC<br>401 E Jackson St., Suite 2400<br>Tampa, FL 33602 | Brea Diners Group, LLC<br>700 East Birch Street, Unit 9847<br>Brea, CA 92822-2142 |
| Brea Juice Company, LLC<br>700 East Birch Street, Unit 9847<br>Brea, CA 92822-2142 | Brex Inc<br>Ballard Spahr LLP<br>Attn: Joel Newell<br>1 E. Washington St., Suite 2300<br>Phoenix, AZ 85004-2555 | Bright Labs Services LLC<br>485 Lexington Ave 10th FL,<br>New York, NY, 10017-2619 |
| BROADRIDGE FINANCIAL SOLUTIONS<br>1155 LONG ISLAND AVENUE<br>EDGEWOOD NY 11717-8309 | California Employment Development Department<br>PO Box 989061,<br>West Sacramento, CA 95798-9061 | California Employment Development Department<br>3321 Power Inn Road,<br>Suite 140, #759<br>Sacramento, CA 95826-3893 |
| California Employment Development Department<br>PO Box 997418<br>Sacramento, CA 95899 | Chirstopher A Sebes<br>5730 Claridon Drive<br>Naples, FL 34113-8385 | Connie L Absher<br>18841 SW 74th Ct<br>Cutler Bay, FL 33157 |
| County of Orange Treasurer-Tax Collector<br>PO Box 4515<br>Santa Ana, CA 92702-4515 | Creditors Adjustment Bureau<br>c/o Law Office of Kenneth J. Freed<br>4340 Fulton Ave., Third Floor<br>Sherman Oaks, CA 91423-3925 | CT Corporation<br>PO Box 4349<br>Carol Stream, IL 60197-4349 |
| David Frederik Vasquez<br>1511 S Pomona Ave, Unit A9<br>Fullerton, CA 92832-3416 | David May<br>15441 SW 173rd Ln<br>Miami, FL 33187 | DC Office of Tax and Revenue- Compliance Adm<br>1101 4th Street SW,<br>Washington, DC 20024-4457 |

DE LAGE LANDEN FINANCIAL
ATTN LITIGATION & RECOVERY
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087-1453

Diamondback DTNM, LLC
3200 N. Central Avenue, Suite 1800
Phoenix, AZ 85012-2438

Donohoe Advisory Associates LLC
9801 Washingtonian Blvd
Suite 340
Gaithersburg, MD 20878-7391

Eduardo J. Dominguez
5778 Devonshire Blvd.
Miami, FL 33155-4062

El Toro.com, LLC
552 E Market Street
Suite 400
Louisville, KY 40202-7111

Elizabeth Eastvold
9740 SW 218 St
Cutler Bay, FL 33190

Evan Blumer
90 SW 3rd Street
APT 2502
Miami, FL 33130-4024

Florida Department of Revenue
2450 Shumard Oak Blvd
Tallahassee, FL 32399-7022

Florida Department of Revenue
5050 West Tennessee Street,
Tallahassee, FL 32399-0100

FOUNDRY ASVRF SAWGRASS LLC
C/O MICHAEL S. PROVENZALE
215 N. EOLA DRIVE
ORLANDO FL 32801-2028

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

Fresh Juice Development, LLC
700 East Birch Street, Unit 9847
Brea, CA 92822-2142

Golden West Smoothies, LLC
700 East Birch Street, Unit 9847
Brea, CA 92822-2142

Golden West Wings, LLC
700 East Birch Street, Unit 9847
Brea, CA 92822-2142

Google LLC
c/o White and Williams LLP
ATTN: Michael Ingrassia
600 North King Street, Suite 800
Wilmington, DE 19801-3778

Grab N Go Juice, LLC
700 East Birch Street, Unit 9847
Brea, CA 92822-2142

Hannah Woods
13551 NW 6th St. Apt 101
Pembroke Pines, FL 33028

Idaho Department of Labor- Collection Enforc
Unit 317 W Main Street,
Boise, ID 83735-0001

Idaho State Tax Commission
PO Box 36,
Boise, ID 83722-0036

Idaho State Tax Commission
11321 W Chinden Blvd,
Boise ID 83714-1021

Illinois Department of Employment Security
Revenue Collection Enforcement Unit
33 S State Street, 10th Floor,
Chicago, IL 60603-2808

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7317
Philadelphia, PA 19101-7317

IOWA Workforce Development Unemployment Insu
1000 E Grand Avenue,
Des Moines, IA 50319-0220

ipCapital Group, Inc.
426 Industrial Ave, Suite 150
Williston, VT 05495

IPFS Corporation 3522
30 Montgomery Street, Suite 501
Jersey City, NJ 07302

Jason Absher
1950 SE 14th Ct
Homestead, FL 33035

Jeffrey R Ott
200 SW 85th Street #109
Pembroke Pines, FL 33025

Juice To Go, LLC
700 East Birch Street, Unit 9847
Brea, CA 92822-2142

Kansas Department of Revenue
Division of Taxation
12 SE 10th Avenue,
Topeka KS 66625-0001

Kansas Department of RevenueDivision of Taxa
PO Box 3506, Avenue,
Topeka, KS 66601-3506

Karen Sue Naylor, Ch 7 Trustee, in Re John H
4910 Birch St. Suite 120
Newport Beach, CA 92660-2188

KPA Services LLC
11080 Circle Point Rd, Suite 200
Westminster, CO 80020-2778

LA Jamba, LLC
700 East Birch Street, Unit 9847
Brea, CA 92822-2142

LA Juice Company, LLC
700 East Birch Street, Unit 9847
Brea, CA 92822-2142

Levinson Arshonsky Kurtz & Komsky LLP
15303 Ventura Boulevard
Suite 1650
Sherman Oaks, CA 91403-6620

Little John's Gourmet, LLC
3200 N. Central Avenue, Suite 1800
Phoenix, AZ 85012-2438

Lori Lynn Howard
749 Colfax Ave
Pompton Lakes, NJ 07442-1001

Lowenstein Sandler LLP
Attn: William B. Farrell
One Lowenstein Drive
Roseland, NJ 07068-1791

Manuel Rivera
10361 NW 64th Ter
Doral FL 33178-4022

Mark Absher
109 Montana Del Lago Drive
Rancho Santa Margarita, CA 92688

Massachusetts Department of Revenue
100 Cambridge Street,
Boston, MA 02204-0001

Massachusetts Dept. of Revenue Bankruptcy Un
PO Box 7090
Boston, MA 02204-7090

MEDIANT COMMUNICATIONS INC
ATTN ATTN JOSEPH SIMONOWICH
400 REGENCY FOREST DRIVE
SUITE 200
CARY NC 27518-7703

Miami-Dade Office of the Tax Collector
Tangible Personal Property
200 NW 2nd Avenue, Miami, FL 33128

Miami-Dade Office of the Tax Collector
Legal Services Unit
200 NW 2nd Ave, suite 430
Miami, Florida 33128-

MIchigan Department of Treasury
PO Box 30756
Lansing, MI 48909-8256

Michigan Department of Treasury
City Tax Administration
PO Box 30756,
Lansing, MI 48909-8256

Minesota Department of Revenue
Collections Division
PO Box 64651
Saint Paul, MN 55164-0651

Missouri Department of Revenue
Taxation Division
PO Box 3375,
Jefferson City, MO 65102-3375

Navarro Attorneys At Law
66 West Flagler Street, Sixth Floor
Miami, FL 33130-1807

New Jersey Department of Labor and Workforce
Division of Employer Accounts
PO Box 059,
Trenton, NJ 08646-0001

New Jersey Department of Labor and Workforce
Delinquency Unit
PO Box 932,
Trenton, NJ 08625-0932

New Jersey Department of the Treasury
Division of Taxation
PO Box 1009,
Moorsetown, NJ 08057-0909

New Mexico Department of Workforce Solutions
PO Box 1928,
Albuquerque, NM 87103-1928

New Mexico Taxation & Revenue
PO Box 25128,
Santa Fe, NM 87504-5128

New York Department of Labor- Unemployment I
PO Box 15012
Albany, NY 12212-5012

New York Department of Labor- Unemployment I
Enforcement Unit
PO Box 4305
Binghamton, NY 13902-4305

New York Department of Labor- Unemployment I
PO Box 4301
Brimingham, NY 13902-4301

| | | |
|---|---|---|
| New York Department of Taxation and Finance<br>Civil Enforecement Division - Offset Uni<br>Albany NY 12227-0001 | New York Employment Contributions and Taxes<br>PO Box 4119<br>Binghamton, NY 13902-4119 | New York State Department of Taxation & Fina<br>Bankruptcy Section<br>P O Box 5300<br>Albany, NY 12205-0300 |
| NM Taxation & Revenue Department<br>PO Box 8575<br>Albuquerque, NM 87198-8575 | Ohio Bureau of Worker's Compensation<br>PO Box 15567<br>Columbus, OH 43215-0567 | Oklahoma Tax Commission<br>Oklahoma City, OK 73194-0001 |
| Osborn Maledon, PA<br>2929 N Central Ave Ste 2000<br>Phoenix, AZ 85012-2727 | Pashman Stein Walder Hayden, P.C.<br>21 Main Street, Suite 200<br>Hackensack, NJ 07601-7086 | Payne & Fears LLP<br>4 Park Plaza, Suite 1100,<br>Irvine, CA 92614-8550 |
| PETTIT KOHN<br>11622 EL CAMINO REAL, SUITE 300,<br>SAN DIEGO, CA 92130-2051 | Phillip Eastvold<br>9740 SW 218th St<br>Cutler Bay, FL 33190 | Pillsbury Winthrop Shaw & Pittman LLP<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA 94111-5998 |
| PrismHR, Inc.<br>35 Parkwood Drive<br>Hopkinton, MA 01748, MA 01748-1727 | Reliance Restaurants, LLC<br>700 East Birch Street, Unit 9847<br>Brea, CA 92822-2142 | Rethink Human Capital Management, Inc<br>4101 NW 25th Street<br>Miami, FL 33142-6725 |
| Say Technologies LLC<br>85 Willow Road<br>Menlo Park, CA 94025-3656 | Scott William Absher<br>18841 SW 74th Ct<br>Cutler Bay, FL 33157 | ShiftPixy Staffing, Inc.<br>4101 NW 25 Street<br>Miami, FL 33142-6725 |
| SHIFTPIXY, INC.<br>4101 NW 25 Street<br>Miami, FL 33142-6725 | Shulman Bastian Friedman & Bui LLP<br>Attn: Ryan D. O'Dea, Esq.<br>100 Spectrum Center Drive, Suite 600<br>Irvine, CA 92618-4969 | SoCal Jamba, LLC<br>700 East Birch Street, Unit 9847<br>Brea, CA 92822-2142 |
| Spectrum OPC, LLC<br>7 Corporate Plaza<br>Newport Beach, CA 92660 | Staff Benefits Management, Inc.<br>Mark Moedritzer<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Blvd.<br>Kansas City, MO 64108-2613 | Strouk Group, LLC<br>6333 West Third Street, Unit 150<br>Los Angeles, CA 90036 |
| SUNZ INSURANCE<br>1301 6th Ave W,<br>Bradenton, FL 34205-7410 | Team ABC, LLC<br>700 East Birch Street, Unit 9847<br>Brea, CA 92822-2142 | Tennessee Department of Labor & Workforce De<br>Employment Security Division,<br>Employer Accounts Audit<br>220 French Landing Drive,<br>Nashville, TN 37243-1002 |
| Tennessee Department of Revenue<br>c/o Attorney General<br>PO Box 20207<br>Nashville, TN 37202-4015 | Timothy M. Papp<br>3311 W Morrison Ave<br>Tampa, FL 33629-5231 | Trenan, Kemker, Scharf, Barkin, Frye, Oneill &<br>Mullis, P.A.<br>Lara Roeske Ferndnez, Trenan Law<br>101 E Kennedy Boulevard, Suite 2700<br>Tampa, FL 33602 |

Virginia Department of Taxation
PO Box 1115.
Richmond, VA 23218-1115

Virginia Department of Taxation
PO Box 1777,
Richmond, VA 23218-1777

Wells Fargo Vendor Financial Services, LLC
801 Walnut Street MAC F0006-052
Des Moines, IA 50309-3606

WG1, LLC
c/o Bryce M. Cullinane, Esq.
Keesal, Young & Logan
310 Golden Shore, Suite 400
Long Beach, CA 90802-4232

WG3, LLC
c/o Bryce M. Cullinane, Esq.
Keesal, Young & Logan
310 Golden Shore, Suite 400
Long Beach, CA 90802-4232