**CGFD71** (12/1/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida
www.flsb.uscourts.gov

**In re:** ShiftPixy, Inc.

**Case Number:** **24–21209–LMI**
Chapter: 7
County of Residence or Place of Business:  Miami
U.S. District Court Case Number: 26cv20355KMW

## SUPPLEMENTAL TRANSMITTAL TO DISTRICT COURT

☑  Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal and Statement of Election filed on 01/19/26

☐  Motion for Leave to Appeal (copy of appeal attached)

☐  Request to Expedite Appeal attached.

☐  Motion to Withdraw Reference pursuant to Local Rule 5011–1(C):

        ☐  Contested    ☐  Uncontested

☐  Withdrawal of Reference granted by U.S. District Court

☐  Report and Recommendation (Motion to Withdraw Reference)

### The Party or Parties Included in the Record to District Court:

**Appellant/Movant:** APIZZA, LLC

**Attorney:** Nicola Gelormino, Esq.
9130 S. Dadeland Blvd., Ste. 1609
Miami, FL 33156

**Attorney:** W. Calvin Smith, Esq.
211 Church Street, SE
Leesburg, VA 20175

**Appellee/Respondent:** Jacqueline Calderin, Chapter 7 Trustee

**Attorney:** Robert P. Charbonneau, Esq.
45 Almeria Avenue
Coral Gables, Florida 33134

**Attorney:** Jesse R Cloyd, Esq.
45 Almeria Avenue
Coral Gables, Florida 33134

**Title and Date of Order Appealed**, if applicable: (1)Order on Motion for Relief from Stay and Objection to Claim dtd. 10/17/25, (2)Order Granting Apizza's Motion To Amend or Make Additional Findings with Respect to Order on Stay Relief and Claim Objection dated 1/9/26

**Entered on Docket Date:** (1) 10/20/25, (2) 1/12/26    **Docket Number:** (1) 10/20/25, (2) 1/12/26

☑  Designation in Appeal (See Attached)

☐  Designation in Cross Appeal (See Attached)

☑  Copy of Docket

☐  Exhibits:

☑  Copies of Transcript(s) of Hearing(s) on: SELAED TRANSCRIPT OF 10/21/2025 HEARING

☐  Respondent's Answer and/or Movant's Reply

☑  Other: SEALED DOCUMENTS ECF #369 and ECF #448 AS PER USDC ORDER ECF #17

**Dated:** 4/13/26

**CLERK OF COURT**
By: Diana Cohen
Deputy Clerk   (305) 714–1800