

**ORDERED in the Southern District of Florida on June 8, 2026.**

*Corali Lopez-Castro*

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### www.flsb.uscourts.gov

In re:                                          Case No.: 24-21209-CLC

ShiftPixy, Inc. *et, al.*,[1]

                                                Chapter 7

        Debtor.

_____/

### ORDER TRANSFERRING CASE TO JUDGE MARK

**THIS MATTER** came before the Court *sua sponte.* The Court, finding good cause to exist, determines that this case should be transferred to Judge Mark as he was recently assigned a related case. Therefore, it is

ORDERED that the Clerk of the Court is directed to assign this case along with any and all pending related adversary proceedings to Judge Mark.

###

---

[1] The Debtors are: (i) ShiftPixy, Inc.; (ii) ShiftPixy Staffing, Inc.; and (iii) ReThink Human Capital Management, Inc. The address of the Debtors is 1401 NW 25th Street, Miami, FL 33142.

Copies furnished to all interested parties by the Clerk of Court.